UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JOHN BORON, et al.,

                              Plaintiffs,

   v.

KEVIN P. BRUEN, et al.,

                              Defendants.

_____

**PLAINTIFF JOHN BORON'S NOTICE OF VOLUNTARY DISMISSAL**

Case No.: 22-cv-00695-JLS

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff John Boron hereby voluntarily dismisses his claims in the above-captioned action without prejudice. Plaintiffs Brett Christian, Firearms Policy Coalition, Inc., and Second Amendment Foundation will continue in the case as plaintiffs. A motion to change the caption and short title of the above-captioned action is being filed contemporaneously.

Respectfully submitted, this 28th day of September 2022.

| | |
|---|---|
| Nicolas J. Rotsko<br>PHILLIPS LYTLE LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY 14203-2887<br>(716) 847-5467<br>(716) 852-6100 (fax)<br>NRotsko@phillipslytle.com | /s/ David H. Thompson<br>David H. Thompson*<br>Peter A. Patterson*<br>John W. Tienken*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 220-9600<br>(202) 220-9601 (fax)<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>jtienken@cooperkirk.com<br><br>*Admitted *pro hac vice*<br><br>*Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

In accordance with Federal Rule of Civil Procedure 5(b)(2)(C), I hereby certify that a true and correct paper copy of the foregoing was served to Defendants by mail at the following addresses on this 28th day of September, 2022.

Kevin P. Bruen,
New York State Police
1220 Washington Avenue
Building 22
Albany, NY 12226

John J. Flynn,
Erie County District Attorney's Office
25 Delaware Ave
Buffalo, NY 14202

/s/ David H. Thompson
David H. Thompson