UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOHN BORON, et al.,

                                    Plaintiffs,

        v.

KEVIN P. BRUEN, et al.,

                                    Defendants.

**PLAINTIFFS' NOTICE OF
MOTION TO CHANGE CASE
CAPTION AND SHORT TITLE**

Case No.:  22-cv-00695-JLS

        Plaintiffs Brett Christian, Firearms Policy Coalition, Inc., and Second Amendment Foundation hereby submit this motion to change the caption and short title for the above-captioned action to reflect John Boron's notice of voluntary dismissal of all of his claims. Plaintiffs respectfully request the caption be as follows:

BRETT CHRISTIAN

FIREARMS POLICY COALITION, INC., *and*

SECOND AMENDMENT FOUNDATION,

                        *Plaintiffs*,

        v.

KEVIN P. BRUEN, in his official capacity as Superintendent of the New York State Police,

JOHN J. FLYNN, in his official capacity as District Attorney for the County of Erie, New York,

                        *Defendants*.

Further, Plaintiffs Christian, Firearms Policy Coalition, Inc., and Second Amendment Foundation request the short title be as follows:

*Christian, et al., v. Bruen, et al.,*

Respectfully submitted, this 28th day of September 2022.

|  |  |
|---|---|
| | /s/ David H. Thompson |
| Nicolas J. Rotsko | David H. Thompson* |
| PHILLIPS LYTLE LLP | Peter A. Patterson* |
| One Canalside | John W. Tienken* |
| 125 Main Street | COOPER & KIRK, PLLC |
| Buffalo, NY 14203-2887 | 1523 New Hampshire Avenue, N.W. |
| (716) 847-5467 | Washington, D.C. 20036 |
| (716) 852-6100 (fax) | (202) 220-9600 |
| NRotsko@phillipslytle.com | (202) 220-9601 (fax) |
| | dthompson@cooperkirk.com |
| | ppatterson@cooperkirk.com |
| | jtienken@cooperkirk.com |

*Admitted *pro hac vice*


*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

In accordance with Federal Rule of Civil Procedure 5(b)(2)(C), I hereby certify that a true

and correct paper copy of the foregoing was served to Defendants by mail at the following

addresses on this 28th day of September, 2022.

Kevin P. Bruen,
New York State Police
1220 Washington Avenue
Building 22
Albany, NY 12226

John J. Flynn,
Erie County District Attorney's Office
25 Delaware Ave
Buffalo, NY 14202

/s/ David H. Thompson
David H. Thompson
