1

88          1 **GEORGE I.**

*April,*
*1715.*

## CHAP. XXVI.

An ACT for the speedy trial of criminals, and ascertaining their punishment in the county courts when prosecuted there, and for payment of fees due from criminal persons.

A Supplementary act, May 1766, ch. 6.

Preamble.

**W**HEREAS many acts of assembly have been heretofore made against thieving and stealing, which at this present are not sufficient to prevent the committing those crimes, or to punish them when committed ;

Justices of the county courts, of what crimes they may hold plea.

**II.** BE IT THEREFORE ENACTED, *by the King's most excellent majesty, by and with the advice and consent of his majesty's Governor, Council and Assembly of this province, and the authority of the same,* That it shall and may be lawful to and for the several justices of the county courts of this province to hold plea of, adjudge, and in lawful manner determine, all thieving and stealing of any goods or chattels whatsoever, not being above the value of one thousand pounds of tobacco (robbery, burglary, and house-breaking excepted,) (*a*) and every person or persons legally convicted of any such thieving and stealing (except before excepted,) by testimony of one sufficient evidence, not being the party grieved, before any such county court as aforesaid, shall and may cause to be punished, by paying fourfold of the value of the goods so thieved or stolen as aforesaid, and the stolen goods returned to the party or parties grieved thereby, and by putting in the pillory, and whipping so many stripes as the court before whom such matter is tried, shall adjudge, not exceeding forty ; which court shall always adjudge the value of the goods so thieved and stolen as aforesaid ; and if any such person, so convicted, have not sufficient goods and chattels, or be a servant, whereby he is incapable to have goods and chattels to satisfy and pay the said fourfold, in every such case, such person or persons shall receive the corporal punishment as aforesaid, and satisfy the fourfold, and fees of conviction, by servitude.

Time of service, when to commence.

**III.** AND BE IT HEREBY ENACTED AND DECLARED, *by the authority, advice and consent aforesaid,* That the time of service of a free person convict as aforesaid, not having goods and chattels as aforesaid, shall commence from the time of his conviction as aforesaid ; and the time of service of a servant, convict as aforesaid, shall commence at the expiration of such time of servitude, to which, at the time of his conviction, he stood bound, which time of servitude, for satisfaction for the

(*a*) By 1785, ch. 87, section 7, the justices of the county courts are empowered, (unless in cases particularly directed by law to be tried in the general court) to try all persons who have committed any manner of offence, although it may subject such person to the pains of death.

Digitized from Best Copy Available

JOHN HART, Esq. Governor.                89

stolen goods, and fees accrued as aforesaid, shall be adjudged by such county court, either to the party grieved, or any other person the court shall order such convict to, that will then and there pay, or secure to be paid, the fourfold and costs aforesaid, at the discretion of the court ; and if any person or persons shall receive or take part of such stolen goods, or assist the person so stealing as aforesaid to make away or conceal them, being legally convicted as aforesaid, shall suffer the same corporal pains with the party stealing as aforesaid, any law, statute, usage or custom to the con rary notwithstanding.

**IV.** AND, If any person or persons have been once convicted of any such thieving and stealing, (except before excepted,) and shall after be again presented for thieving and stealing of any goods or chattels, laid to be above the value of twelvepence, it shall not be tried and determined by any county court, but the party presented, upon such presentment, shall be proceeded against in the provincial court as a felon for simple felony, but shall not be punished by death, but only paying the fourfold, branding with a hot iron, or such other corporal punishment as the court shall adjudge, saving life ; and such presentment shall be, by the clerk of every such county court, immediately sent to the then next provincial court, together with a transcript of his former conviction, if such conviction was in the same court where the presentment aforesaid shall be, or otherwise, made known to the attorney-general in what other court such former conviction was, if to him known, under the penalty of five hundred pounds of tobacco to our sovereign lord the king, his heirs and successors, for the support of government ; and the parties witnesses against such felons, if in court at the time of such presentment, shall be bound over to give evidence as aforesaid, or otherwise, if not in court, an account of their names and places of dwelling to be sent to the attorney-general, to be summoned against the then next provincial court, in order to such trial ; and the party presented, if in court, to be bound over also, by due course of law, to answer such presentment, or, if not in court, proceeded against by due course of law as aforesaid.

*Persons again prosecuted must be tried in the provincial court, if the presentment charges them with stealing above the value of 12 pence.*

**V.** AND BE IT FURTHER ENACTED, *by the authority, advice and consent aforesaid,* That any person or persons whatsoever that shall kill any unmarked swine above three months old, if not upon his or their own land, or not in company with his or their own stock, shall and is hereby adjudged an hog stealer, and shall be liable to restore fourfold, and suffer such corporal pains as against the first offence in this act mentioned.

*Penalty for killing unmarked swine.*

**VI.** AND, to prevent any person or persons concealing or disfiguring the mark of any swine killed as aforesaid, BE IT FURTHER ENACTED, *by the authority advice and consent aforesaid,* That if any person or persons killing any such unmarked swine in the woods, or elsewhere, and shall wilfully disfigure the mark, or cut off the ears of such swine, so as to con-

*For disfiguring their mark, &c.*

Digitized from Best Copy Available

90                    1 GEORGE I.

*April,*
1715.

And on
persons con-
victed for
hunting, &c.

ceal the true and real mark, or whether it were marked or not, shall be deemed and adjudged a hog stealer within the purview of this act, and shall suffer accordingly.

**VII.** AND, to prevent the abusing, hurting or worrying of any stock of hogs, cattle or horses, with dogs, or otherwise, BE IT ENACTED, That if any person or persons whatsoever, that have been convicted of any of the crimes aforesaid, or other crimes, or that shall be of evil fame, or a vagrant, or dissolute liver, that shall shoot, kill or hunt, or be seen to carry a gun, upon any person's land, whereon there shall be a seated plantation, without the owner's leave, having been once before warned, shall forfeit and pay one thousand pounds of tobacco, one half to our sovereign lord the king, his heirs and successors, the other half to the party grieved, or those who shall sue for the same, to be recovered in any county court of this province by action of debt, bill, plaint or information, wherein no essoin, protection or wager of law to be allowed.

Criminals to
pay their
own fees, by
servitude, if
not other-
wise capa-
ble.

**VIII.** AND BE IT FURTHER ENACTED, *by the authority, advice and consent aforesaid,* That from henceforth no sheriff, gaoler, clerk, crier, or other officer, shall charge either their own county, to which they belong, or the public, with any fees for any criminal committed to the charge of the said sheriff or gaoler, having sufficient estate in this province wherewith to pay the same, or being capable to pay the same by servitude, but that such criminals, being discharged by order and due course of law, shall pay their own fees to the sheriff, gaoler, clerk and crier, and other officers, being such as they may demand according to law, either out of his estate, or by servitude, or otherwise.

Vide 1781, ch 11.

Proviso.

**IX.** PROVIDED ALWAYS, That this act shall not extend to malefactors that are executed, or to such other persons who are banished, having no estate in this province, or to servants criminals, for whom the county shall pay such fees as are due by the acts of assembly to the sheriff, gaoler, clerk, crier, or other officers of such court where such criminal shall be convicted.

Officers fees,
how to be
paid.

**X.** AND BE IT FURTHER ENACTED, *by the authority aforesaid,* That all officers' fees due by law from (a) criminal servants, shall be paid by the county where the facts shall be committed ; and that all and every such criminal servants for

(a) By the act of 1727, ch. 2, all fees due on the prosecution of imported servants, were to be paid by the masters, &c. of such servants, and not by the public or county ; and the owners (unless in case of conviction and execution for capital offences,) to have recompence for such fees, by such servitude of the servants (not exceeding three years) as should be thought reasonable by the county court, &c. By May, 1766, ch. 6, the legal fees on the prosecution of any negro, or other slave, in any county court, (whether convicted or acquitted,) shall be paid by and assessed in the levy of the respective counties where prosecuted.

whom the county shall pay the fees due by law to such officers as aforesaid, shall, after the end and expiration of their time of servitude to their master or mistress, satisfy and pay unto the commissioners of the county who paid such fees for them to the sheriff, and other officers as aforesaid, for the use of the county, such sums as they have paid as aforesaid : and the several commissioners of the several counties shall, and are hereby empowered to make inquisition after all such servants, criminals, for whom the county hath defrayed the said fees to the sheriff, and other officers as aforesaid ; and they, the said commissioners, according to their best discretion, shall cause to be entered rules for the servants to make such reasonable satisfaction to the county as they shall think fit, and in such manner as they shall find convenient.

*April,*
*1715.*

XI. And, for the better security of the county which shall pay such fees for such criminal servants as aforesaid, Be it enacted, *by the authority aforesaid,* That the master, mistress or dame of all such servants, be and are hereby enjoined and required, at the expiration of the time of such servant's servitude to such master, or mistress or dame, to render and deliver up to the sheriff of the county, for the use of the county aforesaid, such servants criminals as aforesaid, under the penalties to such master, mistress or dame, refusing or neglecting to deliver up such servants as aforesaid, of making satisfaction to the county for all such fees as by the county aforesaid have been paid for such criminal as aforesaid ; and such sheriff to whom such criminal servant shall be delivered as aforesaid, is hereby required to receive and secure such servants criminals as aforesaid, so that he be and appear at the then next county court to be held for the said county, to be disposed of as the said court shall consider.

Masters, &c. to deliver up servants, criminals under penalty of paying the fees, paid for the criminal by the county.

Vide list of acts respecting crimes and punishments, 1692, ch. 16.

## CHAP. XXVII.

### An ACT for the punishing the offences of adultery and fornication.

Other acts : 1749, ch. 12.—Nov. 1781, ch. 13—1785, ch. 47.—1796, ch. 34.

Be it enacted, *by the King's most excellent majesty, by and with the advice and consent of his majesty's Governor, Council and Assembly of this province, and the authority of the same,* That after the end of this session of assembly, whosoever shall, directly or indirectly, entertain, provide for, or cause to be entertained or provided for, any lewd woman or women, or that shall frequent her or their company, after that admonition to him or them be given by the minister, or the vestry, or the churchwarden or churchwardens of the parish where such person or persons shall inhabit, shall be adjudged

Certain persons to be adjudged fornicators, &c.

2

# THE

# Statutes at Large

OF

# PENNSYLVANIA

FROM

# 1682 to 1801

COMPILED UNDER THE
AUTHORITY OF THE ACT OF MAY 19 1887 BY
JAMES T MITCHELL AND HENRY FLANDERS
COMMISSIONERS

---

## VOLUME III

### 1712 to 1724

---

CLARENCE M BUSCH
STATE PRINTER OF PENNSYLVANIA
1896

five shillings, one-half to the use of the poor of the said city, and the other half to the use of him or them who shall prosecute and cause such offender to be as aforesaid convicted: which forfeitures shall be levied by distress and sale of the offender's goods as aforesaid; and for want of such distress, if the offender refuse to pay the said forfeiture, he shall be committed to prison for every such offense the space of two days, without bail or mainprise.

Provided, That such conviction be made within ten days after such offense committed. And if such offender be a negro or Indian slave, he shall, instead of imprisonment, be publicly whipped, at the discretion of the magistrate.

Passed August 26, 1721. Apparently never considered by the Crown, but allowed to become a law by lapse of time in accordance with the proprietary charter. See Appendix IV, Section II, and Hill's letter and Fane's opinion in Appendix V, Section I, and the Acts of Assembly passed August 14, 1725, Chapter 287; February 6, 1730-31, Chapter 322; March 29, 1735-36, Chapter 338; February 9, 1750-51, Chapter 388; March 26, 1762, Chapter 481; March 9, 1771, Chapter 624; March 21, 1772, Chapter 648; December 24, 1774, Chapter 705; November 25, 1779, Chapter 867; March 28, 1787, Chapter 1279; September 29, 1787, Chapter 1318; April 13, 1791, Chapter 1573; April 11, 1793, Chapter 1698; April 18, 1794, Chapter 1743; April 18, 1795, Chapter 1857; March 29, 1802, P. L. 127; March 29, 1803, P. L. 542; April 4, 1807, P. L. 132; March 30, 1812, P. L. 182; March 14, 1818, P. L. 189; March 29, 1824, P. L. 152; February 10, 1832, P. L. 64; June 13, 1836, P. L. 551; March 16, 1847, P. L. 473; April 11, 1848, P. L. 504; April 8, 1851, P. L. 382; April 14, 1851, P. L. 549; March 20, 1856, P. L. 137; May 5, 1864, P. L. 841; March 23, 1865, P. L. 744; March 12, 1866, P. L. 160; June 2, 1870, P. L. 1316; April 17, 1878, P. L. 23; June 10, 1881, P. L. 111; June 11, 1885, P. L. 111.

---

## CHAPTER CCXLVI.

AN ACT TO PREVENT THE KILLING OF DEER OUT OF SEASON, AND AGAINST CARRYING OF GUNS OR HUNTING BY PERSONS NOT QUALIFIED.

[Section I.] Be it enacted by Sir William Keith, Baronet, Governor of the Province of Pennsylvania, &c., by and with the advice and consent of the freemen of the said Province in General Assembly met, and by the authority of the same, That if

any person or persons, after the publication hereof, shall kill
or destroy any buck, doe, fawn, or any other sort of deer what-
soever, at any other time or season except only betwixt the first
day of July and first day of January, he shall forfeit and pay
for every such buck, doe, fawn, or other deer so killed or de-
stroyed as aforesaid, the sum of twenty shillings; one-half
thereof to the poor of the township where the offense is com-
mitted, and the other half to him who shall inform or sue for
the same, before any justice of the peace of this province, who is
hereby empowered and authorized to hear and determine the
same, and to convict the offender, by the oath or affirmation
of one or more witnesses.

