46

496                ORDINANCES—EXECUTIVE DEPARTMENTS.

## BUREAU OF PARKS.

July 31, 1893, § 1.     1.   There shall be and is hereby created a bureau to be known
O. B. 9, 262.         as the "bureau of parks," which bureau shall consist of one
Bureau of parks       superintendent whose compensation shall be two hundred dollars
created.              per month, one superintendent, whose compensation shall be
                      one hundred and fifty dollars per month, and one assistant
Officers and          superintendent whose compensation shall be one hundred
employees.            and twenty-five dollars per month, one clerk whose compensation
                      shall be eighty-three dollars and thirty-three cents per month,
                      and such foremen and laborers as may be required from
                      time to time, at the same pay as like labor in other departments
                      of the city (*a*).

July 6, 1896.           2.   WHEREAS, The control, maintenance, supervision and
O. B. 11, 139.        preservation of the public parks is by law vested in the depart-
Preamble.             ment of public works ; and

                      WHEREAS, It is essential to proper exercise of these powers
Preamble.             that persons should be employed as watchmen in the public
                      parks for the protection of the public property therein.

Ibid § 1.               3.   *Be it ordained, &c.,* That the director of the department
Watchmen com-         of public works shall, and he is hereby authorized to employ
pensation.            such watchmen as may be necessary for the properly caring for,
                      maintaining and protecting the public property in the public
                      parks of this city at the daily compensation of two dollars and
                      fifty cents each.

Ibid. § 2.              4.   The compensation of such watchmen shall be paid out of
                      appropriation No. 36, public parks.

July 27, 1893. § 1.     5.   Upon the passage and approval of this ordinance the
O. B. 9, 280.         following rules and regulations shall be and are hereby established
Rules adopted.        for the management and protection of the parks and public
                      grounds of the city of Pittsburgh, to wit :

                      *First.*   No person shall injure, deface or destroy any notices,
                      rules or regulations for the government of the parks, posted or
                      in any other manner permanently fixed by order of the chief of
                      department of public works.

                      *Second.*   No person shall be allowed to turn any chickens,
                      ducks, geese or other fowls, or any cattle, goats, swine, horses
                      or other animals loose within the parks or to bring led horses
                      or a horse that is not harnessed and attached to a vehicle or
                      mounted by an equestrian.

                      *Third.*   No person shall be allowed to carry firearms, or to
                      shoot or throw stones at or to set snares for birds, rabbits,
                      squirrels or fish, within the limits of the parks or within one
                      hundred yards thereof.

                      *Fourth.*   No person shall cut, break, pluck or in anywise
                      injure or deface the trees, shrubs, plants, turf or any of the
                      buildings, fences, structures or statuary, or place or throw any-
                      thing whatever in any springs or streams within the parks, or
                      fasten a horse to a tree, bush or shrub.

(*a*)  As amended by ordinance of Nov. 23, 1893, O. B. 9, p. 320, and ordinance of March 31, 1896. O. B.
11, p. 40.

47

# GENERAL

# ORDINANCES

AND

PRIVATE ORDINANCES OF A
PUBLIC NATURE

OF

# THE CITY OF ST. PAUL

RAMSEY COUNTY, MINNESOTA.

UP TO AND INCLUDING DECEMBER 31ST, 1895.

———————

COMPILED BY

JOHN A. GILTINAN, ESQ.,

MEMBER OF THE ST. PAUL BAR

UNDER THE SUPERVISION OF

EDWARD J. DARRAGH, ESQ., CORPORATION ATTORNEY.

———————

PUBLISHED BY AUTHORITY OF
THE COMMON COUNCIL.

PIONEER PRESS CO. | NO. 50381 | ST PAUL, MINN.

Ovd83
S6d
+896

# PREFACE.

This compilation of ordinances of the City of St. Paul, Minnesota, has been made pursuant to the provisions of Ordinance No. 1834, approved Sept. 4, 1895, and Ordinance No. 1861, approved Jan. 10, 1896. (See following page.)

The compiling, indexing and preparing for publication have been done by John A. Giltinan, Esq., under the supervision of the Law Department; and, although this work has been done with very great care, a more generous limit of time than the three months allowed by Ordinance 1834 would have given the opportunity for improvement.

In the citation of ordinances at the end of the consecutive sections, the date refers to the passage of the ordinance unless the word "approved" appears. In referring to ordinances passed since the dual council began to act in May, 1891, the date refers to the final passage.

In the part of the book containing "Private Ordinances of a Public Nature," it was, as a rule, thought best to make each ordinance a consecutive section.

E. J. DARRAGH,
Corporation Attorney.

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 7 of 123

# ARTICLE LII.

## PARKS.

## § 680. Rules and regulations for management and protection of parks.

The board of park commissioners of the City of St. Paul having adopted certain rules and regulations for the management and protection of the parks of the City of St. Paul, as provided by the charter, for the purpose of fixing a penalty for the violation of said rules, the common council of the City of St. Paul do ordain as follows:

First—No person shall drive or ride in any public park or grounds in the City of St. Paul at a rate of speed exceeding seven (7) miles per hour.

Second—No person shall ride or drive upon any other part of any park than the avenues and roads.

Third—No coach or vehicle used for hire shall stand upon any part of any park, for the purpose of hire, unless specially licensed by the board of park commissioners.

Fourth—No person shall engage in any threatening, abusive, insulting, indecent language in any park.

Fifth—No person or persons shall engage in any gaming, nor commit any indecent or obscene act in any park.

Sixth—No person shall carry firearms or shoot birds in any park, or within fifty (50) yards thereof, or throw stones or other missiles therein.

Seventh—No person shall throw any dead animal or offensive matter or substance of any kind into any park or into any lake, stream, pool or pond within the limits of any park.

Eighth—No person shall disturb the fish or water fowl in any lake, stream, pool or pond in any part of any park, or annoy, strike, injure, maim, or kill any birds or other animals kept by or under the direction of the board of park commissioners, either running at large or confined in any close or cage, nor discharge any fireworks within any park.

Ninth—No person shall affix any bills or notices in any park.

Tenth—No person shall bathe in any lake, stream, pool or pond within the limits of any park.

Eleventh—No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, flowers, turf, or any of the buildings, structures, fences, seats, benches, or statuary, or in any way foul or pollute any fountain, lake, stream, pool, pond, well, or spring within any park.

Twelfth—No person shall turn cattle, goats, swine, horses, dogs or any other animal loose in any park, nor shall any animals be permitted to run at large therein, unless by authority of the board of park commissioners.

Thirteenth—No person shall ride or drive any bicycle or other vehicle in or on any of the walks, paths, or grass plots, except in the avenues or roadways of any park.

(208)

Case 1:22-cv-00695-JLS   Document 33-4   Filed 11/04/22   Page 8 of 123

Fourteenth—No person shall walk on or over flower beds in any park, or on or over any grass plot which may be designated by any fence or sign as not open to the public.

Fifteenth—No person shall use any park for business purposes, or for any transportation of farm or other products, dirt or any like material, or for the passage of any teams employed for such purposes, except by permission of the board of park commissioners.

Sixteenth—No person shall injure, deface or destroy any notices, rules or regulations for the government of any park which are posted or affixed by order or permission of the board of park commissioners within the limits of any park.

(Ord. 1767, June 19, 1894, § 1.)

## § 681.  Penalty.

Any person or persons violating any of the provisions of this ordinance or any of the rules established by the board of park commissioners of the City of St. Paul for the orderly management and protection of the parks of the City of St. Paul shall be fined for each offense not less than five (5) nor more than one hundred dollars ($100), or shall be punished by imprisonment for not less than five (5) nor more than eighty-five (85) days.

(Id. § 2.)

48

# Revised Ordinances

OF THE

# CITY OF CANTON

## ILLINOIS.

REVISED 1894-1895

BY

B. M. CHIPERFIELD, *City Attorney.*

**PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.**

CANTON, ILL. :

DAILY REGISTER PRESS :

1895.

DEC 31 1908

Case 1:22-cv-00095-JLS  Document 33-4  Filed 11/04/22  Page 12 of 123

advertise, by outcry or by the ringing of any bell or the blowing of any horn or the beating of any drum, his, her or their business, or any sale or sales at auction or otherwise. Any person violating any of the provisions of this section shall be fined not less than ten dollars nor more than one hundred dollars for each offense.

SEC. 20  *Sales on streets prohibited.*  No person shall be allowed to sell at auction or public outcry, nor to erect or occupy a stand of any kind for the purpose of making sales, upon any of the streets, alleys, avenues, sidewalks, crossings or other public places in said city, nor shall any person be permitted to sell from any carriage, buggy or other vehicle, upon any of the streets, alleys, avenues, sidewalks, crossing, or other public place in said city, except as hereinafter provided, under a penalty of ten dollars for each offense.

SEC. 21.  *Construction of foregoing section.*  The foregoing section shall not be so construed as to apply to any person or persons coming into the city from the country with teams or otherwise with any produce for market raised by themselves, or to any person selling vegetables, berries, fruit, milk or other farm produce of their own production ; nor shall the same be so construed as to make it a penal offense to peddle newspapers, nor to apply to judicial sales ; Provided, that farmers or others selling under the provisions of this section shall not occupy a stand upon any sidewalk, alley or crossing, nor within a space of ten feet of any such sidewalk or crossing upon any street or public square, nor shall they allow their stand, wagon or other vehicle from which they may be selling to remain in front of any person's place of business without the consent of the occupant of such place of business, nor so as to obstruct the convenient travel of the street.

SEC. 22.  *Telephone and telegraph poles.*  No person or corporation shall set or cause to be set any telegraph, telephone or other poles upon any street or alley within the City of Canton, or string or hang any wire along or across any street or alley, unless authorized so to do by the City Council, under a penalty of ten dollars for each offense.

SEC. 23.  *Public Parks shall be known by their respective names.*  The several Public Parks, Squares and grounds in the City of Canton shall be known and designated by the names applied thereto respectively on the map of the City of Canton, that may be designated by ordinance.

SEC. 24.  *Care of parks.*  It shall be the duty of the Committee on Parks and Public Buildings of the City Council to superintend all public grounds and keep the fences thereof in repair, the walks in order, and the trees properly trimmed, and improve the same according to plans approved by the City Council.  The said committee shall likewise cause printed or written copies of prohibitions of this article to be posted in the said Parks or Grounds.

SEC. 25.  *Regulations of Parks.*  No person shall enter or leave any of Public Parks of the City of Canton except by their gateways; no person shall climb or walk, sit or stand upon the walls or fences thereof.

SEC. 26.  *Depredations not to be committed in Parks.*  Neither cattle, horses, goats, swine or annimals, except as herein specified shall be turned into any one of the said Parks by any person.  All persons are forbidden to carry firearms or to throw stones or other missiles within any one of these Public Parks.  All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences or other structure, or property within or upon any of the said Parks.

SEC. 27.  *Bills are not to be posted in Parks.*  No person shall post or otherwise use or affix any bills, notice, or other paper upon any structure or thing within either of said Parks nor upon any of the gates nor enclosures thereof.

SEC. 28.  *Persons in Parks must keep off the grass.*  No person shall go upon the grass, lawn or turf of the Parks except when and where the word '' common '' is posted, indicating that persons are at liberty at that time and place to go on the grass.  Any member of the city police shall have the power to arrest any person who shall not desist from any vio-

undefinedCase 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 14 of 123

lation hereof when directed, and cause him to be committed for examination or be taken before the proper officer for trial.

SEC 29. *Penalty.* Any person who shall violate any or either of Sections 25, 26, 27 or 28, of this Chapter, or whoever shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall upon conviction pay a fine of not less than five dollars nor more than two hundred dollars.

SEC. 30. *Sidewalks shall be constructed by special taxation.* All new sidewalks and condemned sidewalks shall be constructed by special taxation, levied upon abutting land owners, and it shall be the duty of said land owners, whenever the same becomes defective or needs repairs, to repair the same without notice and keep the same in repair, using the same kind of material of which the walk is constructed.

SEC. 31. *Abutting property owners shall repair sidewalks.* Whenever any sidewalk in said City shall need repairs, the abutting land owner shall make the needed repairs; and if any owner shall fail to repair the same, the Street Superintendent shall give such owner three days notice to repair, and shall file a copy of the said notice with the City Clerk; and upon such owner failing or refusing to repair the same, an ordinance shall be passed to repair, renew or condemn the same and shall require the same to be constructed by special taxation; which ordinance shall be passed according to law, for such purpose.

SEC. 32. *Defective sidewalks.* Whenever any sidewalk shall not be repairable, an ordinance shall be passed condemning such defective sidewalk and requiring the same to be rebuilt by special taxation ; and new sidewalks shall be built by like taxation.

SEC. 33. *What ordinances shall specify.* All ordinance s shall provide and specify the material which shall be used in such construction or repair, and the width and location of the same. and that the owners of abutting lands shall have the time allowed by law to build and construct the same, and in all other respects said ordinance shall conform to law.

16

49

# REVISION OF 1904

## THE

# GENERAL ORDINANCES

OF THE

# CITY OF INDIANAPOLIS

CONTAINING, ALSO

## ACTS OF THE INDIANA GENERAL ASSEMBLY

SO FAR AS THEY CONTROL SAID CITY

TO WHICH IS PREFIXED

## A CHRONOLOGICAL ROSTER OF OFFICERS

FROM 1832 TO 1904

## AND RULES GOVERNING THE COMMON COUNCIL

———————

Collated and Annotated by Edgar A. Brown and William W. Thornton, Commissioners.

———————

*PUBLISHED BY AUTHORITY OF THE CITY OF INDIANAPOLIS.*

———————

INDIANAPOLIS
WM. B. BURFORD, PRINTER AND BINDER
1904

CC
Indianapolis
3
1904

Gift of
Joseph R. Morgan
1981

AN ORDINANCE regulating the use and enjoyment of parks, park grounds and parkways of the City of Indianapolis, providing penalties for the violation of the same, repealing all conflicting ordinances, providing for the publication thereof, and fixing the time when the same shall take effect.

[Approved June 30, 1896.]

**1968. When Open for Public—Entrance.** 1. *Be it ordained by the Common Council of the City of Indianapolis, Indiana,* That the parks shall be open to the public from 5:00 a. m. until 11:00 p. m., and no person other than employes shall be permitted to remain therein, except when open as herein specified, and no person at any time shall enter or leave any park except by the established entrances, walks or drives.

**1969. Writing on Park Buildings, etc.** 2. No person shall write, cut, mutilate or deface in any manner any building, fence, bench, masonry, statue, ornament, or tree in any public park.

**1970. Injury to Flowers or Trees.** 3. No person shall pull, pluck, break or touch any flowers or fruit, whether wild or cultivated; cut down, girdle or break down any sapling, tree, shrub or plant; break or bend limbs or branches of trees or bark trees; or bend, pluck, handle or injure any trees, flowers, shrubs or plants whatever, or limbs, twigs or leaves thereof, or climb any tree in any public park.

**1971. Discharging Fire-Arms.** 4. No person shall discharge any fire-arm, or have possession of any fire-arm within the limits of any public park.

**1972. Use of Profane or Abusive Language.** 5. No person shall use profane, obscene, threatening or abusive language, or fight or throw any stone or missile, or behave in a disorderly or improper manner, or commit any offense against decency or good morals in any public park.

**1973. Starting Fire in Park—Molesting Animals.** 6. No person not an employe shall make a fire for any purpose within the bounds of any park; and no person shall chase, catch, injure, molest or disturb any animal, bird or fish kept within any public park for the use, instruction or entertainment of the public, nor shall any person give or offer to give any such animal tobacco or other noxious article.

**1974. Animals or Fowls Trespassing on Parks.** 7. No person being the owner or having control of the same shall suffer or permit any chickens, ducks, geese, hogs, cattle, horses, sheep, or goats, or other animals or fowls to stray into, run at large or trespass upon any public park land.

**1975. Fastening Horse to Tree.** 8. No person shall fasten a horse to a tree, or bush, or building, or leave the same unattended, or be permitted to bring or lead horses within the limits of any public park, or a horse that is not harnessed and attached to a vehicle or mounted by a rider.

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 19 of 123

**1976. Wagons in Forbidden—Standing on Driveways.** 9. All vehicles other than pleasure carriages, as distinguished from wagons, carts and drays, are prohibited within any public park, except when employed in the business of said parks; and no vehicle or horse shall be permitted to stand upon the drives or any part thereof to the obstruction of the way.

