UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BRETT CHRISTIAN, FIREARMS POLICY COALITION, INC., and  SECOND AMENDMENT FOUNDATION

                                        Plaintiffs,

             v.

STEVEN A. NIGRELLI, in his official capacity as Superintendent of the New York State Police, and JOHN J. FLYNN, in his official capacity as District Attorney for the County of Erie,

                                        Defendants.

No. 22-cv-00695 (JLS)

**SUPPLEMENTAL DECLARATION OF RYAN L. BELKA**

RYAN L. BELKA, declares under penalty of perjury that the following is true and correct:

1.      I am an Assistant Attorney General, of counsel to Letitia James, New York State Attorney General, and with my co-counsel James Thompson, I represent Defendant Steven A. Nigrelli, in his official capacity as Superintendent of the New York State Police ("Superintendent Nigrelli"), in this action.

2.      I make this supplemental declaration in support of Defendant's Sur-Reply in Opposition to Plaintiff's Motion for a Preliminary Injunction.

3.      Attached as **Exhibit 1** is a true and accurate copy of the transcript of Plaintiff's deposition testimony taken under oath on November 16, 2022.

4.      Plaintiff's deposition was taken pursuant to an agreement between the parties, and blessed by the court [ECF No. 40], to depose Plaintiff in lieu of live testimony at the November 22, 2022, preliminary injunction hearing.

5.      While the Local Rules for the Western District generally advise that only sections of the transcript cited-to should be attached as an exhibit, in this case, where the deposition transcript is replacing live testimony, the State believes that it is more appropriate for the entire transcript to be attached as an exhibit – as the entire record would be available for the court to consider in the case of live testimony taken at a hearing.

6.      Plaintiffs consented to Defendant Nigrelli's filing of an "approximately 5 page" sur-reply in this matter.

Dated: Buffalo, New York
         November 21, 2022

                                    /s/ Ryan L. Belka_____
                                    RYAN L. BELKA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BRETT CHRISTIAN, FIREARMS POLICY COALITION,
INC., and  SECOND AMENDMENT FOUNDATION

Plaintiffs,

v.

STEVEN A. NIGRELLI, in his official capacity as
Superintendent of the New York State Police, and JOHN J.
FLYNN, in his official capacity as District Attorney for the
County of Erie,

Defendants.

No. 22-cv-00695 (JLS)

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system.

Dated: Buffalo, New York
November 21, 2022

LETITIA JAMES
Attorney General of the State of New York
Attorneys for Defendant Nigrelli
BY:
*s/ Ryan L. Belka*
RYAN L. BELKA
JAMES M. THOMPSON
Assistant Attorney General,
of Counsel
Main Place Tower, Suite 300A
350 Main Street
Buffalo, New York 14202
(716) 853-8440
Ryan.Belka@ag.ny.gov

1

1        UNITED STATES DISTRICT COURT

2        WESTERN DISTRICT OF NEW YORK

3        ------------------------------------------------

4        **BRETT CHRISTIAN, FIREARMS POLICY COALITION,**
         **INC., and SECOND AMENDMENT FOUNDATION,**
5
             Plaintiffs,
6
         -vs-        Civil Action No. 22-cv-00695 (JLS)
7
         **STEVEN A. NIGRELLI, in his official capacity as**
8        **Superintendent of the New York State Police,**
         **and JOHN J. FLYNN, in his official capacity as**
9        **District Attorney for the County of Erie,**

10           Defendants.
         ------------------------------------------------
11                   Examination Before Trial of **BRETT**

12       **CHRISTIAN,** held before Brooklyn Morton, Notary

13       Public, at Phillips Lytle, LLP, One Canalside,

14       125 Main Street, Buffalo, New York, on November

15       16th, 2022, commencing at 1:00 p.m. and ending

16       at 5:00 p.m., pursuant to notice.

17

18

19

20

21

22

23

24

25

1       **A P P E A R A N C E S**

2       APPEARING FOR THE PLAINTIFFS:

3                       **PHILLIPS LYTLE, LLP**
                        **BY: SAM WILLIAMS, ESQ.**
4                       One Canalside
                        125 Main Street
5                       Buffalo, New York 14203
                        (716) 847-8400
6
        APPEARING REMOTELY FOR THE PLAINTIFFS:
7
                        **PHILLIPS LYTLE, LLP**
8                       **BY: NICOLAS J. ROTSKO, ESQ.**
                        One Canalside
9                       125 Main Street
                        Buffalo, New York 14203
10                      (716) 847-8400

11      APPEARING FOR THE DEFENDANTS:

12                      **STATE OF NEW YORK**
                        **OFFICE OF THE ATTORNEY GENERAL**
13                      **LETITA JAMES**
                        **BY: RYAN L. BELKA, ESQ.**
14                      **ASSISTANT ATTORNEY GENERAL**
                        Main Place Tower
15                      350 Main Street
                        Buffalo, New York 14202
16                      (716) 853-8400

17

18

19

20

21

22

23

24

25

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

1                     **W I T N E S S E S**

2       WITNESS      EXAMINATION              PAGE

3

4       BRETT CHRISTIAN

5                     BY MR. BELKA          5, 131

6                     BY MR. ROTSKO         122

7

8

9                     **E X H I B I T S**

10      EXHIBIT      DESCRIPTION             PAGE

11      1  NFTA subway ticket               48

12      2  Declaration                      117

13      3  New York State concealed carry
           license application              119

14      4  List of firearms                 120

15

16

17

18

19

20

21

22

23

24

25

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1              MR. BELKA:  Nick, usual stipulations?
 2        Do you want to read and sign?
 3              MR. ROTSKO:  Yes, please.
 4              MR. BELKA:  Okay.  And so we will
 5        probably be on an expedited basis because the
 6        actual hearing in this matter is on the 22nd
 7        and so we have to submit it to the court before
 8        that and then he is going to need an
 9        opportunity to read it and sign it before then.
10              THE REPORTER:  Okay.  So ideally, what
11        day would you like the transcript by?
12              MR. BELKA:  Nick, that's a question for
13        you -- oh, I guess it's a question for me.
14        What are we at?  Is it the 15th or 16th?
15              THE REPORTER:  The 16th.
16              MR. ROTSKO:  The 16th today.
17              MR. BELKA:  And it's Wednesday.  Friday,
18        can we do it Friday?
19              MR. ROTSKO:  Is it possible to get it
20        tomorrow by any chance?
21              MR. BELKA:  Well, but I have to pay for
22        it if it's tomorrow.
23              MR. ROTSKO:  If there's an additional
24        fee, we would be willing to cover that.
25              MR. BELKA:  That's fine.  Tomorrow is
```

———— **BRETT CHRISTIAN** - 11/16/2022 ————

1      fine.  Don't worry about the additional fee.
2      If it's somehow outside the state contract,
3      then help me out.
4              MR. ROTSKO:  Certainly.  Will do.
5
6      **BRETT CHRISTIAN,**
7      1265 Cleveland Drive, Apartment upper west,
8      Cheektowaga, New York 14225, having been first
9      duly sworn, was examined and testified as
10     follows:
11
12     **EXAMINATION BY MR. BELKA:**
13   Q. Brett, you just gave your address for the
14      court.  About where is that located in
15      Buffalo?  Is it near anything large?
16   A. It's located in Cheektowaga.  It's not under
17      Buffalo's jurisdiction so I can't vote in a
18      Buffalo election, for example.  It is very
19      close to the intersection of Cleveland Drive
20      and Union Road.
21   Q. Okay.  Are you out near the airport?
22   A. I would say approximately relatively close to
23      the airport.  Within a mile.
24   Q. Okay.  Have you ever been deposed in a lawsuit
25      before?

-BRETT CHRISTIAN - 11/16/2022-

```
 1      A. No, I have not.
 2      Q. Okay.  Have you ever been involved in a
 3         lawsuit before?
 4      A. Not to my knowledge.  I have never given
 5         testimony, never been in court in this type of
 6         circumstance outside of a parking ticket.
 7      Q. Okay.  Is it all right if I explain the rules
 8         of a deposition to you very briefly?
 9      A. Yes.  That would be fine.
10      Q. Okay.  So a deposition is testimony taken as
11         if you were on the stand in court.  Do you
12         understand that?
13      A. Yes.
14      Q. And in that capacity, you have been sworn in
15         under oath.  Do you understand that?
16      A. Yes, I do.
17      Q. Okay.  And is there anything that would
18         prevent you from telling the truth today
19         during this deposition?
20      A. Not to the best of my knowledge.
21      Q. Do you have -- have you taken any medication
22         that would prevent you from telling the truth
23         today?
24      A. No, I have not.
25      Q. Have you taken alcohol or illegal drugs that
```

──── BRETT CHRISTIAN - 11/16/2022 ────

1          would prevent you from testifying?

2     A. No, I have not.

3     Q. One thing to know about a deposition is that

4          it's not like a usual conversation.  You have

5          to wait until the end of my question and then

6          answer the question.  Do you understand?

7     A. Yes.

8     Q. The goal here is to make a clear record of the

9          question and answer for the court reporter and

10         the best way to do that even if you anticipate

11         the answer is to not speak over each other.

12         Is that understood?

13    A. Yes.

14    Q. Okay.  So is it fair that to the best of your

15         knowledge and recollection I will get the

16         truth from you here today to the questions

17         that I ask you?

18    A. Yes.

19    Q. I don't anticipate this to be a particularly

20         long deposition.  However, if you need a

21         break, just let me know and I will ask you to

22         answer whatever pending question before we

23         take a break or if you need to go to the

24         bathroom, okay?

25    A. Understood.

─── **BRETT CHRISTIAN - 11/16/2022** ───

1    Q. Okay.  Do you have any questions for me about
2       your deposition today?
3    A. At this time, I do not.
4    Q. How did you come to be a plaintiff in this
5       lawsuit?
6    A. Well --
7           MR. ROTSKO:  Objection to the extent it
8       calls for attorney-client privilege
9       information.
10   Q. You still have to answer to the extent -- I
11      don't want you to -- let's make this clear for
12      the record.
13           I am not asking you for any information
14      or communication that you have received
15      directly from your attorneys, okay?  But I am
16      asking if you can tell me how you came to be a
17      plaintiff in this lawsuit without divulging
18      any particular attorney-client information.
19   A. I approached them once the passage of the CCIA
20      happened and seeing that what was written in
21      black and white, how it would impact my life.
22      I approached them and expressed interest in is
23      there something that I could do by becoming a
24      plaintiff that might help to rectify how I
25      feel my rights have been infringed upon.

1    Q. Who is them in that sentence?  Who did you
2       approach?
3    A. I approached FPC, Firearms Policy Coalition
4       and Second Amendment Foundation.
5    Q. And how did you approach these two
6       organizations?
7    A. I both called and emailed.
8    Q. And when you approached these organizations
9       about being a plaintiff in a Second Amendment
10      lawsuit, what was the response?
11   A. They asked me some initial questions to gain
12      some information about me as a person and then
13      we proceeded from there.
14   Q. Can you recall what any of those initial
15      questions were and were they -- strike that.
16            Can you recall the manner in which you
17      received the initial questions?
18   A. The initial questions, to the best of my
19      knowledge, were a phone conversation.
20   Q. And who did you speak with?
21   A. That would have been a lawyer named John from
22      what I can remember.
23   Q. And --
24            MR. ROTSKO:  And the contents of that
25      would be privileged.

———— **BRETT CHRISTIAN** - 11/16/2022 ————

```
 1              MR. BELKA:  That's fine.  Well,
 2         depending.
 3
 4         BY MR. BELKA:
 5    Q.  What organization did John work for?
 6    A.  I believe, to the best of my knowledge, that
 7         would be Firearms Policy Coalition.
 8              MR. ROTSKO:  If I may interject, Ryan.
 9         And I don't want to slow you down, but let's
10         talk about the last name because if it's John
11         Tienken, he's an attorney at Cooper & Kirk and
12         that would be privileged.
13              MR. BELKA:  I understand.
14
15         BY MR. BELKA:
16    Q.  So do you know if the John that you spoke to
17         after you initially approached the two
18         organizational plaintiffs in this case was
19         named John Tienken?
20    A.  Yes.
21    Q.  And that was your first contact after having
22         called and email the organizational
23         plaintiffs?
24    A.  To the best of my knowledge, yes.
25    Q.  At the time of your initial phone conversation
```

**BRETT CHRISTIAN  -  11/16/2022**

1        with John Tienken, did you enter into an

2        attorney-client relationship with him?

3    A. Yes.  They agreed to take me on as a

4        plaintiff.

5            MR. BELKA:  Nick, I am going to ask just

6        so that you can object, okay?

7

8        BY MR. BELKA:

9    Q. Can you please tell me the content of the

10       questions and responses you gave to John

11       Tienken in that initial conversation?

12           MR. ROTSKO:  Objection.  I would direct

13       Mr. Christian not to answer because that

14       statement clearly calls for attorney-client

15       privileged communications.

16           MR. BELKA:  And, Nick, is it fair to say

17       that any questions that I ask regarding

18       Mr. Christian's communications with attorneys

19       at Cooper & Kirk will be -- he will be directed

20       not to answer under the guise of

21       attorney-client privilege?

22           MR. ROTSKO:  I will object when

23       questions would elicit attorney-client

24       communications.

25

--- BRETT CHRISTIAN - 11/16/2022 ---

1       BY MR. BELKA:
2    Q. Did you have any further conversations with
3       John Tienken after that initial call?
4    A. Yes.  There has been emails and phone
5       conversations.
6    Q. Okay.  Can you tell me the content of those
7       emails and phone conversations?
8            MR. ROTSKO:  Same objection.
9    Q. Have you had any other communications with
10      other attorneys at Cooper & Kirk?
11   A. I do not remember if they worked for that
12      particular law firm because there has -- as
13      this has gone on, more and more people have
14      become involved.  I am not the best with last
15      names.  A little bit better with first names.
16   Q. Did you have a conversation with Sam today?
17   A. Yes, I did.
18           MR. BELKA:  All right.  Sam, what's your
19      last name?
20           MR. WILLIAMS:  Williams.
21
22      BY MR. BELKA:
23   Q. Okay.  Did you have a conversation with Sam
24      Williams today?
25   A. That's correct.

**BRETT CHRISTIAN - 11/16/2022**

1    Q. And do you understand that he's an attorney at
2       Cooper & Kirk?
3    A. Yes.
4    Q. Okay.  Can you tell me what you guys said to
5       each other?
6            MR. ROTSKO:  Objection.
7    Q. When did you first become involved with the
8       Firearms Policy Coalition?
9            MR. ROTSKO:  Objection.  Vagueness of
10      involved.
11   Q. That's fair.  I am going to restate.
12           Brett, when did you first become a
13      member of the Firearms Policy Coalition?
14   A. I do not remember the exact date.  I just know
15      that I recently this year towards the end of
16      August renewed my memberships to multiple
17      organizations.
18   Q. When you say "multiple organizations," do you
19      have a number of organizations in your mind?
20   A. Approximately, between three to four.
21   Q. Okay.  Can you list them for me?
22   A. Firearms Policy Coalition, Gun Owners of
23      America, Second Amendment Foundation and New
24      York State Rifle Pistol Association, if I am
25      pronouncing that correctly.

——— **BRETT CHRISTIAN  -  11/16/2022** ———

1      Q.  Is that also sometimes referred to as NYSRPA?

2      A.  That would be correct.

3      Q.  Do you know if you let your membership of any

4          of these four organizations lapse prior to the

5          end of August of this year?

6      A.  Not that I am aware of.

7      Q.  As it relates to the Firearms Policy

8          Coalition, prior to August 2022, can you

9          recall how far back were you a member of the

10         Firearms Policy Coalition?

11     A.  I cannot remember the exact timeframe on that.

12     Q.  Do you recall if you were a member of the

13         Firearms Policy Coalition in the year 2021?

14     A.  Approximately, the earliest memory I have

15         would be around the passage of the SAFE Act

16         around 2013, approximately.

17     Q.  Is it fair to say that you joined the Firearms

18         Policy Coalition in and around the date of the

19         passage of the New York SAFE Act, S-A-F-E?

20     A.  Yes.

21     Q.  And whether or not it's an accurate

22         recollection, you believe that that was

23         sometime around 2013?

24     A.  Yes, to the best of my knowledge.

25     Q.  What did you have to do in 2013 to become a

**—BRETT CHRISTIAN  -  11/16/2022—**

1          member of the Firearms Policy Coalition?

2     A.  To the best of my knowledge, I am trying to

3          remember that far back.  You had to provide

4          address, name, there was a membership fee.

5          Back then I believe I would have just sent

6          cash.  I was a little more naive with the

7          mail, if you will.

8     Q.  Is that it, your address, name and cash?

9     A.  I believe so, to the best of my knowledge.

10    Q.  Do you recall between 2013 and August of 2022

11        renewing your membership at any point in time

12        for the Firearms Policy Coalition?

13    A.  I cannot remember definitive dates.  I do

14        remember sending money.

15    Q.  On how many occasions between 2013 and

16        August 2022 do you recall having sent money to

17        the Firearms Policy Coalition?

18    A.  There would be the yearly membership and then

19        depending on what court cases were going on

20        nationally, I would send extra to help.

21    Q.  How would you be alerted to yearly membership

22        dues?

23            MR. ROTSKO:  I am going to object to the

24        relevance of this line of questioning.  I don't

25        see what it has to do with the standing of

1          Mr. Christian during this lawsuit.  You can

2          answer the question, though.

3               MR. BELKA:  Also, the deposition is not

4          limited to issues of standing.  His affidavit

5          makes it clear that he is a member of these

6          organizations and I am interested in looking at

7          that.

8               MR. ROTSKO:  You did request a

9          deposition to address the issues of standing.

10              MR. BELKA:  I am going to get -- all

11         right.

12              MR. ROTSKO:  And yes, he did testify

13         that he is a member of FPC and he confirmed

14         that for you today.

15              MR. BELKA:  Right.

16              THE WITNESS:  Can you please ask it

17         again?

18              MR. BELKA:  I am going to have the court

19         reporter read it back.

20

21                   (The question was read.)

22

23              THE WITNESS:  Usually I would get

24         letters, flyers, information packets in the

25         mail.

─── **BRETT CHRISTIAN** - 11/16/2022 ───

1        BY MR. BELKA:
2    Q. And how would you be alerted to extra court
3        cases that you would be willing to provide
4        extra money for?
5    A. Either word of mouth or looking online at
6        their website, looking at various cases they
7        are involved in that I would consider to be of
8        importance.
9    Q. Did you look at the website of the Firearms
10       Policy Coalition before you called and emailed
11       to become a plaintiff in this case?
12   A. Yes.
13   Q. Did you notice any requests for plaintiffs on
14       the Firearms Policy Coalition, to contact them
15       if you wanted to be a plaintiff?
16   A. That I did not.
17   Q. I just want to be clear.  Prior to
18       volunteering to be a plaintiff in this case
19       you had looked at the Firearms Policy
20       Coalition website, correct?
21   A. Correct.
22   Q. And you have never seen anything on the
23       Firearms Policy Coalition website that seeks
24       plaintiffs to challenge Second Amendment
25       issues?

─── **BRETT CHRISTIAN  -  11/16/2022** ───

1      A.  I have not.  I am very tunnel vision focused

2          so when I would go to their website right at

3          the top there is the tab and I would ignore

4          everything else I see and just click ongoing

5          legal action.

6      Q.  Okay.  And is it your testimony that the only

7          portion of the Firearms Policy Coalition

8          website that you looked at would be the

9          ongoing legal action section?

10     A.  Yes.

11     Q.  How did you get the contact information in

12         order to offer your services as a plaintiff to

13         the Firearms Policy Coalition?

14             MR. ROTSKO:  Objection to the

15         characterization of what Mr. Christian is doing

16         here.

17             MR. BELKA:  You still have to answer.

18             MR. ROTSKO:  You may answer.

19             THE WITNESS:  Can you ask it again,

20         please?

21

22                  (The question was read.)

23

24             THE WITNESS:  A combination of word of

25         mouth locally as well as online.

---

BRETT CHRISTIAN - 11/16/2022

1      BY MR. BELKA:

2    Q. When you say "online," what do you mean?

3    A. Various pro Second Amendment news

4       organizations.

5    Q. Do you have those various pro Second Amendment

6       news organizations in your mind at this time?

7    A. Some, but not all.

8    Q. Okay.  Can you list for me the ones that you

9       have in your mind at this time?

10   A. Thetruthaboutguns.com, Bearingarms.com, as

11      well as YouTube creators, presenters,

12      reporters.  I am not sure what the correct

13      phrasing for that would be.

14   Q. I think the noun is YouTubers.  Does that

15      sound right?

16   A. I could agree to that, yes.

17   Q. Okay.  So various YouTubers that you found

18      that are pro Second Amendment?

19   A. Correct.

20   Q. Okay.  Do you know if any of the -- do you

21      know if Thetruthaboutguns.com is affiliated

22      with the Firearms Policy Coalition?

23   A. I do not.

24   Q. Do you know if Bearingarms.com is affiliated

25      with the Firearms Policy Coalition?

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

---

**BRETT CHRISTIAN - 11/16/2022**

1    A. I do not.

2    Q. Do you know if any of the various YouTubers

3       who you have identified are associated with

4       the Firearms Policy Coalition?

5    A. I do not.

6    Q. Do you know any of the names of those

7       YouTubers?

8    A. There would be Mrgunsngear.  That would be one

9       of them.  That would be the primary one.

10      There was also -- he passed away, but Chuck

11      Yeager was very active as well.  There is a

12      YouTuber by the name of Garand Thumb.  Him as

13      well.

14   Q. When you called and emailed to offer your

15      services as a plaintiff you mentioned both the

16      Firearms Policy Coalition and the Second

17      Amendment Foundation, correct?

18   A. Correct.

19   Q. Do you know which one of them you contacted or

20      -- strike that.

21          Do you know which one of them you

22      called?

23   A. First was Firearms Policy Coalition and then

24      second was the Second Amendment Foundation.

25   Q. What was the gap in time between your first

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

—— BRETT CHRISTIAN  -  11/16/2022 ——

1          call to the Firearms Policy Coalition and your
2          second call to the Second Amendment
3          Foundation?
4     A.  It was same day.
5               MR. ROTSKO:   Objection.
6     Q.  Did you also call Gun Owners of America?
7     A.  Well, that would be same day as well.
8     Q.  Did you also call NYSRPA?
9     A.  All on the same day.
10    Q.  Did you call any other organizations other
11         than the four that we have discussed?
12    A.  No.
13    Q.  When you called did you talk to an individual
14         or leave a voicemail?
15    A.  Some were voicemails.  Some were individuals
16         that took my information and said someone
17         would contact you back.  I also sent to Second
18         Amendment Foundation and Firearms Policy
19         Coalition emails as well expressing my
20         interest.
21    Q.  What email address did you use to send those
22         emails to Firearms Policy Coalition and Second
23         Amendment Foundation?
24    A.  I believe that would be my primary email,
25         Bchristian189@gmail.com.

---BRETT CHRISTIAN  -  11/16/2022---

1    Q. What's the significance of 189?

2    A. It is what Google assigned it when I tried to

3       create it.

4    Q. It's fair to say that 189 has no

5       representative meaning to you?

6    A. That is correct.

7    Q. Did you also email Gun Owners of America?

8    A. I cannot definitively remember either way.

9    Q. And do you recall if you emailed NYSRPA as

10      well?

11   A. I cannot definitively remember either way on

12      that one as well.

13   Q. Okay.  When you heard back from John Tienken,

14      did you understand that he was calling on

15      behalf of your -- strike that.

16          When you heard back from John Tienken,

17      did you understand that he was calling you in

18      response to your calls and emails to Firearms

19      Policy Coalition and the Second Amendment

20      Foundation?

21   A. Yes.

22          MR. ROTSKO:  Objection.  Objection.  The

23      communications between Mr. Christian and John

24      Tienken are subject to the attorney-client

25      privilege and the communications between

─ **BRETT CHRISTIAN** ─ 11/16/2022 ─

1      Mr. Christian and the Firearms Policy Coalition

2      and the Second Amendment Foundation are subject

3      to the work product protections as well as

4      common interest privilege.

5           So I am going to direct Mr. Christian

6      not to testify to any contents of his

7      communications between he and the other two

8      plaintiffs concerning the litigation or between

9      he and counsel, either Phillips Lytle or Cooper

10     & Kirk, nor to his mental impressions formed

11     after such conversations because that is a way

12     of revealing the contents of those

13     communications.

14

15     BY MR. BELKA:

16  Q. Do you understand the nature of the lawsuit in

17     which you are a plaintiff?

18  A. Yes, I do.

19  Q. What is the nature of the lawsuit in which you

20     are a plaintiff?

21  A. It is in regards to parts or sections of the

22     CCIA that have directly effected me that I

23     feel have violated my constitutional rights.

24         MR. BELKA:  Can you read back that

25     answer?

───── **BRETT CHRISTIAN  -  11/16/2022** ─────

1              (The answer was read.)

2

3        BY MR. BELKA:

4    Q.  Other than the parts and sections of the --

5        strike that.

6              When you say the CCIA, is that shorthand

7        for the Concealed Carry Improvement Act?

8    A.  That would be correct.

9    Q.  And if I say CCIA, you will understand that I

10        mean the Concealed Carry Improvement Act?

11    A.  Correct.

12    Q.  Other than the parts and sections of the CCIA

13        that you are challenging in this lawsuit, do

14        you believe that any other section of the CCIA

15        violates your constitutional rights?

16              MR. ROTSKO:  Objection to the extent it

17        calls for legal conclusions.

18    Q.  You still have to answer.

19    A.  Okay.  I can only speak --

20              MR. ROTSKO:  You can answer, Brett.

21    A.  Oh, okay.  I can only speak on the parts that

22        have directly effected me.  I can't speak on

23        the other parts as I don't feel at this time

24        they have effected me with what I do.

25    Q.  What are the parts and sections of the CCIA

─────── **BRETT CHRISTIAN** ─ 11/16/2022 ───────

```
 1           that you have challenged in this lawsuit?
 2      A.  There is the section on how it relates to
 3           private property. There is the section on
 4           relating to parks in New York State.  I
 5           apologize.  My brain went blank completely for
 6           a second.
 7      Q.  That's okay.  I will ask it again.  What parts
 8           or sections of the CCIA have you challenged in
 9           this lawsuit?
10      A.  Parks in New York State, private property and
11           public transportation.
12      Q.  Do you recall drafting a declaration regarding
13           the parts and sections of the CCIA that you
14           have challenged in this lawsuit?
15      A.  Yes.
16      Q.  Okay.  Did you, Brett Christian, physically
17           type the declaration that you submitted in
18           this case?
19              MR. ROTSKO:  Objection.  Work product
20           privilege.
21      Q.  You still have to answer.
22      A.  I submitted --
23              MR. ROTSKO:  No.  No.  You don't have to
24           answer.  Who types a declaration is --
25              MR. BELKA:  It's a --
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

1          MR. ROTSKO:  -- an action taken further

2      into litigation.  It's irrelevant as well.  He

3      swore to the words.

4

5      BY MR. BELKA:

6   Q. Understanding that your lawyer has directed

7      you not to answer my prior question, did you

8      review the declaration that you submitted in

9      this case -- strike all of that.

10          Understanding that your counsel has

11     directed you not to answer my question

12     concerning who drafted the declaration, did

13     you have an opportunity to review the

14     declaration you submitted in this case prior

15     to its submission?

16   A. Yes.  I have reviewed it.

17   Q. Okay.  And when you reviewed it, what did you

18     do with it?

19          MR. ROTSKO:  Objection.  The word what

20     is kind of vague in this context.

21   Q. That's fair.

22          Where did you first review the

23     declaration that you submitted in this case?

24   A. I reviewed that in my primary residence and

25     read through it.

---

-------- **BRETT CHRISTIAN - 11/16/2022** --------

1    Q.  And how did you receive it?  In hard copy, by
2         email?  How did you get it?
3    A.  Primarily through email.
4    Q.  When you say "primarily," why is it qualified?
5         Did you receive the declaration by email?
6    A.  Yes.  And then I would sometimes read it in
7         the email and sometimes print it out and then
8         read it.
9    Q.  Understood.  How long did you take to review
10        the declaration you submitted in this case?
11   A.  Days.
12   Q.  When you say "days," can you approximate the
13        number of hours you took in reviewing the
14        language of the declaration that was submitted
15        in this case?
16   A.  I would read it for an hour, hour and a half
17        line-by-line.  I would wait, come back to it a
18        couple hours later, maybe the next day and
19        read it again and once I felt -- again, I am
20        not a professional lawyer so sometimes I have
21        to, pardon the phrase, Google legal speak to
22        try and understand because my goal is to have
23        everything as accurate as I possibly can to
24        the best of my knowledge.
25   Q.  And when you signed the declaration, is it

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

-BRETT CHRISTIAN  -  11/16/2022-

1          fair to say that you made it as accurate as
2          you possibly could to the best of your
3          knowledge?
4     A.   Yes.
5     Q.   You said that you renewed your membership to
6          the organization Second Amendment Foundation
7          in August of 2022.  Do you recall that
8          testimony?
9     A.   Yes.
10    Q.   When did you first become a member of the
11         Second Amendment Foundation?
12    A.   To the best of my knowledge, sometime between
13         within a month either way of the passing of
14         the SAFE Act in 2013.
15    Q.   And do you recall what materials you submitted
16         related to your membership in 2013 to the
17         Second Amendment Foundation?
18    A.   That would have been contact information as
19         well as money for having a paid membership.
20    Q.   And did you renew your membership to the
21         Second Amendment Foundation between the years
22         2013 and August 2022?
23    A.   To the best of my knowledge, yes.  There might
24         have been where it lapsed for a year because I
25         forgot due to being busy with work and life.

BRETT CHRISTIAN - 11/16/2022

1    Q. Do you have in your mind any definitive dates
2       in which your membership lapsed regarding the
3       Second Amendment Foundation?
4    A. I cannot be definitive on that.
5    Q. Okay.  Do you recall any period of time in
6       which your membership lapsed with regards to
7       the Firearms Policy Coalition?
8    A. That I cannot.
9    Q. Meaning, you can't recall?
10   A. I cannot recall that specific information, no.
11   Q. Do you have any reason to believe that your
12      membership lapsed at any point between 2013
13      and August 2022 regarding your membership to
14      the Firearms Policy Coalition?
15   A. To the best of my knowledge, I cannot
16      guarantee because the U.S. Mail has for some
17      reason had an historically tough time
18      delivering all of my mail to me.  So I don't
19      always get everything in the mail in a timely
20      fashion.
21   Q. I am asking if you have any reason to believe
22      that your membership to the Firearms Policy
23      Coalition lapsed between the years 2013 and
24      August 2022?
25   A. I don't believe so.

---BRETT CHRISTIAN  -  11/16/2022---

1    Q.  Do you have any reason to believe that your

2        membership lapsed with regard to the Second

3        Amendment between the years 2013 and

4        August 2022?

5    A.  I don't believe so.

6    Q.  In your mind if there is a lapse in membership

7        in either of these two organizations, it was

8        due to ineffective mail carrying?

9    A.  Correct.

10   Q.  What is your reasoning to believe that there's

11       a possibility of ineffective mail carrying

12       between the years 2013 and August 2022?

13   A.  I have lived at different addresses throughout

14       the time.

15   Q.  That's it?

16   A.  Yes.

17   Q.  Okay.  As it relates to the sections of the

18       CCIA that you have challenged related to

19       private property, have you been arrested under

20       that provision?

21   A.  As of currently today, I have not been

22       arrested.

23   Q.  Have you been approached by law enforcement to

24       arrest you for violations of the CCIA

25       regarding the sections on private property?

---BRETT CHRISTIAN  -  11/16/2022---

1      A. As of today, I have not.

2      Q. Have you been arrested related to the sections

3         relating to New York State Parks that you have

4         challenged under the CCIA?

5      A. As of today, I have not.

6      Q. Have you been approached by law enforcement to

7         enforce the New York State Parks provisions of

8         the CCIA?

9      A. As of today, I have not.

10     Q. Have you been arrested related to the public

11        transportation sections of the CCIA that you

12        have challenged in this lawsuit?

13     A. As of today, I have not.

14     Q. And have you been approached by law

15        enforcement regarding the public

16        transportation sections of the CCIA that you

17        have challenged in this lawsuit?

18     A. As of today, I have not.

19     Q. When you say "as of today," you mean from the

20        beginning of the world until today, correct?

21     A. That's correct.  I do not have a crystal ball.

22        I don't know what tomorrow may bring and I do

23        not wish to guess at the future.

24     Q. All right.  Do you recall the testimony about

25        reviewing the words in your declaration that

-------- BRETT CHRISTIAN  -  11/16/2022 --------

1          you were submitting in this case?

2     A.  Yes.

3     Q.  Okay.  You mentioned that you would

4          intermittently review the declaration to

5          assure its accuracy to the best of your

6          knowledge?

7     A.  That's correct.

8     Q.  Can you approximate for me the amount of time,

9          understanding that it was intermittent, that

10         you took to review the declaration?

11             MR. ROTSKO:  Objection.  Work product.

12         You can answer that one, though, Brett.

13    A.  If I had to estimate to the best of my

14         knowledge as I was not using a stopwatch to

15         keep track, I would put the total time

16         reviewing it between six to eight hours.

17    Q.  And that's six to eight hours of reading,

18         Googling, trying to figure out what the words

19         say and mean?

20    A.  That would be correct.

21    Q.  And at the end of six to eight hours of work

22         on the declaration, you felt satisfied that it

23         represented the truth of this matter as it

24         related to you?

25    A.  As humanly possible, yes.

——— BRETT CHRISTIAN  -  11/16/2022 ———

1     Q.  Prior to the renewal of your memberships --
2         strike that.
3              Is it fair if I call the four
4         organizations that you renewed your
5         memberships to in August 2022 as gun rights
6         groups?
7     A.  Yes.
8     Q.  I don't want to be unfair about it.  I just
9         want to categorize them and I am offering the
10        term gun rights groups to categorize those
11        four organizations.  Is that fair?
12    A.  I have referred to them as civil rights
13        organizations because I consider what is in
14        the Constitution, the Bills of Rights
15        everybody's civil rights.  So I tend to use
16        that phrase more.
17    Q.  Okay.  Is it okay if I say gun rights groups?
18        You will know what I am talking about?
19    A.  Yes.
20    Q.  Okay.  And if I say gun rights groups, I am
21        talking about these four organizations that
22        you renewed your memberships to in August
23        2022, okay?
24    A.  Understood.
25              MR. ROTSKO:  I have an objection to the

—— BRETT CHRISTIAN  -  11/16/2022 ——

1           defined term because to the extent you ask
2           questions about "gun rights groups" and that
3           definition lumps in two other advocacy
4           organizations that are not party to this
5           lawsuit and have nothing to do with
6           Mr. Christian's standing, I don't want the
7           questions to extend to those groups when you
8           are asking about Firearms Policy Coalition and
9           SAF for the sake of clarity.
10      Q. That's fair.
11              Prior to August 2022, did you have any
12          social media accounts?
13      A. Yes.
14      Q. Where were your social media accounts located
15          prior to August 2022?
16      A. I am not quite sure I understand the question.
17          I apologize.
18      Q. Do you know what a social media account is?
19      A. Yes.
20      Q. Okay.  What is your understanding of a social
21          media account?
22      A. That would be things like -- I am dating
23          myself, but Myspace, Facebook, Instagram.
24          That's -- I am sure there are others.  I am
25          not a big computer person for -- I like to

-BRETT CHRISTIAN  -  11/16/2022-

1          keep my life very private.

2     Q.  Understood.  Prior to August 2022, did you

3          have any social media accounts?

4     A.  Yes.

5     Q.  Okay.  Where did you have those social media

6          accounts?

7               MR. ROTSKO:  Objection to the word

8          where.  Where is kind of vague.

9     Q.  Fair.  I will rephrase.

10              With what organizations did you have

11         social media accounts prior to August 2022?

12    A.  That would be Facebook.

13    Q.  Prior to August 2022, did you make postings on

14         your social media account at Facebook?

