UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BRETT CHRISTIAN, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION

                      Plaintiffs,

      v.                                 No. 22-cv-00695 (JLS)

STEVEN A. NIGRELLI, in his official capacity as Superintendent of the New York State Police, and JOHN J. FLYNN, in his official capacity as District Attorney for the County of Erie,           NOTICE OF APPEAL

                      Defendants.

---

      PLEASE TAKE NOTICE that Defendant Steven A. Nigrelli, sued in his official capacity as Superintendent of the New York State Police, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order entered in this matter on November 22, 2022 (ECF No. 49). This appeal is from each and every aspect of that order.

Dated:  Buffalo, New York
         November 23, 2022

                                              LETITIA JAMES
                                              Attorney General of the State of New York
                                              Attorney for Defendant Nigrelli

                                              By: */s/ Ryan L. Belka*
                                              Ryan L. Belka
                                              James M. Thompson
                                              Assistant Attorneys General
                                              350 Main Place, Suite 300A
                                              Buffalo, NY 14202
                                              (716) 853-8440
                                              Ryan.Belka@ag.ny.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BRETT CHRISTIAN, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION

                              Plaintiffs,

v.

STEVEN A. NIGRELLI, in his official capacity as Superintendent of the New York State Police, and JOHN J. FLYNN, in his official capacity as District Attorney for the County of Erie,

                              Defendants.

No. 22-cv-00695 (JLS)

    I hereby certify that on November 23, 2022, I electronically filed the **Notice of Appeal** with the Clerk of the District Court using its CM/ECF system.

Dated: Buffalo, New York
         November 23, 2022

                                    LETITIA JAMES
                                    Attorney General of the State of New York
                                    Attorney for Defendant Nigrelli

                                    By: */s/ Ryan L. Belka*
                                    Ryan L. Belka
                                    James M. Thompson
                                    Assistant Attorneys General
                                    350 Main Place, Suite 300A
                                    Buffalo, NY 14202
                                    (716) 853-8440
                                    Ryan.Belka@ag.ny.gov