

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
BUFFALO REGIONAL OFFICE

December 9, 2022

**Via ECF**
Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York

Re:  Christian, et al. v. Nigrelli, et al.
     Case No. 22-cv-695

Dear Judge Sinatra,

My office represents Steven A. Nigrelli, Acting Superintendent of the New York State Police in the above referenced action. Defendant Nigrelli requests that the Court extend the date for him to answer or otherwise respond to the Complaint to 14 days after the Court issues a complete decision on Plaintiffs' motion for a preliminary injunction [ECF No. 19]. I have spoken with Plaintiffs' counsel, and they do not object to this request.

Respectfully Yours,

*/s/ Ryan L. Belka*

Ryan L. Belka
Assistant Attorney General
Buffalo Regional Office
Telephone:  (716) 853-8440

RLB/rp