

**Via CMECF and hand-delivery**

Hon. John L. Sinatra, Jr.  
United States District Judge  
Robert H. Jackson United States Courthouse  
2 Niagara Square  
Buffalo, New York 14202-3350

April 24, 2023

Re:   *Christian et al. v. Nigrelli et al.;* Case No. 1:22-cv-00695-JLS; Joint Status Report

Dear Judge Sinatra:

This joint status report is submitted on behalf of all parties per this Court's Text Order, issued December 21, 2022 (Dkt. 60). The parties wish to inform the Court that on March 20, 2023, the Second Circuit heard oral argument on the appeal of this Court's Decision and Order (Dkt. 49), in tandem with oral argument on the appeals of the preliminary injunction rulings in three other cases (*Hardaway v. Nigrelli*, Case No. 1:22-cv-00771-JLS (W.D.N.Y.); *Antonyuk v. Nigrelli*, Case No. 1:22-cv-00986-GTS (N.D.N.Y.) and *Gazzola v. Hochul*, Case No. 1:22-cv-01134-BKS (N.D.N.Y.)). Should the Court have any questions, counsel for the parties are available for a conference.

Respectfully submitted,

Phillips Lytle LLP

By *[signature]*

Nicolas J. Rotsko

cc:   Counsel of record (via CMECF)         Doc #11113920

ATTORNEYS AT LAW
_____

NICOLAS J. ROTSKO   PARTNER   DIRECT 716 847 5467   NROTSKO@PHILLIPSLYTLE.COM
_____

ONE CANALSIDE 125 MAIN STREET BUFFALO, NEW YORK 14203-2887 PHONE (716) 847-8400 FAX (716) 852-6100 | PHILLIPSLYTLE.COM

NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | CHICAGO, IL | WASHINGTON, DC | CANADA: WATERLOO REGION