UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BRETT CHRISTIAN, et al.,

    *Plaintiffs*,

v.

STEVEN A. NIGRELLI, et al.,

    *Defendants*.

**NOTICE OF WITHDRAWAL OF ATTORNEY**

Case No. 1:22-cv-00695-JLS

---

    Pursuant to Rule 83.2(c)(3) of the Local Rules of the United States District Court for the Western District of New York, counsel for Plaintiffs Brett Christian, Firearms Policy Coalition, Inc., and Second Amendment Foundation respectfully request that John W. Tienken be permitted to withdraw as counsel in the above-captioned case as a result of his departure from the law firm of Cooper & Kirk, PLLC.

    Mr. Tienken's withdrawal will not delay the matter or prejudice any party, as David H. Thompson and Peter A. Patterson of Cooper & Kirk, PLLC and Nicolas J. Rotsko of Phillips Lytle LLP will continue to represent Plaintiffs in the above-captioned case.

    Counsel for Plaintiffs respectfully requests that John W. Tienken is withdrawn as counsel for Plaintiffs and is removed from the docket.

| | |
|---|---|
| Date: July 8, 2023 | Respectfully submitted, |
| | |
| Nicolas J. Rotsko | /s/ David H. Thompson |
| PHILLIPS LYTLE LLP | David H. Thompson* |
| One Canalside | Peter A. Patterson* |
| 125 Main Street | John W. Tienken* |
| Buffalo, NY 14203-2887 | COOPER & KIRK, PLLC |
| (716) 847-5467 | 1523 New Hampshire Avenue, N.W. |
| (716) 852-6100 (fax) | Washington, D.C. 20036 |
| NRotsko@phillipslytle.com | (202) 220-9600 |
| | (202) 220-9601 (fax) |
| | dthompson@cooperkirk.com |
| | ppatterson@cooperkirk.com |
| | jtienken@cooperkirk.com |
| | |
| | *Admitted *pro hac vice* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that I filed the foregoing with the Clerk of the District Court using its CM/ECF system on this 8th day of July 2023.

/s/ David H. Thompson
David H. Thompson
