

**Phillips Lytle LLP**

<u>**Via CMECF and hand-delivery**</u>

Hon. John L. Sinatra, Jr.                                                      August 22, 2023
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202-3350

Re:     *Christian et al. v. Nigrelli et al.;* Case No. 1:22-cv-00695-JLS; Joint Status Report

Dear Judge Sinatra:

This 60-day joint status report is submitted on behalf of all parties per this Court's Text
Order, issued December 21, 2022 (Dkt. 60).  The Second Circuit has not yet issued its
decision on the appeal of this Court's Decision and Order (Dkt. 49).

Respectfully submitted,

Phillips Lytle LLP

By

Nicolas J. Rotsko

cc:     Counsel of record (via CMECF)

ATTORNEYS AT LAW
---------
NICOLAS J. ROTSKO   PARTNER   DIRECT 716 847 5467   NROTSKO@PHILLIPSLYTLE.COM
---------
ONE CANALSIDE 125 MAIN STREET BUFFALO, NEW YORK 14203-2887 PHONE (716) 847-8400 FAX (716) 852-6100 | PHILLIPSLYTLE.COM
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | CHICAGO, IL | WASHINGTON, DC | CANADA: WATERLOO
REGION