UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BRETT CHRISTIAN,
FIREARMS POLICY COALITION, INC.,
and SECOND AMENDMENT FOUNDATION,

                Plaintiffs,                NOTICE OF APPEARANCE

vs.

STEVEN A. NIGRELLI, in his official capacity    Case No.: 22-cv-00695-JLS
as Superintendent of the New York Police,
and JOHN J. FLYNN, in his official capacity
as District Attorney for the County of Erie,

                Defendants.

TO:    United States District Court Clerk
         For the Western District of New York

         All Parties and Counsel of Record

         **PLEASE TAKE NOTICE,** that Morgann K. Obrochta, Esq., Assistant County Attorney, is admitted to this Court and appears as counsel in this case to Defendant, JOHN J. FLYNN, in his official capacity as District Attorney for the County of Erie, New York and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon Morgann K. Obrochta, Esq., Assistant County Attorney, Erie County Department of Law, 95 Franklin Street, Room 1634, Buffalo, New York 14202; (716) 858-2203; morgann.obrochta@erie.gov.

         PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted by United States mail, delivery, telephone, fax, email, or otherwise.

**Dated**: Buffalo, New York
         October 12, 2023

                                            **Respectfully submitted,**

                                            **JEREMY C. TOTH, ESQ**.
                                            Erie County Attorney

                                            By:  __*/s/ Morgann K. Obrochta*__
                                            MORGANN K. OBROCHTA, ESQ
                                            Assistant County Attorney, of Counsel

                                                              95 Franklin Street, Room 1634  
                                                              Buffalo, New York 14202  
                                                              Tel: (716) 858-2203  
                                                              Email: morgann.obrochta@erie.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BRETT CHRISTIAN, et al.,

                Plaintiffs,

vs.

STEVEN A. NIGRELLI, et al.,              Case No.: 22-cv-00695-JLS

                Defendants.


### CERTIFICATE OF SERVICE

      I hereby certify that on October 12, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of the U.S. District Court for the Western District of New York using its CM/ECF system, and on the same date the court's CM/ECF system caused to be (electronically) served the foregoing on all counsel of record.


**Dated**: Buffalo, New York
        October 12, 2023

                                        **Respectfully submitted,**

                                        **JEREMY C. TOTH, ESQ**.
                                        Erie County Attorney

                                        By:  */s/ Morgann K. Obrochta*
                                        MORGANN K. OBROCHTA, ESQ
                                        Assistant County Attorney, of Counsel
                                        95 Franklin Street, Room 1634
                                        Buffalo, New York 14202
                                        Tel: (716) 858-2203
                                        Email: morgann.obrochta@erie.gov