

**Via CMECF and hand-delivery**

Hon. John L. Sinatra, Jr.  
United States District Judge  
Robert H. Jackson United States Courthouse  
2 Niagara Square  
Buffalo, New York 14202-3350

October 27, 2023

Re:    *Christian et al. v. Nigrelli et al.;* Case No. 1:22-cv-00695-JLS; Joint Status Report

Dear Judge Sinatra:

This 60-day joint status report is submitted on behalf of all parties per this Court's Text Order, issued December 21, 2022 (Dkt. 60). The Second Circuit has not yet issued its decision on the appeal of this Court's Decision and Order (Dkt. 49).

Respectfully submitted,

Phillips Lytle LLP

By *[signature]*

Nicolas J. Rotsko

cc:    Counsel of record (via CMECF)          Doc #100846

ATTORNEYS AT LAW
_____
NICOLAS J. ROTSKO   PARTNER   DIRECT 716 847 5467   NROTSKO@PHILLIPSLYTLE.COM
_____
ONE CANALSIDE 125 MAIN STREET BUFFALO, NEW YORK 14203-2887 PHONE (716) 847-8400 FAX (716) 852-6100 | PHILLIPSLYTLE.COM
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | CHICAGO, IL | WASHINGTON, DC | CANADA: WATERLOO REGION