UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BRETT CHRISTIAN, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION

            Plaintiffs,

       v.

STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, and JOHN J. FLYNN, in his official capacity as District Attorney for the County of Erie,

            Defendants.

No. 22-cv-00695 (JLS)

**PLEASE TAKE NOTICE** that defendant STEVEN G. JAMES ("Defendant"), by his attorney, Letitia James, Attorney General of the State of New York, Ryan L. Belka, Assistant Attorney General, of Counsel, will move this Court before the Hon. John L. Sinatra, Jr., at the United States Courthouse, 2 Niagara Square, Buffalo, New York, at a time and date set by the Court, for an order enlarging the page limit for Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgement [ECF No. 73] and In Support of Defendant's Cross-Motion for Summary Judgment.

**PLEASE TAKE FURTHER NOTICE** that this motion is unopposed and based upon the grounds as set forth in the Declaration of Ryan L. Belka, filed contemporaneously herewith.

Dated: Buffalo, New York
    May 29, 2024

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendant James
BY:
*s/ Ryan L. Belka*
RYAN L. BELKA
Assistant Attorney General,
  of Counsel
Main Place Tower, Suite 300A
350 Main Street
Buffalo, New York 14202
(716) 853-8440
Ryan.Belka@ag.ny.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRETT CHRISTIAN, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION<br><br>                                        Plaintiffs,<br><br>v.<br><br>STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, and JOHN J. FLYNN, in his official capacity as District Attorney for the County of Erie,<br><br>                                        Defendants. | No. 22-cv-00695 (JLS) |

# CERTIFICATE OF SERVICE

    I hereby certify that on May 29, 2024, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system.

Dated: Buffalo, New York
      May 29, 2024

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendant James
BY:
*s/ Ryan L. Belka*
RYAN L. BELKA
Assistant Attorney General,
    of Counsel
Main Place Tower, Suite 300A
350 Main Street
Buffalo, New York 14202
(716) 853-8440
Ryan.Belka@ag.ny.gov