Provided, That such conviction be made within two months
after such offense is committed.

And for the better conviction of offenders against this act:

[Section II.] Be it enacted, That every person in whose cus-
tody shall be found, or who shall expose to sale any green deer
skins, fresh venison, or deer's flesh, at any other time of the
year than what is before excepted, and shall be convicted there-
of as aforesaid, shall be deemed guilty of the said offense. And
that the same green deer skins, fresh venison or deer's flesh
so found as aforesaid shall be held to be good evidence in the
cases aforesaid.

Provided always, That nothing contained in this act shall be
deemed or construed to extend to any free native Indians carry-
ing guns, hunting, killing, and having in their custody any
skins or deer's flesh for their own use, anything in this act to
the contrary notwithstanding.

And whereas divers abuses, damages and inconveniencies
have arose by persons carrying guns and presuming to hunt
on other people's lands, for remedy whereof for the future:

[Section III.] Be it enacted by the authority aforesaid, That
if any person or persons shall presume, at any time after the
sixteenth day of November, in this present year one thousand
seven hundred and twenty-one, to carry any gun or hunt on the
improved or inclosed lands of any plantation other than his
own, unless he have license or permission from the owner of
such lands or plantation, and shall be thereof convicted, either

upon view of any justice of the peace within this province, or by the oath or affirmation of any one or more witnesses, before any justice of the peace, he shall for every such offense forfeit the sum of ten shillings. And if any person whatsoever, who is not owner of fifty acres of land and otherwise qualified in the same manner as persons are or ought to be by the laws of this province for electing of members to serve in assembly, shall, at any time after the said sixteenth day of November, carry any gun, or hunt in the woods or uninclosed lands, without license or permission obtained from the owner or owners of such lands, and shall be thereof convicted in manner aforesaid, such offender shall forfeit and pay the sum of five shillings for every such offense.

[Section IV.] And be it further enacted by the authority aforesaid, That no person whatsoever shall presume to shoot at or kill with a firearm any pigeon, dove, partridge, or other fowl in the open streets of the city of Philadelphia, or in the gardens, orchards and inclosures adjoining upon and belonging to any of the dwelling houses within the limits of the said city, upon the forfeiture of five shillings for every such offense, to be convicted in manner aforesaid.

All which penalties and forfeitures shall go, one moiety to the informer, and the other to the poor of the township where such offense is committed. But if convicted upon view of a justice of the peace, the whole forfeiture shall be to the use of the poor. And if the offender refuse to pay, the same shall be levied by distress and sale of the offender's goods, by warrant under the hand and seal of the justice before whom such offender shall be convicted, returning the overplus, if any be, the charge of distraining being first deducted. And for want of such distress he shall be committed to prison, where the forfeiture is twenty shillings, for the space of ten days; and, where the forfeiture is ten shillings, for the space of five days; and, if the forfeiture is five shillings, for the space of two days, without bail or mainprise.

Passed August 26, 1721. Apparently never considered by the Crown, but allowed to become a law by lapse of time in accordance with the proprietary charter. See Appendix IV, Section II, and Hill's letter and Fane's opinion in Appendix V, Section I, and

the Acts of Assembly passed February 6, 1730-31, Chapter 323;
January 27, 1749-50, Chapter 383.  Repealed by Act passed April 9,
1760, Chapter 456.

------

## CHAPTER CCXLVII.

------

AN ACT FOR THE WELL TANNING AND CURRYING OF LEATHER, AND
REGULATING OF CORDWAINERS, AND OTHER ARTIFICERS, USING
AND OCCUPYING LEATHER WITHIN THIS PROVINCE.

Whereas very great abuses have been committed by tanners,
cutters and other persons, using and working of leather within
this government, and the prices of leather become very exor-
bitant and burdensome to the people of this province: To the
intent therefore that a reasonable and indifferent course for
the true and well tanning, currying and working of leather, may
be from henceforth established and appointed, and yet the per-
sons using the several crafts and mysteries aforesaid may not
be more strictly bound or limited than the necessary regard of
the welfare and general commodity of all His Majesty's sub-
jects within the said province requireth:

[Section I.] Be it enacted by Sir William Keith, Baronet,
Governor of the Province of Pennsylvania, &c., by and with
the advice and consent of the freemen of the said Province in
General Assembly met, and by the authority of the same, That
from and after the twenty-fifth day of November next, in this
present year of our Lord one thousand seven hundred and twen-
ty-one, if any person or persons using, or which shall use, the
mystery or faculty of tanning, or any person or persons im-
porting, or who shall import, any leather into this province,
shall at any time or times hereafter offer or put to sale any kind
of leather which shall be insufficiently and not thoroughly
tanned, so that the same, by the triers of leather lawfully ap-
pointed by virtue of this present act, for the time being, shall
be found to be insufficiently not thoroughly tanned, that then
all and every such person and persons so offending shall for-
feit such leather, as shall be found insufficiently and not thor-
oughly tanned, unless the party importing the same will give

3

A C T S  paſſed by the General Aſ-
ſembly of the Province of *New-*
*Jerſey,* at *Perth Amboy* in 1722, be-
ing the Eighth Year of His Ma-
jeſty's Reign.

## C H A P.  XXXIII.

## An A C T for the Security of His Ma-jeſty's Government of New-Jerſey.

**Preamble.**

*Sect.* 1. **WHEREAS** ſome Perſons in this Province, diſaffected to His Majeſty's Perſon and Government, propogate their pernicious Principles, to the great Hurt of His Majeſty's faithful and loyal Subjects inhabiting within the ſame. And by Reaſon of their Intermeddling in publick Affairs, in Contempt of His Majeſty's legal and juſt Authority, obſtruct the publick Adminiſtration, and will, if not prevented, prove Dangerous to the Government of this Province.

**Two or more**
**Juſtices, or any**
**Perſon ſpecial-**
**ly appointed by**

**BE IT THEREFORE ENACTED** by the Governor, Council and General Aſſembly, and it is here-
by

Digitized from Best Copy Available

# CHAP. XXXV.

## *An* A C T *to prevent Killing of Deer out of Season, and against Carrying of Guns and Hunting by Persons not Qualified.*

**Any Person killing Deer in the Time by this Act disallowed, to forfeit 30s. &c.**

**Sect. 1.** BE IT ENACTED by the Governor, Council and General Assembly, AND IT IS HEREBY ENACTED by the Authority of the same, That if any Person or Persons, after the Publication hereof, shall kill or destroy any wild Buck, Doe or Fawn, or any other Sort of Deer whatsoever, at any Time in the Months of *January, February, March, April, May* or *June,* every such Person shall, for every such Offence, forfeit and pay the Sum of *Thirty Shillings,* for every such Buck, Doe or Fawn, or other Deer, so killed or destroyed as aforesaid, contrary to the true Intent and Meaning of this Act ; one half thereof to the Poor of the Township or Precinct where the Offence is committed, and the other half to him who shall Inform or Sue for the same before any Justice of the Peace of this Province, who is hereby impowered and authorized to hear and determine the same, and to convict the Offender by the Oath or Affirmation of one or more Witness. Provided, That such Conviction be made within two Months after Offence committed.

**Sale of green Skins to amount to a Conviction, &c.**

2. AND for the better Convicting of Offenders against this Act, BE IT ENACTED by the Authority aforesaid, That every Person in whose Custody shall be found, or who shall expose to Sale, any green Deer Skins, fresh Venison or Deer's Flesh, at any Time in any of the Months of *January, February, March, April, May* or *June,* aforementioned, and shall be convicted thereof, as aforesaid, shall be deemed Guilty of the said Offence.

**Not to extend to hinder killing them in Corn Fields, or by Indians**

3. PROVIDED ALWAYS, That nothing contained in this Act, shall be deemed or construed to hinder any Person from killing any kind of Deer, within his Fields where Corn is growing, at any Time in the Month of *January,* nor to extend to any Free Native Indians carrying Guns, hunting, killing or having in their Custody any Skins or Deer's Flesh for their own Use ; any Thing in this Act to the contrary notwithstanding.

4. And

Digitized from Best Copy Available

4. And whereas divers abuses have been committed, and great Damages and Inconveniencies arisen by Persons carrying of Guns and presuming to hunt on other Peoples Land; for Remedy whereof for the future, BE IT ENACTED by the Authority aforesaid, That if any Person or Persons shall presume, at any Time after the Publication hereof, to carry any Gun, or hunt on the improved or inclosed Lands in any Plantation, other than his own, unless he have Licence or Permission from the Owner of such Lands or Plantation, and shall be thereof convicted, either upon the View of any Justice of the Peace within this Province, or by the Oath or Affirmation of any one or more Witnesses, before any Justice of the Peace, he shall, for every such Offence forfeit the Sum of *Fifteen Shillings*, with Costs attending such Conviction. And if any Person whatsoever, who is not Owner of one Hundred Acres of Land, or otherwise qualified, in the same Manner as Persons are or ought to be for electing Representatives to serve in General Assembly, shall at any Time after the Publication hereof, carry any Gun, or hunt in the Woods or uninclosed Lands, without Licence or Permission obtained from the Owner or Owners of such Lands, and shall be thereof convicted, in Manner aforesaid, such Offender shall forfeit and pay the Sum of *Ten Shillings*, with Costs as aforesaid, for every such Offence. All which Penalties and Forfeitures shall go one Moiety to the Informer, and the other to the Poor of the Township or Precinct where such Offence is committed; but if convicted upon View of a Justice of the Peace, the whole Forfeiture shall be to the Use of the Poor. And if the Offender refuse to pay the same, with Costs, as aforesaid, shall be levyed on by Distress and Sale of the Offender's Goods, by Warrant under the Hand and Seal of the Justice before whom such Offender shall be convicted, returning the over-plus, if any be, the Charge of Distraining being first deducted. And for want of Effects whereon to make such Distress, every Person so Offending, contrary to the true Intent and Meaning of this Act, shall be committed to Prison, when the Forfeiture is *Thirty Shillings*, for the Space of Fifteen Days; and when the Forfeiture is *Fifteen Shillings*, for the Space of Eight Days; and when the Forfeiture is *Ten Shillings*, for the Space of Five Days, without Bail or Mainprize.

5. AND BE IT ENACTED by the Authority aforesaid, That every Justice of the Peace, before whom any Person or Persons is convicted of having committed any of the Offences in and by this Act prohibited, is hereby directed and required to issue his Warrants for the bringing such Offender

C c

before

*(marginal notes:)*
No Person to carry a Gun or Hunt on Land inclosed but by assent of Owners &c.

Nor on Lands Unclosed, unless Freeholders &c.

Forfeitures how to be applyed, and how to be levied &c.

Want of Effects to be committed to Gaol.

Digitized from Best Copy Available

before him, and in Cafe of the want of Effects whereon to make Diftrefs, to make out his Mittimus to commit fuch Offender to the Gaol of the County in which fuch Conviction is made; and the Sheriff, Under-Sheriff, or Gaol-keeper, is hereby directed and required to keep the faid Offender in clofe Gaol, according to the Direction of this Act, and Tenor of fuch Mittimus to fuch Sheriff, Under-Sheriff, or Gaoler directed. And every Juftice of the Peace neglecting or refufing to iffue *Sheriff refufing &c. to receive the party, to forfeit 6l. &c.* fuch Warrant, or make fuch Mittimus, and every Sheriff, or Under-Sheriff or Gaol-keeper, who fhall not receive fuch Offender, and keep him in clofe Gaol, according to the true Intent and Meaning of this Act, fhall, for every fuch neglect or refufal, or undue difcharge of his Office in the Premifes, forfeit the Sum of *Six Pounds*, to be recovered in any Court of Record within this Province, in which there fhall be no Effoyn or Protection; the one half to fuch Perfon as fhall fue for and profecute the fame to Effect, the other half to the King's Majefty, His Heirs and Succeffors, for and towards the Support of the Government of this Province.

*Not to extend to Negros, &c. but they to be whipped if convicted, &c*
6. AND IT IS ALSO FURTHER ENACTED by the Authority aforefaid, That this Act, nor any Part thereof, fhall be conftrued to extend to Negro, Indian or Mulatto Slaves, fo as to commit them to Prifon, during the Time in this Act limitted, in Cafe they fhould be guilty of any of the Offences in this Act prohibited: but that then, and in fuch Cafe, fuch Indian, Negro or Mulatto Slave, killing and deftroying any Deer as aforefaid, or carrying or hunting with any Gun, without Licence from his Mafter, fhall, at the publick Whipping-Poft, on the bare back, be Whipp'd, not exceeding Twenty Lafhes, for every fuch Offence, for which Whipping the Mafter fhall pay to the Whipper the Sum of *Three Shillings*, and pay no greater or other Coft whatfoever; any Thing in this Act to the contrary hereof in any wife notwithftanding.

ACTS

Digitized from Best Copy Available

4

Cde0c2225ca8e06665ef25cf4bcc0eeaed6bf2946bc03ab5fa5513f56a048ajpf4page1267/4

# L A W S

O F

# *N E W - Y O R K,*

F R O M

The Year 1691, to 1773 inclufive.

---

PUBLISHED ACCORDING TO AN ACT OF THE

## G E N E R A L  A S S E M B L Y.

---

### V O L U M E THE S E C O N D.

---



---

QUUM LEGES ALIÆ SUPER ALIAS ACCUMULATÆ, EAS DE INTEGRO
RETRACTARE, ET IN CORPUS SANUM ET HABILE REDIGERE, EX
USU SIT.