**1977. Bicyclers.** 10. Bicyclers and tricyclers shall be strictly confined to the roadways of the public parks, and be controlled by the same rules which govern horsed vehicles and equestrians, and must keep and pass to the right when meeting the same. When passing a carriage or equestrian from the rear to the front it must be done on the left side, and at a speed not to exceed four miles per hour. Bicyclers and tricyclers must not travel more than two abreast, nor without displaying a light in front if it be one-half hour after sunset, and carrying regular bicycle or tricycle bells at all times.

**1978. Carriages Passing Each Other.** 11. When carriages, equestrians or cyclers meet, the shall respectively keep to the right.

**1979. Riding or Driving on Grass.** 12. No person shall ride or drive upon the grass, footways or elsewhere than on the roads for the use of carriages, equestrians and cyclers.

**1980. Speed for Driving.** 13. No person shall ride or drive a horse or cycle faster than at the rate of six miles an hour.

**1981. Picnics—Permits—Cleaning Up Debris.** 14. No picnic shall take place in any public park without a written permit of the Superintendent, in which shall be designated the place where it is to be held. Picnics permitted for Sunday and secular schools must always be accompanied by their respective teachers and masters, who will be held personally responsible for all infringements by the scholars of these rules and regulations. No person shall intrude him or herself upon a picnic without consent of those in charge of it, nor disturb any picnic within said parks. Parties holding picnics in the said parks must clean up the ground that has been occupied by them, on quitting it, and remove all paper and litter.

**1982. Sleeping in Parks—Begging—Games.** 15. No person shall be allowed to sleep on the benches or grass of any public park, nor to beg, to tell fortunes, to play at any game of chance, or with any instrument of gaming therein, and gambling in any form and playing cards is prohibited in the public parks.

**1983. Use of Liquors Prohibited.** 16. No person shall introduce spirituous, malt or fermented liquors into any public park, either for his own use or for sale, nor use, sell or give away the same.

**1984. Dogs.** 17. No person shall bring a dog into any public park.

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 20 of 123

**1985. Parades—Drills—Meetings.** 18. No military, civic or other company shall be permitted to parade, drill or perform within any park any military evolutions or movements without the consent of the Park Commissioners, and no public meetings or public discussions of any subject, religious, social, political, or of any other kind, shall be held within the limits of any park without the consent of the Park Commissioners.

**1986. Funeral Procession.** 19. No funeral procession, or hearse, nor any vehicle carrying the body of a deceased person, shall be allowed within any park.

**1987. Bringing Trees Into Park—Advertisement.** 20. No person other than employes shall bring upon any park any tree, shrub or plant, nor any newly plucked branch or portion of tree, shrub or plant; and no person shall paint, post or otherwise affix any bill, notice, sign, or other paper or sign upon any structure or thing within the parks nor upon any of the gates in the enclosures thereof.

**1988. Walking on Grass.** 21. No person shall go upon the grass, lawn or turf of any parks where the sign inscribed ''Keep Off the Grass'' has been posted by the Superintendent.

**1989. Watermelons.** 22. All persons are forbidden to carry watermelons into any park.

**1990. Bathing—Fishing—Disturbing Animals.** 23. No person shall bathe, wash or fish in, or go or send or ride any animal into any waters of any park, nor feed or disturb any of the fish, water fowls or other birds or animals preserved therein; or throw stones or rubbish of any kind into any lake, pond, stream or fountain, or any roadway of any public park.

**1991. Playgrounds.** 24. Portions of the parks may be set aside by the Superintendent for ball, croquet, golf or other games, and where any such portion of any park is set apart for any games, as aforesaid, no game of baseball shall take place without the written consent of the Superintendent, and no person shall practice ball or intrude himself upon the players on the space so set apart while a game is in progress. (As amended June 24, 1904.)

**1992. Hammocks.** 25. Hammocks, except for the use of babies, shall not be permitted within the parks. In such cases permission must be obtained from the Custodian, who will designate the trees to which the hammock may be attached.

**1993. Removal of Benches.** 26. No benches or seats shall at any time be removed or changed from their place in the said parks without permit shall be obtained from the Superintendent.

**1994. Swings.** 27. No person shall attach a swing to any tree within any public park without the consent of the Superintendent.

**1995. Sales Within Park.** 28. No person shall sell or offer for sale any article whatever within any public park without first having obtained written consent of the Board of Park Commissioners.

Case 1:22-cv-00695-JLS   Document 33-4   Filed 11/04/22   Page 21 of 123

**1996. Intoxication.** 29. No intoxicated person shall be permitted in any public park.

**1997. Entering Water Closet of Opposite Sex.** 30. No person of opposite sex shall enter any water closet set apart for ladies, nor use in any improper way any water closet.

**1998. Penalty.** 31. Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be fined not less than five ($5.00) dollars, nor more than one hundred ($100.00) dollars

**1999. Officers Given Police Powers.** 32. Officers or employes of the various parks are in power [empowered] to enforce the rules and regulations as herein set forth, and summary [summarily] to arrest and judge violators thereof.

**2000. Repeals.** 33. All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

**2001. Publication.** 34. This ordinance shall take effect and be in force from and after its passage and publication one day each week for two consecutive weeks in the Sun, a daily newspaper of general circulation, printed and published in the City of Indianapolis.

### PAWN-BROKERS.

AN ORDINANCE to license and regulate pawn-brokers; defining and declaring who shall be deemed pawn-brokers; fixing the license fee therefor; providing for the keeping of lists and descriptions of articles pledged or deposited with pawn-brokers; for the inspection of such lists and articles; the registering of the names and residences of depositors, and prescribing penalties; also providing for the publication of said ordinance and the time when the same shall take effect.

[Approved November 27, 1893.]

**2002. License—Definition—Fee.** 1. *Be it ordained by the Common Council of the City of Indianapolis,* That it shall be unlawful for any person to engage in or continue in the business of a pawn-broker in said city, unless such person shall have first paid the license fee to the City Treasurer and procured the license as a pawn-broker as in this ordinance prescribed. Every person whose business it is to take or receive by way of pledge, pawn, or exchange, any goods, wares or merchandise, or any kind of personal property whatsoever, as a security for the repayment of money lent thereon, or who purchases personal property or choses in action, on the condition of selling the same back again at a stipulated price, is hereby defined and declared a pawn-broker, and shall pay to the City Treasurer an annual fee of one hundred dollars.

1. See also Second-Hand Dealers.

**2003. Issuing License—Date.** 2. It shall be the duty of the City Comptroller, upon the presentation of the treasury certificate showing the payment of said fee into the city treasury, to issue to the person entitled thereto the license applied for. Such license shall

50

28

# PARK REGULATIONS.

No person shall ride or drive upon any part of the Park except upon the roads intended for such purposes.

No person shall bring led horses within the limits of the Park nor turn any horses, cattle, goats, swine, dogs or other animals loose in the Park.

No person shall indulge in any threatening, abusive, insulting or indecent language, or commit any obscene or indecent act in the Park.

No person shall carry firearms, shoot birds, or other animals, nor throw stones or other missiles, or in any way disturb or annoy the birds or animals within the boundaries of the Park.

No person shall throw any dead animals or other offensive matter into the Park, nor foul any spring, brook or other water within the boundaries of the Park.

No person shall cut, break or otherwise injure or deface any trees, shrubs, plants, turf, rock or any building, fence, bridge or other structure within the Park.

No person shall erect, paint, paste or otherwise affix or distribute any signs, advertisements or circulars within the Park.

No person shall injure, deface, destroy, or remove any notices or regulations for the government of the Park.

Penalties, $5.00 to $10.00


Digitized by Google

51

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 25 of 123

# MUNICIPAL
# REGISTER *of the*
# City of Hartford

CONTAINING a List of the Officers of the City Government and its Various Departments; also, Message of the Mayor and the Annual Reports of the Several Departments for the Year 1906-07; Ordinances of the City, etc.



# 1907

*Printed by* THE SMITH - LINSLEY CO., *Hartford, Conn.*

COMPILED AND ARRANGED

BY

# HENRY F. SMITH,

## City Clerk,

IN ACCORDANCE WITH A RESOLUTION PASSED BY THE COURT OF COMMON
COUNCIL, AND ISSUED UNDER THE DIRECTION OF THE
JOINT STANDING COMMITTEE ON PRINTING.

NOV 17 1908

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 27 of 123

# APPENDIX A.

### RULES AND REGULATIONS.

The Board of Park Commissioners, by virtue of the authority vested in them, hereby make and ordain the following rules and regulations for the management of the parks owned by or under control of the city of Hartford. Any person who shall violate any of the following rules and regulations, "shall forfeit and pay for the use of the city treasury a fine not exceeding thirty-five dollars ($35.00)."

*It is forbidden:*—1st. To enter or leave any Park, except by the regular approaches thereto; to walk upon any grass border of any flower garden, walk, or driveway; to walk among or through shrubs, flowers, or other plantings, or to cross any lawn in any Park whenever a notice shall be conspicuously posted forbidding such crossing.

2nd. To climb, or get upon any tree, statue, fountain, fence, gate, gateway, or railing in any park, or to use any structure therein in any way other than that for which it was intended.

3rd. To remove, cut, break, or otherwise injure, any tree or shrub, or any part thereof; to cut, pluck, or otherwise remove, any blossom or other part of any plant or flower in any Park.

4th. To cut, write upon, deface, defile, or otherwise injure any building, bridge, fence, statue, fountain, seat, gate, gateway, or other structure, upon any Park.

5th. To permit any dog to pass over or to stray upon any Park where sheep are pastured or kept, unless led by a cord or chain, not exceeding six (6) feet in length, or to permit any other animal to pass

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 28 of 123

over or stray upon any Park area, but this provision shall not apply to horses when ridden or driven in harness, along the Park roadways.

6th.  To throw any stick, stone, or other missle on any portion of any Park.

7th.  To scatter or leave upon any Park any paper, rag, garbage or other litter.

8th.  To void any urine, dung or other excrement, within the limits of any Park, excepting in such place or apartment as is, or shall be, specially provided for such purpose; and in the latter case, it is forbidden to use or enter any apartment established for persons of the opposite sex exclusively.

9th.  To discharge or carry firearms, firecrackers, torpedoes, or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority; to make any fire; to have any intoxicating beverage; to sell, offer, or expose for sale any goods or wares, except under a written license from the Board of Park Commissioners; to post or display any sign, placard, flag, or advertising device without such license; to solicit any subscription or contribution; to play any game of chance, or to have possession of any instrument of gambling; to make any oration, harangue, or loud outcry; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy any other visitor.

10th.  To drive or propel any bicycle, tricycle, automobile, or other vehicle, wheelbarrow, or handcart, on any Park, excepting on regular carriage roads; to skate or slide upon or across any walk upon any Park; or to slide or coast on any driveway.

11th.  To ride or drive any horse, bicycle, automobile or other vehicle, or team, at a rate faster than six (6) miles an hour; to drive or lead any heavy team,

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 29 of 123

business wagon, or cart upon any **Park driveway** or carriageway, excepting upon Park business.

12th.   To take or molest any bird, fish, frog, or any live animal, or bird's eggs, or in any way interfere with any bird's nest, or with any cage, box, place or enclosure for the protection of any bird, fish, or any live animal.

13th.   To sleep upon, lie upon, or overturn, any seat upon any park.

14th.   For any men to occupy any seat designated as reserved for women and children.

15th.   To play ball or any other games in any public Park except upon such portions thereof as may be set apart for that purpose.

16th.   To deface or injure any notice placed by the Park Commissioners upon any Park.

The foregoing are in addition to such prohibitions and penalties as are provided by the laws of this state and the ordinances of this city.

Board of Park Commissioners,

GEORGE A. FAIRFIELD, *President.*

Attest, FRANKLIN G. WHITMORE, *Secretary.*

Hartford, January 6, 1902.

Adopted by Board of Common Council, February 10, 1902.

Approved by Mayor, February 11, 1902.

ALEXANDER HARBISON, *Mayor.*

Attest, HENRY F. SMITH, *City Clerk.*

52



NINTH ANNUAL REPORT
OF THE
DEPARTMENT
OF
PARKS
OF THE
CITY OF NEW BEDFORD,
MASS.
1902.

Digitized by Google

Original from
HARVARD UNIVERSITY

# Park Ordinances.

OFFICE OF PARK COMMISSION,
NEW BEDFORD, MASS.,
September 1, 1902.

The Board of Park Commissioners of the City of New Bedford, by virtue of its authority to make rules for the use and government of the public parks of said city, and for breaches of such rules to affix penalties, hereby ordain that within the public parks and commons of the city, except with prior consent of the Commissioners, all persons are hereby forbidden:

1.   To cut, break, injure, deface, defile or ill-use any building, fence or other construction, or any tree, bush, plant, turf or any property whatsoever of said city, or to have possession of any shrub, plant or tree, or any part thereof.

2.   To take birds, fish or any live animals, or birds' nests, or in any way interfere with cages, boxes or enclosures for their protection.

3.   To throw stones. balls or other missiles; to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires, to play musical instruments; to have for sale or otherwise any intoxicating liquors or beverages; to sell or offer for sale any goods or

74

Digitized by Google 

Original from
HARVARD UNIVERSITY

wares ; to post or display signs, placards, flags or any advertising devices whatsoever ; to play games of chance or to have possession of instruments of gambling ; to utter profane, threatening, abusive or indecent language ; to make orations or loud outcries ; to in any manner annoy other visitors.

4.   To play ball or any other games in any park, except such portions thereof as may be set apart for that purpose.

5.   To drive any carriage, cycle, cart, wheelbarrow, hand cart or horse upon any park except upon regular carriage roads, and then at a rate not faster than five miles an hour.

6.   To drive or ride any horse or animal not well broken and under perfect control of the driver.

7.   To refuse to obey the orders of the Commissioners, of the Superintendent of Parks, of the Park Police, or of any authorized agent of said Commissioners.

8.   Any person wilfully doing either of the above forbidden acts shall be punished by a fine not exceeding $20.00 for each offence.

Compliance with the foregoing regulations is a condition of the use of these premises.

JAMES E. MOORE, Chairman,

SAMUEL P. RICHMOND,

OBED C. NYE,                                 Board of Park

CHARLES T. SMITH,                      Commissioners.

ERNEST A. WHEATON, Secretary.

THOMAS W. COOK,
        General Superintendent.

53

# First  Annual  Report

OF THE BOARD

OF

# Park  Commissioners

OF THE

## CITY  OF  LOWELL

FOR THE

Year  ending  December  31,  1903



LOWELL, MASS.:
BUTTERFIELD PRINTING COMPANY.
1904.

Generated on 2022-11-02 16:58 GMT / https://hdl.handle.net/2027/hvd.li306x
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

# Rules and Regulations

**GOVERNING THE PUBLIC PARKS WITHIN THE
CITY OF LOWELL.**

---

The Board of Park Commissioners of the City of Lowell, by virtue of its authority to make rules and regulations for the use and government of the Public Parks and Commons of said City, and to fix penalties for breaches of rules and regulations, hereby ordains that, within such Public Parks and Commons, except by and with the consent of the Board :—

1. It is forbidden to cut, break, injure, deface, defile or ill-use any building, fence or other construction, or any tree, bush, plant or turf, or any other property of said city which may be in the care of the Board, or to have possession of any freshly plucked tree, bush or plant, or any part thereof.

2. It is forbidden to disturb or injure any bird, bird's nest or bird's eggs, or any squirrel or other animal, within any of said Parks or Commons.

3. It is forbidden to throw stones, balls or other missiles ; to discharge or carry firearms, fire crackers, torpedoes or fireworks ; to make fires ; to have any intoxicating beverages ; to sell, offer or expose for sale any goods or wares ; to post or display signs, placards, flags or advertising devices ; to solicit subscriptions or contributions, to play games of chance, or to have possession of instruments of gambling ; to utter profane, threatening, abusive or indecent language, or to commit any obscene or indecent act ; to solicit the acquaintance of, or to follow, or in any way annoy visitors to said Parks and Commons.

58

Digitized by Google

Original from
HARVARD UNIVERSITY

4. It is forbidden to play ball or any other games in any public Park or Common, except in such portions thereof as may be set apart for that purpose.

5. It is forbidden to drive any carriage, automobile, bicycle, cart, wheelbarrow, hand-cart or horse in any Park or Common, except upon the regular carriage roads. No heavy teaming whatever will be allowed within said Parks or Commons.

6. Visitors to said Parks or Commons must comply with the orders or requests of any member of the Board of Park Commissioners, or of the Park Police, or other agents of the Board, and assist them when required so to do.

Any person convicted of committing any of the acts above forbidden shall be punished by a fine of not exceeding twenty dollars.