15    A.  Yes.

16    Q.  Prior to August 2022, did you ever post

17         regarding Second Amendment issues on your

18         account at Facebook?

19    A.  To the best of my knowledge, I can't

20         definitively say either way because I tend to

21         not want to put a lot out there for political

22         opinions or such things.  I am trying to think

23         how to phrase it here.  Bear with me.

24              Much like bumper stickers on cars

25         putting it out there, you are never going to

---

**BRETT CHRISTIAN - 11/16/2022**

```
 1              convince someone to an opposing viewpoint
 2              where suddenly they see a bumper sticker and
 3              change.  So to me all it serves to do is cause
 4              riffs, stress, fighting amongst people.  I
 5              tend to just not like to do that.
 6       Q.  Within your consideration of becoming a
 7              plaintiff in this lawsuit, did you alter in
 8              any way your prior Facebook posts?
 9       A.  Not that I am aware of, to the best of my
10              knowledge.
11       Q.  Did you or anyone on your behalf review your
12              Facebook posts around the time -- strike that.
13                  In your consideration of becoming a
14              plaintiff in this case, did you or anyone on
15              your behalf alter past Facebook postings?
16       A.  Not that I am aware of.
17       Q.  Did you ever provide account information to
18              anyone in order to review your social media
19              posts?
20       A.  Yes.
21       Q.  Who did you provide information to -- account
22              information to regarding your social media
23              posts?
24       A.  Firearms Policy Coalition, my girlfriend.  I
25              have had an employer ask to see such things.
```

---

———— **BRETT CHRISTIAN** - 11/16/2022 ————

```
 1              That was back in the time of Myspace.
 2      Q.  I want to be clear.  I am talking about during
 3          the period of time in which you were
 4          considering becoming a plaintiff in this case
 5          did you provide social media account
 6          information to anyone?
 7      A.  Yes.  To Firearms Policy Coalition in that
 8          timeframe.
 9      Q.  What did you understand the purpose of your
10          providing social media account information to
11          Firearms Policy Coalition?
12              MR. ROTSKO:  I am going to object to the
13          relevance of Facebook to Mr. Christian's
14          standing, but Brett, feel free to answer the
15          question.
16              MR. BELKA:  I am going to have her read
17          it back.
18
19              (The question was read.)
20
21              THE WITNESS:  To the best of my
22          knowledge, to verify, because this was
23          primarily email, phone calling, that I was who
24          I said I was.
25
```

---

**BRETT CHRISTIAN - 11/16/2022**

1        BY MR. BELKA:

2    Q.  When you say "primarily," do you believe that

3        there was any other reason why you would

4        provide social media account information to

5        Firearms Policy Coalition around the time you

6        were considering becoming a plaintiff in this

7        case?

8    A.  Not that I am aware of.  I do not have reason

9        to believe otherwise.

10   Q.  And it's your position that you don't know if

11       somebody altered posts on your behalf in and

12       around the time you were considering becoming

13       a plaintiff in this case?

14            MR. ROTSKO:  Objection.  I don't think

15       that was the testimony.

16            MR. BELKA:  I am asking him.

17            MR. ROTSKO:  I believe you asked him if

18       it was his testimony.

19            MR. BELKA:  No.

20            MR. ROTSKO:  You can read it back from

21       the reporter.

22            MR. BELKA:  We are.

23

24            (The question was read.)

25

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

---

**BRETT CHRISTIAN - 11/16/2022**

1          MR. ROTSKO:  So had you asked him
2     already about that question?
3          MR. BELKA:  I am asking if it's his
4     position now.  All right.  Would you mind
5     reading it back -- I am not asking to confirm
6     prior testimony.  I am asking if it's your
7     position, okay?  And I want you to read that
8     question back.
9
10          (The question was read.)
11
12          THE WITNESS:  That is correct.
13          MR. BELKA:  We have been going for about
14     an hour.  Why don't we take a five-minute break
15     and come back?  Is that okay with everyone?
16          MR. ROTSKO:  Yep.
17
18               (Recess was taken.)
19
20     BY MR. BELKA:
21  Q.  How do you think that the CCIA restricts your
22      rights as it relates to public transportation?
23  A.  It prevents me from doing what I previously
24      had done frequently by being able to when
25      traveling the Buffalo subway system, which

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

---

----- BRETT CHRISTIAN  -  11/16/2022 -----

1           granted not a lot of people know it still
2           exists, going from the suburbs to downtown,
3           being able to carry my firearm with me
4           legally.  I no longer can do that based upon
5           what's written in black and white in the New
6           York State Penal Code.
7       Q.  How would you travel from the suburbs downtown
8           using public transportation?
9       A.  It would primarily be one of the first three
10          stations.  There's either University Station,
11          there is LaSalle and then Amherst Street
12          Station.  And then driving, parking somewhere
13          nearby, walking in, paying the 4 or 5 bucks
14          for a round trip ticket and then riding it all
15          the way down to it ends right at Canalside at
16          the arena.
17      Q.  What kind of car do you own?
18      A.  Currently, I own a 2023 Honda HR-V.
19      Q.  Is that your daily form of transport?
20      A.  Yes.
21      Q.  And you can drive your 2023 Honda HR-V
22          downtown if you choose, correct?
23      A.  Yes.
24      Q.  Do you own any other cars?
25      A.  No, I do not.

---

----- BRETT CHRISTIAN - 11/16/2022 -----

1    Q. This is only a question as it relates to
2       access to cars, okay?
3            Mr. Christian, are you married?
4    A. I am not.
5    Q. Do you have other members of your household?
6    A. I am a single person household.
7    Q. So it's fair to say that the only access to a
8       car that you have is the 2023 Honda HR-V that
9       you previously testified to?
10   A. That would be correct.
11   Q. Okay.  You understand why I am asking?
12   A. Yes.
13   Q. Okay.  Prior to your 2023 Honda HR-V, what car
14      did you have?
15   A. The previous one was a 2020 Honda Accord.
16   Q. And prior to the 2020 Honda Accord?
17   A. That would have been a 2017 Buick LaCrosse.
18   Q. I am just going to go one more back.  What was
19      before the 2017 Buick LaCrosse?
20   A. That was a 2013 Buick Regal GS.  I can go back
21      to the first car that I had, if need be.
22   Q. I am just trying to go back in time a little
23      bit.  It appears you get a car approximately
24      every three years.  Does that sound right?
25   A. Approximately so, yes.

—— BRETT CHRISTIAN  -  11/16/2022 ——

1    Q. Okay.  And the 2014 Buick Regal GS, was that
2       your daily transport at that time?
3    A. Yes.
4    Q. And could the 2014 Buick Regal GS drive
5       downtown?
6    A. Yes.
7    Q. Okay.  When you had the 2017 Buick LaCrosse,
8       was that your daily transport?
9    A. That would be correct.
10   Q. And could the 2017 Buick LaCrosse travel
11      downtown?
12   A. That would be correct.
13   Q. Okay.  And when you had the 2020 Honda Accord,
14      was that your daily transport?
15   A. Yes.
16   Q. And could the 2020 Honda Accord travel
17      downtown?
18   A. Mechanically, yes.  However, the theft of the
19      wheels that come equipped on the model I had
20      is -- the rate of theft is obscene to the
21      wheels and that car I tended to not want to
22      drive as much downtown because based upon
23      experiences at my job, that there would be a
24      great likelihood I would find it up on blocks
25      as we have had many occurrences at work.

-- BRETT CHRISTIAN - 11/16/2022 --

1    Q. Where is your job?

2    A. Currently, it is at Ray Laks Honda in Orchard

3       Park.

4    Q. How do you spell Ray Laks?

5    A. R-A-Y, space, L-A-K-S.

6    Q. And were the tires -- strike that.

7            What part of the 2020 Honda Accord was

8       often stolen pursuant to anecdotes from your

9       work?

10   A. In the last year we have had almost $40,000 of

11      damage done to vehicles because the model I

12      had, the sport model that had 19-inch very

13      attractive low profile sporty wheels, it is

14      among the most stolen wheels in the country.

15      In one year it was almost $40,000 of wheels

16      going missing due to theft.

17   Q. And did you ever have the wheels on your 2020

18      Honda Accord stolen?

19   A. I did not because I would be very cautious

20      about where I took the car and where I would

21      park the car because of that reason.

22   Q. Regardless, the 2020 Honda Accord could get

23      you downtown if you so chose?

24   A. Mechanically it could, yes.

25   Q. You mentioned that there are three locations

-------- **BRETT CHRISTIAN** - 11/16/2022 --------

1      -- strike that.

2           When you go on public transport from the

3      suburbs downtown, what method of public

4      transport do you take?

5    A.  That would primarily be the subway system.

6    Q.  What kind of subway system do we have in

7      Buffalo?

8    A.  We have -- of the original design and plans,

9      we only have a single line subway that runs

10     from the -- the University of Buffalo is

11     adjacent to it.  I don't want to call it city

12     campus.  It would be south campus I guess off

13     Main Street in Amherst.  That's the furthest

14     point and then it runs in a single line all

15     the way out to almost where -- just a little

16     bit past where we are now by Canalside.

17   Q.  All right.  If I refer to the public transport

18     method that you would regularly use from the

19     suburbs to downtown, if I call that the

20     Buffalo Light Rail, would we be talking about

21     the same thing?

22   A.  That would be correct.

23   Q.  Okay.  You mentioned three locations which you

24     might sometimes board to get on the Buffalo

25     Light Rail; is that right?

---

**BRETT CHRISTIAN - 11/16/2022**

1     A.  That is correct.

2     Q.  What were those three locations again?

3     A.  University Station, LaSalle Street Station and

4         Amherst Street Station.  I believe that's how

5         the Amherst one is pronounced.

6     Q.  And how do you get yourself to University

7         Station to take the Buffalo Light Rail?

8     A.  I would drive my car up Main Street from my

9         place of residence or wherever I would be,

10        park either in the NFTA -- they have a ride

11        and park, a commuter lot. I would either park

12        there or I would park at -- there is a coffee

13        shop further up from there on Main Street.

14        There's a supermarket.  Depending on if I was,

15        say, getting a cup of coffee to take with me

16        and then walk across to the station entrance.

17     Q.  What's the name of that coffee shop?

18     A.  It is Dunkin' Donuts.

19     Q.  And what's the name of the supermarket?

20     A.  I believe it is Tops.

21     Q.  Does it cost money to leave your car in the

22        NFTA Ride and Park?

23     A.  It does not.

24     Q.  Does it cost any money to leave your car at

25        the Dunkin' Donuts parking lot?

---

**BRETT CHRISTIAN - 11/16/2022**

---

1    A. It does not.

2    Q. And does it cost any money to leave your car

3       at the Tops supermarket parking lot?

4    A. It does not.

5    Q. Which of the three, NFTA Ride and Park

6       commuter lot, the Dunkin' Donuts coffee shop

7       and the Tops supermarket is closest in

8       proximity to the University Station?

9    A. That would be the NFTA Ride and Park commuter

10      lot.  It is directly adjacent, if not part of

11      it.

12   Q. Okay.  And next in proximity between the

13      three?

14   A. That would be the Dunkin' Donuts coffee shop,

15      coffeehouse.  I don't know the exact wording,

16      but Dunkin' Donuts.

17   Q. Okay.  And then it's your testimony then that

18      the Tops supermarket is the furthest in

19      distance from the University Station?

20   A. Correct.

21   Q. Where do you buy a ticket to ride the Buffalo

22      Light Rail at University Station?

23   A. When you walk in the entrance, there are

24      automated ticket like vending machines, for

25      lack of a better word.  And you can use cash,

—— BRETT CHRISTIAN  -  11/16/2022 ——

1          which is primarily what I use, and that's

2          where you purchase your ticket to get through

3          the -- I don't want to say turnstiles, but

4          gate doors to go down the escalator to the

5          station platform.

6     Q.   When you purchase a ticket at the automated

7          machine, what does that ticket look like?

8     A.   It is like a very fat letter H.  It has an

9          indentation on the one side and an indentation

10         on the other.  So it looks like a big letter

11         H.  It has like a bar code strip and then

12         something square, sparkly -- I don't want to

13         say a hologram, but something sort of of that

14         type.

15    Q.   Is it fair to say that you provided your best

16         recollection of what a ticket purchased at

17         University Station might look like for the

18         Buffalo Light Rail?

19    A.   Yes.  I don't know what to call that exact

20         thing, but it's like a hologram.  It's

21         sparkly.  This is the one from the last trip.

22    Q.   All right.  And since you have it with you,

23         why don't I take that?  Do you need this after

24         today?

25    A.   No.  Because they are one way -- they are

**BRETT CHRISTIAN  -  11/16/2022**

1          round trip tickets good for just that day.

2                MR. BELKA:  Okay.  So we are going to

3          mark Mr. Christian's Buffalo Light Rail ticket

4          as Exhibit Number 1.  Any objection, Nick?

5                MR. ROTSKO:  No.

6

7          The following were marked for identification:

8          Exhibit 1 - NFTA subway ticket

9

10               MR. ROTSKO:  We can have photocopies

11         made of that while he's there.

12               MR. BELKA:  Sure.

13

14         BY MR. BELKA:

15     Q.  I am handing you what's been marked as

16         Exhibit 1 to your deposition.  It's an NFTA

17         Light Rail pass.  Do you see it?

18     A.  Yes.

19     Q.  Okay.  And --

20               MR. ROTSKO:  Ryan, if I may interject

21         for a moment.

22               MR. BELKA:  Sure.

23               MR. ROTSKO:  Because I can't see that

24         ticket, I am going to give my objecting

25         capabilities to Sam for a moment to make sure

1          that the discussion about the ticket is

2          accurate.

3               MR. BELKA:  I accept.  Thanks for

4          creating an accommodation because it's unusual.

5               MR. ROTSKO:  I can't figure out how to

6          get that up on WebEx.

7

8          BY MR. BELKA:

9     Q.  An NFTA Light Rail ticket has been placed in

10         front of you.  It's Exhibit 1 to your

11         deposition.  Do you see it?

12    A.  I do.

13    Q.  What's the date on that Light Rail ticket?

14    A.  It was this past Sunday, the 13th.

15    Q.  You are downtown today.  You didn't take the

16         Light Rail; is that right?

17    A.  Correct.

18    Q.  Okay.  What car did you drive to get downtown

19         today?

20    A.  My 2023 Honda HR-V.

21    Q.  Do you have a gun on you?

22    A.  I do not.

23    Q.  Why not?

24    A.  The CCIA prevents me from doing so.

25    Q.  Is that because Phillips Lytle prevented you

------- BRETT CHRISTIAN - 11/16/2022 -------

1          from bringing a concealed weapon onto their
2          property?
3     A.   I was unable to bring one with me on person
4          because I have never been in this building
5          before and I don't know what signs are posted
6          on the property.  And if I brought it with me,
7          I would have already entered the property
8          before I would see the signs and, thus, I
9          would have broken the law.  So without having
10         that definitive knowledge of it as explicitly
11         stated on a sign that it is allowed, I chose
12         to leave it at home.
13    Q.   These are your lawyers.  You could have called
14         ahead and asked what their concealed carry
15         policy is, correct?
16    A.   Correct.
17    Q.   Do you own a phone?
18    A.   I do.
19    Q.   Do you know how to use it?
20    A.   Yes.
21    Q.   Do you think you could have used your phone to
22         acquire that information from your lawyers?
23    A.   I am unsure because I don't know who the
24         property owner is and the way that it reads, I
25         would have to first figure out who the

1           property owner is.  And with the timeframe of
2           I did not know weeks or months in advance of
3           the exact location, I wasn't able to in time
4           determine that.
5     Q.  When did you first learn about this
6           deposition?
7     A.  I learned that it may be a thing that would
8           need to happen roughly, approximately a couple
9           weeks ago.  However, the exact date, time,
10          this is the address at this time, be here,
11          that was -- the address was provided this
12          morning to me.  The time was provided to me on
13          Monday.
14    Q.  Have you ever called your lawyers -- this has
15          nothing to do with attorney-client.
16                Have you ever called your lawyers to ask
17          them a question?
18    A.  Yes.
19    Q.  Do you feel like you need permission to call
20          your lawyers?
21    A.  No, I do not.
22    Q.  Could you have called your lawyers and asked
23          the policy about concealed carry in the
24          building you would have been entering today?
25    A.  Yes.  That could have been a possibility.

BRETT CHRISTIAN - 11/16/2022

1    Q. And do you think your lawyers would have told
2       you the correct information as to their policy
3       on concealed carry today?
4    A. Yes.  I believe they would have.
5    Q. As it relates to public transportation, you
6       note that you take the NFTA Metro Rail, which
7       I have referred to as the NFTA Light Rail,
8       when traffic or events downtown made driving
9       impractical.  Do you recall that testimony?
10   A. Yes, I do.
11   Q. In your mind, when does traffic make driving
12      downtown impractical?
13   A. Monday through Friday and when major events
14      like Sabres games, Taste of Buffalo and events
15      such as those are going on, traffic is quite
16      heavy at those times.
17   Q. How do you know traffic is heavy on Monday
18      through Friday during Sabres games?
19   A. I have previously been to Sabres games.
20      Either work -- the company that I work for has
21      provided tickets for events as well as through
22      the week I have made trips down here to go to
23      either the Erie County Clerks's Office for
24      adding an amendment or removing an amendment
25      to my permit or to stop in to ask

—— **BRETT CHRISTIAN  -  11/16/2022** ——

```
 1           clarification about questions I have to make
 2           sure I am doing things the proper way.
 3                But between the 190 and the 33, it is --
 4           the 33 in the morning you want to get here
 5           before 6:00 a.m. because it gets very accident
 6           prone and then throughout the day by noon,
 7           1 o'clock, it starts to pick up quite a bit
 8           into the evening.  Not discounting Buffalo, of
 9           course, weather events we may have.
10      Q.  Prior to August 2022, how often would you ride
11           the Buffalo Light Rail?
12      A.  Approximately two to three times a month, if
13           not more.
14      Q.  Is the Buffalo Light Rail the only form of --
15           strike that.
16                Is the Buffalo Light Rail the only form
17           of public transportation that you regularly
18           take?
19      A.  That would be correct.
20      Q.  Is it fair to say -- I am looking at Exhibit 1
21           now.  November 13th, 2022 was the last time
22           you used the Buffalo Light Rail?
23      A.  Correct.
24      Q.  What event made it impractical to go downtown
25           using your car on November 13th, 2022?
```

-------- BRETT CHRISTIAN  -  11/16/2022 --------

```
 1      A.  A combination of even with a Honda the price
 2          of gas as well as the convenience from
 3          University Station to Canalside, the last
 4          exit, is almost precisely 20 minutes.  It's
 5          faster to do that than it is to drive, find a
 6          parking spot, pay for parking if it's through
 7          the week.  Weekends sometimes things are free.
 8          It's simply a matter of this is faster and
 9          easier.  I don't have to worry and deal with
10          the hassle of it.
11      Q.  Your affidavit -- strike that.
12              Your declaration says that you take the
13          Buffalo Light Rail when traffic or events
14          downtown make driving impractical, correct?
15      A.  Correct.
16      Q.  When you took the Buffalo Light Rail on
17          November 13th, was that due to traffic or
18          events downtown?
19      A.  That was due to --
20              MR. ROTSKO:  Objection.  Asked and
21          answered.
22      Q.  You still have to answer.
23      A.  An event in Orchard Park, not downtown.
24          Everybody is on the thruway and the 33 headed
25          to the Bills game around that time.
```

1    Q. Where were you coming from when you took the
2       Buffalo Light Rail on November 13th, 2022?
3    A. I left my primary -- my home, my place of
4       residence, went up Main Street, parked in the
5       ride and park section, walked in the entrance
6       and got on the subway system, the Light Rail
7       at the University Station there.
8    Q. Is it fair to say that the Bills game was the
9       event that caused you to take the Light Rail
10      on November 13th, 2022?
11   A. The primary motivation for that time, correct.
12   Q. Because you were worried about the traffic?
13   A. Correct.
14   Q. On November 13th, 2022 did you see any NFTA
15      police officers on the Buffalo Light Rail?
16   A. No, I did not.
17   Q. On November 13th, 2022 did you see any New
18      York State police officers on the Buffalo
19      Light Rail?
20   A. No, I did not.
21   Q. Have you ever in the periods of time that you
22      have taken the Buffalo Light Rail seen a New
23      York State police officer?
24   A. Not on the Light Rail.
25   Q. Is it fair to say that New York State police

-BRETT CHRISTIAN - 11/16/2022-

1        officers -- strike that.
2              As of Sunday, November 13th, 2022, you
3        understood that you had a deposition upcoming
4        in this case, correct?
5    A. Correct.
6    Q. Did you -- strike that.
7              Did anyone suggest to you that you
8        should take the Buffalo Light Rail in
9        preparation for your deposition today?
10   A. No.
11             MR. ROTSKO:  Objection to the extent
12       that it calls for attorney-client
13       communications.  He has answered the question.
14   Q. Of the three stations from which you usually
15       take the Buffalo Light Rail, University
16       Station, LaSalle Station and Amherst Street
17       Station, which one of those is the station
18       from which you most regularly depart?
19   A. Most regularly would be University Station
20       because it is the most accessible and closest.
21   Q. And of the three, University, LaSalle and
22       Amherst Stations, which one do you go to the
23       second most?
24   A. That would be LaSalle.
25   Q. And by reasons of deduction, the third most

---

BRETT CHRISTIAN  -  11/16/2022

1          frequented station is Amherst Street Station,

2          correct?

3     A.  Correct.

4     Q.  Your prior testimony was that you paid 4 or 5

5          bucks for an NFTA Rail pass.  Do you know

6          whether or not it's 4 or 5?

7     A.  I want to say it is approximately 4 bucks for

8          a round trip ticket.

9     Q.  Each time you ride the Buffalo Light Rail, you

10         pay for it on that individual trip, correct?

11    A.  Correct.

12    Q.  And at two to three trips a month over a

13         period of time, you are pretty regularly

14         paying for single round trip tickets on the

15         Buffalo Light Rail?

16    A.  Correct.

17    Q.  And while you think it's $4, you also believe

18         that it could be 5?

19    A.  If you get an all day pass, it's more.  I

20         don't frequently do that.  I usually just do

21         the one round trip.  The round trip might be

22         $4 and a penny or I don't remember if there's

23         tax on it.

24    Q.  Who do you hand your ticket to when you get on

25         the Buffalo Light Rail?

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

───── **BRETT CHRISTIAN** - 11/16/2022 ─────

```
 1     A.  It's an unmanned system.  When you walk
 2         through there is -- it used to be turnstiles.
 3         They have little dividers and there's two
 4         little door gates and there is a clear lens on
 5         what would have been a turnstile.  You put the
 6         ticket over it, it reads it, it allows the
 7         gate to unlock and one person, you just push
 8         through.  They are like saloon doors to use a
 9         laymen's term.
10             And then when you go to leave out of the
11         underground stations, because that is the paid
12         portion, you have to do the same thing to be
13         able to exit.  The above ground, from what I
14         understand -- they are never my starting
15         point, but those are all free.
16     Q.  And I asked this.  The type of public
17         transport that you take is the Buffalo Light
18         Rail?
19     A.  Primary type, correct.
20     Q.  Okay.  And when you say "primary type," what
21         are the other types of public transport that
22         you take?
23     A.  I may have in the last ten years once or twice
24         taken public buses.  I can't definitively
25         remember either way and I don't want to guess.
```

---

**BRETT CHRISTIAN  -  11/16/2022**

1    Q. But in Buffalo on the NFTA system, right?

2    A. Correct.

3    Q. Approximately when did you become licensed to

4       carry a firearm in the State of New York?

5    A. Approximately somewhere between two to

6       three years ago for a New York State concealed

7       carry license.

8    Q. Did you have some other type of pistol permit

9       prior to the concealed carry permit that you

10      acquired two to three years ago?

11   A. No, I did not.

12   Q. How old are you?

13   A. 40.  I feel old for saying that.

14   Q. Do you know at what age you can begin to have

15      a pistol permit in New York State?

16   A. There's two answers to that.  For 99 percent

17      of people it is 21.  I believe members of the

18      U.S. Military that are active and serving can

19      get one between 18 and 21, but I don't know

20      anybody that ever has.

21   Q. And you are not an active member of the U.S.

22      Military?

23   A. I am not.

24   Q. So the earliest you could have received some

25      type of pistol permit in New York State is 21?

---

---

**BRETT CHRISTIAN  -  11/16/2022**

1       A. Correct.

2       Q. And is it fair to say from the ages of 21 to

3          37 you did not have any type of New York State

4          pistol permit?

5       A. Yes.

6       Q. When you applied for your concealed carry

7          permit two to three years ago, was it granted?

8       A. Yes.

9       Q. Did you have any guns that were registered

10         with New York State at the time you received

11         your concealed carry permit?

12      A. I had no pistols because there's no way to

13         acquire, own, possess one in New York without

14         one.  I have lived in New York my whole life.

15         For long guns I did not acquire any long guns

16         that would have required SAFE Act registration

17         when the SAFE Act took effect.  So I had

18         nothing that was registered then that was

19         required per the law.

20      Q. So prior to having the concealed carry

21         license, you did own and possess firearms?

22      A. Long guns, correct.

23      Q. How many long --

24             MR. ROTSKO:  Objection.  Just to be

25         clear on the terminology, when we say

---

-BRETT CHRISTIAN  -  11/16/2022-

```
 1        "firearms," are we using the Penal Code
 2        definition of firearms?
 3             MR. BELKA:  I am about to drill down a
 4        little bit.  Is that okay?  Why don't you just
 5        object to vagueness or something?  Just say
 6        Belka didn't define firearms, he's awful.  Just
 7        put it on the record.  We will keep going.
 8             MR. ROTSKO:  Please don't put on the
 9        record that I said that Mr. Belka is awful.
10        That was him.  Go ahead, Ryan.
11
12        BY MR. BELKA:
13    Q.  Okay.  Between the ages of 21 and 37 you
14        didn't own any pistols?
15    A.  That's correct.
16    Q.  You had no pistol permit in the State of New
17        York?
18    A.  Correct.
19    Q.  At approximately the age of 37 you acquired a
20        concealed carry permit?
21    A.  Correct.
22    Q.  Or concealed carry license?
23    A.  License.
24    Q.  Okay.  After which you acquired some pistols?
25    A.  That's correct.
```

1     Q.  Okay.  Prior to receiving the concealed carry
2         license, you have testified that you owned
3         long guns?
4     A.  Correct.
5     Q.  Okay.  How many long guns did you own at the
6         time you acquired the concealed carry license?
7     A.  Approximately, the number would be around a
8         dozen.
9     Q.  It's a gun case so I am going to ask you about
10        these guns, okay?  As it relates to these
11        approximately a dozen long guns, can you name
12        the type and manufacturer of each weapon?
13    A.  Most of them I can.
14    Q.  Go ahead.  Number one?
15    A.  Let me preface that.  In New York there's
16        almost -- in Erie County there's no place I
17        know of to even rent a gun to try out.  You
18        have to acquire it first.  So a lot of times I
19        would go through the process of acquiring a
20        gun to then use it for target shooting or
21        whatever purpose and then I would find out
22        that I hated it or back then I had a
23        collector's license, an FFL license for the
24        pure purpose of collecting curios, relics,
25        historical.  I was much more involved with

---

BRETT CHRISTIAN - 11/16/2022

---

1      that then.  So I had a Remington 870 shotgun

2      at one point.

3  Q. So I am not asking at any point in time.  I am

4      asking if you can to the best of your

5      knowledge recall the dozen or so long guns

6      that you had at the time you acquired your

7      concealed carry license.

8  A. I had --

9          MR. ROTSKO:  Objection to the relevance

10     of long guns to this lawsuit.  Go ahead and

11     answer.

12  A. I had a New York compliant Springfield Armory

13     M1A. I had --

14  Q. Before you go on, what does New York compliant

15     mean?

16  A. The firearm in its original configuration

17     would violate the New York SAFE Act and would

18     not be legal to have transferred to you or

19     possess.  So in order for me to acquire it,

20     the previous owner had a federal firearms

21     store, license.  I don't know the correct

22     wording there.  They permanently affixed the

23     magazine to the firearm, thus it was not a

24     detachable magazine and thus met what the law

25     spelled out.

---

---

**BRETT CHRISTIAN - 11/16/2022**

1    Q. Go ahead.  We have a Remington 870 and a
2       Springfield M1A.
3    A. I had a CZ.  It's a Czechoslovakian company,
4       Scorpion Evo, nine-millimeter pistol caliber
5       carbine.  I had a Savage Arms 110 Target
6       Magnum target rifle, a Mossberg 500 shotgun
7       and then a bolt action operated AR style
8       firearm.
9    Q. When you say "AR style," what does that mean?
10   A. It is --
11   Q. What does AR stand for?
12   A. AR is a trademark term meaning ArmaLite rifle
13      and then it would be Model 15.  It has come to
14      mean a whole category of firearms that are
15      that type or that pattern.
16   Q. I am just asking what it meant to you.
17   A. Okay.
18   Q. So an ArmaLite rifle.  There was a number in
19      there.
20   A. It was -- the lower receiver was a different
21      manufacturer from the upper.  The upper is
22      Young Manufacturing.  I sourced all the parts
23      and assembled it.  The lower was Anderson and
24      the gun I went out of my way to get a barrel
25      that had no provisions for a gas port, so

——— **BRETT CHRISTIAN  -  11/16/2022** ———

1        there was no way the firearm could ever be
2        made to be semiautomatic and had it equipped
3        with a bolt handle allowing you to manually --
4        like any other hunting rifle or target rifle,
5        you have to manually cycle each round.
6            I went through considerable expense to
7        acquire that and make that happen.  Those are
8        the ones that I can definitively in my head
9        remember.
10   Q.  Okay.  So, I mean, I was counting.  So I have
11       six out of approximately a dozen long guns
12       that you believe you possessed at the time you
13       acquired your concealed carry license in the
14       State of New York.
15   A.  There's others, but I can't remember the exact
16       make or manufacturer so I don't want to guess.
17   Q.  When you received your concealed carry
18       license, did you disclose or register any of
19       your firearms on your concealed carry license?
20   A.  For long guns, no because none of them were
21       required per New York State Law.
22   Q.  Since receiving your concealed carry license,
23       you have acquired and registered a number of
24       pistols?
25   A.  Pistols and revolvers.  I have noticed New

---

BRETT CHRISTIAN - 11/16/2022

1              York State -- to me that would mean the same
2              thing, a handgun, but New York State on the
3              license and Penal Code differentiates them.
4              So both pistols and revolvers.
5     Q.  Okay.  Do we want to use the word handgun in
6              order to encompass both of those?
7     A.  Yes.
8     Q.  Sounds great.  How many handguns have you
9              acquired since you received your concealed
10             carry license from the State of New York?
11    A.  Bought and sold -- I currently have 11.  I
12             have probably bought and sold, trying out to
13             see what works and doesn't work for me,
14             between 20 or 25, but that is an
15             approximation.  That's my best estimate.
16    Q.  But you currently own 11?
17    A.  11, that's correct.
18    Q.  Handguns?
19    A.  Correct.
20    Q.  How many long guns do you currently own?
21    A.  Currently, four.
22    Q.  Prior to your receipt of the -- strike that.
23             Prior to the granting of your concealed
24             carry license by New York State, did you own
25             any handguns, the definition of which includes

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

----- **BRETT CHRISTIAN - 11/16/2022** -----

1          pistols and revolvers.

2     A.  No.  I had not even shot one.

3     Q.  Why did you acquire a concealed carry license

4          approximately two to three years ago?

5     A.  When I applied and put in for the license and

6          asked for unrestricted, which was granted, I

7          have family -- less now because some have

8          passed away, but I have a good portion of

9          family that lives in Upstate New York;

10         Massena, Malone area, Moira, Brushton.  If

11         anybody has ever heard of those areas, it is

12         amazing because it's just the middle of

13         nowhere.

14    Q.  St. Lawrence County?

15    A.  Yes.  I also at the time worked with a friend,

16         Austin.  His family and other friends have had

17         property in the Southern Tier going down

18         towards Gowanda, Gerry.  I am not sure how to

19         say that town correctly.  So I would travel,

20         again liking to experience New York.  It is a

21         beautiful outdoor state.  It is gorgeous and

22         traveling when I would go hiking, when I would

23         go to Upstate New York to my family, Vicky and

24         John Maloney.  They have passed away.  Their

25         daughter, Melissa, has inherited the property.

—— **BRETT CHRISTIAN** - 11/16/2022 ——

1            It has to be between 200 and 400 acres
2       they have up there of just pristine woodlands.
3       It is not developed, not anything.  I would go
4       up there, go hiking.  Up there I have
5       encountered coyotes, wild turkeys.
6            Going down towards Gowanda, Allegany,
7       that Southern Tier Chautauqua area, I have
8       encountered black bears.  Granted, New York
9       does not have grizzly bears, thankfully, and I
10      have had encounters multiple times with wild
11      life and, you know, it started to make me
12      worry for my safety because I would be out, it
13      would be remote.
14           Especially Upstate New York, not until
15      very recently did they start having reliable
16      cell service in those areas.  So I would be
17      out by myself and have encounters.  Luckily, I
18      was able to stay safe, but did not have a
19      guarantee that that would always be the case.
20  Q.  Aren't you on private land in Malone?
21  A.  Yes.  Up there --
22  Q.  That's the only question.  And when you went
23      down to Chautauqua area, were you also on
24      private land?
25  A.  The Southern Tier was a mix.

-BRETT CHRISTIAN  -  11/16/2022-

1    Q. Who owned the property in Malone again?

2    A. My friend Austin.

3    Q. No.  No.  In Malone.

4    A. In Malone it was my Aunt Vicky and Uncle John,

5        last name Maloney.

6    Q. Oh, I am saying Malone, but Maloney is the

7        last name?

8    A. They lived right around Moira.  It all bleeds

9        together up there.

10   Q. Okay.  But either way, when you are up in St.

11       Lawrence County, you are on private property

12       and there's an heir.  And what's her name?

13   A. Melissa.

14   Q. Melissa, okay.

15           The land that you are talking about in

16       Upstate New York, St. Lawrence County is

17       private property, right?

18   A. Correct.

19   Q. Okay.  And Melissa, does she allow you to have

20       weapons on that private property?

21   A. When her parents passed away, we no longer

22       remained talking.  I haven't been to that part

23       of New York State, that specific part since.

24   Q. When did they pass away?

25   A. My Aunt Vicky passed away in 2017 and then my

---

**BRETT CHRISTIAN - 11/16/2022**

1        Uncle John passed away, I want to say
2        approximately -- without looking at his
3        obituary, maybe a year ago, if not a little
4        sooner.
5   Q.   But it doesn't sound like there's many future
6        trips in the plans to Upstate New York to
7        visit Melissa?
8   A.   To that specific region, no.  Because I have
9        more transitioned to publicly accessible
10       regions where if a property owner passes away,
11       I suddenly wouldn't lose the right or the
12       ability to access that area.
13  Q.   Do you believe that the property owner should
14       have the right to tell you not to access their
15       property if you are carrying a weapon?
16            MR. ROTSKO:  Objection.  Calls for
17       speculation.
18  Q.   You still have to answer.
19  A.   Oh, okay.  I didn't know.  It would be up to
20       the -- I believe it would be up to the
21       property owner to tell me that they don't want
22       to, not tell me that I am allowed to.
23  Q.   But you believe that a private property owner
24       can prevent you from carriage on their land?
25  A.   Yes.  If they were to ask me.