BACON.

---

## N E W - Y O R K:

Printed by HUGH GAINE, Printer to the King's Moft Excellent Majefty in the
Province of New-York,
MDCCLXXIV.

CADWALLADER COLDEN ESQ Lieut Governor A.D. 1763

also be neceſſary to annex to the ſaid Certificate, an Affidavit of the following Tenor, ſworn to before any Magiſtrate in the City of *New-York* : A. B. *being duly ſworn, depoſeth and ſaith, That he certainly knows* [or has Affidavits to prove, as the Caſe may be] *that the Hemp mentioned in the above, or the annexed Certificate, was all raiſed after the firſt of* March, *One thouſand ſeven hundred and ſixty-four, in the Colony of* New-York, *in the County of* [here mentioning the County] *and that no Bounty has yet been paid for it, or any Part of it, to the beſt of his Knowledge and Belief* : And further ſaith not. The Inſpectors above mentioned, before they enter on the Execution of their Office, ſhall take an Oath, faithfully to diſcharge the Duty of Inſpectors, according to the Meaning of this Act.

4th *GEORGE* III. A. D. 1763.

Form of Affidavit to be ſworn to before the Bounty ſhall be paid.

[ The Reſt of this Act is OBSOLETE.]

### CHAP. MCCXXIX.

*An* ACT *to regulate the guaging of Wine, Rum, and other Spirituous Liquors, Molaſſes, and other Purpoſes therein mentioned.*
Paſs'd the 20th December, 1763.

Expired 1ſt January, 1771.

### CHAP. MCCXXX.

*An* ACT *to lay a Duty of Tonnage on Veſſels for defraying the Expence of the Light-Houſe on* Sandy-Hook.
Paſs'd the 20th December, 1763.

Continued Chap. 1277: Expired 1ſt January, 1772. Provided for Ch. 1515.

### CHAP. MCCXXXI.

*An* ACT *impowering* John Cruger, Robert R. Livingſton, Philip Livingſton, Leonard Liſpenard, *and* William Bayard, *Eſquires, to receive from the Colony of* Pennſilvania, *the Sum of* Four Thouſand Three Hundred and Sixty-eight Pounds Two Shillings and Six-pence, *Sterling, overpaid to the ſaid Colony, out of the Parliamentary Grant for the Service of the Year One thouſand ſeven hundred and ſixty.*
Paſs'd the 20th December, 1763.

This Money being received and paid into the Treaſury, the Act is therefore Obſolete.

### CHAP. MCCXXXII.

*An* ACT *to continue an Act, entitled,* An Act *for the Relief of Inſolvent Debtors, and for repealing the Acts therein mentioned, with an Addition thereto.*
Paſs'd the 20th December, 1763.

See Chap. 1148. Continued Ch. 1309.

### CHAP. MCCXXXIII.

*An* ACT *to prevent hunting with Fire-Arms in the City of* New-York, *and the Liberties thereof.*
Paſs'd the 20th December, 1763.

WHEREAS it has long been the Practice of great Numbers of idle and diſorderly Perſons in and about the City of *New-York*, and the Liberties thereof, to hunt with Fire-Arms, and to tread down the Graſs, and Corn and other Grain ſtanding and growing in the Fields and Incloſures there, to the great Danger of the Lives of his Majeſty's Subjects, the Ruin and Deſtruction of the moſt valuable Improvements, the grievous Injury of the Proprietors, and the great Diſcouragement of their Induſtry.

Preamble.

5 T

I. In

Collected from source document 442 3449cc9f6b5f468312f5gy49jqe336f4

4th *GEORGE* III.
A. D. 1763.

*Penalty for enter-ing with Fire-Arms into any inclofed Land within this City or its Liberties.*

**I.** In order therefore the more effectually to punifh and prevent fuch Abufes as forefaid, **Be it Enacted** *by his Honour the Lieutenant Governor, the Council, and the General Affembly, and it is hereby Enacted by the Authority of the fame,* That if any Perfon or Perfons whatfoever, other than the Owner, Proprietor, or Poffeffor, or his or her white Servant or Servants, do and fhall, at any Time or Times from and after the Publication of this Act, carry, fhoot, or difcharge any Mufket, Fowling-Piece, or other Fire-Arm whatfoever, into, upon, or through any Orchard, Garden, Corn-Field, or other inclofed Land whatfoever, within the City of *New-York*, or the Liberties thereof, without Licence in Writing firft had and obtained

*Or paffing thro' Orchards, &c. without Arms.*

for that Purpofe from fuch Owner, Proprietor, or Poffeffor of fuch Orchard, Garden, Corn-Field, or other inclofed Land ; or fhall enter into, or pafs through any Orchard, Garden, Corn-Field or Mowing-Ground, in any of the aforefaid Places without Fire-Arms, and thereof fhall be convicted be-

*Before whom Offenders to be convicted.*

fore any Member of his Majefty's Council, either of the Juftices of the Supreme Court, or the Mayor, Recorder, or any one of the Aldermen of the City of *New-York*, for the Time being, by the Oath of one credible Witnefs, or by Confeffion of the Party offending, he, fhe, or they fo offending, fhall feverally forfeit and pay for every fuch Offence, the Sum of *Twenty Shillings* ; to be recovered and applied in the Manner herein after directed.

*Forfeitures how to be recovered and applied.*

**II. And be it further Enacted** *by the Authority aforefaid,* That every Fine and Forfeiture, which fhall accrue upon or by Virtue of this Act, fhall be recovered, with reafonable Cofts, not exceeding *Ten Shillings*, by any Perfon or Perfons who fhall and will fue, and profecute for the fame ; One Half of fuch Fine and Forfeiture when recovered and received, to be applied to his, her, or their own Ufe ; and the other Half thereof to be paid by him, her, or them, to the Church Wardens of the faid City for the Time being, for the Ufe of the Poor thereof.

*Offenders to be imprifoned if the Fines are not paid,*

**III. And be it further Enacted** *by the Authority aforefaid,* That every Offender, who fhall incur any fuch Fine or Forfeiture as aforefaid, fhall, by Warrant under the Hand and Seal of any Member of his Majefty's Council, Juftice of the Supreme Court, or the Mayor, Recorder, or Aldermen before whom he or they fhall be convicted, ftand and be committed to the Common Goal of the faid City, there to remain for the Space of three Months, unlefs the Fine or Forfeiture, with Cofts, be fooner paid. **Provided always,** That the Members of his Majefty's Council, and the Juftices of the Supreme Court, fhall be at Liberty to act in the Execution of this Law or not, as to them fhall feem fitting.

*Provifo.*

---

## C H A P. MCCXXXIV.

*Expired 1ft January, 1770. Provided for Ch. 1441.*

*An* ACT *to eftablifh the Rates to be taken for Wharfage of Ships and other Veffels ufing the Wharfs within the Limits therein mentioned,*

Pafs'd the 20th December, 1763.

---

## C H A P. MCCXXXV.

*An* ACT *to raife, levy, and collect, the Sum of* Sixty-one Pounds Nineteen Shillings, *in the City and County of* New-York, *for Services performed by the Coroner of the faid City and County.*

*Obfolete.*

Pafs'd the 20th December, 1763.

**C H A P.**

Laws Of New-York, From The Year 1691, To 1773 Inclusive. Vol. 2, Hugh Gaine, MDCCLXXIV. The Making of Modern Law: Primary Sources, link.gale. com/apps/doc/DT0103403799/MMLP?u=efgssf&sid=bookmark-MMLP&xid=d8a580f7&pg=22. Accessed 12 Oct. 2022.

5

Case 1:22-cv-00695-JLS   Document 33-2   Filed 11/04/22   Page 23 of 65

ing with Guns, Traps and Dogs, have, by Experience, been found in-
fufficient to anfwer the falutary Purpofes thereby intended ; Therefore,

No Perfon to carry a Gun on Lands not his own, except, &c.

*Sect.* 1. BE IT ENACTED *by the Governor, Council and General Af-
fembly of this Colony of* New-Jerfey, *and it is hereby Enacted by the Au-
thority of the fame*, That if any Perfon or Perfons fhall prefume, at
any Time after the Publication hereof, to carry any Gun on any
Lands not his own, and for which the Owner pays Taxes, or is in his
lawful Poffeffion, unlefs he hath Licenfe or Permiffion in Writing from
the Owner or Owners or legal Poffeffor, every fuch Perfon fo offending,
and convicted thereof, either upon the View of any Juftice of the Peace
within this Colony, or by the Oath or Affirmation of one or more Wit-
neffes, before any Juftice of the Peace of either of the Counties, Cities or
Towns-corporate of this Colony, in which the Offender or Offenders
may be taken or refide, he, fhe or they, fhall, for every fuch Offence, for-
feit and pay to the Owner of the Soil, or his Tenant in Poffeffion, the

Penalty.

Sum of *Forty Shillings*, with Cofts of Suit ; which Forfeiture fhall
and may be fued for and recovered by the Owner of the Soil, or Te-
nant in Poffeffion, before any Juftice of the Peace in this Colony, for
the Ufe of fuch Owner or Tenant in Poffeffion.

No Perfon to drive Deer or other Game, except, &c.

2. AND BE IT ENACTED *by the Authority aforefaid*, That if any
Perfon fhall prefume, at any Time after the Publication of this Act,
to hunt or watch for Deer with a Gun, or fet in any Dog or Dogs to
drive Deer, or any other Game, on any Lands not his own, and for
which the Owner or Poffeffor pays Taxes, or is in his lawful Poffeffion,
unlefs he hath Licenfe or Permiffion in Writing from fuch Owner or
Owners or legal Poffeffor ; every fuch Perfon fo offending, and being
convicted thereof in Manner aforefaid, fhall, for every fuch Offence,
forfeit and pay to the Owner of the Soil, or Tenant in Poffeffion, the

Penalty.

Sum of *Forty Shillings*, with Cofts of Suit ; provided, that nothing
herein contained fhall be conftrued to extend to prevent any Perfon
carrying a Gun upon the King's Highway in this Colony.

Penalty on Non-Refi-dents.

3. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That
if the Perfon or Perfons offending againft this Act be Non-Refidents
of this Colony, he or they fhall forfeit and pay for every fuch Offence
*Five Pounds*, and fhall forfeit his or their Gun or Guns to any Perfon
or Perfons who fhall inform and profecute the fame to Effect, before
any Juftice of the Peace in any County of this Colony, wherein the
Offender or Offenders may be taken or apprehended.

Penalty for killing, &c. Deer out of Seafon.

4. AND BE IT ENACTED *by the Authority aforefaid*, That if any
Perfon or Perfons fhall kill, deftroy, hunt or take any Doe, Buck,
Fawn, or any Sort of Deer whatfoever, at any other Time or Seafon,
except only between the firft Day of *September* and the firft Day of
*January* yearly and every Year, he, fhe or they fo offending, fhall for-
feit and pay the Sum of *Forty Shillings* for each and every Offence ;
to be fued for, recovered and applied as hereafter is directed.

What fhall be Evidence of fuch Killing, &c.

5. AND, for the better and more effectual convicting of Offenders
againft this Act, BE IT ENACTED *by the Authority aforefaid*, That any
and every Perfon or Perfons in whofe Cuftody fhall be found, or who
                                                        fhall

Case 1:22-cv-00695-JLS   Document 33-2   Filed 11/04/22   Page 24 of 65

shall expose to Sale, any green Deerskins, or fresh Venison killed at any Time after the first Day of *January*, and before the first Day of *September* aforesaid, and shall be thereof convicted by the Oath or Affirmation of one or more credible Witnesses, shall be deemed guilty of offending against this Act, and be subjected to the Penalties of killing Deer out of Season.

6. AND WHEREAS great Numbers of idle and disorderly Persons make a Practice of hunting on the waste and unimproved Lands in this Colony, whereby their Families are neglected, and the Publick is prejudiced by the Loss of their Labour, BE IT THEREFORE ENACTED *by the Authority aforesaid*, That, from and after the first Day of *January* next, no Person or Persons whatsoever (except such Persons as are by the Laws of this Colony qualified to vote for Representatives in General Assembly, in Right of their Freeholds, and their Sons being of the Age of eighteen Years or upwards, and living with their Parent or Parents, or being Freeholders) shall, on any Pretence whatever, hunt on the waste and unimproved Lands in this Colony; and if any Person or Persons, not qualified as aforesaid, shall presume to hunt as aforesaid, he or they so offending shall forfeit and pay, for every such Offence, the Sum of *Twenty Shillings*; to be recovered by Action of Debt, with Costs, by any Person who shall sue for the same; to be applied one Half to the Prosecutor, and the other Half to the Use of the Poor of the Township or Precinct where the Fact was committed. {.sidenote: Who may hunt on un-improved Lands.} {.sidenote: Penalty on Offenders.}

7. AND BE IT ENACTED *by the Authority aforesaid*, That if any Person or Persons within this Colony shall set any Trap or other Device whatsoever, larger than what is usually and commonly set for Foxes and Muskrats, such Person, setting such Trap or other Device, shall pay the Sum of *Five Pounds*, and forfeit the Trap or other Device, shall suffer three Months Imprisonment, and shall also be liable to make good all Damages any Person shall sustain by setting such Trap or other Device, and the Owner of such Trap or other Device, or Person to whom it was lent, shall be esteemed the Setter thereof, unless it shall be proved, on Oath or Affirmation, what other Person set the same, or that such Trap or other Device was lost by said Owner or Person to whom it was lent, and absolutely out of his Power; and if the Setter of the Trap or other Device be a Slave, and it be his own voluntary Act, he shall (unless the Master or Mistress shall pay the Fine) in Lieu of such Fine, be publickly whipped with thirty Lashes, and committed till the Costs are paid; and that the said Trap or other Device shall be broken and destroyed in the View and Presence of the Justice of the Peace before whom they are brought: And if any Person or Persons shall have Possession of, or there shall be found in his or their House, any Trap or Traps, Device or Devices whatsoever, for taking of Deer, such Person or Persons shall be subjected to the same Penalty as if he or they were convicted of setting such Trap or Traps, or other Device. {.sidenote: Penalty on setting Traps, &c.} {.sidenote: Penalty on a Slave setting such Trap, &c.} {.sidenote: Penalty on keeping such Trap, &c.}

8. AND, for encouraging the Destruction of such Traps and Devices, BE IT ENACTED *by the Authority aforesaid*, That if any Person shall seize any Trap or other Device for the taking Deer, and shall carry such Trap or other Device to any Magistrate of the County where such Trap or Device was seized, such Person shall be entitled to {.sidenote: Reward for seizing a Trap, &c.}

4 Q                                           an

an Order from the faid Magiftrate to the Collector of fuch County, to pay him the Sum of *Ten Shillings*, out of any Money in his Hands raifed for the Ufe of the County ; which Sums fhall be allowed to fuch Collector on the Settlement of his Accounts.