Compliance with the foregoing rules and regulations is a condition of the use of these premises.

JOHN J. PICKMAN,
JOHN E. DRURY,
PERCY PARKER,            *Park Commissioners.*
THALLES P. HALL,
HARVEY B. GREENE.

59

Digitized by Google

Original from
HARVARD UNIVERSITY

Generated on 2022-11-02 16:58 GMT  /  https://hdl.handle.net/2027/hvd.li306k
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google



54

# PROCEEDINGS

OF THE

# BOARD OF ALDERMEN

OF

## THE CITY OF NEW YORK

FROM

OCTOBER 6 TO DECEMBER 28, 1903.

### VOLUME IV.



PUBLISHED BY AUTHORITY OF THE BOARD OF ALDERMEN.

1903.

Generated on 2022-11-04 13:26 GMT / https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

NOVEMBER 24, 1903.]                    600

No earth, sand or broken stone is to be carted over any of the parkways, except on traffic roads, unless special permit for the same is obtained from the Commissioner having jurisdiction.

XXII. It shall not be lawful to modify, alter, or in any manner interfere with the lines or grades of any of the aforesaid parkways, concourses, circles, squares, avenues, roads, streets, entrances or approaches under the jurisdiction of the said Department of Parks, nor to take up, move or disturb any of the curb and gutter-stones, flagging, trees, tree-boxes, railing, fences, sod, soil or gravel, or to go upon or across said parks, parkways, concourses, circles, squares, roads, streets or avenues, except by the means and in the manner provided therefor; nor shall it be lawful to open or otherwise expose or interfere with any of the water, gas and sewer pipes, or any of the hydrants, stop-cocks, basins, or other constructions within or upon said places, nor to take any water or gas therefrom, nor to make any connection therewith, except by special written consent of the Commissioner having jurisdiction, and where such consent is given a deposit of money may be required to insure the restoration of the said curbs, gutters, flagging, etc.

XXIII. No person in bathing costume will be permitted to walk or ride upon any parks, parkways or beaches, except Pelham Bay Park, under the jurisdiction of the Department of Parks. No boat or vessel shall be placed upon any of the waters of the said parks, except by special permission from the Commissioner having jurisdiction. No skating or sledding will be allowed on the lakes unless the ice is declared by the Commissioner having jurisdiction to the in a suitable condition for that purpose.

XXIV. No one shall fire or carry any firearm, fire cracker, torpedo or fireworks, nor make a fire, nor make any oration, nor conduct any religious or other meeting or ceremony within any of the parks, parkways, squares or places in The City of New York under the jurisdiction of the Department of Parks without special permission from the Commissioner having jurisdiction.

XXV. No one shall enter or leave the parks except at the established entrance-ways; nor shall any one enter or remain therein after 12 o'clock at night, except as, on special occasions, general use thereof may be authorized beyond the regular hours.

XXVI. The drives shall be used only by persons in pleasure carriages, on bicycles, or on horseback; the bridle paths only by persons on horseback. Animals to be used on either shall be well broken, and constantly held in such control that they may be easily and quickly turned or stopped; they shall not be allowed to move at a rate of speed on the drives or bridle paths of more than eight miles an hour; and when it shall be deemed necessary to safety, good order, or the general convenience that the speed of an animal or an automobile should be checked, or that it should be stopped, or its course altered, and the officers on duty shall so direct, by gesture


Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

55



# Municipal Ordinances

## OF THE

# CITY OF TROY

### 1905

---

### RULES AND REGULATIONS

#### of the

### HEALTH DEPARTMENT

---

### RULES AND REGULATIONS

#### With Reference to the

### WATER WORKS



Case 1:22-cv-00695-JLS   Document 33-4   Filed 11/04/22   Page 43 of 123

*α cke*

# Municipal Ordinances

### OF THE

# CITY OF TROY

———

# RULES AND REGULATIONS

### OF THE

# HEALTH DEPARTMENT

———

# RULES AND REGULATIONS

### WITH REFERENCE TO THE

# WATER WORKS

———

### 1905

———

COMPILED UNDER THE DIRECTION OF

## JOHN T. NORTON,

### CORPORATION COUNSEL.

Case 1:22-cv-00695-JLS   Document 33-4   Filed 11/04/22   Page 44 of 123

TROY TIMES ART PRESS,
TROY, N. Y.

NOV 24 1908

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 45 of 123

Any person who shall offend against this ordinance shall, upon conviction thereof, by or before the police magistrate of said City of Troy, be punished by such fine or imprisonment or both, as said police magistrate or police court of the City of Troy, is now by law, empowered to impose for violations of the city ordinances of said city.

§ 2. This ordinance shall take effect immediately upon its ratification and approval by the common council of the City of Troy.

---

An Ordinance in Relation to the Public Parks of the City of Troy and the Maintenance of Good Order Therein.

Passed June 4, 1903.

Section 1. The parks shall be open daily to the public from five (5) o'clock in the morning until twelve (12) o'clock at night during the year, and no person not an employee of the parks shall enter or remain in the parks at any other time.

§ 2. Portions of the park located on Warren Hill are set apart for ball, croquet or other games. No games will be permitted on any other parts of the grounds. No games shall be played in the parks on Sunday.

---

## ALL PERSONS ARE FORBIDDEN.

To enter or leave the parks except by walks, paths or drives.

To lead or allow to be loose any animals upon park premises (except that dogs may be led or carried, but not allowed loose.)

To carry or discharge firearms, or to set off any fireworks or similar thing in the parks.

To cut, mark, break or climb upon or in any way injure or deface the trees shrubs, plants, turf or any of the buildings, fences or other structure or property within or upon the park premises.

To bring upon the park premises any tree, shrub or plant or any newly plucked branch or portion of a tree, shrub or plant.

To use threatening, abusive, insulting, indecent, obscene or profane language or conduct in or upon any portion of the parks.

To drink any intoxicating, malt or vinous liquors in the parks or to enter the parks while intoxicated.

To lie or sleep on the benches or to lie in indecent positions in said parks.

To tell fortunes or play at any games of chance in the parks.

To bathe or fish in, or to go or ride or to send any animal into, or to throw or place any article or thing in any of the waters of the parks, or to take any birds' egg or birds' nests, or to disturb any of the fish, water fowl or other birds, or any animal belonging to or preserved in the parks.

To light, make or use any fire therein.

To go, on foot or otherwise, upon the grass, lawn or turf of the parks, wherever the sign "Keep Off the Grass" is shown.

§ 3. Any person or persons who shall violate any or either of the foregoing provisions of this ordinance, or any section or clause, or any provision of any section thereof or who shall neglect or fail to comply with any or either of the requirements, thereof, shall, upon conviction, pay a fine of not less than five dollars or more than one hundred and fifty dollars for each offense, and in default of payment be imprisoned in Rensselaer County jail one day for each dollar.

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 47 of 123

§ 4. This ordinance shall take effect immediately upon its ratification and approval by the common council of the City of Troy.

---

## DUTIES OF CITY HALL JANITOR.

### PRESCRIBED BY COMMON COUNCIL, NOVEMBER 16, 1876, UPON REPORT OF SPECIAL COMMITTEE.

He shall have charge and superintendence of all the rooms in the city hall, but shall not have the hiring or discharging of any helps which may be employed; that is to be left to the heads of the departments.

He shall sweep and clean all the passageways and halls in the building, at least once a day, the said work to be done before nine o'clock in the morning.

He shall have charge and shall sweep, when necessary, the large public hall whenever used.

He shall also keep clean all the water closets in the building.

He shall sweep the sidewalks around the city hall during the summer at least three times per week.

He shall remove or cause to be removed, all the snow or ice off the sidewalk during the winter, and also in the area ways around the said building.

He shall have charge of the public fountains in front of city hall, and also sprinkle the grass plots of the city hall.

He shall also ring the city hall bell (if one is placed in the building) at twelve o'clock noon and at six o'clock P. M,

56

Case 4:23-cv-00895-N/A Document 5041 Filed 11/06/17 Page 49 of 123

~~CHARTER~~

*Not in bill*

AND

# REVISED CODE OF ORDINANCES

OF THE

# CITY OF HOUSTON

## HARRIS COUNTY, TEXAS,

### TO OCTOBER 31, 1904.

PUBLISHED "BY AUTHORITY OF THE CITY COUNCIL OF
THE CITY OF HOUSTON,"

CODIFIED BY
**ROBERTS & CRAWFORD,**
OF THE HOUSTON BAR
1904.

W. H. COYLE & CO.,  STATIONERS, PRINTERS.

HOUSTON, TEXAS.

tank for selling or delivering kerosene, refined or crude oil within the limits of the City of Houston, without having attached thereto a bucket or other receptacle in such position that it catches all the drippings of oil from said tanks, or who shall negligently spill any oil on the streets of Houston that are or may be paved with asphalt, shall be fined not less than five dollars and not more than twenty dollars.

## CHAPTER XXXIX.

### CITY PARKS.

**Art. 914. Mayor to Employ Keeper and Gardener**—There shall be employed by the Mayor, some person or persons as gardener and keeper of the park, who shall hold his or their position at the pleasure of the Mayor, and who shall receive a salary of not more than seventy dollars per month. Such gardener shall have, under the Mayor and Committee on Parks, superintendence and control of the park property, and shall perform such duties and work therein as may be directed by the Mayor and Committee on Park Property, and shall see that such property and grounds are protected from depredations or misuse; and should the Mayor employ workmen for said park, such gardener or keeper shall, under the Mayor and Park Committee, have superintendence and direction of such workmen.

**Art. 915. Keeper to Live in Park**—The keeper of the park, herein provided for, shall be required to live in the house on the property, which house he shall have free of rent.

**Art. 916. Appropriation of Receipts of Sam Houston Park**—All moneys derived by the City of Houston from the sale of privileges in the Sam Houston Park of said city is hereby appropriated to the Houston Improvement League, to be applied by said Houston Improvement League to the free music fund, a fund to be used for the purpose of providing free concerts on certain days and nights during the summer months.

**Art. 917.   Funds, How Disbursed**—That the proper officers of the City of Houston, under its charter and ordinances, shall pay said moneys, as collected, over to the treasurer of said Houston Improvement League, upon the written order of its president, duly attested by its secretary, who shall execute a receipt therefor, showing the purpose for which the same is received.

**Art. 918.   Rules and Offenses**—It shall be unlawful for any person or persons within the public park and commons of this city to do any of the following acts, viz:

First.  To cut, break, injure, deface, defile or ill-use any building, fence, bench or other construction, or any tree, bush, plant, turf, or any property whatsoever of said city, or to have possession of any shrub, plant or tree, or any part thereof.

Second.  To take birds, fish or any live animals or bird's nests; to annoy or feed caged animals, or in any way to interfere with cages, boxes or enclosures for their protection.

Third.  To throw stones, balls or other missiles; to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires; to have, for sale or otherwise, any intoxicating liquors or beverages.

Fourth.  To sell or offer for sale any goods or wares, or to play musical instruments, without permission from Superintendent of Parks, or by contract with the Mayor and Park Committee.

Fifth.  To post or display signs, placards, flags or any advertising device whatsoever, except program of entertainment at park; to play game of chance, or to have possession of instruments of gambling.

Sixth.  To utter profane, threatening, abusive or indecent language; to make orations or loud outcries; to in any manner annoy other visitors.

Seventh.  To play ball or any other game in any park, except on such portions thereof as may be set apart for that purpose; or to walk over any lawn or grass plots not marked "Commons."

Eighth.  To drive any carriage, cycle, cart, automobile,

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 52 of 123

handcart or horse upon any park, except upon regular carriage roads, and then at a rate not faster than five miles an hour.

Ninth.  To drive or ride any horse or animal not well broken and under perfect control of the driver.

Tenth.  To allow dogs, horses or any other animal liable to cause destruction of park property, to go loose or untied.

**Art. 919.  Park Officers Have Police Power**—Compliance with the foregoing rules and regulations is a condition of the use of these premises, and the Superintendent of Parks, or any agent or agents of said Superintendent, or any person charged with the keeping and care of any public park or commons, as also police officers, shall have authority to enforce provisions of Article 918 by expulsion from park grounds, or arrest.

**Art. 920.  Penalty**—Any person wilfully doing any of the above forbidden acts shall, upon conviction, be punished by a fine not exceeding twenty dollars nor less than one dollar for each offense.

**Art. 921.  Foregoing Rules Do not Apply to Necessary Acts of Employes**—This chapter shall not be construed as to apply to workmen in the legitimate discharge of their respective duties.

---

## CHAPTER  XL.

### PAWNBROKERS, SECOND-HAND AND JUNK DEALERS AND JUNK.

**Art. 922.  Mayor Shall Purchase Books for Use of**—It shall be the duty of the Mayor to purchase a suitable number of books for the use of pawnbrokers and all second-hand dealers hereinafter specified, at a cost not to exceed two hundred dollars.  It shall be the duty of such persons engaged in the business of pawnbroking, or as a pawnbroker or second-hand dealer, or who may hereafter engage in the business of pawnbroking or as a second-hand dealer in the City of Houston, to procure of the City Secretary and keep on hand one of said books, and make or cause to be made therein a record of the subjects

57

# THE

# ORDINANCES

—————————OF THE—————————

# City of Neligh

## NEBRASKA

———————

COMPRISING

ALL ORDINANCES OF A GENERAL NATURE PASSED
JUNE 16, 1906, OR PRIOR THERETO

———————

PUBLISHED UNDER AUTHORITY OF THE MAYOR
AND COUNCIL OF THE CITY OF NELIGH, NEBR.

# 1906



priated by the city or donated to the city for park purposes, to inform against and prosecute all persons violating any of the by-laws or rules of the city for the protection and preservation of city parks. Provided, that the expenditures of such park commission shall not exceed the appropriation and donations for park purposes.

Section 6. Any vacancy occurring in the board of park commissioners may be filled by appointment and confirmation at any regular or special meeting of the city council, and any person appointed to fill such vacancy shall hold office during the unexpired term for which he is appointed.

Section 7. No member of the park commission hereby created shall receive any fee or compensation for his services as a member of such commission.

Section 8. This ordinance shall be in force after its passage, approval and publication according to law.

Passed and approved August 3rd, 1903.

Attest: R. WILSON,                    M. B. HUFFMAN,
[SEAL]     City Clerk.                           Mayor.


# PARK PROTECTION

## ORDINANCE NO. 59

An ordinance to protect the trees, shrubs and plants, in any public park belonging to the city of Neligh, and to provide for the punishment of persons found guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Neligh, in Antelope county, Nebraska:—

Section 1. Any person who shall knowingly injure or destroy any tree, shrub, or flowering plant in any public park belonging to the city of Neligh, (except under super-

vision of the park board of said city), shall on conviction thereof, be fined in any sum not exceeding $50.

Section 2.  Any person who shall tie any horse or horses to any tree or shrub in any public park belonging to the city of Neligh, or who shall tie any horse or horses in such manner as to enable such horse or horses to injure any tree or shrub in any such public park, shall on conviction thereof, be fined in any sum not exceeding $50.

Section 3.  This ordinance shall be in full force and effect on and after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest:   R. WILSON,                    M. B. HUFFMAN,
[SEAL]    City Clerk.                              Mayor.


# PARK ANIMALS

## ORDINANCE NO. 60

An ordinance to protect the animals and birds in the public parks of the city of Neligh, and to provide for the punishment of persons guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Neligh, in Antelope county, Nebraska:—

Section 1.  If any person shall injure or kill any animal or bird in any public park belonging to the city of Neligh, such person shall on conviction thereof, be fined in the sum of $15.

Section 2.  This ordinance shall be in full force and effect after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest:   R. WILSON,                    M. B. HUFFMAN,
[SEAL]    City Clerk.                              Mayor.

# FIREARMS IN THE PARK

## ORDINANCE NO. 61

An ordinance to prevent the carrying or discharging of firearms or gun of any description in any public park belonging to the city of Neligh and to provide for the punishment of persons found guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Neligh, in Antelope county, Nebraska:—

Section 1. That if any person shall carry or discharge any firearm or gun of any description in any public park belonging to the city of Neligh, such person shall on conviction thereof, be fined in any sum not exceeding $25.

Section 2. This ordinance shall be in full force and effect on and after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest:          R. WILSON,          M. B. HUFFMAN,
[SEAL]          City Clerk.                    Mayor.


# GRADES OF STREETS

## ORDINANCE NO. 63

An ordinance adopting and approving the grade of city streets in the city of Neligh, Antelope county, Nebraska, as surveyed, platted and established by the City Engineer.