---

---

**BRETT CHRISTIAN - 11/16/2022**

1   Q. Okay.  Do you think you should be able to
2      enter their land and not disclose that you are
3      concealing a weapon?
4            MR. ROTSKO:  Objection to relevance.
5      You can answer.
6            THE WITNESS:  Can you repeat it, please?
7
8                  (The question was read.)
9
10           THE WITNESS:  Yes.  Unless they ask me.
11
12     BY MR. BELKA:
13   Q. Brett, is it your belief that you can come to
14      my house and conceal a weapon on my property
15      and not disclose that you are doing so?
16   A. Yes.  Unless you ask me to leave, and then I
17      should leave immediately.
18           MR. ROTSKO:  Objection.  Just for
19      clarification, are we asking for philosophical
20      beliefs here or are you asking whether he --
21      are you asking him for a legal conclusion or
22      his preference?
23           MR. BELKA:  I am asking the least
24      objectionable of those questions.  I am not
25      going to clarify.  The record is going to be

---

----- BRETT CHRISTIAN - 11/16/2022 -----

1        what it is.
2               MR. ROTSKO:  Brett, if you need to ask
3        for clarification, feel free to do so.
4               MR. BELKA:  He nodded yes that he
5        understands, right?
6               THE WITNESS:  Yes.  I understand.
7               MR. ROTSKO:  You understand that --
8               MR. BELKA:  Nick, Nick, Nick, we are
9        done there, okay?  You have already provided
10        information to him.  If he wants to clarify a
11        question, he can.  Nobody is preventing him
12        from doing so, okay?  Nick, the record is going
13        to be what it is.
14               MR. ROTSKO:  Proceed.
15               MR. BELKA:  Thanks.
16
17        BY MR. BELKA:
18   Q.  Your declaration explains that you submitted a
19        request for time off for a planned trip to the
20        Adirondacks.  Do you recall that?
21   A.  Yes.
22   Q.  We have gone over who your employer is, but
23        remind me.
24   A.  Ray Laks Honda in Orchard Park.
25   Q.  Okay.  And what do you do there?

1      A.  My official job title is recon manager.

2      Q.  You repo cars?

3      A.  Recon.

4      Q.  I understand.  I don't know what that means.

5          What does that mean?

6      A.  So essentially outside of financing a car,

7          office administrative work, selling a car or

8          being a service writer, when you bring your

9          car in for service, everything else of the

10         business goes through me and I handle and

11         oversee and keep everything on track:  New

12         cars coming in, new cars being sold going out,

13         used cars coming in, stocking them in, getting

14         them into the shop, what work do they need,

15         sourcing parts, sending them out for repair.

16             If you bring your car as a customer in

17         to get work done, I dispatch it to the

18         technician.  Overseeing the technicians in the

19         shop, working with the parts department,

20         coordinating customer delivers for sale staff.

21         General keeping an eye on the place,

22         protecting the business interest.  Mr. Used

23         Car Manager, this car -- because of the

24         condition of it, yes, it technically meets the

25         letter of the law for New York State

---

**-BRETT CHRISTIAN  -  11/16/2022-**

1           inspection, but it would put yourself at

2           future liability selling this as a retailable

3           [sic] piece, look out for the business.

4                 We just had three Accord -- speaking to

5           a manager, we just had three Accord Sports get

6           put on cinder blocks and all sets of wheels

7           taken.  It did massive amounts of damage to

8           the cars and the theft of the property.  We

9           should probably start having the sale staff

10          bring that model of car, which I owned, inside

11          the shop so it is locked inside the building.

12          Try to reduce the theft, make sure the lights

13          are on, make sure the light timers.

14                We are going into what could be a

15          snowstorm very soon in the next couple days.

16          Do the two plow trucks have the plows

17          attached, are they fueled up, are all the

18          lights working so you can see, do the wipers

19          work, they are mechanically good, all right?

20          Make sure that they are detailed.  You have to

21          pull them in every night.  Our shuttle, if you

22          come in to get your car worked on at 8 o'clock

23          in the morning and you need to be to work by

24          8:05, the shuttle better be inside so it's

25          defrosted ready to go.

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

---

**BRETT CHRISTIAN - 11/16/2022**

1              So it's a massive amount of
2       coordination, management, overseeing.  It's a
3       mix of everything.  It keeps the business
4       profitable, sustainable and afloat and
5       productive and that is the short version.
6    Q. Understood.  In your declaration you note that
7       you submitted a request for time off for a
8       couple of days in November 2022 and the idea
9       of that was to visit the Adirondack Park,
10      right?
11   A. That's correct.
12   Q. Okay.  And who is your supervisor to whom you
13      submitted this time-off request?
14   A. At the time we just in the last three weeks
15      changed that personnel there.  That would have
16      been John Cahalan.  His name is tough so --
17   Q. It's okay.  I just want to be clear.  I am
18      asking you who -- so your declaration says I
19      submitted a time-off request at my place of
20      employment, okay?  And I want to know to whom
21      you submitted that time-off request?
22   A. Verbally to him and then put it in through --
23      they use a program called Workday.  He writes
24      it -- well, when he was there, he wrote it
25      also on his day planner.  He would mark off on

---

─────── **BRETT CHRISTIAN - 11/16/2022** ───────

```
 1        the calendar who is off so that way you didn't
 2        have multiple people in the same department
 3        off at the same time.
 4    Q. Okay.  And just for clarity of the record, you
 5        said "verbally to him."  Who is the him to
 6        which you are referring?
 7    A. John Cahalan.
 8    Q. Okay.  And your declaration says a couple of
 9        days in November 2022, right?
10    A. Correct.
11    Q. Okay.  Now, you went through a very long
12        detailed description of the kinds of work that
13        you do for this job, right?
14    A. Correct.
15    Q. Okay.  And presumably a time-off request is
16        for a time specific?
17    A. Correct.
18    Q. Okay.  Now, you don't provide a specific time
19        in your declaration.  You say a couple of days
20        in November '22.
21    A. I had taken off -- Wednesday is my normal day
22        off work through the week.  Next week
23        Wednesday I put in to have the 23rd off.  We
24        are closed for Thanksgiving, the 24th.  I put
25        in to have Thursday and Friday off work, which
```

-BRETT CHRISTIAN - 11/16/2022-

1          I have never done.  So that way I could leave
2          town on Wednesday, go through Thanksgiving Day
3          into the weekend, return Sunday and then
4          resume work.
5     Q.  Why not put the specific dates in your
6          declaration that you worked on for six to
7          eight hours to make sure it was an accurate
8          representation in this case?
9               MR. ROTSKO:  Objection.  Arguing with
10          the witnesses.
11    Q.  You still have to answer.
12    A.  I am not a legal person.  I am not a licensed
13          lawyer with the bar.  I didn't know -- I have
14          never been down this path before.
15    Q.  At the time you wrote the declaration, did you
16          know the very specific days that you were
17          requesting time off for?
18    A.  Yes.
19    Q.  Is it fair to say that you did not include
20          those days in your declaration?
21    A.  Yes.  I omitted the exact dates.
22    Q.  Your declaration says that you canceled your
23          trip to the Adirondack Park because of the
24          CCIA, right?
25    A.  Correct.

-BRETT CHRISTIAN  -  11/16/2022-

1    Q. And why do you feel -- strike that.

2         Why did you feel it necessary to cancel

3       your trip to the Adirondack Park because of

4       the CCIA?

5    A. To get to the Adirondacks it's approximately 5

6       hours and 15 minutes of travel time, 6 hours

7       and 15 minutes of travel time if you don't go

8       the thruway.  Sometimes the side roads are

9       nice, slower pace, less traffic.  So with the

10      way the CCIA is, the way it is written in

11      black and white which is what I believe to be

12      the law, if I was to go on the trip, bring

13      with me my pistol and I am carrying it because

14      it is easier to keep it in a holster on your

15      person, less likelihood of getting it stolen

16      because you left it somewhere, I would have to

17      know in advance every restaurant that I may

18      decide to get food at or every gas station.

19      And then if I ended up instead of bringing a

20      sleeping bag and sleeping in the car as I

21      sometimes do, if I went the route of this time

22      I will get a hotel, knowing all the property

23      owner's policies ahead to be compliant and

24      legal, it -- too daunting, if you will.

25    Q. Your declaration to me implies that you

-- BRETT CHRISTIAN - 11/16/2022 --

```
 1          thought that the CCIA applied to the
 2          Adirondack Park.  Was that your understanding
 3          at the time you signed your declaration?
 4     A.   When I signed it at the time, that was my full
 5          belief.  However, New York State political
 6          leaders have said now that it doesn't apply,
 7          but I don't see anything in writing.  So I am
 8          unsure of New York State Government's stance
 9          in that regard.
10     Q.   You understand it has been represented in this
11          lawsuit that the CCIA does not apply to
12          Adirondack Park, right?
13     A.   That's what I have heard.  However, when I go
14          to the Penal Code and I look it up, I haven't
15          seen the legislature make any changes, make
16          any addendums, amendments, corrections in that
17          regard.  And I have to believe the law
18          enforcement has no legal obligation to protect
19          me.
20               Their duty is to enforce the law and
21          catch criminals per the Supreme Court case
22          that happened out of Ohio.  I want to say
23          Akron.  I don't remember the exact name.  I
24          would have to look it up, but because of that
25          I would have to believe any law enforcement
```

-BRETT CHRISTIAN - 11/16/2022-

1          professional whether they are New York State
2          Park rangers, DEC, if they are New York State
3          Police, local sheriff, local town, they would
4          go by this is what's written as the law, this
5          is, therefore, what we must enforce if someone
6          is violating it.
7     Q. So at least as it relates to the Adirondack
8          Park, the statement of political leaders on
9          how the CCIA applies is not enough for you?
10    A. Correct.  Let me add --
11    Q. No.
12    A. Okay.  Sorry.
13    Q. Actually, sorry.  You should be able to add.
14         Go ahead.  I didn't mean to cut you off.
15    A. If I were to go ahead and go there and carry
16         and a law enforcement professional were to
17         observe me and stop me and question me and
18         find that I was carrying, I don't believe that
19         they would find it a sufficient defense or
20         justification to say, well, the Governor or
21         the Attorney General of New York or the head
22         of the State Police has said this --
23    Q. Right.
24    A. -- you know, in a TV interview.  Much like
25         people I know now that are going through the

---

BRETT CHRISTIAN - 11/16/2022

1          permitting process, the way the law is written
2          it says everybody needs the new training
3          requirement and other requirements.  To have,
4          again, politicians who are elected
5          representatives and heads of various
6          departments say, well, we only interpret that
7          or we only mean it applies to downstate
8          counties like Suffolk, Nassau, Westchester and
9          the boroughs and New York City, again, I look
10         at it and I tell people they can say what they
11         want but what's actually written in the law,
12         that's the standard you are held to and this
13         is what it says currently.
14    Q.  Right.  So in the case of Adirondack Park,
15         right, you would not be comforted by the
16         statements of political leaders or the leader
17         of the State Police that Adirondack Park is
18         not -- that we are not going to enforce the
19         CCIA in Adirondack Park, right?
20    A.  Correct.
21    Q.  What kind of plans did you make to go to
22         Adirondack Park in the period of time around
23         Thanksgiving 2022?  What firm plans did you
24         make?
25    A.  I had firm plans, definitive plans.  My plans

──── **BRETT CHRISTIAN - 11/16/2022** ────

1     were to travel to the west central region
2     which is northeast of like Rome, New York.  I
3     would go up.  There's a trail there that I
4     really do enjoy, Tillman.  There's also one --
5     there's a parking area for Blue Mountain off
6     of Route 28 or 8.  Without looking at a map, I
7     do sometimes jumble those.  You park there and
8     I want to say it's Swallow or Smoky Mountain
9     Trail, but Tillman is the primary one that I
10    have enjoyed in that region.
11          So I made plans.  I would take my SUV or
12    Sport Utility Vehicle, fold the seat down,
13    throw a sleeping bag in the back.  I can sleep
14    in the car if need be, but if you leave at
15    5:00 in the morning, drive the legal speed
16    limit, go there, get gas, stop for fast food,
17    you are there about 10:30, 11:00.  The trail
18    is a couple miles long; you enjoy it.  Say you
19    leave by 4:00 p.m., 5:00 p.m. before it starts
20    to get absolutely pitch black, you are back
21    before midnight.  So I can make a day of it if
22    I want to go there and back in one day.
23          Having a couple days off I had gotten
24    excited that, you know what, I have a great
25    sleeping bag with a plaid design interior.  I

```
 1            would stay warm.  It's not that cold yet and
 2            just kind of camp out.
 3       Q. So no hotel plans, right?
 4       A. On this trip, no.
 5       Q. Right.  So you didn't have any particular
 6            place that you were for sure going to stay in
 7            the Adirondack trip that was going to happen
 8            in and around Thanksgiving this year?
 9       A. Correct.
10       Q. Okay.  And did you have a definitive arrival
11            and departure date?
12       A. Wednesday the 23rd would have been the
13            departure date being the first day off work
14            staying through either Friday or Saturday and
15            then returning.  New York State weather
16            dependent of course.  I did get stuck once for
17            an extra day once up near Lake Piseco in New
18            York State.
19       Q. Okay.  But getting to the departure date just
20            because I know you were at Wednesday the 23rd,
21            the coming back date of -- just help me out
22            with the math.
23       A. Either Friday the 25th or Saturday the 26th
24            and then that gives me a day to get ready to
25            return to work.
```

-BRETT CHRISTIAN - 11/16/2022-

1    Q.  Because you wouldn't work Sunday?

2    A.  Sunday, correct.

3    Q.  But either way you didn't make this trip

4        despite political leaders and the

5        representations that have been made in this

6        case because that's not enough for you to be

7        assured that the CCIA wouldn't be enforced in

8        Adirondack Park?

9    A.  Correct.

10            MR. BELKA:  Okay.  Let's take a break.

11       Five minutes.

12

13            (Recess was taken.)

14

15       BY MR. BELKA:

16   Q.  One of the paragraphs in your declaration

17       mentions that you would sometimes walk in

18       local parks.  Do you recall that statement?

19   A.  Yes.

20   Q.  I mean, I will read it to you.  "Carry my

21       firearm for self-defense while walking in

22       local parks or when hiking on trails in

23       largely wooded and marshy areas a few times

24       each month."  Do you recall that?

25   A.  Yes.

—— BRETT CHRISTIAN  -  11/16/2022 ——

1      Q. Okay.  Similar to failing to provide the dates
2         on which you would have made your trip to the
3         Adirondacks, you don't mention which local
4         parks you would carry for in self-defense.  Is
5         that fair?
6      A. Yes.
7      Q. Okay.  Can you tell me what local parks you
8         are referring to in your declaration?
9      A. Yes.  The primary ones, but not all of them,
10        are Stiglmeier Park in Cheektowaga because of
11        being close to where I live, parts of the
12        Clarence Bike Path which are actually two
13        trails running from Amherst off of Transit
14        Road into Clarence.  If you remember the bike
15        path rapist, that's where that stuff happened.
16        The other one would be there's a Shoreline
17        Trail running from the north side of Buffalo
18        where Sheridan Drive approximately hits the
19        190 and it runs up through where -- or sorry,
20        where Sheridan Drive hits the 290, sorry.  And
21        that runs from there up to -- or I am getting
22        my roads confused.  I am sorry.
23             The 190 goes around Buffalo.  Where
24        Sheridan Drive hits the 190 and it runs from
25        there down to where the bridges going to Grand

------- BRETT CHRISTIAN  -  11/16/2022 -------

1          Island are and there's a park and ride
2          directly underneath the bridges.  You go past
3          the old power plant in that section.  It's
4          called the Shoreline Trail, I believe.
5     Q.  What was the middle one that you mentioned?
6          Parts of a trail path into Clarence, what's
7          that one called?
8     A.  There's two trails.  They are both -- in
9          laymen's term people in the area just call
10         them the Clarence Bike Path, but they are two
11         bike and hiking paved trails that run through
12         the woods of that area.
13    Q.  All right.  I asked you to tell me what you
14         meant by local parks in your declaration and
15         you have identified Stiglmeier Park, the
16         Clarence Bike Path, and the Shoreline Trail;
17         is that correct?
18    A.  Yes.
19    Q.  All right.  And understood that you qualified
20         that to say primarily, were there any other
21         local parks in your mind at the time you
22         drafted your declaration, aside from
23         Stiglmeier Park, the Clarence Bike Path and
24         the Shoreline Trail?
25    A.  There are other parks I have been to.  Those

---

BRETT CHRISTIAN  -  11/16/2022

---

1    being the primary most enjoyed.  When I have

2    gone to other parks, I have not kept a running

3    list because I did not know I would need it in

4    the future.  So I cannot be certain of the

5    exact name or like the date and time without

6    speculating.

7  Q. I mean, do you know the date and time on which

8    you have been to Stiglmeier Park?

9  A. Stiglmeier Park, the last time I went was the

10    last Wednesday in August.

11  Q. And what about before the last Wednesday in

12    August, when was the last time you were at

13    Stiglmeier Park?

14  A. That would have been I went Sunday morning,

15    the first Sunday in August.

16  Q. And before that, when was the last time you

17    were at Stiglmeier Park?

18  A. Before that, would have been the end of July.

19  Q. And is the end of July a specific date or

20    time?

21  A. I would have to go back through my calendar.

22  Q. Right.  My point is, I just want to know what

23    you mean by local parks in your declaration.

24    And you have identified Stiglmeier Park, you

25    have identified the Clarence Bike Path and the

---

-------- BRETT CHRISTIAN  -  11/16/2022 --------

```
 1          Shoreline Trail primarily.  And then you note
 2          other parks, but that you haven't -- you might
 3          not know their names?
 4     A.  Correct.
 5     Q.  Okay.  But the reasoning you have for not
 6          providing their names is that you didn't know
 7          that you would be able to -- one second.  Be
 8          required to come up with a date and time.  I
 9          am just saying that that's consistent for the
10          other parks as well?
11     A.  Correct.
12     Q.  Okay.  So is it fair to read the words "local
13          parks" in your declaration in paragraph 7 as
14          Stiglmeier Park, the Clarence Bike Path, and
15          the Shoreline Trail?
16     A.  Yes.
17     Q.  You also note that there were hiking trails
18          and largely wooded and marshy areas a few
19          times each month?
20     A.  Yes.
21     Q.  Okay.  The hiking trails that you are
22          referring to, are they different than
23          Stiglmeier Park, the Clarence Bike Path, and
24          the Shoreline Trail?
25     A.  Those previously mentioned trails are some of
```

```
 1          it, but there are some outside of Erie County
 2          in the Southern Tier.
 3     Q. Okay.  Aside from the ones that we have
 4          already mentioned -- I am just trying to get
 5          the world of local parks and hiking trails.
 6          Aside from the three that we have mentioned,
 7          what else are you referring to?
 8     A. There's one other primary one.  That would be
 9          the Harris Hill State Forest area down near
10          Gerry, New York.
11     Q. How do you spell Gerry?
12     A. G, as in George, E-R-R-Y.  That's towards like
13          Chautauqua way.
14     Q. And when is the last time you were at the
15          hiking trails in Harris Hill?
16     A. Would have been the beginning of June around
17          Father's Day weekend.
18     Q. And what gun were you carrying?
19     A. That would have been my Ruger SP101 and 357
20          Magnum.
21     Q. Both guns?
22     A. That's all one gun.
23              MR. BELKA:  Oh, I deserve that.  Can you
24          read me back again what the gun was?
25
```

**BRETT CHRISTIAN - 11/16/2022**

1              (The answer was read.)

2

3       BY MR. BELKA:

4    Q. Where did you carry it on your person when you

5       were on the hiking trails at Harris Hill in

6       the beginning of June around Father's Day of

7       this year?

8    A. That was an inside-the-waistband holster

9       concealed.

10   Q. The inside-the-waistband holster that you use

11      for your 357 Ruger, do you know the brand of

12      it?

13   A. I do not.

14   Q. Do you know what color it is?

15   A. It is light brown.  It is a little bit lighter

16      than a baseball glove.

17   Q. How do you -- how does it attach to the

18      waistband?

19   A. It has a belt clip.  The holster part, the

20      leather part goes inside the waistband.

21      There's a metal clip that goes on the outside

22      so it -- if I can try to describe it, like

23      this (indicating).  And then you would put

24      your shirt, your garment over that.

25   Q. Are you concerned at all about printing?

1    A. I am.

2    Q. And what do you do to prevent printing?

3    A. Pick a gun that is suitable for the event or

4       activity that I am doing for proper retention

5       as well as the size of it and where it is

6       located on my body and then also the type of

7       holster.  Concealed means concealed.

8    Q. How many holsters do you own?

9    A. Approximately, between six or seven.

10   Q. Is it fair to say that in your declaration

11      when you refer to local parks or hiking on

12      trails in largely wooded areas and marshy

13      areas, you are referring to Stiglmeier Park,

14      the Clarence Bike Path, Shoreline Trail and

15      Harris Hill State Forest in Gerry, New York?

16   A. Primarily, yes.

17   Q. Okay.  Is there anything else that you are

18      referring to that you can articulate for me

19      here today?

20   A. Not at this time.

21   Q. Do you think that there's some other time that

22      you might be able to articulate to me what you

23      mean by local parks or when hiking on trails?

24   A. I would have to go through a map.  I am a very

25      well-traveled individual.  I have not been to

1      every park and public land and location in New
2      York State, but I have been to I would say
3      probably without going into speculation,
4      80 percent of them and I would have to --
5      these are the primary ones that I go to
6      frequently.  The other are a far more
7      infrequent amount of time between when I go.
8      Sorry.  Trying to put it together.
9             MR. ROTSKO:  Object on the grounds that
10      the question calls for speculation as well as
11      it is irrelevant given that he has identified
12      examples of parks.
13             MR. BELKA:  I disagree.  And he's
14      clarifying terms in his declaration and what
15      they mean since local parks is meaningless, but
16      that's argument and let's do that later.
17
18      BY MR. BELKA:
19   Q. Is it fair to say that when you wrote local
20      parks or hiking trails, primarily you were
21      referring to Stiglmeier Park, the Clarence
22      Bike Path, Shoreline Trail, and Harris Hill
23      State Forest in Gerry, New York?
24   A. Primarily, yes.
25   Q. Within your trip to the Adirondacks and

---BRETT CHRISTIAN  -  11/16/2022---

1      elsewhere in your declaration, you

2      mentioned -- well, strike that.

3          Regarding your testimony today related

4      to the planned trip to the Adirondacks and in

5      your declaration elsewhere, you refer to not

6      being able to carry on private property that

7      is open to the public and that prevents you

8      from failing to visit gas stations or hardware

9      stores.  Do you remember that testimony?

10  A. Yes.

11  Q. Okay.  And as it relates to the Adirondack

12     Park, I will just note that the travel to the

13     Adirondack Park is not identified as a barrier

14     in your declaration.

15  A. Clarification, please.  I am not

16     understanding.

17  Q. Okay.  Don't even worry about it, okay?  We

18     will just move on from a point I was making,

19     but isn't really for a deposition anyway,

20     okay?  Well, no.  Let's clarify because you

21     asked me to.

22          Okay.  In the section where you talk

23     about the time off for the Adirondack Park,

24     your declaration says that the CCIA is

25     preventing you from entering the Adirondack

———— BRETT CHRISTIAN  -  11/16/2022 ————

1           Park, but not that the CCIA is preventing you

2           from traveling to the Adirondack Park.  Do you

3           understand that?

4     A.  Yes.

5     Q.  Okay.  However, elsewhere in your declaration

6           you do say that travel for you has been

7           inhibited by the CCIA, right?

8     A.  Yes.

9     Q.  Okay.  And do you remember those sections of

10          your declaration?

11    A.  Yes.

12    Q.  Okay.  You say you can't go to the gas station

13          or hardware stores because the CCIA prevents

14          it?

15    A.  Yes.

16    Q.  Okay.  Before we get into how the CCIA

17          prevents those things allegedly, what gas

18          stations are you visiting weekly -- strike

19          that.

20                What gas stations are you referring to

21          when you wrote your declaration?

22    A.  Locally that would be Delta Sonic as I have a

23          Delta Sonic gas card.  When traveling outside

24          of Buffalo and the suburbs, to use laymen's

25          terms, it simply would be whatever is

---

BRETT CHRISTIAN - 11/16/2022

1          available when you need gas.  I am not as
2          picky as long as it's name brand.
3     Q.  Okay.  You also refer to monthly visits to
4          hardware stores.
5     A.  Yes.
6     Q.  What hardware stores are you referring to in
7          your declaration?
8     A.  Primarily, Valu hardware stores.
9     Q.  And that's Valu with no E?
10    A.  Yes.
11    Q.  It's mostly for her (indicating).
12              What Valu hardware store?  Like where is
13         it located?
14    A.  There is one within minutes of where I live.
15         It's off of George Urban Boulevard and Dick
16         Road in a plaza across from Wegmans.
17    Q.  Primarily is that the hardware store you are
18         referring to in your declaration?
19    A.  Yes.
20    Q.  Okay.  And it is your position that that Valu
21         on George Urban and Dick Road does not have
22         conspicuous signage that allows you to
23         concealed carry on their property, right?
24    A.  Yes.
25    Q.  Have you inquired as to whether or not that

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

----- BRETT CHRISTIAN - 11/16/2022 -----

1       Valu hardware store allows you to concealed
2       carry?
3    A. I have asked the cashier.  They did not want
4       to give an answer because of reasons that I do
5       not know.
6    Q. Is it because the cashier is the wrong person
7       to ask?  I am legitimately asking that
8       question.
9    A. When I have been there, I have seen manager --
10      I have seen everybody working the cashier and
11      I don't know what everybody's job title is.
12   Q. Okay.  Other than asking the cashier, have you
13      made any other efforts to inquire as to the
14      policy at Valu as it relates to concealed
15      carry?
16   A. I tried calling their corporate number to find
17      out, and the person I spoke to did not want to
18      give an answer.  They said they simply defer
19      to New York State and local law enforcement.
20   Q. By not having conspicuous signage according to
21      the law, isn't Valu giving you an answer as to
22      their position on concealed carry?
23   A. Yes.
24   Q. And what is that answer as you understand it?
25   A. That it is not allowed.

1    Q. Okay.  And do you believe that as a property

2       owner, Valu can tell you not to conceal carry

3       on their property?

4    A. Yes.  If they communicate it to me directly,

5       personally.

6    Q. But not through signage?

7    A. If they were to post a sign saying

8       specifically that's not allowed, but to have

9       nothing posted at all is vague.  And again if

10      a police officer were to come, what exactly is

11      in writing posted that would justify what I am

12      or am not doing.

13   Q. Valu can allow you to concealed carry on their

14      property by posting conspicuous signage,

15      correct?

16   A. They could, correct.

17   Q. They have not done that, correct?

18   A. Correct.

19   Q. And in New York that means that you are not

20      allowed to concealed carry on Valu's property,

21      right?

22   A. Correct.

23   Q. And having spoken to the cashier and called

24      the corporate number, you have no indications

25      otherwise that they want you to concealed

-BRETT CHRISTIAN  -  11/16/2022-

1          carry on their property, correct?

2     A. Correct.

3     Q. And you think that the only way they should

4          disallow you from concealed carry on their

5          property is if they say it to you directly?

6              MR. ROTSKO:  Objection.

7     Q. You still have to answer.

8     A. Not in the sense of saying it verbally, but it

9          should be explicitly posted and written much

10         like a no trespassing sign or no parking sign

11         or in Buffalo the various you can park from

12         this time to this time but not this time where

13         it's very black and white, so that way the

14         common man would understand and it would make

15         sense.

16    Q. But you understand.  You know what it means

17         when Valu fails to post conspicuous signage

18         permitting you to concealed carry.  You know

19         that means you are prohibited, right?

20    A. Correct.

21    Q. Another paragraph in your declaration is about

22         the difficulties of travel and trying to find

23         the conspicuous signage.  Do you recall that

24         paragraph?

25    A. Yes.

─── **BRETT CHRISTIAN - 11/16/2022** ───

1    Q. Okay.  And I am going to characterize, but the

2       idea of the paragraph is the conspicuous

3       signage might be hard to find, you are on the

4       property and that makes it uncomfortable for

5       you, right?

6    A. Yes.

7    Q. Okay.  If the situation were reversed, as you

8       request, and conspicuous signage needing to be

9       posted preventing you from concealed carrying

10      on the property, wouldn't you run into the

11      exact same issue?

12          MR. ROTSKO:  Objection.  Calls for

13      speculation.

14   Q. You still have to answer.

15   A. If it was done in a way that the signage was

16      uniform, the requirements, a certain size,

17      certain font, certain words being used so it

18      was the same wherever you went.  And in ways

19      like other states like Texas does where it has

20      to be posted at the entrance to the building,

21      not the entrance to the property.  So if, for

22      example, I was to go to a supermarket to go

23      grocery shopping and I pull in the parking lot

24      and I go to walk up to the entrance and I see

25      they have a signage, I can turn around and go

---

**BRETT CHRISTIAN  -  11/16/2022**

1          back to my car and safely store, however the

2          law is written, my firearm.

3     Q.   What mechanism do you have in your 2023 Honda

4          HR-V to safely store your firearm?

5     A.   I have had since before I got my permit, I

6          bought it in advance -- well, I got my permit.

7          Before I took possession of my first firearm,

8          my first pistol, let me clarify, I bought a

9          safe that has a braided cable that attaches to

10         the inside of the safe.  The cable in cars I

11         wrap around the seat frame that is bolted to

12         the passenger seat of the car.  And thus, when

13         you put the pistol inside unloaded, magazine

14         ejected and you lock it, it goes under the

15         seat of the passenger seat so it's out of

16         sight even to prevent theft.

17              With my HR-V I was not able to do that

18         with the seat design so the cable runs

19         through -- in the cargo area by the rear

20         tailgate there's a metal hook that you would

21         attach like a cargo net to or tie cargo down.

22         The metal hook is welded to the body of the

23         vehicle.  I run the cable through that, secure

24         the firearm in that.  So in order to store my

25         firearm, I would make it safe, put it in there

---

---

**BRETT CHRISTIAN - 11/16/2022**

---

1          and lock it and then throw a blanket over it.

2          Again, prying eyes.  I don't want to have

3          theft.  I take it very serious.

4     Q.  And where is it located in your -- this

5          storage unit, where is it located in your

6          Honda HR-V?

7     A.  In my HR-V it is in the cargo area behind the

8          rear seat.  You open the tailgate to access

9          that area.

10    Q.  Oh, because the Honda HR-V is kind of like a

11         pickup truck?

12    A.  That's an SUV.  It is smaller than an Equinox,

13         a CR-V.

14    Q.  Oh, so when you say lift up the tailgate, you

15         mean like the very back portion?

16    A.  The back cargo hatch, like the rear hatch of a

17         Station Wagon.

18    Q.  You note in your declaration that people might

19         be uncomfortable if they see you disabling

20         your firearm in your car.

21    A.  Yes.

22    Q.  Do you remember that?

23    A.  Yes.

24    Q.  On what do you base that other people might be

25         concerned with your disabling of the firearm

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

135 Delaware Avenue, Suite 301, Buffalo, New York  14202

716-853-5544

1           by the tailgate of your HR-V?

2      A.  I base it upon the action I would have to go

3           through to comply, which is pull over on the

4           side of the road before entering the property,

5           get out of the driver's door, walk to the

6           back, put the tailgate up.  Then I would have

7           to first draw the pistol from a holster, I

8           would have to eject the magazine while the gun

9           is pointed in a safe direction, which in that

10          case would be straight at the ground.  I would

11          have to eject a live round, then store the

12          firearm and lock it up.  In doing that,

13          looking at New York State Law, one thing that

14          worries me is New York State Law seems to have

15          provisions for publicly displaying or having

16          out in public a firearm while hunting.  A

17          firearm meaning all guns.

18               The other thing they seem to have is if

19          you are at the gun range or a gun club, some

20          sort of sport target shooting of some type,

21          everything else seems that a police officer

22          can interpret it as brandishing because you

23          are displaying it in public.  The other thing

24          to look at for the common person in New York,

25          all the time you see in the police blotter

1      throughout the state people calling the cops

2      on other people because they think so-and-so

3      had a gun, but it was an umbrella.  They think

4      so-and-so had a gun, but it was a cellphone.

5      People in New York, as opposed to what I found

6      in my travels in other states, they tend to be

7      more skittish, more scared of guns.

8            So based upon that in my experience, I

9      would worry that either a police officer

10     driving by and here is a person on the side of

11     a public road that has a handgun in their

12     hands and there's a live round coming out or a

13     mother with her two kids driving down the road

14     might feel scared by that because it's being

15     displayed in public.  I have always felt

16     concealed means it's concealed.  It is not

17     openly waved about, if you will.

18  Q. Isn't it the same if the private property

19     prevents you from carrying on their property?

20     You still have to go and store your firearm,

21     right?

22  A. Yes.

23  Q. So if they prevent you by conspicuous signage

24     or they prevent you because the law says that

25     there is no conspicuous signage and that

-------- BRETT CHRISTIAN  -  11/16/2022 --------

1          prevents you, the process of disabling your

2          firearm is going to be the same?

3     A.  Correct.

4     Q.  Have you ever seen other people at the

5          tailgate of their car not disabling a firearm?

6     A.  Most people that I have talked to either say

7          they intend to ignore the law, which is not

8          how we have a law-abiding society.

9     Q.  I am going to cut you off just because it's

10         not an answer to the question, okay?

11    A.  Okay.

12    Q.  The question is:  Have you ever seen other

13         people at the rear of their car with a

14         tailgate doing anything other than disarming a

15         weapon?

16    A.  No, I have not.

17    Q.  You have never seen somebody load groceries in

18         the back of a car?

19    A.  Oh, I thought you meant have I -- I have seen

20         people at the back of a vehicle loading cargo,

21         yes.

22    Q.  Right.  Okay.  Like 99 percent of the time

23         somebody is at the back of their car, they are

24         doing something other than disarming their

25         weapon, right?

-BRETT CHRISTIAN  -  11/16/2022-

1    A. Yes.

2    Q. So sitting at the back of your car, okay,

3       doing something in the back of your car is not

4       necessarily suspicious in and of itself,

5       right?

6    A. Not always, no.

7    Q. How long does it take you to disarm and store

8       your firearm?

9    A. If I had to estimate an approximation of time

10      because I have never timed it, it would be

11      somewhere between 30 to 40 seconds.

12          MR. BELKA:  Okay.  We are going to take

13      a break to deal with an annoying sound.  One

14      second.  Off the record.

15

16          (Recess was taken.)

17          (The question and answer were read.)

18

19   BY MR. BELKA:

20   Q. One of the other areas that your declaration

21      addresses is when traveling the private

22      property provisions of the CCIA prevent you

23      from taking bathroom breaks.  Do you recall

24      that?

25   A. Yes.

1    Q. Okay.  Can you describe what you mean by that?
2    A. If I was traveling and I needed to either
3       while driving or hiking stop and use a
4       bathroom and whether it's a fast food
5       restaurant, a coffee shop, private business,
6       what have you, and I need to use the
7       facilities, I am carrying a firearm, I can't
8       go to their property now because they don't
9       have it posted and I -- or I don't know ahead
10       of time if they have it posted because trying
11       to find out who owns the property and who is
12       the legal mouthpiece to make such decisions is
13       sometimes very hard to track down.
14    Q. Have you ever tried to track it down by
15       calling ahead?
16    A. I have with some, but it gets so difficult and
17       either people don't want to comment; they
18       don't want to make a decision.  They say about
19       liability, that they are defaulting to what
20       New York State says.  So it's neither a yes or
21       no.
22    Q. Is that a direct quote from somebody that you
23       spoke to that they are defaulting to what New
24       York State said?
25    A. Yes.

1    Q. Who told you that?

2    A. It was an employee at a Tim Hortons around the

3        corner from me.  It is Wehrle Drive and it's

4        either Dick Road or Cayuga Road.  M&T Bank has

5        a facility right across the street from them.

6        There's an OTB gambling spot directly behind

7        that was robbed about a year ago in a brazen

8        robbery.

9    Q. Were you trying to take a bathroom break at

10       this Tim Hortons near your house?

11   A. I was on my way home.  Lunch had started to

12       rapidly disagree with me, not trying to get

13       gross, and I was unsure that I was going to

14       make it home.

15   Q. And did you talk to that Tim Hortons employee

16       by phone or in person?

17   A. I called them.

18   Q. And what can you recall about what you said to

19       them and what they said to you?