**Penalty on a Smith making or mending fuch Trap, &c.**

9. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That every Smith or other Artificer, who fhall hereafter make or mend any fuch Trap or other Device aforefaid, he fhall forfeit and pay the Sum of *Forty Shillings* ; and the Perfon carrying fuch Trap or other Device to the Artificer aforefaid, fhall forfeit and pay the Sum of *Twenty*

**Penalty on bringing fuch Trap, &c. into the Colony.**

*Shillings.* And every Perfon who fhall bring into this Colony any fuch Trap or Device as aforefaid fhall forfeit and pay the Sum of *Forty Shillings*. And if the Perfon who fhall carry the fame to the Smith or Artificer fhall be fo poor as that he fhall not be able to pay the Forfeiture aforefaid, he fhall be committed to the common Gaol, until he fhall prove who is Owner of fuch Trap or Device, or who delivered the fame to him ; and in fuch Cafe the Forfeiture aforefaid fhall be levied on the Goods, or in Failure of Goods, on the Body of the Owner of fuch Trap or Device, or the Perfon who delivered the fame to the Pauper, and the Trap or Device fhall be forfeited and deftroyed.

**Penalty for fetting loaded Guns.**

10. AND WHEREAS a moft dangerous Method of fetting Guns has too much prevailed in this Province, BE IT ENACTED *by the Authority aforefaid*, That if any Perfon or Perfons within this Colony fhall prefume to fet any loaded Gun in fuch Manner as that the fame fhall be intended to go off or difcharge itfelf, or be difcharged by any String, Rope, or other Contrivance, fuch Perfon or Perfons fhall forfeit and pay the Sum of *Six Pounds* ; and on Non-payment thereof fhall be committed to the common Gaol of the County for fix Months.

**Application of Penalties.**

11. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That the Fines and Forfeitures in this Act expreffed, and not particularly appropriated, fhall be paid, one Half to the Profecutor, and the other Half to and for the Ufe of the Poor of the Town, Precinct or Diftrict, where the Offence is committed ; and that the Execution of this Act,

**Jurifdiction given to one Magiftrate.**

and every Part thereof, fhall be within the Cognizance and Jurifdiction of any one Magiftrate or Juftice of the Peace, without any Reference to the Act for Trial of fmall Caufes in this Colony.

**This Act not to affect Parks.**

12. AND BE IT ENACTED, That nothing in this Law fhall be conftrued to extend to reftrain the Owners of Parks, or of tame Deer, from killing, hunting or driving their own Deer.

**Penalty on Magiftrate neglecting his Duty.**

13. AND BE IT ALSO ENACTED *by the Authority aforefaid*, That if any Juftice of the Peace or other Magiftrate, within this Province, fhall have Information of any Perfons offending againft this Act, in killing Deer out of Seafon, fetting and making Traps, Non-Refidents killing Deer, and Perfons fetting of Guns, and fhall not profecute the fame to Effect within two Months after fuch Information, he fhall forfeit and pay the Sum or Sums to which the Offender againft this Act would have been liable.

14. AND

14. And be it Enacted *by the Authority aforesaid*, That the Jus- <span style="float:right">This Act to be published and executed.</span>
tices at every Quarter-Sessions of the Peace shall cause this Act to be
publickly read ; and give in Charge to the Grand-Jury to particularly
inquire and present all Persons for killing Deer out of Season, setting
or making Traps, and all Non-Residents killing, destroying, hunting
and taking any Sort of Deer, and all Persons setting of Guns ; and,
upon Conviction for either of the said Offences, the said Justices shall
set and impose the Fines and Penalties herein before-mentioned, with
Costs of Suit.

15. And be it Enacted *by the Authority aforesaid*, That if any <span style="float:right">Appeal given to next Sessions.</span>
Person or Persons whatsoever, whether the Accused or Accuser, Plaintiff
or Defendant, shall think themselves aggrieved by any of the Judg-
ments given by the said Justices or other Magistrates, for any Suit
commenced by Virtue of this Act ; then it shall and may be lawful
for such Person or Persons to appeal, on giving sufficient Security for
the Forfeitures and Costs, to the next Court of General Quarter-Sessions,
held for such County where such Judgment shall be given ; which Court
is hereby empowered to hear and determine all and every such Appeal
or Appeals.

16. And be it Enacted *by the Authority aforesaid*, That if any <span style="float:right">Penalty for watching in the Night near a Road.</span>
Person or Persons, within this Colony, shall, after the Publication of this
Act, watch with a Gun, on any uninclosed Land within two Hun-
dred Yards of any Road or Path, in the Night Time, whether the said
Road is laid out by Law or not, or shall stand or station him or them-
selves upon or within two Hundred Yards of any Road as aforesaid,
for shooting at Deer driven by Dogs, he or they so offending, shall, on
Conviction, forfeit and pay the Sum of *Five Pounds* for every such Of-
fence ; to be recovered by Action of Debt, or Presentment of the
Grand-Jury as aforesaid,  and pay all Damages.

17. Provided always, That the sixth Section of this Act shall <span style="float:right">Not to affect *Indians*, nor *Essex, Bergen, Morris* or *Sussex*.</span>
not be construed to affect any Native *Indian ;* and that nothing in this
Act shall be construed to prevent the Inhabitants of *Essex, Bergen, Mor-
ris* and *Sussex*, from making, having in their Houses, or setting Traps
of five Pounds Weight or more for Bears, Wolves, Foxes, or any other
wild Beasts, Deer only excepted.

18. And be it further Enacted *by the Authority aforesaid*, That <span style="float:right">Repeal of Former Laws.</span>
all former Laws made in this Colony for the Preservation of Deer and
other Game, and to prevent trespassing with Guns, and regulating the
Size of Traps, shall be, and they are hereby repealed.

C  H  A  P.     DXLI.

*An* A C T *declaring the River* Delaware *a common* Highway,
*and for improving the* Navigation *in the said River.*

Passed Dec. 21, 1771.

W HEREAS the improving the Navigation in Rivers is of great <span style="float:right">Preamble.</span>
Importance to Trade and Commerce ; And whereas the River
*Delaware*

*Delaware* may be rendered much more navigable than it now is; And whereas many Persons desirous to promote the publick Welfare have subscribed large Sums of Money for the Purpose aforesaid; and it is represented that others will subscribe considerable Sums, if Commissioners are appointed by Law to receive the Subscriptions, and apply the same; Therefore,

*Delaware a publick Highway.*

Sect. 1. Be it Enacted *by the Governor, Council and General Assembly, and it is hereby Enacted by Authority of the same*, That the River *Delaware* shall be, and it is hereby declared to be a common Highway, for the Purposes of Navigation up and down the same.

*Commissioners appointed.*

2. And be it further Enacted *by the Authority aforesaid*, That *Joseph Galloway, Joseph Fox, Michael Hillegas, Abel James, Samuel Rhoads, James Allen, Peter Knight*, Esquires, *Daniel Williams, Henry Drinker, Clement Biddle, Jeremiah Warder* the Younger, *Jacob Bright, John Baldwin, Richard Wells*, Gentlemen, *Thomas Yardley, Jacob Orndt, Peter Kechline, Henry Kooken*, Esquires, *William Ledley, Nicholas Depui*, Son of *Samuel, Jacob Stroud* and *John Arbo*, Gentlemen, the Honourable, *John Stevens, James Parker* and *Daniel Coxe*, Esquires, *Samuel Meredith* and *Robert Field*, Esquires, Doctor *William Bryant, Abraham Hunt, Timothy Smith, Thomas Lowry, Ashur Mott, John Emley* of *Kingwood, Andrew Melick, Robert Hoops* and *Matthew Lowry*, Gentlemen, be, and they are hereby appointed and constituted Commissioners for improving the Navigation in the said River *Delaware*; who, or any twelve of them, the Survivors, or any twelve of them, shall have full

*To collect Subscriptions*

Power and Authority, by Virtue hereof, to collect, recover and receive from any Person or Persons whatsoever, all such Sums of Money, which have been, or shall be given or subscribed for rendering the said River more navigable; and so much of the said Monies as may be necessary

*and apply them.*

for that Purpose, to lay out and apply for and towards improving the Navigation in the said River *Delaware*, from the lower Part of the Falls near *Trenton*, to the River *Lehigh* at *Easton*; and the Residue thereof to lay out and apply for and towards improving the Navigation in that Part of the said River above the said River *Lehigh*. Provided always, That such Sums of Money as have been or shall be given or subscribed for the improving the Navigation of the said River, above the *Lehigh* aforesaid, separately, shall be laid out and applied for and towards that Purpose, and no other.

*To clear, straighten, &c.*

3. And be it further Enacted *by the Authority aforesaid*, That the said Commissioners, or any twelve of them, their Survivors, or any twelve of them, shall have full Power and Authority, by themselves, their Agents, Servants and Workmen, to clear, scour, open, enlarge, straighten or deepen, the said River where-ever it shall to them appear useful for improving the Channels; and also to remove any Obstructions whatsoever, either natural or artificial, which may or can in any Manner hinder or impede the Navigation in the said River; and to make and set up in the said River any Dams, Pens for Water Locks, or any other Works whatsoever, and the same to alter or repair as they shall think fit; and also to appoint, set out, and make near the said River, Paths or Ways, which shall be free and open for all Persons having Occasion to use the same for towing, hauling or drawing any Vessels, Boats, small Craft and

Rafts

Case 1:22-cv-00695-JLS   Document 33-2   Filed 11/04/22   Page 28 of 65

Rafts, of any Kind whatfoever; and from Time to Time to do and execute every other Matter or Thing neceffary or convenient for improving the Navigation in the faid River. PROVIDED ALWAYS, That no Dam, Pen, Lock or other Work, made or fet up by the faid Commiffioners, fhall be appropriated to the private Ufe or Benefit of any Perfon or Perfons whatfoever, contrary to the true. Intent and Meaning of this Act.

4. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That no Perfon or Perfons whatfoever fhall prefume to divert, lead or draw at any Time or Times, by any Race or other Device, any Water of the faid River out of or from the natural Courfe or Channel, for the Ufe of any Mill or Waterwork.

*Watercourfe not to be diverted.*

5. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That if any Perfon or Perfons fhall prefume to oppofe or hinder the faid Commiffioners, or any of them, their Agents, Servants and Workmen, or any of them, from doing any Act which they are hereby authorized and empowered to do, or fhall make, erect, fet up, repair or maintain, or fhall be aiding, affifting or abetting in making, erecting, fetting up, repairing or maintaining, any Dam or Obftruction which may or can in any Manner hinder or impede the Navigation in the faid River; or fhall remove, deftroy, throw down, alter, injure or impair, any Dam, Pen, Lock or other Work, made or fet up by the faid Commiffioners, or by Order of them, or any twelve of them, their Survivors, or any twelve of them; every Perfon fo offending, being legally convicted thereof by Verdict of a Jury, or by his own Confeffion, before the Juftices of the Peace in their Court of General Quarter-Seffions, fhall forfeit and pay *Fifty Pounds* Proclamation Money of this Colony, for every fuch Offence, or fhall fuffer Imprifonment for twelve Months without Bail or Mainprize; one Moiety of which Forfeiture fhall be paid to the Informer, and the other Moiety to the Commiffioners herein appointed, or the Survivors of them as aforefaid, to be applied for and towards improving the Navigation in the faid River.

*Penalty on hindering the Commiffioners, &c. or obftructing the Navigation.*

*Application.*

6. AND WHEREAS Doubts may arife in what Counties Offences committed in the faid River *Delaware* againft this Act ought to be tried; for removing thereof, BE IT ENACTED *by the Authority aforefaid*, That every Offence committed in or on the faid River, againft this Act, fhall be laid to be committed, and may be tried and determined as aforefaid, in any of the Counties within this Colony oppofite to or joining on that Part of the faid River in which fuch Offence fhall be committed.