Be it ordained by the mayor and city council of the city of Neligh, Antelope county, Nebraska:—

Section 1. That the grade as surveyed, platted and established and returned by the City Engineer of the following streets, to-wit: Walnut, Ash, Box-Elder, Locust, Mulberry, Cottonwood, Elm, Chestnut, Linn, Main, Boyd, Fletcher,

Hopkins, Putney, Coe and Mill streets, be and the same
hereby is adopted and approved, and the return of such sur-
vey, platting and establishing of such grade, together with
the field notes, plat and certificate shall be and the same
are, hereby directed to be filed in the office of the City Clerk
as a part of the records in his office.

Section 2.   This ordinance shall be in full force and ef-
fect on and after its publication in the Neligh Leader.

Passed and approved this 1st day of October, 1904.

Attest:   R. WILSON,                    M. B. HUFFMAN,
[SEAL]        City Clerk.                          Mayor.


# PARK ADDITION

## ORDINANCE NO. 64

An ordinance accepting and receiving the title to certain real
estate for park purposes.

Be it ordained by the mayor and city council of the city of
Neligh, Antelope county, Nebraska:—

Section 1.   That the city of Neligh accept and receive
title to the following described real estate to-wit:  Commenc-
ing at a point one-half chain west of the northeast corner of
the southwest quarter of the southwest quarter of section 21,
township 25, north of range 6, west of the 6th principal
meridian, in Antelope county, Nebraska.   Thence bears
south 49 degrees and 60 minutes west, eleven and twenty-five
hundredth chains.   Thence west variation 10 degrees and 50
minutes east, one chain.   Thence north 68 degrees and 40
minutes west, two and seventy-five hundredth chains.
Thence north 62 degrees west, three and fifty hundredth
chains.   Thence north 42 degrees and 20 minutes west, three
and sixty-three hundredths chains.   Thence east on quarter

58

# ORDINANCES

## OF THE

# CITY OF PUEBLO

### COMPRISING

## ALL THE ORDINANCES OF A GENERAL AND PERMANENT NATURE IN FORCE TO APRIL 1st, 1908

### AND

## DOWN TO AND INCLUDING ORDINANCE No. 769

### TOGETHER WITH

## THE ARTICLES OF CONSOLIDATION OF THE PUEBLOS

Compiled by

### D. A. HIGHBERGER AND JOHN A. MARTIN

of the Pueblo Bar

## PUBLISHED BY AUTHORITY OF THE CITY COUNCIL OF PUEBLO, COLORADO

DEC 1   1908

# PARKS AND PARK PROPERTY

---

## CHAPTER XXVII.

**654.  Damage in Public Parks Unlawful.**

Section 1.   That it shall be unlawful for any person to break down, mutilate, destroy or carry away any fence or fences around or belonging to any public parks in this city, or to walk over, upon or across the grass, or to cut, break or mutilate any tree or trees, or cut, break, deface or destroy any fountain or monument or other property belonging to the City of Pueblo, situate within any of said public parks.

(Ordinance No. 432.   Passed and approved Jan. 8th, 1894.)

**655.  Penalty.**

Section 2.   Any person convicted of a violation of the foregoing section shall be fined in the sum of not less than Five (5) Dollars nor more than One Hundred (100) Dollars for each and every offense.

(Ordinance No. 432.   Passed and approved Jan. 8th, 1894.)

**656.  Rules and Regulations—Parks and Park Property.**

Ord. 678.   That for the purpose of governing and reg-

ulating the use of the parks and of park property within the city of Pueblo, the following rules and regulations and the penalties for the violation of such rules and regulations are hereby prescribed and adopted:

## RULES, REGULATIONS AND ORDINANCES GOVERNING PARKS AND PARK PROPERTY.

1. From May 1 to November 1 the parks shall be open for visitors from 6 a. m. to 11 p. m.; from November 1 to May 1 from 8 a. m. to 7 p. m., unless specially ordered by the board.

2. No swine, goat, cattle, or other animal, excepting horses shall be permitted on the roadways, and no dogs permitted at large on any park.

3. No horse or other animal or second horse and vehicle shall be led on the roadways.

4. No second vehicle shall be drawn on the roadways by any beast of burden or other motive power.

5. No fast driving or speeding permitted.

6. No funeral procession, nor any hearse or other vehicle carrying the body of a deceased person for burial, shall be allowed in or upon any part of the parks.

7. No vehicle displaying any placard advertisement or advertisement of any kind shall be driven on the roadways for advertising purposes.

8. No placard, notice or advertisement of any kind

Case 1:22-cv-00695-JLS   Document 33-4   Filed 11/04/22   Page 64 of 123

or nature shall be distributed, posted, or attached to any-
thing movable or immovable on park or boulevard property,
unless by consent of the board.

9. No velocipede, bicycle, tricycle, wheelbarrow, hand-
cart, or other vehicle, or any horse or other animal, shall
be permitted on the foot walks, sidewalks, grassplats or
planting places.

10. No hackney coach, carriage, or other vehicle for
hire shall stand upon any part of the parks for the purpose
of soliciting or taking in any other passenger or person than
those carried to the parks by said coach, carriage or vehicle,
except at stands specially designated by the board.

11. Hitching horses or other animals to any tree,
shrub, fence, railing, or other structure, except such as are
provided for such purpose, or allowing horses or other ani-
mals to stand unhitched while the driver or attendant is
beyond reach of such horse is prohibited.

12. No sport or exercise shall be indulged in that is
liable to frighten horses, injure travelers, or embarrass the
passage of vehicles, except at such places as may be desig-
nated for such purpose.

13. No gambling shall be permitted.

14. Picnics may be held in such parts of the parks as
shall be designated for that purpose, and portions of the
parks may be set apart for ball, croquet, and other games
subject to such regulations as may be made by the board,

and no person shall join any such picnic or games without the consent of the persons of whom they are composed, or shall in any manner disturb or interfere with the same.

15.   No booth, tent, stall, or other structure shall be erected for any purpose, and no hawking or peddling shall be done, or article or thing exposed for sale, unless by permit from the board.

16.   No indecent exposure of person, disorderly conduct, noise, riot or breach of the peace; nor the use of obscene, threatening, abusive or insulting language shall be permitted.

17.   No person shall enter any building, inclosure or place upon which the words "no admittance" or similar sign is posted, or violate the injunction of such sign.

18.   No person shall stand, walk, ride or lie upon any place laid out and appropriated for shrubbery or grass when there shall have been placed thereon a sign forbidding the same.

19.   No person shall play upon any musical instrument, carry, or display any flag, target, or transparency, nor shall any military or private company, band or procession, parade, march, drill or perform any evolution movement or ceremony, and no person shall do or perform any act tending to congregate persons except by permission of the board.

20.   No person shall fire or discharge any gun or pistol; carry firearms, kindle, or build fires or throw stones or other missiles.

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 66 of 123

21. No person shall, without permit from the board, fire, discharge or set off any rocket, cracker, torpedo, squib, or other fireworks or things containing any substance of an explosive character.

22. No carcass, ordure, filth, dirt, stone, wood, ashes, garbage, matter, substance or rubbish of any kind shall be placed or deposited thereon.

23. No basin, pool, lake or fountain shall be fouled by stone, wood or any other substance.

24. No fish, fowl or other animals shall be killed or caught, molested or disturbed in any manner, unless by order of the board.

25. No animal shall be tied to any tree, shrub, electric light tower, lamp post, fire hydrant, building or other park fixture, except as provided.

26. No tree, shrub, plant or flower (wild or cultivated) shall be plucked, broken, trampled or climbed upon, peeled, cut, defaced, removed, destroyed or injured in any manner.

27. No electric light tower, lamp post, fence, bridge, building, fountain or other structure or property of any kind shall be defaced, cut, written upon, removed or in any manner injured or destroyed.

28. No person shall dig, remove or carry away any sward, sand, earth or material of any kind.

29. No person shall take into or upon any park any intoxicating liquors, either for sale to others or for his own

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 67 of 123

use, or for the use of others; nor shall any person sell, give away or dispose of any intoxicating liquors in or upon any park.

30. No intoxicated person will be allowed to enter or remain within any of the parks.

31. All persons are prohibited from going onto the ice on any of the lakes, ponds or streams in the parks, except such as are designated as skating fields, and thereon only when the safety signal is displayed.

32. It shall be the duty of every person claiming to have a permit from the board or any of its officers, to product and exhibit such permit upon the request of any authorized person who shall desire to inspect the same.

33. All permits issued by the board or its chairman or secretary shall be subject to the park rules and regulations and city ordinances, and the persons to whom such permits shall be issued shall be bound by said rules, regulations and ordinances as fully as though the same were inserted in such permits; and any person or persons to whom such permits shall be issued shall be liable for any loss, damage or injury sustained by any person whatever by reason of the negligence of the person or persons to whom such permits shall be issued, as well as for any breach of such rules, regulations and ordinances to the person or persons to whom such permits shall be issued, as well as for any breach of such rules, regulations and ordinances to the person or persons so suffering damages or injury, and to the

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 68 of 123

board of park commissioners, in case such board shall become liable to the person or persons so injured or damaged.

35. No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

34. Park benches shall not be moved without permission.

36. In case of an emergency or where in the judgment of the board of park commissioners, the public interest demands it, portions, or all of the parks may be closed to the public and all persons thereon be excluded therefrom until permission is given to return.

37. No public meetings nor public discussions of any subject, religious, social, political or other of any kind shall be held within the limits of the parks without the consent of, and a permit from the board.

38. No hammocks shall be allowed without permission, and then only in such places as may be designated.

39. Solicitors, agents, fakers, peddlers, mendicants, strolling musicians, organ grinders, exhorters, showmen, newsboys and bootblacks are prohibited from plying their several vocations within any park or park property unless by permit from the board.

40. No person shall ride or drive upon any part or portion of any park at a rate of speed exceeding six miles per hour. Every person so using the driveways, roads, park-

ways and bridle paths, shall as to the rate of speed of driving or riding thereon and to moving or driving on, or stopping any vehicle, horse or team in such rides or drives, be subject to and shall obey the orders of any officer or foreman connected with the parks, whenever in the judgment of such officer or foreman the safety or convenience of those using such rides or drives shall require a greater or less rate of speed than that at which such person shall be riding or driving or that he ride or drive on, or stop, and all animals in motion shall keep to the right.

41. All entertainments or amusements, proposed to be given are subject to the approval of the board, and the use of any of the buildings is prohibited for any person not duly authorized by said board.

## RULES REGULATING AUTOMOBILES.

42. Automobiles are accorded all the rights of other vehicles on roadways and shall observe the ordinary rules of the road. The chauffeur, when meeting or overtaking any horse which may become restive, shall take every precaution by stopping or otherwise, to avoid danger. The speed of automobiles on parks is limited to six miles per hour.

## RULES AND REGULATIONS GOVERNING BICYCLES AND TRICYCLES.

43. Bicycles and tricycles shall possess all the rights and privileges now accorded to vehicles drawn by horses and shall strictly comply with all rules of the roadway, and

in addition thereto will be subject to the following rules and regulations:

Machines shall not be stacked less than ten feet from the driveways.

No more than two machines shall be ridden abreast.

Riding crossways of the drives and curving to and fro is strictly prohibited.

Children under ten years of age riding small machines may use the foot walks.

Bicycle riders shall have at least one hand on the handle bar when riding.

Bicycle riders meeting or overtaking any horse which may become restive shall take every precaution by dismounting or otherwise, to avoid danger.

Wheelmen shall follow the ordinary rules of the road. In meeting an opposing vehicle, they shall pass on the right hand side. In passing a vehicle moving in the same direction, they shall pass on the left hand side.

Speeding is restricted to six miles per hour. Blowing of horns, playing of musical instruments of any kind, or having musical instruments attached in any way to the bicycle is forbidden.

A bicycle shall not be drawn by a rope or otherwise.

## BUILDINGS AND PRIVILEGES.

44. The buildings are for the use of the public and the convenience of the park system, and shall be used for

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 71 of 123

the purpose for which they may be assigned, all of which are subject to the rules and regulations that now exist or which may hereafter be made.

The park privileges leased, of whatever nature, are each subject to the conditions and agreements specified in the lease of the respective privilege, and also to the rules and regulations that do not exist or that may hereafter be made.

The lessee of any privilege shall post in a conspicuous place a schedule of the prices charged the public for the various items under his lease.

The lessee shall have control and charge of the building occupied in conducting the privilege leased and shall be responsible for the conduct of his patrons and employes.

## BOATS AND BOATING.

45. The season during which the boats shall be provided for the service and accommodation of the public shall be from the 1st day of May to the 15th day of November, in each year, unless otherwise directed by the board.

The superintendent shall see that all boats in use shall be water tight, shall be staunchly built, and shall always be clean and in perfect condition and repair; and a sufficient number shall be provided to accommodate the public at all times without unreasonable delay.

The size, shape and style of build of all the boats shall be subject to the control of the park board, and they shall be painted in such colors, stripes or tints as may be pre-

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 72 of 123

scribed, and be furnished with awnings, flags or cushions as may be directed by the board.

The superintendent shall hire a sufficient number of assistants to insure prompt service in furnishing boats, and in assisting people in going into or getting out of them. Each boatman shall wear a distinctive badge and costume, such as the board may prescribe, and shall be at all times clean and neat in person, and civil and courteous in deportment. He shall not allow any boat to be too much crowded nor let any boat to a person too young to manage a boat properly; and he shall take all proper precaution to insure the safety of the occupants. He, under the supervision of the superintendent, shall assist in preserving order and enforcing obedience to these regulations in and around and in close proximity to the lakes, ponds and streams in the parks.

Children under twelve years of age shall not be allowed the use of the boats, unless accompanied by an adult.

No improper character or intoxicated person shall be allowed the use of a boat or boats. So far as applicable, the provisions of this section shall apply to the use of the lakes, ponds or streams as skating fields.

The charge for the use of any boat shall be regulated by the board, but no charge shall be less than twenty-five cents.

All persons using the boats shall enter or leave them only at the designated boat landings, and shall return boats

at landing from which they receive same; they shall not unnecessarily disturb any water fowl nor act in any noisy or unseemly or disorderly manner, and they shall be liable for any careless or wanton damage to any boat.

The boats, and all appurtenances thereto, shall be regarded as property belonging to the parks, and any injury or damage done thereto shall be punishable under these rules and regulations the same as in the case of injury or damage to other park property.

## PUNISHMENT FOR VIOLATION OF RULES AND ORDINANCES.

46. The terms "park" and "park property," mentioned in these rules, regulations and ordinances, whenever they occur, shall each be construed to mean and include all the park property and grounds owned by the city of Pueblo or the board, and subject to and under the jurisdiction and control of the board of park commissioners.

The terms "board," "commission," or "commissioners," herein mentioned, whenever they occur, shall be construed to mean the board of park commissioners.

47. These ordinances are subject to repeal or amendment as the board may see fit.

48. For any violation of any of the provisions of these ordinances or any section or clause or any provision of any section thereof, or neglect or failure or refusal to comply with any or either of the requirements thereof, the offender

Case 1:22-cv-00695-JLS   Document 33-4   Filed 11/04/22   Page 74 of 123

shall be deemed guilty of a misdemeanor, and shall, upon conviction before the judge of the city court of Pueblo, be punished by a fine not exceeding fifty dollars or by imprisonment not exceeding thirty days or by both such fine and imprisonment at the discretion of the court.

49. These ordinances take effect from and after their passage.

(No. 678. Passed and approved August 22, 1904.)

Note: For ordinances relating to particular parks and park districts, their creation, improvement, etc., see Addenda.

59

# A DIGEST

OF THE

# Laws and Ordinances

FOR THE GOVERNMENT OF THE MUNICIPAL
CORPORATION OF THE

## CITY OF HARRISBURG Pa. Ordinances, etc.

PENNSYLVANIA

IN FORCE AUGUST 1, A. D. 1906



PUBLISHED BY AUTHORITY OF CITY COUNCILS

---

### PART I.
By LOUIS RICHARDS, ESQUIRE
of the Berks County Bar

### PART II.
By JAMES M. LAMBERTON, ESQUIRE
of the Dauphin County Bar

---

NEWARK, N. J.
SONEY & SAGE
———
1906

1698

APR 15 1908

YALE LAW LIBRARY.

C C
Harrisburg
3
1906

Gift of
Harrisburg Mayor
1908

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 78 of 123

*of the same,* That permission be and the same is hereby granted
to the Keystone Chapter of the Pennsylvania Society of the
Daughters of 1812 to place in Lincoln Park a large boulder, ap-
propriately inscribed, to perpetuate the memory of Ferdinand
Durang.  1 April, 1902.  C, 231.