20   A. I simply asked per New York State Law do you

21       have any signage allowing the lawful

22       possession of firearms to be carried on your

23       property to know that if I would be legal to

24       do so, and they responded with they are not

25       really going to make a decision on that.  They

-BRETT CHRISTIAN - 11/16/2022-

1        simply default to what New York State says and
2        then they hung up on me.
3   Q.   What level of person were you talking to at
4        Tim Hortons, like a baker or cashier?  Who
5        were you talking to?
6   A.   That I do not know.  They did not identify
7        their position in the company.
8   Q.   Right.  But you called the franchise location
9        you were trying to use the bathroom at?
10  A.   Correct.
11  Q.   Right.  And if that Tim Hortons had decided
12       not to allow concealed carry through
13       conspicuous signage, you would be in the same
14       spot, right?
15  A.   Approximately, yes.  But I would not have
16       ended up having an accident in my vehicle.  I
17       would have seen a sign and just kept going.
18  Q.   Look, I am not sure I want to clarify this,
19       but when you say "accident," are you talking
20       about a car accident, are you talking about an
21       accident related to going to the bathroom?
22  A.   A urination accident.
23  Q.   Okay.  Do you have some sort of a medical
24       condition that exacerbated or otherwise may
25       have caused that urination accident?

------- BRETT CHRISTIAN - 11/16/2022 -------

1    A. I drink a lot of coffee.

2    Q. Right.  So not a medical condition?

3    A. No medical condition.

4    Q. Right.  Can you think of any other times in

5       which you have called ahead to inquire about

6       the policy, the carriage policy at a location

7       that you were attempting to go to?

8    A. I have called ahead to both Tops and Wegmans

9       grocery stores.  I have called Cabela's on

10      Walden and also, I have called ahead to

11      Danny's on Genesee near the airport and Otto's

12      off of Union near Genesee.  They are

13      restaurants.

14   Q. Did you say Denny's like D-E-N-N-Y-S?

15   A. D-A-N-N-Y-S, Danny's.

16   Q. Okay.  And the last one was Otto's?

17   A. Otto's.

18   Q. And how do you spell Otto's?

19   A. O-T-T-O-S.

20   Q. Okay.  And in your conversation calling ahead

21      to the Tops grocery store in order to

22      determine their policy on carriage, what did

23      you say to them and what did they say to you?

24   A. Calling both to Tops and Wegmans, I inquired

25      towards the first week of September when

-------- **BRETT CHRISTIAN  -  11/16/2022** --------

1        changes took effect if they permitted the
2        lawful, for licensed permit holders, carrying
3        of concealed firearms on their property.  With
4        both of those again I don't know the ranking
5        level, that would be the word I would select,
6        of the employee.  They both said that they
7        were declining to comment at this time.  I
8        would have to talk to a corporate location and
9        track down somebody in corporate.  Not a
10       specified person, but someone in corporate.
11   Q.  And did you do that?
12   A.  I tried, got bounced around, could not get
13       definitive answers.  Answers in the sense
14       either explicit, on-the-record verbal
15       permission or explicit, on-the-record written
16       permission.
17   Q.  Did you ever go to those locations and see
18       whether or not there was conspicuous signage?
19   A.  I have.
20   Q.  Okay.  And if you went to those locations, did
21       you see conspicuous signage?
22   A.  At Tops and Wegmans, the stores that I have
23       been to do not have anything posted saying
24       that it is allowed.
25   Q.  And so pursuant to New York State Law, what

--- BRETT CHRISTIAN  -  11/16/2022 ---

1      did that communicate to you?
2  A. That communicated to me that it would be a
3      violation of law to bring onto the property a
4      firearm.
5  Q. Right.  So at the time you saw no conspicuous
6      signage on Tops and Wegmans, you knew that you
7      were not allowed to concealed carry on their
8      properties?
9  A. Yes.  Once I went on the property.  I decided
10      to, when I made my next shopping trip, to not
11      carry at all, leave it at home because I did
12      not know what was going to happen and pulling
13      a firearm out in public to me is unsafe if you
14      are doing it at all.  So I went without and
15      that's when I see that there's nothing posted.
16  Q. All right.  And your calling ahead to Cabela's
17      on Walden to determine their policy on
18      carriage, what did you say to them and what
19      did they say to you?
20  A. I asked them if they permit lawful permit
21      holders to carry concealed on their person on
22      their property.  Cabela's said as long as you
23      follow New York State Law, not threatening
24      people, not waving it about, not trying to
25      commit a crime, that they do have signage

─ **BRETT CHRISTIAN** ─ **11/16/2022** ─

1           posted at their front door, but not the

2           entrance to the property that does allow it.

3     Q.   Through a phone call were you able to

4           determine that concealed carry on the Cabela's

5           property was allowed?

6     A.   Through a verbal phone call I was able to see

7           and then when I actually went to the property,

8           I had seen on the doors, the entrance to the

9           building that they do have it posted now.

10    Q.   Right.  But my point is, is that through a

11          phone call to Cabela's on Walden you were able

12          to determine your rights as to carriage on

13          their private property?

14    A.   I was able to determine, but not confirm

15          because on a phone call I have no guarantee

16          that the person I am speaking to is who they

17          say they are and if I were to take their word

18          and then arrive and then law enforcement,

19          something happens and they are there, it would

20          be he said, she said.  Where's my proof?

21          Where's my proof in writing?

22    Q.   Right.  And just falling back on prior

23          testimony, no state police person -- you have

24          not been arrested for violations of the CCIA,

25          right?

-- BRETT CHRISTIAN - 11/16/2022 --

1      A. As of this date, I have not.

2      Q. Right.  And nobody has approached you to

3         enforce the CCIA, correct?

4      A. Not yet.  I don't know the future.

5      Q. Right.  You mentioned that you called Tops and

6         Wegmans to determine their carriage policy in

7         the first week of September, correct?

8      A. Correct.

9      Q. And you signed your declaration on the 26th of

10        September, correct?

11     A. Correct.

12     Q. And you could have included that information

13        in your declaration, but did not, correct?

14     A. I did not because, again, not being a legal

15        person I did not know.

16     Q. So the next question is, why --

17            MR. ROTSKO:  Objection to the extent it

18        calls for attorney-client privileged

19        communications as well as work product which is

20        protected and I direct Mr. Christian not to

21        answer with any of that information.

22            MR. BELKA:  I just want to be clear

23        about what question he's not answering.  I am

24        asking him why he did not include his calls to

25        Wegmans and Tops to determine their carriage

--- BRETT CHRISTIAN  -  11/16/2022 ---

```
 1          policy that he made on September 1st, the first
 2          week of September, why he did not include that
 3          in his declaration that is dated September
 4          26th.  And you are directing him not to answer
 5          that question?
 6               MR. ROTSKO:  Yes.
 7               MR. BELKA:  And the reason he is being
 8          directed not to answer that question is why?
 9               MR. ROTSKO:  The attorney-client
10          communication privilege and the work product
11          protection doctrine.
12
13          BY MR. BELKA:
14     Q.  Did you call Cabela's on Walden at around the
15          same time that you called Tops and Wegmans?
16     A.  Yes.
17     Q.  And Cabela's confirmed their carriage policy
18          on the phone with you, correct?
19     A.  Yes.
20     Q.  Why did you not include your phone call to
21          Cabela's which took place approximately the
22          week of September 1st in the declaration that
23          you signed on September 26th?
24               MR. ROTSKO:  Objection on the grounds of
25          attorney-client privileged information and work
```

---BRETT CHRISTIAN  -  11/16/2022---

1        product protection doctrine.  Directing
2        Mr. Christian not to answer that question.
3    Q. You also mentioned that you contacted Danny's
4        and Otto's, correct?
5    A. Correct.
6    Q. And did you do that at around the same time
7        that you contacted Tops, Wegmans, and
8        Cabela's?
9    A. Correct.
10   Q. Right.  And that timeframe is the first week
11       of September?
12   A. Correct.
13   Q. Okay.  What did Otto's say regarding their
14       carriage policy?
15   A. Both restaurants said that they declined to
16       answer as they had not been able to make a
17       decision as the recently implemented law, they
18       were unsure of either liability to their
19       business or if they decided to allow it, what
20       met the requirements for posting signage on
21       the property.
22   Q. Both Otto's and Danny's said the exact same
23       thing, that they had not yet made a decision;
24       it was a recently implemented law and they
25       weren't sure what signage to post?

─── BRETT CHRISTIAN - 11/16/2022 ───

1    A. Both of them said that.  Not the exact words

2       verbatim because I did not write it down, but

3       that was the gist.  That was the scope of

4       their messages.

5    Q. Did you ever go to Otto's and Danny's to

6       determine whether or not they had conspicuous

7       signage posted?

8    A. I went the following weekend, the one after

9       Labor Day, and neither one had anything posted

10      at that time.

11   Q. By Otto's and Danny's failing to post

12      conspicuous signage, did you understand that

13      you were not allowed to carry on their

14      property?

15   A. I would have to speculate that it's not

16      allowed because they are not expressively

17      saying it is.

18   Q. All of that, the phone call to Otto's and

19      Danny's and Tops and Wegmans determining and

20      going to those locations to determine the

21      conspicuous signage, all of that happened

22      prior to you signing the declaration on

23      September 26th, 2022?

24   A. Yes.

25   Q. Okay.  And none of that is included in your

-BRETT CHRISTIAN - 11/16/2022-

1     declaration, correct?

2  A. Yes.

3  Q. Why did you not include the information as it

4     relates to Tops, Wegmans, Cabela's, Danny's

5     and Otto's in your declaration?

6        MR. ROTSKO:  Objection on the grounds of

7     attorney-client privileged communications and

8     work product protection doctrine.  Directing

9     Mr. Christian not to answer that specific

10    question.

11

12    The following were marked for identification:

13    Exhibit 2  -  Declaration

14

15    BY MR. BELKA:

16 Q. Mr. Christian, I am handing you what has been

17    marked as Exhibit 2.  Do you see it?

18 A. I do.

19 Q. If you would leaf through it to the back, it's

20    a four-page document.  What is this?

21 A. This is the last page of it with my signature.

22 Q. Right.  But Exhibit 2 is what?

23 A. Clarification, please.

24 Q. Okay.  I am going to represent to you that

25    Exhibit 2 is the declaration that you have

---BRETT CHRISTIAN - 11/16/2022---

 1        submitted in this case and which we have been
 2        talking about today.
 3    A. Yes.
 4    Q. Okay.  And you understand that the declaration
 5        I was referring to, a copy of it is Exhibit 2?
 6    A. Yes.
 7    Q. Okay.  Do you know who John Boron is?
 8    A. I do not know him personally, no.
 9    Q. Okay.  So go to the front first page of
10        Exhibit 2.  You can see that John Boron's name
11        is in what we call the caption.  Do you see
12        that?
13    A. Yes, I do.
14    Q. Okay.  And do you know why Mr. Boron withdrew
15        as a plaintiff in this case?
16    A. I do not.
17    Q. Has anyone ever communicated to you anything
18        related to the withdrawal of Mr. Boron as a
19        plaintiff in this case?
20    A. No.
21            MR. ROTSKO:  Objection to the extent
22        that it calls for attorney-client
23        communications.
24
25        BY MR. BELKA:

------- **BRETT CHRISTIAN** - 11/16/2022 -------

```
 1     Q. If you will go to page 4 of Exhibit 2.  Is
 2        that your signature?
 3     A. Yes.
 4     Q. Okay.  And you will also note that it states
 5        that it was executed on this 26th day of
 6        September 2022.  Do you see that?
 7     A. Yes.
 8     Q. Is that the date on which you signed the
 9        document that is in front of you as Exhibit 2?
10     A. Yes.
11            MR. BELKA:  Can you read that back?
12
13         (The question and answer were read.)
14
15        The following were marked for identification:
16        Exhibit 3  - New York State concealed carry
                          license application
17
18        BY MR. BELKA:
19     Q. Mr. Christian, I am handing you a document
20        labeled as Exhibit 3 to your deposition.  Do
21        you see it?
22     A. Yes, I do.
23     Q. What is it?
24     A. That is State of New York Pistol/Revolver
25        License Application.
```

---

BRETT CHRISTIAN - 11/16/2022

1    Q. Okay.  Is this what we have been referring to
2       colloquially as your concealed carry
3       application for licensure?
4    A. Yes.
5    Q. Okay.  And if you go to page 2, sort of in the
6       middle, on what date did you sign this?
7    A. The 30th day of January 2020.
8    Q. And is it fair to say that you applied for a
9       concealed carry license in the State of New
10      York on or about January 30th, 2020?
11   A. Yes.
12   Q. And that's reflected in Exhibit 3?
13   A. Yes.
14
15      The following were marked for identification:
16      Exhibit 4  -  List of firearms
17
18      BY MR. BELKA:
19   Q. Mr. Christian, I am handing you an exhibit
20      marked exhibit -- strike that.
21           Mr. Christian, I am handing you a
22      document marked Exhibit 4 to your deposition.
23      Do you see it?
24   A. Yes, I do.
25   Q. Okay.  Can you tell me what it is?

---

─── **BRETT CHRISTIAN - 11/16/2022** ───

1      A. It appears to be from some point in time.

2         It's not dated, but a list of -- or, yeah, I

3         guess a list would be the best word.  A list

4         of the pistols or revolvers on my permit at

5         that time.

6      Q. I just counted.  It reflects ten pistols or

7         revolvers.  Do you see that?

8      A. Yes.

9      Q. And you recognize that these are a

10        representation of your pistols or revolvers

11        that were on your permit at some period of

12        time, correct?

13     A. Yes.

14     Q. Okay.  Is this a relatively recent

15        documentation of the handguns that you have on

16        your permit?

17     A. Clarification.  When you say "recent", what

18        timeframe?

19     Q. Sure.  I mean, does this in large part

20        accurately reflect the handguns on your permit

21        at this time?

22     A. For the last year I would say no.  There are

23        quite a few that I no longer own, and there's

24        quite a few new ones.

25     Q. Okay.  Can you identify for the record which

**BRETT CHRISTIAN - 11/16/2022**

1          of these weapons you no longer own at present?

2     A.  The German sports guns, manufacturer one, the

3          Glock 19X and Glock 27, the -- people call it

4          CZ, but the Ceska -- I am butchering the name,

5          but it would be listed model, Shadow 2, that

6          one.  The one below it, manufacturer is

7          France, the 509C and the Smith & Wesson at the

8          very bottom, 4566.  So those I have all sold

9          and replaced with different ones.

10    Q.  You sold and replaced the six identified guns

11         within the last year?

12    A.  Year, year and a half.  Thereabouts, yes.

13    Q.  But you did testify that you have 11 handguns.

14         So you have replaced them with other handguns?

15    A.  Yes.  Correct.

16              MR. BELKA:  Brett, I don't think I have

17         any other questions for you reserving my right

18         depending on whether or not Mr. Rotsko has

19         additional questions for you.

20              Mr. Rotsko?

21              MR. ROTSKO:  Thank you, Mr. Belka.  I do

22         have some questions.

23

24         EXAMINATION BY MR. ROTSKO:

25    Q.  Mr. Christian, is it correct that earlier

1      today you testified that during the period

2      after you obtained your concealed carry

3      license and September 1st, 2022, you hiked in

4      Stiglmeier Park?

5  A. Yes.

6  Q. About how many times a month, if you could

7      estimate, did you hike in Stiglmeier Park

8      during that time?

9  A. Approximately, two to three times a month.

10  Q. Did you carry a pistol in a concealed fashion

11      in Stiglmeier Park on those hikes?

12  A. Yes.

13  Q. Have you hiked in Stiglmeier Park since

14      September 1st, 2022?

15  A. I have not.

16  Q. Can you explain why not?

17  A. Based upon past experiences, not being able to

18      carry and not having the guarantee per the

19      Supreme Court that law enforcement will always

20      be there to protect me, I can't guarantee my

21      safety.  If I can't guarantee my safety or

22      have the means to protect myself, I find it

23      best to avoid going to the areas.  Don't put

24      yourself in trouble is a good way to stay

25      safe.

BRETT CHRISTIAN - 11/16/2022

```
 1    Q.  Is there anything that could happen that
 2        would -- that you would feel comfortable going
 3        back to Stiglmeier Park for hikes?
 4    A.  I am sorry.  Say it again.
 5    Q.  Let me rephrase that.  In your -- what would
 6        have to happen for you to feel comfortable to
 7        return to Stiglmeier Park at the same rate
 8        that you did prior to September 1st, 2022?
 9    A.  I would have to know that I could exercise my
10        constitutional right to be able to have a
11        pistol or revolver for my self-defense if the
12        need arose in accordance with Article 35 of
13        New York State Law.
14    Q.  If that happened, how often would you return
15        to Stiglmeier Park as part of your routine
16        that you had prior to September 1st, 2022?
17    A.  I would like to resume my previous frequency
18        of two to three times a month to enjoy that
19        park.
20    Q.  Is it correct that earlier today you testified
21        that after you obtained a concealed carry
22        license you hiked in the Clarence Bike Path?
23    A.  Yes.
24    Q.  Are there any areas of the Clarence Bike Path
25        where you would not hike?
```

*BRETT CHRISTIAN - 11/16/2022*

1    A.  Yes.  On one of the trails when you start
2        getting towards what is called Clarence
3        Center.  I believe that's the actual town
4        name.  There's a Clarence Town Park that the
5        bike path runs through, again, to use the
6        laymen's terms of bike path.  I don't enter
7        that point because as far as I have been able
8        to tell talking to law enforcement,
9        researching on the internet, Clarence has a
10       prohibition against that.  So that part I
11       don't go into.
12   Q.  Prior to your hikes on the Clarence Bike Path,
13       to what extent, if any, did you inquire with
14       law enforcement officials about whether you
15       can carry concealed on those bike paths?
16   A.  When I first got my permit, the places that I
17       frequent I spent a couple days making phone
18       calls just to try and find out this
19       information.
20   Q.  Do you remember which law enforcement -- well,
21       were those phone calls to law enforcement?
22   A.  Yes.  For Clarence, Clarence doesn't have a
23       police department.  That was the Erie County
24       Sheriff's Office.
25   Q.  Do you recall the guidance the Erie County

-- **BRETT CHRISTIAN** - 11/16/2022 --

1          Sheriff's Office provided you?

2     A.   The person that answered the phone at the

3          sheriff's office told me that the town park,

4          the Clarence Town Park section is off limits,

5          but the rest as far as they were aware was

6          okay.

7     Q.   And on the areas of the Clarence Bike Path

8          that you used prior to September 1st, 2022,

9          and after you had your concealed carry permit,

10         did you carry a pistol in a concealed manner?

11    A.   Yes.

12    Q.   Have you walked or hiked on the Clarence Bike

13         Path after September 1st, 2022?

14    A.   No, I have not.

15    Q.   Could you explain why?

16    A.   Because, again, it is very wooded.  Clarence

17         does not have a police department of its own.

18         It relies on the sheriffs.  There's not a

19         sheriff deputy standing on every street

20         corner, every couple of feet.  The prior

21         history of the bike path, there was years and

22         years ago the rapist on there that attacked

23         women.  I have no guarantee in the future that

24         something else wouldn't happen there.

25              I have also encountered there and at

-------- BRETT CHRISTIAN - 11/16/2022 --------

1      Stiglmeier wild turkeys.  Until I encountered
2      them, you would think that they are a joke.
3      They can be, especially when you get into the
4      fall, very aggressive and a turkey on the
5      Thanksgiving dinner plate is a lot smaller
6      than in real life.
7   Q. If the CCIA had not taken effect on
8      September 1st, 2022, would you have continued
9      to walk the Clarence Bike Path?
10  A. Yes.  I would have.
11  Q. About how often did you do that prior to
12     September 1st, 2022?
13  A. Approximately, two to three times a week.
14  Q. Would you anticipate doing that -- excuse me.
15     I am going to start over.  Strike that
16     question.
17         Would that habit have continued in your
18     anticipation if the CCIA had not taken effect?
19  A. Yes.
20  Q. And would you return to that habit if the CCIA
21     was repealed or enjoined?
22  A. Yes.
23  Q. Earlier today you testified to hiking in
24     Harris Hill State Lands; is that correct?
25  A. Yes.

1    Q. Did that occur after you obtained the New York

2       State concealed carry license?

3    A. Yes.

4    Q. Did you carry a pistol on the Harris Hill

5       State Lands in a concealed manner?

6    A. Yes.

7    Q. Have you hiked -- about how often would you

8       hike on the Harris Hill State Land?

9    A. It would average out to about once a month.

10      More frequently in spring, summer, fall.  Less

11      frequently in winter just due to my days off

12      or time off work versus weather cooperating.

13   Q. Have you hiked at the Harris Hill State Lands

14      after September 1st, 2022?

15   A. I have not.

16   Q. Is there a reason for that?

17   A. Because I would not be able to get there, go

18      about what used to be the routine for doing

19      that and still legally have a pistol with me

20      for self-defense.

21   Q. If the CCIA was repealed or enjoined, would

22      you anticipate returning to your habit of

23      hiking in Harris Hill approximately once a

24      month?

25   A. Yes.

─ **BRETT CHRISTIAN  -  11/16/2022** ─

1   Q. Prior to September 1st, 2022, did you carry a
2      concealed pistol at the Valu Home Center that
3      you were discussing with Mr. Belka earlier
4      today?
5   A. Yes.
6   Q. Have you done so after September 1st, 2022?
7   A. I have not.
8   Q. Would you carry a concealed firearm on that
9      Valu Home Center property if the CCIA was
10     repealed or enjoined?
11         MR. BELKA:  Objection.
12  Q. Go ahead and answer.
13  A. If I legally could do so, I would return to
14     doing that.
15  Q. If the Valu Home Center -- I am going to pause
16     for a moment.
17         Prior to September 1st, 2022, did you
18     carry a concealed firearm on the Delta Sonic
19     properties that you discussed with Mr. Belka
20     earlier today?
21  A. Yes.
22  Q. Have you carried a concealed firearm on those
23     premises after September 1st, 2022?
24  A. I have not.
25  Q. Are you able to estimate -- let me pause.

-------- BRETT CHRISTIAN  -  11/16/2022 --------

```
 1              After September 1st, 2022, when the CCIA
 2         took effect, have you reduced the number of
 3         instances where you carry concealed outside of
 4         the home?
 5    A.   Yes.
 6    Q.   Are you able to estimate by how much you have
 7         reduced your carry of a concealed firearm --
 8         pistol, excuse me?
 9              MR. BELKA:  Objection.
10    Q.   I am going to strike that question.  Well, I
11         am going to ask another question.
12              Mr. Christian, are you able to estimate
13         the extent to which your reduction -- or the
14         extent to which you have reduced your carry of
15         a concealed firearm after the CCIA took effect
16         on September 1st, 2022?
17              MR. BELKA:  Objection.
18    Q.   You may answer.
19    A.   It has been reduced to almost nonexistent.  It
20         would be easier to count on three fingers the
21         number of places and times that I have been
22         able to carry.  It has virtually turned into
23         an inability for me to do so.
24              MR. ROTSKO:  Thank you for your
25         patience, Mr. Christian and Mr. Belka.  I don't
```

1    have any other questions right now, although I
2    do reserve my right to re-cross if need be.
3
4    REEXAMINATION BY BY MR. BELKA:
5  Q. Very briefly.  How old were you on
6    January 30th, 2020, when you received your
7    concealed carry license -- or strike that.
8       How old were you on January 30th, 2020,
9    when you applied for your concealed carry
10   license?
11 A. Approximately, between 37 to 38 years of age.
12 Q. Right.  So just as shorthand I am going to
13   refer to you as being 36 as prior to your
14   receiving your concealed carry license.  Would
15   that be accurate?
16 A. Yes.
17 Q. Up until the time that you were 36 years old
18   and you could not conceal carry, how many
19   times did you walk in Stiglmeier Park?
20 A. Less frequently.  It would have been maybe one
21   to two times a year.
22 Q. So is it fair to say that upon receipt of your
23   concealed carry license, you increased the
24   frequency in which you walked in Stiglmeier
25   Park from one to two times a year to two to

-BRETT CHRISTIAN - 11/16/2022-

```
1            three times a month?
2     A.  Yes.
3     Q.  When you were 36, again that's prior to you
4            receiving your concealed carry license, how
5            many times a week did you walk on the Clarence
6            Bike Path?
7     A.  Less frequent.  Approximately two to three
8            times a year.
9     Q.  And is it fair to say that upon receiving your
10           concealed carry license you increased the
11           number of times you walked on the Clarence
12           Bike Path from two to three times a year to
13           two to three times a week?
14    A.  Yes.
15    Q.  When was the bike path rapist?  Approximately
16           what year in Buffalo?
17    A.  I don't remember the exact year.
18    Q.  My mother is law enforcement and was one of
19           the individuals who sat as a dummy in order to
20           catch the bike path rapist, and my wife was
21           pretty young at the time so I am going to go
22           like sometime in the 1980s.  Does that sound
23           right?
24    A.  Without looking it up, I would defer to that
25           then.
```

─ **BRETT CHRISTIAN** - **11/16/2022** ─

1    Q. But it was a pretty long time ago, a couple of

2       decades at least?

3    A. Yes.

4    Q. Okay.  And the aggressive wild turkeys, have

5       you ever had cause to use your weapon from the

6       time you received your concealed carry permit

7       until September 1st, 2022, in order to prevent

8       wild turkey attacks?

9    A. Under Article 35 it has never gotten to the

10      point where I would need to use it.

11    Q. What's Article 35?

12    A. New York State Article 35 on the use of deadly

13      force when it is justified in relation to

14      protecting human life.

15    Q. That's for discharge of firearms, right?

16    A. Relating to the discharge of firearms, I

17      believe would be under the use of deadly

18      force.

19    Q. Okay.  Did you ever wave your handgun at the

20      wild turkeys?

21    A. No.

22    Q. Did the concealed carry effect the wild

23      turkey's aggressiveness when you were on the

24      Clarence Bike Path?

25    A. I cannot speculate on their motivations.

1    Q. Right.  Okay.  So when you were 36, again this

2       is before you get the concealed carry permit,

3       how many times a month did you go to the

4       Harris Hill State Lands?

5    A. Before I got the permit?

6    Q. Before.

7    A. It would have been one to two times a year.

8    Q. And is it fair to say upon receiving your

9       concealed carry permit that the amount of time

10      you visited the Harris Hill State Lands

11      increased from one to two times a year to one

12      time a month?

13   A. Yes.  On average.

14   Q. When you were 36 did you ever go to Valu Home

15      Centers?

16   A. Yes.

17   Q. Prior when you were 36 did you go to Valu Home

18      Centers less frequently than you did after

19      your receipt of your concealed carry license?

20   A. Yes.

21   Q. So when you received your concealed carry

22      license, you went to Valu more often than you

23      had done prior?

24   A. Yes.

25   Q. Did you have any less need for hardware

```
 1          supplies before and after you received your
 2          concealed carry license?
 3     A.   No.
 4     Q.   As it relates to Delta Sonic, prior to -- when
 5          you were 36 -- strike all of that.
 6               When you were 36 and going to Delta
 7          Sonic, did you go less frequently at 36 than
 8          you did after you received your concealed
 9          carry permit?
10     A.   Yes.  I was driving less.
11     Q.   You were driving less?
12     A.   Before I got my permit, I didn't drive as much
13          as after I got my permit.  So I wasn't using
14          as much gas.
15     Q.   What was the motivating factor for driving
16          more?
17     A.   To experience the outdoors of New York State.
18     Q.   But only while concealed carrying?
19     A.   I would carry when I had my permit before
20          September 1st.  I would carry wherever the law
21          allowed and whenever the law allowed.
22     Q.   But not when you were 36 because when you were
23          36 you had no concealed carry permit?
24     A.   Yes.  So then when I was 36 there would be
25          many instances I simply wouldn't do things
```

------- BRETT CHRISTIAN  -  11/16/2022 -------

1      because I wouldn't be able to guarantee my
2      safety.
3  Q.  You sat in your home as a 36-year-old man,
4      okay, and did not experience the world
5      including going to Delta Sonic, okay, until
6      you received your concealed carry license?
7  A.  Not -- let me back up here.
8          MR. ROTSKO:  Objection.
9          MR. BELKA:  I want you to answer that
10     question.
11         MR. ROTSKO:  Yes.  You can answer the
12     question.
13         MR. BELKA:  Read it back.
14
15          (The question was read.)
16
17         THE WITNESS:  I would not -- so I worked
18     long hours.  I don't have usually a 9:00 to
19     5:00 day.  A lot of times I will have a 7:00 or
20     8:00 a.m. day until 6:00, 7:00, 8:00, 9:00,
21     10:00 at night.  If it's 8 o'clock at night and
22     I am leaving work and I needed to run to the
23     store in winter when it gets dark out, there's
24     times I would go shopping after I got my
25     permit.  Wegmans used to be 24 hours before

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

1          COVID did its thing.  I would go grocery

2          shopping at midnight, 1:00 in the morning.  I

3          am leaving work; it's convenient.  I don't have

4          to worry about my safety.  I can stop at, you

5          know, Delta Sonic at 8:45 at night before they

6          close on a Friday night, Saturday night.  I can

7          get gas; I don't have to worry, and I can go to

8          any Delta Sonic that I wanted.  I could go to

9          any Wegmans I wanted, any Tops.  Now, for

10         example, the Tops up from me on Union Road, the

11         Wegmans up from me on Union Road.

12              Like I have seen at work, the criminal

13         element seems to be more emboldened with the

14         bail reform.  I worry that there is now a

15         greater likelihood of having a bad encounter

16         and my attitude is, don't put yourself in what

17         you would consider to be an unsafe situation.

18         I don't feel free to go to the grocery store

19         whenever they are open.  I now prefer to go

20         early in the morning when most people are

21         asleep on a Sunday morning.

22

23         BY MR. BELKA:

24    Q.   This question is not about now.  This question

25         is about when you were 36 or prior to having a

1           concealed carry license to the period in which

2           you had a concealed carry license.  Did you go

3           to Delta Sonic less frequently before you had

4           your concealed carry license as opposed to

5           when you had your concealed carry license?

6     A. I made less stops.

7              MR. ROTSKO:  Objection.  Asked and

8           answered.

9     Q. You still have to answer.

10    A. I made less stops because I simply was not

11          driving as much.

12    Q. Because you were going fewer locations because

13          you didn't have a concealed carry permit?

14    A. Correct.

15    Q. You can count on three fingers the amount of

16          times you have concealed carried after the

17          implementation of the CCIA.  What are those

18          three times?

19    A. When I went to Cabela's and I recently added a

20          new handgun and a more suitable bear caliber.

21          That was recently a few weeks ago.

22    Q. When you say bear caliber, B-E-A-R?

23    A. B-E-A-R.

24    Q. Okay.

25    A. When I went to Wolcott Guns on Walden to use

—— **BRETT CHRISTIAN - 11/16/2022** ——

1      the shooting range at a gun store and there
2      were two trips there:  One to buy ammo and one
3      to use the gun store -- or gun range.  Sorry.
4  Q.  Those are the three, Cabela's, Wolcott and
5      Wolcott?
6  A.  Correct.
7         MR. BELKA:  That's all for me unless you
8      have anything else, Nick.
9         MR. ROTSKO:  I do not have anything
10     else.
11        MR. BELKA:  The deposition has ended.  I
12     only want a PDF.
13        MR. ROTSKO:  PDF is sufficient for us as
14     well.
15        MR. BELKA:  And billing me.  Nick, are
16     you okay if the exhibits are attached to the
17     transcript, copies of the exhibits?
18        MR. ROTSKO:  Yes.
19
20        (Deposition concluded at 5:00 p.m.)
21
22
23
24
25

1        STATE OF NEW YORK)

2                  )  ss.

3        COUNTY OF ERIE    )

4

5         I, Brooklyn Morton, Notary Public, in and for

6        the County of Erie, State of New York, do
         hereby certify:

7

8         That the witness whose testimony appears
         hereinbefore was, before the commencement of

9        their testimony, duly sworn to testify the
         truth, the whole truth and nothing but the

10       truth; that said testimony was taken pursuant
         to notice at the time and place as herein set

11       forth; that said testimony was taken down by me
         and thereafter transcribed into typewriting,

12       and I hereby certify the foregoing testimony is
         a full, true and correct transcription of my

13       shorthand notes so taken.

14

15        I further certify that I am neither counsel
         for nor related to any party to said action,

16       nor in anyway interested in the outcome
         thereof.

17

18        IN WITNESS WHEREOF, I have hereunto
         subscribed my name and affixed my seal on this

19       16th day of November, 2022.

20                   Brooklyn Morton

21                   ----------------------
                     Brooklyn Morton

22

23

24

25

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

1      **E R R A T A   S H E E T**
       Case Caption:
2      DEPONENT:_____DATE TAKEN:_____

3      I wish to make the following changes, for the
       following reasons:
4      PAGE    LINE    CHANGE:_____

5      REASON:_____
       PAGE    LINE    CHANGE:_____
6
       REASON:_____
7      PAGE    LINE    CHANGE:_____

8      REASON:_____

9      PAGE    LINE    CHANGE:_____

10     REASON:_____

11     PAGE    LINE    CHANGE:_____

12     REASON:_____

13     PAGE    LINE    CHANGE:_____

14     REASON:_____

15     PAGE    LINE    CHANGE:_____

16     REASON:_____

17     PAGE    LINE    CHANGE:_____

18     REASON:_____

19     PAGE    LINE    CHANGE:_____

20     REASON:_____

21
       Signature:_____
22     Subscribed and sworn to before me this
       _____ day of _____ 2022.
23
                              _____
24                                        Notary Public

25

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

1        **CERTIFICATE OF WITNESS**

2

3              I, the undersigned, have read the

4        foregoing transcript, and the same is true and

5        correct, save and except for the changes and/or

6        corrections, if any, as indicated to by me on

7        the errata sheet attached hereto.