*Offences where triable.*

7. PROVIDED ALWAYS, AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That Nothing herein contained fhall give any Power or Authority to the Commiffioners herein appointed, or any of them, to remove, throw down, lower, impair, or in any Manner to alter a Mill-Dam erected by *Adam Hoops*, Efquire, late deceafed, in the faid River *Delaware*, between his Plantation and an Ifland in the faid River nearly oppofite to *Trenton*, or any Mill-Dam erected by any other Perfon or Perfons in the faid River, before the Paffing of this Act; nor to obftruct, or in any Manner to hinder the Heirs or Executors

*Not to injure Mill-Dams already erected.*

Digitized from Best Copy Available

of the faid *Adam Hoops*, or fuch other Perfon or Perfons, his or their Heirs and Affigns, from maintaining, raifing or repairing, the faid Dams refpectively, or from taking Water out of the faid River, for the Ufe of the faid Mills and Waterworks, erected as aforefaid, and none other.

**Commiffioners to keep Minutes and report.**

8. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That the faid Commiffioners fhall keep Minutes of their Proceedings, in Purfuance of the Power hereby given to them, fairly entered in a Book; and fhall once in every Year make Report of their Tranfactions in improving the Navigation in the faid River to the Council and Affembly of this Colony for the Time being, and fhall lay before them a juft and faithful Account of all Sums of Money by them received for the aforefaid Purpofes, and in what Manner they fhall be expended, that the fame may be adjufted and fettled.

## C H A P. DXLII.

*An* ACT *for the more effectual maintaining, and keeping above the Flow of the Tide, that Part of the* Road *or* Caufeway *between the Toll-Bridge over* Newton Creek *and the faft Land of* Keziah Tonkin.*

Paffed Dec. 21. 1771.

**Preamble.**

WHEREAS *Thomas Attmore, Ifaac Burrough, Benjamin Thackray, Jacob Stokes, Hannah Cooper, Keziah Tonkin, Elizabeth Thackray* and *Job Haines*, Owners and Proprietors of the Meadows lying on the eafterly Side of *Newton* Creek, in the County of *Gloucefter*, have, by their Petition, fet forth, That they have fuffered, and are daily expofed to very confiderable Damage by Reafon of the Caufeway and Road between the Toll-Bridge, called *William Gerrard's*, and the faft Land of *Keziah Tonkin*, not being raifed above the Flowing of the Tides;

**Poffeffors of the Toll-Bridge neglecting three Months.**

Sect. 1. BE IT THEREFORE ENACTED *by the Governor, Council and General Affembly*, That if the Owner or Owners, Poffeffor or Poffeffors, of the Toll-Bridge erected over *Newton* Creek, fhall neglect or refufe, for three Months after Publication hereof, to repair and raife, above the Flowing of the Tides, fuch Part of the Caufeway and Road, leading from the Town of *Gloucefter* to the *Coopers* Ferries, as lays on the Eaft Side of *Newton* Creek aforefaid, from the End of faid Toll-Bridge to the faft Land of *Keziah Tonkin*; then, and in fuch Cafe, it fhall and may be lawful for the Managers, or the Survivors of them already appointed, or that fhall be hereafter appointed, in Purfuance of an Act paffed in the third Year of His prefent Majefty's Reign, entitled, *An* Act *to enable the Owners and Poffeffors of the Meadows lying on a Branch of* Newton Creek, *in the County of* Gloucefter, *commonly called the* Back Creek, *to erect and maintain a Bank, Dam, and other Waterworks acrofs the faid Creek, in order to prevent the Tide from overflowing the fame, and to keep the former Watercourfe of faid Creek open and clear,*† to repair, amend and raife the faid Caufeway and Road, from the Bridge aforefaid,

**Managers of Back Creek Meadows to repair and raife the Caufeway.**

---

* This Act, though ftrictly private, being of a very publick Import, is admitted in this Collection.
† Chap. CCCLV.

6

# ACTS

## PASSED BY THE GENERAL ASSEMBLY

### OF THE

# STATE OF LOUISIANA,

#### AT THE

## EXTRA SESSION,

### HELD AND BEGUN IN THE CITY OF NEW ORLEANS,

#### ON THE 23d OF NOVEMBER, 1865.

**PUBLISHED BY AUTHORITY.**

NEW ORLEANS:
J. O. NIXON, STATE PRINTER,
1866.

# ACTES

## PASSÉS PAR L'ASSEMBLÉE GÉNÉRALE

DE

# L'ETAT DE LA LOUISIANE,

A LA

## SESSION EXTRA,

TENUE ET COMMENCÉE DANS LA VILLE DE LA Nᴸᴸᴱ-ORLÉANS,

### LE 23me JOUR DE NOVEMBRE 1865.

PUBLIÉS PAR AUTORITE.

NOUVELLE-ORLÉANS:

J. O. NIXON, IMPRIMEUR D'ÉTAT.

1866.

14

incurred by his Excellency, J. Madison Wells, Governor of the State of Louisiana, in fitting up the Mechanics' Institute for the use of the General Assembly, the said amount to be paid on the warrant of the Auditor of Public Accounts, to the following persons, and as follows:

| | |
|---|---|
| C. W. Grandjean, two thousand three hundred and twenty-seven dollars and eighteen cents | $2,327 18 |
| Allen Hill, two thousand and seventy-six dollars and fifty cents | 2,076 50 |
| A. Brosseau & Co., one thousand six hundred and thirty-nine dollars and ninety-two cents | 1,639 92 |
| Selby & Donlan, two hundred and eighty-four dollars and thirty-five cents | 284 35 |
| J. P. Coulon, three hundred and seventy-one dollars and sixty-five cents | 371 65 |
| P. Ward, one hundred dollars | 100 00 |
| John Gauche, twenty dollars and fifty cents | 20 50 |
| Sampson & Kean, thirty dollars | 30 .00 |
| G. W. R. Bailey, two hundred dollars | 200 00 |
| Total | $7,050 10 |

Sec. 2. Be it enacted, &c., That this act shall take effect from and after its passage.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.
Approved December 18, 1865.
J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

———

No. 10.]                              AN ACT

To prohibit the carrying of fire-arms on premises or plantations of any citizen, without the consent of the owner.

SECTION 1.   Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That it shall not be lawful for any person or persons to carry fire-arms on the premises or plantations of any citizen, without the consent of the owner or proprietor, other than in lawful discharge of a civil or military order; and any person or persons so offending shall be fined a sum not less than one dollar nor more than ten dollars, or imprisoned not less than one day nor more than ten days in the parish jail, or both, at the discretion of any court of competent jurisdiction.

Penalty.

## 15

préparer, pour l'usage de l'Assemblée Générale, les salles de l'Institut des Artisans.   Le susdit montant sera payé sur le mandat de l'Auditeur des Comptes Publics, aux personnes ci-après désignées, ainsi que suit:

| | | |
|---|---:|---:|
| C. W. Grandjean, deux mille trois cent vingt-sept piastres et dix-huit cents | $2,327 | 18 |
| Allen Hill, deux mille soixante-seize piastres et cinquante cents | 2,076 | 50 |
| A. Brousseau & Cie., mille six cent trente-neuf piastres et quatre-vingt-douze cents | 1,639 | 92 |
| Selby & Donlaw, deux cent quatrevingt-quatre piastres et trente-cinq cents | 284 | 35 |
| J. P. Coulon, trois cent soixante-onze piastres et soixante-cinq cents | 371 | 65 |
| P. Ward, cent piastres | 100 | 00 |
| John Gauche, vingt piastres et cinquante cents | 20 | 50 |
| Sampson & Keen, trente piastres | 30 | 00 |
| G. W. R. Bailey, deux cents piastres | 200 | 00 |
| Total | $7,050 | 10 |

Sec. 2.  Décrètent de plus: Cet acte sortira son effet à compter de son adoption.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.

Approuvé le 18 décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

————

No. 10.]                    ACTE

Défendant le port d'armes à feu dans le domaine ou l'habitation de tout citoyen sans le consentement du propriétaire.

SECTION 1.  Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent: La loi défend à toute personne de porter des armes à feu dans le domaine ou l'habitation de tout citoyen, sans le consentement du propriétaire, excepté dans l'accomplissement légitime d'un ordre civil ou militaire; toute contravention à cette loi sera punie d'une amende d'au moins une piastre et de dix au plus, ou d'un emprisonnement d'un jour au moins, et qui n'en excédera pas dix, dans la prison de paroisse; les deux peines pourront être infligées à la fois, à la discrétion de toute cour de juridiction compétente.

Peine contre le port illégal d'armes à feu.

16

Repealing clause.

Sec. 2.   Be it further enacted, &c., That all laws, or parts of laws, to the contrary notwithstanding, be and the same are hereby repealed.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.
Approved December 20, 1865.
J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

---

No. 11.]                         AN ACT

To Prevent Trespassing.

Persons offending against this Act, before whom tried.

Section 1.   Be it enacted by the Senate and House of Representatives of the State of Louisiana, in General Assembly convened, That whosoever shall enter upon any plantation without the permission of the owner or agent, shall be deemed guilty of a misdemeanor, and shall be liable to be arrested and brought before any court of com-

Fine.

petent jurisdiction, and upon proof of the fact shall be fined in a sum not exceeding one hundred dollars, or imprisoned for a term not exceeding one month, and may, moreover, be required to give bond for good behavior during six months.

Repealing clause.

Sec. 2.   Be it further enacted, &c., That all laws, or parts of laws, contrary to the provisions of this act, be and the same are hereby repealed.

Sec. 3.   Be it further enacted, &c., That this act shall take effect from and after its passage.

DUNCAN S. CAGE,
Speaker of the House of Representatives.
ALBERT VOORHIES,
Lieutenant Governor and President of the Senate.
Approved December 20, 1865.
J. MADISON WELLS,
Governor of the State of Louisiana.

A true copy:
J. H. HARDY,
Secretary of State.

---

No. 12.]                         AN ACT

To amend and re-enact the one hundred and twenty-first section of an act entitled "An Act relative to crimes and offences," approved March 14, 1855.

Section 1.   Be it enacted by the Senate and House of Representatives of the State of Louisiana in General Assembly convened, That

· **17**

Sec. 2. Décrètent de plus: Toutes lois ou dispositions contraires Clause d'abroga · à cet acte, sont et demeurent abrogées par les présentes. tion.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.
Approuvé le 20 décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

———

No. 11.]                    ACTE

Empêchant la violation du droit de propriété.

SECTION 1. Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent: Quiconque en- Devant quel trera dans une habitation sans le consentement du propriétaire ou de juge sera tradui- son agent, sera considéré coupable d'un délit, et sera sujet à être arrêté te toute person- et traduit devant toute cour de juridiction compétente; la preuve du au présent acte. fait susdit entraînera une condamnation à une amende qui n'excèdera Amende. pas cent piastres, ou à un emprisonnement qui ne durera pas plus d'un mois, et l'on pourra de plus exiger du coupable un cautionne- ment qui répondra de sa bonne conduite pendant six mois.

Sec. 2. Décrètent de plus: Toutes lois ou dispositions à ce con- Clause d'abroga- traires, sont par le présent abrogées. tion.

Sec. 3. Decrètent de plus: Cet acte sortira son effet à compter Mise à effet. de son adoption.

DUNCAN S. CAGE,
Orateur de la Chambre des Représentants.
ALBERT VOORHIES,
Lieutenant-Gouverneur et Président du Sénat.
Approuvé le 20 décembre 1865.

J. MADISON WELLS,
Gouverneur de l'Etat de la Louisiane.

Pour copie conforme:
J. H. HARDY,
Secrétaire d'Etat.

———

No. 12.]                    ACTE

Amendant et rééedictant la cent vingt-et-unième section de l'acte intitulé: "Acte relatif aux Cri- mes et Délits," approuvé le 14 mars 1855.

SECTION 1. Le Sénat et la Chambre des Représentants de l'Etat de la Louisiane, réunis en Assemblée Générale, décrètent:

3

7

# A DIGEST

#### OF THE

# LAWS OF TEXAS:

## CONTAINING THE LAWS IN FORCE,

#### AND

## THE REPEALED LAWS

### ON WHICH RIGHTS REST,

### FROM 1754 TO 1874,

## CAREFULLY ANNOTATED.

### BY GEORGE W. PASCHAL,

*OF AUSTIN, TEXAS,*

LATE REPORTER OF THE SUPREME COURT OF TEXAS, AUTHOR OF PASCHAL'S ANNOTATED
CONSTITUTION, PASCHAL'S DIGEST OF DECISIONS, ETC., ETC.

### Fourth Edition—Volume II

WASHINGTON, D. C.:
W. H. & O. H. MORRISON,
HOUSTON, TEXAS: E. H. CUSHING.
NEW YORK: BAKER, VOORHIS & CO.
1874,

Entered according to Act of Congress, in the year 1874, by

GEORGE W. PASCHAL,

In the Office of the Librarian of Congress, at Washington, D. C.

STEREOTYPED AND PRINTED BY
M'GILL & WITHEROW,
WASHINGTON, D. C.

TITLE XI.—OF OFFENSES AGAINST THE PUBLIC PEACE.

CHAPTER I.—UNLAWFUL ASSEMBLIES.

**AN ACT TO AMEND THE PENAL CODE FOR THE STATE OF TEXAS.**

ART. 6508. [1] The penal code for the state of Texas [shall] be amended as follows, by inserting after article 363 the following: [363a] If the purpose of the unlawful assembly be to alarm and frighten any person or persons, by appearing in disguise, so that the real persons so acting and assembling cannot be readily known, and by using language or gestures calculated to produce in such person or persons the fear of bodily harm, all persons engaged therein shall be punished by fine not less than one hundred dollars nor more than one thousand dollars each; and if such unlawful assembly shall take place at any time of the night, that is, between sunset and sunrise, the fine shall be doubled; and if three or more persons are found together disguised, and armed with deadly weapons, the same shall be *prima facie* evidence of the guilty purpose of such persons, as above described; and if any other unlawful assembly mentioned in this chapter consist in whole or in part of persons disguised and armed with deadly weapons, the fine to be assessed upon each person so offending shall be double the penalty hereinbefore prescribed.