**Grass plots.**

9. That the Harrisburg park commission be and it is hereby
directed to construct, take charge and maintain all grass plots
duly authorized, and which may hereafter be authorized to be
constructed within the curb lines of city streets, and exercise
jurisdiction over said grass plots in the same manner as if they
were parts of the public park system of the city.  23 July, 1904.
D, 106, §1.

**Property for park purposes may be acquired; Unused ducts in city's
conduit may be leased.**

10. That the Harrisburg park commission be, and the same is
hereby authorized to procure, by lease, real property for public
park purposes, subject to the approval of councils by joint resolu-
tion as to the terms and conditions thereof; and also to lease or
let the unused ducts in the city's conduit, along Front and Mar-
ket streets, upon such terms and conditions as may likewise be
approved by councils.  19 June, 1906.  D, 481, §1.

**Repeal.**

10a. That all ordinances, or parts of ordinances, in conflict
herewith be, and the same are hereby repealed.  Id., §2.

**Park Rules.**

11. The following sections are published in pursuance of
Article VI, Section 8, of the Act of Assembly, approved the 23d
day of May, A. D. 1889, entitled "An act providing for the in-
corporation and government of cities of the third class."

Section 1. The term "parks" used herein shall be construed
to include all lands and waters under the control of the Harris-
burg park commission, or that may come under its control while
these regulations are in force.

The term "commission" shall refer to the Harrisburg park
commission.

Section 2. The parks of the City of Harrisburg are for the
benefit and pleasure of the whole public, and all persons who use
said parks shall be subject to the rules of the park commission.

The roadways in the parks shall not be used by any vehicles ex-
cept those employed for purposes of pleasure or recreation and by
pleasure-seekers on horseback.

The walks and foot-bridges shall be used exclusively by pedes-
trians, except that baby carriages, invalid chairs and childrens'
carts may pass thereon, but loafing or prolonged standing shall
not be allowed on the same.

This section shall not apply to vehicles used by order of the
commission.

Automobiles may be forbidden to run in all or part of any park

Case 1:22-cv-00695-JLS Document 33-4 Filed 11/04/22 Page 79 of 123

or parkway at the option of the commission, which shall in that case post legible notices at the entrances of said park or parkway.

The parks shall be closed from twelve o'clock midnight, till sunrise, and all persons found lounging between these hours may be arrested for trespass.

Section 3. No person shall commit any of the following acts within the parks or parkways :

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3. Throw stones or missiles.
4. Utter loud, profane, offensive or indecent language.
5. Play any game of cards or chance.
6. Tell fortunes.
7. Beg.
8. Publicly solicit subscriptions.
9. Drive or lead a horse not well broken.
10. Allow any dog or horse to run at large.
11. Throw, deposit or drain any offensive substance of any kind on or into any park, parkway, fountain, spring or other park water-way, or deposit waste paper, fruit, refuse, lunch baskets or other refuse in any place save the receptacles therefor.
12. Sell any intoxicating liquors in any park or along any parkway.
13. Bathe in park waters, without having the body concealed by suitable covering, extending from the knees to the shoulders.

Section 4. No person shall commit any of the following acts within said park or parkways, without the previously obtained consent of the commission :

1. In any manner pull, injure or break any flower, fruit, plant, tree, grass, turf, pump or water fixtures, or other structure.
2. Write, paint or carve on any tree, bench or structure.
3. Climb any tree, or tie any horse to a tree.
4. Carry or discharge any firearms or fireworks or send up any balloon.
5. Ride or drive any animal or vehicle at a speed exceeding eight miles per hour. This shall not apply to the vehicles of the fire or police departments, ambulances or vehicles used by physicians when actually engaged in responding to emergency calls.
6. Permit any animal except horses and led dogs to enter said parks.
7. Obstruct in any way a roadway or path.
8. Carry any flowers or shrubs, firearms, sling-shot, ax, saw, shovel or spade within reservoir park.
9. Keep or offer anything for sale.
10. Post or display any sign, banner or advertisement.
11. Play any music.
12. Deliver any public speech.
13. Hold any public meeting or engage in any marching or driving, as members of a military, political or other organization.
14. Conduct any funeral procession or vehicles containing the body of a deceased person.

15. Solicit or invite passengers for hire for any boat or vehicle.

16. Build any fire.

17. Take any ice from any park waters.

18. Fish in any park waters.

19. Enter any place where the words "No Admittance" or "Keep Off" shall be displayed.

20. Enter or leave except at the established ways of entrance and exit.

21. Place or propel any boat or other craft upon park waters.

22. Land from any boat at a place not designated by said commission for that purpose.

23. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

24. Occupy in any way the slopes of the river park, except as a landing place.

25. Hold any picnic at a place not designated for that purpose.

26. Play baseball, tennis nor any other game or sport at a place not designated for that purpose.

27. Bathe in any place not designated by the commission.

28. Violate the regulations relating to the use of any building or place.

29. Injure any notice posted by order of said commission.

Section 5. Any person violating any of the foregoing rules and regulations shall, upon conviction thereof before the mayor or any alderman of the city, be sentenced to pay a fine of not more than fifty dollars ($50) and the costs of prosecution, and in default of the payment thereof be imprisoned in the jail of Dauphin county for a period not exceeding thirty (30) days. 14 Sept., 1905. D, 421.

# Passenger Railways.

## [See STREETS—SUBWAYS.]

Acceptance of ordinance, &c., 16.
Consent of city, certificate, 11.
Consent of city, how given, 12.
Construction regulated, 13, 14.
Dirt, snow, &c., not to be piled on streets, 1.
Highways to be put in good condition, promptly, 9.
Operations regulated, 15.
Penalty for failing to clear and sweep highways, 6.

Penalty for piling dirt, snow, &c., on streets, 2.
Penalty for violating ordinance as to construction, &c., 13, 14, 15.
Penalty for violating ordinance as to rails, &c., 10.
Repeal, 4, 17.
Solid grooved rail to be used, 7, 8.
Snow, dirt, &c., on streets, 1.
Snow to be removed, 5.
Supervisors to enforce ordinance, 3.

**Railway companies forbidden to place piles of snow, &c., on streets.**

1. That from and after the passage of this ordinance it shall be unlawful for any passenger or other railway company to place, or cause to be placed, any heap or heaps, or piles of ice, snow or dirt or other rubbish, upon any street or avenue in the City of Harrisburg traversed by said railways. 5 Feb., 1887. 4, 133, §1.

**Penalty.**

2. Any officer or employe of any of said railway companies, whose duty it shall be to superintend the tracks of said companies, who, on notice from either of the supervisors, shall refuse or

60

FEB 6 - 1922

# APPENDIX A.

## RULES AND REGULATIONS GOVERNING THE PUBLIC PARKS WITHIN THE CITY OF HAVERHILL.

### Adopted 1905.

IT IS FORBIDDEN :

1.  To drive any carriage, cart or horse, or to pass with any cycle, wheelbarrow or handcart upon any part of any public park except the regular carriage roads : to enter or drive within the parks in any automobile ; to do any teaming over the roadways of any park.

2.  To drive, ride or cycle within the limits of the parks at a rate faster than eight miles an hour.

3.  To allow animals of any kind to pass over or stay upon the park lands, providing that this shall not apply to dogs when closely led by a leash or chain along the regular roads or paths.

4.  To hitch a horse or any other animal to any tree, shrub or fence, or to leave a horse untied or, tied within reach of any tree or shrub.

5.  To cut, break, deface, defile, ill-use or remove any building, fence or other construction, or any tree, shrub, plant, turf or flower, whether cultivated or wild, or to have possession of any freshly-plucked tree, shrub, flower, or plant, or any plant thereof.

6.  To catch, or to endeavor to catch any birds or animals, or to disturb their nests or habitations.

7.  To drop or deposit any remnant of food, any paper or waste of any sort upon the walks or grounds of any public park, or in any fountain or waters thereof, or in any manner to defile or polute the same.

Digitized by Google

12                          RULES AND REGULATIONS

8.  To engage in any game or athletic sport except upon grounds
    that may be provided therefor.

9.  To throw stones, balls or other missiles ; to discharge or carry
    firearms, torpedoes, firecrackers or fireworks ; to sell, offer
    or expose for sale any goods or wares ; to post or display
    in any manner within any park or upon the gates, fences or
    inclosures thereof. any advertisement, posters or written or
    printed notice of any description ; to play games of chance :
    to utter profane, indecent or threatening language ; to bathe
    or fish : to commit any nuisance or to annoy wilfully any
    visitor within the parks.

10. To light any fire for any purpose within any public park.

11. To refuse to obey such orders or requests of either of the park
    commissioners or of the superintendent or other agents of the
    commissioners, as shall have for their object the preserva-
    tion of the parks and their contents or the maintenance of
    order and decorum within the limits of the park.

**It is also forbidden without the prior consent of the board of park
commissioners, granted in writing and signed by the chairman
or secretary of said board :**

12. To open any trench for any purpose within the limits of any pub-
    lic park or to stretch any wire, rope or chain across any part
    of such park.

13. To hold any public meeting or gathering for political or other pur-
    poses, or to make any oration or harangue, or to discharge
    any fireworks upon any public park.

**Whoever violates any of the provisions of the foregoing rules
and regulations shall be punished therefor by a fine not exceed-
ing $20.00.**

Digitized by Google

61

Case 1:22-cv-00695-JLS   Document 33-4   Filed 11/04/22   Page 85 of 123

# CHARTER

## ˙OF THE

# CITY OF SAGINAW

## MICHIGAN. 

## WITH AMENDMENTS THERETO,

### AND THE

# ACTS OF THE LEGISLATURE

RELATING TO OR AFFECTING
THE
CITY OF SAGINAW.

YALE LAW LIBRARY

PRINTED BY AUTHORITY OF THE COMMON COUNCIL.

SAGINAW,
WM. K. MCINTYRE, PRINTER.
1905.



CC
Saginaw
1
1905

YALE LAW LIBRARY

Gift of
Saginaw Mayor

Case 1:22-cv-00695-JLS   Document 33-4   Filed 11/04/22   Page 87 of 123

# TITLE XX.

## *Park and Cemetery Commissioners.*

Park and
cemetery
commission-
ers.

When and
how ap-
pointed.

Section 1.  At the first regular meeting of the common council of the city of Saginaw, after this act takes effect, there shall be created and constituted a new board of park and cemetery commissioners in and for said city, composed of five members, who shall be appointed by the mayor of the city of Saginaw and confirmed by the common council of said city, and who shall be electors of said city, no more than three of whom shall reside in any one taxing district or belong to the same political party, and who shall hold their office until the first regular meeting of the common council of said city in January, nineteen hundred six, and until their successors have been appointed and confirmed.

Term.

When to
meet and
organize.

Sec. 2.  At the first regular meting of the common council in January, nineteen hundred six, their successors in office shall likewise be appointed by the mayor of the city of Saginaw and confirmed by the common council of .the city of Saginaw, one for the term of one year, one for the term of two years, one for the term of three years, one for the term of four years and one for the term of five years, and annually thereafter the mayor of the city of Saginaw shall appoint one member of the board of park and cemetery commissioners, and the common council shall confirm such appointment, for the term of five years, and said electors shall constitute the board of park and cemetery commissioners of the city of Saginaw.  The members elected under this act shall, within ten days after their election, or such further time as the common council may fix, meet and organize such board of park and cemetery commissioners by the election of one of its members president, who shall hold his office one year.

Sec. 3.  Such board of park and cemetery commissioners shall hold regular meetings once a month,

Case 1:22-cv-00695-JLS Document 33-4 Filed 11/04/22 Page 88 of 123

and shall adopt all necessary rules for the regula- Shall meet once a
tion of its business; it shall keep a complete record month.
of all its procedings, which record, or a copy there- Record of proceed-
of, duly certified by the clerk of said board, shall be ings.
competent evidence of the transactions of said board
in all the courts of this State; the ayes and nays
shall be called upon the passage of every resolution
or order; three members of the board shall consti-
tute a quorum for the transaction of all business, Quroum.
but no resolution or order shall be adopted unless
three members shall vote in its favor. The city City Clerk clerk of
clerk shall act as the clerk of such board of park and board.
cemetery commissioners, and shall receive no addi-
tional salary or compensation for such services.

Sec. 4.  Such board of park and cemetery com- Board may employ
missioners may employ such superintendents, land- superintend-ents, etc.
scape gardeners and other employes as it may deem
necessary for the execution of its duties, and fix their
salaries or compensation; and any such persons May fix compensa-
may be removed by such board at any time. tion.

Sec. 5.  Such board of park and cemetery com- Shall have control of
missioners shall have the entire management and parks.
control of all parks now belonging to such city, or
which may here after be acquired. Such board of
park and cemetery commissioners shall also have the
direction and control of public baths and all improve-
ments of every nature within the park or parks of Public baths.
such city, and (subject to the approval of the com-
mon council), of all the moneys derived from levies Moneys and proceeds of
made for park purposes, and of all moneys from the all bonds issued for
general fund appropriated by the council for such park pur-poses.
purposes, and of the proceeds of all bonds issued or
sold for park purposes, and of all moneys or other
property donated to such city for park purposes; all
of which moneys shall be placed in a special fund
called the "park fund," and shall be disbursed by Park fund.
the treasurer of such city, only upon a warrant of the
city clerk, drawn in accordance with the order of
such board of park and cemetery commissioners.

Sec. 6.  Such board of park and cemetery com-

Power to
contract for
park pets,
etc.

May adopt
rules for
the protec-
tion of
street
shade trees.

miss'oners shall have power to contract for park pets, such as small animals, birds and fishes, and for the improvements of the grounds, the erection of public baths, necessary bridges and structures connected therewith, and to adopt rules for the protection, care, promotion and government of street shade trees and ornamentation and the parks under its charge, and such rules, when approved by the council of such city, shall have the same effect and may be enforced by the same penalties as ordinances of the city. Such board of park and cemetery commissioners shall have no power to incur any liability for park purposes beyond the amount of the funds levied therefor or appropriated to their order by the council for such purposes.

Shall have
no power
to incur
liability for
parks be-
yond am-
ount levied
therefor.

Improve-
ments.

Plans, etc.,
to be pre-
pared.

Sec. 7.   It shall be the duty of such board of park and cemetery commissioners, before entering into any contract for the performance of any work, the cost of which exceeds five hundred dollars, to cause plans and specifications and forms of bids to be prepared, and when adopted by such board, it shall have the same printed for distribution among bidders.

Ten day'
notice to be
given.

Sec. 8.   The board shall not enter into any contract for work or supplies where the estimated cost thereof exceds five hundred dollars, without first causing ten days' notice in the official paper that sealed proposals may be received for doing the work or furnishing such materials and supplies.

Certified
check.

Sec. 9.   Each bid shall be accompanied by a certified check to guarantee the acceptance of the contract, if awarded by the board.

Bids to be
deposited
with clerk.

Sec. 10.   All bids for work and supplies shall be enclosed in a sealed envelope and same deposited with the clerk of the board, and such sealed envelope shall have endorsed thereon the nature of the same, and all bids shall be opened at a regular meeting of the board.

Sec. 11.   The board shall enter into contract with the lowest responsible bidder, upon his giving bond

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 90 of 123

to the corporation with such sureties as the board <span>Board shall enter into contract</span> shall approve. that he will perform the work or fur- <span>with lowest responsible</span> n'sh the material and supplies in accordance with <span>bidder.</span> his contract, and such board shall be the final judges <span>Bidder to</span> as to who are responsible bidders, and on the failure <span>furnish</span> of such bidder, within a reasonable time, to be fixed <span>sureties.</span> by the board. to enter into bond with such surety as before provided, the contract may be made with the next highest responsible bidder, and so on until the contract is effected by the contractor giving bond as aforesaid: Provided, That the board may reject <span>Proviso.</span> any and all bids, and that no member of the said board shall be in any manner, either directly or in- directly, interested in any contract.

Sec. 12.  The title of all property now or here- <span>Parks, etc., to be free</span> after acquired for park purposes, park entrances, <span>from all</span> park driveways and park boulevards, with all im- <span>taxes.</span> provements and equipments, shall be held free from all taxes and assessments by State, county or munici- pality.

Sec. 13.  Such board of park and cemetery com- <span>Annual re-port.</span> missioners shall annually, on the first Monday in April, make a report to the council of their proceed- ings in respect to parks, with a detailed statement of their receipts and expenditures during the year; and they shall also at the same time submit to the council a detailed estimate of the amount of money necessary to maintain and improve such park or parks for the ensuing year.