8

9

10       (Signed):_____

11       Dated:_____

12

13

14            Subscribed and sworn to me before this
         ____day of _____, 20__.

15

16       _____
         Notary Public

17       My commission expires_____

18

19

20

21

22

23

24

25

## $

**$40,000** [2] - 43:10, 43:15

## '

**'22** [1] - 76:20

## 1

**1** [7] - 3:11, 48:4, 48:8, 48:16, 49:10, 53:7, 53:20
**10:00** [1] - 136:21
**10:30** [1] - 82:17
**11** [4] - 66:11, 66:16, 66:17, 122:13
**110** [1] - 64:5
**117** [1] - 3:12
**119** [1] - 3:13
**11:00** [1] - 82:17
**120** [1] - 3:14
**122** [1] - 3:6
**125** [3] - 1:14, 2:4, 2:9
**1265** [1] - 75:2
**131** [1] - 3:5
**13th** [9] - 49:14, 53:21, 53:25, 54:17, 55:2, 55:10, 55:14, 55:17, 56:2
**14202** [1] - 2:15
**14203** [2] - 2:5, 2:9
**14225** [1] - 5:8
**15** [3] - 64:13, 78:6, 78:7
**15th** [1] - 4:14
**16th** [5] - 1:15, 4:14, 4:15, 4:16, 140:18
**18** [1] - 59:19
**189** [2] - 22:1, 22:4
**19-inch** [1] - 43:12
**190** [4] - 53:3, 85:19, 85:23, 85:24
**1980s** [1] - 132:22
**19X** [1] - 122:3
**1:00** [2] - 1:15, 137:2
**1st** [19] - 114:1, 114:22, 123:3, 123:14, 124:8, 124:16, 126:8, 126:13, 127:8, 127:12, 128:14, 129:1, 129:6, 129:17, 129:23, 130:1, 130:16, 133:7, 135:20

## 2

**2** [11] - 3:12, 117:13, 117:17, 117:22, 117:25, 118:5, 118:10, 119:1, 119:9, 120:5, 122:5
**20** [2] - 54:4, 66:14
**200** [1] - 68:1
**2013** [13] - 14:16, 14:23, 14:25, 15:10, 15:15, 28:14, 28:16, 28:22, 29:12, 29:23, 30:3, 30:12, 41:20
**2014** [2] - 42:1, 42:4
**2017** [5] - 41:17, 41:19, 42:7, 42:10, 69:25
**2020** [7] - 41:15, 41:16, 42:13, 42:16, 43:7, 43:17, 43:22, 120:7, 120:10, 131:6, 131:8
**2021** [1] - 14:13
**2022** [49] - 1:15, 14:8, 15:10, 15:16, 28:7, 28:22, 29:13, 29:24, 30:4, 30:12, 33:5, 33:23, 34:11, 34:15, 35:2, 35:11, 35:13, 35:16, 53:10, 53:21, 53:25, 55:2, 55:10, 55:14, 55:17, 56:2, 75:8, 76:9, 81:23, 116:23, 119:6, 123:3, 123:14, 124:8, 124:16, 126:8, 126:13, 127:8, 127:12, 128:14, 129:1, 129:6, 129:17, 129:23, 130:1, 130:16, 133:7, 140:18, 141:22
**2023** [6] - 40:18, 40:21, 41:8, 41:13, 49:20, 100:3
**20__** [1] - 142:14
**21** [5] - 59:17, 59:19, 59:25, 60:2, 61:13
**22-cv-00695** [1] - 1:6
**22nd** [1] - 4:6
**23rd** [3] - 76:23, 83:12, 83:20
**24** [1] - 136:25
**24th** [1] - 76:24
**25** [1] - 66:14
**25th** [1] - 83:23
**26th** [6] - 83:23, 113:9, 114:4, 114:23,

116:23, 119:5
**27** [1] - 122:3
**28** [1] - 82:6
**290** [1] - 85:20

## 3

**3** [4] - 3:13, 119:16, 119:20, 120:12
**30** [1] - 105:11
**30th** [4] - 120:7, 120:10, 131:6, 131:8
**33** [3] - 53:3, 53:4, 54:24
**35** [4] - 124:12, 133:9, 133:11, 133:12
**350** [1] - 2:15
**357** [2] - 89:19, 90:11
**36** [13] - 131:13, 131:17, 132:3, 134:1, 134:14, 134:17, 135:5, 135:6, 135:7, 135:22, 135:23, 135:24, 137:25
**36-year-old** [1] - 136:3
**37** [4] - 60:3, 61:13, 61:19, 131:11
**38** [1] - 131:11

## 4

**4** [10] - 3:14, 40:13, 57:4, 57:6, 57:7, 57:17, 57:22, 119:1, 120:16, 120:22
**40** [2] - 59:13, 105:11
**400** [1] - 68:1
**4566** [1] - 122:8
**48** [1] - 3:11
**4:00** [1] - 82:19

## 5

**5** [6] - 3:5, 40:13, 57:4, 57:6, 57:18, 78:5
**500** [1] - 64:6
**509C** [1] - 122:7
**5:00** [5] - 1:16, 82:15, 82:19, 136:19, 139:20

## 6

**6** [1] - 78:6
**6:00** [2] - 53:5, 136:20

## 7

**7** [1] - 88:13

**716** [3] - 2:5, 2:10, 2:16
**7:00** [2] - 136:19, 136:20

## 8

**8** [3] - 74:22, 82:6, 136:21
**80** [1] - 92:4
**847-8400** [2] - 2:5, 2:10
**853-8400** [1] - 2:16
**870** [2] - 63:1, 64:1
**8:00** [2] - 136:20
**8:05** [1] - 74:24
**8:45** [1] - 137:5

## 9

**99** [2] - 59:16, 104:22
**9:00** [2] - 136:18, 136:20

## A

**a.m** [2] - 53:5, 136:20
**abiding** [1] - 104:8
**ability** [1] - 70:12
**able** [25] - 39:24, 40:3, 51:3, 58:13, 68:18, 71:1, 80:13, 88:7, 91:22, 93:6, 100:17, 112:3, 112:6, 112:11, 112:14, 115:16, 123:17, 124:10, 125:7, 128:17, 129:25, 130:6, 130:12, 130:22, 136:1
**absolutely** [1] - 82:20
**accept** [1] - 49:3
**access** [5] - 41:2, 41:7, 70:12, 70:14, 101:8
**accessible** [2] - 56:20, 70:9
**accident** [7] - 53:5, 108:16, 108:19, 108:20, 108:21, 108:22, 108:25
**accommodation** [1] - 49:4
**Accord** [9] - 41:15, 41:16, 42:13, 42:16, 43:7, 43:18, 43:22, 74:4, 74:5
**accordance** [1] - 124:12
**according** [1] - 96:20

**account** [9] - 34:18, 34:21, 35:14, 35:18, 36:17, 36:21, 37:5, 37:10, 38:4
**accounts** [5] - 34:12, 34:14, 35:3, 35:6, 35:11
**accuracy** [1] - 32:5
**accurate** [6] - 14:21, 27:23, 28:1, 49:2, 77:7, 131:15
**accurately** [1] - 121:20
**acquire** [7] - 50:22, 60:13, 60:15, 62:18, 63:19, 65:7, 66:9
**acquired** [8] - 59:10, 61:19, 61:24, 62:6, 63:6, 65:13, 65:23, 66:9
**acquiring** [1] - 62:19
**acres** [1] - 68:1
**Act** [8] - 14:15, 14:19, 24:7, 24:10, 28:14, 60:16, 60:17, 63:17
**Action** [1] - 1:6
**action** [6] - 18:5, 18:9, 26:1, 64:7, 102:2, 140:15
**active** [3] - 20:11, 59:18, 59:25
**activity** [1] - 91:4
**actual** [2] - 4:6, 125:3
**add** [2] - 80:10, 80:13
**added** [1] - 138:19
**addendums** [1] - 79:16
**adding** [1] - 52:24
**additional** [3] - 4:23, 5:1, 122:19
**address** [7] - 5:13, 15:4, 15:8, 16:9, 21:21, 51:10, 51:11
**addresses** [2] - 30:13, 105:21
**Adirondack** [17] - 75:9, 77:23, 78:3, 79:2, 79:12, 80:7, 81:14, 81:17, 81:19, 81:22, 83:7, 84:8, 93:11, 93:13, 93:23, 93:25, 94:2
**Adirondacks** [5] - 72:20, 78:5, 85:3, 92:25, 93:4
**adjacent** [2] - 44:11, 46:10
**administrative** [1] - 73:7
**advance** [3] - 51:2,

78:17, 100:6
**advocacy** [1] - 34:3
**affidavit** [2] - 16:4, 54:11
**affiliated** [2] - 19:21, 19:24
**affixed** [2] - 63:22, 140:18
**afloat** [1] - 75:4
**age** [3] - 59:14, 61:19, 131:11
**ages** [2] - 60:2, 61:13
**aggressive** [2] - 127:4, 133:4
**aggressiveness** [1] - 133:23
**ago** [10] - 51:9, 59:6, 59:10, 60:7, 67:4, 70:3, 107:7, 126:22, 133:1, 138:21
**agree** [1] - 19:16
**agreed** [1] - 11:3
**ahead** [16] - 50:14, 61:10, 62:14, 63:10, 64:1, 78:23, 80:14, 80:15, 106:9, 106:15, 109:5, 109:8, 109:10, 109:20, 111:16, 129:12
**airport** [3] - 5:21, 5:23, 109:11
**Akron** [1] - 79:23
**alcohol** [1] - 6:25
**alerted** [2] - 15:21, 17:2
**Allegany** [1] - 68:6
**allegedly** [1] - 94:17
**allow** [5] - 69:19, 97:13, 108:12, 112:2, 115:19
**allowed** [12] - 50:11, 70:22, 96:25, 97:8, 97:20, 110:24, 111:7, 112:5, 116:13, 116:16, 135:21
**allowing** [2] - 65:3, 107:21
**allows** [3] - 58:6, 95:22, 96:1
**almost** [6] - 43:10, 43:15, 44:15, 54:4, 62:16, 130:19
**alter** [2] - 36:7, 36:15
**altered** [1] - 38:11
**amazing** [1] - 67:12
**Amendment** [21] - 9:4, 9:9, 13:23, 17:24, 19:3, 19:5, 19:18,

20:17, 20:24, 21:2, 21:18, 21:23, 22:19, 23:2, 28:6, 28:11, 28:17, 28:21, 29:3, 30:3, 35:17
**amendment** [2] - 52:24
**AMENDMENT** [1] - 1:4
**amendments** [1] - 79:16
**America** [3] - 13:23, 21:6, 22:7
**Amherst** [8] - 40:11, 44:13, 45:4, 45:5, 56:16, 56:22, 57:1, 85:13
**ammo** [1] - 139:2
**amount** [5] - 32:8, 75:1, 92:7, 134:9, 138:15
**amounts** [1] - 74:7
**Anderson** [1] - 64:23
**anecdotes** [1] - 43:8
**annoying** [1] - 105:13
**answer** [46] - 7:6, 7:9, 7:11, 7:22, 8:10, 11:13, 11:20, 16:2, 18:17, 18:18, 23:25, 24:1, 24:18, 24:20, 25:21, 25:24, 26:7, 26:11, 32:12, 37:14, 54:22, 63:11, 70:18, 71:5, 77:11, 90:1, 96:4, 96:18, 96:21, 96:24, 98:7, 99:14, 104:10, 105:17, 113:21, 114:4, 114:8, 115:2, 115:16, 117:9, 119:13, 129:12, 130:18, 136:9, 136:11, 138:9
**answered** [4] - 54:21, 56:13, 126:2, 138:8
**answering** [1] - 113:23
**answers** [3] - 59:16, 110:13
**anticipate** [4] - 7:10, 7:19, 127:14, 128:22
**anticipation** [1] - 127:18
**anyway** [2] - 93:19, 140:15
**Apartment** [1] - 5:7
**apologize** [2] - 25:5, 34:17
**APPEARING** [3] - 2:2, 2:6, 2:11
**Application** [1] -

119:25
**application** [3] - 3:13, 119:16, 120:3
**applied** [5] - 60:6, 67:5, 79:1, 120:8, 131:9
**applies** [2] - 80:9, 81:7
**apply** [2] - 79:6, 79:11
**approach** [2] - 9:2, 9:5
**approached** [9] - 8:19, 8:22, 9:3, 9:8, 10:17, 30:23, 31:6, 31:14, 113:2
**approximate** [2] - 27:12, 32:8
**approximation** [2] - 66:15, 105:9
**AR** [4] - 64:7, 64:9, 64:11, 64:12
**area** [11] - 67:10, 68:7, 68:23, 70:12, 82:5, 86:9, 86:12, 89:9, 100:19, 101:7, 101:9
**areas** [10] - 67:11, 68:16, 84:23, 88:18, 91:12, 91:13, 105:20, 123:23, 124:24, 126:7
**arena** [1] - 40:16
**arguing** [1] - 77:9
**argument** [1] - 92:16
**ArmaLite** [2] - 64:12, 64:18
**Armory** [1] - 63:12
**Arms** [1] - 64:5
**arose** [1] - 124:12
**arrest** [1] - 30:24
**arrested** [5] - 30:19, 30:22, 31:2, 31:10, 112:24
**arrival** [1] - 83:10
**arrive** [1] - 112:18
**Article** [4] - 124:12, 133:9, 133:11, 133:12
**articulate** [2] - 91:18, 91:22
**aside** [3] - 86:22, 89:3, 89:6
**asleep** [1] - 137:21
**assembled** [1] - 64:23
**assigned** [1] - 22:2
**ASSISTANT** [1] - 2:14
**associated** [1] - 20:3
**Association** [1] - 13:24
**assure** [1] - 32:5
**assured** [1] - 84:7
**attach** [2] - 90:17, 100:21

**attached** [3] - 74:17, 139:16, 142:7
**attaches** [1] - 100:9
**attacked** [1] - 126:22
**attacks** [1] - 133:8
**attempting** [1] - 109:7
**attitude** [1] - 137:16
**Attorney** [2] - 1:9, 80:21
**attorney** [16] - 8:8, 8:18, 10:11, 11:2, 11:14, 11:21, 11:23, 13:1, 22:24, 51:15, 56:12, 113:18, 114:9, 114:25, 117:7, 118:22
**ATTORNEY** [2] - 2:12, 2:14
**attorney-client** [14] - 8:8, 8:18, 11:2, 11:14, 11:21, 11:23, 22:24, 51:15, 56:12, 113:18, 114:9, 114:25, 117:7, 118:22
**attorneys** [3] - 8:15, 11:18, 12:10
**attractive** [1] - 43:13
**August** [23] - 13:16, 14:5, 14:8, 15:10, 15:16, 28:7, 28:22, 29:13, 29:24, 30:4, 30:12, 33:5, 33:22, 34:11, 34:15, 35:2, 35:11, 35:13, 35:16, 53:10, 87:10, 87:12, 87:15
**Aunt** [2] - 69:4, 69:25
**Austin** [2] - 67:16, 69:2
**automated** [2] - 46:24, 47:6
**available** [1] - 95:1
**average** [2] - 128:9, 134:13
**avoid** [1] - 123:23
**aware** [5] - 14:6, 36:9, 36:16, 38:8, 126:5
**awful** [2] - 61:6, 61:9

**B**

**B-E-A-R** [1] - 138:23
**bad** [1] - 137:15
**bag** [3] - 78:20, 82:13, 82:25
**bail** [1] - 137:14
**baker** [1] - 108:4
**ball** [1] - 31:21
**Bank** [1] - 107:4

**bar** [2] - 47:11, 77:13
**barrel** [1] - 64:24
**barrier** [1] - 93:13
**base** [2] - 101:24, 102:2
**baseball** [1] - 90:16
**based** [4] - 40:4, 42:22, 103:8, 123:17
**basis** [1] - 4:5
**bathroom** [6] - 7:24, 105:23, 106:4, 107:9, 108:9, 108:21
**Bchristian189@ gmail.com** [1] - 21:25
**bear** [3] - 35:23, 138:20, 138:22
**BEAR** [1] - 138:22
**Bearingarms.com** [2] - 19:10, 19:24
**bears** [2] - 68:8, 68:9
**beautiful** [1] - 67:21
**become** [7] - 12:14, 13:7, 13:12, 14:25, 17:11, 28:10, 59:3
**becoming** [6] - 8:23, 36:6, 36:13, 37:4, 38:6, 38:12
**begin** [1] - 59:14
**beginning** [3] - 31:20, 89:16, 90:6
**behalf** [4] - 22:15, 36:11, 36:15, 38:11
**behind** [2] - 101:7, 107:6
**belief** [2] - 71:13, 79:5
**beliefs** [1] - 71:20
**Belka** [6] - 61:6, 61:9, 122:21, 129:3, 129:19, 130:25
**BELKA** [80] - 2:13, 3:5, 4:1, 4:4, 4:12, 4:17, 4:21, 4:25, 5:12, 10:1, 10:4, 10:13, 10:15, 11:5, 11:8, 11:16, 12:1, 12:18, 12:22, 16:3, 16:10, 16:15, 16:18, 17:1, 18:17, 19:1, 23:15, 23:24, 24:3, 25:25, 26:5, 37:16, 38:1, 38:16, 38:19, 38:22, 39:3, 39:13, 39:20, 48:2, 48:12, 48:14, 48:22, 49:3, 49:8, 61:3, 61:12, 71:12, 71:23, 72:4, 72:8, 72:15, 72:17, 84:10, 84:15, 89:23, 90:3, 92:13, 92:18,

105:12, 105:19, 113:22, 114:7, 114:13, 117:15, 118:25, 119:11, 119:18, 120:18, 122:16, 129:11, 130:9, 130:17, 131:4, 136:9, 136:13, 137:23, 139:7, 139:11, 139:15

**below** [1] - 122:6
**belt** [1] - 90:19
**best** [25] - 6:20, 7:10, 7:14, 9:18, 10:6, 10:24, 12:14, 14:24, 15:2, 15:9, 27:24, 28:2, 28:12, 28:23, 29:15, 32:5, 32:13, 35:19, 36:9, 37:21, 47:15, 63:4, 66:15, 121:3, 123:23
**better** [3] - 12:15, 46:25, 74:24
**between** [26] - 13:20, 15:10, 15:15, 20:25, 22:23, 22:25, 23:7, 23:8, 28:12, 28:21, 29:12, 29:23, 30:3, 30:12, 32:16, 46:12, 53:3, 59:5, 59:19, 61:13, 66:14, 68:1, 91:9, 92:7, 105:11, 131:11
**big** [2] - 34:25, 47:10
**Bike** [18] - 85:12, 86:10, 86:16, 86:23, 87:25, 88:14, 88:23, 91:14, 92:22, 124:22, 124:24, 125:12, 126:7, 126:12, 127:9, 132:6, 132:12, 133:24
**bike** [8] - 85:14, 86:11, 125:5, 125:6, 125:15, 126:21, 132:15, 132:20
**billing** [1] - 139:15
**Bills** [3] - 33:14, 54:25, 55:8
**bit** [6] - 12:15, 41:23, 44:16, 53:7, 61:4, 90:15
**black** [6] - 8:21, 40:5, 68:8, 78:11, 82:20, 98:13
**blank** [1] - 25:5
**blanket** [1] - 101:1
**bleeds** [1] - 69:8

**blocks** [2] - 42:24, 74:6
**blotter** [1] - 102:25
**Blue** [1] - 82:5
**board** [1] - 44:24
**body** [2] - 91:6, 100:22
**bolt** [2] - 64:7, 65:3
**bolted** [1] - 100:11
**Boron** [1] - 118:7
**boron** [2] - 118:14, 118:18
**Boron's** [1] - 118:10
**boroughs** [1] - 81:9
**bottom** [1] - 122:8
**bought** [4] - 66:11, 66:12, 100:6, 100:8
**Boulevard** [1] - 95:15
**bounced** [1] - 110:12
**braided** [1] - 100:9
**brain** [1] - 25:5
**brand** [2] - 90:11, 95:2
**brandishing** [1] - 102:22
**brazen** [1] - 107:7
**break** [6] - 7:21, 7:23, 39:14, 84:10, 105:13, 107:9
**breaks** [1] - 105:23
**Brett** [9] - 5:13, 13:12, 24:20, 25:16, 32:12, 37:14, 71:13, 72:2, 122:16
**BRETT** [4] - 1:4, 1:11, 3:4, 5:6
**bridges** [2] - 85:25, 86:2
**briefly** [2] - 6:8, 131:5
**bring** [7] - 31:22, 50:3, 73:8, 73:16, 74:10, 78:12, 111:3
**bringing** [1] - 50:1, 78:19
**broken** [1] - 50:9
**Brooklyn** [1] - 1:12, 140:5, 140:21
**brought** [1] - 50:6
**brown** [1] - 90:15
**Brushton** [1] - 67:10
**bucks** [3] - 40:13, 57:5, 57:7
**Buffalo** [39] - 1:14, 2:5, 2:9, 2:15, 5:15, 5:18, 39:25, 44:7, 44:10, 44:20, 44:24, 45:7, 46:21, 47:18, 48:3, 52:14, 53:8, 53:11, 53:14, 53:16, 53:22, 54:13, 54:16, 55:2, 55:15, 55:18, 55:22, 56:8, 56:15,

57:9, 57:15, 57:25, 58:17, 59:1, 85:17, 85:23, 94:24, 98:11, 132:16
**Buffalo's** [1] - 5:17
**Buick** [7] - 41:17, 41:19, 41:20, 42:1, 42:4, 42:7, 42:10
**building** [5] - 50:4, 51:24, 74:11, 99:20, 112:9
**bumper** [2] - 35:24, 36:2
**buses** [1] - 58:24
**business** [6] - 73:10, 73:22, 74:3, 75:3, 106:5, 115:19
**busy** [1] - 28:25
**butchering** [1] - 122:4
**buy** [2] - 46:21, 139:2
**BY** [36] - 2:3, 2:8, 2:13, 3:5, 3:6, 5:12, 10:4, 10:15, 11:8, 12:1, 12:22, 17:1, 19:1, 23:15, 24:3, 26:5, 38:1, 39:20, 48:14, 49:8, 61:12, 71:12, 72:17, 84:15, 90:3, 92:18, 105:19, 114:13, 117:15, 118:25, 119:18, 120:18, 122:24, 131:4, 137:23

### C

**Cabela's** [12] - 109:9, 111:16, 111:22, 112:4, 112:11, 114:14, 114:17, 114:21, 115:8, 117:4, 138:19, 139:4
**cable** [4] - 100:9, 100:10, 100:18, 100:23
**Cahalan** [2] - 75:16, 76:7
**calendar** [2] - 76:1, 87:21
**caliber** [3] - 64:4, 138:20, 138:22
**camp** [1] - 83:2
**campus** [2] - 44:12
**Canalside** [6] - 1:13, 2:4, 2:8, 40:15, 44:16, 54:3
**cancel** [1] - 78:2
**canceled** [1] - 77:22
**cannot** [10] - 14:11, 15:13, 22:8, 22:11,

29:4, 29:8, 29:10, 29:15, 87:4, 133:25
**capabilities** [1] - 48:25
**capacity** [3] - 1:7, 1:8, 6:14
**caption** [1] - 118:11
**Caption** [1] - 141:1
**car** [33] - 40:17, 41:8, 41:13, 41:21, 41:23, 42:21, 43:20, 43:21, 45:8, 45:21, 45:24, 46:2, 49:18, 53:25, 73:6, 73:7, 73:9, 73:16, 73:23, 74:10, 74:22, 78:20, 82:14, 100:1, 100:12, 101:20, 104:5, 104:13, 104:18, 104:23, 105:2, 105:3, 108:20
**Car** [1] - 73:23
**carbine** [1] - 64:5
**card** [1] - 94:23
**cargo** [6] - 100:19, 100:21, 101:7, 101:16, 104:20
**carriage** [9] - 70:24, 109:6, 109:22, 111:18, 112:12, 113:6, 113:25, 114:17, 115:14
**carried** [3] - 107:22, 129:22, 138:16
**carry** [87] - 3:13, 40:3, 50:14, 51:23, 52:3, 59:4, 59:7, 59:9, 60:6, 60:11, 60:20, 61:20, 61:22, 62:1, 62:6, 63:7, 65:13, 65:17, 65:19, 65:22, 66:10, 66:24, 67:3, 80:15, 84:20, 85:4, 90:4, 93:6, 95:23, 96:2, 96:15, 96:22, 97:2, 97:13, 97:20, 98:1, 98:4, 98:18, 108:12, 111:7, 111:11, 111:21, 112:4, 116:13, 119:16, 120:2, 120:9, 123:2, 123:10, 123:18, 124:21, 125:15, 126:9, 126:10, 128:2, 128:4, 129:1, 129:8, 129:18, 130:3, 130:7, 130:14, 130:22, 131:7, 131:9,

131:14, 131:18, 131:23, 132:4, 132:10, 133:6, 133:22, 134:2, 134:9, 134:19, 134:21, 135:2, 135:9, 135:19, 135:20, 135:23, 136:6, 138:1, 138:2, 138:4, 138:5, 138:13
**Carry** [2] - 24:7, 24:10
**carrying** [11] - 30:8, 30:11, 70:15, 78:13, 80:18, 89:18, 99:9, 103:19, 106:7, 110:2, 135:18
**cars** [9] - 35:24, 40:24, 41:2, 73:2, 73:12, 73:13, 74:8, 100:10
**case** [25] - 10:18, 17:11, 17:18, 25:18, 26:9, 26:14, 26:23, 27:10, 27:15, 32:1, 36:14, 37:4, 38:7, 38:13, 56:4, 62:9, 68:19, 77:8, 79:21, 81:14, 84:6, 102:10, 118:1, 118:15, 118:19
**Case** [1] - 141:1
**cases** [3] - 15:19, 17:3, 17:6
**cash** [3] - 15:6, 15:8, 46:25
**cashier** [6] - 96:3, 96:6, 96:10, 96:12, 97:23, 108:4
**catch** [2] - 79:21, 132:20
**categorize** [2] - 33:9, 33:10
**category** [1] - 64:14
**caused** [2] - 55:9, 108:25
**cautious** [1] - 43:19
**Cayuga** [1] - 107:4
**CCIA** [41] - 8:19, 23:22, 24:6, 24:9, 24:12, 24:14, 24:25, 25:8, 25:13, 30:18, 30:24, 31:4, 31:8, 31:11, 31:16, 39:21, 49:24, 77:24, 78:4, 78:10, 79:1, 79:11, 80:9, 81:19, 84:7, 93:24, 94:1, 94:7, 94:13, 94:16, 105:22, 112:24, 113:3, 127:7, 127:18, 127:20,

128:21, 129:9, 130:1, 130:15, 138:17
**cell** [1] - 68:16
**cellphone** [1] - 103:4
**Center** [4] - 125:3, 129:2, 129:9, 129:15
**Centers** [2] - 134:15, 134:18
**central** [1] - 82:1
**certain** [4] - 87:4, 99:16, 99:17
**certainly** [1] - 5:4
**CERTIFICATE** [1] - 142:1
**certify** [3] - 140:6, 140:12, 140:14
**Ceska** [1] - 122:4
**challenge** [1] - 17:24
**challenged** [7] - 25:1, 25:8, 25:14, 30:18, 31:4, 31:12, 31:17
**challenging** [1] - 24:13
**chance** [1] - 4:20
**CHANGE** [9] - 141:4, 141:5, 141:7, 141:9, 141:11, 141:13, 141:15, 141:17, 141:19
**change** [1] - 36:3
**changed** [1] - 75:15
**changes** [4] - 79:15, 110:1, 141:3, 142:5
**characterization** [1] - 18:15
**characterize** [1] - 99:1
**Chautauqua** [3] - 68:7, 68:23, 89:13
**Cheektowaga** [3] - 5:8, 5:16, 85:10
**choose** [1] - 40:22
**chose** [2] - 43:23, 50:11
**christian** [3] - 117:9, 117:16, 120:21
**CHRISTIAN** [4] - 1:4, 1:12, 3:4, 5:6
**Christian** [15] - 11:13, 16:1, 18:15, 22:23, 23:1, 23:5, 25:16, 41:3, 113:20, 115:2, 119:19, 120:19, 122:25, 130:12, 130:25
**Christian's** [4] - 11:18, 34:6, 37:13, 48:3
**Chuck** [1] - 20:10
**cinder** [1] - 74:6
**circumstance** [1] - 6:6

**city** [1] - 44:11
**City** [1] - 81:9
**civil** [2] - 33:12, 33:15
**Civil** [1] - 1:6
**Clarence** [27] - 85:12, 85:14, 86:6, 86:10, 86:16, 86:23, 87:25, 88:14, 88:23, 91:14, 92:21, 124:22, 124:24, 125:2, 125:4, 125:9, 125:12, 125:22, 126:4, 126:7, 126:12, 126:16, 127:9, 132:5, 132:11, 133:24
**clarification** [6] - 53:1, 71:19, 72:3, 93:15, 117:23, 121:17
**clarify** [5] - 71:25, 72:10, 93:20, 100:8, 108:18
**clarifying** [1] - 92:14
**clarity** [2] - 34:9, 76:4
**clear** [9] - 7:8, 8:11, 16:5, 17:17, 37:2, 58:4, 60:25, 75:17, 113:22
**clearly** [1] - 11:14
**Clerks's** [1] - 52:23
**Cleveland** [2] - 5:7, 5:19
**click** [1] - 18:4
**client** [14] - 8:8, 8:18, 11:2, 11:14, 11:21, 11:23, 22:24, 51:15, 56:12, 113:18, 114:9, 114:25, 117:7, 118:22
**clip** [2] - 90:19, 90:21
**close** [4] - 5:19, 5:22, 85:11, 137:6
**closed** [1] - 76:24
**closest** [2] - 46:7, 56:20
**club** [1] - 102:19
**COALITION** [1] - 1:4
**Coalition** [36] - 9:3, 10:7, 13:8, 13:13, 13:22, 14:8, 14:10, 14:13, 14:18, 15:1, 15:12, 15:17, 17:10, 17:14, 17:20, 17:23, 18:7, 18:13, 19:22, 19:25, 20:4, 20:16, 20:23, 21:1, 21:19, 21:22, 22:19, 23:1, 29:7, 29:14, 29:23, 34:8, 36:24, 37:7, 37:11, 38:5

**Code** [4] - 40:6, 61:1, 66:3, 79:14
**code** [1] - 47:11
**coffee** [7] - 45:12, 45:15, 45:17, 46:6, 46:14, 106:5, 109:1
**coffeehouse** [1] - 46:15
**cold** [1] - 83:1
**collecting** [1] - 62:24
**collector's** [1] - 62:23
**colloquially** [1] - 120:2
**color** [1] - 90:14
**combination** [2] - 18:24, 54:1
**comfortable** [2] - 124:2, 124:6
**comforted** [1] - 81:15
**coming** [5] - 55:1, 73:12, 73:13, 83:21, 103:12
**commencement** [1] - 140:8
**commencing** [1] - 1:15
**comment** [2] - 106:17, 110:7
**commission** [1] - 142:17
**commit** [1] - 111:25
**common** [3] - 23:4, 98:14, 102:24
**communicate** [2] - 97:4, 111:1
**communicated** [2] - 111:2, 118:17
**communication** [2] - 8:14, 114:10
**communications** [12] - 11:15, 11:18, 11:24, 12:9, 22:23, 22:25, 23:7, 23:13, 56:13, 113:19, 117:7, 118:23
**commuter** [3] - 45:11, 46:6, 46:9
**company** [3] - 52:20, 64:3, 108:7
**completely** [1] - 25:5
**compliant** [3] - 63:12, 63:14, 78:23
**comply** [1] - 102:3
**computer** [1] - 34:25
**conceal** [3] - 71:14, 97:2, 131:18
**Concealed** [2] - 24:7, 24:10
**concealed** [83] - 3:13, 50:1, 50:14, 51:23,

52:3, 59:6, 59:9, 60:6, 60:11, 60:20, 61:20, 61:22, 62:1, 62:6, 63:7, 65:13, 65:17, 65:19, 65:22, 66:9, 66:23, 67:3, 90:9, 91:7, 95:23, 96:1, 96:14, 96:22, 97:13, 97:20, 97:25, 98:4, 98:18, 99:9, 103:16, 108:12, 110:3, 111:7, 111:21, 112:4, 119:16, 120:2, 120:9, 123:2, 123:10, 124:21, 125:15, 126:9, 126:10, 128:2, 128:5, 129:2, 129:8, 129:18, 129:22, 130:3, 130:7, 130:15, 131:7, 131:9, 131:14, 131:23, 132:4, 132:10, 133:6, 133:22, 134:2, 134:9, 134:19, 134:21, 135:2, 135:8, 135:18, 135:23, 136:6, 138:1, 138:2, 138:4, 138:5, 138:13, 138:16
**concealing** [1] - 71:3
**concerned** [2] - 90:25, 101:25
**concerning** [2] - 23:8, 26:12
**concluded** [1] - 139:20
**conclusion** [1] - 71:21
**conclusions** [1] - 24:17
**condition** [4] - 73:24, 108:24, 109:2, 109:3
**configuration** [1] - 63:16
**confirm** [2] - 39:5, 112:14
**confirmed** [2] - 16:13, 114:17
**confused** [1] - 85:22
**consider** [3] - 17:7, 33:13, 137:17
**considerable** [1] - 65:6
**consideration** [2] - 36:6, 36:13
**considering** [3] - 37:4, 38:6, 38:12

**consistent** [1] - 88:9
**conspicuous** [16] - 95:22, 96:20, 97:14, 98:17, 98:23, 99:2, 99:8, 103:23, 103:25, 108:13, 110:18, 110:21, 111:5, 116:6, 116:12, 116:21
**Constitution** [1] - 33:14
**constitutional** [3] - 23:23, 24:15, 124:10
**contact** [5] - 10:21, 17:14, 18:11, 21:17, 28:18
**contacted** [3] - 20:19, 115:3, 115:7
**content** [2] - 11:9, 12:6
**contents** [3] - 9:24, 23:6, 23:12
**context** [1] - 26:20
**continued** [2] - 127:8, 127:17
**contract** [1] - 5:2
**convenience** [1] - 54:2
**convenient** [1] - 137:3
**conversation** [7] - 7:4, 9:19, 10:25, 11:11, 12:16, 12:23, 109:20
**conversations** [4] - 12:2, 12:5, 12:7, 23:11
**convince** [1] - 36:1
**Cooper** [5] - 10:11, 11:19, 12:10, 13:2, 23:9
**cooperating** [1] - 128:12
**coordinating** [1] - 73:20
**coordination** [1] - 75:2
**copies** [1] - 139:17
**cops** [1] - 103:1
**copy** [2] - 27:1, 118:5
**corner** [2] - 107:3, 126:20
**corporate** [5] - 96:16, 97:24, 110:8, 110:9, 110:10
**correct** [98] - 12:25, 14:2, 17:20, 17:21, 19:12, 19:19, 20:17, 20:18, 22:6, 24:8, 24:11, 30:9, 31:20, 31:21, 32:7, 32:20, 39:12, 40:22, 41:10,

42:9, 42:12, 44:22, 45:1, 46:20, 49:17, 50:15, 50:16, 52:2, 53:19, 53:23, 54:14, 54:15, 55:11, 55:13, 56:4, 56:5, 57:2, 57:3, 57:10, 57:11, 57:16, 58:19, 59:2, 60:1, 60:22, 61:15, 61:18, 61:21, 61:25, 62:4, 63:21, 66:17, 66:19, 69:18, 75:11, 76:10, 76:14, 76:17, 77:25, 80:10, 81:20, 83:9, 84:2, 84:9, 86:17, 88:4, 88:11, 97:15, 97:16, 97:17, 97:18, 97:22, 98:1, 98:2, 98:20, 104:3, 108:10, 113:3, 113:7, 113:8, 113:10, 113:11, 113:13, 114:18, 115:4, 115:5, 115:9, 115:12, 117:1, 121:12, 122:15, 122:25, 124:20, 127:24, 138:14, 139:6, 140:12, 142:5
**corrections** [2] - 79:16, 142:6
**correctly** [2] - 13:25, 67:19
**cost** [3] - 45:21, 45:24, 46:2
**counsel** [3] - 23:9, 26:10, 140:14
**count** [2] - 130:20, 138:15
**counted** [1] - 121:6
**counties** [1] - 81:8
**counting** [1] - 65:10
**country** [1] - 43:14
**County** [10] - 1:9, 52:23, 62:16, 67:14, 69:11, 69:16, 89:1, 125:23, 125:25, 140:6
**COUNTY** [1] - 140:3
**couple** [11] - 27:18, 51:8, 74:15, 75:8, 76:8, 76:19, 82:18, 82:23, 125:17, 126:20, 133:1
**course** [2] - 53:9, 83:16
**Court** [2] - 79:21, 123:19
**COURT** [1] - 1:1
**court** [8] - 4:7, 5:14,

6:5, 6:11, 7:9, 15:19, 16:18, 17:2
**cover** [1] - 4:24
**COVID** [1] - 137:1
**coyotes** [1] - 68:5
**CR** [1] - 101:13
**CR-V** [1] - 101:13
**create** [1] - 22:3
**creating** [1] - 49:4
**creators** [1] - 19:11
**crime** [1] - 111:25
**criminal** [1] - 137:12
**criminals** [1] - 79:21
**cross** [1] - 131:2
**crystal** [1] - 31:21
**cup** [1] - 45:15
**curios** [1] - 62:24
**customer** [2] - 73:16, 73:20
**cut** [2] - 80:14, 104:9
**cycle** [1] - 65:5
**CZ** [2] - 64:3, 122:4
**Czechoslovakian** [1] - 64:3

## D

**daily** [4] - 40:19, 42:2, 42:8, 42:14
**damage** [2] - 43:11, 74:7
**Danny's** [8] - 109:11, 109:15, 115:3, 115:22, 116:5, 116:11, 116:19, 117:4
**DANNYS** [1] - 109:15
**dark** [1] - 136:23
**date** [15] - 13:14, 14:18, 49:13, 51:9, 83:11, 83:13, 83:19, 83:21, 87:5, 87:7, 87:19, 88:8, 113:1, 119:8, 120:6
**Dated** [1] - 142:10
**dated** [2] - 114:3, 121:2
**dates** [5] - 15:13, 29:1, 77:5, 77:21, 85:1
**dating** [1] - 34:22
**daughter** [1] - 67:25
**daunting** [1] - 78:24
**days** [19] - 27:11, 27:12, 74:15, 75:8, 76:9, 76:19, 77:16, 77:20, 82:23, 125:17, 128:11
**deadly** [2] - 133:12, 133:17
**deal** [2] - 54:9, 105:13