CHAPTER III.—AFFRAYS AND DISTURBANCES OF THE PEACE.

**AN ACT TO PROHIBIT THE DISCHARGING OF FIREARMS IN CERTAIN PLACES THEREIN NAMED.**

ART. 6508a. [1] It shall not be lawful for any person to discharge any gun, pistol, or firearms of any description whatever, on, or across any public square, street, or alley, in any city or town in this state: *Provided*, This act shall not be so construed as to apply to the "outer town," or suburbs, of any city or town.

ART. 6508b. [2] Any person who shall discharge any firearms, in violation of the provisions of the first section of this act, shall be deemed guilty of disturbing the public peace, and on conviction thereof, before any court having competent jurisdiction, shall be fined in any sum not exceeding one hundred dollars, to be recovered as other fines and penalties.

**AN ACT TO AMEND ARTICLE 382, TITLE XI, CHAPTER 3, OF THE PENAL CODE.**

ART. 6509. [1] Article 382, title XI, chapter III, of the penal code, shall hereafter read as follows: If any one or more persons shall, in any public place, by loud and vociferous talking, swearing, or rudely displaying any pistol, or other deadly weapon, so as to disturb the inhabitants of the place in the prosecution of their lawful business, any person engaged in such disturbance shall be fined in any sum not exceeding fifty dollars.*

**AN ACT TO PROHIBIT THE CARRYING OF FIREARMS ON PREMISES OR PLANTATIONS OF ANY CITIZEN WITHOUT THE CONSENT OF THE OWNER.**

ART. 6510. [1] It shall not be lawful for any person or persons to carry firearms on the inclosed premises or plantation of any citizen, without the consent of the owner or proprietor, other than in the lawful discharge of a civil or military duty, and any person or persons so offending shall be fined a sum not less than one nor more than ten dollars, or imprisonment in the county

* 1330a. This is sufficiently certain and complete. *Sisk v. The State*, 35 Tex., 496.

**Side notes (right margin):**

Arts. 1984–1995.

6 Nov., 1871; took effect from passage. Vol. 21, part 3, p. 19. Art. 1993.

Unlawfully appearing in disguise as Ku-klux, White Camelias, and other devilry, punished. Arts. 7030–7036.

If at night, double punishment.

Three or more together. Prima facie evidence.

Arts. 2011–2013.

12 Nov., 1866; took effect 13 Jan., 1867. Vol. 20, p. 210.

Discharging firearms within municipal limits made unlawful;

and punished, as disturbance of the peace, by fine not exceeding $100.

26 Oct., 1866; took effect from passage. Vol. 20, p. 60. Disturbance of the peace, &c., by quarreling. Art. 2012.

Fine not to exceed $50.

6 Nov., 1866; took effect 13 Jan., 1867. Vol. 20, p. 90. Carrying firearms an offense.

$10 fine, or ten

days' imprisonment.

jail nor less than one day nor more than ten days, or both, in the discretion of the court or jury before whom the trial is had.

## AN ACT REGULATING THE RIGHT TO KEEP AND BEAR ARMS.

12 Aug., 1870;
took effect 12
Oct., 1870. Vol. 21,
part 1, p. 63.
Persons not to
bear arms at pub-
lic assemblies.
Social inter-
course and elec-
tions not to be
made dangerous.

Art. 6512.

Kinds of weapons
prohibited.

Fine $50 to $500.
Notes, 111, 167.

Scalp-lifting
country except-
ed.
Armed officials.

ART. 6511. [1] If any person shall go into any church or religious assembly, any school-room or other place where persons are assembled for educational, literary, or scientific purposes, or into a ball-room, social party, or other social gathering, composed of ladies and gentlemen, or to any election precinct on the day or days of any election, where any portion of the people of this state are collected to vote at any election, or to any other place where people may be assembled to muster or to perform any other public duty, or any other public assembly, and shall have about his person a bowie-knife, dirk, or butcher-knife, or fire-arms, whether known as a six-shooter, gun, or pistol of any kind, such person so offending shall be deemed guilty of a misdemeanor, and on conviction thereof shall be fined in a sum not less than fifty or more than five hundred dollars, at the discretion of the court or jury trying the same: *Provided*, That nothing contained in this section shall apply to locations subject to Indian depredations: *And provided further*, That this act shall not apply to any person or persons whose duty it is to bear arms on such occasions in discharge of duties imposed by law.

## AN ACT TO REGULATE THE KEEPING AND BEARING OF DEADLY WEAPONS.

12 April, 1871;
took effect 12
June, 1871. Vol.
21, part 2, p. 25.
Carrying arms a
misdemeanor,
punishable by
fine and forfeit-
ure, unless, &c.
Patriots and mili-
tiamen excepted.
Art. 6511.
[This section is
constitutional.
*English v. The
State*, 35 Tex.,
474.]

Fine $25 to $100
for first offense.

Imprisonment
for second of-
fense.
Notes 111, 167.

People at home
and officials ex-
cepted.
[Carrying weap-
ons to and from
market is within
the proviso. *Wad-
dell v. The State*,
37 Tex., 356. But
carrying a pistol
hog hunting in
the woods is not
within the ex-
ception. *Baird
v. The State*, 39
Tex., 609.]
Art. 6512.
Justification
must be immedi-

ART. 6512. [1] Any person carrying on or about his person, saddle, or in his saddle-bags, any pistol, dirk, dagger, slung-shot, sword-cane, spear, brass-knuckles, bowie-knife, or any other kind of knife manufactured or sold for the purpose of offense or defense, unless he has reasonable grounds for fearing an unlawful attack on his person, and that such ground of attack shall be immediate and pressing; or unless having or carrying the same on or about his person for the lawful defense the state, as a militiaman in actual service, or as a peace officer or policeman, shall be guilty of a misdemeanor, and, on conviction thereof, shall, for the first offense, be punished by fine of not less than twenty-five nor more than one hundred dollars, and shall forfeit to the county the weapon or weapons so found on or about his person; and for every subsequent offense may, in addition to such fine and forfeiture, be imprisoned in the county jail for a term not exceeding sixty days; and in every case of fine under this section the fines imposed and collected shall go into the treasury of the county in which they may have been imposed: *Provided*, That this section shall not be so construed as to prohibit any person from keeping or bearing arms on his or her own premises, or at his or her own place of business, nor to prohibit sheriffs or other revenue officers, and other civil officers, from keeping or bearing arms while engaged in the discharge of their official duties, nor to prohibit persons traveling in the state from keeping or carrying arms with their baggage: *Provided further*, That members of the legislature shall not be included under the term "civil officers" as used in this act.

ART. 6513. [2] Any person charged under the first section of this act, who may offer to prove, by way of defense, that he was

8

shall have power to grant a "leave of absence" to all inmates of the institution who shall prove by their diligence and upright behavior that they are entitled to the same; *provided*, that such "leave of absence" shall be given only upon the condition that such youth shall continue to lead a useful and honorable life; and the board shall have full power to recall all such absentees who may lapse into their former vicious habits.

Section 18. Any boy or girl committed to the state reform school shall be there kept, disciplined, instructed, employed, and governed until he or she arrives at the age of majority, or is bound out, reformed, or legally discharged under the direction and discretion of the said board. The binding out or discharge of a boy or girl as reformed, or having arrived at the age of majority, shall be a complete release from all penalties incurred by conviction of the offense for which he or she was committed, except as provided for in section 17 of this act.

Section 19. If any boy or girl convicted of any misdemeanor, committed to the reform school, shall prove unruly or incorrigible, or if the board of trustees shall decide that his or her presence is dangerous to the welfare of the school, the board shall have power to order his or her return to the county from which he or she came and deliver to the sheriff of the said county, and proceedings against him or her shall be resumed as if no warrant or order committing him or her to the reform school had been made; and the said sheriff shall be notified of such order by the superintendent of the school, and shall immediately, or at the earliest practicable day thereafter, visit the said school and receive such youth from the authorities of said institution.

Section 20. When any youth are committed to the reform school all expenses occurring in such cases, including the cost of transportation, both going and coming, shall be borne by the county from which such youth are committed. Commitments to said reform school shall be made in accordance with the provisions of this act; *provided, however*, that upon the application to the proper court by any religious society or body to which said youth or the parents of said youth may belong for the custody of such youth, when such religious society or body has provided a suitable institution for the care and reform of delinquent children or minors, the court, upon satisfactory showing by such religious society or body of such fact, may commit such minor to such religious institution.

Section 21. Upon the temporary or permanent discharge of any person committed to the reform school, the superintendent shall provide him with suitable clothing and procure transportation for him to his home, if resident in this state, or to the county in which

he may have been convicted; *provided*, that such discharge shall be approved by the said board of trustees; *and provided further*, that all expenses of transportation occurring in such cases shall be paid by the counties from which such youth were committed.

Section 22. If any parent or guardian or master to whom a youth has been apprenticed, or any person occupying the position of a parent, protector, or guardian in fact or in reality by blood or marriage, shall feel aggrieved by such commitment to such institution, he [may] make written application to the board of trustees of the institution for the discharge of such youth, which application shall be filed with the superintendent, who shall inform the board thereof, and the same shall be heard and determined by such board at such time and place as they shall appoint for that purpose, not later than the next regular meeting of the board. Such application shall state the grounds of the applicant's claim to the custody of the youth, and the reasons for claiming such custody. Within ten days after hearing said application, the board shall make and announce their opinion thereon, and if they shall be of the opinion that the welfare of such youth would be promoted by granting the application, they shall make an order to that effect; otherwise they shall deny the application; *provided*, that all expenses occurring in such cases shall be paid by said parents, guardians, or masters.

Section 23. Whenever the number of boys committed to the reform school shall exceed the accommodations thereof, it shall be the duty of the board of trustees to notify all the proper courts of the same, and no more commitments to the school shall be made until due proclamation shall have been made by the board of trustees that additional room has been provided.

Section 24. If any person shall procure the escape of any youth committed to the reform school, or devise, or connive at, aid or assist in such escape, or conceal any such youth so committed after such escape, he shall, upon conviction thereof in any court of competent jurisdiction, be punished by a fine of not less than one hundred nor more than one thousand dollars, or be imprisoned in the county jail not less than two months nor more than one year, or by both such fine and imprisonment; or if such youth so convicted be under the age of sixteen years, then he shall be committed to the reform school, as in this act provided.

Section 25. So much of the acts entitled "An act to establish a reform school for juvenile offenders, and erect necessary buildings therefor," approved February 18, 1889, and "An act to provide for the further establishment, advancement, and development of the state reform school," approved February 20, 1891, as is in conflict with the provisions of this act, is hereby repealed.

Section 26. Inasmuch as there is urgent need for the application of the amendments herein made, this act shall be in force from and after its approval by the governor.

Filed in the office of the secretary of state, February 20, 1893.

---

AN ACT [s. b. 164].

To Amend an Act entitled "An Act to Protect Hotel Keepers, Inn-keepers, and Boarding-house Keepers," approved February 25, 1889.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1. That section 1 of an act entitled "An act to protect hotel keepers, inn-keepers, and boarding-house keepers," approved February 25, 1889, be and the same is hereby amended so as to read as follows:—

Sec. 1. Hotel keepers, inn-keepers, lodging-house keepers, and boarding-house keepers shall have a lien upon the baggage, clothing, jewelry, and other valuables of their guests, lodgers, or boarders brought into such hotel, inn, lodging-house, or boarding-house by such guest, lodger, or boarder for the reasonable charges due from such guests, lodgers, or boarders for their accommodation, board, or lodging, and such extras as are furnished at the request of such guest, lodger, or boarder; and such hotel keeper, inn-keeper, lodging-house keeper, or boarding-house keeper may retain and hold possession of such baggage, clothing, jewelry, and other valuables until such charges be paid.

Filed in the office of the secretary of state, February 20, 1893.

---

AN ACT [s. b. 179.]

To Amend Section 1 of an Act entitled "An Act to Amend Sections 2246 and 2247 of the Laws of Oregon, as Compiled and Annotated by W. Lair Hill, Relating to the Boundaries of Clatsop County, and the Line of Boundary between the Counties of Clatsop and Tillamook," approved February 20, 1891.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1. That section 1 of an act entitled "An act to amend sections 2246 and 2247 of the laws of Oregon, as compiled and annotated by W. Lair Hill, relating to the boundaries of Clatsop county and the line of boundary between the counties of Clatsop and Tillamook," be and the same is hereby amended so as to read as follows:—

Sec. 1. That section 2246 of the general laws of Oregon, as compiled and annotated by W. Lair Hill, relating to the boundaries of the county of Clatsop, be and is hereby amended so as to read as follows:

§ 2246. The boundaries of the county of Clatsop shall be as follows: Commencing at a point where the west boundary line of Columbia county intersects the line of low tide on the south shore of the Columbia river, and thence southerly along the west boundary line of Columbia county to and along the line between ranges five and six west of the Willamette meridian to an intersection with the line dividing townships numbered three and four north; and thence west along the line dividing townships numbered three and four north to the shore of the Pacific ocean; and thence west to the west boundary line of the state of Oregon; and thence northerly along said west boundary line of said state to a point due west of and opposite the middle of the north ship channel of the Columbia river; thence easterly to and up the middle channel of said river along the north boundary line of the state of Oregon to a point due north of the point of beginning, and thence south to the point of beginning. And said Clatsop county and the courts in and for the said county are hereby vested with jurisdiction in civil and criminal cases upon the Columbia river to the north shore thereof opposite the said county of Clatsop.