Sec. 14.  The common council with the consent of <span>Common council and</span> the board of estimates, may cause to be placed upon <span>board of estimates</span> the general tax roll and raised by tax, the same as <span>may raise funds for</span> other taxes, such sum as they may think proper to be <span>mainten-</span> raised for each of the several objects of expenditures <span>parks, etc.</span> <span>ance of</span> estimated as aforesaid for the maintenance and im- <span>by taxa-tion.</span> provements of said parks, public grounds or baths, or for the payment of any other expenses which said <span>Public baths.</span> commissioners are, by this act, authorized to incur. For the purpose of either establishing bathing beaches, or erecting suitable buildings in connection

Case 1:22-cv-00695-JLS Document 33-4 Filed 11/04/22 Page 91 of 123

Fixing or marking dock lines.

therewith, establishing, fixing or marking dock lines, purchasing city property adjacent to the waters of the Saginaw river or its tributaries, or improving the same by filling or otherwise, or any or all combined. the common council shall have the power, with the approval of the board of estimates, to borrow upon the faith and credit of the city, upon the best terms they can make, and for such a time as they

May borrow sum not exceeding ten thousand dollars.

may deem expedient, a sum of money not exceeding ten thousand dollars, and shall have the authority to issue bonds pledging the faith and credit of said city for the payment of the prinicipal and interest of said bonds, which bonds shall be denominated "Park improvement bonds of the city of Saginaw," and

Park improvement bonds.

shall bear interest at a rate not exceeding four per cent per annum and shall mature in not more than

Council to provide for advertising and sale of bonds.

thirty years from date of issue. The common council shall have full authority to provide, by resolution, for the advertising and sale of said bonds, and the mannare thereof shall conform as near as practicable to the regulations prescribed by law for the

Money to be paid into the city treasury and credited to park fund.

issuance of sewer bonds. The moneys so raised, as well as any other moneys received from any source, shall be paid into the city treasury and credited to a fund to be styled the "Park fund," and shall be expended and paid out only for the purposes approved by the common council and the board of estimates.

All bills to be audited by commissioners.

Sec. 15. All bills. accounts and claims of every character against the said department, shall, after having been duly audited by said commissioners and certified by them and the clerk, be transmitted to the city controller, who shall submit the same to the common council with his approval or disapproval.

Allowed by council.

When said bills, accounts and claims shall have been allowed by the common council the controller shall draw his warrant or warrants on the city treasurer

Proviso.

in payment therefor: Provided, however, That no bill, account or claim against said department shall be audited by the commissioners, unless it shall be accompanied by an affidavit of the person rendering it that he verily believes the services or property

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 92 of 123

therein charged have been actually performed or
delivered to the city, and that the sums charged
therefor are reasonable and just, and that to the best
of his knowledge and belief no offset exists or pay-
ment has been made on account thereof, except such
as are included or referred to in such bill, account or
claim. All pay rolls shall be certified by said com- Pay rolls.
missioners and clerk, and shall be delivered to the
city controller, who shall draw his warrant for the
payment thereof, and deliver the same to the city
treasurer, together with said pay roll, and said city
treasurer shall pay the amounts mentioned in said
pay roll, to the persons entitled thereto. No debt or No debt to
liability of any kind shall be created by said com- in excess
missioners during any one fiscal year in excess of then in
the moneys then in said fund, or which may have fund.
been authorized to be raised by the common council
for said year. The commissioners may receive dona- Commis-
tions or bequests of money or property, which shall receive
be used for the maintenance and improvement of donations,
the grounds under their charge as contemplated by
such donations and bequests, which said money shall To be paid
be paid into the city treasury by them, and warrants treasury
drawn against the same, as in case of other expenses rants
of such department, for the purposes for which said case of
donation or bequest shall have been made. other ex-

Sec. 16. It shall be unlawful for any person to It shall be
cut, injure or deface any tree, building, fence or for any
other erection in any of the said parks, park drives, injure any
park entrances or park boulevards, or to turn domes- ing, etc.
tic animals or poultry of any description upon the
same or permit them to wander thereon; to carry
firearms within or to frighten, hurt or kill animals or
birds belonging to the same, to hinder or to interfere
with men employed upon the same. Such board of Commis-
park and cemetery commissioners and their officers their of-
and employes shall have power to make arrests for have power
misdemeanors committed within the precincts of any to make
park, park entrance, park driveway or park boule-
vard under their management and control, whether
within or without the limits of the city, or for the

Case 1:22-cv-00695-JLS   Document 33-4   Filed 11/04/22   Page 93 of 123

May seize and impound cattle, etc., found at large in parks.

violation of any ordinances of said city. Such board of park and cemetery commissioners shall have power to seize and impound any cattle, horses, mules, donkeys, goats, swine, sheep or other animals, or any poultry of any description found running at large upon parks, park entrances, park driveways or park boulevards.

Rate of speed for vehicles.

Sec. 17.   No person shall ride or drive in parks or boulevards at a rate of speed exceeding eight miles per hour, excepting that horses may be speeded on such parts of said boulevard or parks as may be set apart by said commissioners for that purpose, and then only under such regulations as the commissioners may prescribe.

Riding on footpath.

Sec. 18.   No person shall ride, drive or draw any velocipede, bicycle, tricycle, wheelbarrow, hand cart, or any other vehicle or any horse or other animal on the foot-walks or sidewalks, grass plots or planted places of parks or boulevards or upon any other part or portion thereof excepting upon the carriage drives; and no person shall permit any vehicle or animal to stand upon such roadways or carriage drives to the obstruction of the way or inconvenience of travel, and no person shall solicit passengers for hire on either carts or boulevards, excepting by direction or permission of said commissioners.

Tying to trees.

Sec. 19.   No person shall tie any animal to any tree or shrub, electric light tower, lamp post, fire hydrant or dock or building in said parks or boulevards, nor pluck, break, trample upon or interfere with any grass, flower, plant or shrub in any of such parks or boulevards, or climb, peel, cut, deface, remove injure or destroy any tree or shrub in any public park or boulevard or pasture any animal on the grass in any of said parks or boulevards, and no person shall stand, walk or lie upon any part of any public park or boulevard laid out or appropriated for shrubbery or for grass when there shall have been placed thereon a sign having the words ''keep off the grass'' or other similar words thereon.

Case 1:22-cv-00695-JLS    Document 33-4    Filed 11/04/22    Page 94 of 123

Sec. 20.   No person shall cut, break, or in any way injure any electric light tower, lamp post, fence, bridge, dock, building, fountain or other structure or property in or upon any of said parks or boulevards, and no person shall post or fix any notice or bill or other writing or printing on any tree, tower, lamp post, hydrant, curbstone, coping, flagstone, fence, dock, bridge, wall, buliding or other place under the charge or control of said commissioners. *Injury to lamp post, etc.*

Sec. 21.   No person shall engage in any sport or exercise upon boulevards or parks as shall be liable to frighten horses, injure travelers or embarrass the passage of vehicles thereon. *Frightening horses, etc.*

Sec. 22.   No person shall fire or discharge any gun or pistol, or carry firearms, or throw stones or other missiles within park boulevards, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of any explosive character on said park or boulevard without the consent of said commissioners, and then only under such regulations as they shall prescribe. *Noise. Fire arms and explosives.*

Sec. 23.   No person shall gamble, nor make any indecent exposure of himself or herself nor use any obscene language, or be guilty of disorderly conduct, or make, aid, countenance or assist in making any disorderly noise, riot, or breach of the peace, within the limits of parks or boulevards; and no person shall sell or dispose of any intoxicating liquors in or upon any public park without the consent of the said commissioners. *Gambling. Sale of liquors.*

Sec. 24.   Any violation of the provisions of this act shall be punished in the police or justice's court, by a fine not to exceed one hundred dollars and costs, and in the imposition of any fine and costs, the court may make a further sentence that the offender may be imprisoned in the Saginaw county jail until the payment of such fine, for any period of time not exceeding ninety days. *Punishment.*

Case 1:22-cv-00695-JLS　Document 33-4　Filed 11/04/22　Page 95 of 123

Sec. 25. The police commissioners of the city of Saginaw, upon the request of said park and cemetery commissioners, shall detail for service in any of the grounds or property under the charge of said **Police to maintain order.** park and cemetery commissioners, so many of the police force as may be necessary to maintain order and protect the property thereon, and any policeman on duty on said grounds may remove therefrom any person who may violate any of the rules and regulations of said commissioners, or of any of the ordinances of said city, adopted as aforesaid, relating to said parks, public grounds or boulevards.

**Filth, etc., not to be deposited on boulevard or parks.** Sec. 26. No person shall place or deposit any dead carcass, ordure, filth or garbage of any kind on any public parks; and no person shall send or ride any animal into same, nor shall any person kill, molest or disturb any fish, fowl or animals kept thereon; and no person shall wade into or throw any wood, sand, stone, or other substance into any basin, pool, **Fishing.** lake or fountain in any public park, or bathe or fish **Bathing.** in any of the waters thereon, except in Saginaw river, where persons may bathe and swim, but only under such restrictions and conditions as may be prescribed by the police commissioners or board of park and cemetery commissioners.

**Playing games.** Sec. 27. No person shall play at any game whatever in any of the said parks under the charge of said commissioners: Provided, however, That ball, golf, croquet, cricket, lawn tennis and other like games or recreation may be played upon such portions of said parks as may be designated from time to time by the commissioners, and under such rules and regulations as may be prescribed by them.

**Hawking and peddling.** Sec. 28. No person shall expose any article or thing for sale, or do any hawking or peddling, in or upon said parks, without the consent of said commissioners, nor play upon any musical instru- **Music.** ment or carry or display any flag, banner, target or transparency; nor shall any military or target com- **Marching and drilling.** pany, or band or procession arrayed, march, drill or perform any evolutions, movements or ceremony

Case 1:22-cv-00695-JLS   Document 33-4   Filed 11/04/22   Page 96 of 123

within any of said parks, or perform any act tend-
ing to the congregating of persons on said boule-
vards or in said parks without permission of said **May be permitted by commissioners.**
commissioners.

Sec. 29.  Said board of park and cemetery com- **Commissioners may assist in the promotion of civic improvement associations.**
missioners may assist in the promotion of street or
civic improvement associations, clubs or societies,
and may receive funds from said associations or
individuals for the purchase of trees. shrubs or
plants in large quantities by said board.  The dis-
tribution of same to be made by the employes of said
board of park and cemetery commissioners, without
further cost to the purchaser or depositor.

Sec. 30.  The city may acquire, hold and own such **City may acquire cemeteries.**
cemetery or cemeteries, or public burial place or
places, either within or without the limits of the cor-
poration, as in the opinion of the board of park and
cemetery commissioners, and approved by the com-
mon council. as shall be necessary for the public
welfare, and suitable for the convenience of the in-
habitants, and may prohibit the interment of the
dead within the city, or may limit such interment **May prohibit or limit interment of dead within the city.**
therein to such cemetery or burial place as the regu-
lations may prescribe; and the council may cause
any bodies buried within the city in violation of any
rule or ordinance made in respect to such burials to
be taken up and buried elsewhere.

Sec. 31.  The council may upon the recommenda- **Common council may raise money for maintenance of cemeteries, etc.**
tion of the board of park and cemetery commission-
ers within the limitations of this act contained, raise
and appropriate such sums as may be necessary for
the purpose of cemetery grounds, and for the im-
provement, adornment. protection and care thereof.

Sec. 32.  The city clerk shall be the clerk of the **City Clerk to be clerk of board.**
board, and the council may by ordinance invest the
board with such powers and authority as may be **Ordinances for care and management of cemeteries.**
necessary for the care, management and preserva-
tion of such cemetery and grounds, the tombs, and
monuments, and the appurtenances thereof; and in
addition to the duties herein mentioned, the board

Case 1:22-cv-00695-JLS   Document 33-4   Filed 11/04/22   Page 97 of 123

shall perform such other duties as the council may prescribe.

Sec. 33. Said board, subject to the direction and ordinances of the council, shall have the care and management of any such cemetery or burial place or places, and shall direct the improvements and embellishments of the grounds, cause such grounds to be laid out into lots, avenues and walks; the lots to be numbered and the avenues and walks to be named, and plats thereof to be made and recorded in the office of the controller. Such board shall also have power in its discretion to take, receive and hold any porperty, real or personal, by devise' or otherwise, which may be granted, transferred or devised, to such board, in trust, for the purpose of caring for and keeping in good order and repair any given lot or lots, or portions thereof, specified in any such trust. The board shall fix the price of lots and make the sales thereof. The conveyances of such lots shall be executed on behalf of the city by the city clerk, and signed by the controller, and be recorded in the clerk's office at the expense of the purchasers.

Sec. 34. Said board shall appoint the necessary superintendents, sextons and employes for the cemeteries; expend the money provided for the care and improvement of the grounds; enforce the ordinances of the city made for the purpose and care thereof, and make such regulations for the burial of the dead, the care and protection of the grounds, monuments and appurtenances of the cemetery, and the orderly conduct of the persons visiting the grounds, as may be consistent with the ordinances of the city and the laws of the State.

Sec. 35. All moneys raised for any public cemetery authorized by this act, and all moneys received from the sale of lots therein, or otherwise therefrom, shall be paid into the city treasury, and constitute a fund to be denominated the "cemetery fund." Said fund shall not be devoted or applied to any other purpose, except the purposes of such cemetery. The

---

Marginal notes:

Board to direct improvements of cemeteries.

Lots and avenues.

Plats.

Price of lots.

Conveyances of such lots.

Board shall appoint superintendents, sextons, etc.

Enforce ordinances.

All moneys for any public cemetery shall be paid into city treasury.

Cemetery fund.

Case 1:22-cv-00695-JLS Document 33-4 Filed 11/04/22 Page 98 of 123

board of trustees shall report to the council annually, on the first Monday in January, and oftener when the council shall so require, the amount of all moneys received into and owing to the cemetery fund, and from what source, and from whom, and the date, amount, items and purpose of all expenditures and liabilities incurred, and to whom paid, and to whom incurred, and such other matters as the council shall require to be reported, which report shall be verified by the oath of the clerk of the board. *Annual report.*

Sec. 36. The council may pass and enforce all ordinances necessary to carry into effect the provisions herein, and to control or regulate such cemetery or burial place, and the improvement thereof, and to protect the same and the  appurtenances thereof from injury, and to punish violations of any lawful orders and regulations made by the board of cemetery trustees. *Ordinances to control or regulate cemeteries.*

Sec. 37. The council shall have power, also,  to pass all ordinances deemed necessary for the preservation and protection of any cemetery or burial place, within the city, belonging to or under the control of any church, religious society, corporation, company or association, and for the protection and preservation of the tombs, monuments and improvements thereof and the appurtenances thereto. *Cemetery under control of any church, religious society, etc.*

Sec. 38. The amount standing to the credit of the Forest Lawn cemetery fund, together with fifty per cent of all moneys which shall from time to time be received from the sale of lots and single graves in said cemetery shall constitute a trust fund as hereinafter provided, the income of which, together with the remaing fifty per cent, shall be used for the general care and maintenance of said cemetery and for the purpose of properly caring for lots and single graves that have been sold in said cemetery, and the treasurer of said city is hereby authorized to accept from lot owners and others such sums as may be agreed upon, to be invested as hereinafter provided, the income thereof to be used only for the purpose of properly caring for such lots and single graves *Forest Lawn cemetery fund,* *How constituted, invested and expended.*

Case 1:22-cv-00695-JLS   Document 33-4   Filed 11/04/22   Page 99 of 123

Oakwood
and Brady
Hill ceme-
teries to
share.

in Oakwood and Brady Hill cemeteries as contribu-
tion has been made for. The sums so contributed to
be expended in said cemeteries respectively, shall
constitute and shall be kept in separate funds.

Treasurer
to be cus-
todian.

Sec. 39. All moneys received for said purposes
or for the use of said funds, shall be paid to the
treasurer of said city, to the credit of said funds re-
spectively. who shall deposit the same with other
moneys of said city and shall credit such trust funds
with their proportionate share of the interest paid

How fund
to be in-
vested.

on city deposits. Such trust fund shall be invested
only in the bonds of the city of Saginaw or any other
good securities that are approved by the mayor,
controller and treasurer of the city. The city treas-
urer shall be the custodian of said trust funds, and
whenever he shall have an opportunity to invest the
amount standing to the credit of said trust funds, he
shall do so, upon the advice and written consent of

Warrant of
controller
to be coun-
tersigned
by mayor.

the mayor and controller of said city. The warrant
of the controller upon the city treasurer when coun-
tersigned by the mayor, shall be a sufficient voucher
for the withdrawal of said money for the purpose of
investment. Whenever any money is needed for the
purpose of caring for said lots or graves, or for the
general care and maintenance of said cemeteries.
and there is any income available in the proper fund,
the same, or so much thereof as may be required,
shall be paid by the treasurer when allowed by the

Annual
statement.

common council. The custodian of the above funds
shall report to the common council at the close of
each fiscal year the condition of said funds and in
what securities the same are invested, the amount
of income derived during the year and the amount
expended.