**DEC** [1] - 80:2
**decades** [1] - 133:2
**decide** [1] - 78:18
**decided** [3] - 108:11, 111:9, 115:19
**decision** [4] - 106:18, 107:25, 115:17, 115:23
**decisions** [1] - 106:12
**Declaration** [2] - 3:12, 117:13
**declaration** [56] - 25:12, 25:17, 25:24, 26:8, 26:12, 26:14, 26:23, 27:5, 27:10, 27:14, 27:25, 31:25, 32:4, 32:10, 32:22, 54:12, 72:18, 75:6, 75:18, 76:8, 76:19, 77:6, 77:15, 77:20, 77:22, 78:25, 79:3, 84:16, 85:8, 86:14, 86:22, 87:23, 88:13, 91:10, 92:14, 93:1, 93:5, 93:14, 93:24, 94:5, 94:10, 94:21, 95:7, 95:18, 98:21, 101:18, 105:20, 113:9, 113:13, 114:3, 114:22, 116:22, 117:1, 117:5, 117:25, 118:4
**declined** [1] - 115:15
**declining** [1] - 110:7
**deduction** [1] - 56:25
**default** [1] - 108:1
**defaulting** [2] - 106:19, 106:23
**DEFENDANTS** [1] - 2:11
**Defendants** [1] - 1:10
**defense** [5] - 80:19, 84:21, 85:4, 124:11, 128:20
**defer** [2] - 96:18, 132:24
**define** [1] - 61:6
**defined** [1] - 34:1
**definition** [3] - 34:3, 61:2, 66:25
**definitive** [7] - 15:13, 29:1, 29:4, 50:10, 81:25, 83:10, 110:13
**definitively** [5] - 22:8, 22:11, 35:20, 58:24, 65:8
**defrosted** [1] - 74:25
**delivering** [1] - 29:18
**delivers** [1] - 73:20
**Delta** [9] - 94:22,

94:23, 129:18, 135:4, 135:6, 136:5, 137:5, 137:8, 138:3
**Denny's** [1] - 109:14
**DENNYS** [1] - 109:14
**depart** [1] - 56:18
**department** [4] - 73:19, 76:2, 125:23, 126:17
**departments** [1] - 81:6
**departure** [3] - 83:11, 83:13, 83:19
**dependent** [1] - 83:16
**DEPONENT:_____
_____DATE**
[1] - 141:2
**deposed** [1] - 5:24
**Deposition** [1] - 139:20
**deposition** [17] - 6:8, 6:10, 6:19, 7:3, 7:20, 8:2, 16:3, 16:9, 48:16, 49:11, 51:6, 56:3, 56:9, 93:19, 119:20, 120:22, 139:11
**deputy** [1] - 126:19
**describe** [2] - 90:22, 106:1
**DESCRIPTION** [1] - 3:10
**description** [1] - 76:12
**deserve** [1] - 89:23
**design** [3] - 44:8, 82:25, 100:18
**despite** [1] - 84:4
**detachable** [1] - 63:24
**detailed** [2] - 74:20, 76:12
**determine** [10] - 51:4, 109:22, 111:17, 112:4, 112:12, 112:14, 113:6, 113:25, 116:6, 116:20
**determining** [1] - 116:19
**developed** [1] - 68:3
**Dick** [3] - 95:15, 95:21, 107:4
**different** [4] - 30:13, 64:20, 88:22, 122:9
**differentiates** [1] - 66:3
**difficult** [1] - 106:16
**difficulties** [1] - 98:22
**dinner** [1] - 127:5
**direct** [4] - 11:12, 23:5, 106:22, 113:20
**directed** [4] - 11:19,

26:6, 26:11, 114:8
**directing** [3] - 114:4, 115:1, 117:8
**direction** [1] - 102:9
**directly** [8] - 8:15, 23:22, 24:22, 46:10, 86:2, 97:4, 98:5, 107:6
**disabling** [4] - 101:19, 101:25, 104:1, 104:5
**disagree** [2] - 92:13, 107:12
**disallow** [1] - 98:4
**disarm** [1] - 105:7
**disarming** [2] - 104:14, 104:24
**discharge** [2] - 133:15, 133:16
**disclose** [3] - 65:18, 71:2, 71:15
**discounting** [1] - 53:8
**discussed** [2] - 21:11, 129:19
**discussing** [1] - 129:3
**discussion** [1] - 49:1
**dispatch** [1] - 73:17
**displayed** [1] - 103:15
**displaying** [2] - 102:15, 102:23
**distance** [1] - 46:19
**DISTRICT** [2] - 1:1, 1:2
**District** [1] - 1:9
**dividers** [1] - 58:3
**divulging** [1] - 8:17
**doctrine** [3] - 114:11, 115:1, 117:8
**document** [4] - 117:20, 119:9, 119:19, 120:22
**documentation** [1] - 121:15
**done** [9] - 39:24, 43:11, 72:9, 73:17, 77:1, 97:17, 99:15, 129:6, 134:23
**Donuts** [5] - 45:18, 45:25, 46:6, 46:14, 46:16
**door** [3] - 58:4, 102:5, 112:1
**doors** [3] - 47:4, 58:8, 112:8
**down** [19] - 10:9, 40:15, 47:4, 52:22, 61:3, 67:17, 68:6, 68:23, 77:14, 82:12, 85:25, 89:9, 100:21, 103:13, 106:13, 106:14, 110:9, 116:2, 140:11

**downstate** [1] - 81:7
**downtown** [18] - 40:2, 40:7, 40:22, 42:5, 42:11, 42:17, 42:22, 43:23, 44:3, 44:19, 49:15, 49:18, 52:8, 52:12, 53:24, 54:14, 54:18, 54:23
**dozen** [4] - 62:8, 62:11, 63:5, 65:11
**drafted** [2] - 26:12, 86:22
**drafting** [1] - 25:12
**draw** [1] - 102:7
**drill** [1] - 61:3
**drink** [1] - 109:1
**drive** [8] - 40:21, 42:4, 42:22, 45:8, 49:18, 54:5, 82:15, 135:12
**Drive** [6] - 5:7, 5:19, 85:18, 85:20, 85:24, 107:3
**driver's** [1] - 102:5
**driving** [11] - 40:12, 52:8, 52:11, 54:14, 103:10, 103:13, 106:3, 135:10, 135:11, 135:15, 138:11
**drugs** [1] - 6:25
**due** [6] - 28:25, 30:8, 43:16, 54:17, 54:19, 128:11
**dues** [1] - 15:22
**duly** [2] - 5:9, 140:9
**dummy** [1] - 132:19
**Dunkin'** [5] - 45:18, 45:25, 46:6, 46:14, 46:16
**during** [6] - 6:19, 16:1, 37:2, 52:18, 123:1, 123:8
**duty** [1] - 79:20

### E

**E-R-R-Y** [1] - 89:12
**earliest** [2] - 14:14, 59:24
**early** [1] - 137:20
**easier** [3] - 54:9, 78:14, 130:20
**effect** [7] - 60:17, 110:1, 127:7, 127:18, 130:2, 130:15, 133:22
**effected** [3] - 23:22, 24:22, 24:24
**efforts** [1] - 96:13
**eight** [4] - 32:16,

32:17, 32:21, 77:7
**either** [24] - 17:5, 22:8, 22:11, 23:9, 28:13, 30:7, 35:20, 40:10, 45:10, 45:11, 52:20, 52:23, 58:25, 69:10, 83:14, 83:23, 84:3, 103:9, 104:6, 106:2, 106:17, 107:4, 110:14, 115:18
**eject** [2] - 102:8, 102:11
**ejected** [1] - 100:14
**elected** [1] - 81:4
**election** [1] - 5:18
**element** [1] - 137:13
**elicit** [1] - 11:23
**elsewhere** [3] - 93:1, 93:5, 94:5
**email** [9] - 10:22, 21:21, 21:24, 22:7, 27:2, 27:3, 27:5, 27:7, 37:23
**emailed** [4] - 9:7, 17:10, 20:14, 22:9
**emails** [5] - 12:4, 12:7, 21:19, 21:22, 22:18
**emboldened** [1] - 137:13
**employee** [3] - 107:2, 107:15, 110:6
**employer** [2] - 36:25, 72:22
**employment** [1] - 75:20
**encompass** [1] - 66:6
**encounter** [1] - 137:15
**encountered** [4] - 68:5, 68:8, 126:25, 127:1
**encounters** [2] - 68:10, 68:17
**end** [6] - 7:5, 13:15, 14:5, 32:21, 87:18, 87:19
**ended** [3] - 78:19, 108:16, 139:11
**ending** [1] - 1:15
**ends** [1] - 40:15
**enforce** [5] - 31:7, 79:20, 80:5, 81:18, 113:3
**enforced** [1] - 84:7
**enforcement** [14] - 30:23, 31:6, 31:15, 79:18, 79:25, 80:16, 96:19, 112:18, 123:19, 125:8, 125:14, 125:20, 125:21, 132:18

**enjoined** [3] - 127:21, 128:21, 129:10
**enjoy** [3] - 82:4, 82:18, 124:18
**enjoyed** [2] - 82:10, 87:1
**enter** [3] - 11:1, 71:2, 125:6
**entered** [1] - 50:7
**entering** [3] - 51:24, 93:25, 102:4
**entrance** [8] - 45:16, 46:23, 55:5, 99:20, 99:21, 99:24, 112:2, 112:8
**Equinox** [1] - 101:12
**equipped** [2] - 42:19, 65:2
**ERIE** [1] - 140:3
**Erie** [7] - 1:9, 52:23, 62:16, 89:1, 125:23, 125:25, 140:6
**errata** [1] - 142:7
**escalator** [1] - 47:4
**especially** [2] - 68:14, 127:3
**ESQ** [3] - 2:3, 2:8, 2:13
**essentially** [1] - 73:6
**estimate** [7] - 32:13, 66:15, 105:9, 123:7, 129:25, 130:6, 130:12
**evening** [1] - 53:8
**event** [4] - 53:24, 54:23, 55:9, 91:3
**events** [7] - 52:8, 52:13, 52:14, 52:21, 53:9, 54:13, 54:18
**Evo** [1] - 64:4
**exacerbated** [1] - 108:24
**exact** [14] - 13:14, 14:11, 46:15, 47:19, 51:3, 51:9, 65:15, 77:21, 79:23, 87:5, 99:11, 115:22, 116:1, 132:17
**exactly** [1] - 97:10
**EXAMINATION** [3] - 3:2, 5:12, 122:24
**Examination** [1] - 1:11
**examined** [1] - 5:9
**example** [3] - 5:18, 99:22, 137:10
**examples** [1] - 92:12
**except** [1] - 142:5
**excited** [1] - 82:24
**excuse** [2] - 127:14, 130:8

**executed** [1] - 119:5
**exercise** [1] - 124:9
**Exhibit** [18] - 48:4, 48:8, 48:16, 49:10, 53:20, 117:13, 117:17, 117:22, 117:25, 118:5, 118:10, 119:1, 119:9, 119:16, 119:20, 120:12, 120:16, 120:22
**exhibit** [2] - 120:19, 120:20
**EXHIBIT** [1] - 3:10
**exhibits** [2] - 139:16, 139:17
**exists** [1] - 40:2
**exit** [2] - 54:4, 58:13
**expedited** [1] - 4:5
**expense** [1] - 65:6
**experience** [4] - 67:20, 103:8, 135:17, 136:4
**experiences** [2] - 42:23, 123:17
**expires** [1] - 142:17
**explain** [3] - 6:7, 123:16, 126:15
**explains** [1] - 72:18
**explicit** [2] - 110:14, 110:15
**explicitly** [2] - 50:10, 98:9
**expressed** [1] - 8:22
**expressing** [1] - 21:19
**expressively** [1] - 116:16
**extend** [1] - 34:7
**extent** [10] - 8:7, 8:10, 24:16, 34:1, 56:11, 113:17, 118:21, 125:13, 130:13, 130:14
**extra** [4] - 15:20, 17:2, 17:4, 83:17
**eye** [1] - 73:21
**eyes** [1] - 101:2

### F

**Facebook** [8] - 34:23, 35:12, 35:14, 35:18, 36:8, 36:12, 36:15, 37:13
**facilities** [1] - 106:7
**facility** [1] - 107:5
**factor** [1] - 135:15
**failing** [3] - 85:1, 93:8, 116:11
**fails** [1] - 98:17

**fair** [26] - 7:14, 11:16, 13:11, 14:17, 22:4, 26:21, 28:1, 33:3, 33:11, 34:10, 35:9, 41:7, 47:15, 53:20, 55:8, 55:25, 60:2, 77:19, 85:5, 88:12, 91:10, 92:19, 120:8, 131:22, 132:9, 134:8
**fall** [2] - 127:4, 128:10
**falling** [1] - 112:22
**family** [4] - 67:7, 67:9, 67:16, 67:23
**far** [5] - 14:9, 15:3, 92:6, 125:7, 126:5
**fashion** [2] - 29:20, 123:10
**fast** [2] - 82:16, 106:4
**faster** [2] - 54:5, 54:8
**fat** [1] - 47:8
**Father's** [2] - 89:17, 90:6
**federal** [1] - 63:20
**fee** [3] - 4:24, 5:1, 15:4
**feet** [1] - 126:20
**felt** [3] - 27:19, 32:22, 103:15
**few** [5] - 84:23, 88:18, 121:23, 121:24, 138:21
**fewer** [1] - 138:12
**FFL** [1] - 62:23
**fighting** [1] - 36:4
**figure** [3] - 32:18, 49:5, 50:25
**financing** [1] - 73:6
**fine** [4] - 4:25, 5:1, 6:9, 10:1
**fingers** [2] - 130:20, 138:15
**firearm** [29] - 40:3, 59:4, 63:16, 63:23, 64:8, 65:1, 84:21, 100:2, 100:4, 100:7, 100:24, 100:25, 101:20, 101:25, 102:12, 102:16, 102:17, 103:20, 104:2, 104:5, 105:8, 106:7, 111:4, 111:13, 129:8, 129:18, 129:22, 130:7, 130:15
**Firearms** [36] - 9:3, 10:7, 13:8, 13:13, 13:22, 14:7, 14:10, 14:13, 14:17, 15:1, 15:12, 15:17, 17:9, 17:14, 17:19, 17:23, 18:7, 18:13, 19:22,

19:25, 20:4, 20:16,
20:23, 21:1, 21:18,
21:22, 22:18, 23:1,
29:7, 29:14, 29:22,
34:8, 36:24, 37:7,
37:11, 38:5
**firearms** [13] - 3:14,
60:21, 61:1, 61:2,
61:6, 63:20, 64:14,
65:19, 107:22,
110:3, 120:16,
133:15, 133:16
**FIREARMS** [1] - 1:4
**firm** [3] - 12:12, 81:23,
81:25
**first** [25] - 5:8, 10:21,
12:15, 13:7, 13:12,
20:23, 20:25, 26:22,
28:10, 40:9, 41:21,
50:25, 51:5, 62:18,
83:13, 87:15, 100:7,
100:8, 102:7,
109:25, 113:7,
114:1, 115:10,
118:9, 125:16
**five** [2] - 39:14, 84:11
**five-minute** [1] - 39:14
**flyers** [1] - 16:24
**FLYNN** [1] - 1:8
**focused** [1] - 18:1
**fold** [1] - 82:12
**follow** [1] - 111:23
**following** [7] - 48:7,
116:8, 117:12,
119:15, 120:15,
141:3, 141:3
**follows** [1] - 5:10
**font** [1] - 99:17
**food** [3] - 78:18,
82:16, 106:4
**FOR** [3] - 2:2, 2:6,
2:11
**force** [2] - 133:13,
133:18
**foregoing** [2] -
140:12, 142:4
**Forest** [3] - 89:9,
91:15, 92:23
**forgot** [1] - 28:25
**form** [3] - 40:19,
53:14, 53:16
**formed** [1] - 23:10
**forth** [1] - 140:11
**Foundation** [14] - 9:4,
13:23, 20:17, 20:24,
21:3, 21:18, 21:23,
22:20, 23:2, 28:6,
28:11, 28:17, 28:21,
29:3
**FOUNDATION** [1] -

1:4
**four** [8] - 13:20, 14:4,
21:11, 33:3, 33:11,
33:21, 66:21, 117:20
**four-page** [1] - 117:20
**FPC** [2] - 9:3, 16:13
**frame** [1] - 100:11
**France** [1] - 122:7
**franchise** [1] - 108:8
**free** [5] - 37:14, 54:7,
58:15, 72:3, 137:18
**frequency** [2] -
124:17, 131:24
**frequent** [2] - 125:17,
132:7
**frequented** [1] - 57:1
**frequently** [9] - 39:24,
57:20, 92:6, 128:10,
128:11, 131:20,
134:18, 135:7, 138:3
**friday** [1] - 4:17
**Friday** [7] - 4:18,
52:13, 52:18, 76:25,
83:14, 83:23, 137:6
**friend** [2] - 67:15, 69:2
**friends** [1] - 67:16
**front** [4] - 49:10,
112:1, 118:9, 119:9
**fueled** [1] - 74:17
**full** [2] - 79:4, 140:12
**furthest** [2] - 44:13,
46:18
**future** [6] - 31:23,
70:5, 74:2, 87:4,
113:4, 126:23

**G**

**gain** [1] - 9:11
**gambling** [1] - 107:6
**game** [2] - 54:25, 55:8
**games** [3] - 52:14,
52:18, 52:19
**gap** [1] - 20:25
**Garand** [1] - 20:12
**garment** [1] - 90:24
**gas** [12] - 54:2, 64:25,
78:18, 82:16, 93:8,
94:12, 94:17, 94:20,
94:23, 95:1, 135:14,
137:7
**gate** [2] - 47:4, 58:7
**gates** [1] - 58:4
**general** [1] - 73:21
**General** [1] - 80:21
**GENERAL** [2] - 2:12,
2:14
**Genesee** [2] - 109:11,
109:12
**George** [3] - 89:12,

95:15, 95:21
**German** [1] - 122:2
**Gerry** [5] - 67:18,
89:10, 89:11, 91:15,
92:23
**girlfriend** [1] - 36:24
**gist** [1] - 116:3
**given** [2] - 6:4, 92:11
**Glock** [2] - 122:3
**glove** [1] - 90:16
**goal** [2] - 7:8, 27:22
**Google** [2] - 22:2,
27:21
**Googling** [1] - 32:18
**gorgeous** [1] - 67:21
**Government's** [1] -
79:8
**Governor** [1] - 80:20
**Gowanda** [2] - 67:18,
68:6
**Grand** [1] - 85:25
**granted** [4] - 40:1,
60:7, 67:6, 68:8
**granting** [1] - 66:23
**great** [3] - 42:24, 66:8,
82:24
**greater** [1] - 137:15
**grizzly** [1] - 68:9
**groceries** [1] - 104:17
**grocery** [5] - 99:23,
109:9, 109:21,
137:1, 137:18
**gross** [1] - 107:13
**ground** [2] - 58:13,
102:10
**grounds** [3] - 92:9,
114:24, 117:6
**groups** [6] - 33:6,
33:10, 33:17, 33:20,
34:2, 34:7
**GS** [3] - 41:20, 42:1,
42:4
**guarantee** [8] - 29:16,
68:19, 112:15,
123:18, 123:20,
123:21, 126:23,
136:1
**guess** [6] - 4:13,
31:23, 44:12, 58:25,
65:16, 121:3
**guidance** [1] - 125:25
**guise** [1] - 11:20
**gun** [22] - 33:5, 33:10,
33:17, 33:20, 34:2,
49:21, 62:9, 62:17,
62:20, 64:24, 89:18,
89:22, 89:24, 91:3,
102:8, 102:19,
103:3, 103:4, 139:1,
139:3

**Gun** [3] - 13:22, 21:6,
22:7
**guns** [18] - 60:9,
60:15, 60:22, 62:3,
62:5, 62:10, 62:11,
63:5, 63:10, 65:11,
65:20, 66:20, 89:21,
102:17, 103:7,
122:2, 122:10
**Guns** [1] - 138:25
**guys** [1] - 13:4

**H**

**habit** [3] - 127:17,
127:20, 128:22
**half** [2] - 27:16, 122:12
**hand** [1] - 57:24
**handgun** [5] - 66:2,
66:5, 103:11,
133:19, 138:20
**handguns** [7] - 66:8,
66:18, 66:25,
121:15, 121:20,
122:13, 122:14
**handing** [5] - 48:15,
117:16, 119:19,
120:19, 120:21
**handle** [2] - 65:3,
73:10
**hands** [1] - 103:12
**hard** [3] - 27:1, 99:3,
106:13
**hardware** [9] - 93:8,
94:13, 95:4, 95:6,
95:8, 95:12, 95:17,
96:1, 134:25
**Harris** [12] - 89:9,
89:15, 90:5, 91:15,
92:22, 127:24,
128:4, 128:8,
128:13, 128:23,
134:4, 134:10
**hassle** [1] - 54:10
**hatch** [2] - 101:16
**hated** [1] - 62:22
**head** [2] - 65:8, 80:21
**headed** [1] - 54:24
**heads** [1] - 81:5
**heard** [4] - 22:13,
22:16, 67:11, 79:13
**hearing** [1] - 4:6
**heavy** [2] - 52:16,
52:17
**heir** [1] - 69:12
**held** [2] - 1:12, 81:12
**help** [4] - 5:3, 8:24,
15:20, 83:21
**hereby** [2] - 140:6,
140:12

**herein** [1] - 140:10
**hereinbefore** [1] -
140:8
**hereto** [1] - 142:7
**hereunto** [1] - 140:17
**hike** [3] - 123:7,
124:25, 128:8
**hiked** [6] - 123:3,
123:13, 124:22,
126:12, 128:7,
128:13
**hikes** [3] - 123:11,
124:3, 125:12
**hiking** [15] - 67:22,
68:4, 84:22, 86:11,
88:17, 88:21, 89:5,
89:15, 90:5, 91:11,
91:23, 92:20, 106:3,
127:23, 128:23
**Hill** [12] - 89:9, 89:15,
90:5, 91:15, 92:22,
127:24, 128:4,
128:8, 128:13,
128:23, 134:4,
134:10
**historical** [1] - 62:25
**historically** [1] - 29:17
**history** [1] - 126:21
**hits** [3] - 85:18, 85:20,
85:24
**holders** [2] - 110:2,
111:21
**hologram** [2] - 47:13,
47:20
**holster** [6] - 78:14,
90:8, 90:10, 90:19,
91:7, 102:7
**holsters** [1] - 91:8
**Home** [5] - 129:2,
129:9, 129:15,
134:14, 134:17
**home** [7] - 50:12,
55:3, 107:11,
107:14, 111:11,
130:4, 136:3
**Honda** [16] - 40:18,
40:21, 41:8, 41:13,
41:15, 41:16, 42:13,
42:16, 43:2, 43:7,
43:18, 43:22, 49:20,
54:1, 72:24, 100:3,
101:6, 101:10
**hook** [2] - 100:20,
100:22
**Hortons** [5] - 107:2,
107:10, 107:15,
108:4, 108:11
**hotel** [2] - 78:22, 83:3
**hour** [3] - 27:16, 39:14
**hours** [10] - 27:13,

27:18, 32:16, 32:17, 32:21, 77:7, 78:6, 136:18, 136:25
**house** [2] - 71:14, 107:10
**household** [2] - 41:5, 41:6
**HR** [11] - 40:18, 40:21, 41:8, 41:13, 49:20, 100:4, 100:17, 101:6, 101:7, 101:10, 102:1
**HR-V** [10] - 40:18, 40:21, 41:8, 41:13, 49:20, 100:4, 100:17, 101:6, 101:7, 101:10, 102:1
**human** [1] - 133:14
**humanly** [1] - 32:25
**hung** [1] - 108:2
**hunting** [2] - 65:4, 102:16

### I

**idea** [2] - 75:8, 99:2
**ideally** [1] - 4:10
**identification** [4] - 48:7, 117:12, 119:15, 120:15
**identified** [7] - 20:3, 86:15, 87:24, 87:25, 92:11, 93:13, 122:10
**identify** [2] - 108:6, 121:25
**ignore** [2] - 18:3, 104:7
**illegal** [1] - 6:25
**immediately** [1] - 71:17
**impact** [1] - 8:21
**implementation** [1] - 138:17
**implemented** [2] - 115:17, 115:24
**implies** [1] - 78:25
**importance** [1] - 17:8
**impractical** [4] - 52:9, 52:12, 53:24, 54:14
**impressions** [1] - 23:10
**Improvement** [2] - 24:7, 24:10
**IN** [1] - 140:17
**inability** [1] - 130:23
**INC** [1] - 1:4
**include** [5] - 77:19, 113:24, 114:2, 114:20, 117:3
**included** [2] - 113:12,

116:25
**includes** [1] - 66:25
**including** [1] - 136:5
**increased** [3] - 131:23, 132:10, 134:11
**indentation** [2] - 47:9
**indicated** [1] - 142:6
**indicating)** [2] - 90:23, 95:11
**indications** [1] - 97:24
**individual** [3] - 21:13, 57:10, 91:25
**individuals** [2] - 21:15, 132:19
**ineffective** [2] - 30:8, 30:11
**information** [23] - 8:9, 8:13, 8:18, 9:12, 16:24, 18:11, 21:16, 28:18, 29:10, 36:17, 36:21, 36:22, 37:6, 37:10, 38:4, 50:22, 52:2, 72:10, 113:12, 113:21, 114:25, 117:3, 125:19
**infrequent** [1] - 92:7
**infringed** [1] - 8:25
**inherited** [1] - 67:25
**inhibited** [1] - 94:7
**initial** [7] - 9:11, 9:14, 9:17, 9:18, 10:25, 11:11, 12:3
**inquire** [3] - 96:13, 109:5, 125:13
**inquired** [2] - 95:25, 109:24
**inside** [8] - 74:10, 74:11, 74:24, 90:8, 90:10, 90:20, 100:10, 100:13
**inside-the-waistband** [2] - 90:8, 90:10
**inspection** [1] - 74:1
**Instagram** [1] - 34:23
**instances** [2] - 130:3, 135:25
**instead** [1] - 78:19
**intend** [1] - 104:7
**interest** [4] - 8:22, 21:20, 23:4, 73:22
**interested** [2] - 16:6, 140:15
**interior** [1] - 82:25
**interject** [2] - 10:8, 48:20
**intermittent** [1] - 32:9
**intermittently** [1] - 32:4

**internet** [1] - 125:9
**interpret** [2] - 81:6, 102:22
**intersection** [1] - 5:19
**interview** [1] - 80:24
**involved** [6] - 6:2, 12:14, 13:7, 13:10, 17:7, 62:25
**irrelevant** [2] - 26:2, 92:11
**Island** [1] - 86:1
**issue** [1] - 99:11
**issues** [4] - 16:4, 16:9, 17:25, 35:17
**itself** [1] - 105:4

### J

**JAMES** [1] - 2:13
**January** [4] - 120:7, 120:10, 131:6, 131:8
**JLS** [1] - 1:6
**job** [5] - 42:23, 43:1, 73:1, 76:13, 96:11
**John** [18] - 9:21, 10:5, 10:10, 10:16, 10:19, 11:1, 11:10, 12:3, 22:13, 22:16, 22:23, 67:24, 69:4, 70:1, 75:16, 76:7, 118:7, 118:10
**JOHN** [1] - 1:8
**joined** [1] - 14:17
**joke** [1] - 127:2
**July** [2] - 87:18, 87:19
**jumble** [1] - 82:7
**June** [2] - 89:16, 90:6
**jurisdiction** [1] - 5:17
**justification** [1] - 80:20
**justified** [1] - 133:13
**justify** [1] - 97:11

### K

**keep** [5] - 32:15, 35:1, 61:7, 73:11, 78:14
**keeping** [1] - 73:21
**keeps** [1] - 75:3
**kept** [2] - 87:2, 108:17
**kids** [1] - 103:13
**kind** [7] - 26:20, 35:8, 40:17, 44:6, 81:21, 83:2, 101:10
**kinds** [1] - 76:12
**Kirk** [5] - 10:11, 11:19, 12:10, 13:2, 23:10
**knowing** [1] - 78:22
**knowledge** [21] - 6:4, 6:20, 7:15, 9:19,

10:6, 10:24, 14:24, 15:2, 15:9, 27:24, 28:3, 28:12, 28:23, 29:15, 32:6, 32:14, 35:19, 36:10, 37:22, 50:10, 63:5

### L

**L-A-K-S** [1] - 43:5
**labeled** [1] - 119:20
**Labor** [1] - 116:9
**lack** [1] - 46:25
**LaCrosse** [4] - 41:17, 41:19, 42:7, 42:10
**Lake** [1] - 83:17
**Laks** [3] - 43:2, 43:4, 72:24
**Land** [1] - 128:8
**land** [6] - 68:20, 68:24, 69:15, 70:24, 71:2, 92:1
**Lands** [5] - 127:24, 128:5, 128:13, 134:4, 134:10
**language** [1] - 27:14
**lapse** [2] - 14:4, 30:6
**lapsed** [6] - 28:24, 29:2, 29:6, 29:12, 29:23, 30:2
**large** [2] - 5:15, 121:19
**largely** [3] - 84:23, 88:18, 91:12
**LaSalle** [5] - 40:11, 45:3, 56:16, 56:21, 56:24
**last** [21] - 10:10, 12:14, 12:19, 43:10, 47:21, 53:21, 54:3, 58:23, 69:5, 69:7, 75:14, 87:9, 87:10, 87:11, 87:12, 87:16, 89:14, 109:16, 117:21, 121:22, 122:11
**law** [34] - 12:12, 30:23, 31:6, 31:14, 50:9, 60:19, 63:24, 73:25, 78:12, 79:17, 79:20, 79:25, 80:4, 80:16, 81:1, 81:11, 96:19, 96:21, 100:2, 103:24, 104:7, 104:8, 111:3, 112:18, 115:17, 115:24, 123:19, 125:8, 125:14, 125:20, 125:21, 132:18, 135:20,

135:21
**Law** [7] - 65:21, 102:13, 102:14, 107:20, 110:25, 111:23, 124:13
**law-abiding** [1] - 104:8
**lawful** [3] - 107:21, 110:2, 111:20
**Lawrence** [3] - 67:14, 69:11, 69:16
**lawsuit** [18] - 5:24, 6:3, 8:5, 8:17, 9:10, 16:1, 23:16, 23:19, 24:13, 25:1, 25:9, 25:14, 31:12, 31:17, 34:5, 36:7, 63:10, 79:11
**lawyer** [4] - 9:21, 26:6, 27:20, 77:13
**lawyers** [7] - 50:13, 50:22, 51:14, 51:16, 51:20, 51:22, 52:1
**laymen's** [4] - 58:9, 86:9, 94:24, 125:6
**leader** [1] - 81:16
**leaders** [4] - 79:6, 80:8, 81:16, 84:4
**leaf** [1] - 117:19
**learn** [1] - 51:5
**learned** [1] - 51:7
**least** [3] - 71:23, 80:7, 133:2
**leather** [1] - 90:20
**leave** [12] - 21:14, 45:21, 45:24, 46:2, 50:12, 58:10, 71:16, 71:17, 77:1, 82:14, 82:19, 111:11
**leaving** [2] - 136:22, 137:3
**left** [2] - 55:3, 78:16
**legal** [13] - 18:5, 18:9, 24:17, 27:21, 63:18, 71:21, 77:12, 78:24, 79:18, 82:15, 106:12, 107:23, 113:14
**legally** [3] - 40:4, 128:19, 129:13
**legislature** [1] - 79:15
**legitimately** [1] - 96:7
**lens** [1] - 58:4
**less** [14] - 67:7, 78:9, 78:15, 128:10, 131:20, 132:7, 134:18, 134:25, 135:7, 135:10, 135:11, 138:3, 138:6, 138:10

**LETITA** [1] - 2:13
**letter** [3] - 47:8, 47:10, 73:25
**letters** [1] - 16:24
**level** [2] - 108:3, 110:5
**liability** [3] - 74:2, 106:19, 115:18
**license** [39] - 3:13, 59:7, 60:21, 61:22, 61:23, 62:2, 62:6, 62:23, 63:7, 63:21, 65:13, 65:18, 65:19, 65:22, 66:3, 66:10, 66:24, 67:3, 67:5, 119:16, 120:9, 123:3, 124:22, 128:2, 131:7, 131:10, 131:14, 131:23, 132:4, 132:10, 134:19, 134:22, 135:2, 136:6, 138:1, 138:2, 138:4, 138:5
**License** [1] - 119:25
**licensed** [3] - 59:3, 77:12, 110:2
**licensure** [1] - 120:3
**life** [7] - 8:21, 28:25, 35:1, 60:14, 68:11, 127:6, 133:14
**lift** [1] - 101:14
**light** [2] - 74:13, 90:15
**Light** [30] - 44:20, 44:25, 45:7, 46:22, 47:18, 48:3, 48:17, 49:9, 49:13, 49:16, 52:7, 53:11, 53:14, 53:16, 53:22, 54:13, 54:16, 55:2, 55:6, 55:9, 55:15, 55:19, 55:22, 55:24, 56:8, 56:15, 57:9, 57:15, 57:25, 58:17
**lighter** [1] - 90:15
**lights** [2] - 74:12, 74:18
**likelihood** [3] - 42:24, 78:15, 137:15
**limit** [1] - 82:16
**limited** [1] - 16:4
**limits** [1] - 126:4
**LINE** [9] - 141:4, 141:5, 141:7, 141:9, 141:11, 141:13, 141:15, 141:17, 141:19
**line** [5] - 15:24, 27:17, 44:9, 44:14
**line-by-line** [1] - 27:17
**list** [6] - 13:21, 19:8,

87:3, 121:2, 121:3
**List** [2] - 3:14, 120:16
**listed** [1] - 122:5
**litigation** [2] - 23:8, 26:2
**live** [4] - 85:11, 95:14, 102:11, 103:12
**lived** [3] - 30:13, 60:14, 69:8
**lives** [1] - 67:9
**LLP** [3] - 1:13, 2:3, 2:7
**load** [1] - 104:17
**loading** [1] - 104:20
**local** [16] - 80:3, 84:18, 84:22, 85:3, 85:7, 86:14, 86:21, 87:23, 88:12, 89:5, 91:11, 91:23, 92:15, 92:19, 96:19
**locally** [2] - 18:25, 94:22
**located** [7] - 5:14, 5:16, 34:14, 91:6, 95:13, 101:4, 101:5
**location** [5] - 51:3, 92:1, 108:8, 109:6, 110:8
**locations** [5] - 43:25, 44:23, 45:2, 110:17, 110:20, 116:20, 138:12
**lock** [3] - 100:14, 101:1, 102:12
**locked** [1] - 74:11
**look** [9] - 17:9, 47:7, 47:17, 74:3, 79:14, 79:24, 81:9, 102:24, 108:18
**looked** [2] - 17:19, 18:8
**looking** [8] - 16:6, 17:5, 17:6, 53:20, 70:2, 82:6, 102:13, 132:24
**looks** [1] - 47:10
**lose** [1] - 70:11
**low** [1] - 43:13
**lower** [2] - 64:20, 64:23
**luckily** [1] - 68:17
**lumps** [1] - 34:3
**lunch** [1] - 107:11
**LYTLE** [2] - 2:3, 2:7
**Lytle** [3] - 1:13, 23:9, 49:25