Filed in the office of the secretary of state, February 20, 1893.

------

AN  ACT                        [S. B. 207.]

To Change the Boundary Line of Multnomah and Clackamas Counties in the State of Oregon.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1. That portion of Clackamas county, Oregon, lying within the present boundary lines of the city of Sellwood, and described as follows: Commencing at a point at the ¼ post between sections 23 and 26, township 1 south, range 1 east; thence east to the east line of said city of Sellwood; thence south along the east line of said city of Sellwood to the southeast corner of said city; thence west and westerly along the south line of said city to the center of the Willamette river; thence down the center of said river to the line between sections 22 and 27, township 1 south, range 1 east; thence east along the line between sections 22, 27, 23, and 26 to the place of beginning,—be and the same is hereby detached from the county of Clackamas and annexed to the county

of Multnomah.   All acts and parts of acts in conflict with this act are hereby repealed.

Section 2.   The county court of Multnomah county, Oregon, shall procure or cause to be procured properly attested copies of the records of Clackamas county, Oregon, affecting the title to real estate situated in the territory described in section one of this act, and have the same recorded in the records of Multnomah county, Oregon, and thereafter such records shall be recognized and become a part of the official records of said Multnomah county, Oregon.

Filed in the office of the secretary of state, February 20, 1893.

---

## AN ACT [ s. b. 15.]

To Prevent a Person from Trespassing upon any Enclosed Premises or Lands not His Own Being Armed with a Gun, Pistol, or other Firearm, and to Prevent Shooting upon or from the Public Highway.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   It shall be unlawful for any person, other than an officer on lawful business, being armed with a gun, pistol, or other firearm, to go or trespass upon any enclosed premises or lands without the consent of the owner or possessor thereof.

Section 2.   It shall be unlawful for any person to shoot upon or from the public highways.

Section 3.   It shall be unlawful for any person, being armed with a gun or other firearm, to cause, permit, or suffer any dog, accompanying such person, to go or enter upon any enclosed premises without the consent of the owner or possessor thereof; *provided,* that this section shall not apply to dogs in pursuit of deer or varmints.

Section 4.   Any person violating the provisions of this act shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine not less than fifteen dollars nor more than fifty dollars, and in default of the payment of the fine imposed shall be committed to the county jail of the county in which the offense is committed, one day for every two dollars of the said fine.

Section 5.   Justices of the peace for the proper county shall have jurisdiction of the trial of offenses herein defined.

Filed in the office of the secretary of state, February 20, 1893.

AN ACT                    [ H. B. 318.]

**To Reimburse Certain Counties in this State, entitled to Rebate on Account of Overpaid Taxes.**

Whereas under a decision of the supreme court of the state of Oregon, filed June 18, 1892, certain taxes levied by the governor, the secretary of state, and state treasurer, acting jointly as a state board of levy, were declared illegal; and whereas prior to the rendition of the decision referred to, sundry amounts were paid into the state treasury and the official receipt of the state treasurer issued therefor to the treasurers of the counties hereinafter named, thus overpaying the amount due from said counties for the year 1891; therefore,

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   That the state treasurer be and hereby is authorized and directed to credit the counties hereinafter named with the amounts overpaid by them on account of state taxes for the year 1891, upon any taxes now due, or that may become due from such counties, as follows:—

|  |  |  |
|---|---|---|
| To Columbia county— | | |
| Current expense tax, 1891 | $152 54 | |
| Militia tax, 1891 | 6 55 | |
| University tax, 1891 | 4 68—$163 77 | |
| To Grant county— | | |
| Militia tax, 1891 | $ 2 56 | |
| University tax, 1891 | 1 83—$   4 39 | |
| To Harney county— | | |
| Militia tax, 1891 | $ 34 95 | |
| University tax, 1891 | 24 96—$ 59 91 | |
| To Josephine county— | | |
| Current expense tax, 1891 | $483 81 | |
| Militia tax, 1891 | 21 77 | |
| University tax, 1891 | 14 83—$520 41 | |
| To Klamath county— | | |
| Militia tax, 1891 | $ 34 58 | |
| University tax, 1891 | 24 68—$ 59 26 | |
| To Lake county— | | |
| Militia tax, 1891 | $ 67 94 | |
| University tax, 1891 | 48 54—$116 48 | |
| To Lane county— | | |
| Militia tax, 1891 | $ 14 53 | |
| University tax, 1891 | 10 37—$ 24 90 | |

```
To Sherman county —
Current expense tax, 1891_____$ 19 ·29
Militia tax, 1891_____ ____ _____   82
University tax, 1891_____ ____ _____   59—$ 20 70
```

Section 2.   That the state treasurer be and is hereby authorized and directed to credit to Umatilla county on account of the current expense and the special state taxes for 1891, the sum of $224.05, on account of errors in the assessment roll of said county of 1891, as shown by a statement on file in the office of the secretary of state.

Section 3.   Inasmuch as the counties named have been for several months deprived of the use of the several amounts named, this act shall take effect and be in force from and after its approval by the governor.

Approved February 21, 1893.

[NOTE.—See note respecting H. B. 318 under head of "Certificate of Secretary of State," *post.*]

## AN ACT                                    [s. b. 159.]

### To Provide for the Satisfaction of Mortgages when Foreclosed.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   That it shall be the duty of all clerks of the circuit court in the counties where there is a recorder, whenever a decree of foreclosure shall be returned in such court foreclosing a mortgage on real estate, to make out a certificate stating that such mortgage has been foreclosed, and the date of such foreclosure, and the number of the journal and page thereof in which such decree is entered, and deliver the same to the recorder, and thereupon such recorder shall enter upon the margin of the record of such mortgage the word "foreclosed," and the date of such foreclosure with the number and page of the journal of such decree.

Section 2.   In counties where the county clerk acts as recorder of conveyances, he shall, upon the entry of any decree foreclosing a mortgage on real estate, make on the margin of the record of such mortgage the record provided for in section 1 of this act.

Section 3.   Whenever any person shall present to the recorder of conveyances, or county clerk acting as such, a certificate from the clerk of the United States circuit court of the foreclosure of any mortgage on real estate, as provided in section 1 of this act, such recorder shall make the record so provided in such section.

Approved February 21, 1893.

AN ACT                              [ S. B. 145.]

To Authorize County Courts to Offer Rewards for the Apprehension of Crimi-
nals and Fugitives from Justice.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   If any person or persons charged with or convicted
of any felony within this state, shall break prison, escape, or flee
from justice, or abscond, or secrete himself, in such cases it shall be
lawful for the county court of such county where said crime has
been committed, if the said court shall deem necessary, to offer a
reward not to exceed the sum of one thousand ($1,000) dollars for
the apprehension and delivery of each of the bodies of said person
or persons to the custody of such officer as the said court shall
direct.

Section 2.   Any person apprehending and delivering the body
or bodies of such person or persons to the proper officer and pro-
ducing to the county court the receipt of such officer, shall be
entitled to and shall be paid the reward offered by the county
court.

Section 3.   The county court shall on the presentation of the
duly certified claim of the applicant for reward and accompanied
by the proper orders and receipts, shall certify the amount offered
in such reward to the county clerk of such county under the seal
of such county court, and the county clerk of such county shall
draw a warrant on the treasurer of such county for the amount so
authorized.

Section 4.   If the sheriff of any other county than the one
where said crime was committed apprehend the said criminal, he
shall elect to receive either the reward offered or the regular fees
allowed him by law for such service.

Approved February 21, 1893.

———

AN ACT                              [ S. B. 59.]

To Amend an Act entitled "An Act to Provide Times and Places of Holding
the Terms of Court in the Sixth Judicial District of the State of Oregon,
and to Repeal all Acts and Parts of Acts in Conflict with this Act," and to
Increase the Salaries of the Judges therein.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

That an act entitled an act to provide the time and places of
holding the circuit court in the sixth judicial district in the state of
Oregon, and to repeal all acts and parts of acts in conflict with this

act, which act was approved February 20, 1891, be and the same is hereby amended so as to read as follows:—

Section 1.   That the circuit court of the state of Oregon in and for the sixth judicial district of said state, shall be held each year at the county seat of the respective counties of said district as follows, to wit:—

In the county of Umatilla, on the third Monday in January, the first Monday in June, and the second Monday in October.

In the county of Union, on the fourth Monday in February, the second Monday in July, and the fourth Monday in October.

In the county of Wallowa, on the third Monday in April and the third Monday in September.

In the county of Baker, on the third Monday in June, the second Monday in November, and the second Monday in February.

In the county of Malheur, on the first Monday in June and the fourth Monday in November.

In the county of Grant, the fourth Monday in May and the second Monday in October.

In the county of Harney, on the third Monday in May and the fourth Monday in October.

Section 2.   Inasmuch as there exists at the present, in order to dispatch the business of said district, a necessity for the passage of this act, it is further provided that the same shall be in force and effect from and after its approval by the governor.

Approved February 21, 1893.

---

## AN ACT                    [S. B. 45.]

**To Amend Section 951 of Title I. of Chapter XII. of the Code of Civil Procedure, as Compiled and Annotated by W. Lair Hill, and Section 954 of Title II. of Chapter XII. of the Above-mentioned Code, and Sections 958 and 968 of Title III. of Chapter XII. of the Above-mentioned Code.**

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1.   That section 951 of title I. of chapter XII. of the code of civil procedure, as compiled and annotated by W. Lair Hill, be and the same is hereby amended so as to read as follows:—

§ 951.   A person may be excused from acting as a juror when his own health or the death or sickness of a member of his family requires his absence; but no person shall be required to serve as a petit juror at any one term of the court for more than four weeks, and shall upon application be entitled to be discharged from further attendance upon the court as such juror at such term, after he has served for such period of four weeks as aforesaid.

84                         GENERAL LAWS.

Section 2.  That section 954 of title II. of chapter XII. of the code of civil procedure, as compiled and annotated by W. Lair Hill, be and the same is hereby amended so as to read as follows:—

§ 954.  The jury list shall contain the names of at least two hundred persons, if there be that number of qualified jurors upon the assessment roll, and not more than six hundred persons.  They shall be selected from the different portions of the county in proportion to the number qualified upon the assessment roll as much as practicable.

Section 3.  That section 958 of title III. of chapter XII. of the above-mentioned code, be and the same is hereby amended so as to read as follows:—

§ 958.  For the circuit court, thirty-one names shall be drawn, from which number the grand and trial jurors for the term are selected, as elsewhere provided in this code; provided, that in districts composed of no more than one county and having more than one judge of that circuit court in said district, a large number of jurors shall be drawn when ordered by the oldest judge in commission of such circuit court, in his discretion; or, in case of his absence or inability to act, the next oldest in commission.  For the county court, twelve names shall be drawn, from which number the trial juries are selected in like manner.

Section 4.  That section 968 of title III. of chapter XII. of the above-mentioned code, be and the same is hereby amended so as to read as follows:—

§ 968.  Whenever, for any reason, the number of jurors, either in whole or in part, required by this code, do not attend a term of the court, or when they have served the full time required by this code as jurors, and have been discharged, as elsewhere provided, the court has power to order an additional number of jurors drawn from the jury box to fill up the regular panel in the same manner as the original panel is required to be drawn, which jurors shall be summoned and required to attend as jurors in the same manner and with like effect as if drawn on the original panel; provided, that whenever the regular panel becomes exhausted for any reason, the court may in its discretion direct the sheriff to summons forthwith from the body of the county, persons whose names are upon the tax roll and having the qualifications of jurors to serve in said cause, but persons so summoned from the body of the county shall not be disqualified by reason thereof from being drawn and serving as jurors upon the regular panel as hereinbefore provided and shall not be subject to challenge for that cause.

Approved February 21, 1893.

## AN ACT                                   [ s. b. 22.]

To Define and Punish Obstruction to Railroads, Railroad Trains, Railroad
Tracks, Street Cars and Street-Car Tracks in the State of Oregon, and to
Protect the Passengers and Employés Riding upon any Train or Car in
said State.

*Be it enacted by the Legislative Assembly of the State of Oregon:*

Section 1. Any person who shall wilfully or maliciously place
any obstruction on any railroad track or roadbed, or street-car track
in the state of Oregon, or who shall, without the right so to do,
loosen, tear up, remove, or misplace any rail, switch, frog, guard-
rail, cattle-guard, or any part of such railroad track or roadbed or
street-car track, or who shall, in any manner so as to endanger the
safety of any train, car, or engine, or so as to endanger or injure
any passenger or person riding thereon, tamper with or molest any
such road, roadbed, track, signal flag or signal torpedo, shall, upon
conviction thereof, be punished by imprisonment in the penitentiary
not exceeding ten years or by imprisonment in the county jail not
exceeding one year.

Section 2. Any person who shall, within the state of Oregon,
wilfully or maliciously place any obstruction upon any railroad
track or roadbed, or street-car track, or shall misplace, remove, ob-
struct, detach, damage, or destroy any rail, switch, frog, guard-rail,
cattle-guard, or any other part of such railroad track or roadbed or
street-car track, thereby causing the death of any passenger or em-
ployé of such railroad or street railway, shall, upon conviction
thereof, be deemed guilty of murder and punished accordingly.