Sec. 40. Said board shall assign and set apart
suitable plats of ground for the burial of the poor,
and shall creditably care for and beautify the same,
and shall cause interments to be made therein, to be
paid for out of the poor fund of the city. It shall

Single in-
terment.

provide a plat of ground and care for the same,
wherein single interment permits shall be sold at a

purchase price not to exceed ten dollars.

Sec. 41. The cemetery properties of the city of Saginaw, and all lots and plats therein which have been, or shall hereafter be conveyed by said city, as places of burial of the dead, shall forever be exempted from general taxation, and from special assessments for local improvements, and shall not be liable to be sold on execution or to be applied to the payments of debts, by any assignment under any insolvent law, or by any compulsory process of law.

*Cemetery properties to be exempt from taxation.*

*Shall not be liable for the payment of debts.*

Sec. 42. When the city of Saginaw holds any land or lands within its limits which shall have been used as a cemetery or burial-ground, and in which interments have been prohibited by the common council, and it shall have been decided to remove the bodies interred therein, it shall be lawful for the council to sell or otherwise dispose of any such land or lands to the purchaser of the same: Provided, That such sale or other transfer of such land shall not operate to give such purchaser possession of the same until the bodies therein interred shall have been removed from such cemetery, and all monuments and tombstones be removed and re-erected at the place of re-interment of the remains of each person, respectively. The board of park and cemetery commissioners shall have power to merge Brady Hill cemetery and Hoyt park in one complete plan as to landscape effect, connecting roadways, planting or other ornamentation and general maintenance, reserving absolutely to said Brady Hill cemetery, however, all rules and regulations governing the other cemeteries belonging to the city of Saginaw.

*Cemetery in which interments have been prohibited.*

*Remove bodies.*

*Council may sell such lands.*

*Proviso.*

*Park commissioners may merge Brady Hill cemetery and Hoyt park in one complete plan as to landscape, etc.*

62

# The Municipal Code

OF

## The City and County of Denver

Approved April 12, 1906

---

CONTAINING ALSO

## Article XX of the Constitution of Colorado
## The Charter Adopted March 29, 1904
## Liquor Ordinances of Annexed
## Towns and Cities

---

COMPILED BY

### CHARLES W. VARNUM
### AND J. FRANK ADAMS
OF THE DENVER BAR

---

Published by Authority of the Council of the City
and County of Denver

---

DENVER, COLORADO
THE SMITH-BROOKS COMPANY
1906

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 103 of 123

# CHAPTER XXXIV.

## Parks, Boulevards and Bicycle Paths.

**Section 1364. Hours and Months Open.** The parks shall be open daily to the public from five o'clock in the morning until 11 o'clock at night during June, July, August and September, and from 7 o'clock in the morning until 10 o'clock at night during the balance of the year, and no person not an employe of the parks shall enter or remain in them at any other time.

**Sec. 1365. When Closed.** In case of emergency or wet weather, or where, in the judgment of the superintendent, the public interest demands it, the driveways or other portions of any parks may be closed to the public.

**Sec. 1366. Funerals.** No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks without previous written consent of the park commissioners.

**Sec. 1367. Prohibited Acts.** All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises (except that dogs may be led or carried, but not allowed loose) ; to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other structure or property within or upon park premises; to bring upon park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses or bicycles, or to ride or drive faster than six miles per hour on any of the park drives or boulevards (except the speedways) ; to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitching places especially provided for such purposes; to obstruct the drives or paths; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the park commissioners; to drive or take any job or freight wagon in or upon any of the parks except those in park employ, private wagons conveying families, or upon special written permission from the park commissioners; to trail vehicles; to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of

Case 1:22-cv-00695-JLS Document 33-4 Filed 11/04/22 Page 104 of 123

drunkenness or indecency in or upon any of the parks; to lie or sleep on the benches or to lie in indecent positions; to tell fortunes or to play games of chance; to offer any article or thing for sale except by written permission of the park commissioners; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice, or bills or other paper upon any structure or thing in or about the park premises; to bathe or fish in, or to go or ride upon, or to send any animal into or to throw or place any article or thing in any of the waters of the parks, or to disturb any of the fish, water fowl or other birds, or any animal belonging to or preserved in the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park, or to parade, drill or perform therein any military or other evolutions or movements as a military or target company, civic or otherwise, without the written consent of the park commissioners; to light, make or use any fire therein unless an employe of the parks duly authorized; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown. No shrubs, plants or flowers shall be taken or given away from any of the parks without written permission from the park commissioners, except for the decoration of soldiers' graves, to be cut under the direction of the superintendent of the parks, for use May 30 of each year.

**Sec. 1368. Pavements, Sidewalks, Roadways, Grass Plats, Etc.** No person shall dig, injure or tear up any pavement, sidewalk, cross-walk, grass plat or roadway, or any part thereof, or of any boulevard or pleasureway, without first having obtained the written permission of the park commissioners.

**Sec. 1369. Water Pipes and Sewers.** No person shall dig down to, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any pleasureway or boulevard without first having obtained the written permission of the park commissioners.

**Sec. 1370. Moving Buildings.** No person shall move any building along, across or upon any park, pleasureway or boulevard without first having obtained the written permission of the park commissioners.

**Sec. 1371. Meetings.** No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without the written permission of the park commissioners.

**Sec. 1372. Political Meetings.** No gathering or meeting for political purposes in the parks shall be permitted under any circumstances.

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 105 of 123

**Sec. 1373. Intoxicating Liquors.** No intoxicating liquor shall be alowed to be sold or given away within said parks.

**Sec. 1374. Straw, Dirt, Ashes, Rubbish, Etc.** No person shall place any waste paper, straw, dirt, chips, shells, ashes, swill or other rubbish, though not offensive to health, in or upon any park or pleasureway or any part thereof.

**Sec. 1375. Unmanageable Horses.** No unbroken or unmanageable horses will be permitted in the parks nor will the training of horses therein, or other animals, be allowed.

**Sec. 1376. Tents, Booths, Etc.** No person shall be permitted to build or place any tent, building, booth, stand or other structure in any of said parks without first obtaining the written permission of the park commissioners.

**Sec. 1377. No Bicycles on Speedway.** No bicycle or tricycle shall be permitted upon any speedway in any park.

**Sec. 1378. Bicycle Privileges and Requirements.** Bicycles or tricycles shall possess all the rights and privileges now accorded to carriages drawn by horses (except upon the speedways), and shall strictly comply with all the rules of the road, and in addition thereto will be subject to the following rules and regulations:

a. Machines must not be stacked within twenty feet of the driveways, although wheelmen may rest them at proper times and places.

b. Not more than two machines may be ridden abreast.

c. Riding crosswise and curving to and fro are strictly prohibited.

d. Children riding small machines and invalid wheel chairs may use the footwalks.

e. Coasting is prohibited except on safety machines provided with brakes.

The feet must not be elevated above three-quarters of the radius of the front wheel above the axle thereof, and the riders must not take hands off the handles.

Wheelmen must follow the ordinary rules of the road. In meeting an opposing vehicle they must pass on the right-hand side. In passing a vehicle moving in the same direction, they must pass on the left-hand side. The rule restricting speed to six miles an hour must be observed.

In any place where a bicyclist meets or overtakes any horse which may become restive, such bicyclist will take every precaution, by dismounting or otherwise, to avoid danger.

**Sec. 1379. Automobiles—Rules for.** The following orders of the park commission are hereby declared to be in full force and

17

Case 1:22-cv-00695-JLS Document 33-4 Filed 11/04/22 Page 106 of 123

effect, and it shall be unlawful for any person or persons to violate said orders, or any of them, viz.:

1. No person shall ride or drive any automobile, motorcycle, locomobile, steam or gasoline wagon or any other vehicle or conveyance, for the carriage of passengers or commodities, other than conveyances drawn by horses or other animals, within the limits of City park, or in any of the other public parks, at a rate of speed greater than eight (8) miles an hour.

2. After seven o'clock p. m., between the 1st day of May and the 1st day of November, and after six o'clock p. m., between the 1st day of November and the 1st day of May, in each year, no person shall ride or drive any automobile, motor-cycle, locomobile, steam or gasoline wagon, or other vehicle or conveyance for the carriage of passengers or commodities other than vehicles drawn by horses or other animals, within the limits of City park, without displaying on each side of such automobile, locomobile, steam or gasoline wagon, or upon the front of such motor-cycle, and in a conspicuous place, a lighted lamp.

**Sec. 1380. Rules of Speedway.** Rule I. This speedway is intended for the pleasure of speeding horses in light road wagons or buggies.

Rule II. All drivers must turn to the right on entering the gates and follow the same direction while on the speedway.

Rule III. No two-wheeled vehicles will be permitted on the speedway from 12 m. to 10 p. m.

Rule IV. All carriages, hacks, phaetons and two or more seated vehicles are also excluded from driving on the speedway.

Rule V. Women drivers are not accorded the privileges of the speedway.

Rule VI. Bicycles are strictly prohibited.

Rule VII. When jogging or resting horses, drivers must keep to the outer edge of the speedway.

Rule VIII. Reckless driving or any abuse of horses will not be allowed.

Rule IX. No unbroken or unmanageable horses will be permitted on the speedway.

**Sec. 1381. Duties of Park Police.** It shall be the duty of the park police, appointed to duty in the parks, without warrant, forthwith to arrest any offender against the preceding rules and regulations whom they may detect in the commission of such offense, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

**Sec. 1382. Written Reports.** It shall be the duty of the park police appointed to duty in parks, at the termination of

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 107 of 123

each week to make a written report to the park commission of all infractions of these rules and regulations, the number of arrests made, the nature of each offense, the name of the magistrate before whom each offender was taken, and the amounts of fines imposed in each case. Also to make, at the termination of each week, a report to the park commission of all picnics or other public gatherings in the parks, by whom held, dates, nature, etc., and such reports as the park commission may from time to time require.

**Sec. 1383. Employes.** Persons in the employ of the park commission shall not be permitted to leave their work to participate in partisan political matters.

**Sec. 1384. Penalties.** Any person or persons who shall violate any or either of the provisions of this article, or of any section or clause or any provision of any section thereof, or who shall neglect or fail to comply with any or either of the requirements thereof, shall, upon conviction, pay a fine of not less than five dollars, or more than two hundred dollars for each offense, and a further penalty, not exceeding fifty dollars, for every twenty-four hours that such violation shall continue after notice given by any officer or agent of the park commission to remove, discontinue or abate the same.

**Sec. 1385. Eighteenth Avenue Made a Boulevard—Resolution of Board of Public Works.** Whereas, By resolution of the board of public works of the city of Denver, adopted on the 17th day of December, A. D. 1896, certain regulations and orders were adopted, prohibiting certain heavy traffic on Eighteenth avenue between Broadway and the City park, or which resolution the following is a true copy, to wit:

"Whereas, Eighteenth avenue from Broadway to York street, in the city of Denver, has heretofore been set apart as a boulevard, and in and by article 111, section 37, of the city charter, this board is authorized to issue and enforce orders for the regulation and government of boulevards, and to prohibit certain or any heavy traffic upon such boulevards; and

"Whereas, Large sums of money have been expended on Eighteenth avenue aforesaid to make said avenue attractive and available for the use of light vehicles, and other and parallel avenues are equally available, and are wholly sufficient for the demands of heavy traffic in the same vicinity; therefore,

"Be it Resolved, by the board of public works of the city of Denver, and its is hereby ordered, That the use of said avenue between said limits for heavy traffic, to wit, for the hauling of coal, stone, bricks or other articles in loads weighing, together

with the vehicle, more than two thousands pounds, is hereby pro-
hibited unless the vehicle is provided with tires four inches in
width; Provided, That this order shall not apply to omnibuses,
hacks or carriages.

"And this board doth hereby recommend the city council of
the city of Denver by ordinance to prohibit and punish any vio-
lation or violations of the above regulation;" and

Whereas, In and by article 111, section 37, of the city char-
ter, the city council is authorized by ordinance upon the recom-
mendation of said board, to prohibit and punish any violation
or violations of such regulations and orders; therefore,

**Sec. 1386. Load of Over 2,000 Pounds Prohibited—Penalty.**
It shall be unlawful for any person or persons to violate said
order of said board, or at any place on Eighteenth avenue, be-
tween Broadway and the City park, to haul or cause to be hauled
in any vehicle any coal, stone, brick, dirt or other article or ar-
ticles in any vehicle weighing, together with the vehicle, two
thousand pounds or more, unless the vehicle is provided with
tires four inches or more in width; Provided, That this prohibi-
tion shall not apply to omnibuses, hacks or carriages.  And any
person or persons violating said order or this section shall, upon
conviction, be fined in a sum not less than ten nor more than one
hundred dollars for each offense.

**Sec. 1387. Logan Avenue a Boulevard.**  Whereas, The board
of public works of the city of Denver has, by resolution, in ac-
cordance with the provisions of the charter of the said city of
Denver, designated and set apart certain portions of Logan ave-
nue (as hereinafter fully described) within the limits of the said
city of Denver, as a boulevard and pleasureway, and has for-
bidden all heavy traffic upon said avenue within the said limits,
and has requested the city council to provide by ordinance for
the punishment of all violations of its regulations in reference
thereto; therefore,

Be It Enacted by the City Council of the City of Denver:

Section 1.  It shall be unlawful for any person or persons
or company or corporation to use Logan avenue from the inter-
section of Twentieth avenue to the intersection of Evans avenue,
all within the limits of the city of Denver, Colorado, for the pur-
pose of heavy traffic or teaming, or for the conveyance of coal,
stone, brick, building materials, merchandise or any other ar-
ticle or things in loads weighing, together with the vehicle, more
than two thousand pounds, unless the said vehicle is provided
with tires four inches or more in width.

Case 1:22-cv-00695-JLS   Document 33-4   Filed 11/04/22   Page 109 of 123

Sec. 2. Any person or persons or company or corporation violating the provisions, or any of them, of this ordinance shall, upon conviction thereof, be fined in a sum not less than five dollars ($5.00) nor more than two hundred dollars ($200.00) for each such offense.

**Sec. 1388. Driving Animals or Vehicles Upon Side-paths or Bicycle paths Prohibited—Penalty.** Any person who shall wilfully, and without authority or necessity, drive any cattle, sheep, horses, swine or other animals, or any teams or vehicles except a bicycle, or suffers or permits under his custody or control to be driven or to stray or remain, upon any side-path, bicycle path or wheelway, constructed by or for the exclusive use of bicyclists, within the limits of said city and county, such person so offending shall, upon conviction thereof, be fined in a sum not less than five dollars nor more than two hundred dollars for each offense.

**Sec. 1389. Placing Glass, Tacks, Wire, Briers, Etc., on Side-paths, Bicycle paths, Etc., Prohibited—Penalty.** Any person who shall place or cause to be placed on any side-path, bicycle path or wheelway, or in or upon any street, avenue, alley, road, highway, sidewalk or public way or place, any glass, tacks, nails, wire, pieces of metal, briers, thorns or any substance which might tend to injure or puncture a bicycle tire, or which might tend to injure any person using a bicycle in close proximity to such articles or substances, shall, upon conviction thereof, be fined in a sum not less than five dollars nor more than two hundred dollars for each offense.

63

# PENAL ORDINANCES

## OF THE

## CITY OF LOS ANGELES

Containing all Penal Ordinances in force on June 14, 1921,
ending with Ordinance  No. 42,021 (New Series)

Compiled by

### JESS E. STEPHENS,

City Attorney

and

### E. H. DELOREY

Deputy City Attorney

Indexed by

## PARKER & STONE CO., Law Publishers



Published under direction of the City Council

by

PARKER & STONE CO., Law Publishers

232 New High Street

BE IT RESOLVED, that the book of compiled penal ordinances of the City of Los Angeles, as published by the
Parker & Stone Publishing Company, be and the same is hereby
designated as and declared to be the official publication of the
said ordinances.