**M**

**M&T** [1] - 107:4
**M1A** [2] - 63:13, 64:2

**machine** [1] - 47:7
**machines** [1] - 46:24
**magazine** [4] - 63:23, 63:24, 100:13, 102:8
**Magnum** [2] - 64:6, 89:20
**Mail** [1] - 29:16
**mail** [6] - 15:7, 16:25, 29:18, 29:19, 30:8, 30:11
**Main** [9] - 1:14, 2:4, 2:9, 2:14, 2:15, 44:13, 45:8, 45:13, 55:4
**major** [1] - 52:13
**Malone** [6] - 67:10, 68:20, 69:1, 69:3, 69:4, 69:6
**Maloney** [3] - 67:24, 69:5, 69:6
**man** [2] - 98:14, 136:3
**management** [1] - 75:2
**manager** [3] - 73:1, 74:5, 96:9
**Manager** [1] - 73:23
**manner** [3] - 9:16, 126:10, 128:5
**manually** [2] - 65:3, 65:5
**manufacturer** [5] - 62:12, 64:21, 65:16, 122:2, 122:6
**Manufacturing** [1] - 64:22
**map** [2] - 82:6, 91:24
**mark** [2] - 48:3, 75:25
**marked** [8] - 48:7, 48:15, 117:12, 117:17, 119:15, 120:15, 120:20, 120:22
**married** [1] - 41:3
**marshy** [3] - 84:23, 88:18, 91:12
**Massena** [1] - 67:10
**massive** [2] - 74:7, 75:1
**materials** [1] - 28:15
**math** [1] - 83:22
**matter** [3] - 4:6, 32:23, 54:8
**mean** [20] - 19:2, 24:10, 31:19, 32:19, 63:15, 64:9, 64:14, 65:10, 66:1, 73:5, 80:14, 81:7, 84:20, 87:7, 87:23, 91:23, 92:15, 101:15, 106:1, 121:19

**meaning** [4] - 22:5, 29:9, 64:12, 102:17
**meaningless** [1] - 92:15
**means** [7] - 73:4, 91:7, 97:19, 98:16, 98:19, 103:16, 123:22
**meant** [2] - 64:16, 86:14, 104:19
**mechanically** [3] - 42:18, 43:24, 74:19
**mechanism** [1] - 100:3
**media** [13] - 34:12, 34:14, 34:18, 34:21, 35:3, 35:5, 35:11, 35:14, 36:18, 36:22, 37:5, 37:10, 38:4
**medical** [3] - 108:23, 109:2, 109:3
**medication** [1] - 6:21
**meets** [1] - 73:24
**Melissa** [5] - 67:25, 69:13, 69:14, 69:19, 70:7
**member** [8] - 13:13, 14:9, 14:12, 15:1, 16:5, 16:13, 28:10, 59:21
**members** [2] - 41:5, 59:17
**membership** [16] - 14:3, 15:4, 15:11, 15:18, 15:21, 28:5, 28:16, 28:19, 28:20, 29:2, 29:6, 29:12, 29:13, 29:22, 30:2, 30:6
**memberships** [4] - 13:16, 33:1, 33:5, 33:22
**memory** [1] - 14:14
**mental** [1] - 23:10
**mention** [1] - 85:3
**mentioned** [11] - 20:15, 32:3, 43:25, 44:23, 86:5, 88:25, 89:4, 89:6, 93:2, 113:5, 115:3
**mentions** [1] - 84:17
**messages** [1] - 116:4
**met** [2] - 63:24, 115:20
**metal** [3] - 90:21, 100:20, 100:22
**method** [2] - 44:3, 44:18
**Metro** [1] - 52:6
**middle** [3] - 67:12, 86:5, 120:6
**midnight** [2] - 82:21,

137:2
**might** [11] - 8:24, 28:23, 44:24, 47:17, 57:21, 88:2, 91:22, 99:3, 101:18, 101:24, 103:14
**mile** [1] - 5:23
**miles** [1] - 82:18
**Military** [2] - 59:18, 59:22
**millimeter** [1] - 64:4
**mind** [8] - 13:19, 19:6, 19:9, 29:1, 30:6, 39:4, 52:11, 86:21
**minute** [1] - 39:14
**minutes** [5] - 54:4, 78:6, 78:7, 84:11, 95:14
**missing** [1] - 43:16
**mix** [2] - 68:25, 75:3
**Model** [1] - 64:13
**model** [5] - 42:19, 43:11, 43:12, 74:10, 122:5
**Moira** [2] - 67:10, 69:8
**moment** [3] - 48:21, 48:25, 129:16
**Monday** [3] - 51:13, 52:13, 52:17
**money** [7] - 15:14, 15:16, 17:4, 28:19, 45:21, 45:24, 46:2
**month** [13] - 28:13, 53:12, 57:12, 84:24, 88:19, 123:6, 123:9, 124:18, 128:9, 128:24, 132:1, 134:3, 134:12
**monthly** [1] - 95:3
**months** [1] - 51:2
**morning** [8] - 51:12, 53:4, 74:23, 82:15, 87:14, 137:20, 137:21
**Morton** [3] - 1:12, 140:5, 140:21
**Mossberg** [1] - 64:6
**most** [10] - 43:14, 56:18, 56:19, 56:20, 56:23, 56:25, 62:13, 87:1, 104:6, 137:20
**mostly** [1] - 95:11
**mother** [2] - 103:13, 132:18
**motivating** [1] - 135:15
**motivation** [1] - 55:11
**motivations** [1] - 133:25
**Mountain** [2] - 82:5,

82:8
**mouth** [2] - 17:5, 18:25
**mouthpiece** [1] - 106:12
**move** [1] - 93:18
**MR** [151] - 3:5, 3:6, 4:1, 4:3, 4:4, 4:12, 4:16, 4:17, 4:19, 4:21, 4:23, 4:25, 5:4, 5:12, 8:7, 9:24, 10:1, 10:4, 10:8, 10:13, 10:15, 11:5, 11:8, 11:12, 11:16, 11:22, 12:1, 12:8, 12:18, 12:20, 12:22, 13:6, 13:9, 15:23, 16:3, 16:8, 16:10, 16:12, 16:15, 16:18, 17:1, 18:14, 18:17, 18:18, 19:1, 21:5, 22:22, 23:15, 23:24, 24:3, 24:16, 24:20, 25:19, 25:23, 25:25, 26:1, 26:5, 26:19, 32:11, 33:25, 35:7, 37:12, 37:16, 38:1, 38:14, 38:16, 38:17, 38:19, 38:20, 38:22, 39:1, 39:3, 39:13, 39:16, 39:20, 48:2, 48:5, 48:10, 48:12, 48:14, 48:20, 48:22, 48:23, 49:3, 49:5, 49:8, 54:20, 56:11, 60:24, 61:3, 61:8, 61:12, 63:9, 70:16, 71:4, 71:12, 71:18, 71:23, 72:2, 72:4, 72:7, 72:8, 72:14, 72:15, 72:17, 77:9, 84:10, 84:15, 89:23, 90:3, 92:9, 92:13, 92:18, 98:6, 99:12, 105:12, 105:19, 113:17, 113:22, 114:6, 114:7, 114:9, 114:13, 114:24, 117:6, 117:15, 118:21, 118:25, 119:11, 119:18, 120:18, 122:16, 122:21, 122:24, 129:11, 130:9, 130:17, 130:24, 131:4, 136:8, 136:9, 136:11, 136:13, 137:23, 138:7, 139:7, 139:9, 139:11, 139:13, 139:15, 139:18

**Mrgunsngear** [1] - 20:8
**multiple** [4] - 13:16, 13:18, 68:10, 76:2
**must** [1] - 80:5
**Myspace** [2] - 34:23, 37:1

# N

**naive** [1] - 15:6
**name** [19] - 10:10, 12:19, 15:4, 15:8, 20:12, 45:17, 45:19, 62:11, 69:5, 69:7, 69:12, 75:16, 79:23, 87:5, 95:2, 118:10, 122:4, 125:4, 140:18
**named** [2] - 9:21, 10:19
**names** [5] - 12:15, 20:6, 88:3, 88:6
**Nassau** [1] - 81:8
**nationally** [1] - 15:20
**nature** [2] - 23:16, 23:19
**near** [7] - 5:15, 5:21, 83:17, 89:9, 107:10, 109:11, 109:12
**nearby** [1] - 40:13
**necessarily** [1] - 105:4
**necessary** [1] - 78:2
**need** [18] - 4:8, 7:20, 7:23, 41:21, 47:23, 51:8, 51:19, 72:2, 73:14, 74:23, 82:14, 87:3, 95:1, 106:6, 124:12, 131:2, 133:10, 134:25
**needed** [2] - 106:2, 136:22
**needing** [1] - 99:8
**needs** [1] - 81:2
**net** [1] - 100:21
**never** [11] - 6:4, 6:5, 17:22, 35:25, 50:4, 58:14, 77:1, 77:14, 104:17, 105:10, 133:9
**NEW** [3] - 1:2, 2:12, 140:1
**new** [5] - 73:11, 73:12, 81:2, 121:24, 138:20
**New** [78] - 1:8, 1:14, 2:5, 2:9, 2:15, 3:13, 5:8, 13:23, 14:19, 25:4, 25:10, 31:3, 31:7, 40:5, 55:17, 55:22, 55:25, 59:4, 59:6, 59:15, 59:25,

60:3, 60:10, 60:13, 60:14, 61:16, 62:15, 63:12, 63:14, 63:17, 65:14, 65:21, 65:25, 66:2, 66:10, 66:24, 67:9, 67:20, 67:23, 68:8, 68:14, 69:16, 69:23, 70:6, 73:25, 79:5, 79:8, 80:1, 80:2, 80:21, 81:9, 82:2, 83:15, 83:17, 89:10, 91:15, 92:1, 92:23, 96:19, 97:19, 102:13, 102:14, 102:24, 103:5, 106:20, 106:23, 107:20, 108:1, 110:25, 111:23, 119:16, 119:24, 120:9, 124:13, 128:1, 133:12, 135:17, 140:6
**news** [2] - 19:3, 19:6
**next** [6] - 27:18, 46:12, 74:15, 76:22, 111:10, 113:16
**NFTA** [13] - 3:11, 45:10, 45:22, 46:5, 46:9, 48:8, 48:16, 49:9, 52:6, 52:7, 55:14, 57:5, 59:1
**nice** [1] - 78:9
**Nick** [9] - 11:5, 11:16, 48:4, 72:8, 72:12, 139:8, 139:15
**nick** [2] - 4:1, 4:12
**NICOLAS** [1] - 2:8
**night** [6] - 74:21, 136:21, 137:5, 137:6
**NIGRELLI** [1] - 1:7
**nine** [1] - 64:4
**nine-millimeter** [1] - 64:4
**nobody** [2] - 72:11, 113:2
**none** [2] - 65:20, 116:25
**nonexistent** [1] - 130:19
**noon** [1] - 53:6
**normal** [1] - 76:21
**north** [1] - 85:17
**northeast** [1] - 82:2
**Notary** [4] - 1:12, 140:5, 141:23, 142:16
**note** [7] - 52:6, 75:6, 88:1, 88:17, 93:12, 101:18, 119:4
**notes** [1] - 140:13

**nothing** [6] - 34:5, 51:15, 60:18, 97:9, 111:15, 140:9
**notice** [3] - 1:16, 17:13, 140:10
**noticed** [1] - 65:25
**noun** [1] - 19:14
**November** [11] - 1:14, 53:21, 53:25, 54:17, 55:2, 55:10, 55:14, 55:17, 56:2, 75:8, 76:9, 76:20, 140:18
**nowhere** [1] - 67:13
**number** [11] - 13:19, 27:13, 62:7, 62:14, 64:18, 65:23, 96:16, 97:24, 130:2, 130:21, 132:11
**Number** [1] - 48:4
**NYSRPA** [3] - 14:1, 21:8, 22:9

# O

**o'clock** [3] - 53:7, 74:22, 136:21
**O-T-T-O-S** [1] - 109:19
**oath** [1] - 6:15
**obituary** [1] - 70:3
**object** [6] - 11:6, 11:22, 15:23, 37:12, 61:5, 92:9
**objecting** [1] - 48:24
**objection** [36] - 8:7, 11:12, 12:8, 13:6, 13:9, 18:14, 21:5, 22:22, 24:16, 25:19, 26:19, 32:11, 33:25, 35:7, 38:14, 48:4, 54:20, 56:11, 60:24, 63:9, 70:16, 71:4, 71:18, 77:9, 98:6, 99:12, 113:17, 114:24, 117:6, 118:21, 129:11, 130:9, 130:17, 136:8, 138:7
**objectionable** [1] - 71:24
**obligation** [1] - 79:18
**obscene** [1] - 42:20
**observe** [1] - 80:17
**obtained** [3] - 123:2, 124:21, 128:1
**occasions** [1] - 15:15
**occur** [1] - 128:1
**occurrences** [1] - 42:25
**OF** [6] - 1:2, 2:12, 2:12, 140:1, 140:3,

142:1
**offer** [2] - 18:12, 20:14
**offering** [1] - 33:9
**OFFICE** [1] - 2:12
**office** [2] - 73:7, 126:3
**Office** [3] - 52:23, 125:24, 126:1
**officer** [4] - 55:23, 97:10, 102:21, 103:9
**officers** [3] - 55:15, 55:18, 56:1
**official** [3] - 1:7, 1:8, 73:1
**officials** [1] - 125:14
**often** [6] - 43:8, 53:10, 124:14, 127:11, 128:7, 134:22
**Ohio** [1] - 79:22
**old** [6] - 59:12, 59:13, 86:3, 131:5, 131:8, 131:17
**omitted** [1] - 77:21
**on-the-record** [2] - 110:14, 110:15
**once** [8] - 8:19, 27:19, 58:23, 83:16, 83:17, 111:9, 128:9, 128:23
**One** [1] - 1:13, 2:4, 2:8
**one** [56] - 7:3, 20:8, 20:9, 20:19, 20:21, 22:12, 32:12, 40:9, 41:15, 41:18, 43:15, 45:5, 47:9, 47:21, 47:25, 50:3, 56:17, 56:22, 57:21, 58:7, 59:19, 60:13, 60:14, 62:14, 63:2, 67:2, 82:4, 82:9, 82:22, 84:16, 85:16, 86:5, 86:7, 88:7, 89:8, 89:22, 95:14, 102:13, 105:13, 105:20, 109:16, 116:8, 116:9, 122:2, 122:6, 125:1, 131:20, 131:25, 132:18, 134:7, 134:11, 139:2
**ones** [7] - 19:8, 65:8, 85:9, 89:3, 92:5, 121:24, 122:9
**ongoing** [2] - 18:4, 18:9
**online** [3] - 17:5, 18:25, 19:2
**open** [3] - 93:7, 101:8, 137:19
**openly** [1] - 103:17
**operated** [1] - 64:7
**opinions** [1] - 35:22

**opportunity** [2] - 4:9, 26:13
**opposed** [2] - 103:5, 138:4
**opposing** [1] - 36:1
**Orchard** [3] - 43:2, 54:23, 72:24
**order** [8] - 18:12, 36:18, 63:19, 66:6, 100:24, 109:21, 132:19, 133:7
**organization** [2] - 10:5, 28:6
**organizational** [2] - 10:18, 10:22
**organizations** [17] - 9:6, 9:8, 13:17, 13:18, 13:19, 14:4, 16:6, 19:4, 19:6, 21:10, 30:7, 33:4, 33:11, 33:13, 33:21, 34:4, 35:10
**original** [2] - 44:8, 63:16
**OTB** [1] - 107:6
**otherwise** [3] - 38:9, 97:25, 108:24
**Otto's** [10] - 109:11, 109:16, 109:18, 115:4, 115:13, 115:22, 116:5, 116:11, 116:18, 117:5
**otto's** [1] - 109:17
**outcome** [1] - 140:15
**outdoor** [1] - 67:21
**outdoors** [1] - 135:17
**outside** [7] - 5:2, 6:6, 73:6, 89:1, 90:21, 94:23, 130:3
**oversee** [1] - 73:11
**overseeing** [2] - 73:18, 75:2
**own** [15] - 40:17, 40:18, 40:24, 50:17, 60:13, 60:21, 61:14, 62:5, 66:16, 66:20, 66:24, 91:8, 121:23, 122:1, 126:17
**owned** [3] - 62:2, 69:1, 74:10
**owner** [8] - 50:24, 51:1, 63:20, 70:10, 70:13, 70:21, 70:23, 97:2
**owner's** [1] - 78:23
**Owners** [3] - 13:22, 21:6, 22:7
**owns** [1] - 106:11

**P**

**p.m** [5] - 1:15, 1:16, 82:19, 139:20
**pace** [1] - 78:9
**packets** [1] - 16:24
**PAGE** [11] - 3:2, 3:10, 141:4, 141:5, 141:7, 141:9, 141:11, 141:13, 141:15, 141:17, 141:19
**page** [5] - 117:20, 117:21, 118:9, 119:1, 120:5
**paid** [3] - 28:19, 57:4, 58:11
**paragraph** [4] - 88:13, 98:21, 98:24, 99:2
**paragraphs** [1] - 84:16
**pardon** [1] - 27:21
**parents** [1] - 69:21
**Park** [46] - 43:3, 45:22, 46:5, 46:9, 54:23, 72:24, 75:9, 77:23, 78:3, 79:2, 79:12, 80:2, 80:8, 81:14, 81:17, 81:19, 81:22, 84:8, 85:10, 86:15, 86:23, 87:8, 87:9, 87:13, 87:17, 87:24, 88:14, 88:23, 91:13, 92:21, 93:12, 93:13, 93:23, 94:1, 94:2, 123:4, 123:7, 123:11, 123:13, 124:3, 124:7, 124:15, 125:4, 126:4, 131:19, 131:25
**park** [12] - 43:21, 45:10, 45:11, 45:12, 55:5, 82:7, 86:1, 92:1, 98:11, 124:19, 126:3
**parked** [1] - 55:4
**parking** [9] - 6:6, 40:12, 45:25, 46:3, 54:6, 82:5, 98:10, 99:23
**parks** [20] - 25:4, 25:10, 84:18, 84:22, 85:4, 85:7, 86:14, 86:21, 86:25, 87:2, 87:23, 88:2, 88:10, 88:13, 89:5, 91:11, 91:23, 92:12, 92:15, 92:20
**Parks** [2] - 31:3, 31:7
**part** [9] - 43:7, 46:10, 69:22, 69:23, 90:19, 90:20, 121:19, 124:15, 125:10
**particular** [2] - 8:18, 12:12, 83:5
**particularly** [1] - 7:19
**parts** [13] - 23:21, 24:4, 24:12, 24:21, 24:23, 24:25, 25:7, 25:13, 64:22, 73:15, 73:19, 85:11, 86:6
**party** [2] - 34:4, 140:15
**pass** [4] - 48:17, 57:5, 57:19, 69:24
**passage** [3] - 8:19, 14:15, 14:19
**passed** [6] - 20:10, 67:8, 67:24, 69:21, 69:25, 70:1
**passenger** [2] - 100:12, 100:15
**passes** [1] - 70:10
**passing** [1] - 28:13
**past** [5] - 36:15, 44:16, 49:14, 86:2, 123:17
**Path** [18] - 85:2, 86:10, 86:16, 86:23, 87:25, 88:14, 88:23, 91:14, 92:22, 124:22, 124:24, 125:12, 126:7, 126:13, 127:9, 132:6, 132:12, 133:24
**path** [8] - 77:14, 85:15, 86:6, 125:5, 125:6, 126:21, 132:15, 132:20
**paths** [1] - 125:15
**patience** [1] - 130:25
**pattern** [1] - 64:15
**pause** [2] - 129:15, 129:25
**paved** [1] - 86:11
**pay** [3] - 4:21, 54:6, 57:10
**paying** [2] - 40:13, 57:14
**PDF** [2] - 139:12, 139:13
**Penal** [4] - 40:6, 61:1, 66:3, 79:14
**pending** [1] - 7:22
**penny** [1] - 57:22
**people** [21] - 12:13, 36:4, 40:1, 59:17, 76:2, 80:25, 81:10, 86:9, 101:18, 101:24, 103:1, 103:2, 103:5, 104:4,
104:6, 104:13, 104:20, 106:17, 111:24, 122:3, 137:20
**per** [5] - 60:19, 65:21, 79:21, 107:20, 123:18
**percent** [3] - 59:16, 92:4, 104:22
**period** [7] - 29:5, 37:3, 57:13, 81:22, 121:11, 123:1, 138:1
**periods** [1] - 55:21
**permanently** [1] - 63:22
**permission** [3] - 51:19, 110:15, 110:16
**permit** [32] - 52:25, 59:8, 59:9, 59:15, 59:25, 60:4, 60:7, 60:11, 61:16, 61:20, 100:5, 100:6, 110:2, 111:20, 121:4, 121:11, 121:16, 121:20, 125:16, 126:9, 133:6, 134:2, 134:5, 134:9, 135:9, 135:12, 135:13, 135:19, 135:23, 136:25, 138:13
**permitted** [1] - 110:1
**permitting** [2] - 81:1, 98:18
**person** [20] - 9:12, 34:25, 41:6, 50:3, 58:7, 77:12, 78:15, 90:4, 96:6, 96:17, 102:24, 103:10, 107:16, 108:3, 110:10, 111:21, 112:16, 112:23, 113:15, 126:2
**personally** [2] - 97:5, 118:8
**personnel** [1] - 75:15
**Phillips** [3] - 1:13, 23:9, 49:25
**PHILLIPS** [2] - 2:3, 2:7
**philosophical** [1] - 71:19
**phone** [18] - 9:19, 10:25, 12:4, 12:7, 37:23, 50:17, 50:21, 107:16, 112:3, 112:6, 112:11, 112:15, 114:18, 114:20, 116:18, 125:17, 125:21, 126:2
**photocopies** [1] - 48:10
**phrase** [2] - 27:21, 33:16, 35:23
**phrasing** [1] - 19:13
**physically** [1] - 25:16
**pick** [2] - 53:7, 91:3
**pickup** [1] - 101:11
**picky** [1] - 95:2
**piece** [1] - 74:3
**Piseco** [1] - 83:17
**Pistol** [1] - 13:24
**pistol** [17] - 59:8, 59:15, 59:25, 60:4, 61:16, 64:4, 78:13, 100:8, 100:13, 102:7, 123:10, 124:11, 126:10, 128:4, 128:19, 129:2, 130:8
**Pistol/Revolver** [1] - 119:24
**pistols** [10] - 60:12, 61:14, 61:24, 65:24, 65:25, 66:4, 67:1, 121:4, 121:6, 121:10
**pitch** [1] - 82:20
**Place** [1] - 2:14
**place** [8] - 45:9, 55:3, 62:16, 73:21, 75:19, 83:6, 114:21, 140:10
**placed** [1] - 49:9
**places** [2] - 125:16, 130:21
**plaid** [1] - 82:25
**plaintiff** [19] - 8:4, 8:17, 8:24, 9:9, 11:4, 17:11, 17:15, 17:18, 18:12, 20:15, 23:17, 23:20, 36:7, 36:14, 37:4, 38:6, 38:13, 118:15, 118:19
**PLAINTIFFS** [2] - 2:2, 2:6
**Plaintiffs** [1] - 1:5
**plaintiffs** [5] - 10:18, 10:23, 17:13, 17:24, 23:8
**planned** [2] - 72:19, 93:4
**planner** [1] - 75:25
**plans** [9] - 44:8, 70:6, 81:21, 81:23, 81:25, 82:11, 83:3
**plant** [1] - 86:3
**plate** [1] - 127:5
**platform** [1] - 47:5
**plaza** [1] - 95:16
**plow** [1] - 74:16
**plows** [1] - 74:16

**point** [12] - 15:11, 29:12, 44:14, 58:15, 63:2, 63:3, 87:22, 93:18, 112:10, 121:1, 125:7, 133:10
**pointed** [1] - 102:9
**police** [11] - 55:15, 55:18, 55:23, 55:25, 97:10, 102:21, 102:25, 103:9, 112:23, 125:23, 126:17
**Police** [4] - 1:8, 80:3, 80:22, 81:17
**policies** [1] - 78:23
**policy** [12] - 50:15, 51:23, 52:2, 96:14, 109:6, 109:22, 111:17, 113:6, 114:1, 114:17, 115:14
**POLICY** [1] - 1:4
**Policy** [36] - 9:3, 10:7, 13:8, 13:13, 13:22, 14:7, 14:10, 14:13, 14:18, 15:1, 15:12, 15:17, 17:10, 17:14, 17:19, 17:23, 18:7, 18:13, 19:22, 19:25, 20:4, 20:16, 20:23, 21:1, 21:18, 21:22, 22:19, 23:1, 29:7, 29:14, 29:22, 34:8, 36:24, 37:7, 37:11, 38:5
**political** [5] - 35:21, 79:5, 80:8, 81:16, 84:4
**politicians** [1] - 81:4
**port** [1] - 64:25
**portion** [4] - 18:7, 58:12, 67:8, 101:15
**position** [6] - 38:10, 39:4, 39:7, 95:20, 96:22, 108:7
**possess** [3] - 60:13, 60:21, 63:19
**possessed** [1] - 65:12
**possession** [2] - 100:7, 107:22
**possibility** [2] - 30:11, 51:25
**possible** [2] - 4:19, 32:25
**possibly** [2] - 27:23, 28:2
**post** [5] - 35:16, 97:7, 98:17, 115:25, 116:11
**posted** [14] - 50:5,

97:9, 97:11, 98:9, 99:9, 99:20, 106:9, 106:10, 110:23, 111:15, 112:1, 112:9, 116:7, 116:9
**posting** [2] - 97:14, 115:20
**postings** [2] - 35:13, 36:15
**posts** [5] - 36:8, 36:12, 36:19, 36:23, 38:11
**power** [1] - 86:3
**precisely** [1] - 54:4
**preface** [1] - 62:15
**prefer** [1] - 137:19
**preference** [1] - 71:22
**premises** [1] - 129:23
**preparation** [1] - 56:9
**present** [1] - 122:1
**presenters** [1] - 19:11
**presumably** [1] - 76:15
**pretty** [3] - 57:13, 132:21, 133:1
**prevent** [10] - 6:18, 6:22, 7:1, 70:24, 91:2, 100:16, 103:23, 103:24, 105:22, 133:7
**prevented** [1] - 49:25
**preventing** [4] - 72:11, 93:25, 94:1, 99:9
**prevents** [7] - 39:23, 49:24, 93:7, 94:13, 94:17, 103:19, 104:1
**previous** [3] - 41:15, 63:20, 124:17
**previously** [4] - 39:23, 41:9, 52:19, 88:25
**price** [1] - 54:1
**primarily** [14] - 27:3, 27:4, 37:23, 38:2, 40:9, 44:5, 47:1, 86:20, 88:1, 91:16, 92:20, 92:24, 95:8, 95:17
**primary** [12] - 20:9, 21:24, 26:24, 55:3, 55:11, 58:19, 58:20, 82:9, 85:9, 87:1, 89:8, 92:5
**print** [1] - 27:7
**printing** [1] - 90:25, 91:2
**pristine** [1] - 68:2
**private** [16] - 25:3, 25:10, 30:19, 30:25, 35:1, 68:20, 68:24, 69:11, 69:17, 69:20,

70:23, 93:6, 103:18, 105:21, 106:5, 112:13
**privilege** [6] - 8:8, 11:21, 22:25, 23:4, 25:20, 114:10
**privileged** [6] - 9:25, 10:12, 11:15, 113:18, 114:25, 117:7
**pro** [3] - 19:3, 19:5, 19:18
**proceed** [1] - 72:14
**proceeded** [1] - 9:13
**process** [3] - 62:19, 81:1, 104:1
**product** [7] - 23:3, 25:19, 32:11, 113:19, 114:10, 115:1, 117:8
**productive** [1] - 75:5
**professional** [3] - 27:20, 80:1, 80:16
**profile** [1] - 43:13
**profitable** [1] - 75:4
**program** [1] - 75:23
**prohibited** [1] - 98:19
**prohibition** [1] - 125:10
**prone** [1] - 53:6
**pronounced** [1] - 45:5
**pronouncing** [1] - 13:25
**proof** [2] - 112:20, 112:21
**proper** [2] - 53:2, 91:4
**properties** [2] - 111:8, 129:19
**property** [52] - 25:3, 25:10, 30:19, 30:25, 50:2, 50:6, 50:7, 50:24, 51:1, 67:17, 67:25, 69:1, 69:11, 69:17, 69:20, 70:10, 70:13, 70:15, 70:21, 70:23, 71:14, 74:8, 78:22, 93:6, 95:23, 97:1, 97:3, 97:14, 97:20, 98:1, 98:5, 99:4, 99:10, 99:21, 102:4, 103:18, 103:19, 105:22, 106:8, 106:11, 107:23, 110:3, 111:3, 111:9, 111:22, 112:2, 112:5, 112:7, 112:13, 115:21, 116:14, 129:9
**protect** [3] - 79:18,

123:20, 123:22
**protected** [1] - 113:20
**protecting** [2] - 73:22, 133:14
**protection** [3] - 114:11, 115:1, 117:8
**protections** [1] - 23:3
**provide** [8] - 15:3, 17:3, 36:17, 36:21, 37:5, 38:4, 76:18, 85:1
**provided** [6] - 47:15, 51:11, 51:12, 52:21, 72:9, 126:1
**providing** [2] - 37:10, 88:6
**provision** [1] - 30:20
**provisions** [4] - 31:7, 64:25, 102:15, 105:22
**proximity** [2] - 46:8, 46:12
**prying** [1] - 101:2
**public** [20] - 25:11, 31:10, 31:15, 39:22, 40:8, 44:2, 44:3, 44:17, 52:5, 53:17, 58:16, 58:21, 58:24, 92:1, 93:7, 102:16, 102:23, 103:11, 103:15, 111:13
**Public** [4] - 1:13, 140:5, 141:23, 142:16
**publicly** [2] - 70:9, 102:15
**pull** [3] - 74:21, 99:23, 102:3
**pulling** [1] - 111:12
**purchase** [2] - 47:2, 47:6
**purchased** [1] - 47:16
**pure** [1] - 62:24
**purpose** [2] - 37:9, 62:21, 62:24
**pursuant** [4] - 1:16, 43:8, 110:25, 140:10
**push** [1] - 58:7
**put** [19] - 32:15, 35:21, 58:5, 61:7, 61:8, 67:5, 74:1, 74:6, 75:22, 76:23, 76:24, 77:5, 90:23, 92:8, 100:13, 100:25, 102:6, 123:23, 137:16
**putting** [1] - 35:25

**Q**

**qualified** [2] - 27:4, 86:19
**questioning** [1] - 15:24
**questions** [17] - 7:16, 8:1, 9:11, 9:15, 9:17, 9:18, 11:10, 11:17, 11:23, 34:2, 34:7, 53:1, 71:24, 122:17, 122:19, 122:22, 131:1
**quite** [5] - 34:16, 52:15, 53:7, 121:23, 121:24
**quote** [1] - 106:22

**R**

**Rail** [32] - 44:20, 44:25, 45:7, 46:22, 47:18, 48:3, 48:17, 49:9, 49:13, 49:16, 52:6, 52:7, 53:11, 53:14, 53:16, 53:22, 54:13, 54:16, 55:2, 55:6, 55:9, 55:15, 55:19, 55:22, 55:24, 56:8, 56:15, 57:5, 57:9, 57:15, 57:25, 58:18
**range** [3] - 102:19, 139:1, 139:3
**rangers** [1] - 80:2
**ranking** [1] - 110:4
**rapidly** [1] - 107:12
**rapist** [4] - 85:15, 126:22, 132:15, 132:20
**rate** [2] - 42:20, 124:7
**ray** [1] - 72:24
**Ray** [2] - 43:2, 43:4
**RAY** [1] - 43:5
**re** [1] - 131:2
**re-cross** [1] - 131:2
**read** [29] - 4:2, 4:9, 16:19, 16:21, 18:22, 23:24, 24:1, 26:25, 27:6, 27:8, 27:16, 27:19, 37:16, 37:19, 38:20, 38:24, 39:7, 39:10, 71:8, 84:20, 88:12, 89:24, 90:1, 105:17, 119:11, 119:13, 136:13, 136:15, 142:3
**reading** [2] - 32:17, 39:5
**reads** [2] - 50:24, 58:6

**ready** [2] - 74:25, 83:24
**real** [1] - 127:6
**really** [3] - 82:4, 93:19, 107:25
**rear** [4] - 100:19, 101:8, 101:16, 104:13
**REASON** [9] - 141:5, 141:6, 141:8, 141:10, 141:12, 141:14, 141:16, 141:18, 141:20
**reason** [9] - 29:11, 29:17, 29:21, 30:1, 38:3, 38:8, 43:21, 114:7, 128:16
**reasoning** [2] - 30:10, 88:5
**reasons** [3] - 56:25, 96:4, 141:3
**receipt** [3] - 66:22, 131:22, 134:19
**receive** [2] - 27:1, 27:5
**received** [12] - 8:14, 9:17, 59:24, 60:10, 65:17, 66:9, 131:6, 133:6, 134:21, 135:1, 135:8, 136:6
**receiver** [1] - 64:20
**receiving** [6] - 62:1, 65:22, 131:14, 132:4, 132:9, 134:8
**recent** [2] - 121:14, 121:17
**recently** [6] - 13:15, 68:15, 115:17, 115:24, 138:19, 138:21
**Recess** [2] - 39:18, 84:13
**recess** [1] - 105:16
**recognize** [1] - 121:9
**recollection** [3] - 7:15, 14:22, 47:16
**recon** [2] - 73:1, 73:3
**record** [11] - 7:8, 8:12, 61:7, 61:9, 71:25, 72:12, 76:4, 105:14, 110:14, 110:15, 121:25
**rectify** [1] - 8:24
**reduce** [1] - 74:12
**reduced** [4] - 130:2, 130:7, 130:14, 130:19
**reduction** [1] - 130:13
**REEXAMINATION** [1] - 131:4
**refer** [5] - 44:17,

91:11, 93:5, 95:3, 131:13
**referred** [3] - 14:1, 33:12, 52:7
**referring** [12] - 76:6, 85:8, 88:22, 89:7, 91:13, 91:18, 92:21, 94:20, 95:6, 95:18, 118:5, 120:1
**reflect** [1] - 121:20
**reflected** [1] - 120:12
**reflects** [1] - 121:6
**reform** [1] - 137:14
**Regal** [3] - 41:20, 42:1, 42:4
**regard** [3] - 30:2, 79:9, 79:17
**regarding** [10] - 11:17, 25:12, 29:2, 29:13, 30:25, 31:15, 35:17, 36:22, 93:3, 115:13
**regardless** [1] - 43:22
**regards** [2] - 23:21, 29:6
**region** [3] - 70:8, 82:1, 82:10
**regions** [1] - 70:10
**register** [1] - 65:18
**registered** [3] - 60:9, 60:18, 65:23
**registration** [1] - 60:16
**regularly** [5] - 44:18, 53:17, 56:18, 56:19, 57:13
**related** [9] - 28:16, 30:18, 31:2, 31:10, 32:24, 93:3, 108:21, 118:18, 140:15
**relates** [12] - 14:7, 25:2, 30:17, 39:22, 41:1, 52:5, 62:10, 80:7, 93:11, 96:14, 117:4, 135:4
**relating** [3] - 25:4, 31:3, 133:16
**relation** [1] - 133:13
**relationship** [1] - 11:2
**relatively** [2] - 5:22, 121:14
**relevance** [4] - 15:24, 37:13, 63:9, 71:4
**reliable** [1] - 68:15
**relics** [1] - 62:24
**relies** [1] - 126:18
**remained** [1] - 69:22
**remember** [20] - 9:22, 12:11, 13:14, 14:11, 15:3, 15:13, 15:14, 22:8, 22:11, 57:22,