Section 3. Whereas the public safety is imperiled on account of
attempted train wrecks by evil-minded persons, and there is no
adequate protection against the same under existing law, this act
shall take effect and be in force from and after its approval by the
governor.

Approved February 21, 1893.

---

## AN ACT                                   [ h. b. 379.]

### To Provide for the Collection of Taxes.

Whereas the act known as house bill No. 125, passed at the
present session of the legislature, appears to repeal the method
now provided for the collection of taxes on mortgages for the year
1892 as same are now assessed and have been equalized on the
assessment rolls for said year; and whereas it was not intended that

9

# A C T S

OF THE

# STATE OF TENNESSEE,

PASSED BY THE FIRST SESSION OF

# THE THIRTY-SIXTH GENERAL ASSEMBLY

## FOR THE YEARS 1869-70.

PUBLISHED BY AUTHORITY.

NASHVILLE, TENN.:
JONES, PURVIS & CO., PRINTERS TO THE STATE.
1870.

23

## CHAPTER XXI.

AN ACT to Amend An Act, passed on the 13th of March, 1868,
entitled "An Act to amend the revenue laws of the State."

SECTION 1.  *Be it enacted by the General Assembly of
the State of Tennessee,* That An Act to amend the revenue
laws of the State, passed on the 13th day of March, 1868, Hotels and
be so amended as to impose a tax of fifty cents on each Livery Stable
room except two in a hotel or tavern, and a tax of fifty
cents on each stall in a livery stable, or stable kept by
hotel or tavern keepers, instead of one dollar, as now
imposed by law.

SEC. 2.  *Be it further enacted,* That this Act take effect
from and after its passage.

W. O'N. PERKINS,
*Speaker of the House of Representatives.*
D. B. THOMAS,
*Speaker of the Senate.*

Passed November 27, 1869.

---

## CHAPTER XXII.

AN ACT to Amend the Criminal Laws of the State.

SECTION 1.  *Be it enacted by  the General Assembly of
the State of Tennessee,* That all voters in this State shall be To vote in
required to vote in the civil district or ward in which they or Ward.
may reside.   Any person violating this Act shall be guilty
of a misdemeanor, and upon conviction thereof shall not be
fined less than twenty nor more than fifty dollars ; *Provided,*
that sheriffs and other officers holding elections shall be
permitted to  vote at any  ward  or precinct in which they
may hold an election.

SEC. 2.  *Be it  further enacted,* That it shall not be law-
ful for any qualified voter or other person attending any
election in this State, or for any person attending any fair, Deadly
race course, or other public assembly of the people, to carry Weapons.
about his person, concealed  or otherwise, any pistol, dirk,
bowie-knife, Arkansas tooth-pick, or weapon in form, shape

24

or size, resembling a bowie-knife, or Arkansas tooth-pick, or other deadly or dangerous weapon.

SEC. 3. *Be it further enacted,* That all persons convicted under the second section of this Act shall he punished by fine of not less than fifty dollars, and by imprisonment, or both, at the discretion of the Court.

Penalty.

SEC. 4. *Be it further enacted,* That no liquor shop in this State, shall be kept open on election days, nor shall any person, on said days, give or sell intoxicating liquors to any person for any purpose at or near an election ground.

Liquor Shops.

SEC. 5. *Be it further enacted,* That the grand juries of this State shall have inquisitorial powers concerning the commission of the offenses created by these Acts, and may send for witnesses, as in cases of gaming, illegal voting, tippling and offenses now prescribed by law.

Grand Juries.

SEC. 6. *Be it further enacted,* That it shall be the duty of the Circuit and Criminal Judges of this State to give the above in special charge to the several grand juries of the courts.

Judges.

SEC. 7. *Be it further enacted,* That there shall be no property exempt from execution for fines and costs for this offense; *Provided,* That, if from any cause, there should be a failure to hold an election in any civil district or ward, then nothing in this Act shall be so construed as to prevent any voter from voting in any other civil district or ward in his county or town, for State or county officers, at the time prescribed by law.

Proviso.

SEC. 8. *Be it further enacted,* That this Act shall take effect from and after its passage.

W. O'N. PERKINS.
*Speaker of the House of Representatives.*
D. B. THOMAS,
*Speaker of the Senate.*

Passed December 1, 1869.

10

# GENERAL LAWS

OF THE

# TWELFTH LEGISLATURE,

OF THE

# STATE OF TEXAS.

CALLED SESSION.

BY AUTHORITY.



AUSTIN:

PRINTED BY TRACY, SIEMERING & CO.

1870.

## CHAPTER XLVI.

### AN ACT REGULATING THE RIGHT TO KEEP AND BEAR ARMS.

SECTION 1.  *Be it enacted by the Legislature of the State of Texas,* That if any person shall go into any church or religious assembly, any school room or other place where persons are assembled for educational, literary or scientific purposes, or into a ball room, social party or other social gathering composed of ladies and gentlemen, or to any election precinct on the day or days of any election, where any portion of the people of this State are collected to vote at any election, or to any other place where people may be assembled to muster or to perform any other public duty, or any other public assembly, and shall have about his person a bowie-knife, dirk or butcher-knife, or fire-arms, whether known as a six shooter, gun or pistol of any kind, such person so offending shall be deemed guilty of a misdemeanor, and on conviction thereof shall be fined in a sum not less than fifty or more than five hundred dollars, at the discretion of the court or jury trying the same; provided, that nothing contained in this section shall apply to locations subject to Indian depredations; and provided further, that this act shall not apply to any person or persons whose duty it is to bear arms on such occasions in discharge of duties imposed by law.

SEC. 2.   That this act take effect and be in force in sixty days from the passage thereof.

Approved August 12, 1870.

## CHAPTER XLVII.

### AN ACT AUTHORIZING THE GOVERNOR TO ORDER AN ELECTION TO BE HELD IN HILL COUNTY FOR THE PERMANENT LOCATION OF THEIR COUNTY SEAT.

SECTION 1.  *Be it enacted by the Legislature of the State of Texas,* That the Governor of the State of Texas be, and is hereby authorized to order an election to be held in the county of Hill, on the second Monday in September, A. D. 1870, (or as soon thereafter as possible), for the permanent location of the county seat of the

county of Hill ; said election shall be held at such places and under
such rules and regulations as the Governor may prescribe.

SEC. 2.   That the returns of said election shall be made to the Sec-
retary of State, within twenty days after said election shall have
been held, and the town receiving two-thirds of the votes cast  shall
be the permanent county seat of the county of Hill, but should no
place receive two-thirds of the votes cast, the present county seat
shall remain the permanent one.

SEC. 3.   That the Governor shall, within twenty days after the
returns of said election shall have been received, notify the Police
Court of the county of Hill of the result of said election.

SEC. 4.   That this act be in force from and after passage.

Approved August 12, 1870.

— — —

# CHAPTER  XLVIII.

AN  ACT  MAKING  APPROPRIATIONS  FOR  THE  PAYMENT  OF  THE
EXPENSES  OF  MAINTAINING  RANGING  COMPANIES  ON  THE  FRON-
TIER.

SECTION 1.   *Be it enacted by the Legislature of the State of
Texas,*  That the sum of seven hundred and fifty thousand dollars,
or so much thereof as may be necessary, be and the same is hereby
appropriated, out of any moneys in the State Treasury (derived
from the sale or hypothecation of the bonds of the  State issued for
frontier protection), for the purpose of paying all expenses con-
nected with the organization, arming and maintenance of the ranging
companies on the frontier, called into service under the provisions
of the act approved June 13, 1870.

SEC. 2.   That this appropriation shall be expended under the
direction of the Governor; and the Comptroller of Public Accounts
shall, under the special direction of the Governor, audit all claims
and accounts incurred for the purposes hereinbefore mentioned, and
shall draw his warrant on the  Treasurer for the payment of the
same.

SEC. 3.   That this act shall take effect from and after its passage.

Approved August 12, 1870.

11

# THE

# STATUTES OF OKLAHOMA

## 1890.

Compiled under the supervision and direction of Robert Martin,
Secretary of the Territory,

—BY—

WILL T. LITTLE,  L. G. PITMAN and R. J. BARKER,

—FROM—

The Laws Passed by the First Legislative Assembly of the Territory.

GUTHRIE, OKLAHOMA:
THE STATE CAPITAL PRINTING CO.,
PUBLISHERS.
1891.

(2430) § **6.** Every person who, with intent to extort any money or other property from another, sends to any person any Sending letter or other writing, whether subscribed or not, expressing or threatening letter, implying, or adapted to imply, any threat, such as is specified in the second section of this article, is punishable in the same manner as if such money or property were actually obtained by means of such threat.

(2431) § **7.** Every person who unsuccessfully attempts by means Attempting to export money. of any verbal threat such as is specified in the second section of this article, to extort money or other property from another is guilty of a misdemeanor.

### ARTICLE 47.—CONCEALED WEAPONS.

| SECTION. | | SECTION. | |
|---|---|---|---|
| 1. | Prohibited weapons enumerated. | 6. | Degree of punishment. |
| 2. | Same. | 7. | Public buildings and gatherings. |
| 3. | Minors. | 8. | Intent of persons carrying weapons. |
| 4. | Public officials, when privileged. | 9. | Pointing weapon at another. |
| 5. | Arms, when lawful to carry. | 10. | Violation of certain sections. |

(2432) § **1.** It shall be unlawful for any person in the Terri- Prohibited weapons enu- tory of Oklahoma to carry concealed on or about his person, sad- merated. dle, or saddle bags, any pistol, revolver, bowie knife, dirk, dagger, slung-shot, sword cane, spear, metal knuckles, or any other kind of knife or instrument manufactured or sold for the purpose of defense except as in this article provided.

(2433) § **2.** It shall be unlawful for any person in the Terri- Same. tory of Oklahoma, to carry upon or about his person any pistol, revolver, bowie knife, dirk knife, loaded cane, billy, metal knuckles, or any other offensive or defensive weapon, except as in this article provided.

(2434) § **3.** It shall be unlawful for any person within this Minors. Territory, to sell or give to any minor any of the arms or weapons designated in sections one and two of this article.

(2435) § **4.** Public officers while in the discharge of their Public officials, when privileged. duties or while going from their homes to their place of duty, or returning therefrom, shall be permitted to carry arms, but at no other time and under no other circumstances: *Provided, however,* That if any public officer be found carrying such arms while under the influence of intoxicating drinks, he shall be deemed guilty of a violation of this article as though he were a private person.

(2436) § **5.** Persons shall be permitted to carry shot-guns or Arms, when lawful to carry. rifles for the purpose of hunting, having them repaired, or for killing animals, or for the purpose of using the same in public muster or military drills, or while travelling or removing from one place to another, and not otherwise.

(2437) § **6.** Any person violating the provisions of any one of Degree of punishment. the foregoing sections, shall on the first conviction be adjudged guilty of a misdemeanor and be punished by a fine of not less than twenty-five dollars nor more than fifty dollars, or by imprisonment in the county jail not to exceed thirty days or both at the discretion of the court. On the second and every subsequent con-

**Chap. 25.** viction, the party offending shall on conviction be fined not less than fifty dollars nor more than two hundred and fifty dollars or be imprisoned in the county jail not less than thirty days nor more than three months or both, at the discretion of the court.

**Public buildings and gatherings.** (2438) § **7.** It shall be unlawful for any person, except a peace officer, to carry into any church or religious assembly, any school room or other place where persons are assembled for public worship, for amusement, or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into any ball room, or to any social party or social gathering, or to any election, or to any place where intoxicating liquors are sold, or to any political convention, or to any other public assembly, any of the weapons designated in sections one and two of this article.

**Intent of persons carrying weapons.** (2439) § **8.** It shall be unlawful for any person in this Territory to carry or wear any deadly weapons or dangerous instrument whatsoever, openly or secretly, with the intent or for the avowed purpose of injuring his fellow man.

**Pointing weapons at another.** (2440) § **9.** It shall be unlawful for any person to point any pistol or any other deadly weapon whether loaded or not, at any other person or persons either in anger or otherwise.

**Violation of section seven.** (2441) § **10.** Any person violating the provisions of section seven, eight or nine of this article; shall on conviction, be punished by a fine of not less than fifty dollars, nor more than five hundred and shall be imprisoned in the county jail for not less than three not more than twelve months.

ARTICLE 48.—FALSE PERSONATION AND CHEATS.

SECTION.
1.  False impersonation, punishment for.
2.  False impersonation and receiving money.
3.  Personating officers and others.
4.  Unlawful wearing of grand army badge.
5.  Fines, how paid.
6.  Obtaining property under false pretenses.

SECTION.
7.  False representation of charitable purposes.
8.  Falsely representing banking corporations.
9.  Using false check.
10. Holding mock auction.

**Punishment for false impersonation.** (2442) § **1.** Every person who falsely personates another, and in such assumed character, either:

First.   Marries or pretends to marry, or to sustain the marriage relation toward another, with or without the connivance of such other person; or,

Second.   Becomes bail or surety for any party, in any proceeding whatever, before any court or officer authorized to take such bail or surety; or,

Third.   Subscribes, verifies, publishes, acknowledges or proves, in the name of another person, any written instrument, with intent that the same may be delivered or used as true; or,

Fourth.   Does any other act whereby, if it were done by the person falsely personated, he might in any event become liable to any suit or prosecution, or to pay any sum of money, or to incur any charge, forfeiture or penalty, or whereby any benefit might accrue to the party personating, or to any other person.