STATE OF CALIFORNIA, ⎞
COUNTY OF LOS ANGELES, ⎬ SS.
CITY OF LOS ANGELES. ⎠

I, Robt. Dominguez, City Clerk of the City of Los Angeles, do hereby certify that the foregoing is a full, true and
correct copy of the resolution adopted by the City Council of
the City of Los Angeles, at its meeting of January 26, 1922.



In Witness Whereof, I have hereunto
set my hand and seal of the said city
this 26th day of January, 1922.

ROBT. DOMINGUEZ,
*City Clerk of the City of Los Angeles.*

APR 18 1923

## BRICKYARDS DISTRICT.
### ORDINANCE No. 13,077 (New Series).
#### Approved July 14 ,1906.

An Ordinance regulating the location of brick yards in the City of Los Angeles.

Section 1.  It shall be unlawful for any person, firm or corporation to establish, conduct or maintain, or to assist in establishing, conducting or maintaining, any brick yard or any establishment, factory or place for the manufacture of brick within that certain district in the City of Los Angeles bounded and described as follows, to-wit:

Beginning at the intersection of the center line of Alameda Street with the center line of Alpine Street; thence northwesterly along said center line of Alpine Street to the center line of Buena Vista Street; thence northeasterly along said center line of Buena Vista Street to the center line of Bernardo Street; thence northwesterly along said center line of Bernardo Street to the center line of Adobe Street; thence southwesterly along said center line of Adobe Street 800 feet to a point; thence northwesterly in a direct line to the intersection of the center line of Innes Avenue with the center line of Sunset Boulevard; thence northwesterly along said center line of Sunset Boulevard to the center line of Alvarado Street; thence northeasterly along said center line of Alvarado Street to the center line of Effie Street; thence northwesterly along said center line of Effie Street to the northerly boundary line of the City of Los Angeles; thence westerly along said boundary line to the westerly boundary line of said City of Los Angeles; thence southerly along the old west patent boundary line of the City of Los Angeles to the center line of Seventh Street; thence southeasterly along said center line of Seventh Street to the center line of Alameda Street; thence northerly along said center line of Alameda Street to the point of beginning.

Provided, however, that this Ordinance shall not apply to any person, firm or corporation conducting or maintaining any brick yard, or any establishment, factory or place for the manufacture of brick within the hereinbefore described district, on the 22d day of January, 1906, who shall, within ten days after the taking effect of this Ordinance execute and deliver a good and sufficient bond to the City of Los Angeles in the sum of $1000.00, with two or more sureties, to be approved by the said City Council, conditioned for the removal of such brick yard, establishment or factory from said district within two years from the 22d day of January, 1906.

Sec. 2.  Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor and shall be punished by a fine of not more than $200, or by imprisonment in the City Jail for a period of not more than fifty days, or by both such fine or imprisonment, and every day during which any violation of this Ordinance continues shall be deemed a separate offense and shall be punished as in this section provided.

---

## REGULATIONS FOR PUBLIC PARKS.
### ORDINANCE No. 13,182 (New Series).
#### Approved August 13, 1906.

An Ordinance prescribing the rules and regulations for the government of the public parks of the City of Los Angeles and regulating the use of public streets in and about such public parks, and prescribing the penalty for violation of the same.

Section 1.  That the rules and regulations hereinafter prescribed shall govern the public parks of the City of Los Angeles.

Sec. 2.  That within the limits of any of said parks, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1.  To lead, or let loose any cattle, horse, mule, gote, sheep, swine,

Case 1:22-cv-00695-JLS Document 33-4 Filed 11/04/22 Page 114 of 123

dog or fowl of any kind, provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2.  To carry or discharge any fire arms, firecrackers, rockets, torpedoes, or any other fireworks, or air gun or slungshot.

3.  To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant or flower; or to mark or write upon any building monument, fence, bench, or other structure.

4.  To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5.  To distribute any hand-bills or circulars, or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind.

6.  To swim, bathe, wade in, or pollute the water of any fountain, pond, lake or stream.

7.  To make or kindle a fire for any purpose.

8.  To camp or lodge therein.

9.  To ride or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purpose.

10.  To indulge in riotous, boisterous, threatening, or indecent conduct, or abusive, threatening, profane or indecent language.

11.  To sell, or offer for sale, any merchandise, article or thing, whatsoever, without the written consent of the Board of Park Commissioners.

12.  To hitch, or fasten any horse, or other animal, except at a place especially designated and provided for such purpose.

13.  To ride or drive at a rate of speed exceeding fifteen miles per hour, except upon the road or roads specially provided and set apart by the Board of Park Commissioners for faster driving.

14.  To ride or drive any horse or animal not well broken and under perfect control of the driver.

15.  To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming.

16.  To practice, carry on, conduct, or solicit for any trade, occupation, business, or profession, without the permission of the Board of Park Commissioners.

17.  To row, or sail on any pond, lake or waters in any boat, excepting one provided for that purpose by the Board of Park Commissioners, or holder of boating privileges, without first obtaining the permission of the Board of Park Commissioners.

18.  To drive, or have any dray, truck, wagon, cart, or other traffic vehicle (carrying goods or regularly used or employed in carrying goods, merchandise, lumber, machinery, oil, manure, dirt, sand or soil or any article of trade or commerce or any offensive article or material whatsoever) upon any road or drive, except such as may be especially provided or designated for such use.

18-a.  It shall be unlawful for any person to drive any truck, dray, wagon, cart or other traffic vehicle of more than one ton capacity carrying or regularly used or employed in carrying goods, wares, merchandise, lumber, machinery, oil, manure, dirt, sand, soil or any article of trade or commerce along or upon any road or drive in Griffith or Elysian Parks without first securing a permit so to do from the Board of Park Commissioners. (Section added by Ord. No. 39,604 (N. S.), approved December 8, 1919.)

19.  To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

20.  To remain, stay or loiter, in any public park between the hours of 10:30 o'clock p. m. and 5 o'clock a. m. of the following day.

Case 1:22-cv-00695-JLS Document 33-4 Filed 11/04/22 Page 115 of 123

[As amended by Ordinance No. 31,868 (New Series), approved February 25, 1915.]

Sec. 3. No company, society, or organization of more than twenty-five persons shall hold or conduct any picnic, celebration, parade, service, or exercise in any public park, without first obtaining permission from the Board of Park Commissioners, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercise held or conducted contrary to the provisions hereof.

Sec. 4. It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six feet in length.

Sec. 5. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Sec. 6. It shall be unlawful for any person to fish in any public park without first obtaining from the Board of Park Commissioners a written permit so to do, designating the manner, time and place in which such person may fish.

Sec. 7. It shall be unlawful for any persons to assemble, collect or gather together in any walk, driveway, passage way or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or to occupy the same so that the free passage or use thereof by persons or vehicles passing along the same shall be obstructed in any manner.

Sec. 8. It shall be unlawful for any person or persons to sell, expose for sale or offer to sell, in or along any public street, lane or thoroughfare, adjoining or approaching any public park, in the City of Los Angeles, within 200 feet of any entrance to said park, any goods, wares or merchandise of any kind whatsoever.

Sec. 9. It shall be unlawful for any person or persons to stand, keep or expose for hire, any wagon, carriage or other vehicle, in or along any public street, lane or thoroughfare, adjoining or approaching any public park in said city, within 200 feet of any entrance to such park.

Sec. 10. It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

Sec. 11. It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park within the City of Los Angeles, without first having obtained a permit in writing from the Board of Park Commissioners of said city.

Sec. 11-b. It shall be unlawful for any parent or guardian, or any person having the custody of any child under the age of eight years, to cause, permit or allow such such child to enter or visit any public park having a lake within the boundaries of such park, in the City of Los Angeles, unless such child be accompanied by a person of not less than sixteen years of age.

[New section added by Ordinance No. 31,363 (New Series), approved December 4, 1914.]

Sec. 12.—All foremen and employes in public parks are hereby given the power and authority of special policemen for the purpose of making arrests for any violation of the provisions of this Ordinance.

Sec. 13. Any person who shall violate any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor; and upon conviction thereof shall be punishable by a fine of not less than five dollars, nor more than two hundred dollars, or by imprisonment in the City Jail

Case 1:22-cv-00695-JLS  Document 33-4  Filed 11/04/22  Page 116 of 123

for not less than five days nor more than six months, or by both such fine and imprisonment.

Sec. 14.   That all Ordinances and parts of Ordinances in conflict herewith are hereby repealed.

## TAKING WATER FROM WATER MAINS.
### Ordinance No. 13,281 (New Series).
#### Approved Aug. 29, 1906.

An Ordinance of the City of Los Angeles, making it unlawful to take water from, or in any way to break, tap or injure any water main, pipe, conduit, hydrant, reservoir, or ditch, of said City, without permission to do so from the Board of Water Commissioners, thereof.

Section 1.   It shall be unlawful for any person to draw or take or cause to be drawn or taken, any water from any water main, pipe, conduit, hydrant, reservoir or ditch of said City of Los Angeles, without permission to do so from the Board of Water Commissioners of said City.

Sec. 2.   It shall be unlawful for any person to break, tap or in any way injure, any water main, pipe, conduit, hydrant, reservoir or ditch of the City of Los Angeles, without permission to do so from the Board of Water Commissioners of the said City of Los Angeles.

Sec. 3.   Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not more than $100.00 or by imprisonment in the City Jail for a period of not exceeding 50 days, or both such fine and imprisonment.

## EMPLOYMENT AGENCIES.
### Ordinance No. 13,348 (New Series).
#### Approved September 18, 1906.

An Ordinance regulating Employment or Intelligence agencies or offices in the City of Los Angeles.

Section 1.   That no license to conduct, manage or carry on any employment or intelligence agency or office, or any office, agency or place where employment is procured or provided for, or furnished to or for any person, shall be issued to any person, except upon a permit in writing previously granted by the Board of Police Commissioners of the City of Los Angeles and filed with the City Clerk, authorizing the issue of such license to such person, firm or corporation, and specifying the location of such employment agency.   That no such permit shall be granted except upon the written application of the person, firm or corporation, desiring the same, which application shall be filed with said Board, signed by the applicant, and shall specify the place where such employment or intelligence agency or office is to be located or carried on.

Sec. 1½.   Before filing said application the applicant shall deposit with the City Tax and License Collector a sum sufficient to cover the license for the quarter immediately succeeding the issuance of said license. Said City Tax and License Collector shall issue a receipt for the amount so deposited, and said applicant shall exhibit said receipt to the Secretary of the Board of Police Commissioners, who shall thereupon file said application if the same is in due form; no application shall be filed except upon the production of said receipt.   If said application be granted, said deposit shall be retained by said City Tax and License Collector in payment for the license for the quarter next succeeding the issuance of said license.   If said application be denied, said City Tax and License Collector, upon notification in writing from the secretary of said Board to the effect that said application has been denied, and upon the surrender of said receipt, shall return said deposit to said applicant.—[New sec. added by Ord. No. 15,291 (N. S.), approved August 27, 1907.]

Sec. 2.   That the Board of Police Commissioners is hereby empowered to revoke the permit of any person, firm or corporation when-

64

# ORDINANCES, etc.

## OF THE

# CITY OF OLEAN, N.Y.

## AS AMENDED TO
## SEPTEMBER 1922



ARRANGED AND INDEXED UNDER AUTHORITY OF THE
COMMON COUNCIL
BY
RICHMOND C. HILL
CITY HISTORIAN
OLEAN N. Y.

OCTOBER 1922

# OLEAN CITY ORDINANCE

Section 19.  Any person violating any of the provisions of the Ordinance shall be guilty of a misdemeanor and subject to the respective fines imposed by the respective violations as hereinbefore provided and in default of payment of such fine shall be liable to imprisonment of one day for each dollar of such fine.

SECTION TWO.  This Ordinance shall be published once in the Olean Evening Times and once in the Olean Evening Herald and shall take effect immediately.

## AMENDMENT

The foregoing was amended by vote of the Common Council at its regular meeting on Tuesday evening, August 22, 1922, by adding the following provision:

### Amendment.

"That the restrictions prohibiting hucksters or other dealers from selling goods on the North Street Public Market in competition with producers, be removed and the market made an open one."

## PARKS

Passed November 6, 1907.

The Board of Park Commissioners of the City of Olean hereby make, publish and enact the following ordinances: These ordinances apply to and comprehend,

24

# OLEAN CITY ORDINANCE

1.  City Hall Park lying between North and South Streets and Union and Barry Streets.

2.  Oak Hill Park lying between Fourth, Sixth and Washington Streets and the south bounds of said Park.

3.  Adams Park lying in the triangle formed by the junction of Sullivan, Buffalo and Eighth Streets.

4.  Ansel Park consisting of the triangle formed by the junction of Fulton Street, Pennsylvania Railroad and the south line of lands of William Cobb.

The words "Parks and public grounds" wherever mentioned in these ordinances, shall be understood to include all the adjacent land to the curb line of adjoining streets as fixed by the Common Council of the City of Olean.

Section 1.   No person or corporation shall enter upon any parks or public grounds and dig or remove any dirt, tree, shrub, or bush which may be in, upon, or a part of any of said parks or public grounds, except under the direction of said Board of Park Commissioners.

Section 2.   No person shall cut down, or bruise, or cut into, or in any way injure any tree, shrub, growing bush or flowers that are at present, or may hereafter be growing upon any of the parks or public grounds.

Section 3.   No person shall erect any sign or signboard, cut or mark any name or device, or write upon any tree, paling, bench, building or structure situated or located upon said parks.

25

Case 1:22-cv-00695-JLS   Document 33-4   Filed 11/04/22   Page 121 of 123

# OLEAN CITY ORDINANCE

Section 4. No person shall fire or discharge any gun or pistol or other firearms, or any rocket, torpedo or other fireworks of any description, or throw stones or missles, within the several parks or public grounds, nor carry any firearms in any park.

Section 5. No person shall climb any tree or pluck any flowers or fruit, whether wild or cultivated, or break cut down, trample upon or remove, or in any manner injure or deface any statue, flower-bed, turf or any of the buildings, fences, bridges or other constructions within the several parks or public grounds; nor shall any person write on any building, structure, statue, fence, bench, rock or stone within such parks or public grounds.

Section 6. No person shall ride any bicycle, tricycle or any similar vehicle in any park or on any public grounds.

Section 7. No quadrupeds or other animals, except those placed in the parks by the authority of said Board shall be conducted into or driven in the parks or public grounds, or be allowed to remain therein. Dogs found running at large within any park may be shot by any policeman or other officer on duty connected with the parks.

Section 8. The parks shall be closed every night between eleven o'clock P. M. and sunrise and no person shall lounge, loaf or loiter therein between such hours.

Section 9. All persons using the playgrounds or parks do so at their own risk. Neither the City or the Park Commissioners shall be liable for any injury to any person incurred in the use of the playgrounds or parks

26

# OLEAN CITY ORDINANCE

Section 10.  Boisterous conduct, and the use of vulgar or profane language on the playgrounds, or in the parks or public grounds is absolutely forbidden.

Section 11.  No person shall commit any of the following acts within said parks:

    1.  Commit any disorderly or immoral acts.

    2.  Be intoxicated.

    3.  Throw stones or missles.

    4.  Utter loud or indecent language.

    5.  Tell fortunes.

    6.  Play any game of cards or chance.

    7.  Beg.

    8.  Publicly solicit subscriptions.

Section 12.  The Superintendent shall be responsible for the maintenance of order and decorum, and for the exercise of discretion and civility in all use to be made of the playgrounds and parks. His authority corresponds with his responsibility. No one is to enter the playgrounds when forbidden by him; no one is to remain therein when requested by him to leave. Report may be made to the Park Commissioners whenever the  Superintendent  is

27

Case 1:22-cv-00695-JLS   Document 33-4   Filed 11/04/22   Page 123 of 123

# OLEAN CITY ORDINANCE

thought to have used his authority unjustly, but his authority is not to be resisted or questioned by visitors on the grounds; and he may forcibly eject any person violating any ordinances relating to such parks.

Section 13. Any violation of these ordinances shall be deemed a misdemeanor and shall be punishable by a fine of not more than twenty-five dollars; or in default of payment of such fine, by imprisonment not exceeding twenty-five days.

These ordinances shall be published once in the Olean Morning Times and once in the Olean Daily Herald and shall take effect immediately.

## SEALER OF WEIGHTS AND MEASURES

February 17, 1903.

The Common Council of the City of Olean does hereby enact, ordain, establish, publish and declare the following ordinance:

Section 1. It shall be the duty of the sealer of weights and measures to inspect all instruments or device the limits of the city, to ascertain the weight or quantity of any article of merchandise on sale within the city and generally to perform the duties prescribed by statute.

28