58:25, 65:9, 65:15, 79:23, 85:14, 93:9, 94:9, 101:22, 125:20, 132:17
**remind** [1] - 72:23
**Remington** [2] - 63:1, 64:1
**remote** [1] - 68:13
**REMOTELY** [1] - 2:6
**removing** [1] - 52:24
**renew** [1] - 28:20
**renewal** [1] - 33:1
**renewed** [4] - 13:16, 28:5, 33:4, 33:22
**renewing** [1] - 15:11
**rent** [1] - 62:17
**repair** [1] - 73:15
**repealed** [3] - 127:21, 128:21, 129:10
**repeat** [1] - 71:6
**rephrase** [2] - 35:9, 124:5
**replaced** [2] - 122:9, 122:10, 122:14
**repo** [1] - 73:2
**reporter** [3] - 7:9, 16:19, 38:21
**REPORTER** [2] - 4:10, 4:15
**reporters** [1] - 19:12
**represent** [1] - 117:24
**representation** [2] - 77:8, 121:10
**representations** [1] - 84:5
**representative** [1] - 22:5
**representatives** [1] - 81:5
**represented** [2] - 32:23, 79:10
**request** [8] - 16:8, 72:19, 75:7, 75:13, 75:19, 75:21, 76:15, 99:8
**requesting** [1] - 77:17
**requests** [1] - 17:13
**required** [4] - 60:16, 60:19, 65:21, 88:8
**requirement** [1] - 81:3
**requirements** [3] - 81:3, 99:16, 115:20
**researching** [1] - 125:9
**reserve** [1] - 131:2
**reserving** [1] - 122:17
**residence** [2] - 26:24, 45:9, 55:4
**responded** [1] - 107:24

**response** [2] - 9:10, 22:18
**responses** [1] - 11:10
**rest** [1] - 126:5
**restate** [1] - 13:11
**restaurant** [2] - 78:17, 106:5
**restaurants** [2] - 109:13, 115:15
**restricts** [1] - 39:21
**resume** [2] - 77:4, 124:17
**retailable** [1] - 74:2
**retention** [1] - 91:4
**return** [6] - 77:3, 83:25, 124:7, 124:14, 127:20, 129:13
**returning** [2] - 83:15, 128:22
**revealing** [1] - 23:12
**reversed** [1] - 99:7
**review** [6] - 26:8, 26:13, 26:22, 27:9, 32:4, 32:10, 36:11, 36:18
**reviewed** [3] - 26:16, 26:17, 26:24
**reviewing** [3] - 27:13, 31:25, 32:16
**revolver** [1] - 124:11
**revolvers** [6] - 65:25, 66:4, 67:1, 121:4, 121:7, 121:10
**ride** [6] - 45:10, 46:21, 53:10, 55:5, 57:9, 86:1
**Ride** [3] - 45:22, 46:5, 46:9
**riding** [1] - 40:14
**riffs** [1] - 36:4
**rifle** [5] - 64:6, 64:12, 64:18, 65:4
**Rifle** [1] - 13:24
**Rights** [1] - 33:14
**rights** [12] - 8:25, 23:23, 24:15, 33:5, 33:10, 33:12, 33:15, 33:17, 33:20, 34:2, 39:22, 112:12
**road** [3] - 102:4, 103:11, 103:13
**Road** [8] - 5:20, 85:14, 95:16, 95:21, 107:4, 137:10, 137:11
**roads** [2] - 78:8, 85:22
**robbed** [1] - 107:7
**robbery** [1] - 107:8
**Rome** [1] - 82:2
**ROTSKO** [72] - 2:8,

3:6, 4:3, 4:16, 4:19, 4:23, 5:4, 8:7, 9:24, 10:8, 11:12, 11:22, 12:8, 13:6, 13:9, 15:23, 16:8, 16:12, 18:14, 18:18, 21:5, 22:22, 24:16, 24:20, 25:19, 25:23, 26:1, 26:19, 32:11, 33:25, 35:7, 37:12, 38:14, 38:17, 38:20, 39:1, 39:16, 48:5, 48:10, 48:20, 48:23, 49:5, 54:20, 56:11, 60:24, 61:8, 63:9, 70:16, 71:4, 71:18, 72:2, 72:7, 72:14, 77:9, 92:9, 98:6, 99:12, 113:17, 114:6, 114:9, 114:24, 117:6, 118:21, 122:21, 122:24, 130:24, 136:8, 136:11, 138:7, 139:9, 139:13, 139:18
**rotsko** [2] - 122:18, 122:20
**roughly** [1] - 51:8
**round** [9] - 40:14, 48:1, 57:8, 57:14, 57:21, 65:5, 102:11, 103:12
**route** [1] - 78:21
**Route** [1] - 82:6
**routine** [2] - 124:15, 128:18
**Ruger** [2] - 89:19, 90:11
**rules** [1] - 6:7
**run** [4] - 86:11, 99:10, 100:23, 136:22
**running** [3] - 85:13, 85:17, 87:2
**runs** [7] - 44:9, 44:14, 85:19, 85:21, 85:24, 100:18, 125:5
**RYAN** [1] - 2:13
**Ryan** [3] - 10:8, 48:20, 61:10

**S**

**Sabres** [3] - 52:14, 52:18, 52:19
**SAF** [1] - 34:9
**safe** [6] - 68:18, 100:9, 100:10, 100:25, 102:9, 123:25
**SAFE** [7] - 14:15,

14:19, 28:14, 60:16, 60:17, 63:17
**safely** [2] - 100:1, 100:4
**safety** [5] - 68:12, 123:21, 136:2, 137:4
**sake** [1] - 34:9
**sale** [2] - 73:20, 74:9
**saloon** [1] - 58:8
**Sam** [4] - 12:16, 12:18, 12:23, 48:25
**SAM** [1] - 2:3
**sat** [2] - 132:19, 136:3
**satisfied** [1] - 32:22
**Saturday** [3] - 83:14, 83:23, 137:6
**Savage** [1] - 64:5
**save** [1] - 142:5
**saw** [1] - 111:5
**scared** [2] - 103:7, 103:14
**scope** [1] - 116:3
**Scorpion** [1] - 64:4
**seal** [1] - 140:18
**seat** [7] - 82:12, 100:11, 100:12, 100:15, 100:18, 101:8
**second** [6] - 20:24, 21:2, 25:6, 56:23, 88:7, 105:14
**SECOND** [1] - 1:4
**Second** [21] - 9:4, 9:9, 13:23, 17:24, 19:3, 19:5, 19:18, 20:16, 20:24, 21:2, 21:17, 21:22, 22:19, 23:2, 28:6, 28:11, 28:17, 28:21, 29:3, 30:2, 35:17
**seconds** [1] - 105:11
**section** [8] - 18:9, 24:14, 25:2, 25:3, 55:5, 86:3, 93:22, 126:4
**sections** [12] - 23:21, 24:4, 24:12, 24:25, 25:8, 25:13, 30:17, 30:25, 31:2, 31:11, 31:16, 94:9
**secure** [1] - 100:23
**see** [27] - 15:25, 18:4, 36:2, 36:25, 48:17, 48:23, 49:11, 50:8, 55:14, 55:17, 66:13, 74:18, 79:7, 99:24, 101:19, 102:25, 110:17, 110:21, 111:15, 112:6, 117:17, 118:10,

118:11, 119:6, 119:21, 120:23, 121:7
**seeing** [1] - 8:20
**seeks** [1] - 17:23
**seem** [1] - 102:18
**select** [1] - 110:5
**self** [4] - 84:21, 85:4, 124:11, 128:20
**self-defense** [4] - 84:21, 85:4, 124:11, 128:20
**selling** [2] - 73:7, 74:2
**semiautomatic** [1] - 65:2
**send** [2] - 15:20, 21:21
**sending** [2] - 15:14, 73:15
**sense** [3] - 98:8, 98:15, 110:13
**sent** [3] - 15:5, 15:16, 21:17
**sentence** [1] - 9:1
**September** [28] - 109:25, 113:7, 113:10, 114:1, 114:2, 114:3, 114:22, 114:23, 115:11, 116:23, 119:6, 123:3, 123:14, 124:8, 124:16, 126:8, 126:13, 127:8, 127:12, 128:14, 129:1, 129:6, 129:17, 129:23, 130:1, 130:16, 133:7, 135:20
**serious** [1] - 101:3
**serves** [1] - 36:3
**service** [3] - 68:16, 73:8, 73:9
**services** [2] - 18:12, 20:15
**serving** [1] - 59:18
**set** [1] - 140:10
**sets** [1] - 74:6
**seven** [1] - 91:9
**Shadow** [1] - 122:5
**sheet** [1] - 142:7
**Sheridan** [3] - 85:18, 85:20, 85:24
**sheriff** [2] - 80:3, 126:19
**Sheriff's** [1] - 125:24, 126:1
**sheriff's** [1] - 126:3
**sheriffs** [1] - 126:18
**shirt** [1] - 90:24
**shooting** [3] - 62:20,

102:20, 139:1
**shop** [8] - 45:13, 45:17, 46:6, 46:14, 73:14, 73:19, 74:11, 106:5
**shopping** [4] - 99:23, 111:10, 136:24, 137:2
**Shoreline** [9] - 85:16, 86:4, 86:16, 86:24, 88:1, 88:15, 88:24, 91:14, 92:22
**short** [1] - 75:5
**shorthand** [3] - 24:6, 131:12, 140:13
**shot** [1] - 67:2
**shotgun** [2] - 63:1, 64:6
**shuttle** [2] - 74:21, 74:24
**sic** [1] - 74:3
**side** [5] - 47:9, 78:8, 85:17, 102:4, 103:10
**sight** [1] - 100:16
**sign** [8] - 4:2, 4:9, 50:11, 97:7, 98:10, 108:17, 120:6
**signage** [23] - 95:22, 96:20, 97:6, 97:14, 98:17, 98:23, 99:3, 99:8, 99:15, 99:25, 103:23, 103:25, 107:21, 108:13, 110:18, 110:21, 111:6, 111:25, 115:20, 115:25, 116:7, 116:12, 116:21
**signature** [2] - 117:21, 119:2
**Signature** [1] - 141:21
**signed** [6] - 27:25, 79:3, 79:4, 113:9, 114:23, 119:8
**Signed** [1] - 142:9
**significance** [1] - 22:1
**signing** [1] - 116:22
**signs** [2] - 50:5, 50:8
**similar** [1] - 85:1
**simply** [7] - 54:8, 94:25, 96:18, 107:20, 108:1, 135:25, 138:10
**single** [4] - 41:6, 44:9, 44:14, 57:14
**sitting** [1] - 105:2
**situation** [2] - 99:7, 137:17
**six** [7] - 32:16, 32:17, 32:21, 65:11, 77:6,

91:9, 122:10
**size** [2] - 91:5, 99:16
**skittish** [1] - 103:7
**sleep** [1] - 82:13
**sleeping** [4] - 78:20, 82:13, 82:25
**slow** [1] - 10:9
**slower** [1] - 78:9
**smaller** [2] - 101:12, 127:5
**Smith** [1] - 122:7
**Smoky** [1] - 82:8
**snowstorm** [1] - 74:15
**so-and-so** [2] - 103:2, 103:4
**social** [13] - 34:12, 34:14, 34:18, 34:20, 35:3, 35:5, 35:11, 35:14, 36:18, 36:22, 37:5, 37:10, 38:4
**society** [1] - 104:8
**sold** [5] - 66:11, 66:12, 73:12, 122:8, 122:10
**someone** [4] - 21:16, 36:1, 80:5, 110:10
**sometime** [3] - 14:23, 28:12, 132:22
**sometimes** [11] - 14:1, 27:6, 27:7, 27:20, 44:24, 54:7, 78:8, 78:21, 82:7, 84:17, 106:13
**somewhere** [4] - 40:12, 59:5, 78:16, 105:11
**Sonic** [9] - 94:22, 94:23, 129:18, 135:4, 135:7, 136:5, 137:5, 137:8, 138:3
**soon** [1] - 74:15
**sooner** [1] - 70:4
**sorry** [8] - 80:12, 80:13, 85:19, 85:20, 85:22, 92:8, 124:4, 139:3
**sort** [4] - 47:13, 102:20, 108:23, 120:5
**sound** [5] - 19:15, 41:24, 70:5, 105:13, 132:22
**sounds** [1] - 66:8
**sourced** [1] - 64:22
**sourcing** [1] - 73:15
**south** [1] - 44:12
**Southern** [4] - 67:17, 68:7, 68:25, 89:2
**SP101** [1] - 89:19
**space** [1] - 43:5
**sparkly** [2] - 47:12,

47:21
**speaking** [2] - 74:4, 112:16
**specific** [9] - 29:10, 69:23, 70:8, 76:16, 76:18, 77:5, 77:16, 87:19, 117:9
**specifically** [1] - 97:8
**specified** [1] - 110:10
**speculate** [2] - 116:15, 133:25
**speculating** [1] - 87:6
**speculation** [4] - 70:17, 92:3, 92:10, 99:13
**speed** [1] - 82:15
**spell** [3] - 43:4, 89:11, 109:18
**spelled** [1] - 63:25
**spent** [1] - 125:17
**spoken** [1] - 97:23
**Sport** [1] - 82:12
**sport** [2] - 43:12, 102:20
**Sports** [1] - 74:5
**sports** [1] - 122:2
**sporty** [1] - 43:13
**spot** [3] - 54:6, 107:6, 108:14
**spring** [1] - 128:10
**Springfield** [2] - 63:12, 64:2
**square** [1] - 47:12
**ss** [1] - 140:2
**St** [3] - 67:14, 69:10, 69:16
**staff** [2] - 73:20, 74:9
**stance** [1] - 79:8
**stand** [2] - 6:11, 64:11
**standard** [1] - 81:12
**standing** [6] - 15:25, 16:4, 16:9, 34:6, 37:14, 126:19
**start** [4] - 68:15, 74:9, 125:1, 127:15
**started** [2] - 68:11, 107:11
**starting** [1] - 58:14
**starts** [2] - 53:7, 82:19
**state** [4] - 5:2, 67:21, 103:1, 112:23
**State** [61] - 1:8, 3:13, 13:24, 25:4, 25:10, 31:3, 31:7, 40:6, 55:18, 55:23, 55:25, 59:4, 59:6, 59:15, 59:25, 60:3, 60:10, 61:16, 65:14, 65:21, 66:1, 66:2, 66:10, 66:24, 69:23, 73:25,

79:5, 79:8, 80:1,
80:2, 80:22, 81:17,
83:15, 83:18, 89:9,
91:15, 92:2, 92:23,
96:19, 102:13,
102:14, 106:20,
106:24, 107:20,
108:1, 110:25,
111:23, 119:16,
119:24, 120:9,
124:13, 127:24,
128:2, 128:5, 128:8,
128:13, 133:12,
134:4, 134:10,
135:17, 140:6
**STATE** [2] - 2:12,
140:1
**statement** [3] - 11:14,
80:8, 84:18
**statements** [1] - 81:16
**states** [3] - 99:19,
103:6, 119:4
**STATES** [1] - 1:1
**station** [6] - 45:16,
47:5, 56:17, 57:1,
78:18, 94:12
**Station** [18] - 40:10,
40:12, 45:3, 45:4,
45:7, 46:8, 46:19,
46:22, 47:17, 54:3,
55:7, 56:16, 56:17,
56:19, 57:1, 101:17
**Stations** [1] - 56:22
**stations** [6] - 40:10,
56:14, 58:11, 93:8,
94:18, 94:20
**stay** [4] - 68:18, 83:1,
83:6, 123:24
**staying** [1] - 83:14
**STEVEN** [1] - 1:7
**sticker** [1] - 36:2
**stickers** [1] - 35:24
**Stiglmeier** [22] -
85:10, 86:15, 86:23,
87:8, 87:9, 87:13,
87:17, 87:24, 88:14,
88:23, 91:13, 92:21,
123:4, 123:7,
123:11, 123:13,
124:3, 124:7,
124:15, 127:1,
131:19, 131:24
**still** [13] - 8:10, 18:17,
24:18, 25:21, 40:1,
54:22, 70:18, 77:11,
98:7, 99:14, 103:20,
128:19, 138:9
**stipulations** [1] - 4:1
**stocking** [1] - 73:13
**stolen** [4] - 43:8,

43:14, 43:18, 78:15
**stop** [5] - 52:25,
80:17, 82:16, 106:3,
137:4
**stops** [2] - 138:6,
138:10
**stopwatch** [1] - 32:14
**storage** [1] - 101:5
**store** [15] - 63:21,
95:12, 95:17, 96:1,
100:1, 100:4,
100:24, 102:11,
103:20, 105:7,
109:21, 136:23,
137:18, 139:1, 139:3
**stores** [7] - 93:9,
94:13, 95:4, 95:6,
95:8, 109:9, 110:22
**straight** [1] - 102:10
**Street** [13] - 1:14, 2:4,
2:9, 2:15, 40:11,
44:13, 45:3, 45:4,
45:8, 45:13, 55:4,
56:16, 57:1
**street** [2] - 107:5,
126:19
**stress** [1] - 36:4
**strike** [22] - 9:15,
20:20, 22:15, 24:5,
26:9, 33:2, 36:12,
43:6, 44:1, 53:15,
54:11, 56:1, 56:6,
66:22, 78:1, 93:2,
94:18, 120:20,
127:15, 130:10,
131:7, 135:5
**strip** [1] - 47:11
**stuck** [1] - 83:16
**stuff** [1] - 85:15
**style** [2] - 64:7, 64:9
**subject** [2] - 22:24,
23:2
**submission** [1] -
26:15
**submit** [1] - 4:7
**submitted** [14] -
25:17, 25:22, 26:8,
26:14, 26:23, 27:10,
27:14, 28:15, 72:18,
75:7, 75:13, 75:19,
75:21, 118:1
**submitting** [1] - 32:1
**Subscribed** [2] -
141:22, 142:13
**subscribed** [1] -
140:18
**suburbs** [5] - 40:2,
40:7, 44:3, 44:19,
94:24
**subway** [7] - 3:11,

39:25, 44:5, 44:6,
44:9, 48:8, 55:6
**suddenly** [2] - 36:2,
70:11
**sufficient** [2] - 80:19,
139:13
**Suffolk** [1] - 81:8
**suggest** [1] - 56:7
**suitable** [2] - 91:3,
138:20
**summer** [1] - 128:10
**Sunday** [8] - 49:14,
56:2, 77:3, 84:1,
84:2, 87:14, 87:15,
137:21
**Superintendent** [1] -
1:8
**supermarket** [6] -
45:14, 45:19, 46:3,
46:7, 46:18, 99:22
**supervisor** [1] - 75:12
**supplies** [1] - 135:1
**Supreme** [2] - 79:21,
123:19
**suspicious** [1] - 105:4
**sustainable** [1] - 75:4
**SUV** [2] - 82:11,
101:12
**Swallow** [1] - 82:8
**swore** [1] - 26:3
**sworn** [5] - 5:9, 6:14,
140:9, 141:22,
142:13
**system** [6] - 39:25,
44:5, 44:6, 55:6,
58:1, 59:1

---

**T**

**tab** [1] - 18:3
**tailgate** [7] - 100:20,
101:8, 101:14,
102:1, 102:6, 104:5,
104:14
**TAKEN** [1] - 141:2
**target** [4] - 62:20,
64:6, 65:4, 102:20
**Target** [1] - 64:5
**Taste** [1] - 52:14
**tax** [1] - 57:23
**technically** [1] - 73:24
**technician** [1] - 73:18
**technicians** [1] -
73:18
**ten** [2] - 58:23, 121:6
**tend** [4] - 33:15,
35:20, 36:5, 103:6
**tended** [1] - 42:21
**term** [5] - 33:10, 34:1,
58:9, 64:12, 86:9

**terminology** [1] -
60:25
**terms** [3] - 92:14,
94:25, 125:6
**testified** [6] - 5:9,
41:9, 62:2, 123:1,
124:20, 127:23
**testify** [4] - 16:12,
23:6, 122:13, 140:9
**testifying** [1] - 7:1
**testimony** [19] - 6:5,
6:10, 18:6, 28:8,
31:24, 38:15, 38:18,
39:6, 46:17, 52:9,
57:4, 93:3, 93:9,
112:23, 140:8,
140:9, 140:10,
140:11, 140:12
**Texas** [1] - 99:19
**thankfully** [1] - 68:9
**Thanksgiving** [5] -
76:24, 77:2, 81:23,
83:8, 127:5
**THE** [16] - 2:2, 2:6,
2:11, 2:12, 4:10,
4:15, 16:16, 16:23,
18:19, 18:24, 37:21,
39:12, 71:6, 71:10,
72:6, 136:17
**theft** [7] - 42:18,
42:20, 43:16, 74:8,
74:12, 100:16, 101:3
**thereabouts** [1] -
122:12
**thereafter** [1] - 140:11
**therefore** [1] - 80:5
**thereof** [1] - 140:16
**thetruthaboutguns.
com** [1] - 19:10
**Thetruthaboutguns.
com** [1] - 19:21
**third** [1] - 56:25
**threatening** [1] -
111:23
**three** [31] - 13:20,
40:9, 41:24, 43:25,
44:23, 45:2, 46:5,
46:13, 53:12, 56:14,
56:21, 57:12, 59:6,
59:10, 60:7, 67:4,
74:4, 74:5, 75:14,
89:6, 123:9, 124:18,
127:13, 130:20,
132:1, 132:7,
132:12, 132:13,
138:15, 138:18,
139:4
**throughout** [3] -
30:13, 53:6, 103:1
**throw** [2] - 82:13,

101:1
**thruway** [2] - 54:24,
78:8
**Thumb** [1] - 20:12
**Thursday** [1] - 76:25
**ticket** [18] - 3:11, 6:6,
40:14, 46:21, 46:24,
47:2, 47:6, 47:7,
47:16, 48:3, 48:8,
48:24, 49:1, 49:9,
49:13, 57:8, 57:24,
58:6
**tickets** [3] - 48:1,
52:21, 57:14
**tie** [1] - 100:21
**Tienken** [8] - 10:11,
10:19, 11:1, 11:11,
12:3, 22:13, 22:16,
22:24
**Tier** [4] - 67:17, 68:7,
68:25, 89:2
**Tillman** [2] - 82:4,
82:9
**Tim** [5] - 107:2,
107:10, 107:15,
108:4, 108:11
**time-off** [4] - 75:13,
75:19, 75:21, 76:15
**timed** [1] - 105:10
**timeframe** [5] - 14:11,
37:8, 51:1, 115:10,
121:18
**timely** [1] - 29:19
**timers** [1] - 74:13
**tires** [1] - 43:6
**title** [2] - 73:1, 96:11
**today** [30] - 4:16, 6:18,
6:23, 7:16, 8:2,
12:16, 12:24, 16:14,
30:21, 31:1, 31:5,
31:9, 31:13, 31:18,
31:19, 31:20, 47:24,
49:15, 49:19, 51:24,
52:3, 56:9, 91:19,
93:3, 118:2, 123:1,
124:20, 127:23,
129:4, 129:20
**together** [2] - 69:9,
92:8
**tomorrow** [4] - 4:20,
4:22, 4:25, 31:22
**took** [12] - 21:16,
27:13, 32:10, 43:20,
54:16, 55:1, 60:17,
100:7, 110:1,
114:21, 130:2,
130:15
**top** [1] - 18:3
**Tops** [17] - 45:20,
46:3, 46:7, 46:18,

109:8, 109:21, 109:24, 110:22, 111:6, 113:5, 113:25, 114:15, 115:7, 116:19, 117:4, 137:9, 137:10
**total** [1] - 32:15
**tough** [2] - 29:17, 75:16
**towards** [6] - 13:15, 67:18, 68:6, 89:12, 109:25, 125:2
**Tower** [1] - 2:14
**town** [5] - 67:19, 77:2, 80:3, 125:3, 126:3
**Town** [2] - 125:4, 126:4
**track** [5] - 32:15, 73:11, 106:13, 106:14, 110:9
**trademark** [1] - 64:12
**traffic** [8] - 52:8, 52:11, 52:15, 52:17, 54:13, 54:17, 55:12, 78:9
**trail** [3] - 82:3, 82:17, 86:6
**Trail** [10] - 82:9, 85:17, 86:4, 86:16, 86:24, 88:1, 88:15, 88:24, 91:14, 92:22
**trails** [14] - 84:22, 85:13, 86:8, 86:11, 88:17, 88:21, 88:25, 89:5, 89:15, 90:5, 91:12, 91:23, 92:20, 125:1
**training** [1] - 81:2
**transcribed** [1] - 140:11
**transcript** [3] - 4:11, 139:17, 142:4
**transcription** [1] - 140:12
**transferred** [1] - 63:18
**Transit** [1] - 85:13
**transitioned** [1] - 70:9
**transport** [9] - 40:19, 42:2, 42:8, 42:14, 44:2, 44:4, 44:17, 58:17, 58:21
**transportation** [7] - 25:11, 31:11, 31:16, 39:22, 40:8, 52:5, 53:17
**travel** [10] - 40:7, 42:10, 42:16, 67:19, 78:6, 78:7, 82:1, 93:12, 94:6, 98:22
**traveled** [1] - 91:25

**traveling** [6] - 39:25, 67:22, 94:2, 94:23, 105:21, 106:2
**travels** [1] - 103:6
**trespassing** [1] - 98:10
**Trial** [1] - 1:11
**tried** [4] - 22:2, 96:16, 106:14, 110:12
**trip** [19] - 40:14, 47:21, 48:1, 57:8, 57:10, 57:14, 57:21, 72:19, 77:23, 78:3, 78:12, 83:4, 83:7, 84:3, 85:2, 92:25, 93:4, 111:10
**trips** [4] - 52:22, 57:12, 70:6, 139:2
**trouble** [1] - 123:24
**truck** [1] - 101:11
**trucks** [1] - 74:16
**true** [2] - 140:12, 142:4
**truth** [7] - 6:18, 6:22, 7:16, 32:23, 140:9, 140:10
**try** [5] - 27:22, 62:17, 74:12, 90:22, 125:18
**trying** [13] - 15:2, 32:18, 35:22, 41:22, 66:12, 89:4, 92:8, 98:22, 106:10, 107:9, 107:12, 108:9, 111:24
**tunnel** [1] - 18:1
**turkey** [2] - 127:4, 133:8
**turkey's** [1] - 133:23
**turkeys** [4] - 68:5, 127:1, 133:4, 133:20
**turn** [1] - 99:25
**turned** [1] - 130:22
**turnstile** [1] - 58:5
**turnstiles** [2] - 47:3, 58:2
**TV** [1] - 80:24
**twice** [1] - 58:23
**two** [30] - 9:5, 10:17, 23:7, 30:7, 34:3, 53:12, 57:12, 58:3, 59:5, 59:10, 59:16, 60:7, 67:4, 74:16, 85:12, 86:8, 86:10, 103:13, 123:9, 124:18, 127:13, 131:21, 131:25, 132:7, 132:12, 132:13, 134:7, 134:11, 139:2
**type** [13] - 6:5, 25:17,

47:14, 58:16, 58:19, 58:20, 59:8, 59:25, 60:3, 62:12, 64:15, 91:6, 102:20
**types** [2] - 25:24, 58:21
**typewriting** [1] - 140:11

# U

**U.S** [3] - 29:16, 59:18, 59:21
**umbrella** [1] - 103:3
**unable** [1] - 50:3
**Uncle** [2] - 69:4, 70:1
**uncomfortable** [2] - 99:4, 101:19
**under** [8] - 5:16, 6:15, 11:20, 30:19, 31:4, 100:14, 133:9, 133:17
**underground** [1] - 58:11
**underneath** [1] - 86:2
**undersigned** [1] - 142:3
**understood** [8] - 7:12, 7:25, 27:9, 33:24, 35:2, 56:3, 75:6, 86:19
**unfair** [1] - 33:8
**uniform** [1] - 99:16
**Union** [4] - 5:20, 109:12, 137:10, 137:11
**unit** [1] - 101:5
**UNITED** [1] - 1:1
**University** [13] - 40:10, 44:10, 45:3, 45:6, 46:8, 46:19, 46:22, 47:17, 54:3, 55:7, 56:15, 56:19, 56:21
**unless** [3] - 71:10, 71:16, 139:7
**unloaded** [1] - 100:13
**unlock** [1] - 58:7
**unmanned** [1] - 58:1
**unrestricted** [1] - 67:6
**unsafe** [2] - 111:13, 137:17
**unsure** [4] - 50:23, 79:8, 107:13, 115:18
**unusual** [1] - 49:4
**up** [34] - 42:24, 45:8, 45:13, 49:6, 53:7, 55:4, 68:2, 68:4, 68:21, 69:9, 69:10, 70:19, 70:20, 74:17,

78:19, 79:14, 79:24, 82:3, 83:17, 85:19, 85:21, 88:8, 99:24, 101:14, 102:6, 102:12, 108:2, 108:16, 131:17, 132:24, 136:7, 137:10, 137:11
**upcoming** [1] - 56:3
**upper** [3] - 5:7, 64:21
**Upstate** [5] - 67:9, 67:23, 68:14, 69:16, 70:6
**Urban** [2] - 95:15, 95:21
**urination** [2] - 108:22, 108:25
**usual** [2] - 4:1, 7:4
**Utility** [1] - 82:12

# V

**vague** [3] - 26:20, 35:8, 97:9
**vagueness** [2] - 13:9, 61:5
**Valu** [16] - 95:8, 95:9, 95:12, 95:20, 96:1, 96:14, 96:21, 97:2, 97:13, 98:17, 129:2, 129:9, 129:15, 134:14, 134:17, 134:22
**Valu's** [1] - 97:20
**various** [7] - 17:6, 19:3, 19:5, 19:17, 20:2, 81:5, 98:11
**vehicle** [3] - 100:23, 104:20, 108:16
**Vehicle** [1] - 82:12
**vehicles** [1] - 43:11
**vending** [1] - 46:24
**verbal** [2] - 110:14, 112:6
**verbally** [3] - 75:22, 76:5, 98:8
**verbatim** [1] - 116:2
**verify** [1] - 37:22
**version** [1] - 75:5
**versus** [1] - 128:12
**Vicky** [3] - 67:23, 69:4, 69:25
**viewpoint** [1] - 36:1
**violate** [1] - 63:17
**violated** [1] - 23:23
**violates** [1] - 24:15
**violating** [1] - 80:6
**violation** [1] - 111:3
**violations** [2] - 30:24, 112:24

**virtually** [1] - 130:22
**vision** [1] - 18:1
**visit** [3] - 70:7, 75:9, 93:8
**visited** [1] - 134:10
**visiting** [1] - 94:18
**visits** [1] - 95:3
**voicemail** [1] - 21:14
**voicemails** [1] - 21:15
**volunteering** [1] - 17:18
**vote** [1] - 5:17
**vs** [1] - 1:6

# W

**Wagon** [1] - 101:17
**waistband** [4] - 90:8, 90:10, 90:18, 90:20
**wait** [2] - 7:5, 27:17
**Walden** [5] - 109:10, 111:17, 112:11, 114:14, 138:25
**walk** [9] - 45:16, 46:23, 58:1, 84:17, 99:24, 102:5, 127:9, 131:19, 132:5
**walked** [4] - 55:5, 126:12, 131:24, 132:11
**walking** [2] - 40:13, 84:21
**wants** [1] - 72:10
**warm** [1] - 83:1
**wave** [1] - 133:19
**waved** [1] - 103:17
**waving** [1] - 111:24
**ways** [1] - 99:18
**weapon** [8] - 50:1, 62:12, 70:15, 71:3, 71:14, 104:15, 104:25, 133:5
**weapons** [2] - 69:20, 122:1
**weather** [4] - 53:9, 83:15, 128:12
**WebEx** [1] - 49:6
**website** [8] - 17:6, 17:9, 17:20, 17:23, 18:2, 18:8
**Wednesday** [8] - 4:17, 76:21, 76:23, 77:2, 83:12, 83:20, 87:10, 87:11
**week** [12] - 52:22, 54:7, 76:22, 109:25, 113:7, 114:2, 114:22, 115:10, 127:13, 132:5, 132:13

**weekend** [3] - 77:3, 89:17, 116:8
**weekends** [1] - 54:7
**weekly** [1] - 94:18
**weeks** [4] - 51:2, 51:9, 75:14, 138:21
**Wegmans** [14] - 95:16, 109:8, 109:24, 110:22, 111:6, 113:6, 113:25, 114:15, 115:7, 116:19, 117:4, 136:25, 137:9, 137:11
**Wehrle** [1] - 107:3
**welded** [1] - 100:22
**well-traveled** [1] - 91:25
**Wesson** [1] - 122:7
**west** [2] - 5:7, 82:1
**Westchester** [1] - 81:8
**WESTERN** [1] - 1:2
**wheels** [7] - 42:19, 42:21, 43:13, 43:14, 43:15, 43:17, 74:6
**WHEREOF** [1] - 140:17
**white** [4] - 8:21, 40:5, 78:11, 98:13
**whole** [3] - 60:14, 64:14, 140:9
**wife** [1] - 132:20
**wild** [7] - 68:5, 68:10, 127:1, 133:4, 133:8, 133:20, 133:22
**Williams** [2] - 12:20, 12:24
**WILLIAMS** [2] - 2:3, 12:20
**willing** [2] - 4:24, 17:3
**winter** [2] - 128:11, 136:23
**wipers** [1] - 74:18
**wish** [2] - 31:23, 141:3
**withdrawal** [1] - 118:18
**withdrew** [1] - 118:14
**witness** [1] - 140:8
**WITNESS** [13] - 3:2, 16:16, 16:23, 18:19, 18:24, 37:21, 39:12, 71:6, 71:10, 72:6, 136:17, 140:17, 142:1
**witnesses** [1] - 77:10
**Wolcott** [3] - 138:25, 139:4, 139:5
**women** [1] - 126:23
**wooded** [4] - 84:23, 88:18, 91:12, 126:16

**woodlands** [1] - 68:2
**woods** [1] - 86:12
**word** [9] - 17:5, 18:24, 26:19, 35:7, 46:25, 66:5, 110:5, 112:17, 121:3
**wording** [2] - 46:15, 63:22
**words** [6] - 26:3, 31:25, 32:18, 88:12, 99:17, 116:1
**Workday** [1] - 75:23
**works** [1] - 66:13
**world** [3] - 31:20, 89:5, 136:4
**worried** [1] - 55:12
**worries** [1] - 102:14
**worry** [8] - 5:1, 54:9, 68:12, 93:17, 103:9, 137:4, 137:7, 137:14
**wrap** [1] - 100:11
**write** [1] - 116:2
**writer** [1] - 73:8
**writes** [1] - 75:23
**writing** [3] - 79:7, 97:11, 112:21
**written** [9] - 8:20, 40:5, 78:10, 80:4, 81:1, 81:11, 98:9, 100:2, 110:15
**wrote** [4] - 75:24, 77:15, 92:19, 94:21

## Y

**Yeager** [1] - 20:11
**year** [22] - 13:15, 14:5, 14:13, 28:24, 43:10, 43:15, 70:3, 83:8, 90:7, 107:7, 121:22, 122:11, 122:12, 131:21, 131:25, 132:8, 132:12, 132:16, 132:17, 134:7, 134:11
**yearly** [2] - 15:18, 15:21
**years** [14] - 28:21, 29:23, 30:3, 30:12, 41:24, 58:23, 59:6, 59:10, 60:7, 67:4, 126:21, 126:22, 131:11, 131:17
**YORK** [3] - 1:2, 2:12, 140:1
**York** [78] - 1:8, 1:14, 2:5, 2:9, 2:15, 3:13, 5:8, 13:24, 14:19, 25:4, 25:10, 31:3, 31:7, 40:6, 55:18,

55:23, 55:25, 59:4, 59:6, 59:15, 59:25, 60:3, 60:10, 60:13, 60:14, 61:17, 62:15, 63:12, 63:14, 63:17, 65:14, 65:21, 66:1, 66:2, 66:10, 66:24, 67:9, 67:20, 67:23, 68:8, 68:14, 69:16, 69:23, 70:6, 73:25, 79:5, 79:8, 80:1, 80:2, 80:21, 81:9, 82:2, 83:15, 83:18, 89:10, 91:15, 92:2, 92:23, 96:19, 97:19, 102:13, 102:14, 102:24, 103:5, 106:20, 106:24, 107:20, 108:1, 110:25, 111:23, 119:16, 119:24, 120:10, 124:13, 128:1, 133:12, 135:17, 140:6
**young** [1] - 132:21
**Young** [1] - 64:22
**yourself** [4] - 45:6, 74:1, 123:24, 137:16
**YouTube** [1] - 19:11
**YouTuber** [1] - 20:12
**YouTubers** [4] - 19:14, 19:17, 20:2, 20:7

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544