**CHRISTIAN, et al.** )
)
***Plaintiffs*** )
)
**v.** ) **Case No. 22-cv-695**
)
**CHIUMINTO, et al.** )
)
***Defendants*** )
)

**EXPERT REPORT OF PROF. TERENCE YOUNG**

I, Terence Young, state as follows:

**Background**

1. Since fall 2020, I am Emeritus Professor of Geography in the Department of Geography & Anthropology, California State Polytechnic University, Pomona.

2. I was an Assistant, Associate, and full Professor of Geography, Department of Geography & Anthropology, California State Polytechnic University, Pomona between fall 2002 and spring 2020. During the same period, I was also an adjunct in the university's Regenerative Studies program. Before fall 2002, I held academic positions as a geographer at California State University, Long Beach, University of Southern California, UCLA, Clemson University, George Washington University, and Mary Washington University. In 1996-1997, I was Acting Director of Studies in Landscape Architecture, Dumbarton Oaks Library and Research Center, Harvard University, Washington, DC.

3. I earned a Bachelor of Arts in Anthropology at UC Berkeley (1973), a Master of Arts in Geography at UCLA (1987), and a Ph.D. in Geography at UCLA (1991).[1]

[1] For a full CV, please see **Exhibit 1** to this Report.

4.      As a scholar, I have studied the history and historical geography of the American park movement, including from its earliest years, the meanings, purposes, developments, designs, and usages of various types of protected areas since I began work on my doctoral degree in fall 1987.  In my professional capacity, I authored award-winning scholarly books, book chapters, and journal articles concerning American protected areas and the American park movement.  These publications have been cited by authors in multiple disciplines, including history, geography, anthropology, natural resources management, and more.

5.      I am aware of this lawsuit, have reviewed the Complaint ("Complaint") filed by Brett Christian, Firearms Policy Coalition, Inc., and Second Amendment Foundation ("Plaintiffs") in this matter, and am familiar with the claims and allegations of the Complaint.

6.      I am being compensated for services performed in the above-entitled case at an hourly rate of $250 for reviewing materials and preparing reports; and $500 per hour for depositions and court appearances.  My compensation is not contingent on the results of my analysis or the substance of any testimony.

7.      The opinions in this Report are based upon a combination of my professional training, research, and work experiences in my various academic roles; and, from personally reviewing relevant documents, rules, regulations, and historical sources of information regarding the public parks and forests, including those referenced in the attached list of citations or in this report.  Any information I obtained from those outside sources is consistent with my own understanding.

**Overview of Opinions**

8.      America's tradition of public parks was launched in the 1850s.  Prior to that era,

privately owned taverns and similar establishments had popular gardens while most publicly

owned open spaces were utilitarian rather than ornamental spots for sociability and relaxation.

The American park movement emerged from the idea that American urban society was flawed

and that parks could repair and reform it.  Specifically, urban parks would foster a healthier,

wealthier, more democratic, and less criminal urban society.  Backed by a Romantic ideology,

this social transformation occurred because parks contained natural scenery, which when quietly

and passively contemplated, was thought to improve someone's mind and body, and thus society.

In keeping with a park's purpose and its function as a society-improving device, any features or

actions in a park that interfered with natural scenery contemplation were excluded from a park,

including firearms, which were specifically prohibited.

9.      Near the end of the nineteenth century, a rationalistic ideology joined the earlier

Romantic one.  The new ideology emphasized such active recreation in parks as baseball and

bicycling because these were also thought to lead to a healthier, wealthier, more democratic and

less criminal society.  However, the new ideology did not eliminate the passive contemplation of

natural scenery.  Instead, urban parks were re-designed to provide separate spaces for both active

play and for quiet contemplation.  These two uses of public urban parks continue to this day,

each with its own spaces.

10.     In the late nineteenth and early twentieth centuries, America's natural national

parks were also created to protect landscapes of natural scenery.  Like their urban counterparts,

they were romantic places for quiet and passive contemplation in order to improve urban society.

Later, national parks also became places for active recreation, but it was never as important as in

the urban parks.  Today's national parks remain places for the contemplation of natural scenery and, to a lesser degree, for active play.

11.     At roughly the same time that national parks were being created, state parks appeared.  Like urban and national parks, they were protected to be places for contemplating natural scenery and for active play.  They remain so to this day.

**Growth of the 19th Century Parks Movement**

**Urban Parks**

12.     The development of the American park system and the park movement evolved over decades and centuries in response to existing societal concerns and circumstances.

13.     During the colonial era and into the early American Republic, public spaces were created in some settlements, for instance the pre-planned squares of Savannah, Georgia and Philadelphia, Pennsylvania, but the best known of these are the "greens" or "commons" of southern New England.  Today, the remnants of these once larger spaces may be manicured with lawns and ornamental plants, but such elements are relatively recent additions.  As early as 1961, the colonial legal historian, John D. Cushing, wrote about the origins and evolution of these spaces because "there are few …aspects of New England culture and history about which so much misinformation prevails."  Dismissing the notion that the current appearance, purpose, and use of a place like the Boston Common tells us about their origins, he stated instead that "the idea that any common laid out either in the seventeenth or early eighteenth centuries was designed as an ornamental center for the community… [is] absurd" (Cushing, 1961, 86).  Instead, they were multi-purpose utilitarian spaces until the mid-nineteenth century.  At the beginning, a settlement's town common included a Puritan house of worship called a "meetinghouse," which is why in earlier times these spaces were called "meetinghouse lots."

The open space surrounding the meetinghouse often contained the "close" or paddock for assembling and temporarily holding town livestock before the animals were led to the much larger common pasturage outside the settlement. The meetinghouse lot usually also contained a town's cemetery or "burying ground." And, sometimes, if it was large enough, a site for a community's men to practice basic military exercises as an organized militia. In contrast to today, these were not individuals visiting a public park but an organized community activity for its common defense. According to historian John Stilgoe (1982, 19-20), "Every town insisted that its men drill once every three months at least, on 'muster day'; and it provided that its [meetinghouse] lot be used as a parade ground, where all men and boys of military age lined up for weapons inspection, close order drill, and lessons in advanced tactics by experienced officers." As support for such militia training, meetinghouse lots could contain a "magazine" for storing gunpowder and other supplies as well as a "gunhouse" for cannon and such (Cushing 1961, 91).

14.     Meetinghouse lots usually shrank in area over the decades as portions were re-purposed, sold, given away, and appropriated for roads. Furthermore, additional uses were found for what did remain of a given lot through the eighteenth century and into the nineteenth. By the middle of the eighteenth century, for example, innkeepers throughout this region knew that it was profitable to locate their taverns and any outdoor spaces nearby, adjacent to, or even upon the meetinghouse lot (Stilgoe, 22). In 1770, Salem, Massachusetts built a workhouse on its meetinghouse lot and, in 1782, Newburyport, Massachusetts ordered smallpox victims transported "to the pest house in the common pasture" in the town center. Newburyport repeated this order in 1788 and again in 1803 (Stilgoe, 20). It was during the nineteenth century that these spaces began to be called "the green" (Stilgoe, 20).

15.    Beyond a green's meetinghouse, graveyard, and other structures, the lot was generally neglected.  According to Cushing (1961, 92), "Generally speaking, most commons were barren, unsightly plots from the earliest days until well after 1835.  Brush, stumps, stones, rubbish, dead trees and stagnant pools, swarming in summer with disease-carrying insects, typified a great many meetinghouse lots for centuries."  They were not analogs to today's public parks nor were they their predecessors except in the sense that some of these utilitarian spaces, most famously the Boston Common, survived long enough to be adaptively re-used as community parks.

16.    A different approach was taken in Savannah, Georgia when that colonial-era town was laid out in 1733.  Each "ward" of residents surrounded a civic square of approximately two acres.  While today these squares are ornamented with plants, walks, fountains, and the like, they, like New England's greens, initially served several utilitarian purposes.  The principal instigator of the town, James Oglethorpe, wrote that each square would be "reserved for a Market place, and for exercising the Inhabitants" (quoted in Wilson, 2012, 86).  It would also provide a place for public gatherings as well as be a parade ground for militia training and for defense.  "The town," explains Thomas D. Wilson, historian of Savannah's plan, was "organized into militia units that together formed a battalion.  Units of the battalion would train in civic squares placed at regular intervals in the town and would form in those squares to defend against attack" (Wilson, 2012, 71). The situation began to change during the early nineteenth century.  In 1808, one visitor described the squares as "each …has a pump in the centre [for fire fighting], surrounded by a small plantation of trees," but it was not until the 1830s that the squares were developed with railings, walks, and lawns, (De Vorsey, 2012, 97).  Savannah's plan led to similar squares in the Georgia towns of New Ebenezer, Sunbury, and Brunswick, but that was it.

They were neither widespread nor abundant in number like the greens of New England. According to Architectural Historian Turpin C. Bannister (1961, 62), "the promoters of later colonial and early republican new towns were so eager to exploit their land for maximum profit that the most generous felt expansively prodigal if he contributed a small central plaza for a market."

17. The situation in Philadelphia, Pennsylvania was analogous to that of Savannah. Pennsylvania's proprietor, William Penn, included five public squares of either eight or ten acres in his 1682 plan for Philadelphia. Today, the remaining squares are popular public spaces that incorporate walks, fountains, lawns, flowers, and other ornamental features. The path to these features, however, was a twisted one. According to landscape architect, Anne Beamish (2021, 11), these publicly-owned sites were originally laid out and planned as formal public spaces, but "the squares were not used as such until the nineteenth century" because Philadelphia's population was small and could not support them and the city included many popular, privately owned taverns and inns with adjacent gardens (Beamish, 2021, 11). The largest square, Centre Square (now the site of City Hall), was mostly used for horse racing, militia training, and as the site for the city gallows until the very end of the eighteenth century when it was chosen to be the location for a new water pumping station. Like Centre Square, the other four squares "were not used for public pleasure and 'were completely without charm'" (Beamish, 2021, 12). Northeast (now Franklin) Square, for instance, included a city magazine for storing gunpowder and as a place for selling hay, straw, and lime. Southeast (now Washington) Square was designated a "burial ground for strangers, or potter's field" in 1706 (quoted in Beamish, 2021, 12) And, even though the city ordered the cemetery removed for public improvements in 1795, it was still

renting out the square for grazing in 1813 (Beamish, 2021, 12).  Again, these activities were mostly utilitarian in character.

18.     New York, New York was different than Savannah and Philadelphia in that it did not include an identified series of public squares in its original planning.  Instead, many of its public spaces, like the greens of New England, emerged as adaptive re-uses of pre-existing sites. Beamish (2021, 2) points to three specific spaces where New Yorkers "experimented with leisure activities and socializing and where the demand for [later, publicly owned] recreational spaces developed" – The Battery, The Bowling Green, and The Fields.  Also, like New England, Savannah, and Philadelphia, the early uses of these spaces were utilitarian rather than recreational.  The Battery, for example was a defensive military site with cannon.  The Bowling Green was the site of a marketplace and the city's first public well.  And The Fields was an animal grazing area that also enclosed a "magazine" (Beamish, 2021).  Moreover, when The Bowling Green became a leisure site, it was a privately operated space rather than a public one. The city rented the site to some local residents to run as a place of beauty, ornament, and recreation.  The Battery did not begin to function as a meeting place for the wealthy until about 1802 and the Fields, which later became the site of today's City Hall, was re-named City Hall Park during the building's construction (1803-1812).  Neither The Battery nor The Fields inspired a direct wave of imitations elsewhere in the United States.

19.     The small public spaces of southern New England, Savannah, Philadelphia, New York and elsewhere would only widely become urban greenspaces after the American public park movement arose with the appearance of Romanticism and urban expansion.

20.     During the early American Republic, cities were necessarily compact, usually about three square miles in area, and densely built.  Despite the resulting crowded conditions,

most residents could readily retreat to relaxing rural areas nearby. However, as the national economy shifted and cities developed into primary engines of commerce, their populations and physical sizes necessarily grew. For example, from 1830 to 1860, the population of New Haven grew from 10,000 to 39,000, Boston from 61,000 to 178,000, Philadelphia from 80,000 to 566,000, and New York from 203,000 to 814,000.

21. The push for larger greenspaces in cities began in earnest in the pre-Civil War years as increasing numbers of Americans chose to live in cities. Early proponents of expanded urban greenspace drew upon the example of the recently popular "rural" cemeteries. America's earliest cemeteries were undesigned graveyards and churchyards. The first designed cemetery was New Haven's New Burying Ground of 1796, but it, unlike its successors, was gridded and rectilinear. In 1831, the Massachusetts Horticultural Society created the first of and prototype for the many subsequent "rural" cemeteries – Boston's Mount Auburn. These cemeteries, which were romantic in design, incorporated extensive tracts of suburban land with lawns, hills, woods, water features, and scenic vistas. By the mid-nineteenth century, these cemeteries were popular tourist attractions drawing thousands each year (Linden-Ward, 1989).

22. Rural cemeteries, however, inadequately addressed the societal concerns of the pre-Civil war era arising from increased urbanization because they were privately owned, did not permit full public access, and being suburban were inaccessible to many city dwellers due to their distance. Moreover, they were inaccessible to most working people. In the 1840s and 1850s, urban greenspace proponents applied the lessons of cemeteries when arguing for large publicly owned parks.

23. New York's 843-acre Central Park was the first to achieve this goal and was based on an 1858 design by Frederick Law Olmsted and Calvert Vaux. Unlike the small public

spaces mentioned above, Central Park would stimulate a rapidly expanding and durable tradition of American parks. Before the Nineteenth Century ended, America's best-known urban parks had appeared, including Boston's Franklin Park, Brooklyn's Prospect Park, Philadelphia's Fairmount Park, Chicago's Washington and Jackson Parks, San Francisco's Golden Gate Park, Los Angeles's Griffith Park, and San Diego's Balboa Park. The initiation and development of each park was unique, but they all occurred where supported by a significant portion of the population, were relatively large in area, generally over 500 acres, adopted the same design principles, and swiftly promulgated similar prohibitions concerning the carrying of firearms. They did so because they shared a common purpose – the improvement of American society (Schuyler, 1986; Young, 2004).

24. The creation of large urban parks began in the 1850s and in these rapidly growing cities for cultural reasons that go back to the early Republic – a national mistrust of and suspicion about urban life. Thomas Jefferson, for example, had argued in 1787's *Notes on the State of Virginia* that the ideal society would flourish where the economy was agricultural and the settlements small and dispersed. Invoking a geographic contrast, Jefferson promulgated a valorized rural-urban imaginary that regarded the former as healthy and positive while casting the latter as damaging and negative. Farmers, he insisted, were the backbone of America. "Those who labor in the earth are the chosen people of God, if ever he had a chosen people, whose breasts he has made his peculiar deposite (sic) for substantial and genuine virtue." Manufacturing and cities, in contrast, were sources of vice. Drawing a particularly repulsive word picture, Jefferson suggested that "The mobs of great cities add just so much to the support of pure government, as sores do to the strength of the human body." The roots of the republican nation, urged Jefferson, lay in a rejection of urban life (Jefferson, 1829, 171-173; Young, 2022).

25. In the immediate pre-Civil War years, industrialization increased rapidly, surface transportation encouraged urban spreading, and cities grew in area and population numbers. This concentration of people accentuated social problems, making them more obvious to more people. Cities were increasingly perceived as socially degraded places in contrast to virtuous rural America. In line with this perception, cities were condemned as unhealthy, impoverished, undemocratic, and crime ridden. A range of solutions were proposed to remedy these urban vices (Boyer, 1978), including municipal parks. In a large park, urban residents could "retreat" from the city to be back in touch with nature, which would lead to social reform and improvement. Parks, proponents and supporters argued, would produce a virtuous society characterized by health, wealth, equality, and little crime (Young, 2004).

26. Park proponents believed that society's characteristics were strongly shaped by its physical environments. Urban environments of noise, traffic, pollution, crowding, and ugly buildings led to a vicious society while an urban park's "natural" environment would lead to a virtuous one. Urban vice did not occur because society was evil by nature but because its members were out of touch with nature, a principal source of goodness. In other words, publicly owned urban parks were devices for social reform. They would succeed best where urban environments and urban ways of life were excluded from a greenspace (Young, 2004). For example, according to an 1867 Newark, New Jersey park report, a park was designed to produce "a certain [positive] effect upon the mind and the character of those who approach it" (Schuyler and Turner Censer, 1992, 211). Forty years later, Charles Mulford Robinson made a similar link between society and its surroundings. A leader in the "City Beautiful" movement that sought visible expressions to Progressive Era reforms aimed at revitalizing public life and instilling civic awareness, Robinson argued for the creation of public flower beds, new parks, and street

trees because "Social problems are to a large degree problems of the environment." Create parks where adults and children can find "brightness, entertainment, and fellowship without throwing them into temptation… and many of sociology's hardest problems will be solved" (Robinson, 1909, 245).

27.     The foundation for the ideology of the early urban park proponents and supporters lies in Romanticism and the Romantic Movement. While the philosophy and movement had diverse expressions, it can be broadly recognized by a rejection of rationalism, a regard for history and a focus on perception and beauty, particularly that of nature. Moreover, the movement embraced the belief that a group of people's character or nationality grew organically and emerged over a long period of time. In addition, Romanticism contributed to the growth of democracies, to a belief in progress and to the more open societies that are common features of modern life (Barzun 1961). Romantic park supporters, like many contemporary artists and scientists (Novak 1995), saw nature as an interrelated world of mind, body, and being, an organic whole that included God, people, and the physical world. Social problems resulted from the physical disjunction that developed between nature and people in any city large enough to be dominated by streets and buildings. Ignoring the benefits from urban life, they viewed the city as a dangerous environmental aberration that could lead to the dissolution of society. Parks were the necessary corrective because they brought nature, which was God's handiwork, balanced and inherently good, back into cities. As the minister Henry Ward Beecher enunciated in 1869, for "the multitude," natural beauty was a gift of God "without price." It could "confer pleasure and profit from merely the looking at it" (Beecher, 281-284).

28.     As the Beecher quote suggests, nature in this era was approached as scenery, but it was not simple and unconsidered. Park designers and their supporters believed nature

appeared best in parks as three landscape art categories or “genres”: the “Beautiful” (also called the “Pastoral” by Frederick Law Olmsted), the “Picturesque,” and the “Sublime.” Each was yoked to a set of unique attributes. Smallness, roundness, smoothness, delicacy, and color best captured the Beautiful, making it the preferred genre for parks with extensive lawns or water features bordered by shrubs and trees. The Sublime countered the Beautiful, being linked to terror, obscurity, difficulty, power, vastness, majesty, and infinity, but it remained beyond the ability of urban park designers because their landscapes were too restricted to create it. However, it informed the selection of and lay behind the drive for the national parks discussed below. The Picturesque mediated the two extremes, expressing the pleasure gained by abrupt, unexpected, or rude forms and textures, as well as the roughness that could exist at any scale. Many large urban parks incorporated picturesque elements as a stimulating contrast to beautiful ones, but picturesque rarely dominated (Novak, 1995; Young 2004).

29. And, like some painted landscape scene, municipal parks’ “naturalistic” landscapes were intended to support only pastoral and picturesque activities. These large urban parks were places for “passive recreation,” which meant sitting, strolling, slow horse riding, and other quiet activities while contemplating the scenery. Activities that were fast moving, active, boisterous or worse, ran counter to a park’s purpose. In support of these aesthetics, Parade Grounds were isolated from the park proper in both Olmsted and Vaux’s Prospect Park and in Olmsted’s unbuilt 1866 plan for San Francisco (Graff 1985; Young 2018). Places for military exercises and displays, Parade Grounds were spaces “for citizens to demonstrate their commitment to defense of their government” (Rosenzweig and Blackmar, 1992, 143). According to Olmsted (1990b, 532), these places may have been necessary, but they were not to conflict with “the safety or the quiet of those not interested in them.” That is, a park’s visitors.

Consequently, Parade Grounds were closed off or moved away from a park proper. They were, argued Schuyler (1986, 131), "locations for functions that, while essential in a city, would be antithetical to the tranquility of a naturalistic landscape."

30.     In addition to being informed by the same ideology and designed using the same three landscape genres, America's large urban parks embraced firearms prohibitions shortly after they came into existence. Again, the official prohibitions began with Central Park. In March 1858, one month before Central Park's Commissioners (Board of Commissioners, 1858, 166, **Exhibit 2**) awarded a plan for the new park, they voted seven to two to adopt their initial set of rules and regulations concerning it. Their attitude toward firearms in Central Park could not have been clearer. "All persons are forbidden …To carry fire-arms or to throw stones or other missiles within it." And, to be sure the public knew there were regulations, relates New York City archivist Cynthia S. Brenwall (2019, 26), the Commissioners had the regulations "posted in conspicuous locations that would be easily seen by all visitors."



(from Brenwall, 2019, 27). The public did not necessarily know how to behave in their new park so the commissioners adopted rules to prompt proper behavior and decorum. Aligned with these rules and regulations, and as a practical matter, they also created a force of Park Keepers in 1859 to control activities deemed inappropriate. "A woods shared by 'thousands' demanded a different kind of care than woods visited by a few," noted historian David Thacher before quoting the *New York Times* of February 21, 1859: "Nature in the neighborhood of large towns needs rules and regulations to enable her to do herself justice, just as certainly as in the country she does better without them" (Thacher, 2015, 591). Proponents and supporters of large urban parks understood that the heavy use of the nature in a park that would result from its being easily accessible, necessarily mandated rules and regulations to control and direct visitors in order to allow nature to reform society.

31. The Central Park Commissioners' prohibition on carrying firearms in their park, often using the same or nearly the same language, was embraced by authorities in the other large parks that rapidly appeared across the United States. The Central Park Commissioners reprinted their prohibition exactly in 1861 (Board of Commissioners, 106, **Exhibit 3**). In 1866, as the development of Olmsted and Vaux's next park, Prospect Park, was getting underway, the Brooklyn Park Commissioners adopted the same language as their peers at Central Park: "All persons are forbidden… To carry firearms, or to throw stones or other missiles within the park" (Brooklyn Park Commissioners, 1873, 136, **Exhibit 4**). To the west, the city of Chicago also adopted a comparable prohibition in 1866 for its "Parks and Public Grounds": "All persons are forbidden to carry firearms or to throw stones or other missiles within any one of the public parks" (Chicago, Illinois, 1873, 88, **Exhibit 7**). Two years later, 1868, the rules and regulations for Philadelphia's Fairmount Park included a similar prohibition: "No person shall carry fire

arms or shoot birds in the park or within fifty yards thereof, or throw stones or other missiles therein" (Laws of the General Assembly, 1868, 1088, **Exhibit 5**).  In April 1870, the Commissioners of San Francisco's new Golden Gate Park were appointed and authorized to begin the park's development.  Twenty-nine months later, in 1872, they adopted a prohibition similar to Central Park's: "Within the said grounds [i.e., Golden Gate and Buena Vista Parks] all persons are hereby forbidden …To carry and especially to discharge firearms" (Board of Supervisors, 1875, 887, **Exhibit 6**).  And, in 1874, the Buffalo, New York Park Commissioners adopted an ordinance corresponding to that of Central Park and its successors to date: "All persons are forbidden to carry fire-arms or fire at or shoot any bird or animal, or throw stones or missiles withing the several parks, approaches thereto or streets connecting the same" (Buffalo Park Commissioners, 1874, 24, **Exhibit 8**).  For approximately another decade, similarly purposed, Romantically inspired, and scenically designed parks appeared in cities across the country and their commissioners or similar authorities adopted comparable prohibitions or fines: Hyde Park, Illinois in 1875 (President and Board of Trustees, 1876, 310, **Exhibit 9**), Phoenixville, Pennsylvania in 1878 (Borough of Phoenixville, 1906, 135, **Exhibit 10**), Chicago reprinted its earlier prohibition in 1880 (Jamieson and Adams, 1881, 391, **Exhibit 11**), St. Louis in 1881 (Sullivan, 1881, 635, **Exhibit 12**) and then extended it to a new park in 1883 (MacAdam, 1883, 117, **Exhibit 13**), and Danville, Illinois in 1883 (Mann and Frazier, 1883, 83, **Exhibit 14**).  This is not a coincidence.  It is a firearms regulation tradition grounded in the purpose, form, and use of America's post-Central Park urban parks.

32.    Beginning in the late 1880s, an increasing number of American urban park advocates and supporters embraced a new rationale for municipal parks, what I term "rationalistic" parks.  American cities continued to be plagued by poverty, disease, undemocratic

acts, and crime, but these new park proponents did not abandon the idea of urban social improvement through parks. Instead, they stepped back from the romantic idea that scenic park landscapes alone reformed society to also embrace a more Darwinian and mechanistic view of nature. As their perspective grew in importance, the value of nature contemplation somewhat retreated, and parks were re-imagined as favored settings for organized play and other leisure-time activities. Flower gardens, museums, baseball diamonds, and children's playgrounds became common park features as rationalistic park proponents pursued their formula for encouraging the good society. These advocates saw romantically designed parks as underdeveloped rather than mis-designed, so they did not seek to remove and replace the features of romantic-era parks. Instead, they wished to share the space of a large park by introducing the features they believed would reform society. In addition, municipal park authorities created parkways and numerous, generally small greenspaces throughout cities in order to bring the reforming abilities of parks into neighborhoods. Visitors would no longer have to travel long distances to the large parks. These small parks utilized both romantic and rationalistic characteristics and were more tools in the effort to improve urban society (Young, 2004).

33.    Despite the addition of a rationalistic ideology and new landscape layouts, urban park authorities continued for decades to publish new and re-promulgate established prohibitions on the carrying of firearms in them: Boston's Park Commissioners declared in 1886 that "it is forbidden: …To throw stones or other missiles; to discharge or carry fire-arms, except by members of the Police Force in the discharge of their duties" (Boston, Massachusetts, 1888, 86, **Exhibit 15**). In 1887, the city of Reading, Pennsylvania announced that firearms would not be allowed in its new park, "Penn's Common": "No person shall carry firearms, or shoot in the common, or within fifty yards thereof" (Richards, 1897, 240, **Exhibit 16**). The following year,

1888, Saint Paul, Minnesota's Board of Park Commissioners published its Laws Relating to Parks, which included: "No person shall carry firearms or shoot birds in any Park or within fifty yards thereof" (Saint Paul, Minnesota, 1889, 689, **Exhibit 17**). Salt Lake City, Utah also published a similar prohibition concerning its park in 1888: "No person shall, within Liberty Park, …Carry or discharge firearms" (Salt Lake City, Utah, 1888, 248, **Exhibit 18**). And, in 1890, Trenton, New Jersey listed among its ordinances: "No person shall carry firearms or shoot birds in said park or squares, or within fifty yards thereof, or throw stones or other missiles therein" (Trenton, New Jersey, 1903, 390, **Exhibit 19**). In addition to the above prohibitions, the carrying of firearms was prohibited in the parks of: Berlin, Wisconsin (1890, 76, **Exhibit 20**) and Williamsport, Pennsylvania (1900, 141, **Exhibit 21**) in 1890; Grand Rapids, Michigan (Campbell, 1906, 163, **Exhibit 22**), Milwaukee, Wisconsin (Park Commissioners of the City, 1892, 32, **Exhibit 23**), and Springfield, Massachusetts (1897, 82, **Exhibit 24**) in 1891; Cincinnati, Ohio (Board of Park Commissioners, 1893, 28, **Exhibit 25**), Lynn, Massachusetts (1892, 23, **Exhibit 26**), Peoria, Illinois (Slemons, Pinkney and Raum, 1892, 667, **Exhibit 27**), and Spokane, Washington (Connor, 1903, 316, **Exhibit 28**) in 1892; and, Pittsburgh, Pennsylvania (Thomson, 1897, 496, **Exhibit 29**) and Wilmington, Delaware (1893, 571, **Exhibit 30**) in 1893. Before the decade ended, comparable prohibitions were published, republished, amended, and/or extended to new urban parks in: Saint Paul, Minnesota (Giltinan, 1896, 208, **Exhibit 31**); Canton, Illinois (Chiperfield, 1895, 240, **Exhibit 32**); Detroit, Michigan (Local Acts, 1895, 596, **Exhibit 33**); Centralia, Illinois (Noleman and Bundy, 1896, 188, **Exhibit 34**); Indianapolis, Indiana (Brown and Thornton, 1904, 648, **Exhibit 35**); Rochester, New York (Board of Park Commissioners, 1898, 97-98, **Exhibit 36**); Wilmington, Delaware (Board of Park Commissioners, 1898, 24, **Exhibit 37**); Kansas City, Missouri (Rozelle and Thompson, 1898,

657, **Exhibit 38**); New Haven, Connecticut (1898, 293, **Exhibit 39**); and, Boulder, Colorado

(Greene, 1899, 157, **Exhibit 40**).  As the nineteenth turned to the twentieth century, more cities

continued this tradition in their urban parks, including: Hartford, Connecticut (Smith, 1907, 493,

**Exhibit 41**), New Bedford, Massachusetts (Board of Park Commissioners, 1902, 493, **Exhibit

42**), and Springfield, Illinois (Board of Trustees, 1902, 69, **Exhibit 43**) in 1902; Lowell,

Massachusetts (Board of Park Commissioners, 1904, 58, **Exhibit 44**), New York City (Board of

Aldermen, 1903, 600, **Exhibit 45**), Pasadena, California (City of Pasadena, 1912, 29, **Exhibit

46**), and Troy, New York (1905, 375, **Exhibit 47**) in 1903; Houston, Texas (Roberts and

Crawford, 1904, 358-59, **Exhibit 48**), Neligh, Nebraska (1906, 37, **Exhibit 49**), and Pueblo,

Colorado (Highberger and Martin, 1908, 384, 386, **Exhibit 50**) in 1904; Harrisburg,

Pennsylvania (Richards and Lamberton, 1906, 468, **Exhibit 51**), Haverhill, Massachusetts (Park

Commissioners, 1907, Appendix A at 12, **Exhibit 52**), and Saginaw, Michigan (Common

Council, 1905, 173, **Exhibit 53**) in 1905; Chicago Illinois (Padden, 1906, 40, **Exhibit 54**),

Denver, Colorado (Varnum and Adams, 1906, 479, **Exhibit 55**), and Los Angeles, California

(Stevens and Delorey, 1921, 41-42, **Exhibit 56**) in 1906; Portland, Oregon (City Council, 1910,

483, **Exhibit 57**), Oil City, Pennsylvania (Speer, 1907, 121, **Exhibit 58**), Olean, New York (Hill,

1922, 26, **Exhibit 59**), and Seattle, Washington (Gleason, 1908, 221, **Exhibit 60**) in 1907;

Kansas City, Missouri (Turpin, Kingsley, and Shannon, 1909, 846, **Exhibit 61**), Memphis,

Tennessee (Hughey, 1909, 659, **Exhibit 62**), Oakland, California (City Council, 1909, 15,

**Exhibit 63**) and Paducah, Kentucky (Puryear, 1909, 489, **Exhibit 64**) in 1909; Jacksonville,

Illinois (Morrisey and Gregory, 1910, 113, **Exhibit 65**) and Staunton, Virginia (1910, 115,

**Exhibit 66**) in 1910; Colorado Springs, Colorado (Sherwin, Prince, and Bennett, 1923, 450,

**Exhibit 67**) in 1911; New York City (Cosby, 1926, 389, **Exhibit 68**) and Oakland, California

(Davie, 1918, 119, **Exhibit 69**) in 1912; Grand Rapids, Michigan (Ferguson and Shaw, 1915, 208, **Exhibit 70**) and New Haven, Connecticut (1914, 438, **Exhibit 71**) in 1914; New York City in 1916 (Department of Parks, 1916, 7, **Exhibit 72**); Birmingham, Alabama (Anderton, 1917, 662, **Exhibit 73**) and Joplin, Missouri (McIndoe and Cameron, 1917, 552, **Exhibit 74**) in 1917; Salt Lake City, Utah (Gregory, Folland, and Smith, 1920, 474, **Exhibit 75**) in 1920; Burlington, Vermont (1921, 93, **Exhibit 76**) in 1921; and Chattanooga, Tennessee (Carden and Evans, 1922, 145, **Exhibit 77**) and Chicago, Illinois (Ettelson, 1922, 809, **Exhibit 78**) in 1922. As these many incidences indicate, prohibitions on carrying firearms in urban parks was considered fundamental to the purpose and function of these spaces – urban social reform.

34.     Today, the romantic and rationalistic ideals still thrive in America's urban parks.

35.     At no point did my research reveal any historical evidence that supported the carrying firearms for self-defense in urban parks. Such encouragement would have been inconsistent with romantic and rationalistic ideals and antithetical to the social purpose of urban parks as promoted by those ideals.

**National Parks**

36.     The emergence and development of America's national parks followed an ideological arc quite similar to urban parks and for much the same purpose – the improvement of American society. Like urban parks, national park advocates and supporters initially embraced Romanticism. The creation of American national parks and state parks (see below) began in 1864 when President Lincoln signed legislation ceding approximately 38,000 acres of federal land to the state of California as the Yosemite Valley and Mariposa Big Tree Grove park for the "public use, resort, and recreation; [and] inalienable for all time" (Dilsaver, 2016a, 4; Runte, 1990, 3). Frederick Law Olmsted, who lived in California at the time, was appointed a

commissioner on the new park's board and supervised the creation of the report for its administration.  In addition to this "skillful" plan for the park's administration, "he advocated a policy of establishing national parks across the nation and laid the foundation for our current national park system" (Freeman, 1989, 172).

37.     For Olmsted, the creation of national parks was not a gift but a duty.  "It is the main duty of government, if it is not the sole duty of government, to provide means of protection for all its citizens in the pursuit of happiness" (Olmsted, 1990a, 502).  Where Romantic urban parks had employed the Beautiful and the Picturesque, California's Yosemite Park improved society through a blend of the Beautiful and the Sublime.  The new park was, argued Olmsted, a "union of the deepest sublimity with the deepest beauty of nature, not in one feature or another, not in one part or one scene or another, not any landscape that can be framed by itself, but all around and wherever the visitor goes, constitutes the Yo Semite the greatest glory of nature" (Olmsted, 1990a, 500).  Immersed in the park's natural beauty, visitors were improved through passive interaction with the scenery.  "[T]he enjoyment of scenery," stated Olmsted, "employs the mind without fatigue and yet exercises it, tranquilizes it and yet enlivens it; and thus, through the influence of the mind over the body, gives the effect of refreshing rest and reinvigoration to the whole system" (Olmsted, 1990a, 504).  Consequently, Olmsted thought the principal duty of the park's commissioners was "to give every advantage practicable to the mass of the people to benefit by that which is peculiar to this ground" (Olmsted, 1990a, 506).  At the same time, he cautioned that constraints had to be applied to the "mass" of visitors in order for the park to benefit society both in the present and in the future.  "[I]t should be remembered that in permitting the sacrifice of anything that would be of the slightest value to future visitors to the convenience, bad taste, playfulness, carelessness, or wanton destructiveness of present visitors,

we probably yield in each case the interest of uncounted millions to the selfishness of a few individuals" (Olmsted, 1990a, 507).  Finally, he pointed to the uniqueness that had "caused Congress to treat [Yosemite Valley and Mariposa Big Tree Grove] differently from other parts of the public domain" and to that which would guide the creation of subsequent national parks.  "This peculiarity consists wholly in its natural scenery" (Olmsted, 1990a, 506).

38.     Less than a decade after the creation of the Yosemite park, the first, officially designated "national park" was created in 1872: Yellowstone.  A large, protected area of approximately 2.2 million acres, its origin lay in the Romantic path of scenery identified by Olmsted.  "Yellowstone's awesome natural phenomena had inspired a political phenomenon" (Sellars, 1997, 7).  In the authorizing act, the park was "hereby reserved and withdrawn from settlement, occupancy or sale … and dedicated and set apart as a public park or pleasuring ground for the benefit and enjoyment of the people."  Placed under the Interior Secretary, the act directed the Secretary "to make and publish such rules and regulations as he may deem necessary or proper for the care and management of the same."  Among these, the Secretary "shall provide against the wanton destruction of the fish and game found within said park" and he "generally shall be authorized to take all such measures as shall be necessary or proper to fully carry out the objects and purposes of this act" (Dilsaver, 2016b, 20-21).

39.     In 1875, Three years after the creation of Yellowstone, America's second national park was created: Mackinac National Park in Michigan.  At approximately 821 acres, Mackinac was smaller than either Yosemite or Yellowstone, but like them, it was "set apart as a National public park, or grounds, for health, comfort, and pleasure [and] for the benefit and enjoyment of the people" (Kelton, 1882, 17).  Its 1882 "Rules and Regulations" included an explicit prohibition on firearms that clearly recalled the simple, declarative prohibitions in

numerous urban public parks – "No person shall carry or discharge fire-arms in the park" (Kelton, 1882, 22, **Exhibit 81)**.

40. A decade later, in 1894, the Superintendent of Yellowstone promulgated a firearms regulation stating that "Firearms will only be permitted in the park on written permission from the superintendent thereof. On arrival at the first station of the Park guard parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park" (U.S. Department of the Interior. 1894, 662, **Exhibit 79**). A similar rule was established for Sequoia National Park in 1890, prohibiting the "carry[ing] into or having in the park any fire-arms … without a license in writing signed by the Secretary [of the Interior] or superintendent of the park." (U.S. Department of the Interior, 1890, CLXII, **Exhibit 80**).

41. In 1897, a Report of the Secretary of the Interior made clear that there were already rules against carrying firearms in Yosemite National Park (park created in 1890)—and that they were strictly enforced. The Secretary wrote: "All the firearms are taken from their owners at Wawona and Crocker's, the two principal entrances to the park, and patrols take all the firearms found in possession of tourists and campers who have entered the park by unguarded routes. … The game in the park has increased in numbers and the deer and other animals show less fear of human beings than they have in past years; the result, no doubt, of the rigid enforcement of the rules against carrying firearms in the park." (U.S. Department of the Interior, 1897, LXXXIV-LXXXV, **Exhibit 82**).

42. Over the next 40 years, Congress and the President designated (and sometimes transferred) numerous natural preserves under federal jurisdiction, including Sequoia, Yosemite, Mount Rainier, Glacier, and Rocky Mountain National Parks. Like the original Yosemite cession

and Yellowstone National Park, these subsequent parks were large, relatively distant from most of America's population because they were out west while the people were back east, and "preserved largely for their aesthetic qualities," which like urban parks, were thought to improve society (Mackintosh, 2005, 14).

43.    The rationalistic rationale began to inform national park features and usage toward the end of the Nineteenth and the beginning of the Twentieth Centuries.  As the public, which increasingly lived in America's cities, came to expect urban parks to be both scenic and places for museums, bicycling, and other forms of active play, they also came to see county, state, and national parks as serving the same purpose.  Consequently, Interior Secretary Franklin K. Lane (Dilsaver, 2016c, 37) instructed Stephen T. Mather that "All outdoor sports which may be maintained consistently with the observation of the safeguards thrown around the national parks by law will be heartily endorsed and aided wherever possible.  Mountain climbing, horseback riding, walking, motoring, swimming, boating, and fishing will ever be the favorite sports.  Wintersports will be developed in the parks that are accessible throughout the year."  In contrast, however, "Hunting will not be permitted in any national park."

44.    Prior to 1936, each national park had its own set of rules and regulations.  In 2008, the National Park Service conducted a historical survey of firearms regulations within those rules.  In addition to the regulations noted above, the survey found prohibitions on carrying firearms in eighteen national parks and all national monuments.  (National Park Service, 2008, **Exhibit 83**).  In 1936, the National Park Service adopted a uniform code: "Firearms, explosives, traps, seines, and nets are prohibited within the parks and monuments, except upon written permission of the superintendent or custodian" (U.S. Department of the Interior, June 27, 1936, 674, **Exhibit 84**).

45.     The American Civic Association (ACA), a private, eastern-based organization that had originated in the nineteenth century and promoted the creation of all parks as social reforming devices,  incorporated all types of parks—municipal, county, state, and national—in their reform agenda because they believed that any given park comprised the local expression of a more durable concept, that all parks were socially impactful when they shared three important features: nature, scenery, and play, which when combined properly, created the ideal of the park. According to the ACA's president, J. Horace McFarland (1912, 3), this park performed a valuable social function; it "act[s] immediately and favorably on the health and the orderliness of the community, and consequently increase[s] materially the average of individual efficiency.  In other words, they pay dividends in humanity."  That is, such parks at every geographic scale reformed a rapidly urbanizing America.  National parks, like urban parks, would foster a virtuous society characterized by health and wealth.  The ACA further claimed that national parks would foster democracy and patriotism among Americans (Young, 1996).

46.     Today, the same rationales applicable to urban parks guide the public's expectations and inform the actions of national park proponents and supporters.

47.     Again, at no point in my research did I discover any evidence of historical support for the carrying of firearms for self-defense in national parks.  Such encouragement would have been inconsistent with romantic and rationalistic ideals and antithetical to the social purpose of national parks as promoted by those ideals.

**State Parks**

48.     America's state parks today appear in every state and in types that vary from state to state and sometimes even within a single state.  The history of their designation and development reveals a halting and uneven pattern, but it nonetheless followed the same

ideological arc that guided the unfolding of urban and national parks, and for much the same purpose – the improvement of society. Like national park advocates and supporters, state park activists thought striking scenic places would lead to a society that was healthier, wealthier, more democratic and more socially coherent.

49. As noted above, it has been argued that the first state and national park was Yosemite Valley and Mariposa Big Tree Grove (Engbeck, 1980). However, California returned it to the federal government in 1906 for incorporation into Yosemite National Park. Nonetheless, while it existed, the valley and grove inspired such scenic state parks as Big Basin in California, Palisades and Watkins Glen in New York, and Mount Mitchell in North Carolina, as well as "sites uniquely worth preserving" in Connecticut, Indiana, Iowa, and Wisconsin (Cutler, 1989, 195).

50. Another early state park was New York's Niagara Falls State Reservation [now Park]. Calls for protection of the site had begun as early as 1867 and by 1869 Frederick Law Olmsted had joined this movement (Olmsted, 1880, 27). Like the city and national parks discussed above, scenery and its ability to improve society were principal concerns driving these advocates for the state park. For example, in 1879, the New York Legislature passed a resolution that called on the State Survey to produce a report on "the Preservation of the Scenery around Niagara Falls." According to the resolution, the Survey was to determine how much private development had "worked to public disadvantage through defacements of the scenery" and "to consider whether the proposed action by the State [that is, protection as a park] is necessary to arrest the process of destruction and restore to the scenery its original character" (Gardner, 1880, 3, 7). Moreover, in March 1880, a large and influential group of Americans and Canadians sent a petition in support of a natural and scenic park to the Governor of New York

and the Governor General of Canada. It emphasized the same concerns about scenery: "Objects of great natural beauty and grandeur are among the most valuable gifts which Providence has bestowed upon our race. The contemplation of them elevates and informs the human understanding. They are instruments of education. They conduce to the order of society. They address sentiments which are universal. They draw together men of all races, and thus contribute to the union and the peace of nations" (Wheeler, et al., 1880, 31-32). Finally, the efforts of Olmsted, other citizen advocates, and public officials convinced the New York Legislature to pass an act creating the Reservation in 1883 and the protected area was officially dedicated on July 15, 1885. It remains "the oldest natural area state park continuously in operation to this day" (Landrum, 2004, 38).

51. Most state parks, however, did not appear until the Twentieth Century when, as J. Horace McFarland (1910, 9) noted, they came to be seen as the logical extension between city or county parks and national parks. "If, when a natural wonder is found to be of national importance and to need national protection, it may properly be controlled by the nation, surely a location or opportunity too large for local or municipal control may as properly be controlled by the state." Furthermore, these and subsequent state parks, like urban and national parks, incorporated both romantic and rationalistic features as people saw them as places for the passive admiration of scenery and active recreation. Nevertheless, the momentum to create and develop state parks built slowly during the first quarter of the Twentieth Century with only nineteen states creating any sites before a transformative national conference in 1921 (Landrum, 2004, xii).

52. During the first two decades of the Twentieth Century, park proponents kept recommending new sites for designation, and especially to the new National Park Service after

1916.  The Park Service recognized that many of these recommendations had merit, but they did

not rise to the level of national significance so instead of just rejecting the recommendations, it

organized the National Conference on Parks in 1921 to facilitate the designation of these sites

protected by the states.  This conference transformed the state park movement, stimulating more

widespread interest in their creation (Landrum, 2004).

53.    Furthermore, the National Park Service developed a plan during the Great

Depression to create "a healthier and happier citizenry by developing a nationwide system of

state parks.  The goal was to 'cure the ills of society' by constructing a park within fifty to one

hundred miles" of the American populace.  And, since a rationalistic park ideology was premier

by the 1930s, "one of the primary principles of the plan was to place recreational parks within

the reach of every citizen" (Smith, 2013, 207).  Working with the Civilian Conservation Corps

(the "CCC"), the Park Service dramatically increased the number of state parks by building 800

between 1933 and 1942.

54.    As in the national parks, many states prohibited firearms in their parks. By 1935,

at least eleven states—Connecticut (State Park Commission, 1918, 31, **Exhibit 85**), Indiana (See

both Schortemeier, 1927, 98, **Exhibit 86;** and, Department of Conservation, 1927, 181, **Exhibit

87**), Kansas (Forestry, Fish and Game Commission, 1930, 23, **Exhibit 88**), Maryland (See both

Board of Forestry, 1917, 61, **Exhibit 89**; and, State of Maryland, 1927, 1176, **Exhibit 90**),

Michigan (Department of Conservation, 1928, 57, **Exhibit 91**), Minnesota (See both Secretary of

State, 1901, 396-97, **Exhibit 92**; and, Secretary of State, 1905, 620, **Exhibit 93**), New Jersey

(State of New Jersey, 1935, 305, **Exhibit 94**), North Carolina (See both State of North Carolina,

1922, 54, **Exhibit 95**; and, Vetter, Digest II, 1936, 284, **Exhibit 96**), South Dakota (State of

South Dakota, 1929, 32, **Exhibit 97**), Washington (See both Torrey, 1926, 247, **Exhibit 98**; and,

Nelson, 1928, 278, **Exhibit 99**), and Wisconsin (Wisconsin Conservation, 1933, 23, **Exhibit 100**)—prohibited carrying firearms in at least some of their state parks, as did the District of Columbia (Commissioners, 1908, 85, **Exhibit 101**).

55.     In 1936, a National Park Service publication identified additional rules prohibiting the possession or carrying of firearms in state parks in New York (**Exhibits 106-114**) as well as in Alabama (**Exhibit 103**), California (**Exhibit 104**), Florida (**Exhibit 105**), Ohio (**Exhibit 115**), Rhode Island (**Exhibit 116**), and Virginia (**Exhibit 102**) (all available in Vetter, 1936).

56.     Today, the same rationales applicable to urban and national parks guide the public's expectations and inform the actions of state park proponents and supporters.

57. For the third time, at no point in my research did I discover any evidence of historical support for the carrying of firearms for self-defense in state parks. Such encouragement would have been inconsistent with romantic and rationalistic ideals and antithetical to the social purpose of state parks as promoted by those ideals.

58. I reserve the opportunity to supplement this Report to reflect any additional research or context that may be necessary as this case proceeds.

Signed: MAY 29, 2024

Terence Young

# EXHIBIT 1

# CURRICULUM VITAE

Terence George Young
672 Warwick Street
Cambria, CA 93428
626-716-5927 (cell)
tgyoung@mindspring.com
https://www.cpp.edu/faculty/tgyoung/

**Ph.D.** - University of California, Los Angeles, 1991 (Cultural-Historical Geography)

**POSITIONS HELD**

Academic

**2020 – present** – Professor Emeritus of Geography, Department of Geography & Anthropology, California State Polytechnic University, Pomona, California 91768

**2002 – 2021** – Assistant to Full Professor of Geography, Department of Geography & Anthropology (and Adjunct Professor, Lyle Center for Regenerative Studies through 2013), California State Polytechnic University, Pomona, California 91768

Consultations

**Forthcoming** – Expert Statement on the history and ideology of American parks in relation to firearms regulation in Stephen L. Hughes, et al. v. Bill Lee & Jonathan Skrmetti, in Chancery Court, Gibson County, Tennessee, for Attorney General's Office, Nashville, TN

**Forthcoming** – Declaration on the history and ideology of American parks in relation to firearms regulation in Clayton Palmer v. Rhode Island Department of Environmental Management, in Rhode Island Superior Court, Providence, for Attorney General's Office

**2024** – Declaration on the history and ideology of American parks in relation to firearms regulation in Virginia Citizens Defense League, et al. v. The City of Roanoke and Scott Booth in the Circuit Court of the City of Roanoke, Virginia, for City Attorney's Office, Roanoke, VA

**2024** – Declaration on the history and ideology of American parks in relation to firearms regulation in LaFave v. County of Fairfax, VA, US District Court for the Eastern District of Virginia, Alexandria Division, for Office of the County Attorney, Fairfax, Virginia

**2023** – Declaration on the history and ideology of American parks in relation to firearms regulation in Reno May, et al., v. Robert Bonta, US District Court for the Central District of California, for Attorney General's Office, Los Angeles, CA

**2023** – Declaration on the history and ideology of American parks in relation to firearms regulation in Jason Wolford, Alison Wolford, Atom Kasprzycki, Hawaii Firearms Coalition v. Anne E. Lopez, US District Court for the District of Hawaii, for Attorney General's Office, Honolulu, HI

**2023** – Declaration on the history and ideology of American parks in relation to firearms regulation in David J. Nastri v. Katie Dykes, US District Court for the District of Connecticut, for Attorney General's Office, Hartford, CT

**PUBLICATIONS**

Periodicals – Peer Reviewed

**In Submission** – "Diffusing Conservation to Post-Colonial Africa" *Geographical Review*

**2022** – "Outdoor Imaginaries: The Emergence of Camping in Modern America" *Mondes du Tourisme* 21: http://journals.openedition.org/tourisme/4790

**2021** – "From Competition to Cooperation: A History of Canada-US National Park Relations" *Environment and History* 27(4): 607-634 (co-authored with Alan MacEachern and Lary Dilsaver)

**2018** – "E.P. Meinecke and the Development of the Modern Auto Campground" *IdeAs - Idées d'Amériques* 12(Automne/Hiver): https://journals.openedition.org/ideas/3502

**2011** – "Collecting and Diffusing 'the World's Best Thought': International Cooperation by the National Park Service" *The George Wright Forum* 28(3): 269-278 (co-authored with Lary Dilsaver)

**2010** – "On Camping and Its Equipment" *Environmental History* 15(1, January 2010): 120-128

**2009** – "'A Contradiction in Democratic Government': W.J. Trent, Jr. and the Struggle for Non-Segregated National Park Campgrounds" *Environmental History* 14(4, October 2009): 651-682
**2007** – "U.S. Parks and Protected Areas: Origins, Meanings and Management" *Historical Geography* 35: 5-9 (co-authored with Lary Dilsaver)

<u>Periodicals – Non-peer Reviewed</u>
**2020** – "Pandemics & Public Lands" *National Parks Traveler* (August 26): https://www.nationalparkstraveler.org/2020/08/essay-pandemics-public-lands
**2018** – "Murray's Rush: The Adirondack Beginning of American Camping" *NY Archives Magazine* 18(1): 11-17
– "Why Americans Invented the RV" in *What It Means to be American*: *A Conversation Hosted by the Smithsonian and Arizona State University* (September 4). Available at: http://www.zocalopublicsquare.org/2018/09/04/americans-invented-rv/ideas/essay/
**2017** – "The Religious Roots of America's Love for Camping" *What It Means to be American*: *A Conversation Hosted by the Smithsonian and Arizona State University* (October 12). Available at: http://www.whatitmeanstobeamerican.org/encounters/the-religious-roots-of-americas-love-for-camping/
**2014** – "The End of Camping: Coming Home to the City" *BOOM: A Journal of California* 4(3): 70-75
– "'Green and Shady Camps': E.P. Meinecke and the Restoration of America's Public Campgrounds" *The George Wright Forum* 31(1): 69-76
**2008** – "Four Visions of Nature in American Protected Areas" *Past Place* 16(2, Spring/Summer): 8-10 (Newsletter of the Historical Geography Specialty Group, Association of American Geographers)

<u>Periodical – Special Issue Edited</u>
**2007** – "US Parks and Protected Areas" for *Historical Geography* 35: 5-213 (co-edited with Lary Dilsaver)

<u>Books – Authored</u>
**2017** – *Heading Out: A History of American Camping*, Cornell University Press (Winner of the American Association of Geographers' J.B. Jackson Prize for 2018; Winner of the Western History Association's Hal K. Rothman Prize for 2018)
**2004 –** *Building San Francisco's Parks: 1850-1930,* The Johns Hopkins University Press

<u>Books – Edited</u>
**2002 -** *The Landscapes of Theme Parks: Antecedents and Variations*, Terence Young and Robert Riley, eds., Dumbarton Oaks Library and Research Center Press

<u>Book Chapters</u>
**2018** – "Frederick Law Olmsted's Abandoned San Francisco Park Plan" in *The American Environment Revisited: Environmental Historical Geographies of the U.S.* (Lanham: Rowman & Littlefield), 145-160
**2014** – "The Passionate Geographer" in *North American Odyssey: Historical Geographies for the Twenty-first Century* (Lanham: Rowman & Littlefield), 315
**2008** – "Urban Parks, Leisure and the Good Society" in *Loisir et Liberté en Amérique du Nord*, P. Lagayette, Editor (Paris: Université Paris-Sorbonne, Paris IV), 59-71

**PODCASTS**
**2021** – "William Coffin Coleman and The History of the Coleman Company" on The RV Atlas, June 25, available at: https://thervatlas.com/podcast/william-coffin-coleman-and-the-history-of-the-coleman-company/
**2020** – "Pandemics & the National Parks" on National Parks Traveler, August 23, available at: https://www.nationalparkstraveler.org/podcast/2020-08-23-national-parks-traveler-episode-80-pandemics-and-national-parks
**2019** – "Heading Out: A History of American Camping" on Writing Westward Podcast, March 8, available at: http://reddcenter.byu.edu/Blogs/redd-center-blog/Post/writing-westward-podcast-episode-007---terenc
**2017** – "Heading Out: The History of Camping" on The Art of Manliness, August 3, available at: http://www.artofmanliness.com/2017/08/03/podcast-327-heading-history-camping/

**AWARDS & GRANTS**

Awards

**2023 –** California State University Emeritus and Retired Faculty & Staff Association, Research Grant of $600.00 for travel to Washington, DC. Title: "The African Student Program, 1961-1969."

**–** Brigham Young University, The Redd Center, John Topham and Susan Redd Butler Off-Campus Faculty Research Award of $2,000.00 for travel to Washington, DC and Amherst, MA. Title: "'To Learn the Value of Conservation': Diffusing America's Protected-Area Methods to Post-Colonial Africa, 1961-1974."

**2018** – J.B. Jackson Prize from the American Association of Geographers for *Heading Out: A History of American Camping* published by Cornell University Press

- Hal K. Rothman Prize from the Western History Association for *Heading Out: A History of American Camping* published by Cornell University Press

**2013 –** Association of American Geographers, Research Grant of $1,000.00 for travel to Washington, DC and Yellowstone National Park. Title: "US National Park Service Cooperation with Canada and In Africa."

**2008 – 2018 –** US National Park Service, Park History Program, Washington, DC – Volunteers in Parks Program – $4,600.00 and continuing for travel and research expenses. Titles: "International Cooperation and the National Park Service" and "Yosemite State Park and the US National Parks"

**2008-2009** - California State Polytechnic University – Pomona, Research, Scholarship, and Creative Activities Grant of $4,736.00 for one course release to compose a scholarly article for a journal *Environmental History*. Title: "The Smooth Way to Rough It: Pilgrimage, McDonaldization and the Evolution of Camping Equipment."

**PRESENTATIONS**

Papers:

**2024** – Annual Meeting of the American Association of Geographers, Honolulu, HI, April 17: "Diffusing Conservation to Post-Colonial Africa"

**2023** – Annual Meeting of the Association of Pacific Coast Geographers, Ventura, CA, October 20: "Diffusing Conservation to Post-Colonial Africa"

– Annual Meeting of the American Association of Geographers, Denver, CO, March 24: "Diffusing America's 'Effective Methods' to Africa"

**2022** – Annual Meeting of the Association of Pacific Coast Geographers, Bellingham, WA, October 7: "'To Learn the Value of Conservation and Preservation': Diffusing America's Approach to Protected Areas through the African Student Program, 1961-1965"

– Annual Meeting of the European Society for Environmental History, Bristol, UK, July 4: "'Nature is not something optional': Essentialism and the History of American Urban Greening" (presented via Zoom)

– Annual Meeting of the American Society for Environmental History, Eugene, OR, March 26: "An Appreciation for Conservation and Wildlife Management": The National Park Service's African Student Program, 1961-1965"

– Annual Meeting of the American Association of Geographers, New York, NY, February 25: "The Potential African Leaders of Tomorrow": The National Park Service's African Student Program, 1961-1965 (presented via Zoom)

**2021** – Annual Meeting of the American Association of Geographers, Seattle, WA, April 8: "Essential Nature: Biophilia and the Greening of American Cities" (presented via Zoom)

**2019** – Annual Meeting of the Western History Association, Las Vegas, Nevada, Friday, October 18: "'To Keep in Touch with the Real America': The Wally Byam Foundation's Trailer-Camping Program of National Discovery and Re-Discovery"

**2018** – Annual meeting of the American Association of Geographers, New Orleans, LA, April 10: "'Nature is not something optional': Biophilia, Essentialism, and the Greening of American Cities"

– Annual meeting of the American Society for Environmental History, Riverside, CA, March 17: "'Nature is not something optional': Biophilia, Essentialism, and the Greening of American Cities"

**2017** – Annual meeting of the Association of Pacific Coast Geographers, Chico, CA, October 27: "'The Most Elaborate and Valuable Apparatus': Transnational Politics and the Linking of Canadian and American Park Agencies"

– Annual meeting of the American Association of Geographers, Boston, MA, April 7: Roundtable in

honor of Nicholas Entrikin
– Annual meeting of the American Association of Geographers, Boston, MA, April 7: “For what did Lavoy Finicum die?”
– Biennial meeting of the George Wright Society, Norfolk, VA, April 3: “Yosemite and the Origins of America’s National Parks”
**2016** – Annual meeting of the Association of Pacific Coast Geographers, Portland, OR, October 7: “Yosemite and the Origins of America’s National Parks”
– Annual meeting of the American Association of Geographers, San Francisco, CA, April 1: “*In Media Res*: California as National Park-State Park Intersection”
**2015** – Annual meeting of the Association of Pacific Coast Geographers, Palm Springs, CA, October 23: “Christian Nationalism and the Antimodern Origins of the Pacific Crest Trail”
– Triennial meeting of the International Conference of Historical Geographers, London, United Kingdom, July 6: “Frederick Law Olmsted’s Abandoned San Francisco Park Plan”
– Biennial meeting of the George Wright Society, Oakland, CA, March 30: “Renewing Our Faith and Ideals: Christian Nationalism and the Origins of the Pacific Crest Trail”
– Annual meeting of the American Society for Environmental History, Washington, DC, March 21: “’An Outstanding Feature of Our Relations’: The Melding of Canadian and US Park Management after World War II”

Invited Lectures & colloquia:
**2022** – “Camping in America: Its 19th Century Beginning,” Torrance Public Library, Torrance, CA, August 5
**2020** – Keynote Speaker – “Outdoor Imaginaries: Camping in Modern America,” Tourist Imaginaries and Mobility in the United States Conference, American Studies Program, University of Versailles Saint-Quentin-en-Yvelines, Versailles, France, February 6
**2019** – “’Roughing It Smoothly’: American Autocamping in the Early Twentieth Century,” Ohio University, Athens, OH, November 5
– “Modernity & Nature in America,” Dumbarton Oaks Graduate Seminar, Washington, DC, May 21
– “Heading Out: To Walk in the Woods” at the Huntington Westerners, Pasadena, CA, May 4
**2018** – “’Roughing It Smoothly’: The Appeal and Aftereffects of American Autocamping” at Montana State University, November 1
– “’Roughing It Smoothly’: The Appeal and Aftereffects of American Autocamping” at Idaho State University, October 30
– “To Feel at Home in the Wild: E.P. Meinecke’s Modern Autocampground” at Dumbarton Oaks, Washington, DC, October 17
– “Heading Out: To Walk in the Woods” at the Historical Society of Crescenta Valley, La Crescenta, CA, August 20
– “Heading Out: To Walk in the Woods” at the Pasadena Museum of History’s At Home Series, May 22
– “Three California Connections” at Flintridge Bookstore, La Canada-Flintridge, CA, March 22
**2017** – "Values, Conflicts and America's Protected Lands” at Department of Geography and Environmental Studies, California State University San Bernardino, November 16 (for Geography Awareness Week)
– “The Value of Parks” in the District Planning and Compliance Course, California State Parks at the California Citrus Historic State Park, Riverside, CA, October 9
– “Fashionable Twaddle”: Murray's Rush and America’s First Camping Controversy” at the Kelly Adirondack Center, Union College, Schenectady, NY, August 9
– “Fashionable Twaddle”: Murray's Rush and America’s First Camping Controversy” for the public lecture series of the Adirondack Experience, Blue Mountain Lake, NY, August 7
– “Smoothing Out the Roughness: The Evolution of Camping Gear,” National Museum of American History, Smithsonian Institution, Washington, DC, August 1
**2014** – “Swept Up in ‘Murray’s Rush’: The Adirondack Beginnings of Camping in America” for the public lecture series of the Adirondack Museum, Blue Mountain Lake, NY, July 28

**GRADUATE STUDENTS**

Ph.D. Committees
Robert Dye, Department of Parks, Recreation and Tourism Management, Clemson University, Clemson, SC
Kathleen Mengak, Department of Parks, Recreation and Tourism Management, Clemson University, Clemson, SC

M.A./M.S./M.L.A. Committees
Angelica Rocha, Regenerative Studies Program, California State Polytechnic University – Pomona (Co-chair of committee) (MS awarded 2019)
Norma Saldana, Regenerative Studies Program, California State Polytechnic University – Pomona (MS awarded 2019)
Crystal Weintrub, Regenerative Studies Program, California State Polytechnic University – Pomona (MS awarded 2014)
Rachel Boldt (nee Camp), Regenerative Studies Program, California State Polytechnic University – Pomona (Chair of committee) (MS awarded 2012)
April Garbat, Department of Landscape Architecture, California Polytechnic State University – Pomona (MLA awarded 2011)
Jacob Feldman, Regenerative Studies Program, California State Polytechnic University – Pomona (MS awarded 2011)
Martin Hogue, Department of Landscape Architecture, University of Toronto (MLA degree awarded 2010)
Leslie Johnson, Department of Art, California State University – Long Beach (MA degree awarded 2007)
Doug Kent, Regenerative Studies Program, California State Polytechnic University – Pomona (MS degree awarded 2006)
Keith Miller, Department of Geography, California State University – Long Beach (MA degree awarded 2003)

Manuscripts and proposals reviewed for:
*Agricultural History, Association of Pacific Coast Geographers Yearbook, California History,* Center for American Places/University of Chicago Press, *cultural geographies, Ecumene, Environmental History, Gender, Place and Culture, Geographical Review, GeoJournal, Historical Geography, Journal of Cultural Geography, Journal of Historical Geography, Journal of Planning History, Journal of Urban Design, Land Use Policy, Landscape Journal, Landscape Research,* Louisiana State University Press, *Montana: The Magazine of Western History*, National Science Foundation, *Pacific Historical Review, Park Stewardship Forum, Philosophy and Geography, Society and Space, Studies in the History of Gardens and Designed Landscapes,* US National Park Service, University of Georgia Press, University of Massachusetts Press, University of Virginia Press, *Western Historical Quarterly*

**PROFESSIONAL SERVICE**
Memberships
American Society for Environmental History, American Association of Geographers, Association of Pacific Coast Geographers, European Society for Environmental History, George Wright Society

Community Work
**2021-present** – Advisory Member, Publications Committee, George Wright Society
**2022-present** – Secretary, Association of Pacific Coast Geographers
**2023-2024** – Chair, Protected Areas Specialty Group, American Association of Geographers
**2020-2023** – Vice Chair, Protected Areas Specialty Group, American Association of Geographers
**2013-2017** – Member, Editorial Board, *Environmental History*
**2013-2014** – Local Arrangements Committee for American Society for Environmental History's 2014 annual meeting in San Francisco, CA

# EXHIBIT 2

# MINUTES OF PROCEEDINGS

OF THE

# BOARD OF COMMISSIONERS

OF THE

# CENTRAL PARK,

FOR THE

## YEAR ENDING APRIL 30, 1858.

NEW YORK:
WM. C. BRYANT & CO., PRINTERS, 41 NASSAU ST., COR. LIBERTY.

1858.

Digitized by Google

## TUESDAY, MARCH 16, 1858.

REGULAR MEETING—3 P. M.

PRESENT:

| | | | |
|---|---|---|---|
| Commissioner | Gray, | Commissioner | Fields, |
| " | Dillon, | " | Green, |
| " | Russell, | " | Strong, |
| " | Butterworth, | " | Hogg. |
| " | Hutchins, | | |

On motion, the reading of the minutes of the previous meeting was dispensed with.

On motion of Mr. BUTTERWORTH, it was

*Resolved*, That the Annual Report of this Board to the Common Council, dated January 30, 1858, be printed as one of the documents of this Board.

As follows:

*Ayes*—Messrs Dillon, Butterworth, Gray, Fields, Green, Strong, Hogg—7.

On motion of Mr. DILLON, the ordinances recommended by the Superintendent were adopted, as follows:

"Be it ordained by the Commissioners of the Central Park:

All persons are forbidden

To enter or leave the Park except by the gateways.

To climb or walk upon the wall.

To turn cattle, horses, goats or swine into the Park.

To carry fire-arms or to throw stones or other missiles within it.

To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the Park;

Or to converse with, or in any way hinder those engaged in its construction.

Digitized by Google

All persons offending against these ordinances shall be deemed guilty of misdemeanor, and be punished, on conviction before the Mayor, Recorder, or any magistrate of the city of New York. by a fine not exceeding fifty dollars; and, in default of payment, by imprisonment not exceeding thirty days."

Visitors may obtain all necessary information and directions from the police.

The business offices and the police station of the Park are on Fifth avenue at Seventy-ninth street."

Mr. Dillon also moved the adoption of the following:

*Ordered*, That the Superintendent cause these ordinances to be posted on the Park, in such number and manner as he may deem advisable.

*Ordered*, That it be published for ten days in the Daily Times, Tribune, Sun, and Staats Zeitung.

Which was carried, as follows:

*Ayes*—Messrs. Dillon, Butterworth, Gray, Fields, Green, Strong, Hogg—7.

A communication from the Chief Engineer, submitting a report on " A Comprehensive Plan of Drainage " of the Park, accompanied by a map of the same, was received.

Mr. Dillon moved that the report be printed and referred to the Committee on Draining and Sewerage.

Which was carried, as follows:

*Ayes*—Messrs. Dillon, Butterworth, Gray, Fields, Green, Strong, Hogg—7.

A report from the Chief Engineer, announcing the completion of the sectional and drainage maps of the Park, and the discharge of all persons directly employed by him, was referred to the Executive Committee.

A communication from the same, as to a plan for receiving within the limits of the Park the waste water from the present and new reservoirs, was also referred to the Executive Committee.

A communication from Thomas F. Webb, as to furnishing blasting powder for the Park, was also referred to the same committee.

Digitized by Google

The following communication was received from A. W. Craven, Esq., of the Croton Aqueduct Board, and on motion of Mr. Dillon ordered to be engrossed in the minutes of the Board:

CROTON AQUEDUCT DEPARTMENT,
Engineer's Office, March 2d, 1858.

Gentlemen,—I beg leave to acknowledge the receipt of a note from your Board, through Mr. Hart, dated February 16th, and to apologise for not replying to it more promptly.

The questions asked, and the answers thereto, are as follows:

"1st. What is the height of the Reservoir on the line of Fifth avenue at 41st street, excluding the railing?"

The top of the wall, exclusive of the railing, and also exclusive of the projections at the corners and over the gateway, is 119 feet above mean tide and 39 feet above the curb of Forty-first street. The height of water when the Reservoir is full is four feet below this level, or 115 feet above mean tide.

"2d. Will the top of the wall of the new Reservoir be on a level with the top of that now built in Seventy-ninth street?"

These heights are intended to be precisely the same.

"3d. Could not the height of the wall be reduced in the Reservoir now built and in the new one, and if so, how much, and yet answer all the purposes of the Reservoir?"

The height of water in these Reservoirs could not be reduced without greatly impairing the efficiency of our water distribution throughout the city, and the height of the wall could not be reduced with safety without a corresponding reduction in the high-water level.

I have the honor to be, very respectfully,
Your obedient servant,
A. W. CRAVEN,
Chief Engineer.

To the Commissioners of the Central Park, New York.

The monthly report of the Superintendent was read and ordered on file.

A petition of Norman Ewen, late Surveyor and Engineer of the third division Central Park Survey, to be allowed his pay,

Digitized by Google

at the rate of $1500 per annum, from May 1st to November 13th, 1857, was read and referred to the Auditing Committee.

Mr. FIELDS moved to take up the special order, being the election to fill the vacancy caused by the resignation of Mr. Cooley, in pursuance of the notice given by Mr. Strong, at the meeting of February 16, 1858.

The ayes and nays being called for upon the motion, it was carried, as follows:

*Ayes*—Messrs. Dillon, Russell, Gray, Hutchins, Fields, Green, Strong, Hogg—8.

*Nay*—Mr. Butterworth—1.

Mr. RUSSELL offered the following:

*Resolved*, That it is inexpedient at the present meeting to go into an election, to fill the vacancy in the Board occasioned by the resignation of Mr. Cooley.

Lost.

Mr. FIELDS moved that the Board now go into ballot.

Carried, as follows:

*Ayes*—Messrs. Dillon, Gray, Hutchins, Fields, Green, Strong, Hogg—7.

*Nays*—Messrs. Russell, Butterworth—2.

The Chair appointed as tellers Messrs. Green and Butterworth.

The Board then proceeded to ballot, with the following result:

For August Belmont.................. 7
" George Bancroft..... ............. 1
Blank ........................... 1

On motion of Mr. RUSSELL, the election of Mr. Belmont was declared unanimous.

On motion of Mr. HUTCHINS, the Vice-President was requested to communicate to Mr. Belmont his election to the Board.

Mr. STRONG moved that when the Board adjourn it be to Tuesday next at 1 o'clock.—Carried.

On motion of Mr. RUSSELL, the Clerk was directed to prepare a calendar of unfinished business for the use of the Board, at each stated meeting.

The Board then adjourned.

Digitized by Google

# EXHIBIT 3

# FOURTH ANNUAL REPORT

OF THE

# BOARD OF COMMISSIONERS

OF THE

# CENTRAL PARK.

JANUARY, 1861.

NEW YORK:
WM. C. BRYANT & CO., PRINTERS, 41 NASSAU STREET, CORNER LIBERTY.

1861.

Digitized by Google

Original from
HARVARD UNIVERSITY

# INDEX.

| | PAGE |
|---|---|
| Commissioners of the Central Park.......................... | 3 |
| Annual Report.......................................... | 5 |
| Summary of Treasurer's Account.......................... | 25 |
| Map of the Central Park, showing the progress of the work up to January 1st, 1861.................................. | 28 |
| Act authorizing the taking of the land for the Central Park...... | 29 |
| Opinion of Mitchell, J., relative to the taking of the land for the Central Park.................................. | 32 |
| Opinion of Harris, J., relative to the taking of the land for the Central Park.................................. | 36 |
| Several Acts respecting the Central Park...... 45, 50, 54, 58, 59, | 123 |
| Report of Senate Special Committee, on affairs, condition, and progress of the Central Park.... .................... | 61 |
| Ordinances of the Central Park.......................... | 106 |
| Description " " " .......................... | 110 |

Digitized by Google

Original from HARVARD UNIVERSITY

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 46 of 828

# APPENDIX.

---

## A.

### ORDINANCES OF THE CENTRAL PARK.

The Board of Commissioners of the Central Park do ordain as follows:

All persons are forbidden—

To enter or leave the Park except by the gateways.

To climb or walk upon the wall.

To turn cattle, horses, goats, or swine into the Park.

To carry firearms or to throw stones or other missiles within it.

To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, or other constructions upon the Park;

Or to converse with, or in any way to hinder those engaged in its construction.

Two pounds are hereby established within the Central Park, for the impounding of horses, cattle, sheep, goats, dogs, swine, and geese found trespassing upon said Park. All such animals found at large upon the Park may be taken by any person or persons, and driven or carried to one of the said pounds, and may be kept enclosed therein during five days, at the end of which time, if not previously claimed, they may be sold at public auction; provided that within two days after they shall have been impounded, notice of the sale shall have been conspicuously posted in the pound.

Any person claiming property in such impounded animals before the day of sale, may recover the same after suitable proof of his or her right thereto, upon payment for each animal

Digitized by Google

Original from HARVARD UNIVERSITY

other than geese, of two dollars and the expenses of keeping, and for geese twenty-five cents and the expenses of keeping; the expenses of keeping to be reckoned as follows:

For each horse, dog, or head of neat stock, fifty cents per day.

For each goat, swine, or sheep, twenty cents per day.

For each goose, five cents per day.

These charges shall be paid to the property clerk of the Board, and the money thus collected shall by him be handed over, within one week, to the treasurer of the Board.

If, within one month after the sale of any impounded animals, their former owner shall appear and claim the same, the treasurer shall, after deducting the full amount of the charges provided for above, pay over to him the proceeds of their sale; otherwise the amount shall be added to the funds of the Board.

No animal shall travel on any part of the Central Park, except upon the "ride," or equestrian road, at a rate exceeding seven miles per hour. Persons on horseback shall not travel on the "ride," or equestrian road, at a rate exceeding ten miles per hour.

No vehicle shall be permitted on the "ride," or equestrian road, the same being devoted exclusively to equestrians; nor shall any vehicle, horse, or animal of burden, go upon any part of the Central Park except upon the "drive" and other carriage and transverse roads, and upon such places as are appropriated for carriages at rest.

No animal or vehicle shall be permitted to stand upon the "drive" or carriage roads of the Central Park, or any part thereof, to the obstruction of the way, or to the inconvenience of travel, nor shall any person upon the Central Park solicit or invite passengers.

No hackney coach, carriage, or other vehicle for hire, shall stand upon any part of the Central Park for the purpose of taking in any other passengers or persons than those carried to the Park by said coach, carriage, or vehicle.

No person shall expose any article or thing for sale upon the Central Park, except previously licensed by the Board of Commissioners of the Central Park, nor shall any hawking or peddling be allowed on the Central Park.

Digitized by Google

Original from HARVARD UNIVERSITY

No omnibus or express wagon, with or without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil, or other articles, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of the Central Park except upon the transverse roads.

No threatening, abusive, insulting, or indecent language shall be allowed on the Central Park, whereby a breach of the peace may be occasioned.

No person shall be allowed to tell fortunes or play at any game of chance at, or with any table or instrument of gaming, nor to do any obscene or indecent act whatever on the Central Park.

In case of an emergency, where life or property are endangered, all persons, if required so to by the Superintendent, or any of his assistants, shall remove from the portion of the Central Park specified by the Superintendent or his assistants, and remain off the same till permission is given to return.

The Central Park shall be open daily to the public during the months of December, January, and February, from seven o'clock in the morning until eight o'clock in the evening; during the months of March, April, May, June, October, and November, from six o'clock in the morning until nine o'clock in the evening; and during the months of July, August, and September, from five o'clock in the morning until eleven o'clock in the evening.

The Superintendent may direct that any of the entrances to the Park be closed at any time, and may, on special occasions, also direct that the Park, or any portion thereof, remain open at other times than those above specified.

No person, other than employees of the Board of Commissioners of the Central Park, shall enter or remain in the Central Park, except when it is open, as above provided.

No dog shall be allowed upon any portion of the Central Park, unless led by a chain or proper dog-string, not exceeding five feet in length, nor shall any person be allowed to lead any quadruped (except dogs) in the Central Park.

No person, except in the employ of the Board of Commissioners of the Central Park, shall bring upon the Central Park

Digitized by Google

Original from HARVARD UNIVERSITY

any tree, shrub, plant, or flower, nor any newly plucked branch, or portion of a tree, shrub, plant, or flower.

No person shall bathe, or fish in, or go, or send any animal into any of the waters of the Park, nor disturb any of the fish, water-fowl, or other birds in the Park, nor throw, or place any article or thing in said waters.

No person shall fire, discharge, or set off in the Central Park, any rocket, cracker, torpedo, squib, balloon, snake, chaser, or double-header, nor any fireworks or thing under any other name, composed of the same or similar material, or of the same or similar character, as the fireworks above specified.

No person shall place or propel any invalid chairs or perambulators upon any portion of the Central Park, except upon the walks.

No person shall post or otherwise affix any bill, notice, or other paper, upon any structure or thing within the Central Park, nor upon any of the gates or enclosures thereof.

No person shall, without the consent of the Comptroller of the Park, play upon any musical instrument within the Central Park, nor shall any person take into, or carry or display in the Central Park, any flag, banner, target, or transparency.

No military or target company, or civic or other procession, shall be permitted to parade, drill, or perform upon the Central Park, any military or other evolutions or movements.

Digitized by Google

Original from HARVARD UNIVERSITY

# EXHIBIT 4

# ANNUAL REPORTS

OF THE

# BROOKLYN PARK COMMISSIONERS.

1861—1873.

REPRINTED
BY ORDER OF THE BOARD,
WITH SUCH ACTS OF THE LEGISLATURE
IN THEIR AMENDED FORM,
AS RELATE TO THE
BROOKLYN PARKS, AND THEIR MANAGEMENT.

JANUARY,
1873.

Generated on 2023-02-10 23:29 GMT / https://hdl.handle.net/2027/uc1.c070473596
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Original from
UNIVERSITY OF CALIFORNIA


# SEVENTH ANNUAL REPORT

OF THE

# COMMISSIONERS OF PROSPECT PARK.

1867.

Generated on 2023-02-10 23:29 GMT / https://hdl.handle.net/2027/uc1.c070473596
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

## PARK ORDINANCE, No. 1.

The Commissioners of Prospect Park, in the city of Brooklyn, do ordain as follows:

ARTICLE I.—All persons are forbidden,

1. To take or carry away any sod, clay, turf, stone, sand, gravel, leaves, muck, peat, wood, or anything whatever belonging to the park, from any part of the land embraced within the boundaries of the park;

2. To climb upon, or in any way cut, injure, or deface any tree, shrub, building, fence, or other erection within the park;

3. To turn cattle, horses, goats, swine, or poultry of any description upon the park;

4. To carry firearms, or to throw stones or other missiles within the park;

5. To hinder or in any manner delay or interfere with men employed upon the park;

6. To expose any article or thing for sale, or engage in any pic-nic or game upon the park, except by permission derived from the Board of Commissioners;

7. To post or otherwise display any bill, notice, advertisement, or other paper or device upon any tree, structure, or other erection within the park, or upon any of its inclosures.

ARTICLE II.—Any person who shall violate or offend against any of the provisions of the foregoing article, shall be deemed guilty of a misdemeanor, and shall be punished on conviction, before any court of competent jurisdiction in the county of Kings, by a fine not exceeding fifty dollars, and in default of payment, by imprisonment not exceeding thirty days.

Generated on 2023-02-10 23:28 GMT / https://hdl.handle.net/2027/uc1.c070473596
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Original from
UNIVERSITY OF CALIFORNIA

# EXHIBIT 5

# LAWS

OF THE

# GENERAL ASSEMBLY

OF THE

# STATE OF PENNSYLVANIA,

PASSED AT THE

## SESSION OF 1868,

In the Ninety-second Year of Independence.

## WITH AN APPENDIX.

BY AUTHORITY.

HARRISBURG:
SINGERLY & MYERS, STATE PRINTERS.
1868.

No. 1019.

## A Supplement

To an act, entitled "An Act to incorporate the Farmers' Coal and Iron Company," approved the seventeenth day of April, Anno Domini one thousand eight hundred and sixty-six.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania in General Assembly met, and it is hereby enacted by the authority of the same,* That said company shall have the power and authority to build a bridge across the Susquehanna river, so that the same may be a toll and railroad bridge, and charge and receive tolls for crossing the same.

Authorized to construct bridge.

SECTION 2. That it shall be lawful for any other chartered company to subscribe to the capital stock of this company or to loan the said company money.

Other corporations may subscribe to capital stock.

SECTION 3. That said company shall have the right to extend their railroad and branches, and cross at grade the tracks of any railroads now made or hereafter to be made, in such manner as to connect with any other railroads or to any landings on any canal or slack-water navigation.

May extend railroad, &c.

ELISHA W. DAVIS,
Speaker of the House of Representatives.

JAMES L. GRAHAM,
Speaker of the Senate.

APPROVED—The fourteenth day of April, Anno Domini one thousand eight hundred and sixty-eight.

JNO. W. GEARY.

---

No. 1020.

## A Supplement

To an act, entitled "An Act appropriating ground for public purposes in the city of Philadelphia," approved the twenty-sixth day of March, Anno Domini one thousand eight hundred and sixty-seven.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania in General Assembly met, and it is hereby enacted by the authority of the same,* That the boundaries of the Fairmount park, in the city of Philadelphia, shall be the following, to wit: Beginning at a point in the north-easterly line of property, owned and occu-

Boundaries of Fairmount park defined.

confirmed by the court, the valuation made shall be forthwith payable by the city of Philadelphia.

City to effect loans to make compensation for grounds taken, &c.

SECTION 11. The city of Philadelphia shall be authorized and required to raise, by loans from time to time, such sums of money as shall be necessary to make compensation for all grounds heretofore taken or to be taken for said Fairmount park, and for the laying out and construction thereof for public use, for the permanent care and improvement thereof, and for all culverts and other means for preserving the Schuylkill water pure for the use of the citizens of said city, and shall annually assess taxes for keeping in repair and good order the said park, and shall also provide for the payment of the interest on all said loans and the usual sinking fund for the redemption thereof.

Commissioners to appoint officers, agents, &c.

SECTION 12. The said park commissioners shall from time to time appoint such officers, agents and subordinates as they may deem necessary for the purposes of this act and the act to which this is a supplement, and they shall prescribe the duties and the compensation to be paid them; and so much of the second section of the act to which this is a supplement, as requires that the secretary shall be chosen from the commissioners, be and the same is hereby repealed.

May acquire and sell lands situate in part within boundaries mentioned.

SECTION 13. It shall be lawful for said park commissioners to acquire title to the whole or any tract of land, part of which shall fall within the boundaries mentioned in the first section of this act, and to take conveyance thereof in the name of the city of Philadelphia; and such part thereof as shall lie beyond or within the said park limits again to sell and convey in absolute fee simple to any purchaser or purchasers thereof by deeds, to be signed by the mayor under the seal of the city, to be affixed by direction of councils, either for cash or part cash, and part to be secured by bond and mortgage to the city, paying all cash into the city treasury: *Provided*, That the proceeds of such sales shall be paid into the sinking fund for the redemption of the loan created under the provisions of this act: *Provided also*, That no commissioner nor any officer under the park commission shall in any wise be directly or indirectly interested in any such sale of lands by the commissioners as aforesaid; and if any commissioner or officer aforesaid shall act in violation of this proviso, he shall, if a commissioner, be subject to expulsion, if an officer, to be discharged by a majority of votes of the board of park commissioners, after an opportunity afforded of explanation and defence.

Proviso.

Proviso.

To make report to mayor annually.

SECTION 14. The said board of commissioners shall annually hereafter, in the month of December, make to the mayor of the city of Philadelphia a report of their proceedings and a statement of their expenditures for the preceding year.

May lease houses, &c., within park limits.

SECTION 15. The said park commissioners shall have exclusive power to lease from year to year all houses and buildings within the park limits, which may be let without prejudice to the interests and purposes of the park by leases, to be signed by their president and secretary, and to collect the rents and pay them into the city treasury.

Buildings erected on grounds by boat clubs, &c., relative to.

SECTION 16. All houses and buildings now built or to be built on any part of the park grounds, by or for boat or skating clubs, or zoological or other purposes, shall be taken to have rights subordinate to the public purposes intended to be subserved by acquiring and laying out the park, and shall be subject to the regulations of said park commissioners under licenses, which shall be approved by the commission and signed by the president and secretary, and will subject them to their supervision and to removal or surrender to the city whensoever the said commissioners may require.

Commissioners may accept property upon trusts.

SECTION 17. The said park commissioners shall have power to accept in the name and behalf of the city of Philadelphia devises, bequests and donations of lands, moneys, objects of art and natural history, maps and books, or other things, upon such trusts as may be prescribed by the testator or donor: *Provided*, Such trusts be satisfactory to the commission and compatible with the purposes of said park.

Proviso.

Debts to bind commissioners, how created.

SECTION 18. None of the park commissioners nor any person employed by them shall have power to create any debt or obligation to bind said board of commissioners, except by the express authority of the said commissioners at a meeting duly convened.

Management, &c., of park

SECTION 19. The said park commissioners shall have the power to govern, manage, lay out, plant and ornament the said Fairmount park, and to maintain the same in good order and repair, and to construct all proper bridges, buildings, railways and other improvements therein, and to repress all disorders therein under the provisions hereinafter contained.

May license laying down of passenger railways.

SECTION 20. That the said park commissioners shall have authority to license the laying down and the use for a term of years from time to time of such passenger railways as they may think will comport with the use and enjoyment of the said park by the public, upon such terms as said commissioners may agree, all emoluments from which shall be paid into the city treasury.

Rules and regulations.

SECTION 21. The said park shall be under the following rules and regulations, and such others as the park commissioners may from time to time ordain:

I. No person shall turn cattle, goats, swine, horses or other animals loose into the park.

II. No person shall carry fire arms or shoot birds in the park or within fifty yards thereof, or throw stons or other missiles therein.

III. No one shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures or statuary, or foul any fountains or springs within the park.

IV. No person shall drive or ride therein at a rate exceeding seven miles an hour.

V. No one shall ride or drive therein upon any other than upon the avenues and roads.

VI. No coach or vehicle used for hire shall stand upon any part of the park for the purpose of hire, nor except in waiting for persons taken by it into the park, unless, in either case, at points designated by the commission.

VII. No wagon or vehicle of burden or traffic shall pass through the park, except upon such road or avenue as shall be designated by the park commissioners for burden transportation.

VIII. No street railroad car shall come within the lines of the park without the license of the park commission.

IX. No person shall expose any article for sale within the park without the previous license of the park commission.

X. No person shall take ice from the Schuylkill within the park without the license of the said commission first had, upon such terms as they may think proper.

XI. No threatening, abusive, insulting or indecent language shall be allowed in the park.

XII. No gaming shall be allowed therein, nor any obscene or indecent act therein.

XIII. No person shall go in to bathe within the park.

XIV. No person shall fish or disturb the water-fowl in the pool or any pond, or birds in any part of the park, nor discharge any fire-works therein, nor affix any bills or notices therein.

XV. No person shall have any musical, theatrical or other entertainment therein without the license of the park commissioners.

XVI. No person shall enter or leave the park except by such gates or avenues as may be for such purpose arranged.

XVII. No gathering or meeting of any kind assembled through advertisement shall be permitted in the park without the previous permission of the commission, nor shall any gathering or meeting for political purposes in the park be permitted under any circumstances.

XVIII. That no intoxicating liquors shall be allowed to be sold within said park.

**Penalty for violating rules and regulations.**

SECTION 22. Any person who shall violate any of said rules and regulations, and any others which shall be ordained by the said park commissioners for the government of said park, not inconsistent with this act or the laws and constitutions of this state and United States, the power to ordain which rules and regulations is hereby expressly given to said commissioners, shall be guilty of a misdemeanor, and shall pay such fine as may be prescribed by said park commissioners, not to exceed five dollars for each and every violation thereof, to be recovered before any alderman of said city, as debts of that amount are recoverable; which fines shall be paid into the city treasury: *Provided*, That if said park commissioners should license the taking of ice in said park, or the entry of any street railroad car therein, or articles for sale, or musical entertainments, it may be with such compensation as they may think proper, to be paid into city treasury: *And provided*, That any person violating any of said rules and regulations shall be further liable to the full extent of any damage by him or her committed, in trespass or other action; and any tenant or licensed party who shall violate the said rules, or any of them, or consent to or permit the same to be violated on his or her or their premises, shall forfeit his or her or their lease or license, and shall be liable to

**Proviso.**

**Proviso.**

be forthwith removed by a vote of the park commission; and every lease and license shall contain a clause making it cause of forfeiture thereof for the lessee or party licensed to violate or permit or suffer any violation of said rules and regulations, or any of them; it shall be the duty of the police appointed to duty in the park, without warrant, forthwith to arrest any offender against the preceding rules and regulations whom they may detect in the commission of such offence, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

Profits realized, to be paid into city treasury.

SECTION 23. All rents, license, charges and fees, all fines, proceeds of all sales, except of lands purchased, and profits of whatsoever kind, to be collected, received or howsoever realized, shall be paid into the city treasury as a fund to be exclusively appropriated by councils for park purposes, under the direction of said commission: *Provided*, That moneys or property given or bequeathed to the park commissioners upon specified trusts shall be received and receipted for by their treasurer, and held and applied according to the trusts specified.

Proviso.

Councils may approve approaches to park.

SECTION 24. That the councils of the city of Philadelphia be and they are hereby authorized to widen and straighten any street laid upon the public plans of said city, as they may think requisite to improve the approaches to Fairmount park.

Act not to affect proceedings pending in court.

SECTION 25. That nothing in this act contained shall suspend or affect any proceeding pending in court under any existing law, but the same shall be proceeded in as if this act had not been passed

Damages, how ascertained, &c.

SECTION 26. The damages for ground and property taken for the purpose of this act shall be ascertained, adjusted and assessed in like manner as is prescribed by the act to which this is a supplement.

Commissioners to employ park force to maintain order.

SECTION 27. The said park commissioners shall employ, equip and pay a park force adequate to maintain good order therein and in all houses thereupon; which force shall be subject to the orders of the mayor upon any emergency, and so far as said force shall consist of others than the hands employed to labor in the park, it shall be appointed and controlled as the other police of the city.

City solicitor to appoint additional assistant.

SECTION 28. There shall be an additional assistant appointed by the city solicitor, whose duty it shall be, under the direction of the city solicitor, to attend to the assessments of damages, and to such other business of a legal nature connected with the park as said commissioners may require.

GEO. T. THORN,
Speaker of the House of Representatives *pro tem.*

JAMES L. GRAHAM,
Speaker of the Senate.

APPROVED—The fourteenth day of April, Anno Domini one thousand eight hundred and sixty-eight.

JNO. W. GEARY.

# EXHIBIT 6


LITTAUER LIBRARY
LI 1E2C P

SAN FRANCISCO, Cal. —

# MUNICIPAL REPORTS

FOR THE

## FISCAL YEAR 1874-5, ENDING JUNE 30, 1875.

PUBLISHED BY ORDER OF THE

BOARD OF SUPERVISORS.

SAN FRANCISCO:
SPAULDING & BARTO, PRINTERS, "SCIENTIFIC PRESS" JOB PRINTING OFFICE,
414 CLAY STREET.
1875.

Digitized by Google

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 63 of 828

four months, nor more than six months, or by both such fine or imprisonment; and one-half of any fine that may be collected for a violation of any of the provisions of this order, shall be paid to the persons making the complaint.

---

## ORDER NO. 1,226.

### PROHIBITING THE CARRYING OF CONCEALED DEADLY WEAPONS.

[Approved July 9, 1875.]

*The People of the City and County of San Francisco do ordain as follows:*

SECTION 1. It shall be unlawful for any person, not being a public officer or traveler, or not having a permit from the Police Commissioners of this City and County, to wear or carry, concealed, in this City and County, any pistol, dirk or other dangerous or deadly weapon.

Every person violating any of the provisions of this order shall be deemed guilty of a misdemeanor and punished accordingly. Such persons, and no others, shall be termed "travellers" within the meaning of this order, as may be actually engaged in making a journey at the time.

The Police Commissioners may grant written permission to any peaceable person, whose profession or occupation may require him to be out at late hours of the night, to carry concealed deadly weapons for his own protection.

NOTE.—General Orders, as amended, to November 1st, 1875.

---

# PARK COMMISSIONERS' ORDINANCES.

---

## ORDINANCE No. 1.

[Adopted October 27th, 1870.]

*The Park Commissioners do ordain as follows:*

No person shall trespass on the grounds within the limits of the Avenue, Golden Gate and Buena Vista Parks.

No person shall cut or remove from said Avenue and Parks, any trees, shrubs, stakes, wood, turf, grass or soil.

It shall be the duty of the custodian of the Park to arrest all trespassers, and all parties violating this Ordinance.

Digitized by Google

## ORDINANCE No. 2.

[Adopted September 24th, 1872.]

AN ORDINANCE TO PROVIDE FOR THE REGULATION AND GOVERNMENT OF THE AVENUE AND PUBLIC PARKS IN THE CITY AND COUNTY OF SAN FRANCISCO, IN CHARGE OF THE PARK COMMISSIONERS.

SECTION 1. The objects of this Ordinance are those grounds which are known as Golden Gate and Buena Vista Parks, and the Avenue leading to said Golden Gate Park, all particularly described in the first section of an Act of the Legislature of the State of California, entitled "An Act to provide for the improvement of Public Parks in the City of San Francisco," approved April 4th, 1870.

SEC. 2. Within the said grounds all persons are hereby forbidden:

1. To turn in or let loose any cattle, horses, goats, sheep, or swine.
2. To carry and especially to discharge firearms.
3. To cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, fences, or structures of any kind.
4. To bathe in, or otherwise pollute the water of any pond, lake, or pool.
5. To chase, set snares for, catch, or destroy any rabbits, quails, or other wild quadrupeds or birds.
6. To make or kindle a fire of any kind.
7. To camp, lodge, or tarry over night.
8. To ride or drive any horse or other animal, with vehicle or without, elsewhere than on the roads or drives for such purposes provided.
9. To indulge in riotous, boisterous, or indecent conduct, or language.
10. To drive or ride at a furious speed.

SEC. 3. No dray, truck, wagon, cart, or other vehicle carrying, or if not carrying, employed regularly in carrying goods, merchandise, manure, soil, or other articles, shall be allowed to travel upon the drive of said avenue for any other purpose than to cross immediately at the regular street intersections, nor upon the drives of said parks. For the present the road now and heretofore commonly traveled to and from "The Central Macadamized Toll Road," is excepted from this rule. But all such vehicles shall be driven over the least worked portion of such excepted road as directed by the Superintendent or any of the Park police officers hereinafter mentioned, unless compelled to turn out in obedience to the "rule of the road," as hereinafter laid down.

The provisions of this subdivision shall also apply to light vehicles regularly driven for business purposes between the country beyond the parks and the city.

SEC. 4. The rule of the road for equestrians or vehicles meeting upon the avenue or park drives shall be: PASS TO THE RIGHT.

Digitized by Google

SEC. 5. There is hereby established a Pound, to be located within the Park limits, for the impounding of the animals mentioned in the first subdivision of section two of this ordinance, and of all strays found trespassing upon said grounds. All such animals shall be driven or carried to the Pound and there kept enclosed at a charge to their owners at the rate of one dollar per day or fraction of a day, for each animal so impounded. No animal thus in custody shall be released except on proof of property and on production of a receipt signed by the Secretary of the Board of Park Commissioners, countersigned by the Park Superintendent.

If unclaimed for three days, all such animals shall be impounded in the City Pound. [This Section amended by Ordinance No. 5.]

SEC. 6. All moneys accruing from the Pound charges aforesaid, and also from fines collected from offenders against any of the provisions of this ordinance, shall be placed in the "Park Improvement Fund," and duly accounted for. [This Section amended by Ordinance No. 5.]

SEC. 7. 1. When the number of participants in any picnic or other organized party, about to enter these grounds will exceed ten persons, they, or one of them, shall communicate their intention to the keeper of the gateway at which they enter, or to the keeper of the Stanyan street entrance, pending the appointment of keepers for the other gates.

2. Any company, society or organization of any kind, being desirous of resorting to these grounds in a body, the number of individuals in which will exceed twenty-five, for the purpose of picnicing; any military or other organized company desirous of parading within the same; any base ball, cricket, or sporting club desirous of using the grounds set aside for their peculiar purposes, shall at least one day prior to the proposed date of the excursion, report, or cause to be reported, such intention to the Secretary of the Park Commissioners, or to the Superintendent of the Parks and Avenues.

3. All waste material, scraps, litter or rubbish of any kind brought upon these grounds by such picnic or other parties, shall be promptly collected and removed by them or their employees. In the event of the non-observance of this regulation, the actual cost of thoroughly performing the necessary duty by the Park force shall be charged, and a bill for the same be presented to the representatives of the organization so offending.

4. The representatives of any such organized party which shall have resorted to these grounds will be held responsible for the damage done through any transgression of these ordinances by any member of the same, when the offending individual in person cannot be identified.

SEC. 8. The Superintendent of the Parks and Avenue is hereby instructed to enforce and cause to be enforced the provisions of this Ordinance.

SEC. 9. Power and authority are hereby given to the Park-Keeper, the Head Gardener, the Foreman and the Foreman Teamster, to arrest and detain and deliver to the proper authorities, or in their discretion eject from the

Digitized by Google

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 66 of 828

grounds, all persons wilfully or knowingly offending against the provisions of this Ordinance, or any other Ordinance hereafter to be passed by said Board for the regulation, use and government of said Parks and Avenue.

SEC. 10. The Superintendent is herby clothed with the powers enumerated in Section 9 of this Ordinance.

SEC. 11. Whenever it may be necessary to appoint assistant keepers, there shall be delivered to each of them a certificate of appointment, signed by a majority of said Board, sealed and attested by the Secretary. Said assistant keepers shall possess all the powers enumerated in Section 9 of this Ordinance, but shall exercise the same under the direction of the Superintendent, and report to him forthwith any action which they may take under the same.

SEC. 12. The Park Keeper, the Head Gardener, the Foreman Teamster, and such assistant keepers as may be appointed as aforesaid, shall constitute the Park Police, and shall provide themselves with a badge of office consisting of a metallic star, inscribed with the words "Park Police," and the initials of the words indicating their particular office. A roll number shall be added to the initials on the badges of the assistant keepers.

SEC. 13. The Secretary of said Board shall, within five days after the passage of this ordinance, make and certify an accurate copy of the same, and cause the same to be published, as required by law, for ten days, Sundays excepted, and this ordinance shall take effect fifteen days after its passage.

---

## ORDINANCE No. 3.

[Adopted May 23, 1873.]

SECTION 1. The object of this ordinance, is that ground known as the Golden Gate Park, as described in the first section of an Act of the Legislature of the State of California, entitled " An Act to provide for the improvement of Public Parks in the City of San Francisco," approved April 4th, 1870.

SEC. 2. All vehicles used regularly for business purposes in hauling material or produce over the roads in the said Park, shall rest upon tires at least three and one-half (3½) inches wide.

SEC. 3. All trucks or wagons, other than those fitted with steel springs, used regularly in transporting heavy loads of material of any description over the said roads, shall rest upon tires at least five (5) inches wide.

SEC. 4. The Secretary of said Board shall, within five days after the passage of this ordinance, make and certify an accurate copy of the same, and

Digitized by Google

# EXHIBIT 7

# LAWS

AND

# ORDINANCES

GOVERNING THE

# CITY OF CHICAGO.

[PUBLISHED BY AUTHORITY OF THE COMMON COUNCIL OF THE CITY.]

COMPILED AND ARRANGED BY
MURRAY F. TULEY,
Counsel to the Corporation.

CHICAGO:
PUBLISHED BY THE BULLETIN PRINTING COMPANY,
132, 134 & 136 MONROE STREET.
1873.

Digitized by Google

# CHAPTER 31.

## PARKS AND PUBLIC GROUNDS.

SECTION.
1. Names established.
2. What games are prohibited in—Penalty.
3. Duty of board of public works to superintend
4. Ingress and egress regulated.
5. Animals to be excluded.
6. Firearms, etc., prohibited in – Injury to shrubbery.
7. Hindering employes prohibited.
8. Speed in driving regulated.
9. Animals, etc., to keep on drives.
10. Obstruction of ways prohibited.
11. Hacks, etc., not to ply for hire.
12. Peddling in. prohibited.
13. Certain vehicles prohibited.
14. Fortune telling, gaming, indecency, etc., prohibited.
15. Power to close part of parks.

SECTION.
16. When parks to be open.
17. Right to open and close parks.
18. Conduct of visitors regulated.
19. Bathing, fishing, etc. in forbidden.
20. Fireworks prohibited.
21. Perambulators on walks.
22. Posting bills forbidden.
23. Processions, fire apparatus, etc. prohibited, when.
24. Funeral processions prohibited.
25. Fires prohibited.
26. To keep off grass, except when.
27. Power of police in.
28. Chapter applies to public squares.
29. Penal clause.
30. Use of grass grown.

**1.** NAMES ESTABLISHED.] *Rev. Ord.* 1866. The several public parks, squares and grounds in the city of Chicago, shall be known and designated by the names applied thereto respectively on the map of the city of Chicago published by Mr. J. Van Vechten in the year 1872.

**2.** GAMES IN PROHIBITED—PENALTY.] No person shall play at ball, cricket, or at any other game or play whatever, in any of the inclosed public parks or grounds in this city, under the penalty of five dollars for every offense.

**3.** BOARD OF PUBLIC WORKS—DUTY OF.] It shall be the duty of the board of public works to superintend all inclosed public grounds and keep the fences thereof in repair, the walks in order and the trees properly trimmed, and improve the same according to plans approved by the common council. They shall likewise cause printed or written copies of the prohibitions of this chapter to be posted in the said grounds or parks.

**4.** WALLS AND FENCES.] *Ord. Jan.* 11, 1869. No person shall enter or leave any of the public parks of the city of Chicago, except by their gateways; no person shall climb or walk upon their walls or fences.

**5.** ANIMALS TO BE EXCLUDED.] Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of the said parks by any person.

**6.** FIREARMS AND MISSILES PROHIBITED—PROTECTION OF SHRUBBERY.] All persons are forbidden to carry firearms or to throw stones or other missiles within any one of the public parks. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of

Digitized by Google

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 70 of 828

the buildings, fences, bridges, or other construction or property, within or upon any of the said parks.

7. HINDERING EMPLOYES.] No person shall converse with, or in any way hinder those engaged in their construction.

8. SPEED OF DRIVING.] No animal shall travel on any part of either of the said parks at a rate exceeding six miles per hour.

9. VEHICLES AND ANIMALS ON DRIVES.] No vehicle, or horse, or other animal shall be permitted on the foot walks, the same being devoted exclusively to pedestrians; nor shall any vehicle, horse or animal of burden go upon any part of either of the parks, except upon the carriage drives and upon such places as are appropriated for carriages at rest.

10. OBSTRUCTION OF WAYS.] No animal or vehicle shall be permitted to stand upon the drives or carriage roads of any of the public parks of the city, or any part thereof, to the obstruction of the way, or to the inconvenience of travel, nor shall any person solicit passengers within either of said parks.

11. HACKS, ETC., NOT TO PLY FOR HIRE.] No hackney coach, carriage, or other vehicle for hire, shall stand upon either of the parks of the city of Chicago for the purpose of taking in any other passengers, or persons, than those carried to the park by said coach, carriage or vehicle.

12. PEDDLING IS NOT ALLOWED.] No person shall expose any article or thing for sale upon any of said parks, except such person shall have been previously licensed by the board of public works, nor shall any hawking or peddling be allowed therein.

13. PROHIBITED VEHICLES.] No omnibus or wagon with or without passengers, nor any cart, dray, wagon, truck or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure or other articles, shall be allowed to enter any part of either of the said parks. This, however, does not apply to vehicles engaged in the construction of such parks, nor private family wagons.

14. BOISTEROUS LANGUAGE—FORTUNE TELLING—GAMING—INDECENCY.] No threatening, abusive, insulting or indecent language shall be allowed therein whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

15. POWER TO CLOSE PART OF PARKS.] In case of any emergency, where life or property is endangered, all persons, if required so to do by the superintendent or any of his assistants, shall remove from the portion of either of said parks specified by the superintendent or his assistants, and remain off the same until permission is given to return.

16. PARKS—WHEN OPEN.] Lincoln park and Union park shall be open daily to the public during the months of December, January and February from seven o'clock in the morning until eleven o'clock in the evening; during the months of March, April, May, October and November from six o'clock in the morning until ten o'clock in the evening, and during the months of June, July, August and September, from five o'clock in the morning until eleven o'clock in the evening.

17. POWER TO OPEN AND CLOSE PARKS.] The superintendent may, for

Digitized by Google

cause, direct that any of the entrances to either of the said parks be closed at any time, and may, on special occasions, also direct that any of the said parks or any portion thereof, remain open at other times than those above specified.

**18.** DUTY OF VISITORS.] No person other than employes in the park shall enter or remain in it except when it is open as above specified. No person other than employes shall bring upon any of the public parks any tree, shrub or plant, nor any newly plucked branch or portion of a tree, shrub or plant.

**19.** BATHING, FISHING, ETC.] No person shall bathe or fish in, or go, or send, or ride any animal in any of the waters of either of the said public parks, or waters of Lake Michigan in front of any of said parks, nor disturb any of the fish, water fowl or other birds in any of said parks, or any deer, sheep or other animal belonging to and preserved therein, nor throw, or place any article or thing in the waters within either of said parks.

**20.** FIREWORKS PROHIBITED.] No person shall fire, discharge or set off in any of said public parks any rocket, cracker, torpedo, squib, balloon, snake, chaser or double-header, nor any fireworks or thing under any other name, composed of the same or similar material, or of the same or similar character as the fireworks above specified.

**21.** PERAMBULATORS.] No person shall place or propel any invalid's chairs or perambulators upon any portion of said parks except upon the walks.

**22.** POSTING BILLS.] No person shall post or otherwise affix any bills, notice or other paper, upon any structure or thing within either of said parks, nor upon any of the gates or inclosures thereof.

**23.** MUSIC—FLAGS, ETC.—PROCESSIONS—FIRE APPARATUS.] No person shall, without the consent of the board of public works, play upon any musical instrument, nor shall any person take into, or carry or display in the said public parks, any flag, banner, target or transparency. No military or target company, civic or other, shall be permitted to parade, drill or perform therein any military or other evolutions or movements. No fire engine, hook and ladder truck, hose cart or other machine on wheels commonly used for the extinguishing of fires, shall be allowed on any part of said parks, without the previous consent of the board of public works.

**24.** FUNERAL PROCESSIONS PROHIBITED.] No funeral procession or hearse or other vehicle carrying the body of a deceased person shall be allowed upon any part of a public park.

**25.** FIRES PROHIBITED.] No person other than employes shall light, make or use any fire thereon.

**26.** TO KEEP OFF GRASS.] No person on foot shall go upon the grass, lawn or turf of the parks, except when and where the word "common" is posted, by order of the board of public works, indicating that persons are at liberty at that time and place to go on the grass.

**27.** POLICE, POWER OF.] *Rev. Ord.* 1866. Any member of the city police shall have power to arrest any person who shall not desist from any violation hereof, when directed, and cause him to be committed for examination.

Digitized by Google

**28.** Application to Squares.] *Ord. Jan.* 11, 1869. The foregoing sections of this chapter, so far as applicable, shall apply to all the public squares of the city of Chicago.

**29.** Penalty.] Any person who shall violate any or either of the provisions of this chapter, or any section, or clause, or any provision of any section thereof, or who shall neglect, or fail, or refuse to comply with any, or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars, nor more than one hundred dollars.

**30.** Use of Grass.] *Rev. Ord.* 1866. The fire marshal may cause any grass fit for hay, growing or grown upon any of the public parks or grounds, to be cut and cured, under the direction of the board of public works and appropriated for the use of the teams used by the fire department.

# CHAPTER 32.

## PAWNBROKERS.

Section.
1. To be licensed—Penalty.
2. Definition of the word pawnbroker.
3. How license obtained—Fee—Bond.
4. When license to expire.

Section.
5. Registration of licenses.
6. Pawnbroker's record—Penalty for not keeping.
7. Inspection of record—Penalty for refusing.
8. Dealing with minors prohibited—Penalty.

**1.** To be Licensed—Penalty.] *Rev. Ord.* 1866. No person or persons shall carry on or conduct the business or calling of a pawnbroker, within the city of Chicago, without having first obtained a license so to do, under a penalty of not less than twenty dollars nor more than one hundred dollars for each offense.

**2.** Pawnbroker Defined.] Any person who loans money on deposit, or pledge of personal property, bonds, notes or other securities, or who deals in the purchasing of personal property or choses in action, on condition of selling the same back again at a stipulated price, is hereby defined and declared to be a pawnbroker.

**3.** License—How Obtained—Fee—Bond.] The mayor is hereby authorized to grant a pawnbroker's license to any person of good character who may apply therefor, on the following conditions: The person so applying shall first pay to the collector a sum of money in proportion to the sum of one hundred dollars per annum for the time such license shall be granted, and shall execute a bond to the city of Chicago in the sum of five hundred dollars conditioned that the said applicant will in every particular conform to the requirements of this chapter, and with the requirements or provisions of any ordinance hereafter to be passed concerning pawnbrokers, and thereupon the clerk shall issue a license in due form, under the corporate seal,

Digitized by Google



# EXHIBIT 8

# FOURTH ANNUAL REPORT

OF THE

# BUFFALO PARK

## COMMISSIONERS.

JANUARY, 1874.

BUFFALO:
WARREN, JOHNSON & CO., PRINTERS.
Office of the Daily Courier, 197 Main Street.

1874.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

# COMMISSIONERS.

HIS HONOR THE MAYOR, *Ex-Officio.*

PASCAL P. PRATT,
EDWARD BENNETT,
BRITAIN HOLMES,
COOLEY S. CHAPIN.
EDWIN T. EVANS,
PATRICK SMITH,
JOHN L. ALBERGER,
DENNIS BOWEN,
JOHN GREINER,
SHERMAN S. JEWETT,
MICHAEL MESMER,
DE WITT C. WEED.

*President.*
PASCAL P. PRATT.

*Secretary and Treasurer.*
WILLIAM F. ROGERS.

*General Superintendent.*
WILLIAM McMILLAN.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# ORDINANCES

FOR THE USE, REGULATION, PROTECTION AND GOVERNMENT OF THE PARKS, APPROACHES THERETO AND STREETS CONNECTING THE SAME.

The Park Commissioners, appointed under and by virtue of the statute of the State of New York, entitled, "An act to authorize the selection and location of certain grounds for public parks in the City of Buffalo, and to provide for the maintenance and embellishment thereof," passed April 14, 1869, and the acts amendatory thereof, do hereby, in pursuance of the power conferred by said act, make and enact the following ordinances for the use, regulation, protection and government for the said park or parks, approaches thereto and streets connecting the same, to wit:

## CHAPTER I.

SECTION 1. All persons are forbidden to carry fire-arms or fire at or shoot any bird or animal, or throw stones or missiles within the several parks, approaches thereto or streets connecting the same.

§ 2. All persons are forbidden to climb, break, cut down, remove or in any way injure or deface the trees, plants, shrubs, flowers, turf, or any of the buildings, fences, bridges, or other constructions within the parks, or approaches thereto, or streets connecting the same.

§ 3. No person shall drive or ride any horse or team upon any of the parks, approaches thereto or streets connecting the same, at a rate of speed exceeding ten (10) miles per hour.

§ 4. No animal or vehicle shall be permitted to stand upon the drives or carriage roads of the parks or parkways, or any part thereof (except the concourses) to the obstruction of the way, or to the inconvenience of travel; nor shall any person solicit or invite passengers for hire therein.

Digitized by Google Original from UNIVERSITY OF MICHIGAN

§ 5. No cart, wagon, dray, truck or other vehicle carrying stone, brick, goods, merchandise, manure, soil, or other articles, or usually used for the carriage of stone, brick, merchandise, manure, or other articles, shall be allowed to enter or drive upon the parks, parkways, approaches thereto or streets connecting the same.

§ 6. No threatening, abusive, insulting, or indecent language shall be allowed upon the parks or parkways whereby a breach of the peace may be occasioned.

§ 7. No person, except in the employ of the Board of Park Commissioners, shall bring upon the parks or parkways any tree, shrub, plant or flower, nor any newly plucked branch or portion of a tree, shrub, plant or flower.

§ 8. No person shall fire, discharge or set off in the parks or parkways, approaches thereto or streets connecting the same, any rocket, cracker, torpedo, squib, balloon, snake, chaser, or double-header, nor any fireworks, or thing under any other name composed of the same or similar materials, or of the same or similar character as the fireworks above specified.

§ 9. No person shall post or otherwise affix any bill, notice or other paper upon any structure or thing within the parks or parkways, or upon any gates or enclosures thereof.

§ 10. No military or target company, or civic or other procession, shall be permitted to parade, drive or perform upon the parks, nor perform any military or other evolutions or movements therein, except by permission of the Committee on Grounds or the President of the Board of Park Commissioners.

§ 11. No fire engine, hook and ladder truck, hose cart or other machine on wheels, commonly used for the extinguishment of fires, shall be allowed on any part of the parks, without the previous consent of the Committee on Grounds or President of the Board of Park Commissioners.

§ 12. No funeral procession or hearse, or other vehicle or person carrying the body of a deceased person, shall be allowed on any part of the park or parkways.

§ 13. No person on foot shall go upon the grass, lawn or turf of the parks or parkways, except when and where the sign "Common" is posted, indicating that persons are at liberty at that time and place to go upon the grass.

§ 14. The drives shall be used only by persons in pleasure carriages or on horseback, the rides only by persons on horseback; animals to be used on either shall be well broken and constantly held

Digitized by Google Original from UNIVERSITY OF MICHIGAN

in such control that they may be easily and quickly turned or stopped. They shall not be allowed to move at a rate of speed which shall be alarming or cause danger; and when any park-keeper or officer connected with the parks shall deem it necessary to safety, good order, or the general convenience, that the speed of an animal shall be checked, or that it should be stopped, or its course altered, and shall so direct, by gesture or otherwise, it shall be the duty of the rider or driver of such animal to follow such direction; and no horse or other beast of burden or draft shall be driven or suffered to stand anywhere except on the drives or rides, or concourse.

§ 15. No person shall play any music, nor offer or expose things for sale, nor post or display any sign, placard, flag, banner, target, transparency, advertisement, or device of business, nor solicit business or fares, nor beg, nor publicly solicit subscriptions, nor tell fortunes, nor play games of chance or with any table or instruments of gaming, nor make any oration or harangue, nor utter loud, threatening, abusive or indecent language, nor do any indecent or obscene act within the parks or parkways.

§ 16. By the term parks as mentioned herein is meant to include the grounds known as "The Park," "The Front," "The Parade," "Prospect Hill Parks," and the several "Circles" and "Places," as designated on the maps.

## CHAPTER II.

### IN RELATION TO ANIMALS RUNNING AT LARGE.

SECTION 1. No quadrupeds except those placed in the park by the Commissioners, and except dogs when controlled by a line of suitable strength, not more than six (6) feet in length, and horses and others used for pleasure travel, shall be driven or conducted into the parks or parkways or allowed to remain therein.

§ 2. Pounds shall be established at such points to be designated by the Committee on Grounds, for the impounding of horses, cattle, sheep, dogs, swine, geese and other animals found trespassing upon the parks, approaches thereto or streets connecting the same

§ 3. All animals named in the next preceding section, found at large on the parks or parkways, may be taken by any person or persons and driven or carried to one of said pounds and may be kept enclosed therein during five (5) days, at the end of which time, if not previously claimed and the amounts hereinafter mentioned paid to the Treasurer of said board, they may be sold at public auction, provided that two days previous notice of the sale thereof shall be conspicuously posted at the pound.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

 

# EXHIBIT 9

2d copy Dept. CH. S.

Mar. 18.

41

# LAWS AND ORDINANCES

GOVERNING THE

# VILLAGE OF HYDE PARK

TOGETHER WITH ITS

## CHARTER AND GENERAL LAWS

AFFECTING MUNICIPAL CORPORATIONS; SPECIAL ORDINANCES AND CHARTERS UNDER WHICH CORPORATIONS HAVE VESTED RIGHTS IN THE VILLAGE. ALSO, SUMMARY OF DECISIONS OF THE SUPREME COURT RELATING TO MUNICIPAL CORPORATIONS, TAXATION AND ASSESSMENTS.

---

PRINTED AND PUBLISHED BY
AUTHORITY OF THE PRESIDENT AND BOARD OF TRUSTEES
OF THE VILLAGE OF HYDE PARK.

---

REVISED AND ARRANGED
BY CONSIDER H. WILLETT,
VILLAGE ATTORNEY.

CHICAGO HISTORICAL SOCIETY

HYDE PARK:
1876.



HAZLITT & REED
PRINTERS
CHICAGO

172 AND 174 CLARK STREET.

FEB 4    1915

§ 2. The bonds authorized to be issued by the act of which this is amendatory and supplemental, may be issued, sold, and the proceeds applied for acquiring said lands, and for any and all purposes in the said act mentioned. Said bonds shall be retired and canceled as fast as the money for that purpose can be obtained, by the collection of the money due upon the special assessment provided for in section seven of the act hereinbefore mentioned, and a sufficient amount of any bonds that may be issued by the city of Chicago under any law now in force or hereinafter enacted, and received by said commissioners, shall be applied to the purpose of retiring the bonds authorized by said act.

§ 3. The ninth section of said act is hereby so amended that the words "during the current year," shall read "during the next succeeding year."

§ 4. That the twelfth section of said act be and the same is hereby amended so as to read as follows: The said commissioners, or either of them, may be removed from office by the judge of the circuit court of Cook county, upon the petition presented to him in term time, or in vacation, by one hundred freeholders of said towns of South Chicago, Hyde Park and Lake, if it shall appear after hearing proof before said judge, that the said commissioners, or either of them, have been guilty of misdemeanor or malfeasance in office under this act; and if the said judge shall remove any one or more of said commissioners from office for any cause before the expiration of their term of office, he is hereby authorized and empowered to fill the vacancy or vacancies thus created by appointing other commissioners in their place, who shall serve during the unexpired terms of the commissioners so removed.

§ 5. The commissioners to be appointed under said act are hereby vested with the same powers and duties as are conferred by said act in relation to lands designated for parks, over all streets running longitudinally along and adjoining any and all of the proposed parks, or strips of land designated in said original act, as are conferred by said act in relation to such parks and strips of land, as may be necessary to improve and keep in repair the same, in connection with the said parks or strips of land without obstructing the fences or other structures, free access to the said streets from existing roads and streets, and by owners of land abutting on the same.

§ 6. The elections held in the towns of South Chicago, Hyde Park and Lake, on the twenty-third day of March, A. D. 1869, under and by virtue of the eighteenth section of the act to which this is an amendment, are hereby legalized and confirmed, and said act shall be held and deemed to have been regularly and legally adopted by the legal voters of said towns, and shall remain in full force and effect, and shall be liberally construed in all courts, with a view to carry out and enforce the intent and meaning of the same.

§ 7. This act is hereby declared a public act, and shall take effect and be in force from and after its passage.

## SOUTH PARK ORDINANCES.

Whereas, by an act of the general assembly of the State of Illinois, entitled an act to provide for the location and maintenance of a park for the towns of South Chicago, Hyde Park and Lake, it is provided as follows, to-wit:

"The said board shall have full and exclusive powers to govern, manage and direct said park; to lay out and regulate the same; to pass ordinances for the regulation and government thereof; to appoint such engineers, surveyors, clerks, and other officers, including a police force, as may be necessary; to define and prescribe their respective duties and authority; to fix the amount of their compensation; and, generally, in regard to said park, they shall possess all the powers and authority now by law conferred upon or possessed by the common council of the city of Chicago, in respect to public squares and places in said city."

*Therefore, be it ordained by the South Park Commissioners as follows:*

§ 1. The said park, which is under the management and direction of the South Park Commissioners, shall be, and the same is hereby designated, as the South Park.

§ 2. No person shall, without the consent of the superintendent, play at ball, cricket, or any other game or play whatever, in said park.

§ 3. No person shall climb or walk upon any wall or fence of said park.

§ 4. Cattle, horses, goats, swine, or other animals, or domestic fowls, shall not be turned into said park, or allowed to run at large therein.

§ 5. No dog or bitch, or domestic fowl, belonging to any officer or employee of said commissioners residing within the limits of said park, shall be permitted to run at large.

§ 6. All persons are forbidden to carry fire arms, or to throw stones or other missiles within said park. All persons are forbidden to cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other construction or property within or upon said park.

§ 7. No person shall converse with, or in any manner hinder those engaged in constructing or repairing said park.

§ 8. No animal shall be driven or ridden in said park, at a rate of speed exceeding eight miles per hour.

§ 9. No vehicle, or horse, or other animal, shall be permitted on the foot walks, the same being assigned exclusively to pedestrians; nor shall any vehicle, or horse or other animal of burden, go or be taken upon any part of said park, except upon the carriage drives and upon such places as are appropriated for carriages at rest.

§ 10. No vehicles or animals shall be permitted to stand upon the drive or carriage roads of said park, or of any part thereof, to the obstruction of the way, or the inconvenience of travel; nor shall any person solicit passengers within said park without consent of the board.

§ 11. No person shall, within said park, expose for sale any article or thing, nor shall any hawking or peddling be allowed therein.

§ 12. No omnibus, wagon, cart, dray, truck, or other vehicle for carrying goods, merchandise, manure, or other articles, except such as are engaged in repairing or constructing said park, shall be allowed to enter the same.

§ 13. No language, abusive, insulting, obscene, or calculated to occasion a breach of the peace, shall be permitted in said park, nor shall persons tell fortunes, play at any game of chance, at any table or instrument, be drunk, or do any indecent acts therein.

§ 14. No person shall bathe or fish, or go or send, or ride any animals into the waters of said park, nor shall any person disturb any fish, fowl or other animals kept therein, or throw or place any article or thing into the waters or upon the grounds thereof.

§ 15. No person shall discharge, or set, or touch off, or enkindle, or operate any manner of fire, or fireworks in the said park.

§ 16. No person shall, in the said park, post or fix any notice or bill; nor shall such be posted or fixed on any tree, fence, or any place therein.

§ 17. No person shall, in the said park, play any musical instrument, nor carry or display any flags, banners, transparencies, or target.

§ 18. No band or company shall be permitted to parade, drill, or perform any movements, evolutions or ceremony in said park without the consent of the park commissioners.

§ 19. No funeral procession, or hearse carrying a deceased body, shall be in the said park permitted.

§ 20. No horse or other animal shall be permitted to go upon any grass or lawn, nor shall any person be permitted to go thereon except where the word "common" shall be posted to indicate the permission so to do.

§ 21. Any member of the South Park police shall have power to arrest, and commit for examination, any person who shall not, when directed, desist from any violation thereof.

§ 22. Any person who shall disobey, or neglect, fail, or refuse to comply with this ordinance, or any section thereof, except when otherwise herein provided, shall, on conviction thereof, pay a fine of not less than *five*, or more than one hundred dollars.

§ 23. The police force of said South Park Commissioners, shall consist of one captain, three sergeants, and such number of policemen as shall from time to time be appointed, and they shall hold their respective offices during the pleasure of the park commissioners. The captain of police shall have the general charge of the police force, subject to such rules and regulations as shall from time to time be established, and it shall be his duty to report to the commissioners, in writing, the delinquency of any member of the police force, and may suspend any such member, until such delinquency shall be acted upon by the commissioners.

§ 24. The several members of the police force, when on duty, shall devote their time and attention to discharge of the duties of their station according to the ordinance, rules, and regulations and directions of the superintendent, and it shall be their duty, to the best of their ability, to preserve order, peace, and quiet, and to enforce the laws and the ordinances of said commissioners, and they shall not engage in conversation with an employée of the park during working hours, except in the line of duty; they shall have power to arrest any persons in the park found in the act of violating any law or ordinance, or abetting and aiding in any such violation, and shall take all such persons so arrested, as follows, to-wit: when the offense is committed in that portion of the park situated in the town of Hyde Park, to some justice or magistrate in Hyde Park; when the offense is committed in that portion of the park situated in the town of Lake, to some justice or magistrate in said town of Lake; and when the offense

is committed in that portion of the park situated in the town of South Chicago, to some justice of the peace in said town of South Chicago.

§ 25. Whoever, in said park, shall resist any member of the police force in the discharge of his duty, or shall in any way interfere with, or hinder or prevent him from discharging his duty, as such member, or shall offer or endeavor to do so; and whoever shall in any manner assist any person in custody of any member of the police force to escape, or attempt to escape, from such custody, or shall rescue, or attempt to rescue, any person in custody, shall be fined not less than five dollars, or more than one hundred dollars.

§ 26. The superintendent, in cases of emergency, is hereby authorized and empowered to appoint special policemen, and such special policemen shall have the same power and authority of regular policemen, provided the appointment of such special policeman shall in no case continue for a period exceeding twenty-four hours.

§ 27. The sergeant of police shall perform the duties of the captain when the latter shall be absent from duty.

§ 28. The police force shall be uniformed as follows: Gray frock coat, pants and vest, and cap with brass buttons, and black cord on leg of the pants.

§ 29. Any person who shall falsely represent or personate any of the members of the police force, or who shall maliciously, with intent to deceive, use or imitate any of the signs, signals, or devices adopted and used by the police department, or shall wear in public the uniform adopted as the police uniform, after having been removed or suspended, shall be subject to a fine of not less than five dollars nor more than one hundred.

§ 30. These ordinances shall take effect and be in force from and after the 19th day of November, 1875.

# EXHIBIT 10

Phoenixville, Pa.--Ordinances, etc.

# A DIGEST

OF THE

# ORDINANCES

OF

## TOWN COUNCIL

OF THE

## BOROUGH OF PHOENIXVILLE

TOGETHER WITH THE ACTS OF ASSEMBLY AND DECREES OF COURT ESPECIALLY RELATING TO PHOENIXVILLE

---

*Originally compiled by P. G. Carey, Esq., Revised by H. P. Waitneight, Esq., 1896, and by Samuel A. Whitaker, Esq., 1906.*

---

PHOENIXVILLE, PA.
"THE DAILY REPUBLICAN" PRINT.
1906

Digitized by Google

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 88 of 828

tered at large in the minute book, and said Council shall proceed to a reconsideration of such ordinance or resolution. If after such reconsideration two-thirds of all the members elected to said Council shall vote to pass such ordinance or resolution it shall become and be of as full force and effect as if said Chief Burgess had signed it; but in such cases the votes of the members of Council shall be determined by the yeas and nays, and the names of the members voting shall be entered on the minutes of said Council: *Provided,* That when the number of Councilmen is less than nine, a majority of Council and one vote more shall be required to pass an ordinance over the veto. If such ordinance or resolution shall not be returned by the Chief Burgess at the next regular meeting of said Council after the same shall have been presented to him, the same shall likewise become and be in as full force and effect as if he had signed it: *Provided,* That before any ordinance shall come into force and effect as aforesaid the same shall be recorded in the Borough ordinance book with the certificate of the secretary and be advertised as heretofore required by law.

To be presented to chief burgess

Veto and passage over

## PARADISE STREET.

Ord. 25 Feb. 1875

1. The width of * * * Paradise street from Nutts avenue to the Borough line * * * shall be * * * forty feet.

Ord. 26 Feb. 1877. § 4

2. Ordained * * * that Paradise street begin at a limestone in Nutts avenue, a corner of lands of Benjamin Moyer and Joseph Rapp, thence south thirty-two and one-half degrees west 508 feet six inches to an iron monument planted to indicate the centre of Pennsylvania avenue, thence the same course 250 feet to the centre of Chester avenue, thence the same course continued 250 feet to the centre of Columbia avenue, thence the same course continued 980 feet six inches to a spike at the Borough line.

## PARK ALLEY.

Ord. 28 Sept. 1874

Dedicated and accepted

1. Ordained, etc., that an alley twenty feet wide 150 feet east of Main street, dedicated by the Phoenix Iron Company to the use of the public, running in a parallel line with Main street from Washington avenue to Second ave-

Digitized by Google

nue, be and the same is hereby accepted and ordered to be marked on the Borough plot.

2. Park alley be and is hereby continued from Third avenue south to Fifth avenue, the centre line of said alley to be 190 feet east of the centre line of Main street, said alley to be twenty feet wide, or ten feet on each side of above described centre line.

Ord. 5 Aug., 1895

Continued

3. The owners of lots or lands bounding on and opposite the sidewalks along * * * both sides of Park alley from Washington avenue to Second avenue * * * are hereby required to put up curbstones at the edge of the sidewalks and to pave and gutter the said sidewalks under the direction of the Borough Surveyor and the Street Committee. * * *

Ord. 3 Aug., 1886

Curb, pave and gutter

[If neglected after thirty days' notice Street Committee to have work done and file lien therefor. See Quick street § 4.]

## PARKS.

1. The following rules and regulations shall be adopted for the government and protection of Reeves Park, in the Borough of Phoenixville:

Ord. 2 July, 1878

SECTION I, PENAL.

1. No person shall enter or leave the park except by such gates or avenues as may be for such purposes arranged.

Rules of Reeves' Park

2. No person shall indulge in any threatening, abusive, insulting or indecent language in the park.

3. No person shall engage in gaming or commit any obscene or indecent act in the park.

4. No person shall carry fire-arms or shoot birds or throw stones or other missiles therein.

5. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf or any of the buildings, seats, fences, lamps or statuary in the park.

6. No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the park.

7. No person shall injure, deface or destroy any notices, rules or regulations posted, or in any other manner permanently fixed for the government of the park.

8. No person shall engage in any play at baseball,

Digitized by Google



cricket, shinny, football or any other games with ball and bat, except croquet, within the limits of the park.

Any person who shall violate any of said rules and regulations shall be guilty of a misdemeanor, and for each and every such offence shall pay the sum of five dollars, to be recovered before the Burgess or either of the Justices of the Peace of the Borough of Phoenixville, which fines shall be paid into the Borough treasury for park purposes.

SECTION 2, LICENSES.

1. No person shall expose any article for sale within the park without permission from the Town Council or its representative.

2. No person or persons shall have any musical, theatrical or other entertainments therein, nor shall any military or other parade or procession take place in the park without permission from the Town Council or its representative.

3. No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the park without permission from Council or its legal representative.

SECTION 3, PROHIBITIONS.

1. No gathering or meeting for political purposes, nor spirituous or malt liquors shall be allowed within the park under any circumstances.

N. B.—And we do hereby earnestly appeal to all peaceable, law-abiding citizens, entreating that in the exercise of their proprietary rights they will diligently co-operate in the enforcement of all lawful measures for the care and preservation of all things pertaining to Reeves Park. It is *your own property;* won't you take care of it?

## PARTY WALLS.

(See CHARTER § 7, VII.; BUILDINGS § 1 TO 4.)

## PAVEMENTS.

(See CHARTER § 7; BUILDINGS § 4, 5; FINES AND PENALTIES § 5, 6, 7, 19, 20.)

**Act 20 April, 1905**

1. All Boroughs are hereby authorized and empowered to direct and require the grading, paving, repaving and repairing of all sidewalks on the streets of the Borough,

Digitized by Google

# EXHIBIT 11

THE

# MUNICIPAL CODE

OF

# CHICAGO:

COMPRISING THE

LAWS OF ILLINOIS RELATING TO THE CITY OF CHICAGO,

AND THE

ORDINANCES OF THE CITY COUNCIL;

CODIFIED AND REVISED

---

BY

EGBERT JAMIESON AND FRANCIS ADAMS.

---

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

CHICAGO:
BEACH, BARNARD & CO., LEGAL PRINTERS.
1881.

Ovd83
C4d
881

person who shall be convicted of any such breach shall be adjudged to pay a fine of not less than three dollars nor more than one hundred dollars.

1683. In every prosecution brought for a violation of any ordinance of the city of Chicago, where the offense charged is one punishable under the laws of the State of Illinois as a misdemeanor, the court or magistrate trying the cause may upon conviction in lieu of the fine imposed by the ordinance or in addition thereto, cause the offender to be imprisoned in the house of correction for a period not exceeding three months.

1684. All the printed books containing the revised ordinances shall be deposited with the city comptroller. He shall deliver one copy thereof to each officer of the city, and to such other persons as the city council may direct.

1685. The mayor shall have power to extend to or reciprocate courtesies of other cities, by presenting to them a copy of the revised ordinances bound at the expense of the city in such manner as to him may seem suitable.

## ARTICLE XLIII.

### *Parks and Public Grounds.*

1686. The several public parks, squares and grounds in the city of Chicago, shall be known and designated by the names applied thereto respectively on the map of the city of Chicago published by J. Van Vechten and Snyder in the year 1877.

1687. It shall be the duty of the commissioner of public works to superintend all inclosed public grounds and keep the fences thereof in repair, the walks in order and the trees properly trimmed and improve the same according to plans approved by the city council. He shall likewise cause printed or written copies of prohibitions of this article to be posted in the said grounds or parks.

1688. No person shall enter or leave any of the public parks of the city of Chicago except by their gateways; no person shall climb or walk upon their walls or fences.

1689. Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of the said parks by any person.

1690. All persons are forbidden to carry firearms or to throw stones or other missiles within any one of the public parks. All persons are forbidden to cut, break or in any way injure or deface

the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property within or upon any of the said parks.

1691.  No person shall converse with or in any way hinder those engaged in their construction.

1692.  No person shall expose any article or thing for sale upon any of said parks, except such person shall have been previously licensed by the commissioner of public works, nor shall any hawking or peddling be allowed therein.

1693.  No threatening, abusive, insulting or indecent language shall be allowed in any part of either of the said parks whereby a breach of the peace may be occasioned.   No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

1694.  In case of any emergency where life or property is endangered, all persons if required so to do by the superintendent or any of his assistants, shall remove from the portion of either of said parks specified by the superintendent or his assistants and remain off the same until permission is given to return.

1695.  The commissioner of public works may direct that any of the entrances to the public parks be closed at any time.

1696.  No person shall bathe or fish in, or go or send or ride any animal in any of the waters of either of the said public parks, nor disturb any of the fish, water fowl or other birds in any of said parks, or any deer, sheep or other animal belonging to and preserved therein, nor throw or place any article or thing in the waters within either of said parks.

1697.  No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within either of said parks nor upon any of the gates or inclosures thereof.

1698.  No person shall without the consent of the commissioner of public works, play upon any musical instrument nor shall any person take into or carry or display in the said public parks any flag, banner, target or transparency.  No military or target company civic or other shall be permitted to parade, drill or perform therein any military or other evolutions or movements.  Nor shall any fire engine, hook and ladder truck, hose cart or other machine on wheels commonly used for the extinguishing of fires be allowed on any part of said parks without the previous consent of the commissioner of public works.

1699. No person other than employes shall light, make or use any fire thereon.

1700. No person shall go upon the grass, lawn or turf of the parks except when and where the word "common" is posted, indicating that persons are at liberty at that time and place to go on the grass.

1701. Any member of the city police shall have power to arrest any person who shall not desist from any violation hereof when directed, and cause him to be committed for examination.

1702. The foregoing sections of this article so far as applicable shall apply to all the public squares of the city of Chicago.

1703. Any person who shall violate any or either of the provisions of this or any section or clause or any provision of any section thereof, or who shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall on conviction pay a fine of not less than five dollars nor more than one hundred dollars.

## ARTICLE XLIV.

### *Pawnbrokers and Loanbrokers or Keepers of Loan Offices.*

1704. The mayor may from time to time grant licenses to such persons as shall produce to him satisfactory evidence of their good character to exercise or carry on the business of a pawnbroker, or of a loanbroker or keeper of a loan office; and no person shall exercise or carry on the business of a pawnbroker, loanbroker or keeper of a loan office without being duly licensed, under the penalty of one hundred dollars for each day he or she shall exercise or carry on said business without such license.

1705. Any person who loans money on deposit or pledge of personal property or other valuable thing, or who deals in the purchasing of personal property or other valuable thing on condition of selling the same back again at a stipulated price, is hereby defined and declared to be a pawnbroker.

1706. Every person receiving such license shall pay therefor the sum of one hundred and fifty dollars for the use of the city.

1707. Every person so licensed shall at the time of receiving such license, enter with two sufficient sureties into a joint and several bond to the city of Chicago in the penalty of five hundred dollars, conditioned for the due observance of all such ordinances of the city council as may be passed or in force respecting pawnbrokers and loanbrokers or keepers of loan offices, at any time during the continuance of such license.

# EXHIBIT 12

23

THE

# REVISED ORDINANCE

OF THE

# CITY OF ST. LOUIS,

TOGETHER WITH

THE CONSTITUTION OF THE UNITED STATES, CONSTITUTION OF THE STATE OF MISSOURI, THE SCHEME FOR THE SEPARATION OF THE GOVERNMENTS OF THE CITY AND COUNTY OF ST. LOUIS, THE CHARTER OF THE CITY, AND A DIGEST OF THE LAWS APPLICABLE TO THE CITY.

9155

M. J. SULLIVAN, Reviser.

ST. LOUIS:
TIMES PRINTING HOUSE, FIFTH AND CHESTNUT.
1881.

Generated on 2023-02-09 22:42 GMT / https://hdl.handle.net/2027/nyp.33433014085702
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

# ARTICLE XI.

## PROTECTION OF BIRDS.

SECTION
1. Disturbance of birds or nests prohibited.
2. Penalty for disturbing same.
3. Throwing stones, wood, &c., prohibited.

SECTION
4. Penalty for throwing same.
5. Protection of all birds, except hawks, &c., intended.
6. Duty of police.

SECTION 1. All persons are forbidden to molest, injure or disturb in any way, any small bird in the city of St. Louis, or the nest, young or brood of any small bird in said city.

Birds, or nests not to be disturbed. Ord. 8436, sec. 1.

SEC. 2. If any person shall willfully injure, molest, take or disturb in any way, any small bird in the city of St. Louis, or the nest, eggs, young or brood of any such small bird, he shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall forfeit and pay to said city not less than five dollars for each bird so by him injured, molested, taken or disturbed, and not less than twenty dollars for each nest of eggs or brood of young of any such small bird in the city of St. Louis, so by him injured, molested taken or disturbed.

Penalty for disturbing birds or nests. Ibid. sec. 2.

SEC. 3. No person shall throw from his hand any fragment of stone, wood, metal or other missile capable of inflicting injury, in any street, alley, walk or park of the city of St. Louis, or use or have in his possession ready for use in any street, alley, walk or park of the city of St. Louis, any sling, cross bow and arrow, air gun or other contrivance for ejecting, discharging or throwing any fragment, bolt, arrow, pellet, or other missile of stone, metal, wood or other substance capable of inflicting injury or annoyance.

Throwing stones, wood, &c., prohibited. Ibid. sec. 3.

SEC. 4. If any person shall throw from his hand, in any alley, street, walk or park of the city of St. Louis, any missile of wood, stone, metal or other substance, or sub-

Penalty. Ibid. sec. 4.

Generated on 2023-02-09 22:41 GMT / https://hdl.handle.net/2027/nyp.33433014085702
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google Original from NEW YORK PUBLIC LIBRARY

stances capable of inflicting injury or annoyance, or use or have in his possession, ready for use in any street, alley, walk or park of the city of St. Louis, any sling, air gun, cross bow and arrow, or other contrivance for ejecting, discharging or throwing any missile, pellet, fragment or bolt of stone, metal, wood or other substance, or substances capable of causing injury or annoyance, he shall be deemed guilty of a misdemeanor, and on conviction thereof, be punished by a fine of not less than one nor more than twenty dollars for each offense.

All birds to be protected, except hawks, &c. Ibid. sec. 5.

SEC. 5. The birds intended to be protected by this article shall be and are defined as all varieties of birds except hawks, vultures and owls.

Duty of police. Ibid. sec. 6.

SEC. 6. It is made the special duty of the police force of the city of St. Louis, to enforce the provisions of this article, and arrest and bring to trial, all offenders against the same; and any member of the police force conniving at any breach of the foregoing provisions, by failing to arrest or report the offender, shall, on conviction thereof, be subject to a fine of not less than five dollars.

Generated on 2023-02-09 22:41 GMT / https://hdl.handle.net/2027/nyp.33433014085702
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

# EXHIBIT 13

From Henry Shaw to
Doct. Asa Gray
Cambridge
April 1884

# TOWER GROVE PARK

— OF THE —

## CITY OF ST. LOUIS.

REVIEW OF ITS ORIGIN AND HISTORY, PLAN OF IMPROVEMENT, ORNAMENTAL FEATURES, ETC.

WITH ILLUSTRATIONS.

PREPARED BY ORDER OF THE BOARD OF COMMISSIONERS.

BY DAVID H. MACADAM.

1883:
R. P. STUDLEY & CO., PRINTERS.
ST. LOUIS, MO.

Digitized by Google

## RULES AND REGULATIONS.

In accordance with the authority conferred by the Act creating Tower Grove Park, the Board of Commissioners have adopted the following rules and regulations:

All persons are forbidden —

1. To enter or leave the park except by the gateways.

2. To climb the fences.

3. To turn cattle, horses, goats or swine into the park or the avenues surrounding the park.

4. To carry firearms or to throw stones or other missiles within it.

5. To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the park;

6. Or to converse with, or in any way hinder, those engaged on the work of the park.

7. A pound is hereby established within the Tower Grove Park for the impounding of horses, cattle, sheep, goats, dogs and swine found trespassing upon said park or the adjacent avenues. All such animals found at large may be taken by any person or persons and driven or carried to the pound, and may be kept enclosed therein during five days, at the end of which time, if not previously claimed, they may be sold at public auction; provided, that, within two days after they shall have been impounded, notice of the sale shall have been conspicuously posted in the pound or vicinity.

Any person claiming property in such impounded animals before the day of sale, may recover the same, after suitable proof of his or her right thereto, upon payment for each animal of the sum of two dollars and the expenses of keeping; the expenses of keeping to be reckoned as follows:

For each horse, dog, or head of neat stock, sixty cents per day;

For each goat, swine, or sheep, twenty-five cents per day.

These charges shall be paid to the chief park keeper of Tower Grove Park, and the money thus collected shall by him be handed over within one week to the comptroller of the board.

If within one month after the sale of any impounded animals their former owner shall appear and claim the same, the treasurer shall, after deducting the full amount of the charges provided for above, pay over to him the proceeds of their sale; otherwise the amount shall be added to the funds of the board.

8. No animal shall travel on any part of the Tower Grove Park, except upon the drive or carriage road, at a rate exceeding six miles per hour. Persons on horseback shall not travel on the drive or equestrian road at a rate exceeding seven miles per hour.

9. No vehicle or riding shall be permitted on the walks, the same being devoted exclusively to pedestrians; nor shall any vehicle, horse, or burden, go

Digitized by Google

upon any part of the park except upon the "drive," and upon such places as are appropriated for carriages at rest.

10. No animal or vehicle shall be permitted to stand upon the "drive" or carriage roads of the park, or any part thereof, to the obstruction of the way or to the inconvenience of travel, nor shall any person upon the park solicit or invite passengers.

11. No hackney coach, carriage, or other vehicle for hire, shall stand upon any part of the park for the purpose of taking in any other passengers or persons than those carried to the park by said coach, carriage, or vehicle, unless invited by the persons having said vehicle.

12. No person shall expose any article or thing for sale upon the park except previously licensed by the Board of Commissioners of Tower Grove Park, nor shall any hawking or peddling be allowed on the park.

13. No omnibus or express wagon, with or without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of Tower Grove Park, or any vehicle carrying more than six persons.

14. No threatening, abusive, insulting or indecent language shall be allowed on the park whereby a breach of the peace may be occasioned.

15. No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do any obscene or indecent act whatever in Tower Grove Park.

16. Tower Grove Park shall be open daily to the public during the months of December, January and February from seven o'clock in the morning until half an hour after sunset in the evening; during the months of March, April, May, June, October, and November, from six in the morning until half an hour after sunset, and during the months of July, August, and September, from five in the morning until half an hour after sunset in the evening.

17. The comptroller or superintendent may direct that the park or any of the entrances to the park be closed at any time, and may, on special occasions, also direct that the park or any portion thereof remain open at other times than those specified.

18. No person other than employees of the Board of Commissioners of Tower Grove Park shall enter or remain in the park except when it is open as above provided.

19. No person, except in the employ of the Board of Commissioners of the Tower Grove Park, shall bring upon the Tower Grove Park any tree, shrub, plant, or flower, nor any newly plucked branch or portion of a tree, shrub, plant, or flower.

20. No person shall fire, discharge or set off in Tower Grove Park any rocket, cracker, torpedo, squib, balloon, snake, chaser, or double-header, nor any fireworks or thing under any other name composed of the same or similar material, or of the same or similar character, as the fireworks above specified, except with consent of Board of Commissioners or comptroller.

21. No person shall place or propel any invalid chairs, perambulators,

Digitized by Google

bicycles or velocipedes upon any portion of the Tower Grove Park except upon the walks.

22.  No person shall post or otherwise affix any bill or notice, in paper or paint, upon any structure or thing within the park, nor upon any of the gates or surrounding avenues.

23.  No person shall without the consent of the comptroller of the park play upon any musical instrument within Tower Grove Park, nor shall any person take into or carry or display in the park any flag, banner, target, or transparency.

24.  No military or target company, or civic or other procession, shall be permitted to parade, drill or perform upon the park any military or other evolutions or movements without the written consent of the comptroller.

25.  No fire-engine, hook or ladder, cart, hose, truck, or other machine on wheels commonly used for the extinguishing of fire, shall be allowed on any part of Tower Grove Park without the previous consent of the comptroller of the park.

26.  No funeral procession or hearse, or other vehicle or person carrying the body of a deceased person, shall be allowed on any part of Tower Grove Park.

27.  No person, except in the employ of the Board of Commissioners of Tower Grove Park, shall light, make or use any fire upon the Tower Grove Park.

Digitized by Google

# EXHIBIT 14

# THE REVISED

# ORDINANCES

OF THE

# CITY OF DANVILLE.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

REVISED AND ARRANGED BY

MANN, CALHOUN & FRAZIER.

DANVILLE, ILL.:
BOWMAN & FREESE, BOOK AND JOB PRINTERS.
1883.

# CHAPTER XIX.

## PARKS.

SECTION.

1. Committee on public grounds, etc. to have charge.
2. Entering Parks, etc.—Climbing on fences.
3. Turning animals into park, etc.
4. Firearms—Shooting—fire works prohibited.
5. Injury to trees, grass, buildings.
6. Selling, hawking, peddling, etc. forbidden.
7. Bathing, fishing, etc. prohibited.

SECTION.

8. Abusive, profane language, etc. prohibited.
9. Gaming, etc. prohibited.
10. Intoxicated persons, indecent or unlawful acts.
11. Fires in parks forbidden.
12. Carriages on turf, etc.— hitching horses to trees, etc.
13. Throwing stones, rubbish, etc. in parks.
14. Posting bills, etc. forbidden.

COMMITTEE ON PUBLIC GROUNDS, ETC., TO HAVE CHARGE OF PARKS.] § 1. It shall be the duty of the committee on Public Grounds and Buildings to superintend all inclosed public grounds or parks in said city, and keep the fences thereof in repair, the walks in order, the trees properly trimmed, and to improve the same according to plans approved by the city council.

PENALTY FOR LEAVING PARK EXCEPT AT GATEWAYS—CLIMBING ON FENCE, ETC.] § 2. Whoever shall enter or leave any of the public parks of this city except by their gateways, or shall walk or climb upon any of the fences inclosing, or in the same, shall be fined not less than one dollar nor more than ten dollars for each offense.

TURNING ANIMALS INTO PARK PROHIBITED.] § 3. Whoever shall turn any cattle, horses, goats, swine or other animals into any park of said city, or permit the same, or any of them, to run therein, shall be fined not less than three dollars, nor more than fifty dollars, for each offense.

FIRE-ARMS AND FIRE-WORKS FORBIDDEN.] § 4. Whoever shall carry any fire-arms into said parks, or shall fire off or discharge the same in, or into said parks, or any of them; or whoever shall shoot, fire or discharge any kind of fire-works therein, shall be fined not less than one dollar nor more than one hundred dollars, for each offense.

INJURY TO TREES, GRASS, BUILDINGS, ETC.] § 5. Whoever shall cut, break or injure in any way any tree, shrub or plant, in any such park; or shall cut, tramp, or injure in any way the turf or grass therein, or shall walk or lie upon the grass at any place where placards are posted directing persons to keep off, or not to walk upon the same; or shall cut, mark, deface or in any way injure any of the buildings, fences, bridges, or other constructions, or property of any kind, in any such park, shall be fined not less than one dollar, nor more than one hundred dollars for each offense.

SELLING, HAWKING OR PEDDLING FORBIDDEN.] § 6. Whoever shall sell, or offer to sell, any article or thing, in any such park, or shall hawk or peddle any article or thing therein, or attempt so to do, shall be fined not less than three dollars, nor more than one hundred dollars.

BATHING—FISHING, ETC., PROHIBITED.] § 7. Whoever shall bathe, fish in, or ride or drive any animal in the waters of any such park, or throw any rubbish or garbage or other thing into any stream or waters of such park, shall be fined not less than three dollars, nor more than ten dollars.

ABUSIVE LANGUAGE, ETC.] § 8. Whoever shall use any threatening, abusive, insulting, profane, or indecent language in any part of any such park, shall be fined not less than three dollars, nor more than one hundred dollars.

GAMING, ETC., PROHIBITED.] § 9. Whoever shall gamble for money or other valuable thing, or anything representing or intended to represent money, or other thing of value, or shall play at any game of chance, or at or with any table, instrument or device of gaming, in any part of any such park, shall be fined not less than five dollars, nor more than two hundred dollars for each offense.

INTOXICATED PERSONS—INDECENT OR UNLAWFUL ACTS.] § 10. Whoever shall be found in any such park in an intoxicated condition, or shall resort to such park for any indecent, or unlawful purpose; or shall be guilty of any indecent, obscene, vulgar, improper or unlawful act while there, shall be fined not less than five dollars, nor more than two hundred dollars.

FIRES IN PARK PROHIBITED.] § 11. Whoever, except employees, or laborers in such park, shall light or make any fire in said parks, shall be fined not less than three dollars, nor more than one hundred dollars.

DRIVING CARRIAGES, ETC., ON TURF—HITCHING HORSES TO TREES.] § 12. Whoever shall drive any carriage or vehicle of any kind, or any horse or other animal upon the grass, lawn or turf, of any such park, or shall hitch a horse to any of the shrubs or trees therein, shall be fined not less than one dollar, nor more than fifty dollars for each offense.

THROWING STONES, RUBBISH, ETC., IN PARKS.] § 13. Whoever shall throw any stones into, or in such parks, or shall throw or place any rubbish or garbage of any kind therein, or shall leave or place any bottle, cans, paper, or scraps of any kind therein, shall be fined not less one dollar, nor more than twenty-five dollars for each offense.

POSTING BILLS, ETC., FORBIDDEN.] § 14. Whoever shall post, or otherwise affix any bills, notice or other paper, upon any fence, tree, bridge, building or other structure therein, shall be fined not less than three dollars.

# EXHIBIT 15

City of Boston.

DEPARTMENT OF PARKS.

---

THIRTEENTH ANNUAL REPORT

OF THE

# BOARD OF COMMISSIONERS

FOR THE

YEAR 1887.

PRINTED FOR THE DEPARTMENT.
1888.

Digitized by Google

## PARK ORDINANCES.

IN BOARD OF PARK COMMISSIONERS, Aug. 20, 1886.

*Voted*, That the following rules, under the title of Ordinances, be adopted for the use and government of the Public Parks. *Provided, however*, that said rules shall not invalidate any pending prosecution or procedure, or any liability of any person for breach of any previous rule.

The Board of Park Commissioners of the City of Boston, by virtue of its authority to make rules for the use and government of the Public Parks of said city, and for breaches of such rules to affix penalties, hereby ordains that within the Public Parks, except with the prior consent of the Board, it is forbidden : —

1. To cut, break, injure, deface, defile or ill use any building, fence, or other construction, or any tree, bush, plant or turf, or any other thing or property.

2. To have possession of any freshly-plucked tree, bush or plant, or portion thereof.

3. To throw stones or other missiles ; to discharge or carry fire-arms, except by members of the Police Force in the discharge of their duties ; to discharge or carry fire-crackers, torpedoes, or fire-works ; to make fires ; to play musical instruments ; to have any intoxicating beverages ; to sell, offer or expose for sale, any goods or wares ; to post or display signs, placards, flags, or advertising devices ; to solicit subscriptions or contributions ; to play games of chance, or have possession of instruments of gambling ; to make orations, harangues or loud outcries ; to enter into political canvassing of any kind ; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act ; to bathe or fish ; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4. To allow cattle, horses, or other animals, to pass over or stray upon the Park lands ; provided that this shall not apply to

those used for pleasure travel when on the ways or places provided and open for the purpose, or to dogs when closely led by a cord or chain not more than six feet long.

5. To drive any wagon, cart, dray, truck or other vehicle for carrying merchandise or other articles, or any hearse or funeral procession.

6. To move in military or civic parades, drills or processions.

7. To play ball or other games or sports, except on grounds provided therefor.

8. To engage in conversation with men at work, or to obstruct, hinder, or embarrass their movements.

9. To refuse to obey the orders or requests of either of the Commissioners, or of the Park Police, or other agents of the Commissioners, and to refuse to assist them when required.

Any person wilfully doing either of the things above forbidden shall be punished by fine not exceeding twenty dollars.

*Voted*, That compliance with the foregoing regulations is a condition of the use of these premises.

*Voted*, That notices in the following form be posted on the Public Parks in addition to the foregoing ordinances and vote.

Pending operations for forming a Public Park on this property, it is open to be used by all persons, in an orderly way, but with due regard to the Ordinances and Regulations hereinafter recited.

All persons entering upon the Park property are hereby warned to avoid newly prepared ground and localities where works are in progress, and to promptly regard all warnings and directions of officers or other agents of the Commissioners.

# EXHIBIT 16

# A DIGEST

OF THE

# LAWS AND ORDINANCES

FOR THE GOVERNMENT OF THE MUNICIPAL CORPORATION OF THE

# CITY OF READING, PENNSYLVANIA,

IN FORCE APRIL 1, 1897.

[PUBLISHED BY AUTHORITY OF THE CITY COUNCILS.]

COMPILED BY LOUIS RICHARDS.

READING, PA.:
EAGLE BOOK PRINT, 542 PENN STREET
1897.

Digitized by Google



COPYRIGHT BY
LOUIS RICHARDS
1897.

THE NEW YORK
PUBLIC LIBRARY
59795
ASTOR, LENOX AND
TILDEN FOUNDATIONS.
1897.

Digitized by Google

be and the same are hereby repealed so far as the same affects this ordinance.

9 March 1891.

7. From and after the passage of this resolution, it shall be the duty of the city clerk to send to the residences of all members of councils, previous to the meetings of councils, printed copies of the calendar and ordinances which are to receive consideration at each meeting.

30 Sept. 1885. J. 1885-86, App. 379.

To furnish calendars, etc., in advance of meetings.

8. From and beginning with the first day of April, A. D. 1894, the compensation to be paid the assistant in city clerk's office shall be and is hereby fixed at eight hundred and forty dollars per annum, payable as the salaries of other officials are payable.

13 Mar. 1894 § 1. J. 1893-94, App. 643.

Salary of assistant.

# City Park.

I. PENN'S COMMON AND COMMON COMMISSIONERS.

1. Public commons dedicated to the public by the title of "Penn's Common."
2. City districted for the election of common commissioners. Qualifications of commissioners.
3. Commissioners to be elected by councils. First election. Succeeding elections. Minority vote. Term. Organization. Election to be valid if held within sixty days after first Monday of September.
4. Vacancies, how filled. Minority representation. Removal of commissioners. Oath.
5. Common to be under control of commissioners. Appropriations by councils.
6. Plan of improvements.
7. Powers of commissioners. To employ superintendent and laborers. To purchase materials. Estimates to be submitted to councils. When mayor to give casting vote. Creation of debts and obligations. Councils to make appropriations therefor. No contracts to be made unless in pursuance of appropriation.
8. Meetings. Rules and Regulations.
9. Employment of police.
10. Interpretation of former ordinance relative to districts for election of commissioners.
11. City clerk to be secretary of board. Salary.
12. Mineral Spring property transferred to common commissioners for park purposes. Proviso.
13. Occupancy by Mount Penn Gravity and City Passenger Railway Companies.
14. Commissioners empowered to acquire driveway to connect with Egelman property. Damages.
15. Right of way granted to Mount Penn Gravity Railroad Company.
16. Conditions.
17. Purpose.
18. Mode of payment of employees of park and water departments. Pay rolls to be certified by superintendent.
19. How warrants to be drawn and moneys disbursed.

II. PARK RULES AND REGULATIONS.

20. Limit of speed. Driving confined to roads. Vehicles of burden. Entrance and exit. Coaches for hire. Threatening language, etc. Gaming and obscenity. Firearms, etc. Disturbance of fish, birds or animals. Fireworks. Placards. Injury to trees, shrubbery, statuary, etc. Dead animals, etc. Animals at large. Impounding and disposition of estrays. Tearing down notices. Leading of horses. Fakirs. Musical entertainments, etc. Parades or funeral processions. Public meetings. Games of sport.
21. Penalty.

## I. "Penn's Common" and Common Commissioners.

1. That the tract of land situated at the head of Penn street, in the city of Reading, commonly known as the "Public Commons," which in a recent suit by the city of Reading against the county of Berks, was adjudged and decreed by the Supreme Court of Pennsylvania to belong to the city of Reading, be laid out, improved and maintained forever as a public common for the health, benefit and enjoyment of the inhabitants of said city, and shall hereafter be known and designated by the name of "Penn's Common."

28 Sept. 1887 § 1. J. 1887-88, App. 312.

Public commons dedicated to the public by the title of "Penn's Common."

2. The city of Reading is hereby divided into four districts for the election of common commissioners in manner following, to wit: That portion of the city lying east of Sixth street and south of Penn street shall compose one district; that portion of the city lying west of Sixth street and south of Penn street shall compose one district; that portion of the city lying west of Sixth street and north of Penn street shall compose one district; and that portion of the city lying east of Sixth street and north of Penn street shall compose one district,[1] which districts shall be numbered one, two, three and

Id. § 2.

City districted for the election of common commissioners.

[1] See *infra* 10.

Digitized by Google

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 118 of 828

law authorizing cities of this commonwealth to acquire by purchase, or otherwise, private property for public park purposes.[1]

2 April 1896.

15. That the Mount Penn Gravity Railroad Company be and is hereby granted the right to occupy a portion of the northeast section of Penn's Common with their railroad and station appurtenances, and also the right to cross the Mineral Spring property of the city of Reading with their railroad track.

7 May 1889 § 1. J. 1889-90, App. 266.

Right of way granted to Mount Penn Gravity R. R. Company.

16. That the right to occupy Penn's Common is granted subject to the control and management of the common commissioners, and the right to cross the Mineral Spring property is granted subject to the control and management of the water commissioners.

Id. § 2.

Conditions.

17. That the rights herein are granted to the said railroad company for the purpose of constructing, maintaining and operating a gravity railroad, and shall continue during the corporate existence of the said company.

Id. § 3.

Purpose.

18. The employees of the water and park departments shall and are hereby directed to be paid semi-monthly, by pay roll, to be approved by the proper departments or committees; said pay roll to contain name of person, kind and time of service, rate per day, amount due, and a receipt to be signed by the person receiving the amount set opposite his name, and shall be prepared and certified by the superintendent of each of said departments to the city clerk and city controller.

5 Feb. 1894 § 2. J. 1893-94, App. 632.

Mode of payment of employees of park and water departments.

Pay rolls to be certified by superintendent.

19. Upon presentation to the city clerk of pay rolls properly certified and approved as beforementioned, the city clerk shall and he is hereby directed to draw warrants as follows: * * * * * * For the park department, "to the order of the superintendent."

Id. § 3.

How warrants to be drawn and moneys disbursed.

Said officials to dispose of the money in the manner indicated on the pay roll, and to be responsible for the proper disbursement of the same.[2]

## II. Park Rules and Regulations.

20. That the following rules and regulations be and are hereby established as the rules and regulations for the government and protection of Penn's Common, viz.:

30 Dec. 1887 § 1. J. 1887-88, App. 339.

(1) No person shall drive or ride in Penn's Common at a rate exceeding seven miles an hour.

Limit of speed.

(2) No one shall ride or drive therein, upon any part of the common, than upon the avenues and roads.

Driving confined to roads.

(3) No vehicle of burden or traffic shall pass through the common.

Vehicles of burden.

(4) No person shall enter or leave the common except by such gates or avenues as may be for such purposes arranged.

Entrance and exit.

(5) No coach or vehicle used for hire shall stand upon any part of the common for the purposes of hire.

Coaches for hire.

(6) No person shall indulge in any threatening, abusive, insulting or indecent language in the common.

Threatening language, etc.

[1] See the ordinance of October 1, 1889 (Jour. 1889-90, App. 294), forever exempting from being paved a triangular piece of ground at the intersection of Centre Avenue, Third and Windsor Streets, 108 feet on Third and 51 feet on Windsor Street, deeded by the owners to citizens of the vicinity for conversion into a park: "*Provided*, That it be sodded and laid out with walks of proper width, and that it be improved and beautified and kept as a park."

[2] By the resolution of May 14, 1889, the common commissioners were requested to see that all persons employed at the park are residents and taxpayers of the city, and to give such as are willing to earn off their taxes preference when they apply for work. Jour. 1889-90, App. 333.



30 Dec. 1887.

Gaming and obscenity. (7) No person shall engage in any gaming, nor commit any obscene or indecent act in the common.

Firearms, etc. (8) No person shall carry firearms, or shoot in the common, or within fifty yards thereof, or throw stones or other missiles therein.

Disturbance of fish, birds or animals. Fireworks. Placards. (9) No person shall disturb the fish or water fowl in the pool or pond, or birds in any part of the common, or annoy, strike, injure, maim or kill any animal kept by direction of the commissioners, either running at large or confined in a close, nor discharge any fireworks, nor affix any bills or notices therein.

Injury to trees, shrubbery, statuary, etc. (10) No person shall cut, break, or in any wise injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges, structures or statuary, or foul any fountains or springs within the common.

Dead animals, etc. (11) No person shall throw any dead animal or offensive matter or substance of any kind within the boundaries of Penn's Common.

Animals at large. Impounding and disposition of estrays. (12) No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the common. Nor shall they be permitted in or around the common, unless accompanied by the owner; and whether accompanied by the owner or not, if any of said animals are found running at large in and about the said common, it shall be lawful for, and the park watchman or any of his assistants shall have full power and authority to impound them, or any of them, and if the said animals or any of them are not called for by their respective owners within forty-eight hours after the impounding of the same, it shall be lawful for the city authorities to sell and dispose of the said animals or kill the same.[1]

Tearing down notices. (13) No person shall injure, deface or destroy any notices, rules or regulations for the government of the common, posted or in any other manner permanently fixed by order or permission of the commissioners of Penn's Common, within the limits of the same.

Leading of horses. (14) No person shall be permitted to bring or lead horses within the limits of Penn's Common, or a horse that is not harnessed and attached to a vehicle, or mounted by an equestrian.

Fakirs. (15) No person shall expose any article for sale within the common, without the previous license of the commissioners.

Musical entertainments, etc. Parades or funeral processions. (16) No person shall have any musical, theatrical or other entertainment therein, nor shall any military or other parade or procession, or funeral, take place in or pass through the limits of the common, without the license of the common commissioners.

Public meetings. (17) No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the common without the previous permission of the commissioners.

Games of sport. (18) No person shall engage in any play at base ball, cricket, shinney, foot ball, croquet, or at any other games with ball and bat, nor shall [any] foot race or horse race be permitted within the limits of the common, except on such grounds only as shall be specially designated for such purpose.

[1] This rule amended as above by ordinance of June 26, 1895, Jour. 1895-96, App. 549.

Digitized by Google

21. Any person who shall violate any of said rules and regulations shall be guilty of a misdemeanor, and for each and every such offence shall pay the sum of five dollars, to be recovered before any alderman of the city of Reading, with costs, together with judgment of imprisonment not exceeding thirty days, if the amount of said judgment and costs shall not be paid, which fines shall be paid into the city treasury for common purposes.[1]

30 Dec. 1887 § 2. Penalty.

[1] These rules are supplemented by a series of additional regulations adopted by the board of park commissioners, June 14, 1895, prescribing the duties of the superintendent, gardener and park police.

# Clerks of Councils.

1. Election of clerk of select council.
2. Term.
3. Duties.
4. Salary.
5. Repeal.
6. Duties of clerk of common council.

1. That the office of clerk of select council be and the same is hereby established. Said clerk of select council to be elected on the day fixed for the organization of council, or as soon thereafter as practicable; a majority of the votes cast shall be necessary for an election.

9 Mar. 1891 § 1. J. 1890-91, App. 352. Election of clerk of select council.

2. The term of office of the said clerk shall be one year, or until his successor shall have been duly elected and qualified.

Id. § 2. Term.

3. That it shall be the duty of the said clerk to keep a regular and accurate journal of the acts and proceedings of the said branch and prepare the same for printing, together with a calendar of unfinished business at each stated meeting; he shall also act as clerk of councils in joint convention.

Id. § 3. Duties.

4. That the salary of the clerk of select council shall be three hundred dollars per annum, payable as the salaries of other city officials are payable.[1]

Id. § 4. Salary.

5. That the ordinance, entitled "An ordinance defining the duties and fixing the bond and salary of the clerk of select council," approved by the mayor December 24th, 1875, and any other ordinance or ordinances, or part of ordinance or ordinances conflicting with the provisions of this ordinance, be and the same are hereby repealed so far as the same affects this ordinance.

Id. § 5. Repeal.

6. It shall be the duty of the clerk of the common council to keep a regular and accurate journal of the proceedings of said branch and prepare the same for printing, together with a calendar of unfinished business at each stated meeting.[2]

31 Dec. 1875 § 1. J. 1875-76, App. 247. Duties of clerk of common council.

[1] By Section 4 of the act of March 21, 1865, creating the Reading Water Board (*ante*, p. 186), the clerk of select council is *ex-officio* secretary of that body. His annual salary in that capacity is three hundred and sixty dollars.

[2] The annual salary of the clerk of common council remains at two hundred and fifty dollars, as fixed by the salary ordinance of February 17, 1877, (Jour. 1876-77, App. 183), those of all other officers therein named having been changed by subsequent legislation.

Digitized by Google

# EXHIBIT 17

# ANNUAL REPORTS

OF THE

# CITY OFFICERS AND CITY BOARDS

OF THE

# CITY OF SAINT PAUL,

## FOR THE FISCAL YEAR ENDING DECEMBER 31, 1888.

GLOBE JOB OFFICE.
D. RAMALEY & SON, PRINTERS.
1889.

Digitized by Google

# INDEX TO REPORTS.

|  | PAGE. |
|---|---|
| City Comptroller's Report | 1 |
| City Treasurer's Report | 195 |
| City Clerk's Report | 217 |
| Chief of Police's Report | 223 |
| Police Patrol Telegraph, Report of | 239 |
| Board of Fire Commissioners, Report of | 245 |
| Chief Engineer's Report | 281 |
| Superintendent of Fire Alarm Telegraph, Report of | 298 |
| Veterinary Surgeon's Report | 303 |
| Board of Water Commissioners, Report of | 307 |
| Secretary's Report | 313 |
| Superintendent's Report | 340 |
| Engineer's Report | 393 |
| Attorney's Report | 394 |
| Treasurer's Report | 395 |
| Commissioner of Health's Report | 401 |
| Building Inspector's Report | 427 |
| St. Paul Work House, Report of | 483 |
| Board of Control, Report of | 503 |
| City and County Physician's Report | 515 |
| Board of Public Works, Report of | 531 |
| City Engineer's Report | 549 |
| Assistant Engineer's Report (Sewers and Sidewalks) | 558 |
| Assistant Engineer's Report (Office Work) | 565 |
| Assistant Engineer's Report (Bridges) | 578 |
| Board of Education, Report of | 587 |
| Superintendent of School's Report | 605 |
| Treasurer's Report | 609 |
| Comptroller's Report | 611 |
| Board of Park Commissioners, Report of | 671 |
| Superintendent of Parks, Report of | 585 |
| Appendix | 690 |
| Addresses by H. W. S. Cleveland | 690 |
| Laws Relating to Parks | 698 |
| Flora of Como Park | 707 |
| Municipal Court, Report of | 731 |
| Corporation Attorney's Report | 737 |
| Public Library, Report of | 769 |

Digitized by Google

# REPORT OF SUPERINTENDENT OF PARKS.

*William A. Van Slyke, President of the Board of Park Commissioners:*

SIR: The following report for the year ending February 28, 1889, is respectfully submitted:

Improvements during the year were confined to Como Park, for which the state legislature two years ago made provision by authorizing the issuance of bonds to the extent of $25,000 for the two years.

All the smaller public parks and squares are still cared for by the Council Committee on Parks, and not by the Board of Park Commissioners. At Como the improvements in progress during the previous year were by reason of intense cold and deep snow, suspended on the 6th of January, 1888, and not resumed till the 14th day of the following March.

Inmates of the city work house, which is temporarily located on the southwest forty acres of Como Park, re-opened the gravelly ridges near the west shore of the lake, and with the aid of hired teams, filled and reclaimed about two acres of unsightly low ground that was formerly a part of the lake, but lately became exposed as the lake water receded.

By cutting back the gravelly ridge, more width was made for the shore drive, while the additional ground obtained by the filling from the ridge was specially desirable in that vicinity, it being near the principal park entrance, where space for important planting was needed.

As soon as frost had left the ground the working force was increased by hired laborers and more teams.

The several drives that had been partly graded the year before, were completed, and a connecting drive was made across the field opposite the work-house. A carriage concourse 160 feet in diameter, on the highest point in the park and commanding extensive views in different directions, was graded and surfaced.

Loam and soil for surfacing the borders of the drives and the spaces graded, were taken from the field opposite the work house, and a small portion of that field was graded, but no attempt was made at extensive lawn grading.

In some previous year a gravel pit had been opened near the northwest corner of the park, for material to repair county roads. Upon examination the quality of this gravel was found good for surfacing park drives, and considerable quantity was made use of for that purpose in the latter part of 1887.

This work of surfacing the drives was resumed as early in the season of 1888 as the condition of the roads would admit, and was extended over all the drives that had been graded. An iron road roller weighing 3,000 pounds, about three feet in length and made of three similar sections or short drums, mounted loosely on a revolving shaft, was kept continuously at work, compacting first the road bed and then the gravel surfacing.

Digitized by Google

## RULES AND REGULATIONS OF THE PUBLIC PARKS AND GROUNDS OF THE CITY OF SAINT PAUL.

1. No person shall drive or ride in any Park in the City of Saint Paul at a rate exceeding seven (7) miles per hour.

2. No person shall ride or drive upon any other part of any Park than the avenues and roads.

3. No coach or vehicle used for hire shall stand upon any part of any Park for the purpose of hire, unless licensed by the Board of Park Commissioners.

4. No person shall indulge in any threatening or abusive, insulting or indecent language in any Park.

5. No person shall engage in any gaming nor commit any obscene or indecent act in any Park.

6. No person shall carry firearms or shoot birds in any Park or within fifty yards thereof, or throw stones or other missiles therein.

7. No person shall disturb the fish or water fowl in any pool or pond or birds in any part of any Park, or annoy, strike, injure, maim or kill any animal kept by direction of the Board of Park Commissioners, either running at large or confined in a close; nor discharge any fireworks, nor affix any bills or notices therein.

8. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, structures or statuary, or foul any fountain, well or spring within any Park.

9. No person shall throw any dead animal or offensive matter, or substance of any kind into any lake, stream or pool, within the limits of any Park.

10. No person shall go in to bathe within the limits of any Park.

11. No person shall turn cattle, goats, swine, horses, dogs or other animals loose in any Park, nor shall any animals be permitted to run at large therein.

12. No person shall injure, deface or destroy any notices, rules or regulations for the government of any Park, posted or in any other way fixed by order or permission of the Board of Park Commissioners within the limits of any Park.

13. Complaints against any employe of any Park may be made at the office of the Superintendent of Parks.

14 No person shall use any Park drive for business purposes, or for the transportation of farm products, dirt or any like material, or for the passage of teams employed for such purposes.

Any person who shall violate any of the foregoing rules and regulations shall be guilty of a misdemeanor, and for each and every offense shall be fined not less than the sum of Five Dollars ($5), nor more than Fifty Dollars ($50), which sum shall be paid into the city treasury for park purposes.

JOHN D. ESTABROOK,
Superintendent.

Digitized by Google

# APPENDIX.

## ADDRESS DELIVERED BY H. W. S. CLEVELAND, ESQ., TO BOARD OF PARK COMMISSIONERS FOR IMPROVEMENT OF VACANT SQUARES IN THE CITY, OCTOBER 13, 1888.

*Mr. President and Gentlemen of the Park Commission:*

I have made a cursory examination of some of the vacant spaces within the city limits which have been reserved for ornamental improvement, as well as some smaller tracts, which, though not available as places of recreation, are susceptible by judicious treatment of adding greatly to the beauty and attractive interest of the general aspect of the city. I am not prepared to give any detailed plan of arrangements for any particular point, but it has occurred to me that a general statement of the object in view and the principles to be observed in its attainment could not fail to possess interest and facilitate the progress of the future work.

The present system of arrangement of the small parks and public squares in almost every city involves an incongruity which is obviously the result of a want of due consideration of the object of their creation. A moment's consideration of the circumstances of their existence will make my meaning clear. Suppose the case of a single block in a densely peopled quarter reserved as a park. The area it comprises is of enormous value, which might at any moment be realized by placing it on the market. That value, then, is the price we pay for its preservation as a place of recreation and rest—a refreshing change from the endless piles of brick and stone, where the weary worker may be cheered by the sight of trees and grass and flowers, where women and children may find refuge from the din and turmoil on the streets and escape the rushing crowds for a little quiet enjoyment of the beauty of nature. From our proverbial character as a race who are very careful to get their money's worth in a bargain, it might be supposed we should see to it that in paying such a price for a place of rest we should be very exacting in our demand that it should be adapted to its object and so arranged as to offer every possible facility for relief and refreshment by contrast with its surroundings. But what in reality do we see. Almost without exception the arrangement would seem to indicate that the primary object for which all that area is kept open is to afford a short cut across for those who would otherwise be obliged to go round the outside of the square. Two paths cross it diagonally, sometimes with an effort at some kind of artificial decoration in a circular space at the point where the paths intersect each other. Every pedestrian who is hurrying to and from his business avails himself of the opportunity afforded to thus save time and steps. The paths become simply thoroughfares for the rushing

Digitized by Google



# EXHIBIT 18

[PUBLISHED BY AUTHORITY.]

# THE REVISED ORDINANCES

OF

# SALT LAKE CITY,

M

Ordinances, etc.

WITH THE

## CITY CHARTER AND AMENDMENTS THERETO.

FEBRUARY 14, 1888.

SALT LAKE CITY, UTAH:
PRINTED BY THE STAR PRINTING COMPANY.
1888.

# CHAPTER XXVII.

## OF LIBERTY PARK.

1. Mayor to control Park and appoint Keepers. Keepers given police powers.
2. When gates to be closed.
3. Drays, trucks, etc., not to travel upon drives.
4. Rate of speed. Racing prohibited.
5. Vending in Park prohibited.
6. Injuring property. Disturbance. Animals trespassing, etc. Firearms.
7. Rule in meeting vehicles.
8. Associations, etc., to get permit.
9. Penalty.

SECTION 1. The Mayor shall have the control and charge of Liberty Park, and shall have power to appoint one or more Park Keepers, whose duties shall be to have charge of the Park, under the Mayor's direction, and to see that the provisions of this chapter are carried into effect; and for that purpose they are hereby given police powers and authorized to arrest any person violating any of the provisions of this chapter.

Mayor to control Park and appoint Keepers.

Keepers given police powers.

SEC. 2. All the gates of Liberty Park shall be closed at nine o'clock each evening; and all travel on the roads of said Park, or other use of the grounds between nine o'clock P. M. and five o'clock A. M., shall be unlawful except by permission of the Mayor.

When gates to be closed.

SEC. 3. No dray, truck, wagon, cart or other vehicle carrying, or if not carrying, employed regularly in carrying goods, merchandise, manure, soil or other article of commerce or trade, shall be allowed to travel upon the drives of said Park.

Drays, trucks, etc., not to travel upon drives.

SEC. 4 All persons are hereby prohibited from riding or driving upon the roads within said

Rate of speed.

Park at a rate of speed exceeding eight miles per hour, and it shall be unlawful for two or more persons to engage in racing with animals in said Park except by consent of the Keeper thereof.

Racing prohibited.

Vending in Park prohibited.

SEC. 5. No person shall vend or sell, or offer to vend or sell any article or thing whatever within said Park without the consent of the City Council.

Injuring property.

Disturbance.

Animals trespassing, etc.

Firearms.

SEC. 6. No person shall, within Liberty Park, cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, fences or property of any kind; or indulge in noisy, boisterous, riotous, or indecent behavior, or use any boisterous or offensive language; or, except authorized by the Mayor: 1—Let loose any cattle, horses, goats, sheep or swine. 2—Drive a herd of said animals through the grounds. 3—Carry or discharge firearms. 4—Camp, lodge or tarry over night. 5—Ride or drive any horse or other animal, with or without vehicle, elsewhere than on the roads or drives for such purposes provided. 6—Catch or kill any birds or fish of any kind.

Rule in meeting vehicles.

SEC. 7. All persons in riding or driving in said Park, when meeting other animals or vehicles, shall pass to the right.

Associations, etc., to get permit.

SEC. 8. When any company or association of persons exceeding fifty in number desire to resort to the Park for any lawful purpose, they, or one representing them, shall first get the permission of the Mayor.

Penalty.

SEC. 9. Any person violating any of the provisions of this chapter shall, upon conviction, be liable to a fine of not to exceed fifty dollars.

# EXHIBIT 19

CITY OF TRENTON,

NEW JERSEY.

# CHARTER AND ORDINANCES;

ALSO CERTAIN

ACTS OF THE LEGISLATURE RELATING

TO MUNICIPAL DEPARTMENTS,

AND

A TABLE OF CASES CITED IN THE FOOT NOTES.

Revised, Compiled and Published

BY ORDER OF THE COMMON COUNCIL.

TRENTON, N. J.:
THE JOHN L. MURPHY PUBLISHING CO., PRINTERS.
1903.

Digitized by Google

to the amount to be raised by taxes in said city; and said portion of the principal so raised shall be paid yearly to the sinking fund commission of the city of Trenton, to be used exclusively for the liquidation of said bonds; *provided, however,* that whenever the amount of moneys in the hands of said commission shall be sufficient for the redemption of said bonds, no further sums shall be raised by taxation.

When to take effect.

9. That this ordinance shall take effect immediately.

**An Ordinance providing for the government and protection of public parks and squares of the city of Trenton.**

Vol. 6, p. 181.

Approved June 26th, 1890.

*The Inhabitants of the City of Trenton do ordain:*

Rate of speed for driving or riding.

1. No one shall drive or ride in Cadwalader park at a rate exceeding seven miles an hour.

Driving, where allowed.

2. No one shall ride or drive in or upon any of the public squares of this city or upon any other part of said park than upon its avenues and roads.

What vehicles not allowed in park.

3. No vehicle of burden or traffic shall pass through said park.

How persons shall enter.

4. No person shall enter or leave said park or squares except by such gates or avenues as may be for such purpose arranged.

Wagons not to stand in park for hire.

5. No coach or vehicle used for hire shall stand upon any part of said park for the purpose of hire.

No threatening language to be used.

6. No person shall indulge in any threatening, abusive, insulting or indecent language in said park or squares.

No obscene act to be permitted.

7. No person shall engage in any gaming nor commit any obscene or indecent act in the said park or squares.

No person to carry firearms.

8. No person shall carry firearms or shoot birds in said park or squares, or within fifty yards thereof, or throw stones or other missiles therein.

No person to annoy any of the animals.

9. No person shall disturb the fish or water fowl in the pools, ponds or other waters, or birds in any part of said park or squares, or annoy, strike, injure, maim or kill any animal kept by direction of common council or the park committee thereof, either running at large or confined in a close, nor discharge any fireworks nor affix any bills therein.

Not to deface trees or buildings.

10. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf, or any of the

Digitized by Google

outbuildings, fences, bridges, structures or statuary, or foul any fountains or springs within said park or squares.

Not to throw any offensive matter in water.

11. No person shall throw any dead animal or offensive matter or substance of any kind into any pool, pond or other waters within the boundaries of said park or squares.

Bathing prohibited.

12. No person shall go into bathe within said park.

No animals to go loose in park.

13. No person shall turn cattle, goats, swine, horses, dogs or other animals loose in said park or squares.

Notices not to be defaced.

14. No person shall injure, deface or destroy any notices, rules or regulations for the government of the said park or squares, posted or in any other way permanently fixed by order or permission of the common council or the park committtee thereof, within the limits of the same.

Penalty.

15. That for each and every violation of any of the foregoing provisions of this ordinance the person or persons so violating shall forfeit and pay a fine of ten dollars, to be enforced and collected according to law.

**An Ordinance to name the Five Points "Monument Park."**

*The Inhabitants of the City of Trenton do ordain:*

Ordinance of June 28th, 1898, Sec. 1, Vol. 6, p. 411.

1. That, the locality commonly known as the Five Points, being that portion of the city bounded and described by Pennington avenue on the north, Broad street on the east, the southerly line of the lands recently purchased by the city of Trenton for a public park, by an ordinance passed common council February twenty-first, one thousand eight hundred and ninety-three, entitled "An ordinance to authorize the purchase of lands for the purposes of a public park," on the south, and the line of North Warren street, on the west, shall be hereby designated and known as "Monument Park."

*Ib.*, § 2.

2. That all ordinances or parts of ordinances inconsistent herewith, be and the same are hereby repealed.



# EXHIBIT 20

THE MUNICIPAL CODE

OF

# BERLIN

COMPRISING THE

# CHARTER

AND THE

# GENERAL ORDINANCES

OF THE CITY

## CODIFIED AND REVISED.

---

PUBLISHED BY AUTHORITY OF THE
COMMON COUNCIL

**COURANT STEAM PRINT,**
**BERLIN WIS.**
1890.

Dup
5/15/30
HD

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

hundred feet of any building, and no person shall build any fire upon any lot or on any street and leave the same uncared for, under a penalty of three dollars for each offense.

SEC. 256. No pipe of any stove shall be put up in any house or other building in this City unless it is conducted into a chimney made of brick or stone, without first obtaining consent of the Fire Warden of the district in which said building is situated, nor shall any person at at any time set fire to any chimney for the purpose of cleaning the same, without first obtaining the consent of the said Fire Warden And it shall not be lawful to conduct any stovepipe through any partition, floor or wood-work of any building unless the same is securely fixedwith stone or brick-work, or in place thereof a tin or earthen tube or safe, so called, or other metallic fixture; and any person offending against any provision of this section shall forfeit as a penalty the sum of three dollars, and the further penalty of three dollars for every twenty-four hours that the violation shall continue after having been notified by the Fire Warden of the proper district to discontinue such violation.

SEC. 257. Every chimney hereafter erected within the limits of the City of Berlin shall be plastered on the inside with lime and sand morter at the time it is erected, under a penalty of twenty-five dollars. to be collected either of the person or persons for whom such chimney is built, or of the person or persons erecting the same.

ARTICLE VII.—FIRE ARMS, FIRE WORKS AND CANNONS.

SECTION 258. Any person who shall fire or discharge any gun, pistol, fowling piece, or other fire arm, within the limits of the City of Berlin except in the necessary defense of his person or property, shall pay a fine of not less than one dollar, nor more than ten dollars for each offense.

SEC. 259. Any person who shall sell, loan or furnish to any minor, any gun, pistol, fowling piece or other firearm within this City, shall pay a fine of not less than five dollars, nor more than twenty-five dollars for each such offense.

SEC. 260. Any person who shall fire, discharge or set off within the limits of the City of Berlin, any rocket, cracker, torpedo, squib or other fire works or thing containing any substance of explosive nature, shall pay a fine of not less than one dollar nor more than ten dollars for each such offense. Provided that the Mayor may by proclamation permit the use of fire works on the Fourth day of July and on such other days as he may deem proper.

SEC. 261. Any person who shall discharge, or fire off any cannon, or piece of artillery in any street, or avenue, alley, park or place,

Digitized by INTERNET ARCHIVE
Original from UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

within the corporate limits of this City, without a written permission from the Mayor, shall pay a fine of not less than ten dollars, nor more than thirty dollars for each such offense.

ARTICLE VIII.—PARKS AND PUBLIC GROUNDS.

SECTION 262. Neither cattle, horses, goats, or swine or other animals shall be turned by any person into any of the parks of this City.

SEC. 263. All persons are forbidden to carry fire arms, or to throw stones or other missils within anyone of the public parks o. this City. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any building, fences, monuments or other constructions or property, within or upon, any of the parks of this City.

SEC. 264. No person shall expose any article for sale upon any of the said parks nor shall any hawking or peddling be permitted therein.

SEC. 265. No threatening, abusive, insulting or indecent language shall be allowed in any part of either of the said parks whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes, or play any game of chance at or with any table or instrument of gaming, nor to do any obscene or indecent act therein.

SEC. 266. No person other than employers shall light, make or use any fire therein.

SEC. 267. Any person who shall violate any, or either of the provisions of this article or any section or clause, or any provision of any section thereof, or who shall neglect, or fail, or refuse to comply with any or either of the requirements thereof, shall on conviction pay a fine of not less than five dollars nor more than thirty dollars.

ARTICLE IX.—STREETS.

SEC. 268. No person shall injure or tear up any pavement, side or cross walk, or any part thereof, dig any hole, ditch or drain in, or dig or remove any sod, stone, earth, sand or gravel from any street, alley, or public ground in the City of Berlin, without having first obtained permission from the Common Council, or unless done under lawful authority from the City of Berlin, under the penalty for each offense of not less than five dollars nor more than fifty dollars.

SEC. 269. Any person, company or corporation, who shall incumber or obstruct, or cause to be encumbered or obstructed any street, alley, public landing or other public place in said City, by placing therein or thereon, any building materials, or any article or thing whatsoever, without having first obtained written permission from the Mayor, shall be subject to a penalty of not less than five dollars, nor more than fifty dollars for each offense and further penalty of one dollar for each day such incumbrance or obstruction shall continue.

Digitized by INTERNET ARCHIVE
Original from UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

SEC. 270. The streets, alleys and sidewalks in the City of Berlin shall be kept free and clear from all obstructions, incumbrances and encroachments for the use of the public, and snall not be used or occupied in any other way than is provided in this article.

SEC. 271. The Mayor is hereby authorized to order any article or thing whatsoever which may incumber any street, alley, public landing wharf or pier, within said City to be removed, if such article or thing shall not be removed within six hours after notice to the owner or person in charge thereof to remove the same, or if the owner can not be found for the purpose of such notice, he shall cause the same to be removed to some suitable place, to be designated by the Mayor; and the owner of any article so removed, shall forfeit and pay a fine of not less than one dollar nor more than ten dollars for each such offense.

SEC. 272. No wagon, sleigh, sled, carriage, railway carriage, or vehicle of any kind or description, or any part of the same, without horses or other beasts of burden, shall be permitted to remain or stand, in any improved street in this City for more than one hour, except for the purpose of being repaired, and then only in front of the premises of the person so repairing, and within ten feet of the curbing or sidewalk. Any person who shall violate any provision of this section shall pay a fine of not more than ten dollars nor less than five dollars for each offense.

SEC. 273. Any person who shall erect or place any building, in whole, or in part, upon any street, alley, sidewalk or other public ground, within this City, shall pay a fine of not less than five dollars nor more than fifty dollars for each such offense, and all such buildings or parts of buildngs so erected or placed upon any street, alley, sidewalk or public ground are hereby declared to be a nuisance.

SEC. 274. Whenever, from any cause, any street or alley in this City shall be obstructed from a press of teams attached to vehicles loaded or otherwise, the Mayor, any Alderman, or Police officer, may give such directions in regard to removal of such vehicles or teams as in the opinion of such officer may be required by the public convenience. And any person or persons refusing to obey such directions shall pay a fine of not less than one dollar nor more than ten dollars for each such offense.

SEC. 275. Any contractor, or other person or persons causing any cart, wagon or other vehicle to be loaded and heaped up with manure, sand, earth, mud, clay, stones or rubbish, so that the contents, or any part thereof, shall be scattered in any street, avenue or other public place in the City, shall pay a fine of not less than one dollar nor more than five dollars for each offense.

Digitized by INTERNET ARCHIVE

Original from UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

# EXHIBIT 21

# A DIGEST

OF THE

# Laws and Ordinances

FOR THE GOVERNMENT OF THE MUNICIPAL CORPORATION OF THE

CITY OF WILLIAMSPORT, PENNSYLVANIA, Ordinances, etc.

IN FORCE AUGUST 1, 1900.

PUBLISHED BY AUTHORITY OF THE CITY COUNCILS

IN THREE PARTS

By LOUIS RICHARDS and WILLIAM D. CROCKER, Esqs.

NEWARK, N. J.
SONEY & SAGE
1900



CC
Williamsport
3
1900

Copyright, 1900, by SONEY & SAGE.

Presented by
the Williamsport Mayor

# PART III.

---

## Ordinances and Resolutions

OF THE BOROUGH AND CITY OF

WILLIAMSPORT, PA.

Comp. by W. D. Crocker.

# Brandon Park.

I. ACCEPTANCE OF—1-6.
II. RULES AND REGULATIONS—7-9.

## I. Acceptance Of.

Ord. 358 C. C., March 20, 1889. O. B. 2, p. 332. Preamble.

1. Whereas, A. Boyd Cummings, of the city of Philadelphia, has executed a deed of conveyance to the city of Williamsport for forty-three acres and thirty-nine perches of land situate in the Eighth ward of the city in trust for the purpose of a park for public uses, and to be known as "Brandon Park," and has placed said deed of conveyance in the hands of his counsel, Allen & Reading, for delivery to the city upon the passage by the councils of an ordinance accepting such conveyance and appointing a commission, and providing for the improvement, regulation and government of said park; therefore,

Id. § 1. Deed accepted.

2. That the deed of conveyance from the said A. Boyd Cummings to the city of Williamsport, in trust, of forty-three acres and thirty-nine perches of land situate in the Eighth ward of the said city for the purpose only of an open space or park for the use of the public forever, and to be called and known as Brandon Park, be and the same is hereby accepted by the city of Williamsport in accordance with the terms of said conveyance as will fully appear by the deed of conveyance for said lands bearing date the twenty-first day of February in the year of our Lord one thousand eight hundred and eighty-nine.

Id. § 2. Commissioners appointed. Duties of commissioners.

3. That Robert P. Allen, Hugh H. Cummin, Lindsey Mahaffey, Oliver H. Reighard, J. Artley Beeber, Robert Neilson and the mayor of the city of Williamsport be and they are hereby appointed park commissioners to serve during good behavior without compensation, whose duty it shall be to prepare and report to councils a plan for the improvement, regulation and government of said Brandon Park, and to supervise the work of improvement of said park, and expend the moneys which may be appropriated from time to time by the city for such improvements, and of which said commission shall make report at least once in every year as to the progress of the improvements upon said park and the condition of the same to the city councils.

Id. § 3. Exhibitions, etc., prohibited.

4. That no circuses, menageries, athletic games for exhibition, or any other kind of public exhibition shall ever be allowed upon said park.

Id. § 4. Vacancies, how filled.

5. That the mayor of the city of Williamsport by and with the consent of the majority of the select council shall have authority to fill, upon the nomination only of the surviving members of the commission, all vacancies in said park com-

mission which may be occasioned by death, resignation or otherwise.

Id. § 5.

Pledge.

6. That the faith of the city of Williamsport be and the same is hereby pledged to the performance on the part of said city of the terms of the acceptance from the said A. Boyd Cummings of the conveyance of said Brandon Park in accordance with the foregoing ordinance.

Ord. 404 C. C., June 18, 1890, § 1. O. B. 2, p. 393.

### II. Rules and Regulations.

Regulations.

7. The following rules and regulations be and are hereby established as the rules and regulations for the government and protection of Brandon Park, viz.:

Driving regulated.

(1.) No person shall drive or ride in Brandon Park at a rate exceeding seven miles an hour.

(2.) No person shall ride or drive upon any part of the park, except on the avenues and roads.

Vehicles for traffic prohibited.

(3.) No vehicle of burden or traffic shall be permitted within said park, except when employed in the business of the park.

Bicycles in park.

(4.) No bicycles, tricycles or other vehicles of a similar nature, shall be driven at a greater speed than seven miles per hour in the park.

Law of road.

(5.) When carriages, bicycles, tricycles or equestrians meet, the parties respectively shall keep to the right as the law of the road.

Entrance and exit.

(6.) No person shall enter or leave the park except by such gates or avenues as may be for such purposes arranged.

Led horses.

(7.) No person shall bring or lead a horse or horses within the limits of the park not harnessed and attached to a vehicle, or mounted by an equestrian.

Animals at large.

(8.) No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the park.

Trees and shrubbery.

Fountains.

Ponds.

(9.) No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, flowers, fruit, turf or any of the buildings, fences, bridges, structures or statuary, or foul any fountains or springs within the park, or throw stones or rubbish of any kind into any lake or pond of the park, or bathe in the same.

Nuisances.

(10.) No person shall throw any dead animal or offensive matter or substance of any kind within the boundaries of the park.

Birds, fish, etc.

(11.) No person shall disturb the fish or water fowl in the pool or pond, or birds in any part of the park, or annoy, strike, injure, maim or kill any animal kept by direction of the commissioners, either running at large or confined.

Trees, protection of.

(12.) No person shall attach a swing to, fasten a horse to, or climb a tree in said park.

Notices.

(13.) No person shall injure, deface or destroy any notices, rules or regulations for the government of the park

posted or in any other manner permanently fixed by order or permission of the commissioners of the park, nor affix any bills or notices within the limits of the same. Posting bills forbidden.

(14.) No person shall expose any article for sale within the park. Traffic prohibited.

(15.) No person shall have any musical or other entertainment in the park, nor shall any parade or procession take place in or pass through the park, nor shall any picnic, gathering or public meeting of any kind be permitted therein without the previous permission of the commissioners. Parades, etc., prohibited. Picnics prohibited.

(16.) No person shall engage in any play at base ball, cricket, shinny, foot ball, croquet, or at any other athletic games within the limits of the park, except on such grounds only as shall be specially designated for such purposes by the park commissioners. Games prohibited.

(17.) No person shall introduce any spirituous, malt or brewed liquors into said park, either for his own use, to sell, or to give away, nor shall any intoxicated person enter or remain in said park. Liquors prohibited.

(18.) No person shall curse or swear or use threatening or abusive language, or fight or throw stones, or behave in a riotous or disorderly manner in said park. Swearing. Disorderly conduct.

(19.) No person shall indulge in any insulting or indecent language, or commit a nuisance in the park. Nuisances.

(20.) No person shall engage in playing cards or gambling in said park. Gambling.

(21.) No person shall carry fire-arms, or shoot in the park, or discharge any fire-works, or throw stones or missiles therein. Firearms.

8. Any person who shall violate any of said rules and regulations shall be liable to a fine of not less than five dollars nor more than fifty dollars, to be recovered before any alderman of the city of Williamsport, with costs, together with judgment of imprisonment not exceeding thirty days, if the amount of said judgment and costs shall not be paid, which fines shall be paid into the city treasury for park purposes. Id. § 2. Penalty.

9. Packer street, where it passes through the park, is hereby abandoned as a public highway and declared to be a part of the park, subject to the rules and regulations adopted for its government and protection.[1] Id. § 3. Packer Street vacated.

[1] See "Streets—Vacation of."

## Bridges.

Almond Street, Bridge over McClure's Run, N. 1.
Center Street, Bridge over Grafius Run, 2.
Cherry Street, Bridge over Grafius Run, 7.
Elmira Street, Bridge over Grafius Run, 1.
Evaline Alley, Bridge over Grafius Run, 3.
High Street, Bridge over Grafius Run, 4-5.
Lycoming Creek Bridges, N 2.
Rural Avenue, bridge over Grafius Run, 6.

[1] On Dec. 9, 1889, a resolution passed common council for the construction of a bridge over the Run (McClures Run) on Almond Street near Wyoming Street; See C. C. M. B., p. 475. The resolution passed select council on Dec. 16, 1889; See S. C. M. B., p. 346. The resolution cannot be found, but the bridge was built. In the case of *Kennedy v. The City*, No. 385, Sept. T. 1897, the question arose as to whether the bridge had been built by the city or by Loyalsock Township.

# EXHIBIT 22

Grand Rapids, Mich. Ordinances, etc.

# COMPILED ORDINANCES

cF

OF THE

# City of Grand Rapids

Containing all Ordinances passed by the Common Council, of the City of Grand Rapids, in force September 1, 1906

---

Compiled and Indexed
Under Authority of the Common Council
By
COLIN P. CAMPBELL. LL. M.

---

PUBLISHED BY AUTHORITY OF THE
COMMON COUNCIL

1907?

The Public Lib
Jan 27. 1912

dollars and costs of prosecution, or by imprisonment at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, work-house, house of correction, or alms-house of said city, in the discretion of the court or magistrate before whom the conviction may be had, for a period of not less than five days, nor more than ninety days; and in case such court or magistrate shall only impose a fine and costs, the offender may be sentenced to be imprisoned at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, work-house, house of correction, or alms-house of said city, until the payment of such fine and costs, for a period of not less than five days nor more than ninety days.

### Repealing Clause.

Sec. 429 **(14)**. The following ordinances are hereby repealed, to-wit: An ordinance entitled "An Ordinance Relative to Public Lamps and Lamp Posts in the City of Grand Rapids," passed March 1, 1873;

Also an ordinance entitled, "An ordinance Relative to Public Parks and Places in the City of Grand Rapids," passed March 8, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Protection, Preservation and Use of Bridges Across Grand River in the City of Grand Rapids, belong to said city," passed June 21, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Preservation of Public Property of the City of Grand Rapids," passed March 1, 1873;

Also all other ordinances and parts of ordinances in anywise contravening the provisions of this ordinance.

**An Ordinance to Regulate the Use of the Public Parks of the City of Grand Rapids, and to Provide for the Preservation of Public Property Therein. Passed May 4, 1891. Amended June 20, 1892, and October 11, 1897.**

The Common Council of the City of Grand Rapids do ordain as follows:

### Parks—Injury to Trees, Etc.—Animals, Etc.—Handbills.

Sec. 430 **(1)**. No person shall break, cut, mutilate, injure,

---

SEC. 429. Record A of Ordinances, p. 143.

SECS. 430-435. Charter, Section 73.

SECS. 430-432. Record B of Ordinances, p. 130.

overturn, remove or carry away any tree, shrub, plant, flower, stone, or stone-work, bench, chair, seat, bower, stand, house, arbor, structure, fence or property, or anything whatsoever in, upon or belonging to any park, spuare or open space, in the City of Grand Rapids, or in any street, avenue, or highway in, adjoining to or around the same; nor shall any person climb up, or upon, any building, house, fence, table, seat or other structure in said park, place or square; nor shall any person kill, disturb, or molest any bird or bird's nest, or any fish or animal within, belonging to or being therein; nor shall any person paste or affix or inscribe any hand-bill, sign, poster, card, device or inscription to, upon or against any fence, tree, structure, or property of or on such park, place, square or highway, in or adjoining the same; nor shall any person disfigure or injure any sward, gravel, sand, turf or earth, or any tree, fence or structure therein, or adjoining thereto; nor shall any person fasten or hitch any animal to any tree, fence or structure in, or upon, the same, unless the same shall be designated and set apart for such purpose; nor shall any person ride or drive any animal or vehicle therein except upon the proper roadways, avenues and drives, and shall not drive therein at a speed exceeding eight miles per hour.

### Parks—Speeches in.

Sec. 431 (2). No person shall deliver any oration, address, speech, sermon or lecture therein unless he shall have first received permission from the Common Council of the City of Grand Rapids, or the Mayor or other lawful authority so to do; nor shall any public meeting be held therein unless leave is first obtained.

### Parks—Dogs in—Fire Arms.

Sec. 432 (3). No person shall allow or permit any domestic animal to go, be, or run at large within any such park, place or square; nor shall any person carry any rifle, gun, or other fire arm of any kind within any park of the City of Grand Rapids, and no dog shall be allowed therein except when fastened or led by a cord or string not exceeding six feet in length.

### Parks—Disorderly Language—Games—Handbills—Peddlers—Picnics in.

Sec. 433 (4). (As amended October 11, 1897.) No person shall

SEC 433. Record B of Ordinances, p. 448.

use any threatening, obscene, profane or indecent language in any such park, open place or square, or be guilty of any disorderly or indecent conduct; nor shall any person indulge in any games, acts or demeanor calculating or tending to mar or disturb the feelings or enjoyment of the visitors attending such parks, places or squares; nor shall any person or persons deposit any rubbish or refuse in or upon such park, place or square, except the same be deposited in waste baskets to be provided by the Committee on Parks; nor shall any person post, exhibit or distribute any advertisement, circular or hand bill therein; nor shall any peddler or petty dealer sell, or in any manner dispose of any article in or immediately adjoining any public park, place or square in said city, unless he shall first obtain express permission so to do from the Common Council of the City of Grand Rapids. Picnics and social parties may be allowed in such portions of said parks as shall be designated and set apart by the Park Committee of the Common Council of the City oif Grand Rapids from time to time.

### Hours When Parks Open to Public.

Sec. 434 **(5)**. (As amended June 20, 1892.) The three public parks belonging to said city and respectively named and known as the "John Ball Park," "Lincoln Park" and "Highland Park," shall be open to the public only between the hours of sunrise and 9 p. m. of each and every day, and it shall not be lawful for any person or persons, except the person and employes in charge of any such park, to enter therein before the hour above named for the opening of said park, or to remain therein after the hour above fixed for the closing thereof; Provided, however, That the Committee on Parks of the Common Council or Mayor of said city shall have the power, in their discretion, whenever special occasion may require it, to specially provide for all or any of said parks above named being opened at an earlier hour or closed at a later hour than the hours above designated.

Any person who shall violate any of the provisions or requirements of this section shall be liable to the punishment prescribed in Section 6 of this ordinance.

### Penalty.

Sec. 435 **(6)**. (As re-numbered June 20, 1892, and amended

SEC. 434. Record B of Ordinances, p 240. | SEC. 435. Record B of Ordinances, p. 240-448

October 11, 1897.) Any person or persons who shall violate any of the provisions or requirements of this ordinance, on conviction thereof, shall be punished by a fine of not less than two dollars nor more than one hundred dollars and costs of prosecution, or by imprisonment at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, workhouse or house or correction of said city, in the discretion of the court or magistrate before whom the conviction may be had, for a period of not less than two days nor more than ninety days; and in case such court or magistrate shall only impose a fine and costs, the offender may be sentenced to be imprisoned at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, workhouse or house of correction of said city, until the payment of such fine and costs, for a period of not less than two days nor more than ninety days.

**An Ordinance Relative to Cemeteries and the Protection Thereof and the Burial of the Dead in the City of Grand Rapids. Passed January 13, 1896.**

The Common Council of the City of Grand Rapids do ordain as follows:

**Public Cemeteries—What Are.**

Sec. 436 (1). All cemeteries now owned or which may hereafter be acquired by the City of Grand Rapids, wherever situated, and all cemeteries now within the limits of said city, whether owned by said city or not, are hereby declared to be public burial grounds, and no person or persons, corporation, society or congregation shall establish or locate any other cemetery within the limits of said city.

**No Interments Except in Cemeteries.**

Sec. 437 (2). No interment of the body of any person shall be made in any other place than within a cemetery devoted to that purpose.

**Cemeteries—Property in Not to be Injured.**

Sec. 438 (3). No person or persons shall injure, cut or remove any trees, shrubbery, gate, fence, post or steps, standing, growing or being in and upon any cemetery or cemetery grounds belonging to said city.

---

SECS. 436-454. Charter, Section 73. Record B of Ordinances, p. 378.

# EXHIBIT 23

FIRST

# ANNUAL REPORT

OF THE

# PARK COMMISSIONERS

OF THE

# CITY OF MILWAUKEE.

1892.

Withdrawn 1942

143002

MILWAUKEE:
ED. KEOGH, PRINTER, 386-388 BROADWAY.
1892.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

711
M63
1897/72-1904/05
R.F. 352.7
Ref. 63b

Withdrawn 1942

SCHWEICKART

# COMMISSIONERS.

CHRISTIAN WAHL, President.

JOHN BENTLEY.

LOUIS AUER.

CALVIN E. LEWIS.

CHARLES MANEGOLD, Jr.

CHAS. K. LUSH, Secretary.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 156 of 828

7. Neglect to treat all officers and other persons civilly and respectfully on all occasions.

8. Neglect to wear uniform while on duty according to regulations, or neglect to appear clean and tidy at all times.

9. Intoxication, disobedience, laziness or inattention to duty, lounging or sleeping while on duty, or any conduct unbecoming a police officer.

The following rules and regulations were adopted by the Park Commissioners of the City of Milwaukee, at the meeting of September 8th, 1891, in pursuance and by virtue of the power and authority contained in Chapter 488, of the Laws of 1889, and Chapter 179 of the Laws of 1891, amendatory thereof, and are published in accordance with the requirements contained in said Chapters:

SECTION 1. No person shall enter or leave the parks, except by the walks or drives.

SEC. 2. No animals shall be allowed loose in the parks.

SEC. 3. All persons are forbidden to carry fire-arms, or to throw stones or other missiles within the parks.

SEC. 4. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property within or upon the parks.

SEC. 5. No driving or riding shall be allowed on any part of the parks at a rate exceeding six miles per hour, except on such drives and at such times as may be designated by the Park Commissioners.

SEC. 6. No vehicle, horse or other animal shall go upon any part of the parks, except the carriage drives, and upon such

Digitized by Google Original from UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

places as are appropriated for carriages at rest, or be permitted to stand upon the drives or any part thereof, to the obstruction of the way.

SEC. 7. No hackney coach, carriage or other vehicle for hire, shall stand upon any part of the parks for the purpose of soliciting or taking in any other passengers or persons than those carried to the parks by said coach, carriage or vehicle, unless licensed by the Park Commissioners.

SEC. 8. No person shall expose any article or thing for sale upon the parks, except such person shall have been previously licensed by the Board of Park Commissioners, nor shall any hawking or peddling be allowed thereon.

SEC. 9. No omnibus or wagon, with or without passengers, nor any cart, dray, wagon, truck or other vehicle carrying goods, merchandise, manure, soil or other articles or solely used for the carriage of goods, merchandise, manure or other articles, shall be allowed to enter any part of the parks. This, however, does not apply to vehicles engaged in the construction of the parks nor to private family wagons.

SEC. 10. No drunken, noisy, disorderly or publicly offensive person shall be allowed to remain in the parks, and no intoxicating or spirituous liquors shall be sold in the parks.

SEC. 11. No threatening, abusive, insulting or indecent language shall be allowed therein whereby a breach of the peace may be occasioned.

SEC. 12. No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# EXHIBIT 24



# Park Commissioners' Report,

## Springfield, Massachusetts.

## 1897.

OHIO STATE
UNIVERSITY

Digitized by Google

PRESS OF
SPRINGFIELD PRINTING AND BINDING CO.
SPRINGFIELD, MASS.

OHIO STATE

UNIVERSITY

Digitized by Google

# PARK ORDINANCES.

SPRINGFIELD, MASS., May 2, 1891.

The Board of Park Commissioners of the City of Springfield, by virtue of its authority to make Rules for the use and government of the Public Parks of said city, and for breaches of such rules to affix penalties, hereby ordains that within the Public Parks, except with prior consent of the Board, it is forbidden: —

1. To cut, break, injure, deface, defile, or ill-use any building, fence, or other construction, or any tree, bush, plant, or turf, or any other thing or property of said city, or to have possession of any freshly plucked tree, bush, or plant, or part thereof.

2. To allow animals of any kind to pass over or stray upon the Park lands, provided this shall not apply to dogs when closely led by a cord or chain not more than six feet long.

3. To throw stones, balls, or other missiles; to discharge or carry firearms, fire-crackers, torpedoes, or fireworks; to make fires; to play musical instruments; to have any intoxicating beverages; to sell, offer, or expose for sale any goods or wares; to post or display signs, placards, flags or advertising devices; to solicit subscriptions or contributions; to play games of chance, or to have possession of instruments of gambling; to make orations, harangues, or loud outcries; to enter into political canvassing of any kind; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4. To take birds, fish, or any live animal or birds' nest, or in any way interfere with cages, boxes, places, or inclosures for their protection.

5. To play ball or any other games in any Public Park except such portions thereof as may be set apart for that purpose.

6. To drive any carriage, cycle, cart, wheelbarrow, hand cart or horse, upon any Park except upon regular carriage roads, and no heavy teaming will be allowed whatsoever.

7. To drive or ride a horse or horses at a rate faster than eight miles an hour.

8. To drive or ride any horse or animal not well broken and under perfect control of the driver.

9. To ride a cycle at a rate faster than eight miles an hour.

10. To refuse to obey the orders or requests of either of the Commissioners, or of the Park Police or other agents of the Commissioners, and to refuse to assist them when required. Any person willfully doing either of the things above forbidden, shall be punished by fine not exceeding twenty dollars.

*Compliance with foregoing regulations is a condition of the use of these premises.*

DANIEL J. MARSH, *President*,
ORICK H. GREENLEAF,
JOHN E. TAYLOR,
EVERETT H. BARNEY,
WILLIAM F. CALLENDER, *Secretary*,
} *Park Commissioners.*

Digitized by Google

# EXHIBIT 25

# ANNUAL REPORT

OF THE

# Board of Park Commissioners

FOR THE

YEAR ENDING DECEMBER 31, 1892.

---

CINCINNATI:
THE COMMERCIAL GAZETTE JOB PRINT.
1893.

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

# RULES AND REGULATIONS

FOR THE PROTECTION AND GOVERNMENT OF THE PARKS OF CINCINNATI, O.

**Adopted by the Board of Park Commissioners May 16, 1892.**

---

The Board of Park Commissioners, as authorized by law, do hereby establish the following rules for the protection and government of the parks of the city of Cincinnati:

1. The parks will be opened to the public daily, except when special occasion may require any of them to be closed. The hours for opening and closing the different parks to be determined from time to time by the Board of Park Commissioners.

2. Visitors may walk upon any part of the lawns except those from which they are warned by signs.

3. In case of an emergency, such as blasting, or in any other case where life and property are endangered, all persons, if required to do so by the superintendent or his assistants, shall remove from the portion of the grounds specified by him, and shall remain off the same until permission is given to return.

4. No public meeting and no public discussion or debate shall be held within the limits of the parks.

5. No person shall be permitted, unless by the consent of the Board of Park Commissioners, to engage in any picnic or games, to play upon any musical instrument, or to take into or display in the park any flag, banner, target, or transparency; nor shall any military or target company, civic or other procession, or detachment of a procession, be permitted to drill, parade, or perform therein; nor shall any club or party of tricycle or bicycle riders make runs on or have parades therein.

Digitized by Google

Original from NEW YORK PUBLIC LIBRARY

6. No person shall post or otherwise affix any bill, notice, or other paper upon any structure, tree, or any thing within the limits of the parks, or upon any gates or inclosure thereof, or distribute circulars, handbills, or petitions of any description within the parks.

7. No person or persons shall be permitted to play at any game of chance nor do any obscene or indecent act whatever within the limits of the parks.

8. All persons are forbidden to take or carry away any sod, clay, turf, stone, sand, gravel, leaves, muck, peat, wood, or any thing whatever belonging to the parks from any part of the land embraced within the boundaries of the parks.

9. All persons are forbidden to cut, break, or have in their possession while in the parks any part of a tree, shrub, or flower, or any turf, or in any way to deface the same, or any part of the buildings, fences, or other construction within the parks, or in any way to hinder or interfere with those engaged in its improvement or the animals kept therein.

10. No person shall expose any thing for sale in the parks unless previously permitted so to do by the Board of Park Commissioners, nor shall any hawking or peddling whatever be allowed therein. No person shall expose any thing for sale on the sidewalks bounding the parks.

11. All persons are forbidden to turn cattle, horses, goats, swine, poultry of any kind, or dogs upon the parks. Any such animal found in the parks shall be impounded by the superintendent. When the superintendent is satisfied as to the ownership, and the regular fine and fees are paid to him, he will deliver the animal to the owner.

12. No threatening, abusive, insulting, or indecent language or disorderly conduct of any kind shall be permitted within the parks.

13. No person shall bring into or discharge within the parks any firearms or other device by which birds or animals may be killed, injured, or frightened; no person shall throw stones or missiles within the parks.

14. No fireworks shall be brought into the parks except by consent of the Board of Park Commissioners.

Digitized by Google          Original from
NEW YORK PUBLIC LIBRARY

ce, or other
limits of the
ite circulars,

it any game
r within the

ly sod, clay,
r any thing
id embraced

i their posses-
ower, or any
the buildings,
way to hinder
r the animals

: parks unless
ommissioners,
therein. No
alks bounding

, goats, swine,
i animal found
it. When the
ie regular fine
ie owner.
t language or
i the parks.
the parks any
may be killed,
nissiles within

it by consent

15. Dogs shall not be allowed within any portion of the parks unless led by a chain or cord not exceeding six feet in length, nor shall any person lead any other animal or animals within the parks or permit the same to run at large or stray therein, nor shall horses be exercised in the parks.

16. No person other than the employees of the parks shall bring upon the parks or have in his hand any tree, shrub, or plant, nor any newly-plucked branch of a tree, shrub, or plant.

17. No person other than the employees shall light or make or use any fire within the limits of the parks.

18. No animals, cycle, or vehicle shall be allowed to travel on any portion of the parks except the roads, and on the roads the speed shall not exceed six miles an hour. All animals and vehicles in motion shall keep to the right; and no animal shall be left within the parks without some one having charge of the same. No animal shall be hitched in the parks except at designated places.

19. No omnibus, express-wagon, either with or without passengers, no cart, dray, wagon, truck, stone or market-wagon, or other vehicles used solely for the transportation of goods, building material, merchandise, soil, manure, or other similar articles shall be allowed to enter any part of the grounds, except on such roads as may be designated for such purposes, nor shall such articles be transported through the parks.

20. No business vehicle shall enter or pass through the parks. No funeral procession or hearse shall be allowed upon any part of the parks, nor any vehicle carrying the body of a deceased person.

21. No animal, bicycle, tricycle, or vehicle shall be permitted to stand upon the drives or carriage-roads within the parks or any part thereof to the obstruction of the way or to the inconvenience of travel.

22. Bicycles, tricycles, carriages, and other vehicles usually carrying lamps must carry lamps, and keep them lighted at night.

23. No person or persons shall solicit or invite passengers for any hackney-coach, carriage, or other vehicle for hire within the limits of the parks.

Digitized by Google Original from NEW YORK PUBLIC LIBRARY

24. When any policeman may deem it necessary or proper to do so, he may, in order to prevent the crowding of carriages or the appearance of a procession, temporarily detain or otherwise direct the movements of carriages or animals entering or being upon the parks.

25. Portions of the park may be set apart by the superintendent upon direction of the Board of Park Commissioners for ball, croquet, and other games.

26. Large bicycles and velocipedes will not be allowed in Lincoln, Washington, Garfield, or Hopkins parks.

27. On Sunday after 12 M. no vehicle or hoops of any description except baby-carriages will be allowed in Lincoln, Washington, Garfield, or Hopkins parks.

28. No person shall bathe or take fish or send or throw any animal or thing in or upon any of the waters in the parks, or in any manner disturb or annoy any water-fowl, singing or other bird, or animal appertaining to the parks, nor shall any boat or vessel be placed on said waters except by special permission from the Board of Park Commissioners, and no skating or sledding shall be allowed therein unless the officer in charge shall consider the ice to be in a suitable condition for that purpose.

29. All persons are forbidden to drive or ride within the parks a wild horse or mule, or any breaking-cart or other vehicle used in breaking horses.

30. No swings or hammocks shall be swung in the parks except on the posts erected by the Board of Park Commissioners for that purpose.

31. Whistles must not be sounded within the parks by visitors.

The above rules and regulations apply to all parks under the control of the Board of Park Commissioners, and extend to the sidewalks adjacent to said parks.


Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

# EXHIBIT 26

Parks. U.S:Lynn.

# THIRD ANNUAL REPORT

OF THE

# PARK COMMISSIONERS

OF THE

# CITY OF LYNN

For the Year Ending December 20, 1891.

LYNN, MASS.:
WHITTEN & CASS, PRINTERS,
1892.

N.C.

Digitized by Google

## ORDINANCES.

The Board of Park Commissioners of the City of Lynn, by virtue of its authority to make rules for the use and government of the Public Parks of said City, and for breaches of such rules to affix penalties, hereby ordains that within the limits of Lynn Woods, except with the prior consent of the Board, it is forbidden:

1.   To cut, break, injure, deface, defile or ill use any building, fence, or other construction, or any tree, bush or turf, or any other thing or property.

2.   To have possession of any freshly-plucked tree or bush.

3.   To throw stones or other missiles; to discharge or carry firearms, except by members of the Police Force in the discharge of their duties; to discharge or carry firecrackers, torpedoes or fireworks; to make fires; to have any intoxicating beverages; to sell, to offer or expose for sale, any goods or wares; to post or display signs, placards, flags, or advertising devices; to solicit subscriptions or contributions; to play games of chance, or have possession of instruments of gambling; to utter profane, threatening, abusive or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4.   To allow cattle, horses, or other animals to pass over or stray upon the Park lands, provided that this shall not apply to those used for pleasure travel when on the ways or places provided and open for the purpose.

5.   To drive a horse or horses at a rate faster than eight miles an hour.

6.   To ride a horse at a rate faster than ten miles an hour.

7.   To drive or ride any animal not well broken and under perfect control of the driver.

8.   To play ball or other games or sports, except on grounds provided therefor.

9.   To engage in conversation with men at work, or to obstruct, hinder or embarrass their movements.


Digitized by Google

10.  To refuse to obey the orders or requests of either of the Commissioners, or of the Park Police, or other agents of the Commissioners, and to refuse to assist them when required.

Any person wilfully doing either of the things above forbidden shall be punished by fine not exceeding twenty dollars.

Compliance with the foregoing regulations is a condition of the use of these premises.

Digitized by Google

# EXHIBIT 27

# LAWS AND ORDINANCES

OF THE

# CITY OF PEORIA

ILLINOIS

REVISED AND EDITED BY

WILBERT I. SLEMMONS, ISRAEL C. PINKNEY

AND

DANIEL F. RAUM

AND

PUBLISHED BY AUTHORITY OF THE

# CITY COUNCIL

PEORIA
J. W. FRANKS & SONS, PRINTERS AND BINDERS
1892

mitigated by any provision of this ordinance, such provision may, by the consent of the party affected, be applied to any judgment pronounced after this ordinance takes effect.

## ARTICLE 35.

### PARKS AND PUBLIC GROUNDS.

Section.

1721. Parks and Public Grounds--Superintendence of.
1722. Entrance and Egress.
1723. Animals Prohibited.
1724. Fire-arms, Missiles, etc.--Injury to Property.
1725. Sales--Peddling and Hawking—Prohibited.
1726. Indecent Words or Act—Fortune Telling—Gaming.
1727. Bill Posting Forbidden.
1728. Grass Not to be Trodden—Except.
1729. Police- Arrest of Offenders.
1730. Penalty.

---

**1721. Parks and Public Grounds—Superintendence of.]** § 1. The commissioner of public works of the city of Peoria, shall have supervision and control of all public parks, public squares, and public grounds, in the city of Peoria, and shall appoint such park janitors as the city council may authorize, and shall keep the fences thereof in repair, the walks in order, and the trees properly trimmed, and improve the same according to the plans approved by the city council.

**1722. Entrance and Egress.]** § 2. No person shall enter or leave any of the public parks, public squares, or public grounds of the city of Peoria, except by their gateways; and no person shall climb, or walk upon their walls or fences.

**1723. Animals Prohibited.]** § 3. Neither cattle, horses, goats, swine, or other animals, shall be turned into, or allowed in any of the parks, public squares, or public grounds, of the city of Peoria, by any person.

**1724. Fire Arms, Missiles, Etc.—Injury to Property.]** § 4. All persons are forbidden to carry fire arms, or to throw stones, or other missiles, within any of the public parks, public squares, or public grounds, within said city. All persons

are forbidden to cut, break, or in any way injure, or deface, the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other property, within or upon any of the public grounds heretofore mentioned.

**1725. Sales, Peddling and Hawking Prohibited.**] § 5. No person shall expose any article or thing for sale upon any of said public parks, public squares or public grounds; nor shall any hawking, or peddling be allowed therein.

**1726. Indecent Words or Acts—Fortune Telling—Gaming.**] § 6. No threatening, abusive, insulting, or indecent language shall be allowed in any part of said public grounds, whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes, or play at any game of chance, or with any table or instrument of gaming, nor to do therein, any obscene or indecent act.

**1727. Bill Posting Forbidden.**] § 7. No person shall post, or otherwise affix, any bills, notice, or other paper upon any structure or thing, within any of the said public grounds, nor upon any of the gates or enclosures thereof.

**1728. Grass Not to be Trodden—Except.**] § 8. No person shall go upon the grass, lawn, or turf of the parks, except when and where the word "common" is posted; indicating that persons are at liberty, at that time and place, to go on the grass.

**1729. Police—Arrest of Offender.**] § 9. Any member of the city police shall have power to arrest any person who shall not desist from any violation hereof, when directed, and cause him to be committed for examination.

**1730. Penalty.**] § 10. Any person who shall violate any or either of the provisions, of any section, or clause of this chapter or article, or who shall neglect, or fail, or refuse, to comply with any or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars, nor more than one hundred dollars.

# EXHIBIT 28

# MUNICIPAL CODE

OF THE

# CITY OF SPOKANE

## WASHINGTON

TOGETHER WITH THE

# CITY CHARTER

AND AMENDMENTS, RULES OF THE CITY COUNCIL, AND LIST OF FRANCHISE ORDINANCES

---

REVISED, COMPILED AND CODIFIED BY

E. O. CONNOR

OF THE SPOKANE BAR

---

*PUBLISHED BY AUTHORITY OF CITY COUNCIL.*

---

SPOKANE, WASH.:
THE INLAND PRINTING COMPANY
1903

THE INLAND PRINTING COMPANY
*Inland Press*
SPOKANE, WASHINGTON

FEB 18 1918

wise injure or destroy the turf thereof, or who shall willfully cut down, lap, girdle, break, destroy, injure, or carry away any timber or tree whatsoever, being on land not owned or controlled by such person or persons, or who shall cut, break, destroy or in any manner injure any goods, wares, merchandise, or other personal property of another, or who shall wilfully or carelessly break, injure, deface or destroy, any house or building, or any part thereof, or fence, railing, or any part thereof, or any sign, tree-box, lamp, lamp-post, hydrant, or fire-plug, or any chain or lock attached thereto, or in or about the same, or any other property of the City of Spokane, or who shall daub, or cause to be daubed, any such property with paint or other substances; and any person or persons, who shall hitch, fasten, or cause or suffer to be hitched or fastened, any animal, under the control or in the service of such person or persons, to any ornamental, shade tree, plant or shrub, in or upon any street, avenue, alley, sidewalk, park, public square, or other public place in the City of Spokane, or to any case or tree-box around any such tree, plant or shrub, or suffers or permits any such animal to remain so hitched or fastened after knowing that such animal is so hitched or fastened, or who shall stop, hitch or fasten, or suffer or cause to be stopped, hitched or fastened, any such animal so near any such tree, plant, shrub, case or box, or any hydrant or fire-plug, that such animal can ordure, bite or injure, such tree, plant, shrub, case, box, hydrant, or fire-plug, or any person or persons who shall cause or suffer any animal under such person or persons control, to bite, or in any manner injure, any such tree, plant, shrub, case, box, hydrant or fire-plug, shall upon conviction for any such offense, be fined not more than fifty dollars nor less than ten dollars and pay the costs of prosecution, and be confined in the city jail until such fine and costs are paid; *provided*, nothing herein shall be so construed as to prevent the owner or owners, or agent, of the property along side thereof, from trimming any such tree, plant or shrub in a proper manner and at the proper time of the year for such trimming, or from repairing such case or tree-box whenever the same needs such repairs.

SEC. 2. This ordinance shall take effect and be in force ten days after its passage.

Passed the City Council March 5, 1895.

---

## ORDINANCE NO. A170.

AN ORDINANCE RELATING TO PARKS AND PUBLIC SQUARES OF THE CITY OF SPOKANE.

*The City of Spokane does ordain as follows:*

SECTION 1. The management and control of all public parks and public squares of the city is vested in the Park Commission.

SEC. 2. It shall be the duty of the Park Commission to keep the fences of all enclosed public grounds in repair, and also all sidewalks around said public grounds.

SEC. 3. No person shall enter or leave any of the public parks or other enclosed public grounds of the City of Spokane except by their gateway. No person shall climb or walk upon their walls or fences.

SEC. 4. Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of said parks, public squares or public grounds by any person. All persons are forbidden to carry firearms or to throw stone or other missles within any one of the public parks or other public grounds of the city. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, or other constructions or property within or upon any of the said parks or public grounds.

SEC. 5. No person shall expose any article or thing for sale upon any of said parks or other public grounds, except such person shall have been previously licensed by the Park Commission, nor shall any peddling or hawking be allowed therein.

SEC. 6. No threatening, abusive, insulting or indecent language shall be allowed in any parks or public grounds of the city whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes or to play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

SEC. 7. The Park Commission may direct that any of the entrances to the public park be closed at any time.

SEC. 8. No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any park or other public grounds of the city nor upon any of the gates or enclosures thereof.

SEC. 9. No person shall, without the consent of the Park Commission, play upon any musical instrument, nor shall any person take into or carry or display in said public parks any banner, target or transparency. No military or target company, civic or other, shall be permitted to parade, drill or perform therein any military or other evolution or movement. Nor shall any fire engine, hose cart or other machine on wheels, commonly used for the extinguishing of fire, be allowed on any part of said parks or other public grounds without the previous consent of the Park Commission, except in case of fire.

SEC. 10. No person other than employes shall light, make or use any fire in said parks or other public grounds.

SEC. 11. No person shall go upon any grass, lawn or turf of the parks or other public grounds, except when and where the word "Common" is posted; indicating that persons are at liberty at that time and place to go on the grass. The Park Commission shall cause printed or written copies of prohibitions of this ordinance to be posted in said parks or grounds.

SEC. 12. Any member of the city police shall have power to arrest any person who shall not desist from any violations of this ordinance when directed, and cause him to be committed for examination.

SEC. 13. Any person who shall violate any provisions of this ordi-

nance, or who shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars nor more than one hundred dollars, and the costs of prosecution.

SEC. 14. All ordinances and parts of ordinances in conflict herewith are hereby repealed.

SEC. 15. This ordinance shall take effect ten days after its passage.

Passed by the City Council March 11, 1892.

---

## ORDINANCE NO. 99.

AN ORDINANCE TO REGULATE SOLICITORS FOR HOTELS, BOARDING HOUSES, HACKS, OMNIBUSES AND OTHER VEHICLES.

*The City of Spokane Falls does ordain as follows:*

SECTION 1. No person shall solicit for a hotel, boarding house, hack, omnibus or other vehicle or for any other purpose whatever inside the depot of any railroad company within the City of Spokane Falls, nor upon the platform thereof, excepting three feet of said platform next to and abutting on the street, which space shall be designated by a line being placed upon said platform or painted by said railroad company thereon.

As amended by Ordinance No. 117, passed March 8, 1888.

SEC. 2. Any person acting as solicitor for a hotel, boarding house, hack, omnibus, or other vehicle, whether for himself or as agent for another, shall conduct his business in a quiet, orderly manner, and in an ordinary tone of voice, and shall not molest or intrude himself upon any passenger or other person or individual with him or his baggage, except as requested by the owner thereof.

SEC. 3. No person shall habitually lounge or stay in a railroad depot in the city without having and making known, when so requested by any policeman or civil magistrate, his business thereat, nor without having legitimate business or errand at such railroad depot.

SEC. 4. No person shall hitch his horse, mule or team to any truck, platform or lamp-post at said depot, or on the platform thereof.

SEC. 5. Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be punished by a fine of not less than five dollars nor more than fifty dollars.

SEC. 6. This ordinance shall take effect and be in force from and after five days after its passage and publication.

Passed the City Council December 28, 1887.

# EXHIBIT 29

# A DIGEST

OF THE

# ACTS OF ASSEMBLY

RELATING TO,

AND THE

# GENERAL ORDINANCES.

OF THE

# CITY OF PITTSBURGH

*From 1804 to Jan. 1, 1897,*

WITH REFERENCES TO DECISIONS THEREON.

SECOND EDITION.

PREPARED UNDER RESOLUTION OF COUNCILS

BY

W. W. THOMSON

OF THE PITTSBURGH BAR.

PITTSBURGH, PA.:
W. T. NICHOLSON SONS, PRINTERS AND BINDERS.
1897.

Digitized by Google

## BUREAU OF PARKS.

July 31, 1893, § 1. O. B. 9, 262.

Bureau of parks created.

Officers and employees.

1. There shall be and is hereby created a bureau to be known as the "bureau of parks," which bureau shall consist of one superintendent whose compensation shall be two hundred dollars per month, one superintendent, whose compensation shall be one hundred and fifty dollars per month, and one assistant superintendent whose compensation shall be one hundred and twenty-five dollars per month, one clerk whose compensation shall be eighty-three dollars and thirty-three cents per month, and such foremen and laborers as may be required from time to time, at the same pay as like labor in other departments of the city (*a*).

July 6, 1896. O. B. 11, 139.

Preamble.

2. WHEREAS, The control, maintenance, supervision and preservation of the public parks is by law vested in the department of public works; and

Preamble.

WHEREAS, It is essential to proper exercise of these powers that persons should be employed as watchmen in the public parks for the protection of the public property therein.

Ibid § 1.

Watchmen compensation.

3. *Be it ordained, &c.*, That the director of the department of public works shall, and he is hereby authorized to employ such watchmen as may be necessary for the properly caring for, maintaining and protecting the public property in the public parks of this city at the daily compensation of two dollars and fifty cents each.

Ibid. § 2.

4. The compensation of such watchmen shall be paid out of appropriation No. 36, public parks.

July 27, 1893. § 1. O. B. 9, 260.

Rules adopted.

5. Upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the city of Pittsburgh, to wit:

*First.* No person shall injure, deface or destroy any notices, rules or regulations for the government of the parks, posted or in any other manner permanently fixed by order of the chief of department of public works.

*Second.* No person shall be allowed to turn any chickens, ducks, geese or other fowls, or any cattle, goats, swine, horses or other animals loose within the parks or to bring led horses or a horse that is not harnessed and attached to a vehicle or mounted by an equestrian.

*Third.* No person shall be allowed to carry firearms, or to shoot or throw stones at or to set snares for birds, rabbits, squirrels or fish, within the limits of the parks or within one hundred yards thereof.

*Fourth.* No person shall cut, break, pluck or in anywise injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, structures or statuary, or place or throw anything whatever in any springs or streams within the parks, or fasten a horse to a tree, bush or shrub.

(*a*) As amended by ordinance of Nov. 23, 1893. O. B. 9, p. 320, and ordinance of March 31, 1896. O. B. 11, p. 40.

Digitized by Google

July 27, 1883.

Park rules.

*Fifth.* No military or other parade or procession, or funeral shall take place in or pass through the limits of the parks without permission from the chief of department of public works.

*Sixth.* No one shall ride or drive therein except on the avenues or roads, or at a rate of speed exceeding eight miles per hour.

*Seventh.* No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks without previous permission of the chief of the department of public works, nor shall any gathering or meeting for political purposes in the park be permitted under any circumstances.

*Eighth.* No wagon or vehicle of burden or traffic shall pass through the park, except on such road or avenue as shall be designated by the chief of the department of public works for burden transportation.

*Ninth.* No coach or vehicle used for hire, shall stand upon any part of the parks for the purpose of hire, nor except in waiting for persons taken by it into the park, unless at points designated by the chief of the department of public works.

*Tenth.* No profane, indecent, abusive or insulting language, gambling or drunkenness shall be allowed within the parks, nor shall any one be allowed to introduce any spirituous liquors within the limits of the same, either for his own use or for sale.

*Eleventh* No person shall climb any tree or attach any swing thereto, without the consent of the superintendent.

*Twelfth.* No picnic shall take place in the parks without a written permission for the purpose being obtained from the superintendent, in which shall be designated the spot where it shall be held, and parties holding picnics shall clean up the ground that has been occupied by them on quitting it, and not leave paper and other refuse on the ground.

*Thirteenth.* No person shall disturb any picnic in the parks, or intrude himself or herself on it without the consent of those composing it.

*Fourteenth.* No person shall stand, walk or sit on any fence, wall or embankment, or stand, slide, sit or roll upon any slope of the parks.

*Fifteenth.* No person shall set up any booth, table or stand for the sale of any article whatever, without the consent of the chief of the department of public works, previously obtained in writing.

*Sixteenth.* When carriages or equestrians meet, the parties respectively shall keep to the right as the law of the road.

*Seventeenth.* No person shall drive any vehicle displaying any placard or advertisement of any kind along any road or avenue in the parks, nor shall any person display any placards or advertisements of any kind, or post or fix any notice or bill or other writing or printing of any kind on any tree, lamp-post, hydrant, curbstone, coping, flagstone, fence, wall, building or other place within the parks.

*Eighteenth.* No benches or seats shall at any time be removed

Digitized by Google

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 186 of 828

July 27, 1893

or changed from their places in the parks, except by the order first obtained of the superintendent.

*Nineteenth.* Bicycles and tricycles shall be restricted to the use of the roadways, and be controlled by the same law which governs horses, vehicles and equestrians, and must pass to the right, when meeting the same or each other. When passing a carriage or equestrian from the rear to the front, it must be done to the left side and at a moderate rate of speed. Bicycles and tricycles must not travel more than two abreast.

*Twentieth.* All racing with horses, vehicles, tricycles and bicycles is prohibited at any time, and bicycles and tricycles must not be driven or propelled at greater speed than eight miles per hour.

Ibid. § 2.

Penalty.

6. Any violation of any of the foregoing rules shall subject the party so offending to a fine of twenty-five dollars, to be collected by summary process.

Aug. 28, 1871, § 1. O. B. 3, 122.

Improvement of part of Bluff street as a park authorized.

7. The citizens of the Sixth and Fourteenth wards of the city of Pittsburgh, residing in the vicinity of Bluff street, shall be and are hereby authorized to enclose with a good substantial fence a portion of Bluff street, from Gist to Magee street, as follows, viz: Commencing at Gist street thirty feet south of the northern curb line, and thence running by a line preserving the same width to Magee street, said fence to be constructed with openings at the street crossings, and at such other points as may be deemed proper openings for the convenient access of foot passengers. Said citizens shall be further authorized to lay off the grounds south of said fence to the line of said street with walks, and within said enclosure, and on the outside thereof, to plant trees and shrubbery, erect fountains and make other improvements thereon suitable for a public promenade: *Provided*, That no trees or other improvements shall be placed upon said street within a distance of twenty feet from the north curb line of said street.

Ibid. § 2.

City not liable for expense.

8. Said improvements shall be made and maintained at the expense of the parties making the same, and the city shall not be liable for any expense contracted for or on account of the same.

Ibid. § 3.

City may grade and pave.

9. Said city reserves the right to direct the grading and paving of said street at any time hereafter, without compensation for the improvement which may be made thereon as fully as if this ordinance had not been adopted.

Ibid. § 4.

10. Said improvements and the maintenance and care of the same shall be under the charge of such persons as may be selected by subscribers to the fund for making the same.

Ibid. § 5.

Penalty for injuring improvements.

11. It shall be unlawful for any person to injure or destroy any fence, trees, shrubbery or other improvement upon said ground; and if any person shall wilfully injure or destroy the same, or any part thereof, he or she shall forfeit and pay the sum of ten dollars, in addition to a sum sufficient to repair or replace the damage, to be recovered by action in the name of the city of Pittsburgh, or by summary conviction before the mayor

Digitized by Google

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 187 of 828

or any alderman of said city, and the sum so recovered shall be paid to the person having charge of said improvements, to be expended upon the same.

Aug. 28, 1871.

12. The superintendent of the water works shall be authorized to direct a supply of water, free of charge, for not more than two fountains upon said ground at all reasonable times and to reasonable amounts, from the first day of April to the fifteenth day of October in each year: *Provided*, That said superintendent shall be authorized to prevent the unnecessary waste of water, and to prohibit its use during times of short supply.

Ibid. § 6. Supply of water for two fountains authorized.

13. WHEREAS, The public market-house on Second street is of no benefit to the city;

Sept. 27, 1858. O. B. 2, 125.

*And whereas*, The heirs and legal representatives of the estate of James O'Hara have, by deed dated the seventeenth day of May, one thousand eight hundred and twenty, and on the ninth of August, one thousand eight hundred and fifty-eight, consented that the ground dedicated by the late James O'Hara, on Second between Ross and Grant streets, may be used as a public square or area; therefore,

Preamble.

14. *Be it ordained, &c.*, That all that portion of Second street extending from Grant to Ross street, and used for the purpose of a market house, be and the same is hereby devoted to the purpose of a public park, to be ornamented in such manner as shall be directed by the mayor of the city and members of councils for the time being of the Second ward, who are hereby authorized to adopt such rules for the same as may, in their judgment, be proper, and to keep the same posted on the gate-posts thereof: *Provided*, The whole expense of removing the market-house and of constructing said public park and keeping the same in repair, shall be provided by voluntary subscription, and shall in no case be a charge on the city treasury.

Ibid. § 1. Second street market to be made a park. Rules. Proviso.

15. Any person that shall injure or destroy any tree, shrub or any other thing within said park, or the wall or fence that may surround it, shall, upon conviction before the mayor, be fined a sum not exceeding five dollars, in addition to the amount necessary to repair any injury so done, to be recovered as like penalties are by law recoverable.

Ibid. § 2. Penalty for injuries.

16. It shall be lawful to erect within the said area or park one or more fountains, to be supplied from the public water pipes without any charge for the use of the water.

Ibid. § 3. Fountains.

17. Before the work necessary for said improvement shall be commenced, the mayor and members of councils from the Second ward shall meet at the mayor's office and choose from among themselves one president, one secretary, and one treasurer, and shall proceed to agree upon a plan of the work, &c.

Ibid. § 4.

18. For the purpose of constructing and maintaining a public park, there shall be and is hereby set aside, dedicated and appropriated so much of the ground belonging to said city as is not indispensably necessary for the safe and proper use of the reservoir known as the Herron Hill Reservoir.

Sept. 14, 1889 § 1. O. B. 7, 134. Dedication of Herron Hill Park.

Digitized by Google

Sept. 14, 1889, § 2.
Improvement.

19. The chief of the department of public works of said city be and he is hereby authorized and directed to improve all said ground lying around, adjacent to and connected with said reservoir, and which shall not be found actually necessary for the operation of said reservoir, to be used and enjoyed as a public park, to be known as and by the name of the "Herron Hill Park."

Sept. 16, 1889, § 1.
Dedication of Highland Park.

20. For the purpose of constructing and maintaining a public park, there shall be and is hereby set aside, dedicated and appropriated so much of the ground belonging to said city as is not indispensably necessary for the safe and proper use of the reservoirs known as the Highland Reservoirs.

Ibid. § 2.
Improvements.

21. The chief of the department of public works of said city be and he is hereby authorized and directed to improve all said ground lying around, adjacent to and connected with said reservoirs or which may be added thereto, and which shall not be found actually necessary for the operation of said reservoirs, to be used and enjoyed as a public park, to be known as and by the name of "Highland Park."

## BUREAU OF CITY PROPERTY.

Dec. 17, 1887, § 18. O. B. 6, 227.
Bureau created.
Title of head.
Salary.
Duties.
Clerk.

1. There shall be and is hereby created a bureau to be known as the bureau of city property, the head of which shall be known as superintendent of city property, and who shall receive the sum of one hundred and fifty dollars per month as his compensation. The duties of this bureau shall be to take charge of all public property belonging to said city not otherwise conferred upon some other department, including markets, city buildings, wharves, and such other property of the city as is not specially conferred elsewhere: *Provided*, That the chief clerk of this bureau shall act as clerk of the Diamond markets without extra compensation.

Feb. 28 1890, § 1. O. B. 7, 321.
Salary of clerk of bureau of city property.

2. From and after the date of the passage of this ordinance, the salary of the clerk to the bureau of city property (who also acts as clerk of markets) shall be and is hereby fixed at fifteen hundred dollars per annum, and the said clerk to the bureau of city property shall receive compensation for his services at the rate of fifteen hundred dollars per annum from and after the date of the approval or passage of this ordinance.

City Code, 234, § 1.
Penalty for injuring.
Proviso.

3. If any person shall destroy or injure in any way whatsoever any public property within this city, he shall forfeit and pay for every such offense a fine of not less than ten dollars and not exceeding fifty dollars, besides the amount of the costs and expenses of repairing the same: *Provided*, That when the injury is accidental no further fine shall be imposed than the amount of the cost and expense of repairing.

Ibid. § 2.
City officers to report to controller.

4. It shall be the duty of every city officer to report to the controller any damage or injury which may be done to any public property in his possession, that the same may be laid

Digitized by Google

# EXHIBIT 30



WILLARD HALL PORTER,
ATTORNEY-AT-LAW,
JAN 15 1894
WILMINGTON, DEL.

# THE CHARTER

OF THE

# TY OF WILMINGTON

AS AMENDED TO MAY 6TH, 1893;

# ts of the General Assembly

RELATING TO THE CITY,

INCLUDING THE SESSION OF 1893;

(being vol. 19. Laws of Del.)

—AND—

# INANCES, AND RULES AND REGULATIONS

Of Departments of the City Government,

S AMENDED AND IN FORCE, SEPTEMBER 1ST, 1893;

—ALSO—

# E ORIGINAL BOROUGH CHARTER.

PUBLISHED BY ORDER OF THE COUNCIL.

WILMINGTON, DEL.:
DIAMOND PRINTING COMPANY,
1893.

Digitized by Google

# PART VII.

# RULES AND REGULATIONS

OF THE

# BOARD OF PARK COMMISSIONERS.

Digitized by Google

# RULES AND REGULATIONS OF THE BOARD OF PARK COMMISSIONERS,

AS AMENDED AND IN FORCE SEPTEMBER 1ST, 1893.

1. No person shall ride or drive upon any other part of the Park than upon such roads as may be designated for such purposes. . . . . . . . . . . . . . . . . . . . Penalty, $5 00

2. No person shall be permitted to bring led horses within the limits of the Park, or to turn any horses, cattle, goats, swine, dogs, or other animals loose in the Park. . . . . Penalty. $5 00

3. No person shall indulge in any threatening, abusive, insulting, or indecent language in the Park. . . . . Penalty, $5 00

4 No person shall engage in gaming, or commit any obscene or indecent act in the Park. . . . . . . Penalty, $10 00

5. No person shall go into bathe in any of the waters within the Park. . . . . . . . . . . . . . . . . . . . Penalty, $5 00

6. No person shall throw any dead animal or offensive matter or substance of any kind into the Brandywine, or into any spring, brook, or other water, or in any way foul any of the same, which may be within the boundaries of the Park Penalty, $5 00

7. No person shall carry fire-arms or shoot birds or other animals within the Park, or throw stones or other missiles therein. Penalty, $5 00

8. No person shall disturb birds, or annoy, strike, injure or kill any animal, whether wild or domesticated, within the Park. Penalty, $5 00

9. No person shall cut, break, or in anywise injure or deface any trees, shrubs, plants, turf or rocks, or any buildings, fences, bridges, or other structures within the Park. Penalty, $10 00

10 No person shall injure, deface, or destroy any notices, rules or regulations for the government of the Park posted or in any other manner permanently fixed, by order or permission of the Board of Park Commissioners or their officers or employes. Penalty, $10 00

*Adopted October* 12, 1887.

Digitized by Google



# EXHIBIT 31

# GENERAL

# ORDINANCES

AND

PRIVATE ORDINANCES OF A PUBLIC NATURE

OF

# THE CITY OF ST. PAUL

RAMSEY COUNTY, MINNESOTA.

UP TO AND INCLUDING DECEMBER 31ST, 1895.

---

COMPILED BY
JOHN A. GILTINAN, ESQ.,
MEMBER OF THE ST. PAUL BAR

UNDER THE SUPERVISION OF
EDWARD J. DARRAGH, ESQ., CORPORATION ATTORNEY.

---

PUBLISHED BY AUTHORITY OF
THE COMMON COUNCIL.



PIONEER PRESS CO.
NO. 50361
ST PAUL, MINN.

Ovd83
S6d
+896

# PREFACE.

This compilation of ordinances of the City of St. Paul, Minnesota, has been made pursuant to the provisions of Ordinance No. 1834, approved Sept. 4, 1895, and Ordinance No. 1861, approved Jan. 10, 1896. (See following page.)

The compiling, indexing and preparing for publication have been done by John A. Giltinan, Esq., under the supervision of the Law Department; and, although this work has been done with very great care, a more generous limit of time than the three months allowed by Ordinance 1834 would have given the opportunity for improvement.

In the citation of ordinances at the end of the consecutive sections, the date refers to the passage of the ordinance unless the word "approved" appears. In referring to ordinances passed since the dual council began to act in May, 1891, the date refers to the final passage.

In the part of the book containing "Private Ordinances of a Public Nature," it was, as a rule, thought best to make each ordinance a consecutive section.

E. J. DARRAGH,
Corporation Attorney.

# ARTICLE LII.

## PARKS.

### § 680. Rules and regulations for management and protection of parks.

The board of park commissioners of the City of St. Paul having adopted certain rules and regulations for the management and protection of the parks of the City of St. Paul, as provided by the charter, for the purpose of fixing a penalty for the violation of said rules, the common council of the City of St. Paul do ordain as follows:

First—No person shall drive or ride in any public park or grounds in the City of St. Paul at a rate of speed exceeding seven (7) miles per hour.

Second—No person shall ride or drive upon any other part of any park than the avenues and roads.

Third—No coach or vehicle used for hire shall stand upon any part of any park, for the purpose of hire, unless specially licensed by the board of park commissioners.

Fourth—No person shall engage in any threatening, abusive, insulting, indecent language in any park.

Fifth—No person or persons shall engage in any gaming, nor commit any indecent or obscene act in any park.

Sixth—No person shall carry firearms or shoot birds in any park, or within fifty (50) yards thereof, or throw stones or other missiles therein.

Seventh—No person shall throw any dead animal or offensive matter or substance of any kind into any park or into any lake, stream, pool or pond within the limits of any park.

Eighth—No person shall disturb the fish or water fowl in any lake, stream, pool or pond in any part of any park, or annoy, strike, injure, maim, or kill any birds or other animals kept by or under the direction of the board of park commissioners, either running at large or confined in any close or cage, nor discharge any fireworks within any park.

Ninth—No person shall affix any bills or notices in any park.

Tenth—No person shall bathe in any lake, stream, pool or pond within the limits of any park.

Eleventh—No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, flowers, turf, or any of the buildings, structures, fences, seats, benches, or statuary, or in any way foul or pollute any fountain, lake, stream, pool, pond, well, or spring within any park.

Twelfth—No person shall turn cattle, goats, swine, horses, dogs or any other animal loose in any park, nor shall any animals be permitted to run at large therein, unless by authority of the board of park commissioners.

Thirteenth—No person shall ride or drive any bicycle or other vehicle in or on any of the walks, paths, or grass plots, except in the avenues or roadways of any park.

Fourteenth—No person shall walk on or over flower beds in any park, or on or over any grass plot which may be designated by any fence or sign as not open to the public.

Fifteenth—No person shall use any park for business purposes, or for any transportation of farm or other products, dirt or any like material, or for the passage of any teams employed for such purposes, except by permission of the board of park commissioners.

Sixteenth—No person shall injure, deface or destroy any notices, rules or regulations for the government of any park which are posted or affixed by order or permission of the board of park commissioners within the limits of any park.

(Ord. 1767, June 19, 1894, § 1.)

## § 681. Penalty.

Any person or persons violating any of the provisions of this ordinance or any of the rules established by the board of park commissioners of the City of St. Paul for the orderly management and protection of the parks of the City of St. Paul shall be fined for each offense not less than five (5) nor more than one hundred dollars ($100), or shall be punished by imprisonment for not less than five (5) nor more than eight-five (85) days.

(Id. § 2.)

# EXHIBIT 32

# REVISED ORDINANCES

OF THE

# CITY OF CANTON

## ILLINOIS.

REVISED 1894-1895

BY

B. M. CHIPERFIELD, *City Attorney*.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

CANTON, ILL.:
DAILY REGISTER PRESS:
1895.

advertise, by outcry or by the ringing of any bell or the blowing of any horn or the beating of any drum, his, her or their business, or any sale or sales at auction or otherwise. Any person violating any of the provisions of this section shall be fined not less than ten dollars nor more than one hundred dollars for each offense.

SEC. 20 *Sales on streets prohibited.* No person shall be allowed to sell at auction or public outcry, nor to erect or occupy a stand of any kind for the purpose of making sales, upon any of the streets, alleys, avenues, sidewalks, crossings or other public places in said city, nor shall any person be permitted to sell from any carriage, buggy or other vehicle, upon any of the streets, alleys, avenues, sidewalks, crossing, or other public place in said city, except as hereinafter provided, under a penalty of ten dollars for each offense.

SEC. 21. *Construction of foregoing section.* The foregoing section shall not be so construed as to apply to any person or persons coming into the city from the country with teams or otherwise with any produce for market raised by themselves, or to any person selling vegetables, berries, fruit, milk or other farm produce of their own production ; nor shall the same be so construed as to make it a penal offense to peddle newspapers, nor to apply to judicial sales ; Provided, that farmers or others selling under the provisions of this section shall not occupy a stand upon any sidewalk, alley or crossing, nor within a space of ten feet of any such sidewalk or crossing upon any street or public square, nor shall they allow their stand, wagon or other vehicle from which they may be selling to remain in front of any person's place of business without the consent of the occupant of such place of business, nor so as to obstruct the convenient travel of the street.

SEC. 22. *Telephone and telegraph poles.* No person or corporation shall set or cause to be set any telegraph, telephone or other poles upon any street or alley within the City of Canton, or string or hang any wire along or across any street or alley, unless authorized so to do by the City Council, under a penalty of ten dollars for each offense.

SEC. 23. *Public Parks shall be known by their respective names.* The several Public Parks, Squares and grounds in the City of Canton shall be known and designated by the names applied thereto respectively on the map of the City of Canton, that may be designated by ordinance.

SEC. 24. *Care of parks.* It shall be the duty of the Committee on Parks and Public Buildings of the City Council to superintend all public grounds and keep the fences thereof in repair, the walks in order, and the trees properly trimmed, and improve the same according to plans approved by the City Council. The said committee shall likewise cause printed or written copies of prohibitions of this article to be posted in the said Parks or Grounds.

SEC. 25. *Regulations of Parks.* No person shall enter or leave any of Public Parks of the City of Canton except by their gateways; no person shall climb or walk, sit or stand upon the walls or fences thereof.

SEC. 26. *Depredations not to be committed in Parks.* Neither cattle, horses, goats, swine or annimals, except as herein specified shall be turned into any one of the said Parks by any person. All persons are forbidden to carry firearms or to throw stones or other missiles within any one of these Public Parks. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences or other structure, or property within or upon any of the said Parks.

SEC. 27. *Bills are not to be posted in Parks.* No person shall post or otherwise use or affix any bills, notice or other paper upon any structure or thing within either of said Parks nor upon any of the gates nor enclosures thereof.

SEC. 28. *Persons in Parks must keep off the grass.* No person shall go upon the grass, lawn or turf of the Parks except when and where the word "common" is posted, indicating that persons are at liberty at that time and place to go on the grass. Any member of the city police shall have the power to arrest any person who shall not desist from any vio-

lation hereof when directed, and cause him to be committed for examination or be taken before the proper officer for trial.

SEC 29. *Penalty.* Any person who shall violate any or either of Sections 25, 26, 27 or 28, of this Chapter, or whoever shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall upon conviction pay a fine of not less than five dollars nor more than two hundred dollars.

SEC. 30. *Sidewalks shall be constructed by special taxation.* All new sidewalks and condemned sidewalks shall be constructed by special taxation, levied upon abutting land owners, and it shall be the duty of said land owners, whenever the same becomes defective or needs repairs, to repair the same without notice and keep the same in repair, using the same kind of material of which the walk is constructed.

SEC. 31. *Abutting property owners shall repair sidewalks.* Whenever any sidewalk in said City shall need repairs, the abutting land owner shall make the needed repairs; and if any owner shall fail to repair the same, the Street Superintendent shall give such owner three days notice to repair, and shall file a copy of the said notice with the City Clerk; and upon such owner failing or refusing to repair the same, an ordinance shall be passed to repair, renew or condemn the same and shall require the same to be constructed by special taxation; which ordinance shall be passed according to law, for such purpose.

SEC. 32. *Defective sidewalks.* Whenever any sidewalk shall not be repairable, an ordinance shall be passed condemning such defective sidewalk and requiring the same to be rebuilt by special taxation ; and new sidewalks shall be built by like taxation.

SEC. 33. *What ordinances shall specify.* All ordinances shall provide and specify the material which shall be used in such construction or repair, and the width and location of the same, and that the owners of abutting lands shall have the time allowed by law to build and construct the same, and in all other respects said ordinance shall conform to law.

# EXHIBIT 33

# LOCAL ACTS

OF

# THE LEGISLATURE

OF THE

## STATE OF MICHIGAN

PASSED AT THE

## REGULAR SESSION OF 1895

WITH AN APPENDIX

BY AUTHORITY

LANSING
ROBERT SMITH & CO., STATE PRINTERS AND BINDERS
1895

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 206 of 828

tion (so called), and also all that part of said city lying and being east of the east bank of the Au Sable river, be and the same is hereby detached from the city of Au Sable, in said county of Iosco, State of Michigan, and the same shall be, and is hereby attached to the township of Au Sable in said county and State aforesaid. But the territory hereby detached shall not be relieved in any manner from its just share and proportion of the present legal bonded indebtedness of said city of Au Sable, together with interest thereon, and said indebtedness shall be apportioned in accordance with the provisions of act number thirty-eight of the session laws of eighteen hundred and eighty-three, approved April twenty-first, eighteen hundred and eighty-three, entitled "An act to provide for the adjustment of rights and liabilities on division of territory of cities and townships," and acts amendatory thereof.

**Territory detached shall not be relieved of its share of legal bonded indebtedness.**

SEC. 2. This act shall not be construed as nullifying or repealing an act entitled "An act to incorporate the board of education of the city of Au Sable," being act number two hundred and eighty-five of the local acts of eighteen hundred and ninety-one, and the persons elected as members of such board of education under the provisions thereof shall continue to have and exercise all the duties, powers and jurisdictions conferred upon them by the provisions thereof, within the territory and district in which their jurisdiction now extends.

**This act not to repeal the act incorporating the board of education.**

SEC. 3. The matter of procedure in the matter of apportioning, levying and collecting taxes for the support of the schools within said district, and for altering the boundaries thereof, shall be the same as near as may be as is provided by law in the case of fractional school districts.

**Procedure in the matter of taxes.**

Approved May 24, 1895.

---

[ No. 436. ]

AN ACT to amend an act entitled "An act supplemental to the charter of the city of Detroit, and relating to parks, boulevards and other public grounds in said city, and to repeal act number three hundred and seventy-four of the local acts of eighteen hundred and seventy-nine, entitled 'An act to provide for the establishment and maintenance of a broad street or boulevard about the limits of the city of Detroit and through portions of the townships of Hamtramck, Greenfield and Springwells, in the county of Wayne,' approved May twenty-one, eighteen hundred and seventy-nine," as amended by act number four hundred and fifteen of the local acts of eighteen hundred and ninety-three, approved May twenty-ninth, eighteen hundred and ninety-three, by amending sections six, seven and fourteen thereof, and to add to said act twenty new sections to stand as sections thirty-two, thirty-three, thirty-four, thirty-five, thirty-

six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty and fifty-one of said act.

Act amended and sections added.

SECTION 1. *The People of the State of Michigan enact,* That an act entitled "An act supplemental to the charter of the city of Detroit, and relating to parks, boulevards and public grounds in said city, and to repeal act number three hundred and seventy-four of the local acts of eighteen hundred and seventy-nine, entitled 'An act to provide for the establishment and maintenance of a broad street or boulevard about the limits of the city of Detroit and through portions of the townships of Hamtramck, Greenfield and Springwells, in the county of Wayne,' approved May twenty-one, eighteen hundred and seventy-nine," as amended by act number four hundred and fifteen of the local acts of eighteen hundred and ninety-three, approved May twenty-nine, eighteen hundred and ninety-three, be amended by amending sections six, seven and fourteen thereof, and by adding twenty new sections to stand as sections thirty-two, thirty-three, thirty-four, thirty-five, thirty-six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty and fifty-one, to read as follows:

Commissioners to have control, management, and charge of improvements of all parks and public grounds.

SEC. 6. The commissioners shall have the control and management, and shall have charge of the improvement of all the parks and public grounds of said city, including the island park (known as "Belle Isle park"), and of such parks or public grounds as may hereafter be acquired, laid out, purchased or dedicated for public use in said city. And they shall likewise have control, management and charge of the improvement and maintenace of the boulevard, which was laid out and established as provided by the (said) act creating said board of boulevard commissioners, and of any other boulevard which may at any time be hereafter acquired, laid out, established or located by said city. The authority hereby conferred shall not be construed as giving charge or control to said commissioners over and to the improvement of any ordinary public street or alley. When the estimated cost of any work or improvement ordered by said commissioners shall exceed the sum of one thousand dollars, the same shall be done by contract, after advertisements for bids in at least two daily papers, printed in said city, for at least seven days.

When improvements to be done by contract.

May make rules and regulations for maintenance and care of.

SEC. 7. The said commissioners may make all needful rules and regulations for the management, maintenance and care of the said parks, public grounds and boulevard or boulevards, and for the regulation thereof, and the common council of said city may provide by ordinance for the observance of the same, and may also in like manner provide for the observance and enforcement of any other rules and regulations duly made by said commissioners under any of the provisions of this act. And said common council may by ordinance further provide for the preservation and protection of the parks, public grounds

Protection of.

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 208 of 828

notice or bill or other writing or printing on any tree, tower, lamp post, hydrant, curbstone, coping, flagstone, fence, dock, bridge, wall, building or other place under the charge or control of said commissioners.

Not to drive any display advertisement or placards along the parks or boulevards.

SEC. 38. No person shall drive any vehicle displaying any placard or advertisement of any kind along said boulevard or on or along the driveway of any of said parks, nor shall any person display any placard or any advertisement of any kind on or upon or along the said boulevard or any of the said parks for advertising only.

Not to dig, remove or carry away any sward, sand or turf from parks.

SEC. 39. No person shall dig, remove or carry away any sward, sand, turf or earth in or from any public park, or boulevard, and no person shall open or dig up or tunnel under any part or portion of the boulevard without a permit from the commissioners of parks and boulevards, and before granting any such permit the applicant therefor shall be required to deposit with the secretary of said commissioners such sum of money as the superintendent of the boulevard or such other officer as the commissioners may designate for that purpose, shall estimate, will fully cover any expense to be incurred by the commissioners in connection with such opening or tunneling, and the commissioners may make suitable regulations and conditions with respect to issuing said permits. And said commissioners may retain the actual expense, which shall be certified by the superintendent, which may be incurred by the commissioners in connection with any work done by them, for the purpose of restoring any roadway, sidewalk, planting place or other portion of said boulevard, and the secretary shall refund to the person to whom said permit shall be issued the difference, if any, between the amount deposited and the amount so certified by the superintendent. Carriage or driveways and footwalks connecting with any premises adjoining the boulevard, or hitching posts thereon, shall be allowed only on a permit issued under this section, and the material used in making such ways, walks or posts shall be determined by the said commissioners.

Not to deposit dead carcasses, filth, dirt, stones, etc., on the boulevard or parks.

SEC. 40. No person shall place or deposit any dead carcass, ordure, filth, dirt, stone, ashes, garbage or rubbish of any kind, or other matter or substance on the said boulevard, or of any of said public parks, and no person shall wade into or throw any wood, sand, stone, or other substance into any basin, pool, lake or fountain in any public park, or bathe or fish in any of the waters thereon, except on Belle Isle park, where persons may bathe and swim, but only under such restrictions and conditions as may be prescribed by the commissioners of parks and boulevards; and no person shall send or ride any animal into same, nor shall any person kill, molest or disturb any fish, fowl or animals kept thereon.

Not to build any fence or barrier around grass plots or planting place.

SEC. 41. No person shall build or place any fence, or other barrier around any grass plot or planting place on said boulevard or public park, or place any building or obstruction of any kind thereon.

Not to play certain games.

SEC. 42. No person shall play at any game whatever in or upon said boulevard, or on any of the said parks, under the

Proviso.

charge of the said commissioners: *Provided, however,* That ball, cricket, lawn tennis and other like games of recreation may be played upon such portions of said parks as may be designated from time to time by the commissioners and under such rules and regulations as may be prescribed by them.

Not to engage in sport liable to frighten horses.

SEC. 43. No person shall engage in any sport or exercise upon said boulevard or park as shall be liable to frighten horses, injure travelers, or embarrass the passage of vehicles thereon.

Not to discharge firearms or fireworks.

SEC. 44. No person shall fire or discharge any gun or pistol or carry firearms, or throw stones or other missiles within said park or boulevard, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of any explosive character on said park or boulevard, without the permission of said commissioners, and then only under such regulations as they shall prescribe.

No person shall expose or offer any article or thing for sale, play any musical instrument, etc., without permission of commissioners.

SEC. 45. No person shall expose any article or thing for sale or do any hawking or peddling in or upon said parks or boulevard, and no person, without the consent of said commissioners, shall play upon any musical instrument, or carry or display any flag, banner, target or transparency, nor shall any military or target company, or band or procession parade, march, drill or perform any evolution, movement or ceremony within any of said parks, or upon or along said boulevard, without the permission of said commissioners, and no person shall do or perform any act tending to the congregating of persons on said boulevard or in said parks.

Gambling and disorderly conduct.

SEC. 46. No person shall gamble, nor make any indecent exposure of himself or herself, nor use any obscene language, or be guilty of disorderly conduct, or make, aid, countenance or assist in making any disorderly noise, riot, or breach of the peace, within the limits of the said parks or boulevards; and no person shall sell or dispose of any intoxicating liquors in or upon any public park without the consent of the said commissioners.

Intoxicating liquors.

All boats, carriages, railroad cars, and vehicles running for hire to be licensed.

SEC. 47. All boats and vessels, carriages, railroad cars and other vehicles running for hire to and from said Belle Isle park, or any other park, shall be duly licensed and shall be subject to all the rules and regulations that may be established by said commissioners or by the common council from time to time, and no person shall carry on the business of carrying passengers to and from either of said parks unless their vehicles shall be so licensed. And no person commanding or having charge of any boat, carrying passengers for hire shall land or permit any passengers therefrom to land at any dock on Belle Isle park, excepting such as may be designated for that purpose by the commissioners, and no person having charge of any vessel shall fasten or tie the same at any wharf or dock in Belle Isle park, excepting for the purpose of receiving or discharging passengers as permitted by this section.

SEC. 48. No person shall place or deposit or allow to be placed or keep or deposit on any part of said boulevard any

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 210 of 828

building material without the written permission of said commissioners, which permit shall state the space to be occupied and the length of time during which said permit shall be in force, and every person having use of any portion of said boulevard for the purpose of erecting or repairing any building or for placing or keeping any building material or any other article or thing thereon which shall cause any obstruction to travel thereon or render the same in any respect dangerous to travelers thereon, shall cause two red lights to be placed in conspicuous places, one at the end of said obstruction, from sunset until sunrise in the morning of each day during the time such obstruction shall remain, and shall also construct and maintain proper safeguards, and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two feet wide, and no such permit shall be granted under this section unless in the application therefor the party applying shall agree to indemnify the city against all liability from injury to any person or property arising from such obstruction.

**Not to deposit building material on any part of boulevard without written permission of commissioners.**

**Red lights to be placed in conspicuous places.**

SEC. 49. No person shall conduct or permit any funeral procession or hearse to be driven upon the boulevard: *Provided,* That nothing herein contained shall be construed to prevent the removal of any corpse from any house abutting upon said boulevard, and the forming of the funeral procession thereon, but the hearse or procession shall not proceed further thereon than the nearest paved cross street in the direction in which said hearse shall move.

**Funeral processions not to drive on boulevard.**

**Proviso.**

SEC. 50. No person shall remove any house or building on, along or across the boulevard, except on the written permission of said commissioners, which shall be issued only upon such terms and conditions, and under such regulations as they may prescribe, and upon a deposit with the secretary of said commissioners of such sum as may be fixed by said commissioners, and as they shall estimate will fully cover all damages to walks, roadways, grass plots, trees and other property and improvements of said boulevard, and said permit shall be issued only upon the express condition that said moving shall be commenced and completed between the hours of one and six o'clock in the forenoon, and the occupancy of the said boulevard shall continue only between said hours and after said moving shall have been completed, the roadway, grass plot, walks and other property and improvements shall be restored to their former condition by the said commissioners or under the supervision of their superintendent, and their superintendent shall thereupon certify to the secretary the actual expense incurred in such restoration, and the secretary shall refund to the person to whom said permit shall be issued the difference, if any, between the amount deposited and the amount so certified by the superintendent.

**Not to remove any house or building on or along the boulevard without written permission of commissioner.**

SEC. 51. Any violation of the provisions of this act shall be punished in the recorder's court by a fine not to exceed one hundred dollars and costs, and, in the imposition of any fine and costs, the court may make a further sentence, that the offender be imprisoned in the Detroit House of Correction

**Penalty for violation.**

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 211 of 828

until the payment of such fine, for any period of time not exceeding six months.

This act is ordered to take immediate effect.

Approved May 24, 1895.

---

[ No. 437. ]

AN ACT to amend sections two, five, seven and eleven of act number three hundred eighty-three of the local acts of eighteen hundred ninety-three, entitled "An act to provide for the election of two justices of the peace and for the appointment of a justice clerk in and for the city of Saginaw, and to define their jurisdiction and to fix their compensation; and to abolish and discontinue the five offices of justice of the peace of said city, upon the expiration of the terms of the present incumbents thereof; and to provide for the filing of the files, records and dockets belonging to or appertaining to the offices abolished and discontinued, and for the issuance of executions upon judgments appearing on said dockets and to repeal all provisions of the charter of the city of Saginaw and of all other acts or parts of acts in any wise contravening the provisions of this act," approved May thirteenth, eighteen hundred ninety-three.

Sections amended.

SECTION 1. *The People of the State of Michigan enact*, That sections two, five, seven and eleven of act number three hundred eighty-three of the local acts of eighteen hundred ninety-three, entitled "An act to provide for the election of two justices of the peace, and for the appointment of a justice clerk in and for the city of Saginaw, and to define their jurisdiction and to fix their compensation, and to abolish and discontinue the five offices of justices of the peace of said city, upon the expiration of the terms of the present incumbents thereof, and to provide for the filing of the files, records and dockets belonging to or appertaining to the offices abolished and discontinued, and for the issuance of executions upon judgments on said dockets, and to repeal all provisions of the charter of the city of Saginaw and of all other acts or parts of acts in any wise contravening the provisions of this act," approved May thirteenth, eighteen hundred ninety-three, be amended so as to read as follows:

Justices to have same jurisdiction as justices of townships.

Jurisdiction of civil cases.

SEC. 2. The said justices of the peace for the city of Saginaw shall have the same jurisdiction and powers and perform the same duties as are now exercised and performed, or may at any time hereafter be conferred by law upon justices of the peace for townships, together with jurisdiction in civil cases, where either of the parties to any such action reside in the county of Saginaw, and such further jurisdiction as may be provided by statute. In cases of examination of offenders by either of said justices, for offenses committed against the crim-

# EXHIBIT 34

LIBRARY
UNIVERSITY OF ILLI
URBANA

THE

# CENTRALIA CITY CODE.

COMPRISING—

ORIGINAL CHARTER AND AMENDMENTS,
THE LAWS OF THE STATE OF ILLINOIS
RELATING TO THE GOVERNMENT OF

## THE CITY OF CENTRALIA,

GENERAL ORDINANCES,
SPECIAL ORDINANCES AND
ILLINOIS CENTRAL RAILROAD CONTRACT.

REVISED AND CODIFIED BY—

**Frank F. Noleman and William F. Bundy,**

Attorneys at Law.

**PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.**

1896.

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

LIBRARY
UNIVERSITY OF ILLINOIS
URBANA

CENTRALIA, ILLINOIS.

PRINTED BY THE CENTRALIA DAILY
SENTINEL—T. L. JOY & CO.

1896.

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

## CHAPTER XXXIII.

### PARKS.

**367. Central Park.**] § 1. That block 113 in the Railroad Addition to said city shall be called and hereafter known by the name of Central Park.

**368. Unlawful to Cut Grass, etc.**] § 2. That it shall not be lawful for any person to enter upon and cut or remove any grass or other article from Central Park without permission from the proper officer; nor to turn into said park any cattle, horses, hogs, or other animals; nor to hitch, fasten, or tie any animal whatever to any tree, fence or gate around the same; nor to cut, break, or deface the trees or fences around said park; nor to cut, injure, climb upon, break, bend, or destroy any tree, shubbery, plant, or ornament, or the boxing or railing around the same, growing or being in said park. Any person violating any of the provisions of this section shall be fined in any sum not less than ten dollars nor more than one hundred dollars for every offense.

**369. Offenses.**] § 3. All persons are forbidden to carry firearms, or to throw stones or other missiles in said park. All persons are forbidden to cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, or other constructions, or property within or upon the said park. No person or persons shall lounge or loiter in said park after eleven o'clock of any night, nor shall any person or persons do therein any obscene or indecent act. Any person violating any of the provisions of this section shall be fined in any sum not less than ten dollars nor more than one hundred dollars.

**370. Committee on Public Grounds to Have Charge of.**] § 4. It shall be the especial duty of the Committee on Public Grounds to care for said Central Park and to see that the rules concerning the same are strictly enforced. Said committee shall see each spring that said park is supplied with suitable seats or benches, and that the same are painted and placed therein;

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN



LIBRARY
UNIVERSITY OF ILL
URBANA

recommend to the City Council any new seats or other property required, and purchase the same under the instructions of the City Council. Said committee shall see that said park is kept free from brush and weeds, that the grass and trees are properly trimmed, and in the fall remove all benches and other property of a movable nature, likely to suffer from exposure, to suitable cover.

**371. Permission to Use Park.**] § 5. The Mayor shall have the power to grant permission for the use of the said park, and all parties desiring the use of the same for any public gathering shall make application to the Mayor, stating the character of the meeting or assembly proposed to be held, and if such proposed meeting is not likely to disturb the peace and good order of the city, or the neighborhood, and is of a moral character, he shall thereupon grant such permission: *Provided*, *however*, no permission granted by the Mayor for the holding of meetings or assemblies in said park shall protect the individuals so assembled from prosecution for the violation of any of the laws of this city.

Digitized by
INTERNET ARCHIVE
Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# EXHIBIT 35

REVISION OF 1904

# THE GENERAL ORDINANCES

OF THE

# CITY OF INDIANAPOLIS

CONTAINING, ALSO

ACTS OF THE INDIANA GENERAL ASSEMBLY

SO FAR AS THEY CONTROL SAID CITY

TO WHICH IS PREFIXED

A CHRONOLOGICAL ROSTER OF OFFICERS

FROM 1832 TO 1904

AND RULES GOVERNING THE COMMON COUNCIL

---

Collated and Annotated by Edgar A. Brown and William W. Thornton, Commissioners.

---

*PUBLISHED BY AUTHORITY OF THE CITY OF INDIANAPOLIS.*

---

INDIANAPOLIS
WM. B. BURFORD, PRINTER AND BINDER
1904

AN ORDINANCE regulating the use and enjoyment of parks, park grounds and parkways of the City of Indianapolis, providing penalties for the violation of the same, repealing all conflicting ordinances, providing for the publication thereof, and fixing the time when the same shall take effect.

[Approved June 30, 1896.]

**1968. When Open for Public—Entrance.** 1. *Be it ordained by the Common Council of the City of Indianapolis, Indiana,* That the parks shall be open to the public from 5:00 a. m. until 11:00 p. m., and no person other than employes shall be permitted to remain therein, except when open as herein specified, and no person at any time shall enter or leave any park except by the established entrances, walks or drives.

**1969. Writing on Park Buildings, etc.** 2. No person shall write, cut, mutilate or deface in any manner any building, fence, bench, masonry, statue, ornament, or tree in any public park.

**1970. Injury to Flowers or Trees.** 3. No person shall pull, pluck, break or touch any flowers or fruit, whether wild or cultivated; cut down, girdle or break down any sapling, tree, shrub or plant; break or bend limbs or branches of trees or bark trees; or bend, pluck, handle or injure any trees, flowers, shrubs or plants whatever, or limbs, twigs or leaves thereof, or climb any tree in any public park.

**1971. Discharging Fire-Arms.** 4. No person shall discharge any fire-arm, or have possession of any fire-arm within the limits of any public park.

**1972. Use of Profane or Abusive Language.** 5. No person shall use profane, obscene, threatening or abusive language, or fight or throw any stone or missile, or behave in a disorderly or improper manner, or commit any offense against decency or good morals in any public park.

**1973. Starting Fire in Park—Molesting Animals.** 6. No person not an employe shall make a fire for any purpose within the bounds of any park; and no person shall chase, catch, injure, molest or disturb any animal, bird or fish kept within any public park for the use, instruction or entertainment of the public, nor shall any person give or offer to give any such animal tobacco or other noxious article.

**1974. Animals or Fowls Trespassing on Parks.** 7. No person being the owner or having control of the same shall suffer or permit any chickens, ducks, geese, hogs, cattle, horses, sheep, or goats, or other animals or fowls to stray into, run at large or trespass upon any public park land.

**1975. Fastening Horse to Tree.** 8. No person shall fasten a horse to a tree, or bush, or building, or leave the same unattended, or be permitted to bring or lead horses within the limits of any public park, or a horse that is not harnessed and attached to a vehicle or mounted by a rider.

**1976. Wagons in Forbidden—Standing on Driveways.** 9. All vehicles other than pleasure carriages, as distinguished from wagons, carts and drays, are prohibited within any public park, except when employed in the business of said parks; and no vehicle or horse shall be permitted to stand upon the drives or any part thereof to the obstruction of the way.

**1977. Bicyclers.** 10. Bicyclers and tricyclers shall be strictly confined to the roadways of the public parks, and be controlled by the same rules which govern horsed vehicles and equestrians, and must keep and pass to the right when meeting the same. When passing a carriage or equestrian from the rear to the front it must be done on the left side, and at a speed not to exceed four miles per hour. Bicyclers and tricyclers must not travel more than two abreast, nor without displaying a light in front if it be one-half hour after sunset, and carrying regular bicycle or tricycle bells at all times.

**1978. Carriages Passing Each Other.** 11. When carriages, equestrians or cyclers meet, the shall respectively keep to the right.

**1979. Riding or Driving on Grass.** 12. No person shall ride or drive upon the grass, footways or elsewhere than on the roads for the use of carriages, equestrians and cyclers.

**1980. Speed for Driving.** 13. No person shall ride or drive a horse or cycle faster than at the rate of six miles an hour.

**1981. Picnics—Permits—Cleaning Up Debris.** 14. No picnic shall take place in any public park without a written permit of the Superintendent, in which shall be designated the place where it is to be held. Picnics permitted for Sunday and secular schools must always be accompanied by their respective teachers and masters, who will be held personally responsible for all infringements by the scholars of these rules and regulations. No person shall intrude him or herself upon a picnic without consent of those in charge of it, nor disturb any picnic within said parks. Parties holding picnics in the said parks must clean up the ground that has been occupied by them, on quitting it, and remove all paper and litter.

**1982. Sleeping in Parks—Begging—Games.** 15. No person shall be allowed to sleep on the benches or grass of any public park, nor to beg, to tell fortunes, to play at any game of chance, or with any instrument of gaming therein, and gambling in any form and playing cards is prohibited in the public parks.

**1983. Use of Liquors Prohibited.** 16. No person shall introduce spirituous, malt or fermented liquors into any public park, either for his own use or for sale, nor use, sell or give away the same.

**1984. Dogs.** 17. No person shall bring a dog into any public park.

**1985. Parades—Drills—Meetings.** 18. No military, civic or other company shall be permitted to parade, drill or perform within any park any military evolutions or movements without the consent of the Park Commissioners, and no public meetings or public discussions of any subject, religious, social, political, or of any other kind, shall be held within the limits of any park without the consent of the Park Commissioners.

**1986. Funeral Procession.** 19. No funeral procession, or hearse, nor any vehicle carrying the body of a deceased person, shall be allowed within any park.

**1987. Bringing Trees Into Park—Advertisement.** 20. No person other than employes shall bring upon any park any tree, shrub or plant, nor any newly plucked branch or portion of tree, shrub or plant; and no person shall paint, post or otherwise affix any bill, notice, sign, or other paper or sign upon any structure or thing within the parks nor upon any of the gates in the enclosures thereof.

**1988. Walking on Grass.** 21. No person shall go upon the grass, lawn or turf of any parks where the sign inscribed "Keep Off the Grass" has been posted by the Superintendent.

**1989. Watermelons.** 22. All persons are forbidden to carry watermelons into any park.

**1990. Bathing—Fishing—Disturbing Animals.** 23. No person shall bathe, wash or fish in, or go or send or ride any animal into any waters of any park, nor feed or disturb any of the fish, water fowls or other birds or animals preserved therein; or throw stones or rubbish of any kind into any lake, pond, stream or fountain, or any roadway of any public park.

**1991. Playgrounds.** 24. Portions of the parks may be set aside by the Superintendent for ball, croquet, golf or other games, and where any such portion of any park is set apart for any games, as aforesaid, no game of baseball shall take place without the written consent of the Superintendent, and no person shall practice ball or intrude himself upon the players on the space so set apart while a game is in progress. (As amended June 24, 1904.)

**1992. Hammocks.** 25. Hammocks, except for the use of babies, shall not be permitted within the parks. In such cases permission must be obtained from the Custodian, who will designate the trees to which the hammock may be attached.

**1993. Removal of Benches.** 26. No benches or seats shall at any time be removed or changed from their place in the said parks without permit shall be obtained from the Superintendent.

**1994. Swings.** 27. No person shall attach a swing to any tree within any public park without the consent of the Superintendent.

**1995. Sales Within Park.** 28. No person shall sell or offer for sale any article whatever within any public park without first having obtained written consent of the Board of Park Commissioners.

**1996. Intoxication.** 29. No intoxicated person shall be permitted in any public park.

**1997. Entering Water Closet of Opposite Sex.** 30. No person of opposite sex shall enter any water closet set apart for ladies, nor use in any improper way any water closet.

**1998. Penalty.** 31. Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be fined not less than five ($5.00) dollars, nor more than one hundred ($100.00) dollars

**1999. Officers Given Police Powers.** 32. Officers or employes of the various parks are in power [empowered] to enforce the rules and regulations as herein set forth, and summary [summarily] to arrest and judge violators thereof.

**2000. Repeals.** 33. All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

**2001. Publication.** 34. This ordinance shall take effect and be in force from and after its passage and publication one day each week for two consecutive weeks in the Sun, a daily newspaper of general circulation, printed and published in the City of Indianapolis.

## PAWN-BROKERS.

AN ORDINANCE to license and regulate pawn-brokers; defining and declaring who shall be deemed pawn-brokers; fixing the license fee therefor; providing for the keeping of lists and descriptions of articles pledged or deposited with pawn-brokers; for the inspection of such lists and articles; the registering of the names and residences of depositors, and prescribing penalties; also providing for the publication of said ordinance and the time when the same shall take effect.

[Approved November 27, 1893.]

**2002. License—Definition—Fee.** 1. *Be it ordained by the Common Council of the City of Indianapolis*, That it shall be unlawful for any person to engage in or continue in the business of a pawn-broker in said city, unless such person shall have first paid the license fee to the City Treasurer and procured the license as a pawn-broker as in this ordinance prescribed. Every person whose business it is to take or receive by way of pledge, pawn, or exchange, any goods, wares or merchandise, or any kind of personal property whatsoever, as a security for the repayment of money lent thereon, or who purchases personal property or choses in action, on the condition of selling the same back again at a stipulated price, is hereby defined and declared a pawn-broker, and shall pay to the City Treasurer an annual fee of one hundred dollars.

1. See also Second-Hand Dealers.

**2003. Issuing License—Date.** 2. It shall be the duty of the City Comptroller, upon the presentation of the treasury certificate showing the payment of said fee into the city treasury, to issue to the person entitled thereto the license applied for. Such license shall

# EXHIBIT 36

# REPORT

OF THE

# BOARD OF PARK COMMISSIONERS

OF THE

# CITY OF ROCHESTER, N. Y.

1888 to 1898.

WARREN · H · MANNING

UNION AND ADVERTISER PRESS.

Digitized by Google

# PENAL ORDINANCES

## Relating to the Use and Government of the Public Parks and Parkways of the City of Rochester.

Passed August 26, 1896.

The Board of Park Commissioners of the city of Rochester do enact as follows:

DEFINITIONS.

SECTION 1. The terms "parks" used herein shall be construed to include all lands and waters under the control of the Board of Park Commissioners of the city of Rochester, except parkways, and the term "said Board" shall be construed to mean the Board of Park Commissioners of said city.

GENERAL RULES AS TO USE OF PARKS.

SECTION 2. The parks of the city of Rochester are for the benefit and pleasure of the public, and every person shall use said parks subject to the ordinances of said Board.

The roadways in the parks shall not be used by any vehicles except those employed for the purposes of pleasure; the rides and bridle paths shall be used only by persons on horseback or bicycles, and the walks shall be used exclusively by pedestrians, except that baby carriages and invalid chairs and children's carts and tricycles may be propelled thereon

This section shall not apply to vehicles used by order of said Board.

The parks shall be closed from 11 o'clock P. M., until 5 o'clock A. M., during the summer season, and from 10 o'clock P. M., until 7 o'clock A. M., during the winter season; and no persons except employes of said Board on duty, or members of said Board, shall go into, or remain in said parks, while closed. The summer season shall be from April 1st until November 15th, and the winter season shall be from November 15th until April 1st.

ACTS PROHIBITED

SECTION 3. No person shall commit any of the following acts within said parks:

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3 Throw stones or missiles

Digitized by Google

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 226 of 828

4 Utter loud or indecent language.
5. Play any game of cards or chance.
6. Tell fortunes.
7. Beg.
8. Publicly solicit subscriptions.
9 Drive or lead a horse not well broken.
10. Allow any dog to run at large.
11 Throw or drain offensive substances into any park waters.
12. Bathe in park waters without having the body concealed by suitable covering extending from the knees to the shoulders.

ACTS PROHIBITED WITHOUT PERMISSION.

SECTION 4. No person shall commit any of the following acts within said parks without the consent of said Board, or some duly authorized person.

1. In any manner injure any tree, plant, grass, flower, fruit, turf or structure.
2. Keep or offer anything for sale.
3. Play any music.
4. Post or display any sign, banner or advertisement.
5. Deliver any public speech.
6. Solicit passengers for any boat or vehicle for hire.
7. Obstruct in any way a roadway or path
8. Discharge any firearm or fireworks or send up any balloon.
9. Permit any animal, except horses and dogs, to enter said parks.
10. Ride or drive any animal or vehicle at a speed exceeding eight miles per hour. This shall not apply to the vehicles of the fire or police departments, ambulances, nor vehicles used by physicians when actually engaged in responding to emergency calls or to driving on the "speedway" in Genesee Valley Park.
11. Hold any picnic at a place not designated by said Board for that purpose.
12. Hold any public meeting or engage in any marching or driving as members of a military, political or other organization.
13. Conduct any funeral procession nor vehicle containing the body of a deceased person.
14. Build any fire.
15. Write, paint or carve on any tree, bench or structure.
16. Climb any tree, nor tie any horse to a tree.
17. Enter any place upon which the words "No Admittance" shall be displayed.
18. Play baseball, tennis, nor any other game at a place not designated by said Board for that purpose.
19. Take ice from any park waters.
20. Fish in any park waters.
21. Bathe in any place not designated by said Board for that purpose.

Digitized by Google

22. Enter nor leave said parks except at the established ways of entrance and exit.

23. Place or propel any boat or other craft upon park waters.

24. Land from any boat at a place not designated by said Board for that purpose.

25. Carry any flowers or shrubs, firearm, sling-shot, axe, saw, shovel or spade within the following parks, viz.: Genesee Valley Park, Highland Park, Seneca Park east and Seneca Park west.

26. Occupy in any way the slopes of the river banks.

27. Violate the regulations of said Board relating to any building or place.

28. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

29. Injure any notice posted by order of said Board.

DISPOSITION OF VAGRANT ANIMALS.

SECTION 5. Pounds for temporarily restraining animals found running at large within said parks shall be established at such places as the Superintendent of Parks may designate

All animals found running at large within said parks contrary to the ordinances of said Board, may be seized by any person and conducted to any one of such pounds. Upon the impounding of any animal within a park pound, it shall be the duty of the Superintendent of Parks forthwith to notify the keeper of the city pound, who shall at once take and dispose of such animal in the manner provided by the penal ordinance of the city of Rochester relating to the disposition of vagrant animals.

PENALTY FOR VIOLATION OF PARK ORDINANCES.

SECTION 6. Any violation of these ordinances shall be deemed a misdemeanor, and shall be punishable by a fine of not less than five dollars nor more than one hundred dollars, and in default of the payment of such fine, any person so convicted may be imprisoned in the Monroe County Penitentiary for a period not exceeding thirty days, or by both such fine and imprisonment.

FORMER ORDINANCES REPEALED.

SECTION 7. The ordinances of said Board, passed January 26, 1891, and all ordinances inconsistent herewith, are hereby repealed.

Digitized by Google

# EXHIBIT 37

Report of the

# ...BOARD OF...

# PARK COMMISSIONERS,

OF

## WILMINGTON, DEL.

---

FOR THE

## Year ending December 31st, 1897.

---

WILMINGTON, DEL.
THE JOHN M. ROGERS PRESS,
1898.

a.u.c.

# PRESENT BOARD OF PARK COMMISSIONERS.

| | Date of Appointment. | | Term Expires. | | |
|---|---|---|---|---|---|
| William M. Canby, | March | 1883. | December | 31, | 1902. |
| George S. Capelle, | January | 1898. | " | " | " |
| George W. Bush, | March | 1883. | " | " | 1901. |
| J. Newlin Gawthrop, | November | 1895. | " | " | " |
| William P. Bancroft, | March | 1883. | " | " | 1900. |
| Henry A. duPont, | " | " | " | " | " |
| Thomas F. Bayard, | " | " | " | " | 1899. |
| Joseph L. Carpenter, Jr., | January | 1895. | " | " | " |
| Dennis J. Menton, | September | 1886. | " | " | 1898. |
| Samuel Bancroft, Jr., | November | 1895. | " | " | " |

## MEMBERS EX-OFFICIO.

Henry C. McLear, *Mayor.*
C. Marion Leitch, *President of Council.*
James B. Oberly, *Chairman of Finance Committee.*
James Wilson, *Chief Engineer of Surveying Department.*

## OFFICERS.

William M. Canby, *President.*
Joseph A. Richardson, *Secretary and Treasurer.*
Theodore A. Leisen, *Engineer and Superintendent.*

## OFFICE OF THE ENGINEER AND SUPERINTENDENT.

Corner Lovering Avenue and Dupont Street.

## EXECUTIVE COMMITTEE.

William M. Canby, *Chairman.*
Dennis J. Menton.
J. Newlin Gawthrop.

Dup Exch. Wilmington Institute Free Lib. 7 Feb 1901

# PARK REGULATIONS.

No person shall ride or drive upon any part of the Park except upon the roads intended for such purposes.

No person shall bring led horses within the limits of the Park nor turn any horses, cattle, goats, swine, dogs or other animals loose in the Park.

No person shall indulge in any threating, abusive, insulting or indecent language, or commit any obscene or indecent act in the Park.

No person shall carry firearms, shoot birds, or other animals, nor throw stones or other missiles, or in any way disturb or annoy the birds or animals within the boundaries of the Park.

No person shall throw any dead animals or other offensive matter into the Park, nor foul any spring, brook or other water within the boundaries of the Park.

No person shall cut, break or otherwise injure or deface any trees, shrubs, plants, turf, rock or any building, fence, bridge or other structure within the Park.

No person shall erect, paint, paste or otherwise affix or distribute any signs, advertisements or circulars within the Park.

No person shall injure, deface, destroy, or remove any notices or regulations for the government of the Park.

Penalties, $5.00 to $10.00

# EXHIBIT 38

# CHARTER

AND

# REVISED ORDINANCES

OF

# KANSAS CITY

1898.

TO WHICH ARE PREFIXED A TABLE OF THE CASES CITED; AN HISTORICAL SKETCH OF THE CITY; AND, ALSO, THE CONSTITUTIONAL PROVISIONS AND ENABLING ACT IN PURSUANCE OF WHICH SAID CHARTER WAS FRAMED BY A BOARD OF THIRTEEN FREEHOLDERS AND SUBMITTED TO, AND RATIFIED BY, THE QUALIFIED VOTERS OF THE CITY AT A SPECIAL ELECTION APRIL 8, 1889, AND SUPERSEDED THE OLD CHARTER MAY 8, 1889. THE AMENDMENTS TO THE CITY CHARTER ADOPTED SINCE THE LAST DATE ABOVE, HAVE BEEN ARRANGED IN THEIR PROPER PLACES, WITH FOOT-NOTES SHOWING THE DATES OF THEIR ADOPTION.

---

THE ANNOTATIONS EMBRACE THE DECISIONS IN THE SUPREME COURT REPORTS, VOLUMES 1-137, INCLUSIVE, AND APPEAL REPORTS, VOLUMES 1-70, INCLUSIVE, BEARING UPON MUNICIPAL RIGHTS AND LIABILITIES, AND THE CONSTRUCTION OF THE CHARTER AND ORDINANCES.

---

COMPILED, ARRANGED, ANNOTATED, AND INDEXED BY

FRANK F. ROZZELLE AND GEORGE R. THOMPSON,

OF THE KANSAS CITY BAR, ASSISTED BY

R. B. MIDDLEBROOK, CITY COUNSELOR, AND H. C. McDOUGAL, FORMER CITY COUNSELOR AND AN ADVISORY COMMITTEE CONSISTING OF L. E. WYNE, P. S. BROWN, JR. AND GEORGE EYSSELL, OF THE UPPER HOUSE, AND JAMES G. SMITH, A. D. BURROWS AND JAMES PENDERGAST, OF THE LOWER HOUSE OF THE COMMON COUNCIL.

---

PRINTED AND PUBLISHED BY
AUTHORITY OF THE CITY OF KANSAS CITY, MISSOURI.

---

KANSAS CITY:
LAWTON & BURNAP, PRINTERS AND STATIONERS.
1898.

Digitized by Google

## ORDINANCE No. 9637.

AN ORDINANCE PROVIDING FOR THE REGULATION AND ORDERLY GOVERNMENT OF PARKS, BOULEVARDS, PARKWAYS, PARK ROADS AND OTHER PUBLIC GROUNDS UNDER THE CONTROL AND MANAGEMENT OF THE BOARD OF PARK COMMISSIONERS.

*Be it ordained by the Common Council of Kansas City:*

SECTION 1. That all omnibuses and all wagons, drays, trucks and other vehicles, for carrying goods, merchandise, manure, garbage, or other articles, entering upon any boulevard or parkway of this city, shall have width of tire as follows:

All vehicles of the kind above mentioned drawn by one horse shall have width of tire of not less than three (3) inches. All such vehicles drawn by two or more horses shall have width of tire not less than four (4) inches; *provided*, however, that all wagons, omnibuses and other vehicles of less width of tire than above specified, carrying goods, merchandise or other articles to or from any house or premises abutting upon any boulevard or parkway, shall be permitted to enter thereon at the cross street nearest said house or premises in the direction in which the same are moving, and deliver and receive such merchandise or other articles, but shall not proceed on such boulevard or parkway further than the nearest cross street thereafter. That this provision shall take effect and be in force six (6) months after the approval of said ordinance.

SEC. 2. No vehicle, nor horse, nor mule, shall be permitted to stand upon any portion of any boulevard, parkway or park road of said city, unless the driver thereof is in charge of and accompanies the same; nor shall any horse, mule or vehicle be permitted to stand upon any boulevard, parkway or park road to the obstruction of the same or to the inconvenience of travel.

SEC. 3. No person shall engage in any racing, speeding or fast and reckless riding or driving on any boulevard, parkway or park road of said city, except on such part or portion of any boulevard, parkway or park road as may be set apart by the board of park commissioners for that purpose, and then only under such regulations as the board of park commissioners may prescribe.

Digitized by Google



SEC. 4. No velocipede, bicycle, tricycle, wheelbarrow, hand-cart, nor other vehicle, nor any horse, mule, cattle nor swine shall be placed by the owner or any other person in charge or control thereof, or be permitted by the same upon the sidewalks, walks, curbstones, grass plots, or planting spaces of any park, boulevard, or parkway, nor to cross the same. Nor shall such vehicle or animal be taken upon any part thereof except upon the carriage drives and crossings provided therefor. Nor shall any horses, mules, cattle, sheep or swine be driven loose, singly or in herds on any boulevard or parkway, or park road of said city. Nor shall any dog be taken or permitted in or upon any park, except the same be led and secured at all times by cord or chain of not greater length than ten (10) feet.

SEC. 5. No person shall hitch any horse or other animal to any lamp post, tree or fire hydrant on any boulevard or parkway, or ride or drive over the curbstone, sidewalks or grass plots thereon. Nor shall any person permit any horse, mule or other animal to stand so near to any tree on any boulevard or parkway or in any park that such animal can damage the same by biting or otherwise. Nor shall any person permit any horse or other animal unattended to stand upon any boulevard or parkway of said city unless the same shall be securely hitched and checked.

SEC. 6. No owner, occupant or agent of any land abutting upon any boulevard or parkway of said city shall allow the earth or any rubbish from said land to fall or wash upon any part of said boulevard or parkway. Nor shall any person throw or cause to be thrown any dirt or rubbish of any kind upon any such park, boulevard, parkway or park road.

SEC. 7. No person shall place or deposit or allow to be placed or deposited on any boulevard, parkway or park road of said city, any building material whatsoever or any other articles or things which would obstruct or hinder the travel thereon, without a written permit from the board of park commissioners, which said permit shall state how great a space will be allotted on which the same may be placed or deposited, and the length of time during which said permit shall be in force; but no obstruction nor deposit of any kind shall be placed upon the parking or sidewalk on any boulevard or parkway nor shall any coal or wood or merchandise be dumped or thrown upon any boulevard or parkway.

SEC. 8. Every person having the use of any portion of any boulevard, parkway or park road of said city, for the purpose of erecting or repairing any building or for any other purpose shall

Digitized by Google



Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 236 of 828

cause two (2) red lights to be placed in a conspicuous place, one at each end of such obstruction from dusk until sunrise in the morning of each day during the time such obstruction shall remain, and shall also construct and maintain proper safeguards and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two (2) feet wide.

SEC. 9. No person shall play any game whatsoever in or upon any of the parks, boulevards, parkways or driveways under the control of the board of park commissioners; *provided*, however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the board of park commissioners, and under such rules and regulations as may be prescribed by said board. The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street. But this section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the board of park commissioners.

SEC. 10. No person shall engage in any sport upon any boulevard, parkway, park road or driveway under the control or supervision of the board of park commissioners which will be likely to frighten horses, injure passsengers or embarrass the passage of vehicles thereon.

SEC. 11. No person shall fire or discharge any gun or pistol, or carry fire-arms, or throw stones or other missiles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of an explosive character, within any park, boulevard, parkway or driveway of this city under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board and subject to such rules and regulations as said board may establish.

SEC. 12. No person shall expose any article or thing for sale, or do any hawking or peddling, or distributing hand-bills, or erect any sign-board, or paste or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flagstone, fence, wall, building or other place in any park, boulevard, parkway, park road, driveway or other public grounds under the control or supervision of the board of park commissioners of said city. Nor shall any person drive

Digitized by Google



any animal or vehicle displaying any placard or advertisement of any kind; nor shall any person display any placard or advertisement of any kind upon or along any boulevard, parkway, park road or in any park or other public grounds under the control and management of the board of park commissioners of said city.

SEC. 13.   No person shall cut, break or in any way injure or deface any of the trees, shrubs, plants, turf, grass, lamp posts, fences, bridges, buildings or other constructions of property in or upon any park, boulevards, parkways, park roads or other public grounds of said city under the control or supervision of the board of park commissioners.

SEC. 14.   All persons riding bicycles, tricycles and velocipedes in parks, or upon parkways, boulevards or park roads, shall be required to keep upon the paths specially provided for the same, or upon the roadway, and in no case shall be permitted to ride upon the foot-paths or upon the parking or grass.

SEC. 15.   That no vehicles, other than those used for pleasure driving, or other than such carts or other vehicles as may be employed by the board of park commissioners in the construction of, or caring for said parks, shall be permitted to enter said parks.

SEC. 16.   No person shall be guilty of disorderly, bawdy or lewd conduct, or of habitual loafing, or of sleeping on the ground or benches, or make, aid or assist in making any disorderly noise or riot or breach of the peace within the limits of any park, boulevard, parkway or other public grounds of the city.

SEC. 17.   Any person who shall violate any of the foregoing provisions, rules and regulations, shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not less than five dollars ($5.00) nor more than one hundred dollars ($100) for each and every offense, and in addition to the members of the regular police force of Kansas City who may be specially detailed by the board of police commissoners for the enforcement of the foregoing rules and regulations and for service under the direction of the board of park commissioners, said board of park commissioners may employ and appoint additional persons to act as special guards in parks, boulevards and parkways, as it may find it expedient and deem necessary for the protection of the same and for the enforcement of the rules and regulations of said board and the ordinances of the city relating to the regulation and orderly government of parks and public grounds under the control and

Digitized by Google

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 238 of 828

management of the board of park commissioners, and all such special park guards shall be sworn into service of the city as special policemen, and shall be paid out of the general funds appropriated by the common council for the general expenses of the board of park commissioners and for other park purposes; but the number of such special policemen so appointed shall not exceed fifteen (15) per cent of the regular police force of said city without the consent or approval of the common council of said city.

SEC. 18. The common council finds and declares that the action of the common council herein has been recommended by the board of park commissioners of Kansas City, Missouri, as provided by law and that said board has adopted said rules and regulations and has recommended to the common council the establishment and enforcement of the same by ordinance as herein provided.

SEC. 19. All ordinances or parts of ordinances in conflict with this ordinance, insomuch as they conflict herewith, are hereby repealed.

Passed April 14, 1898.

JAMES G. SMITH,
Speaker, Lower House of the Common Council.

Passed April 18, 1898.

GEO. S. GRAHAM,
President, Upper House of the Common Council.

[SEAL] Attest:

C. S. CURRY,
City Clerk.
BY E. A. NORRIS, Deputy.

Approved April 18, 1898, 11:50 A. M.

JAMES M. JONES,
Mayor.

Digitized by Google

# EXHIBIT 39

New Haven

# CHARTER

AND

# ORDINANCES

OF THE

## CITY OF NEW HAVEN

TOGETHER WITH LEGISLATIVE ACTS AFFECTING SAID CITY.

---

REVISED TO FEBRUARY 1, 1898.

---

NEW HAVEN:
PRESS OF THE PRICE, LEE & ADKINS CO.
1898.

REFORM CLUB,
Committee on
MUNIC[illegible] ADMINISTRATION.

Digitized by Google

# NEW HAVEN PUBLIC PARKS.

## Rules and Regulations of the Park Commission.

1. No domestic animal, except dogs, shall be permitted to enter or to go at large in any of said parks, either with or without a keeper. Dogs must be held in leash by the owners, otherwise they may be killed by any park-keeper, special constable, or policeman.

2. No person shall pick any flowers, foliage or fruit, or cut, break, dig up, or in any manner mutilate or injure any tree, shrub, plant, grass, turf, railing, seat, fence, structure, or other thing in any of said parks, or cut, carve, paint, mark or paste on any tree, stone, fence, wall, building, monument, or other object therein, any bill, advertisement or inscription whatsoever.

3. No person shall carry or have any fire-arms on any of said parks, and no fire-arms shall be discharged from, or into any of the same. No stone or other missile shall be thrown or rolled from, into, within or upon any of said parks, except in such place as the commission may designate as a ball-field, in playing games in which a ball is used.

4. No person shall ride or drive on any road within any of said parks at a faster gait than eight miles per hour, and this shall apply to the use of cycles.

5. No threatening, abusive, boisterous, insulting or indecent language, or gesture shall be used on any of said parks, nor shall any oration, harangue, or other public demonstration be made, unless by special authority of said commission.

6. No person shall expose any article or thing for sale on any of said parks, unless licensed therefor by said commission.

7. No person shall bathe naked or otherwise in any waters in, or adjacent to any of said parks, or be naked within any of said parks, except in such places and subject to such regulations, as the commission may, from time to time, specially designate by a public notice set up for that purpose within the park.

8. No person, unless by authority of said commission, shall light, kindle, or use any fire on any of said parks.

9. No person shall ride or drive upon the grass, lawns, or foot-paths of any of said parks.

10. No person shall disturb or injure any bird, bird's nest or eggs, or any squirrel or other animal within any of said parks.

Digitized by Google

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 242 of 828

11. No person shall discharge or set off, on or within any of said parks, any firecrackers, torpedoes, rockets or other fire-works, except by license from said commission.

12. No person shall dig up or remove any dirt, stones, rock, or other thing, whatsoever, make any excavation, quarry any stone, or lay or set off any blast, or cause or assist in doing any of said things, within any of said parks, without the special order or license of said commission.

13. No bottles, broken glass, ashes, waste paper, or other rubbish, shall be left in any of said parks, except at such place or places as may be specially designated by the commission or by a sign marked Public Dump.

14. No cart, wagon, dray, truck or other vehicle, carrying lumber, stone, brick or any other goods, merchandise, or articles of freight, or which is commonly used for the carriage thereof, shall, except in service of the commission, enter any part of said parks, except such public highways as existed before the same was established as a park.

15. No horse shall be hitched to any shrub or tree in any of said parks.

16. Any person violating either the first, second, fourth, fifth, sixth, seventh, ninth, eleventh, twelfth, thirteenth or fifteenth of the foregoing Rules and Regulations, shall forfeit and pay for each offense, a penalty of ten dollars. Any person violating any other of said Rules and Regulations shall forfeit and pay for each offense, a penalty of twenty dollars.

# EXHIBIT 40

c

# REVISED ORDINANCES

— OF THE —

# CITY OF BOULDER

---

Published by Authority of the City.

---

o

OSCAR F. A. GREENE,
COMPILER.

---

1899:
Printed by Ricketts & Kerr, at The News Office,
BOULDER, COLORADO.

thirty-two in township one north of range seventy west, is hereby named and shall hereafter be known as VALVERDAN PARK.

**510. Washington Park.**

SEC. 5. That the city property in the west half of the south-west quarter of section twenty-five in township one north of range seventy-one west, shall be named and hereafter known as WASHINGTON PARK.

## PARKS.

An Ordinance for the Protection of the Several Parks Belonging to the City and of the Buildings and Reservoirs and Trees and Other Improvements at and Within Said Parks, and to Provide Penalties for Injuring the Same.

Passed October 4, 1898.

(With amendment as noted.)

**511. No firearms or shooting in.**

SECTION 1. Any person other than the police officers of the city who shall take or carry or cause to be taken or carried into any of the parks belonging to the City of Boulder, any gun, pistol, revolver, or other firearm, or who shall shoot any firearm at or towards or over or into or upon any of said parks, shall be deemed guilty of a misdemeanor. (As amended August 2, 1899.)

**512. No powder or explosives in.**

SEC. 2. Any person who shall take or carry or cause to be taken or carried into any of said parks, any powder of any quality or kind or any explosive or dangerous or inflammable or combustible substance, shall be deemed guilty of a misdemeanor.

**513. No fires or explosives.**

SEC. 3. Any person who shall start any fire or cause or permit to be started any fire in any of said parks, not

being thereunto first authorized by the Mayor, or who shall in any of said parks fire or explode any fire-crackers, torpedoes, or any other substance or thing containing powder or other explosive substance, shall be deemed guilty of a misdemeanor.

**514. Injury to property.**

SEC. 4. Any person who shall deface, tear down, destroy or injure in any manner whatsoever any fence, building, furniture, seat, structure, excavation, post, bracket, lamp, awning, fire plug, hydrant, water pipe, tree, shrub, plant, flower, railing, bridge, culvert, or any other property whatsoever belonging to the city or to any private corporation or persons in, at or upon any of said parks, shall be deemed guilty of a misdemeanor.

**515. Injury continued.**

SEC. 5. Any person who shall injure or damage in any manner whatsoever any property of the city at, in or upon any of said parks by cutting, hacking, bending, breaking, burning, daubing with paint or other substances, hitching of horses or other animals, or by means of fire, or by effecting such acts in any other manner, shall be deemed guilty of a misdemeanor.

**516. Violation—Misdemeanor Penalty.**

SEC. 6. Any person upon conviction of any misdemeanor specified in any of the five preceding sections herein shall be fined not less than five and not more than three hundred dollars.

## PARKS.

An Ordinance in Relation to Cottages in Texado Park.
Passed April 17th, 1899.

WHEREAS, a contract was made on, to-wit, the 19th day of March, A. D. 1898, at Boulder, Colorado, by and

# EXHIBIT 41

# MUNICIPAL REGISTER *of the* City of Hartford

CONTAINING a List of the Officers of the City Government and its Various Departments; also, Message of the Mayor and the Annual Reports of the Several Departments for the Year 1906-07; Ordinances of the City, etc.

1907

*Printed by THE SMITH-LINSLEY CO., Hartford, Conn.*

COMPILED AND ARRANGED

BY

HENRY F. SMITH,

City Clerk,

IN ACCORDANCE WITH A RESOLUTION PASSED BY THE COURT OF COMMON COUNCIL, AND ISSUED UNDER THE DIRECTION OF THE JOINT STANDING COMMITTEE ON PRINTING.

NOV 17 1908

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 250 of 828

# APPENDIX A.

## RULES AND REGULATIONS.

The Board of Park Commissioners, by virtue of the authority vested in them, hereby make and ordain the following rules and regulations for the management of the parks owned by or under control of the city of Hartford. Any person who shall violate any of the following rules and regulations, "shall forfeit and pay for the use of the city treasury a fine not exceeding thirty-five dollars ($35.00)."

*It is forbidden:*—1st. To enter or leave any Park, except by the regular approaches thereto; to walk upon any grass border of any flower garden, walk, or driveway; to walk among or through shrubs, flowers, or other plantings, or to cross any lawn in any Park whenever a notice shall be conspicuously posted forbidding such crossing.

2nd. To climb, or get upon any tree; statue, fountain, fence, gate, gateway, or railing in any park, or to use any structure therein in any way other than that for which it was intended.

3rd. To remove, cut, break, or otherwise injure, any tree or shrub, or any part thereof; to cut, pluck, or otherwise remove, any blossom or other part of any plant or flower in any Park.

4th. To cut, write upon, deface, defile, or otherwise injure any building, bridge, fence, statue, fountain, seat, gate, gateway, or other structure, upon any Park.

5th. To permit any dog to pass over or to stray upon any Park where sheep are pastured or kept, unless led by a cord or chain, not exceeding six (6) feet in length, or to permit any other animal to pass

over or stray upon any Park area, but this provision shall not apply to horses when ridden or driven in harness, along the Park roadways.

6th.    To throw any stick, stone, or other missle on any portion of any Park.

7th.    To scatter or leave upon any Park any paper, rag, garbage or other litter.

8th.    To void any urine, dung or other excrement, within the limits of any Park, excepting in such place or apartment as is, or shall be, specially provided for such purpose; and in the latter case, it is forbidden to use or enter any apartment established for persons of the opposite sex exclusively.

9th.    To discharge or carry firearms, firecrackers, torpedoes, or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority; to make any fire; to have any intoxicating beverage; to sell, offer, or expose for sale any goods or wares, except under a written license from the Board of Park Commissioners; to post or display any sign, placard, flag, or advertising device without such license; to solicit any subscription or contribution; to play any game of chance, or to have possession of any instrument of gambling; to make any oration, harangue, or loud outcry; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy any other visitor.

10th.    To drive or propel any bicycle, tricycle, automobile, or other vehicle, wheelbarrow, or handcart, on any Park, excepting on regular carriage roads; to skate or slide upon or across any walk upon any Park; or to slide or coast on any driveway.

11th.    To ride or drive any horse, bicycle, automobile or other vehicle, or team, at a rate faster than six (6) miles an hour; to drive or lead any heavy team,

business wagon, or cart upon any Park driveway or carriageway, excepting upon Park business.

12th. To take or molest any bird, fish, frog, or any live animal, or bird's eggs, or in any way interfere with any bird's nest, or with any cage, box, place or enclosure for the protection of any bird, fish, or any live animal.

13th. To sleep upon, lie upon, or overturn, any seat upon any park.

14th. For any men to occupy any seat designated as reserved for women and children.

15th. To play ball or any other games in any public Park except upon such portions thereof as may be set apart for that purpose.

16th. To deface or injure any notice placed by the Park Commissioners upon any Park.

The foregoing are in addition to such prohibitions and penalties as are provided by the laws of this state and the ordinances of this city.

Board of Park Commissioners,

GEORGE A. FAIRFIELD, *President.*

Attest, FRANKLIN G. WHITMORE, *Secretary.*

Hartford, January 6, 1902.

Adopted by Board of Common Council, February 10, 1902.

Approved by Mayor, February 11, 1902.

ALEXANDER HARBISON, *Mayor.*

Attest, HENRY F. SMITH, *City Clerk.*

# EXHIBIT 42



NINTH ANNUAL REPORT
OF THE
DEPARTMENT
OF
PARKS
OF THE
CITY OF NEW BEDFORD,
MASS.
1902.

Generated on 2023-02-09 21:45 GMT  /  https://hdl.handle.net/2027/hvd.li3dmc
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

THE A. E. COFFIN PRESS
CITY PRINTERS
1903
PHOTOGRAPHS BY J. G. TIRRELL

Generated on 2023-02-09 21:45 GMT / https://hdl.handle.net/2027/hvd.li3dmc
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google
Original from HARVARD UNIVERSITY

## Park Ordinances.

---

OFFICE OF PARK COMMISSION,
NEW BEDFORD, MASS.,
September 1, 1902.

The Board of Park Commissioners of the City of New Bedford, by virtue of its authority to make rules for the use and government of the public parks of said city, and for breaches of such rules to affix penalties, hereby ordain that within the public parks and commons of the city, except with prior consent of the Commissioners, all persons are hereby forbidden:

1. To cut, break, injure, deface, defile or ill-use any building, fence or other construction, or any tree, bush, plant, turf or any property whatsoever of said city, or to have possession of any shrub, plant or tree, or any part thereof.

2. To take birds, fish or any live animals, or birds' nests, or in any way interfere with cages, boxes or enclosures for their protection.

3. To throw stones, balls or other missiles; to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires, to play musical instruments; to have for sale or otherwise any intoxicating liquors or beverages; to sell or offer for sale any goods or

Digitized by Google

Original from HARVARD UNIVERSITY

Generated on 2023-02-09 21:44 GMT / https://hdl.handle.net/2027/hvd.l13dmc
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

wares; to post or display signs, placards, flags or any advertising devices whatsoever; to play games of chance or to have possession of instruments of gambling; to utter profane, threatening, abusive or indecent language; to make orations or loud outcries; to in any manner annoy other visitors.

4. To play ball or any other games in any park, except such portions thereof as may be set apart for that purpose.

5. To drive any carriage, cycle, cart, wheelbarrow, hand cart or horse upon any park except upon regular carriage roads, and then at a rate not faster than five miles an hour.

6. To drive or ride any horse or animal not well broken and under perfect control of the driver.

7. To refuse to obey the orders of the Commissioners, of the Superintendent of Parks, of the Park Police, or of any authorized agent of said Commissioners.

8. Any person wilfully doing either of the above forbidden acts shall be punished by a fine not exceeding $20.00 for each offence.

Compliance with the foregoing regulations is a condition of the use of these premises.

JAMES E. MOORE, Chairman,
SAMUEL P. RICHMOND,
OBED C. NYE,
CHARLES T. SMITH,
ERNEST A. WHEATON, Secretary.
} Board of Park Commissioners.

THOMAS W. COOK,
General Superintendent.

Generated on 2023-02-09 21:44 GMT / https://hdl.handle.net/2027/hvd.li3dmc
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

 

# EXHIBIT 43



Annual Report of the Board of Trustees of the Pleasure Driveway and Park District ...
Springfield (Ill.). Pleasure Driveway and Park District. Board of Trustees
Digitized by Google

Municipal Journal Publishing Co.

# First Annual Report

OF THE

# Board of Trustees

OF THE

# Pleasure Driveway

AND

# Park District

OF

Springfield, Illinois.

FOR THE FISCAL YEAR ENDING JUNE FIRST
1902

Digitized by Google

**An Ordinance.**

AN ORDINANCE of the Pleasure Driveway and Park District of Springfield, Ill., for the regulation, use and general government of the parks, grounds, waters, extensions, additions, streets, boulevards, driveways and all properties now, or that hereafter may come under the jurisdiction and control of said Pleasure Driveway and Park District and imposing penalties, as also for appointment and government of park police.—Passed January 17, 1902.

*Be it ordained by the President and Trustees of the Pleasure Driveway and Park District of Springfield.*

CHAPTER I.

SECTION 1. The parks shall be open daily to the public from five (5) o'clock in the morning until twelve (12) o'clock at night during the year, and no person, not an employé of the parks, shall enter or remain in them at any other time.

In case of an emergency, or where, in the judgment of the General Superintendent, the public interest demands it, portions of any park may be closed to the public, and all persons thereon be excluded therefrom until permission is given to return.

SEC. 2. Portions of the park may be set apart by the General Superintendent for ball, croquet or other games, but no games shall be played in the parks on Sunday. No funeral procession or hearse, nor any vehicle carrying a corpse will be allowed upon any part of the parks or boulevards, without the previous consent of the President and Board of Trustees of said District.

SEC. 3.  ALL PERSONS ARE FORBIDDEN:

(1) To enter or leave the parks, except by the walks, paths or drives;

(2) To lead or allow to be loose, any animals upon park premises (except that dogs may be led or carried, but not allowed loose);

(3) To throw stones or other missles, by hand or otherwise;

(4) To carry or discharge firearms, or to set off any fireworks or similar thing in the parks;

(5) To cut, mark, break, climb upon, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other structure or property within or upon park premises;

(6) To bring upon the park premises any tree, shrub or plant or any newly plucked branch or portion of a tree, shrub or plant;

(7) To race with horses or bicycles, or to drive or ride faster than eight (8) miles per hour, on any of the park drives or boulevards;

(8) To drive any animals or vehicles anywhere in the parks, except in the drives, or to allow them to stand except in the places especially provided for such purposes;

(9) To obstruct the drives or paths;

(10) To solicit patronage for any vehicle for hire, upon park premises without special license from the President and Board of Trustees;

(11) To drive or cause to be driven or taken, any omnibus, wagon, coach, carriage, automobile, cart, dray, truck, or other vehicle, used for, or carrying goods, wares, merchandise, manure, soil, or other article or

thing in or upon any of the parks or boulevards, without a special permit therefor, except vehicles in private family use, or those engaged in work for the park; and no person shall draw a second carriage, or vehicle of any kind with any other vehicle thereon at one time, nor drive any horse or other animal before any sleigh or sled, unless there shall be a sufficient number of bells attached to the harness of the horse or animal drawing such sleigh or sled to warn persons of their approach;

(12) To use threatening, abusive, insulting, indecent, obscene or profane language, or be guilty of drunkenness or indecency in or upon any of the parks or boulevards;

(13) To drink any intoxicating, malt or vinous liquors in any of the parks, or enter any park while intoxicated.

(14) To lie or sleep on the benches, or to lie in indecent positions;

(15) To tell fortunes or play at any game of chance;

(16) To offer any article or thing for sale, to distribute or expose any kind of circulars or advertisements, or to post, stencil, or otherwise affix any notice or bills or other paper, upon any structure or thing, in or about the park premises;

(17) To bathe or fish in, or to go or ride or to send any animal into, or to throw or place any article or thing in any of the waters of the parks, or to take any birds' eggs or birds' nests, or to disturb any of the fish, water fowl or other birds, or any animal belonging to or preserved in the parks;

(18) To place or propel any invalid chair, or preambulator or velocipede, upon any portions of the parks except upon the walks;

(19) To ride bicycles or similar vehicles in the parks or boulevards, without complying with the following rules:

(1) To go upon the driveways only; (2) to go not more than two abreast, keeping near together and on the right side of the drive; (3) to use extreme caution to keep out of the way of horses and foot passengers, and avoid frightening them by ringing a bell to announce their approach; (4) to carry a signal light invariably at night;

(20) To play upon any musical instrument, or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park or boulevard, or to parade, drill or perform therein any military or other evolutions or movements as a military or target company, civic or otherwise, without the consent of the President and Board of Trustees;

(21) To take part in any public meeting, or public discussion of any subject, on park premises;

(22) To light, make or use any fire therein, unless an employé of the parks duly authorized;

(23) To go, on foot or otherwise, upon the grass, lawn or turf of the parks or boulevards, wherever the sign "Keep of the Grass" is shown;

(24) To swing any hammock in any of the park grounds except upon trees designated by a police officer;

(25) To lead, drive or propel any vehicle on, or along any park boulevard, driveway or street under the control of the Park Trustees displaying any placard or advertisement of any kind, except signs upon delivery wagons authorized to deliver goods to persons living on such boulevards or driveways;

Digitized by Google

(26) To place ashes, garbage, paper, coal or rubbish of any kind on any part of the parks or boulevards.

SEC. 4. Delivery wagons delivering goods to residents of boulevards or driveways are permitted thereon only when there is no other way to deliver such goods, and then they shall only enter and leave the boulevard or driveway at the nearest street to the place of delivery.

SEC. 5. No opening to any saloon, beer garden or any inclusure used for unlawful or improper purpose shall be permitted on any boulevard, driveway, or any of the park grounds.

SEC. 6. No person shall injure, dig or tear up any pavement, sidewalk, crosswalk, grass plat, or roadway or any part thereof, of any boulevard or pleasureway, without having first obtained the written permission of this Board.

SEC. 7. No person shall dig down to, expose, tear up, disconnect or connect with any of the water pipes or sewers in or under any boulevard or pleasureway without having first obtained the written permission of this Board.

SEC. 8. When connections are to be made of different kinds of pipes all must be made simultaneously, and by means of a sigle trench when practicable.

SEC. 9. No person shall move any building along, across or upon any boulevard or pleasureway without having first obtained the written permission of this Board; and no building shall be moved along any boulevard or pleasureway for a greater distance than one block, or remain thereon longer than six hours.

SEC. 10. No person shall use or occupy any portion of any boulevard or pleasureway for the purpose of

Digitized by Google

# EXHIBIT 44

# First Annual Report

OF THE BOARD

OF

# Park Commissioners

OF THE

## CITY OF LOWELL

FOR THE

Year ending December 31, 1903

LOWELL, MASS.:
Butterfield Printing Company.
1904.

Generated on 2023-02-09 21:48 GMT / https://hdl.handle.net/2027/hvd.l13d6k
Public Domain, Google-digitized / http://www.hathitrust.org/access use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

# Rules and Regulations

GOVERNING THE PUBLIC PARKS WITHIN THE CITY OF LOWELL.

---

The Board of Park Commissioners of the City of Lowell, by virtue of its authority to make rules and regulations for the use and government of the Public Parks and Commons of said City, and to fix penalties for breaches of rules and regulations, hereby ordains that, within such Public Parks and Commons, except by and with the consent of the Board :—

1. It is forbidden to cut, break, injure, deface, defile or ill-use any building, fence or other construction, or any tree, bush, plant or turf, or any other property of said city which may be in the care of the Board, or to have possession of any freshly plucked tree, bush or plant, or any part thereof.

2. It is forbidden to disturb or injure any bird, bird's nest or bird's eggs, or any squirrel or other animal, within any of said Parks or Commons.

3. It is forbidden to throw stones, balls or other missiles ; to discharge or carry firearms, fire crackers, torpedoes or fireworks ; to make fires ; to have any intoxicating beverages ; to sell, offer or expose for sale any goods or wares ; to post or display signs, placards, flags or advertising devices ; to solicit subscriptions or contributions, to play games of chance, or to have possession of instruments of gambling ; to utter profane, threatening, abusive or indecent language, or to commit any obscene or indecent act ; to solicit the acquaintance of, or to follow, or in any way annoy visitors to said Parks and Commons.

Generated on 2023-02-09 21:46 GMT / https://hdl.handle.net/2027/hvd.l13d6k
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

4. It is forbidden to play ball or any other games in any public Park or Common, except in such portions thereof as may be set apart for that purpose.

5. It is forbidden to drive any carriage, automobile, bicycle, cart, wheelbarrow, hand-cart or horse in any Park or Common, except upon the regular carriage roads. No heavy teaming whatever will be allowed within said Parks or Commons.

6. Visitors to said Parks or Commons must comply with the orders or requests of any member of the Board of Park Commissioners, or of the Park Police, or other agents of the Board, and assist them when required so to do.

Any person convicted of committing any of the acts above forbidden shall be punished by a fine of not exceeding twenty dollars.

Compliance with the foregoing rules and regulations is a condition of the use of these premises.

JOHN J. PICKMAN,
JOHN E. DRURY,
PERCY PARKER,
THALLES P. HALL,
HARVEY B. GREENE.
} *Park Commissioners.*

Generated on 2023-02-09 21:46 GMT / https://hdl.handle.net/2027/hvd.li3d6k
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY




# EXHIBIT 45

# PROCEEDINGS

OF THE

# BOARD OF ALDERMEN

OF

## THE CITY OF NEW YORK

FROM

OCTOBER 6 TO DECEMBER 28, 1903.

---

VOLUME IV.

PUBLISHED BY AUTHORITY OF THE BOARD OF ALDERMEN.

---

1903.

Generated on 2023-02-09 21:52 GMT / https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

REPORT:

That, having examined the subject, they believe the proposed ordinance to be necessary.

They therefore recommend that the said ordinance be adopted.

ARMITAGE MATHEWS, NOAH TEBBETTS, JAMES COWDEN MEYERS, FRANK L. DOWLING, JOHN H. BEHRMANN, Committee on Laws and Legislation.

AN ORDINANCE to regulate the government of parks and other public pleasure grounds of The City of New York, and to protect them and the frequenters thereof from ill usage.

Be it Ordained by the Board of Aldermen of The City of New York, as follows:

All persons are forbidden—

I.  To cut, break or in any way injure or deface the trees, shrubs, plants, grass, posts, railings, chains, lamps, lampposts, benches, tree-guards, buildings, structures or other property in or upon any of the public parks, parkways, squares or places of or within The City of New York, under the jurisdiction of the Department of Parks, or to dig into or upon the soil within the boundaries of any such parks, parkways, squares or places, or of any roads or roadways upon or across the same.

II.  To go on foot or otherwise upon the grass, except when and where permitted, or to throw or leave any paper, refuse or rubbish on any of the lawns or walks of the said parks, parkways, squares or places.

III.  To expose any article for sale or exhibition, unless previously licensed by the Department of Parks therefor, on any part of such public parks, parkways, squares or places.

IV.  To post any bill, placard, notice or other paper upon any structure within such public parks, parkways, squares or places, or upon any street or avenue adjacent thereto under the jurisdiction of the Department of Parks, unless previously licensed so to do by the Commissioner having jurisdiction, and in accordance with the provisions of section XVI. hereof.

V.  To play upon any musical instrument within such public parks, parkways, squares or places, or take into, carry or display any flag, banner, target, or transparency without the permission of the Commissioner having jurisdiction.

VI.  To erect any structure, stand or platform, or hold any meetings in such parks, parkways, squares or places, without previous permission therefor from the Commissioner having jurisdiction.


Generated on 2023-02-09 21:52 GMT  /  https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

No earth, sand or broken stone is to be carted over any of the parkways, except on traffic roads, unless special permit for the same is obtained from the Commissioner having jurisdiction.

XXII. It shall not be lawful to modify, alter, or in any manner interfere with the lines or grades of any of the aforesaid parkways, concourses, circles, squares, avenues, roads, streets, entrances or approaches under the jurisdiction of the said Department of Parks, nor to take up, move or disturb any of the curb and gutter-stones, flagging, trees, tree-boxes, railing, fences, sod, soil or gravel, or to go upon or across said parks, parkways, concourses, circles, squares, roads, streets or avenues, except by the means and in the manner provided therefor; nor shall it be lawful to open or otherwise expose or interfere with any of the water, gas and sewer pipes, or any of the hydrants, stop-cocks, basins, or other constructions within or upon said places, nor to take any water or gas therefrom, nor to make any connection therewith, except by special written consent of the Commissioner having jurisdiction, and where such consent is given a deposit of money may be required to insure the restoration of the said curbs, gutters, flagging, etc.

XXIII. No person in bathing costume will be permitted to walk or ride upon any parks, parkways or beaches, except Pelham Bay Park, under the jurisdiction of the Department of Parks. No boat or vessel shall be placed upon any of the waters of the said parks, except by special permission from the Commissioner having jurisdiction. No skating or sledding will be allowed on the lakes unless the ice is declared by the Commissioner having jurisdiction to the in a suitable condition for that purpose.

XXIV. No one shall fire or carry any firearm, fire cracker, torpedo or fireworks, nor make a fire, nor make any oration, nor conduct any religious or other meeting or ceremony within any of the parks, parkways, squares or places in The City of New York under the jurisdiction of the Department of Parks without special permission from the Commissioner having jurisdiction.

XXV. No one shall enter or leave the parks except at the established entranceways; nor shall any one enter or remain therein after 12 o'clock at night, except as, on special occasions, general use thereof may be authorized beyond the regular hours.

XXVI. The drives shall be used only by persons in pleasure carriages, on bicycles, or on horseback; the bridle paths only by persons on horseback. Animals to be used on either shall be well broken, and constantly held in such control that they may be easily and quickly turned or stopped; they shall not be allowed to move at a rate of speed on the drives or bridle paths of more than eight miles an hour; and when it shall be deemed necessary to safety, good order, or the general convenience that the speed of an animal or an automobile should be checked, or that it should be stopped, or its course altered, and the officers on duty shall so direct, by gesture

Generated on 2023-02-09 21:50 GMT / https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

or otherwise, such direction shall be obeyed; and no horse or other beast of burden or draft nor automobile shall be driven or suffered to stand anywhere except on the drive or bridle path.

XXVII. No hackney coach or other vehicle for hire shall stand within the public parks, parkways, squares or places under the jurisdiction of the Department of Parks for the purpose of taking up passengers, other than those whom it has brought in, excepting with the permission of the Commissioner having jurisdiction. No public omnibus or express wagon, and no wagon, cart or other vehicle carrying or ordinarily used to carry merchandise goods, tools or rubbish shall enter such public parks, parkways, squares or places without permission of the Commissioner having jurisdiction, excepting upon traffic roads provided for the purpose. No fire engine or other apparatus on wheels for extinguishing fire shall enter or be allowed upon any part of the park excepting the Transverse and Traffic roads.

XXVIII. No military or target company and no civic, funeral or other procession, or a detachment of a procession, and no hearse or other vehicle, or person carrying the body of a dead person shall enter or be allowed on any part of the public parks, except by the permission of the Commissioner having jurisdiction.

XXIX. No person shall bring into or carry within the Central Park any tree, shrub, plant or flower, nor any newly plucked branch or portion theeof without a permit from the Commissioner having jurisdiction.

XXX. No camping shall be allowed in any of the public parks, parkways, plazas, squares or public places, under the jurisdiction of the Department of Parks, except to the National Guard of the State of New York at the parade grounds situated in Van Cortlandt Park.

XXXI. No person shall solicit passengers for any coach or other vehicle for hire within or upon any of the parks, parkways, squares or places within the jurisdiction of the Department of Parks All drivers or attendants of vehicles for hire standing upon or within any such parks, parkways, squares or places shall remain in close proximity to their vehicles while so standing, and shall not follow, solicit or importune any person entering or leaving the said parks, parkways, squares or places.

Ordinances relating to the use of vehicles in the public parks, parkways and streets under the jurisdiction and control of the Commissioners of Parks of The City of New York.

1. All vehicles must carry a lighted lamp, showing a white light ahead, from thirty minutes after sunset until thirty minutes before sunrise.

Generated on 2023-02-09 21:50 GMT / https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# EXHIBIT 46

# ORDINANCES

OF THE

# CITY OF PASADENA CALIFORNIA

---

## VOLUME I

*Ordinances Granting and Relating to Franchises*

---

PUBLISHED UNDER THE DIRECTION OF THE CITY COUNCIL

1912

Digitized by Google

of this ordinance, shall be guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not less than five ($5) dollars, and not more than one hundred ($100) dollars, or by imprisonment not less than five (5) days and not more than fifty (50) days, or by both such fine and imprisonment; and every day during which the work of plumbing or drainage is continued in violation of the provisions of this ordinance shall be considered as constituting a new offense, and be punishable as in this section provided.

Sec. 13. Ordinances No. 474 and 525 and all ordinances and parts of ordinances in conflict herewith are hereby repealed.

Sec. 14. The City Clerk shall certify to the adoption of this Ordinance and cause the same to be published once in the Pasadena Evening Star, and thereupon and thereafter the same shall take effect and be in force.

I hereby certify that the foregoing ordinance was adopted by the City Council of the City of Pasadena, at its meeting held on the 8th day of December, 1903, by the following vote:

Ayes. Messrs. Heiss, Lougery, Shibley, Slavin and Twombly.
Noes. None.

HEMAN DYER,
Clerk of the City of Pasadena.

Approved this 9th day of December, 1903.

WILLIAM H. VEDDER,
Mayor of the City of Pasadena.

---

## ORDINANCE NO. 539.

**An Ordinance Establishing Rules and Regulations for the Government of the Public Parks of the City of Pasadena, and Prescribing the Penalty for the Violation of the Same.**

Whereas, The Board of Commissioners of said city has adopted rules and regulations governing the public parks of said city, in the form given in the following ordinance:

The Mayor and City Council of the City of Pasadena do ordain as follows:

Section 1. It is hereby declared to be unlawful for any person or persons to do any of the acts hereinafter specified within the limits of any of said public parks.

1. To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog, or fowl, of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six (6) feet long.
2. To carry or discharge any firearms, firecrackers, rockets, torpedoes, or any other fireworks.
3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus, or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant or flower; or to mark, or write upon any building, monument, fence, bench, or other structure.
4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.
5. To distribute any hand-bills, or circulars, or to post, place, erect any bills, notice, paper, or advertising device or matter of any kind.
6. To swim, bathe, wade in, or pollute the waters of any fountain, pond, lake or stream.
7. To make or kindle a fire for any purpose.
8. To camp or lodge therein.
9. To ride, or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purpose, and never on the footpaths.
10. To indulge in riotous, boisterous, threatening, or indecent conduct, or abusive, threatening, profane, or indecent language.
11. To sell, or offer for sale, any merchandise, article, or thing, whatsoever, without the written consent of the Mayor.

12. To hitch, or fasten any horse, or other animal, except at a place specially designated and provided for such purpose.

13. To ride or drive at a rate of speed, exceeding four miles per hour.

14. To ride or drive any horse or animal not well broken and under perfect control of the driver.

15. To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming.

16. To practice, carry on, conduct, or solicit for any trade, occupation, business or profession, without the written permission of the Mayor.

17. To play or engage in any game, excepting at such place as shall be specially set apart for that purpose.

18. To drive or have any dray, truck, wagon, cart, perammulator, or other traffic vehicle, carrying or regularly used or employed in carrying goods, merchandise, lumber, machinery, oil, manure, dirt, sand, or soil, or any article of trade or commerce, or any offensive article or material whatsoever upon any road or drive, except such as may be especially provided or designated for such use.

19. To drink any spirituous, vinous, malt or mixed liquors.

20. To throw or deposit any bottles, tin cans, broken glass, paper, clothes, sheet iron, or any rubbish.

Sec. 2. No company, society or organization shall hold, or conduct any picnic, celebration, parade, service, or exercise in any public park without first obtaining permission from the Mayor of said city, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercises held or conducted contrary to the provisions hereof.

Sec. 3. It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six (6) feet in length.

Sec. 4. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Sec. 5. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine in a sum not exceeding two hundred ($200) dollars, or by imprisonment in the City Jail for a term not exceeding three (3) months, or by both such fine and imprisonment at the discretion of the Court.

Sec. 6. All foremen and employes in public parks are hereby given the power and authority of special policemen for the purpose of making arrests for any violation of the provisions of this ordinance.

Sec. 7. The City Clerk shall certify to the adoption of this Ordinance and shall cause same to be published once in the Pasadena Evening Star.

(Became effective December 12, 1903.)

---

## ORDINANCE NO. 562.

### An Ordinance Forbidding Boxing Exhibitions in the City of Pasadena.

The Mayor and City Council of the City of Pasadena do ordain as follows:

Section 1. It shall be unlawful for any person to hold, conduct or engage in, or be present as a spectator at any boxing contest or sparring exhibition in the City of Pasadena; provided, however, that nothing in this section contained shall be construed so as to apply to any prize fight or sparring exhibition prohibited by Section 412 of the Penal Code of the State of California, or to any private boxing with boxing gloves weighing not less than eight (8) ounces each, the backs of which are padded with soft material.

Sec. 2. It shall be unlawful for any person knowingly to permit

# EXHIBIT 47



# MUNICIPAL ORDINANCES

OF THE

# CITY OF TROY

1905

## RULES AND REGULATIONS

of the

## HEALTH DEPARTMENT

## RULES AND REGULATIONS

With Reference to the

## WATER WORKS



a cle

# MUNICIPAL ORDINANCES

OF THE

# CITY OF TROY

---

## RULES AND REGULATIONS

OF THE

## HEALTH DEPARTMENT

---

## RULES AND REGULATIONS

WITH REFERENCE TO THE

## WATER WORKS

---

1905

COMPILED UNDER THE DIRECTION OF

JOHN T. NORTON,

CORPORATION COUNSEL.

TROY TIMES ART PRESS,
TROY, N. Y.

NOV 24 1908

Any person who shall offend against this ordinance shall, upon conviction thereof, by or before the police magistrate of said City of Troy, be punished by such fine or imprisonment or both, as said police magistrate or police court of the City of Troy, is now by law, empowered to impose for violations of the city ordinances of said city.

§ 2. This ordinance shall take effect immediately upon its ratification and approval by the common council of the City of Troy.

---

AN ORDINANCE IN RELATION TO THE PUBLIC PARKS OF THE CITY OF TROY AND THE MAINTENANCE OF GOOD ORDER THEREIN.

Passed June 4, 1903.

SECTION 1. The parks shall be open daily to the public fiom five (5) o'clock in the morning until twelve (12) o'clock at night during the year, and no person not an employee of the parks shall enter or remain in the parks at any other time.

§ 2. Portions of the park located on Warren Hill are set apart for ball, croquet or other games. No games will be permitted on any other parts of the grounds. No games shall be played in the parks on Sunday.

---

ALL PERSONS ARE FORBIDDEN.

To enter or leave the parks except by walks, paths or drives.

To lead or allow to be loose any animals upon park premises (except that dogs may be led or carried, but not allowed loose.)

To carry or discharge firearms, or to set off any fireworks or similar thing in the parks.

To cut, mark, break or climb upon or in any way injure or deface the trees shrubs, plants, turf or any of the buildings, fences or other structure or property within or upon the park premises.

To bring upon the park premises any tree, shrub or plant or any newly plucked branch or portion of a tree, shrub or plant.

To use threatening, abusive, insulting, indecent, obscene or profane language or conduct in or upon any portion of the parks.

To drink any intoxicating, malt or vinous liquors in the parks or to enter the parks while intoxicated.

To lie or sleep on the benches or to lie in indecent positions in said parks.

To tell fortunes or play at any games of chance in the parks.

To bathe or fish in, or to go or ride or to send any animal into, or to throw or place any article or thing in any of the waters of the parks, or to take any birds' egg or birds' nests, or to disturb any of the fish, water fowl or other birds, or any animal belonging to or preserved in the parks.

To light, make or use any fire therein.

To go, on foot or otherwise, upon the grass, lawn or turf of the parks, wherever the sign "Keep Off the Grass" is shown.

§ 3. Any person or persons who shall violate any or either of the foregoing provisions of this ordinance, or any section or clause, or any provision of any section thereof or who shall neglect or fail to comply with any or either of the requirements, thereof, shall, upon conviction, pay a fine of not less than five dollars or more than one hundred and fifty dollars for each offense, and in default of payment be imprisoned in Rensselaer County jail one day for each dollar.

§ 4. This ordinance shall take effect immediately upon its ratification and approval by the common council of the City of Troy.

---

## DUTIES OF CITY HALL JANITOR.

PRESCRIBED BY COMMON COUNCIL NOVEMBER 16, 1876, UPON REPORT OF SPECIAL COMMITTEE.

He shall have charge and superintendence of all the rooms in the city hall, but shall not have the hiring or discharging of any helps which may be employed; that is to be left to the heads of the departments.

He shall sweep and clean all the passageways and halls in the building, at least once a day, the said work to be done before nine o'clock in the morning.

He shall have charge and shall sweep, when necessary, the large public hall whenever used.

He shall also keep clean all the water closets in the building.

He shall sweep the sidewalks around the city hall during the summer at least three times per week.

He shall remove or cause to be removed, all the snow or ice off the sidewalk during the winter, and also in the area ways around the said building.

He shall have charge of the public fountains in front of city hall, and also sprinkle the grass plots of the city hall.

He shall also ring the city hall bell (if one is placed in the building) at twelve o'clock noon and at six o'clock P. M.

# EXHIBIT 48



CHARTER
Not in use

AND

# REVISED CODE OF ORDINANCES

OF THE

# CITY OF HOUSTON

HARRIS COUNTY, TEXAS,

TO OCTOBER 31, 1904.

PUBLISHED "BY AUTHORITY OF THE CITY COUNCIL OF THE CITY OF HOUSTON,"

CODIFIED BY
ROBERTS & CRAWFORD,
OF THE HOUSTON BAR

1904.

W. H. COYLE & CO., STATIONERS, PRINTERS.
HOUSTON, TEXAS.

tank for selling or delivering kerosene, refined or crude oil within the limits of the City of Houston, without having attached thereto a bucket or other receptacle in such position that it catches all the drippings of oil from said tanks, or who shall negligently spill any oil on the streets of Houston that are or may be paved with asphalt, shall be fined not less than five dollars and not more than twenty dollars.

---

## CHAPTER XXXIX.

### CITY PARKS.

**Art. 914. Mayor to Employ Keeper and Gardener**—There shall be employed by the Mayor, some person or persons as gardener and keeper of the park, who shall hold his or their position at the pleasure of the Mayor, and who shall receive a salary of not more than seventy dollars per month. Such gardener shall have, under the Mayor and Committee on Parks, superintendence and control of the park property, and shall perform such duties and work therein as may be directed by the Mayor and Committee on Park Property, and shall see that such property and grounds are protected from depredations or misuse; and should the Mayor employ workmen for said park, such gardener or keeper shall, under the Mayor and Park Committee, have superintendence and direction of such workmen.

**Art. 915. Keeper to Live in Park**—The keeper of the park, herein provided for, shall be required to live in the house on the property, which house he shall have free of rent.

**Art. 916. Appropriation of Receipts of Sam Houston Park**—All moneys derived by the City of Houston from the sale of privileges in the Sam Houston Park of said city is hereby appropriated to the Houston Improvement League, to be applied by said Houston Improvement League to the free music fund, a fund to be used for the purpose of providing free concerts on certain days and nights during the summer months.

**Art. 917.  Funds, How Disbursed**—That the proper officers of the City of Houston, under its charter and ordinances, shall pay said moneys, as collected, over to the treasurer of said Houston Improvement League, upon the written order of its president, duly attested by its secretary, who shall execute a receipt therefor, showing the purpose for which the same is received.

**Art. 918.  Rules and Offenses**—It shall be unlawful for any person or persons within the public park and commons of this city to do any of the following acts, viz:

First.  To cut, break, injure, deface, defile or ill-use any building, fence, bench or other construction, or any tree, bush, plant, turf, or any property whatsoever of said city, or to have possession of any shrub, plant or tree, or any part thereof.

Second.  To take birds, fish or any live animals or bird's nests; to annoy or feed caged animals, or in any way to interfere with cages, boxes or enclosures for their protection.

Third.  To throw stones, balls or other missiles; to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires; to have, for sale or otherwise, any intoxicating liquors or beverages.

Fourth.  To sell or offer for sale any goods or wares, or to play musical instruments, without permission from Superintendent of Parks, or by contract with the Mayor and Park Committee.

Fifth.  To post or display signs, placards, flags or any advertising device whatsoever, except program of entertainment at park; to play game of chance, or to have possession of instruments of gambling.

Sixth.  To utter profane, threatening, abusive or indecent language; to make orations or loud outcries; to in any manner annoy other visitors.

Seventh.  To play ball or any other game in any park, except on such portions thereof as may be set apart for that purpose; or to walk over any lawn or grass plots not marked "Commons."

Eighth.  To drive any carriage, cycle, cart, automobile,

handcart or horse upon any park, except upon regular carriage roads, and then at a rate not faster than five miles an hour.

Ninth. To drive or ride any horse or animal not well broken and under perfect control of the driver.

Tenth. To allow dogs, horses or any other animal liable to cause destruction of park property, to go loose or untied.

**Art. 919. Park Officers Have Police Power**—Compliance with the foregoing rules and regulations is a condition of the use of these premises, and the Superintendent of Parks, or any agent or agents of said Superintendent, or any person charged with the keeping and care of any public park or commons, as also police officers, shall have authority to enforce provisions of Article 918 by expulsion from park grounds, or arrest.

**Art. 920. Penalty**—Any person wilfully doing any of the above forbidden acts shall, upon conviction, be punished by a fine not exceeding twenty dollars nor less than one dollar for each offense.

**Art. 921. Foregoing Rules Do not Apply to Necessary Acts of Employes**—This chapter shall not be construed as to apply to workmen in the legitimate discharge of their respective duties.

---

## CHAPTER XL.

### PAWNBROKERS, SECOND-HAND AND JUNK DEALERS AND JUNK.

**Art. 922. Mayor Shall Purchase Books for Use of**—It shall be the duty of the Mayor to purchase a suitable number of books for the use of pawnbrokers and all second-hand dealers hereinafter specified, at a cost not to exceed two hundred dollars. It shall be the duty of such persons engaged in the business of pawnbroking, or as a pawnbroker or second-hand dealer, or who may hereafter engage in the business of pawnbroking or as a second-hand dealer in the City of Houston, to procure of the City Secretary and keep on hand one of said books, and make or cause to be made therein a record of the subjects

# EXHIBIT 49

175 lgs.

# THE

# ORDINANCES

OF THE

# City of Neligh

## NEBRASKA

COMPRISING

ALL ORDINANCES OF A GENERAL NATURE PASSED JUNE 16, 1906, OR PRIOR THERETO

PUBLISHED UNDER AUTHORITY OF THE MAYOR AND COUNCIL OF THE CITY OF NELIGH, NEBR.

1906



priated by the city or donated to the city for park purposes, to inform against and prosecute all persons violating any of the by-laws or rules of the city for the protection and preservation of city parks. Provided, that the expenditures of such park commission shall not exceed the appropriation and donations for park purposes.

Section 6. Any vacancy occurring in the board of park commissioners may be filled by appointment and confirmation at any regular or special meeting of the city council, and any person appointed to fill such vacancy shall hold office during the unexpired term for which he is appointed.

Section 7. No member of the park commission hereby created shall receive any fee or compensation for his services as a member of such commission.

Section 8. This ordinance shall be in force after its passage, approval and publication according to law.

Passed and approved August 3rd, 1903.

Attest: R. WILSON, M. B. HUFFMAN,
[SEAL] City Clerk. Mayor.

# PARK PROTECTION

## ORDINANCE NO. 59

An ordinance to protect the trees, shrubs and plants, in any public park belonging to the city of Neligh, and to provide for the punishment of persons found guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Neligh, in Antelope county, Nebraska:—

Section 1. Any person who shall knowingly injure or destroy any tree, shrub, or flowering plant in any public park belonging to the city of Neligh, (except under super-

vision of the park board of said city), shall on conviction thereof, be fined in any sum not exceeding $50.

Section 2. Any person who shall tie any horse or horses to any tree or shrub in any public park belonging to the city of Neligh, or who shall tie any horse or horses in such manner as to enable such horse or horses to injure any tree or shrub in any such public park, shall on conviction thereof, be fined in any sum not exceeding $50.

Section 3. This ordinance shall be in full force and effect on and after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest: R. WILSON, M. B. HUFFMAN,
[SEAL] City Clerk. Mayor.

## PARK ANIMALS

ORDINANCE NO. 60

An ordinance to protect the animals and birds in the public parks of the city of Neligh, and to provide for the punishment of persons guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Neligh, in Antelope county, Nebraska:—

Section 1. If any person shall injure or kill any animal or bird in any public park belonging to the city of Neligh, such person shall on conviction thereof, be fined in the sum of $15.

Section 2. This ordinance shall be in full force and effect after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest: R. WILSON, M. B. HUFFMAN,
[SEAL] City Clerk. Mayor.

## FIREARMS IN THE PARK

ORDINANCE NO. 61

An ordinance to prevent the carrying or discharging of firearms or gun of any description in any public park belonging to the city of Neligh and to provide for the punishment of persons found guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Neligh, in Antelope county, Nebraska:—

Section 1. That if any person shall carry or discharge any firearm or gun of any description in any public park belonging to the city of Neligh, such person shall on conviction thereof, be fined in any sum not exceeding $25.

Section 2. This ordinance shall be in full force and effect on and after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest: R. WILSON, City Clerk. M. B. HUFFMAN, Mayor.
[SEAL]

## GRADES OF STREETS

ORDINANCE NO. 63

An ordinance adopting and approving the grade of city streets in the city of Neligh, Antelope county, Nebraska, as surveyed, platted and established by the City Engineer.

Be it ordained by the mayor and city council of the city of Neligh, Antelope county, Nebraska:—

Section 1. That the grade as surveyed, platted and established and returned by the City Engineer of the following streets, to-wit: Walnut, Ash, Box-Elder, Locust, Mulberry, Cottonwood, Elm, Chestnut, Linn, Main, Boyd, Fletcher,

Hopkins, Putney, Coe and Mill streets, be and the same hereby is adopted and approved, and the return of such survey, platting and establishing of such grade, together with the field notes, plat and certificate shall be and the same are, hereby directed to be filed in the office of the City Clerk as a part of the records in his office.

Section 2. This ordinance shall be in full force and effect on and after its publication in the Neligh Leader.

Passed and approved this 1st day of October, 1904.

Attest: R. WILSON, City Clerk. [SEAL]

M. B. HUFFMAN, Mayor.

## PARK ADDITION

### ORDINANCE NO. 64

An ordinance accepting and receiving the title to certain real estate for park purposes.

Be it ordained by the mayor and city council of the city of Neligh, Antelope county, Nebraska:—

Section 1. That the city of Neligh accept and receive title to the following described real estate to-wit: Commencing at a point one-half chain west of the northeast corner of the southwest quarter of the southwest quarter of section 21, township 25, north of range 6, west of the 6th principal meridian, in Antelope county, Nebraska. Thence bears south 49 degrees and 60 minutes west, eleven and twenty-five hundredth chains. Thence west variation 10 degrees and 50 minutes east, one chain. Thence north 68 degrees and 40 minutes west, two and seventy-five hundredth chains. Thence north 62 degrees west, three and fifty hundredth chains. Thence north 42 degrees and 20 minutes west, three and sixty-three hundredths chains. Thence east on quarter

# EXHIBIT 50

ach

# ORDINANCES

OF THE

# CITY OF PUEBLO

COMPRISING

ALL THE ORDINANCES OF A GENERAL AND PERMANENT NATURE IN FORCE TO APRIL 1st, 1908

AND

DOWN TO AND INCLUDING ORDINANCE No. 769

TOGETHER WITH

THE ARTICLES OF CONSOLIDATION OF THE PUEBLOS

---

Compiled by
D. A. HIGHBERGER AND JOHN A. MARTIN
of the Pueblo Bar

---

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL
OF PUEBLO, COLORADO

DEC 1  1908

# PARKS AND PARK PROPERTY

---

## CHAPTER XXVII.

**654. Damage in Public Parks Unlawful.**

Section 1. That it shall be unlawful for any person to break down, mutilate, destroy or carry away any fence or fences around or belonging to any public parks in this city, or to walk over, upon or across the grass, or to cut, break or mutilate any tree or trees, or cut, break, deface or destroy any fountain or monument or other property belonging to the City of Pueblo, situate within any of said public parks.

(Ordinance No. 432. Passed and approved Jan. 8th, 1894.)

**655. Penalty.**

Section 2. Any person convicted of a violation of the foregoing section shall be fined in the sum of not less than Five (5) Dollars nor more than One Hundred (100) Dollars for each and every offense.

(Ordinance No. 432. Passed and approved Jan. 8th, 1894.)

**656. Rules and Regulations—Parks and Park Property.**

Ord. 678. That for the purpose of governing and reg-

ulating the use of the parks and of park property within the city of Pueblo, the following rules and regulations and the penalties for the violation of such rules and regulations are hereby prescribed and adopted:

## RULES, REGULATIONS AND ORDINANCES GOVERNING PARKS AND PARK PROPERTY.

1. From May 1 to November 1 the parks shall be open for visitors from 6 a. m. to 11 p. m.; from November 1 to May 1 from 8 a. m. to 7 p. m., unless specially ordered by the board.

2. No swine, goat, cattle, or other animal, excepting horses shall be permitted on the roadways, and no dogs permitted at large on any park.

3. No horse or other animal or second horse and vehicle shall be led on the roadways.

4. No second vehicle shall be drawn on the roadways by any beast of burden or other motive power.

5. No fast driving or speeding permitted.

6. No funeral procession, nor any hearse or other vehicle carrying the body of a deceased person for burial, shall be allowed in or upon any part of the parks.

7. No vehicle displaying any placard advertisement or advertisement of any kind shall be driven on the roadways for advertising purposes.

8. No placard, notice or advertisement of any kind

or nature shall be distributed, posted, or attached to anything movable or immovable on park or boulevard property, unless by consent of the board.

9. No velocipede, bicycle, tricycle, wheelbarrow, handcart, or other vehicle, or any horse or other animal, shall be permitted on the foot walks, sidewalks, grassplats or planting places.

10. No hackney coach, carriage, or other vehicle for hire shall stand upon any part of the parks for the purpose of soliciting or taking in any other passenger or person than those carried to the parks by said coach, carriage or vehicle, except at stands specially designated by the board.

11. Hitching horses or other animals to any tree, shrub, fence, railing, or other structure, except such as are provided for such purpose, or allowing horses or other animals to stand unhitched while the driver or attendant is beyond reach of such horse is prohibited.

12. No sport or exercise shall be indulged in that is liable to frighten horses, injure travelers, or embarrass the passage of vehicles, except at such places as may be designated for such purpose.

13. No gambling shall be permitted.

14. Picnics may be held in such parts of the parks as shall be designated for that purpose, and portions of the parks may be set apart for ball, croquet, and other games subject to such regulations as may be made by the board,

and no person shall join any such picnic or games without the consent of the persons of whom they are composed, or shall in any manner disturb or interfere with the same.

15. No booth, tent, stall, or other structure shall be erected for any purpose, and no hawking or peddling shall be done, or article or thing exposed for sale, unless by permit from the board.

16. No indecent exposure of person, disorderly conduct, noise, riot or breach of the peace; nor the use of obscene, threatening, abusive or insulting language shall be permitted.

17. No person shall enter any building, inclosure or place upon which the words "no admittance" or similar sign is posted, or violate the injunction of such sign.

18. No person shall stand, walk, ride or lie upon any place laid out and appropriated for shrubbery or grass when there shall have been placed thereon a sign forbidding the same.

19. No person shall play upon any musical instrument, carry, or display any flag, target, or transparency, nor shall any military or private company, band or procession, parade, march, drill or perform any evolution movement or ceremony, and no person shall do or perform any act tending to congregate persons except by permission of the board.

20. No person shall fire or discharge any gun or pistol; carry firearms, kindle, or build fires or throw stones or other missiles.

21. No person shall, without permit from the board, fire, discharge or set off any rocket, cracker, torpedo, squib, or other fireworks or things containing any substance of an explosive character.

22. No carcass, ordure, filth, dirt, stone, wood, ashes, garbage, matter, substance or rubbish of any kind shall be placed or deposited thereon.

23. No basin, pool, lake or fountain shall be fouled by stone, wood or any other substance.

24. No fish, fowl or other animals shall be killed or caught, molested or disturbed in any manner, unless by order of the board.

25. No animal shall be tied to any tree, shrub, electric light tower, lamp post, fire hydrant, building or other park fixture, except as provided.

26. No tree, shrub, plant or flower (wild or cultivated) shall be plucked, broken, trampled or climbed upon, peeled, cut, defaced, removed, destroyed or injured in any manner.

27. No electric light tower, lamp post, fence, bridge, building, fountain or other structure or property of any kind shall be defaced, cut, written upon, removed or in any manner injured or destroyed.

28. No person shall dig, remove or carry away any sward, sand, earth or material of any kind.

29. No person shall take into or upon any park any intoxicating liquors, either for sale to others or for his own

use, or for the use of others; nor shall any person sell, give away or dispose of any intoxicating liquors in or upon any park.

30. No intoxicated person will be allowed to enter or remain within any of the parks.

31. All persons are prohibited from going onto the ice on any of the lakes, ponds or streams in the parks, except such as are designated as skating fields, and thereon only when the safety signal is displayed.

32. It shall be the duty of every person claiming to have a permit from the board or any of its officers, to product and exhibit such permit upon the request of any authorized person who shall desire to inspect the same.

33. All permits issued by the board or its chairman or secretary shall be subject to the park rules and regulations and city ordinances, and the persons to whom such permits shall be issued shall be bound by said rules, regulations and ordinances as fully as though the same were inserted in such permits; and any person or persons to whom such permits shall be issued shall be liable for any loss, damage or injury sustained by any person whatever by reason of the negligence of the person or persons to whom such permits shall be issued, as well as for any breach of such rules, regulations and ordinances to the person or persons to whom such permits shall be issued, as well as for any breach of such rules, regulations and ordinances to the person or persons so suffering damages or injury, and to the

shall be deemed guilty of a misdemeanor, and shall, upon conviction before the judge of the city court of Pueblo, be punished by a fine not exceeding fifty dollars or by imprisonment not exceeding thirty days or by both such fine and imprisonment at the discretion of the court.

49. These ordinances take effect from and after their passage.

(No. 678. Passed and approved August 22, 1904.)

Note: For ordinances relating to particular parks and park districts, their creation, improvement, etc., see Addenda.

# EXHIBIT 51

# A DIGEST

OF THE

# Laws and Ordinances

FOR THE GOVERNMENT OF THE MUNICIPAL CORPORATION OF THE

## CITY OF HARRISBURG

Pa. Ordinances, etc.

PENNSYLVANIA

IN FORCE AUGUST 1, A. D. 1906

PUBLISHED BY AUTHORITY OF CITY COUNCILS

---

PART I.
By LOUIS RICHARDS, ESQUIRE
of the Berks County Bar

PART II.
By JAMES M. LAMBERTON, ESQUIRE
of the Dauphin County Bar

---

NEWARK, N. J.
SONEY & SAGE
1906

1698

YALE LAW LIBRARY.

APR 15 1908

# DIGEST OF THE ORDINANCES

OF THE

# CITY OF HARRISBURG

## AND SPECIAL ACTS OF ASSEMBLY RELATING THERETO.

COMPILED BY

JAMES M. LAMBERTON, Esquire.

*of the same,* That permission be and the same is hereby granted to the Keystone Chapter of the Pennsylvania Society of the Daughters of 1812 to place in Lincoln Park a large boulder, appropriately inscribed, to perpetuate the memory of Ferdinand Durang.  1 April, 1902.  C, 231.

**Grass plots.**

9. That the Harrisburg park commission be and it is hereby directed to construct, take charge and maintain all grass plots duly authorized, and which may hereafter be authorized to be constructed within the curb lines of city streets, and exercise jurisdiction over said grass plots in the same manner as if they were parts of the public park system of the city.  23 July, 1904. D, 106, §1.

**Property for park purposes may be acquired;  Unused ducts in city's conduit may be leased.**

10. That the Harrisburg park commission be, and the same is hereby authorized to procure, by lease, real property for public park purposes, subject to the approval of councils by joint resolution as to the terms and conditions thereof; and also to lease or let the unused ducts in the city's conduit, along Front and Market streets, upon such terms and conditions as may likewise be approved by councils.  19 June, 1906.  D, 481, §1.

**Repeal.**

10a. That all ordinances, or parts of ordinances, in conflict herewith be, and the same are hereby repealed.  Id., §2.

**Park Rules.**

11. The following sections are published in pursuance of Article VI, Section 8, of the Act of Assembly, approved the 23d day of May, A. D. 1889, entitled "An act providing for the incorporation and government of cities of the third class."

Section 1. The term "parks" used herein shall be construed to include all lands and waters under the control of the Harrisburg park commission, or that may come under its control while these regulations are in force.

The term "commission" shall refer to the Harrisburg park commission.

Section 2. The parks of the City of Harrisburg are for the benefit and pleasure of the whole public, and all persons who use said parks shall be subject to the rules of the park commission.

The roadways in the parks shall not be used by any vehicles except those employed for purposes of pleasure or recreation and by pleasure-seekers on horseback.

The walks and foot-bridges shall be used exclusively by pedestrians, except that baby carriages, invalid chairs and childrens' carts may pass thereon, but loafing or prolonged standing shall not be allowed on the same.

This section shall not apply to vehicles used by order of the commission.

Automobiles may be forbidden to run in all or part of any park

or parkway at the option of the commission, which shall in that case post legible notices at the entrances of said park or parkway.

The parks shall be closed from twelve o'clock midnight, till sunrise, and all persons found lounging between these hours may be arrested for trespass.

Section 3. No person shall commit any of the following acts within the parks or parkways:

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3. Throw stones or missiles.
4. Utter loud, profane, offensive or indecent language.
5. Play any game of cards or chance.
6. Tell fortunes.
7. Beg.
8. Publicly solicit subscriptions.
9. Drive or lead a horse not well broken.
10. Allow any dog or horse to run at large.
11. Throw, deposit or drain any offensive substance of any kind on or into any park, parkway, fountain, spring or other park water-way, or deposit waste paper, fruit, refuse, lunch baskets or other refuse in any place save the receptacles therefor.
12. Sell any intoxicating liquors in any park or along any parkway.
13. Bathe in park waters, without having the body concealed by suitable covering, extending from the knees to the shoulders.

Section 4. No person shall commit any of the following acts within said park or parkways, without the previously obtained consent of the commission:

1. In any manner pull, injure or break any flower, fruit, plant, tree, grass, turf, pump or water fixtures, or other structure.
2. Write, paint or carve on any tree, bench or structure.
3. Climb any tree, or tie any horse to a tree.
4. Carry or discharge any firearms or fireworks or send up any balloon.
5. Ride or drive any animal or vehicle at a speed exceeding eight miles per hour. This shall not apply to the vehicles of the fire or police departments, ambulances or vehicles used by physicians when actually engaged in responding to emergency calls.
6. Permit any animal except horses and led dogs to enter said parks.
7. Obstruct in any way a roadway or path.
8. Carry any flowers or shrubs, firearms, sling-shot, ax, saw, shovel or spade within reservoir park.
9. Keep or offer anything for sale.
10. Post or display any sign, banner or advertisement.
11. Play any music.
12. Deliver any public speech.
13. Hold any public meeting or engage in any marching or driving, as members of a military, political or other organization.
14. Conduct any funeral procession or vehicles containing the body of a deceased person.

15. Solicit or invite passengers for hire for any boat or vehicle.

16. Build any fire.

17. Take any ice from any park waters.

18. Fish in any park waters.

19. Enter any place where the words "No Admittance" or "Keep Off" shall be displayed.

20. Enter or leave except at the established ways of entrance and exit.

21. Place or propel any boat or other craft upon park waters.

22. Land from any boat at a place not designated by said commission for that purpose.

23. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

24. Occupy in any way the slopes of the river park, except as a landing place.

25. Hold any picnic at a place not designated for that purpose.

26. Play baseball, tennis nor any other game or sport at a place not designated for that purpose.

27. Bathe in any place not designated by the commission.

28. Violate the regulations relating to the use of any building or place.

29. Injure any notice posted by order of said commission.

Section 5. Any person violating any of the foregoing rules and regulations shall, upon conviction thereof before the mayor or any alderman of the city, be sentenced to pay a fine of not more than fifty dollars ($50) and the costs of prosecution, and in default of the payment thereof be imprisoned in the jail of Dauphin county for a period not exceeding thirty (30) days. 14 Sept., 1905. D, 421.

## Passenger Railways.

[See STREETS—SUBWAYS.]

Acceptance of ordinance, &c., 16.
Consent of city, certificate, 11.
Consent of city, how given, 12.
Construction regulated, 13, 14.
Dirt, snow, &c., not to be piled on streets, 1.
Highways to be put in good condition, promptly, 9.
Operations regulated, 15.
Penalty for failing to clear and sweep highways, 6.

Penalty for piling dirt, snow, &c., on streets, 2.
Penalty for violating ordinance as to construction, &c., 13, 14, 15.
Penalty for violating ordinance as to rails, &c., 10.
Repeal, 4, 17.
Solid grooved rail to be used, 7, 8.
Snow, dirt, &c., on streets, 1.
Snow to be removed, 5.
Supervisors to enforce ordinance, 3.

**Railway companies forbidden to place piles of snow, &c., on streets.**

1. That from and after the passage of this ordinance it shall be unlawful for any passenger or other railway company to place, or cause to be placed, any heap or heaps, or piles of ice, snow or dirt or other rubbish, upon any street or avenue in the City of Harrisburg traversed by said railways. 5 Feb., 1887. 4, 133, §1.

**Penalty.**

2. Any officer or employe of any of said railway companies, whose duty it shall be to superintend the tracks of said companies, who, on notice from either of the supervisors, shall refuse or

# EXHIBIT 52

# ANNUAL REPORT

OF THE

# PARK COMMISSIONERS

OF THE

# CITY OF HAVERHILL

MASSACHUSETTS

For the Year Ending December 31, 1905.

THE WELCH PRESS
HAVERHILL, MASSACHUSETTS
1906

Digitized by Google

FEB 6 - 1922

# APPENDIX A.

## RULES AND REGULATIONS GOVERNING THE PUBLIC PARKS WITHIN THE CITY OF HAVERHILL.

Adopted 1905.

IT IS FORBIDDEN:

1. To drive any carriage, cart or horse, or to pass with any cycle, wheelbarrow or handcart upon any part of any public park except the regular carriage roads: to enter or drive within the parks in any automobile; to do any teaming over the roadways of any park.

2. To drive, ride or cycle within the limits of the parks at a rate faster than eight miles an hour.

3. To allow animals of any kind to pass over or stay upon the park lands, providing that this shall not apply to dogs when closely led by a leash or chain along the regular roads or paths.

4. To hitch a horse or any other animal to any tree, shrub or fence, or to leave a horse untied or tied within reach of any tree or shrub.

5. To cut, break, deface, defile, ill-use or remove any building, fence or other construction, or any tree, shrub, plant, turf or flower, whether cultivated or wild, or to have possession of any freshly-plucked tree, shrub, flower, or plant, or any plant thereof.

6. To catch, or to endeavor to catch any birds or animals, or to disturb their nests or habitations.

7. To drop or deposit any remnant of food, any paper or waste of any sort upon the walks or grounds of any public park, or in any fountain or waters thereof, or in any manner to defile or polute the same.

Digitized by Google

8. To engage in any game or athletic sport except upon grounds that may be provided therefor.

9. To throw stones, balls or other missiles; to discharge or carry firearms, torpedoes, firecrackers or fireworks; to sell, offer or expose for sale any goods or wares; to post or display in any manner within any park or upon the gates, fences or inclosures thereof, any advertisement, posters or written or printed notice of any description; to play games of chance; to utter profane, indecent or threatening language; to bathe or fish; to commit any nuisance or to annoy wilfully any visitor within the parks.

10. To light any fire for any purpose within any public park.

11. To refuse to obey such orders or requests of either of the park commissioners or of the superintendent or other agents of the commissioners, as shall have for their object the preservation of the parks and their contents or the maintenance of order and decorum within the limits of the park.

**It is also forbidden without the prior consent of the board of park commissioners, granted in writing and signed by the chairman or secretary of said board:**

12. To open any trench for any purpose within the limits of any public park or to stretch any wire, rope or chain across any part of such park.

13. To hold any public meeting or gathering for political or other purposes, or to make any oration or harangue, or to discharge any fireworks upon any public park.

**Whoever violates any of the provisions of the foregoing rules and regulations shall be punished therefor by a fine not exceeding $20.00.**

Digitized by Google

# EXHIBIT 53

# CHARTER

OF THE

# CITY OF SAGINAW

# MICHIGAN.

WITH AMENDMENTS THERETO.

AND THE

# ACTS OF THE LEGISLATURE

RELATING TO OR AFFECTING
THE
CITY OF SAGINAW.

YALE LAW LIBRARY

---

PRINTED BY AUTHORITY OF THE COMMON COUNCIL.

---

SAGINAW.
WM. K. MCINTYRE, PRINTER.
1905.



# TITLE XX.

## *Park and Cemetery Commissioners.*

Park and cemetery commissioners.

When and how appointed.

Section 1. At the first regular meeting of the common council of the city of Saginaw, after this act takes effect, there shall be created and constituted a new board of park and cemetery commissioners in and for said city, composed of five members, who shall be appointed by the mayor of the city of Saginaw and confirmed by the common council of said city, and who shall be electors of said city, no more than three of whom shall reside in any one taxing district or belong to the same political party, and who shall hold their office until the first regular meeting of the common council of said city in January, nineteen hundred six, and until their successors have been appointed and confirmed.

Term.

Sec. 2. At the first regular meting of the common council in January, nineteen hundred six, their successors in office shall likewise be appointed by the mayor of the city of Saginaw and confirmed by the common council of the city of Saginaw, one for the term of one year, one for the term of two years, one for the term of three years, one for the term of four years and one for the term of five years, and annually thereafter the mayor of the city of Saginaw shall appoint one member of the board of park and cemetery commissioners, and the common council shall confirm such appointment, for the term of five years, and said electors shall constitute the board of park and cemetery commissioners of the city of Saginaw. The members elected under this act shall, within ten days after their election, or such further time as the common council may fix, meet and organize such board of park and cemetery commissioners by the election of one of its members president, who shall hold his office one year.

When to meet and organize.

Sec. 3. Such board of park and cemetery commissioners shall hold regular meetings once a month,

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 320 of 828

to the corporation with such sureties as the board shall approve, that he will perform the work or furnish the material and supplies in accordance with his contract, and such board shall be the final judges as to who are responsible bidders, and on the failure of such bidder, within a reasonable time, to be fixed by the board, to enter into bond with such surety as before provided, the contract may be made with the next highest responsible bidder, and so on until the contract is effected by the contractor giving bond as aforesaid: Provided, That the board may reject any and all bids, and that no member of the said board shall be in any manner, either directly or indirectly, interested in any contract.

Board shall enter into contract with lowest responsible bidder.

Bidder to furnish sureties.

Proviso.

Sec. 12. The title of all property now or hereafter acquired for park purposes, park entrances, park driveways and park boulevards, with all improvements and equipments, shall be held free from all taxes and assessments by State, county or municipality.

Parks, etc., to be free from all taxes.

Sec. 13. Such board of park and cemetery commissioners shall annually, on the first Monday in April, make a report to the council of their proceedings in respect to parks, with a detailed statement of their receipts and expenditures during the year; and they shall also at the same time submit to the council a detailed estimate of the amount of money necessary to maintain and improve such park or parks for the ensuing year.

Annual report.

Sec. 14. The common council with the consent of the board of estimates, may cause to be placed upon the general tax roll and raised by tax, the same as other taxes, such sum as they may think proper to be raised for each of the several objects of expenditures estimated as aforesaid for the maintenance and improvements of said parks, public grounds or baths, or for the payment of any other expenses which said commissioners are, by this act, authorized to incur. For the purpose of either establishing bathing beaches, or erecting suitable buildings in connection

Common council and board of estimates may raise funds for maintenance of parks, etc. by taxation.

Public baths.

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 321 of 828

Fixing or marking dock lines.

therewith, establishing, fixing or marking dock lines, purchasing city property adjacent to the waters of the Saginaw river or its tributaries, or improving the same by filling or otherwise, or any or all combined. the common council shall have the power, with the approval of the board of estimates, to borrow upon the faith and credit of the city, upon the best terms they can make, and for such a time as they may deem expedient, a sum of money not exceeding ten thousand dollars, and shall have the authority to issue bonds pledging the faith and credit of said city for the payment of the prinicipal and interest of said bonds, which bonds shall be denominated "Park improvement bonds of the city of Saginaw," and shall bear interest at a rate not exceeding four per cent per annum and shall mature in not more than thirty years from date of issue. The common council shall have full authority to provide, by resolution, for the advertising and sale of said bonds, and the mannare thereof shall conform as near as practicable to the regulations prescribed by law for the issuance of sewer bonds. The moneys so raised, as well as any other moneys received from any source, shall be paid into the city treasury and credited to a fund to be styled the "Park fund," and shall be expended and paid out only for the purposes approved by the common council and the board of estimates.

May borrow sum not exceeding ten thousand dollars.

Park improvement bonds.

Council to provide for advertising and sale of bonds.

Money to be paid into the city treasury and credited to park fund.

All bills to be audited by commissioners.

Sec. 15. All bills, accounts and claims of every character against the said department, shall, after having been duly audited by said commissioners and certified by them and the clerk, be transmitted to the city controller, who shall submit the same to the common council with his approval or disapproval. When said bills, accounts and claims shall have been allowed by the common council the controller shall draw his warrant or warrants on the city treasurer in payment therefor: Provided, however, That no bill, account or claim against said department shall be audited by the commissioners, unless it shall be accompanied by an affidavit of the person rendering it that he verily believes the services or property

Allowed by council.

Proviso.

therein charged have been actually performed or delivered to the city, and that the sums charged therefor are reasonable and just, and that to the best of his knowledge and belief no offset exists or payment has been made on account thereof, except such as are included or referred to in such bill, account or claim. All pay rolls shall be certified by said commissioners and clerk, and shall be delivered to the city controller, who shall draw his warrant for the payment thereof, and deliver the same to the city treasurer, together with said pay roll, and said city treasurer shall pay the amounts mentioned in said pay roll, to the persons entitled thereto. No debt or liability of any kind shall be created by said commissioners during any one fiscal year in excess of the moneys then in said fund, or which may have been authorized to be raised by the common council for said year. The commissioners may receive donations or bequests of money or property, which shall be used for the maintenance and improvement of the grounds under their charge as contemplated by such donations and bequests, which said money shall be paid into the city treasury by them, and warrants drawn against the same, as in case of other expenses of such department, for the purposes for which said donation or bequest shall have been made.

Pay rolls.

No debt to be created in excess of money then in fund.

Commissioners may receive donations, etc.

To be paid into city treasury and warrants drawn as in case of other expenses.

Sec. 16. It shall be unlawful for any person to cut, injure or deface any tree, building, fence or other erection in any of the said parks, park drives, park entrances or park boulevards, or to turn domestic animals or poultry of any description upon the same or permit them to wander thereon; to carry firearms within or to frighten, hurt or kill animals or birds belonging to the same, to hinder or to interfere with men employed upon the same. Such board of park and cemetery commissioners and their officers and employes shall have power to make arrests for misdemeanors committed within the precincts of any park, park entrance, park driveway or park boulevard under their management and control, whether within or without the limits of the city, or for the

It shall be unlawful for any person to injure any tree, building, etc.

Commissioners and their officers shall have power to make arrests.

May seize and impound cattle, etc., found at large in parks.

violation of any ordinances of said city. Such board of park and cemetery commissioners shall have power to seize and impound any cattle, horses, mules, donkeys, goats, swine, sheep or other animals, or any poultry of any description found running at large upon parks, park entrances, park driveways or park boulevards.

Rate of speed for vehicles.

Sec. 17. No person shall ride or drive in parks or boulevards at a rate of speed exceeding eight miles per hour, excepting that horses may be speeded on such parts of said boulevard or parks as may be set apart by said commissioners for that purpose, and then only under such regulations as the commissioners may prescribe.

Riding on footpath.

Sec. 18. No person shall ride, drive or draw any velocipede, bicycle, tricycle, wheelbarrow, hand cart, or any other vehicle or any horse or other animal on the foot-walks or sidewalks, grass plots or planted places of parks or boulevards or upon any other part or portion thereof excepting upon the carriage drives; and no person shall permit any vehicle or animal to stand upon such roadways or carriage drives to the obstruction of the way or inconvenience of travel, and no person shall solicit passengers for hire on either carts or boulevards, excepting by direction or permission of said commissioners.

Tying to trees.

Sec. 19. No person shall tie any animal to any tree or shrub, electric light tower, lamp post, fire hydrant or dock or building in said parks or boulevards, nor pluck, break, trample upon or interfere with any grass, flower, plant or shrub in any of such parks or boulevards, or climb, peel, cut, deface, remove injure or destroy any tree or shrub in any public park or boulevard or pasture any animal on the grass in any of said parks or boulevards, and no person shall stand, walk or lie upon any part of any public park or boulevard laid out or appropriated for shrubbery or for grass when there shall have been placed thereon a sign having the words "keep off the grass" or other similar words thereon.

Sec. 20. No person shall cut, break, or in any way injure any electric light tower, lamp post, fence, bridge, dock, building, fountain or other structure or property in or upon any of said parks or boulevards, and no person shall post or fix any notice or bill or other writing or printing on any tree, tower, lamp post, hydrant, curbstone, coping, flagstone, fence, dock, bridge, wall, buliding or other place under the charge or control of said commissioners.

Injury to lamp post, etc.

Sec. 21. No person shall engage in any sport or exercise upon boulevards or parks as shall be liable to frighten horses, injure travelers or embarrass the passage of vehicles thereon.

Frightening horses, etc.

Sec. 22. No person shall fire or discharge any gun or pistol, or carry firearms, or throw stones or other missiles within park boulevards, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of any explosive character on said park or boulevard without the consent of said commissioners, and then only under such regulations as they shall prescribe.

Noise.

Fire arms and explosives.

Sec. 23. No person shall gamble, nor make any indecent exposure of himself or herself nor use any obscene language, or be guilty of disorderly conduct, or make, aid, countenance or assist in making any disorderly noise, riot, or breach of the peace, within the limits of parks or boulevards; and no person shall sell or dispose of any intoxicating liquors in or upon any public park without the consent of the said commissioners.

Gambling.

Sale of liquors.

Sec. 24. Any violation of the provisions of this act shall be punished in the police or justice's court, by a fine not to exceed one hundred dollars and costs, and in the imposition of any fine and costs, the court may make a further sentence that the offender may be imprisoned in the Saginaw county jail until the payment of such fine, for any period of time not exceeding ninety days.

Punishment.

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 325 of 828

Police to maintain order.

Sec. 25. The police commissioners of the city of Saginaw, upon the request of said park and cemetery commissioners, shall detail for service in any of the grounds or property under the charge of said park and cemetery commissioners, so many of the police force as may be necessary to maintain order and protect the property thereon, and any policeman on duty on said grounds may remove therefrom any person who may violate any of the rules and regulations of said commissioners, or of any of the ordinances of said city, adopted as aforesaid, relating to said parks, public grounds or boulevards.

Filth, etc., not to be deposted on boulevard or parks.

Sec. 26. No person shall place or deposit any dead carcass, ordure, filth or garbage of any kind on any public parks; and no person shall send or ride any animal into same, nor shall any person kill, molest or disturb any fish, fowl or animals kept thereon; and no person shall wade into or throw any wood, sand, stone, or other substance into any basin, pool, lake or fountain in any public park, or bathe or fish in any of the waters thereon, except in Saginaw river, where persons may bathe and swim, but only under such restrictions and conditions as may be prescribed by the police commissioners or board of park and cemetery commissioners.

Fishing.

Bathing.

Playing games.

Sec. 27. No person shall play at any game whatever in any of the said parks under the charge of said commissioners: Provided, however, That ball, golf, croquet, cricket, lawn tennis and other like games or recreation may be played upon such portions of said parks as may be designated from time to time by the commissioners, and under such rules and regulations as may be prescribed by them.

Hawking and peddling.

Sec. 28. No person shall expose any article or thing for sale, or do any hawking or peddling, in or upon said parks, without the consent of said commissioners, nor play upon any musical instrument or carry or display any flag, banner, target or transparency; nor shall any military or target company, or band or procession arrayed, march, drill or perform any evolutions, movements or ceremony

Music.

Marching and drilling.

# EXHIBIT 54

Chicago School of Civics
and Philanthropy.

AMENDMENTS TO

# "The Revised Municipal Code of Chicago of 1905"

(PASSED MARCH 20, 1905)

AND

# New General Ordinances

Passed by the City Council of the City of Chicago
Between March 20, 1905, and
December 31, 1906

---

Compiled and Arranged by
EDWARD J. PADDEN
Chief Clerk

---

PRINTED BY ORDER OF THE CITY COUNCIL

---

ADRIAN C. ANSON
City Clerk
Chicago, Illinois

---

DECEMBER, 1906

Generated on 2023-02-10 01:35 GMT / https://hdl.handle.net/2027/mdp.39015006990090
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

SECTIONS 1554 *to* 1569 *inclusive.* (*As amended April* 7, 1906, *pages* 3454 *to* 3456, *Council Proceedings.*)

## ARTICLE I. (CHAPTER XLV.)

### PARKS, PUBLIC PLAY GROUNDS AND BATHING BEACHES.

**1554. Bureau Established**].—There is hereby established a bureau of the Municipal Government to be known as the Bureau of Parks, Public Play Grounds and Bathing Beaches, which shall embrace the Superintendent of City Parks, Superintendent of Public Play Grounds and Bathing Beaches, the Secretary, and such other employees as the City Council may by ordinance provide. Such Bureau shall be under the sole supervision and control of the Special Park Commission as constituted by a resolution of the City Council passed November 6, 1899, and amended November 27, 1899.

**1555. Superintendent of City Parks—Duties**].—There is hereby created the office of Superintendent of City Parks. He shall be under the immediate jurisdiction and control of the Special Park Commission, and shall have the management and control of all City Parks, Public Squares, and other open spaces at street intersections, subject to the supervision of said Commission, and he shall also perform such other duties as the said Commission shall direct. He shall have full power, direction and control over all such employees as may be provided for by the City Council in connection with the improvement, maintenance and management of such Parks, Squares and other open spaces.

**1556. Superintendent of Public Play Grounds and Bathing Beaches—Duties**].—There is also hereby created the office of Superintendent of Public Play Grounds and Bathing Beaches. He shall be under the immediate jurisdiction and control of the Special Park Commission and shall have the management and control of all Public Play Grounds and Bathing Beaches, and of all matters pertaining to the administration, improvement, conduct and regulation thereof, subject to the supervision of said Commission; and shall also perform such other duties as the said Commission shall direct. He shall have full power, direction and control over all such employees as may be provided for by the City Council in connection with the improvement, maintenance and management of such Public Play Grounds and Bathing Beaches.

**1557. Secretary—Duties**].—There is also hereby created the office of Secretary of the Bureau of Parks, Public Play Grounds and

Generated on 2023-02-10 01:34 GMT / https://hdl.handle.net/2027/mdp.39015006990090
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 329 of 828

Bathing Beaches. Said Secretary shall perform all clerical duties required in and about said Bureau, and shall keep a full and comprehensive record in all matters pertaining to said Bureau. He shall also perform such other duties as he may be required to perform by the Special Park Commission.

**1558. Jurisdiction and Superintendence**].—The Special Park Commission shall have jurisdiction over all Public Play Grounds and Bathing Beaches which are under the direct control of the city, and also over all City Parks, Public Squares, and other open spaces at street intersections, including the following: Ellis Park, Douglas Monument Park, Aldine Square, Lakewood Park, Green Bay Park, Oak Park, Washington Square Park, Kedzie Park, Bickerdyke Square, Congress Park, Irving Park, Jefferson Park, Gross Park, De Kalb Square, Norwood Park, Dauphin Park, Eldred Park, Austin Park, Merrick Park, Holden Park, Schoenhofen Park, Normal Park, Barnard Park, Fernwood Park, Seventy-second Street Park, Rosalie Park, Crescent Park, Kosciuski Park, Powell Park, Adams Park, Triangle at Lincoln avenue, North Clark and Wells streets; Triangle at North Clark, Belden avenue and Sedgwick streets; Triangle at Clark, La Salle and Eugenie streets.

It shall also be the duty of said Special Park Commission to superintend all of said parks, public play grounds and bathing beaches, and wherever the same are enclosed to keep the fences thereof in repair; also to keep all walks in order and trees properly trimmed, and to improve the same from time to time as shall be determined upon by the said Commission, subject to the approval of the City Council.

**1559. Police Powers of Officers of Bureau**].—The Superintendent of City Parks, the Superintendent of Public Play Grounds and Bathing Beaches, the Secretary of said Bureau, and any other employee of said Bureau in charge of any Park, Public Play Ground or Bathing Beach, shall have full police powers, and for that purpose shall be sworn in as special policemen by the Superintendent of Police, and furnished with suitable badges of authority, and shall have also full power to eject from the Public Play Ground any person who acts in a disorderly manner, or in a manner calculated to injure the property of the City within such Public Play Ground, or in a manner calculated to interfere with the full enjoyment of same by the public.

## ARTICLE II.

### GENERAL REGULATIONS.

**1560. Entrance and Egress**].—Wherever any Park, Public Play

Generated on 2023-02-10 01:34 GMT / https://hdl.handle.net/2027/mdp.39015006990090
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Original from UNIVERSITY OF MICHIGAN

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 330 of 828

Ground or Bathing Beach of the City is enclosed, no person shall enter or leave the same except by the gateways. No person shall climb or walk upon the walls or fences thereof. Any of the entrances to such Parks, Public Play Grounds or Bathing Beaches of the city may be closed at any time by the direction of the officer or employee in charge of same.

**1561. Animals Prohibited**].—No person shall turn or lead any cattle, horses, goat, swine or other animals into any of such Parks, Public Play Grounds or Bathing Beaches.

**1562. Firearms—Missiles**].—All persons are forbidden to carry firearms or to throw stones or other missiles within any of the Parks, Public Play Grounds or Bathing Beaches of the City, and all persons are forbidden to cut, break or in any way injure or deface trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property contained therein.

**1563. Peddling and Hawking Prohibited**].—No person shall expose any article or thing for sale within any such Parks, Public Play Grounds or Bathing Beaches, nor shall any hawking or peddling be allowed therein.

**1564. Indecent Words—Fortune Telling**].—No threatening, abusive, insulting or indecent language shall be allowed in any part of such Parks, Public Play Grounds or Bathing Beaches; nor shall any conduct be permitted whereby a breach of the peace may be occasioned; nor shall any person tell fortunes or play any game of chance at or with any table or instrument of gaming, nor shall any person commit any obscene or indecent act therein.

**1565. Bill Posting Prohibited**].—No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any such Park, Public Play Ground or Bathing Beach belonging to the city, nor upon any of the gates or inclosures thereof.

**1566. Prohibited Uses**].—No person shall play upon any musical instrument, nor shall any person take into, or carry or display in any Park, Public Play Ground or Bathing Beach, any flag, banner, target or transparency, nor shall any military company parade, drill, or perform therein, any military or other evolutions or movements, without a special permit from the Special Park Commission.

**1567. Bonfires**].—No person shall light, make or use any bonfire in any such Park, Public Play Ground or Bathing Beach.

**1568. Grass**].—No person shall go upon the grass, lawn or turf

Generated on 2023-02-10 01:33 GMT / https://hdl.handle.net/2027/mdp.39015006990090
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google
Original from UNIVERSITY OF MICHIGAN

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 331 of 828

of any of the City Parks, except when and where the word "common" is posted, indicating that persons are at liberty at that time and place to go on the grass.

**1569. Penalty**].—Any person who shall violate any of the provisions in this article shall be fined not less than five dollars nor more than one hundred dollars for each offense.

---

SECTION 1592. (*As amended May* 21, 1906, *page* 415, *Council Proceedings.*)

**1592. Peddlers from Wagons—General Peddlers—Fish Peddlers —Oil Peddlers—Wood Peddlers—License Fee**].—The fee to be charged for a license to peddle from a wagon or other vehicle drawn or propelled by animal power other than that supplied by a human being or drawn or propelled by mechanical power shall be fifty dollars per annum. Such license shall entitle the licensee to use one such wagon or similar vehicle in and about his business. For each additional wagon or other similar vehicle used by him in and about his business he shall pay an annual license fee of fifty dollars. Provided, however, that persons desiring a license to peddle fish, solely, from a wagon or other similar vehicle on Thursdays and Fridays of each week only, may be licensed for such purpose and shall be required to pay for such license the sum of fifteen dollars per annum for each and every wagon used by such licensee for that purpose.

Provided, also, that the licenses issued to persons who pay $15.00 per annum only therefor, shall be plainly stamped or marked so as to indicate that the licensee is authorized to peddle fish on Thursdays and Fridays of each week only, and that all tags issued to such licensees who pay such sum of $15.00 per annum shall be of a different design from tags issued to peddlers who pay $50.00 per annum as license fees.

---

SECTIONS 1594 *and* 1595. (*See "Peddling, Free Permits for, Etc.," page* 129 *post.*)

---

SECTIONS 1616, 1620, 1621, 1631, 1633, 1635, 1639, 1644, 1646, 1647, 1653, 1656, 1658, 1664, 1667, 1680 and 1705. (*As amended June* 18, 1906, *pages* 912 *to* 914, *Council Proceedings.*)

**1616. Stop Cocks**].—Every service pipe shall be provided with

Generated on 2023-02-10 01:33 GMT / https://hdl.handle.net/2027/mdp.39015069990090
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Original from UNIVERSITY OF MICHIGAN



# EXHIBIT 55

# The Municipal Code

OF

## The City and County of Denver

Approved April 12, 1906

CONTAINING ALSO

## Article XX of the Constitution of Colorado
## The Charter Adopted March 29, 1904
## Liquor Ordinances of Annexed Towns and Cities

COMPILED BY

CHARLES W. VARNUM
AND J. FRANK ADAMS
OF THE DENVER BAR

Published by Authority of the Council of the City and County of Denver

DENVER, COLORADO
THE SMITH-BROOKS COMPANY
1906

## CHAPTER XXXIV.

---

Parks, Boulevards and Bicycle Paths.

**Section 1364. Hours and Months Open.** The parks shall be open daily to the public from five o'clock in the morning until 11 o'clock at night during June, July, August and September, and from 7 o'clock in the morning until 10 o'clock at night during the balance of the year, and no person not an employe of the parks shall enter or remain in them at any other time.

**Sec. 1365. When Closed.** In case of emergency or wet weather, or where, in the judgment of the superintendent, the public interest demands it, the driveways or other portions of any parks may be closed to the public.

**Sec. 1366. Funerals.** No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks without previous written consent of the park commissioners.

**Sec. 1367. Prohibited Acts.** All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises (except that dogs may be led or carried, but not allowed loose); to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other structure or property within or upon park premises; to bring upon park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses or bicycles, or to ride or drive faster than six miles per hour on any of the park drives or boulevards (except the speedways); to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitching places especially provided for such purposes; to obstruct the drives or paths; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the park commissioners; to drive or take any job or freight wagon in or upon any of the parks except those in park employ, private wagons conveying families, or upon special written permission from the park commissioners; to trail vehicles; to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of

drunkenness or indecency in or upon any of the parks; to lie or sleep on the benches or to lie in indecent positions; to tell fortunes or to play games of chance; to offer any article or thing for sale except by written permission of the park commissioners; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice, or bills or other paper upon any structure or thing in or about the park premises; to bathe or fish in, or to go or ride upon, or to send any animal into or to throw or place any article or thing in any of the waters of the parks, or to disturb any of the fish, water fowl or other birds, or any animal belonging to or preserved in the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park, or to parade, drill or perform therein any military or other evolutions or movements as a military or target company, civic or otherwise, without the written consent of the park commissioners; to light, make or use any fire therein unless an employe of the parks duly authorized; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown. No shrubs, plants or flowers shall be taken or given away from any of the parks without written permission from the park commissioners, except for the decoration of soldiers' graves, to be cut under the direction of the superintendent of the parks, for use May 30 of each year.

**Sec. 1368.  Pavements, Sidewalks, Roadways, Grass Plats, Etc.** No person shall dig, injure or tear up any pavement, sidewalk, cross-walk, grass plat or roadway, or any part thereof, or of any boulevard or pleasureway, without first having obtained the written permission of the park commissioners.

**Sec. 1369.  Water Pipes and Sewers.** No person shall dig down to, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any pleasureway or boulevard without first having obtained the written permission of the park commissioners.

**Sec. 1370.  Moving Buildings.** No person shall move any building along, across or upon any park, pleasureway or boulevard without first having obtained the written permission of the park commissioners.

**Sec. 1371.  Meetings.** No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without the written permission of the park commissioners.

**Sec. 1372.  Political Meetings.** No gathering or meeting for political purposes in the parks shall be permitted under any circumstances.

**Sec. 1373. Intoxicating Liquors.** No intoxicating liquor shall be alowed to be sold or given away within said parks.

**Sec. 1374. Straw, Dirt, Ashes, Rubbish, Etc.** No person shall place any waste paper, straw, dirt, chips, shells, ashes, swill or other rubbish, though not offensive to health, in or upon any park or pleasureway or any part thereof.

**Sec. 1375. Unmanageable Horses.** No unbroken or unmanageable horses will be permitted in the parks nor will the training of horses therein, or other animals, be allowed.

**Sec. 1376. Tents, Booths, Etc.** No person shall be permitted to build or place any tent, building, booth, stand or other structure in any of said parks without first obtaining the written permission of the park commissioners.

**Sec. 1377. No Bicycles on Speedway.** No bicycle or tricycle shall be permitted upon any speedway in any park.

**Sec. 1378. Bicycle Privileges and Requirements.** Bicycles or tricycles shall possess all the rights and privileges now accorded to carriages drawn by horses (except upon the speedways), and shall strictly comply with all the rules of the road, and in addition thereto will be subject to the following rules and regulations:

a. Machines must not be stacked within twenty feet of the driveways, although wheelmen may rest them at proper times and places.

b. Not more than two machines may be ridden abreast.

c. Riding crosswise and curving to and fro are strictly prohibited.

d. Children riding small machines and invalid wheel chairs may use the footwalks.

e. Coasting is prohibited except on safety machines provided with brakes.

The feet must not be elevated above three-quarters of the radius of the front wheel above the axle thereof, and the riders must not take hands off the handles.

Wheelmen must follow the ordinary rules of the road. In meeting an opposing vehicle they must pass on the right-hand side. In passing a vehicle moving in the same direction, they must pass on the left-hand side. The rule restricting speed to six miles an hour must be observed.

In any place where a bicyclist meets or overtakes any horse which may become restive, such bicyclist will take every precaution, by dismounting or otherwise, to avoid danger.

**Sec. 1379. Automobiles—Rules for.** The following orders of the park commission are hereby declared to be in full force and

effect, and it shall be unlawful for any person or persons to violate said orders, or any of them, viz.:

1. No person shall ride or drive any automobile, motor-cycle, locomobile, steam or gasoline wagon or any other vehicle or conveyance, for the carriage of passengers or commodities, other than conveyances drawn by horses or other animals, within the limits of City park, or in any of the other public parks, at a rate of speed greater than eight (8) miles an hour.

2. After seven o'clock p. m., between the 1st day of May and the 1st day of November, and after six o'clock p. m., between the 1st day of November and the 1st day of May, in each year, no person shall ride or drive any automobile, motor-cycle, locomobile, steam or gasoline wagon, or other vehicle or conveyance for the carriage of passengers or commodities other than vehicles drawn by horses or other animals, within the limits of City park, without displaying on each side of such automobile, locomobile, steam or gasoline wagon, or upon the front of such motor-cycle, and in a conspicuous place, a lighted lamp.

**Sec. 1380. Rules of Speedway.** Rule I. This speedway is intended for the pleasure of speeding horses in light road wagons or buggies.

Rule II. All drivers must turn to the right on entering the gates and follow the same direction while on the speedway.

Rule III. No two-wheeled vehicles will be permitted on the speedway from 12 m. to 10 p. m.

Rule IV. All carriages, hacks, phaetons and two or more seated vehicles are also excluded from driving on the speedway.

Rule V. Women drivers are not accorded the privileges of the speedway.

Rule VI. Bicycles are strictly prohibited.

Rule VII. When jogging or resting horses, drivers must keep to the outer edge of the speedway.

Rule VIII. Reckless driving or any abuse of horses will not be allowed.

Rule IX. No unbroken or unmanageable horses will be permitted on the speedway.

**Sec. 1381. Duties of Park Police.** It shall be the duty of the park police, appointed to duty in the parks, without warrant, forthwith to arrest any offender against the preceding rules and regulations whom they may detect in the commission of such offense, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

**Sec. 1382. Written Reports.** It shall be the duty of the park police appointed to duty in parks, at the termination of

# EXHIBIT 56

1M10

LF

# PENAL ORDINANCES

OF THE

# CITY OF LOS ANGELES

Containing all Penal Ordinances in force on June 14, 1921, ending with Ordinance No. 42,021 (New Series)

Compiled by
JESS E. STEPHENS,
City Attorney
and
E. H. DELOREY
Deputy City Attorney

Indexed by
PARKER & STONE CO., Law Publishers

Published under direction of the City Council
by
PARKER & STONE CO., Law Publishers
232 New High Street

BE IT RESOLVED, that the book of compiled penal ordinances of the City of Los Angeles, as published by the Parker & Stone Publishing Company, be and the same is hereby designated as and declared to be the official publication of the said ordinances.

STATE OF CALIFORNIA,<br>COUNTY OF LOS ANGELES, } SS.<br>CITY OF LOS ANGELES.

I, Robt. Dominguez, City Clerk of the City of Los Angeles, do hereby certify that the foregoing is a full, true and correct copy of the resolution adopted by the City Council of the City of Los Angeles, at its meeting of January 26, 1922.

In Witness Whereof, I have hereunto set my hand and seal of the said city this 26th day of January, 1922.

ROBT. DOMINGUEZ,
*City Clerk of the City of Los Angeles.*

APR 18 1923

BRICKYARDS DISTRICT.
ORDINANCE No. 13,077 (New Series).
Approved July 14 ,1906.

An Ordinance regulating the location of brick yards in the City of Los Angeles.

Section 1. It shall be unlawful for any person, firm or corporation to establish, conduct or maintain, or to assist in establishing, conducting or maintaining, any brick yard or any establishment, factory or place for the manufacture of brick within that certain district in the City of Los Angeles bounded and described as follows, to-wit:

Beginning at the intersection of the center line of Alameda Street with the center line of Alpine Street; thence northwesterly along said center line of Alpine Street to the center line of Buena Vista Street; thence northeasterly along said center line of Buena Vista Street to the center line of Bernardo Street; thence northwesterly along said center line of Bernardo Street to the center line of Adobe Street; thence southwesterly along said center line of Adobe Street 800 feet to a point; thence northwesterly in a direct line to the intersection of the center line of Innes Avenue with the center line of Sunset Boulevard; thence northwesterly along said center line of Sunset Boulevard to the center line of Alvarado Street; thence northeasterly along said center line of Alvarado Street to the center line of Effie Street; thence northwesterly along said center line of Effie Street to the northerly boundary line of the City of Los Angeles; thence westerly along said boundary line to the westerly boundary line of said City of Los Angeles; thence southerly along the old west patent boundary line of the City of Los Angeles to the center line of Seventh Street; thence southeasterly along said center line of Seventh Street to the center line of Alameda Street; thence northerly along said center line of Alameda Street to the point of beginning.

Provided, however, that this Ordinance shall not apply to any person, firm or corporation conducting or maintaining any brick yard, or any establishment, factory or place for the manufacture of brick within the hereinbefore described district, on the 22d day of January, 1906, who shall, within ten days after the taking effect of this Ordinance execute and deliver a good and sufficient bond to the City of Los Angeles in the sum of $1000.00, with two or more sureties, to be approved by the said City Council, conditioned for the removal of such brick yard, establishment or factory from said district within two years from the 22d day of January, 1906.

Sec. 2. Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor and shall be punished by a fine of not more than $200, or by imprisonment in the City Jail for a period of not more than fifty days, or by both such fine or imprisonment, and every day during which any violation of this Ordinance continues shall be deemed a separate offense and shall be punished as in this section provided.

---

REGULATIONS FOR PUBLIC PARKS.
ORDINANCE No. 13,182 (New Series).
Approved August 13, 1906.

An Ordinance prescribing the rules and regulations for the government of the public parks of the City of Los Angeles and regulating the use of public streets in and about such public parks, and prescribing the penalty for violation of the same.

Section 1. That the rules and regulations hereinafter prescribed shall govern the public parks of the City of Los Angeles.

Sec. 2. That within the limits of any of said parks, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1. To lead, or let loose any cattle, horse, mule, gote, sheep, swine,

dog or fowl of any kind, provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any fire arms, firecrackers, rockets, torpedoes, or any other fireworks, or air gun or slungshot.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant or flower; or to mark or write upon any building monument, fence, bench, or other structure.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills or circulars, or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind.

6. To swim, bathe, wade in, or pollute the water of any fountain, pond, lake or stream.

7. To make or kindle a fire for any purpose.

8. To camp or lodge therein.

9. To ride or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purpose.

10. To indulge in riotous, boisterous, threatening, or indecent conduct, or abusive, threatening, profane or indecent language.

11. To sell, or offer for sale, any merchandise, article or thing, whatsoever, without the written consent of the Board of Park Commissioners.

12. To hitch, or fasten any horse, or other animal, except at a place especially designated and provided for such purpose.

13. To ride or drive at a rate of speed exceeding fifteen miles per hour, except upon the road or roads specially provided and set apart by the Board of Park Commissioners for faster driving.

14. To ride or drive any horse or animal not well broken and under perfect control of the driver.

15. To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming.

16. To practice, carry on, conduct, or solicit for any trade, occupation, business, or profession, without the permission of the Board of Park Commissioners.

17. To row, or sail on any pond, lake or waters in any boat, excepting one provided for that purpose by the Board of Park Commissioners, or holder of boating privileges, without first obtaining the permission of the Board of Park Commissioners.

18. To drive, or have any dray, truck, wagon, cart, or other traffic vehicle (carrying goods or regularly used or employed in carrying goods, merchandise, lumber, machinery, oil, manure, dirt, sand or soil or any article of trade or commerce or any offensive article or material whatsoever) upon any road or drive, except such as may be especially provided or designated for such use.

18-a. It shall be unlawful for any person to drive any truck, dray, wagon, cart or other traffic vehicle of more than one ton capacity carrying or regularly used or employed in carrying goods, wares, merchandise, lumber, machinery, oil, manure, dirt, sand, soil or any article of trade or commerce along or upon any road or drive in Griffith or Elysian Parks without first securing a permit so to do from the Board of Park Commissioners. (Section added by Ord. No. 39,604 (N. S.), approved December 8, 1919.)

19. To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

20. To remain, stay or loiter, in any public park between the hours of 10:30 o'clock p. m. and 5 o'clock a. m. of the following day.

[As amended by Ordinance No. 31,868 (New Series), approved February 25, 1915.]

Sec. 3. No company, society, or organization of more than twenty-five persons shall hold or conduct any picnic, celebration, parade, service, or exercise in any public park, without first obtaining permission from the Board of Park Commissioners, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercise held or conducted contrary to the provisions hereof.

Sec. 4. It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six feet in length.

Sec. 5. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Sec. 6. It shall be unlawful for any person to fish in any public park without first obtaining from the Board of Park Commissioners a written permit so to do, designating the manner, time and place in which such person may fish.

Sec. 7. It shall be unlawful for any persons to assemble, collect or gather together in any walk, driveway, passage way or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or to occupy the same so that the free passage or use thereof by persons or vehicles passing along the same shall be obstructed in any manner.

Sec. 8. It shall be unlawful for any person or persons to sell, expose for sale or offer to sell, in or along any public street, lane or thoroughfare, adjoining or approaching any public park, in the City of Los Angeles, within 200 feet of any entrance to said park, any goods, wares or merchandise of any kind whatsoever.

Sec. 9. It shall be unlawful for any person or persons to stand, keep or expose for hire, any wagon, carriage or other vehicle, in or along any public street, lane or thoroughfare, adjoining or approaching any public park in said city, within 200 feet of any entrance to such park.

Sec. 10. It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

Sec. 11. It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park within the City of Los Angeles, without first having obtained a permit in writing from the Board of Park Commissioners of said city.

Sec. 11-b. It shall be unlawful for any parent or guardian, or any person having the custody of any child under the age of eight years, to cause, permit or allow such such child to enter or visit any public park having a lake within the boundaries of such park, in the City of Los Angeles, unless such child be accompanied by a person of not less than sixteen years of age.

[New section added by Ordinance No. 31,363 (New Series), approved December 4, 1914.]

Sec. 12.—All foremen and employes in public parks are hereby given the power and authority of special policemen for the purpose of making arrests for any violation of the provisions of this Ordinance.

Sec. 13. Any person who shall violate any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor; and upon conviction thereof shall be punishable by a fine of not less than five dollars, nor more than two hundred dollars, or by imprisonment in the City Jail

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 344 of 828

for not less than five days nor more than six months, or by both such fine and imprisonment.

Sec. 14. That all Ordinances and parts of Ordinances in conflict herewith are hereby repealed.

---

TAKING WATER FROM WATER MAINS.

ORDINANCE No. 13,281 (New Series).

Approved Aug. 29, 1906.

An Ordinance of the City of Los Angeles, making it unlawful to take water from, or in any way to break, tap or injure any water main, pipe, conduit, hydrant, reservoir, or ditch, of said City, without permission to do so from the Board of Water Commissioners, thereof.

Section 1. It shall be unlawful for any person to draw or take or cause to be drawn or taken, any water from any water main, pipe, conduit, hydrant, reservoir or ditch of said City of Los Angeles, without permission to do so from the Board of Water Commissioners of said City.

Sec. 2. It shall be unlawful for any person to break, tap or in any way injure, any water main, pipe, conduit, hydrant, reservoir or ditch of the City of Los Angeles, without permission to do so from the Board of Water Commissioners of the said City of Los Angeles.

Sec. 3. Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not more than $100.00 or by imprisonment in the City Jail for a period of not exceeding 50 days, or both such fine and imprisonment.

---

EMPLOYMENT AGENCIES.

ORDINANCE No. 13,348 (New Series).

Approved September 18, 1906.

An Ordinance regulating Employment or Intelligence agencies or offices in the City of Los Angeles.

Section 1. That no license to conduct, manage or carry on any employment or intelligence agency or office, or any office, agency or place where employment is procured or provided for, or furnished to or for any person, shall be issued to any person, except upon a permit in writing previously granted by the Board of Police Commissioners of the City of Los Angeles and filed with the City Clerk, authorizing the issue of such license to such person, firm or corporation, and specifying the location of such employment agency. That no such permit shall be granted except upon the written application of the person, firm or corporation, desiring the same, which application shall be filed with said Board, signed by the applicant, and shall specify the place where such employment or intelligence agency or office is to be located or carried on.

Sec. 1½. Before filing said application the applicant shall deposit with the City Tax and License Collector a sum sufficient to cover the license for the quarter immediately succeeding the issuance of said license. Said City Tax and License Collector shall issue a receipt for the amount so deposited, and said applicant shall exhibit said receipt to the Secretary of the Board of Police Commissioners, who shall thereupon file said application if the same is in due form; no application shall be filed except upon the production of said receipt. If said application be granted, said deposit shall be retained by said City Tax and License Collector in payment for the license for the quarter next succeeding the issuance of said license. If said application be denied, said City Tax and License Collector, upon notification in writing from the secretary of said Board to the effect that said application has been denied, and upon the surrender of said receipt, shall return said deposit to said applicant.—[New sec. added by Ord. No. 15,291 (N. S.), approved August 27, 1907.]

Sec. 2. That the Board of Police Commissioners is hereby empowered to revoke the permit of any person, firm or corporation when-

# EXHIBIT 57

HARVARD UNIVERSITY
BUREAU FOR RESEARCH IN MUNICIPAL GOVERNMENT
CAMBRIDGE, MASS.

# CHARTER

AND

# GENERAL ORDINANCES

OF THE

# CITY OF PORTLAND, OREGON

IN FORCE APRIL 15, 1910

BY AUTHORITY OF

The Council of the City of Portland, Oregon

1910

## ORDINANCE NO. 17196.

An Ordinance to prevent the disposition of bottles, rags, swill or other material of a similar nature at the crematory.

The City of Portland does ordain as follows:

**(Removal—Unlawful.)**

Section 1. That it shall be unlawful for any person to give, sell or dispose of in any manner whatever or take away or remove any bottles, rags, swill or any other material that is hauled to the crematory to be incinerated.

**(Penalty.)**

Section 2. Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof before the Municipal Court shall be fined not less than twenty-five ($25.00) dollars, nor more than two hundred and fifty ($250.00) dollars, or by imprisonment in the city jail not less than ten (10) nor more than ninety (90) days.

Passed the Council, December 12, 1907.

December 24, 1907.

The foregoing Ordinance was submitted to the Mayor December 13, 1907, and not being approved by him or returned with his reasons for not approving it within ten days thereafter has therefore become a law as if he had approved it, as provided by Section 50 of the Charter.

A. L. BARBUR,
Auditor of the City of Portland.

## ORDINANCE NO. 17197.

An Ordinance prescribing Rules and Regulations governing the use of Public Parks and Plazas in the City of Portland.

The City of Portland does ordain as follows:

Section 1. That the following rules and regulations governing the use of Public Parks and Plazas in the City of Portland be and are hereby adopted:

**(Rules and Regulations.)**

Rule I. No person shall enter or leave any enclosed Public Park or Plaza except at the regular designated entrance.

Rule II. No person shall dig up, cut, break, remove, deface, defile, or illuse any building, structure, fence, sign, bush, plant, turf, rock, or other thing belonging to the parks or plazas of the City of Portland or have in possession any part thereof.

Rule III. No person shall throw any stone or other missile; or have in his possession or discharge any destructive weapon, fire-arm, firecracker, torpedo or fire works; or make a fire or throw or place upon the ground a lighted match, cigar, or other burning sub-stance; or post, paint affix, or display any sign, notice, placard, or any advertising device; or except with written authority of the Park Board, engage in any business, sell or expose for sale or give away any goods, wares, or circulars; or set a trap for, snare, injure, or have in possession any wild animal or bird; or injure or disturb any bird's nest or eggs; or in any way annoy or injure any bird, or animal belonging to or in the keeping of the city.

Rule IV. No person shall within the limits of any park or plaza belonging to the City of Portland solicit any subscription or contri-bution; or make any political or other canvas; or solicit the acquaint-ance of or annoy another person or utter any profane, threatening abusive or indecent language or loud outcry; or drink any intoxicat-ing liquor; or use or have in his possession any device or instrument of gambling; or do any indecent or obscene act. And further no person except by written authority of the Park Board shall preach or pray aloud or make any oration or harangue in any public park or plaza; or play upon any musical instrument; or move in any military or civic parade.

Rule V. No person shall stand or lie down upon a bench or go to sleep thereon, or sit,, stand, climb over or lie down upon any railing, balustrade, wall or fence.

Rule VI. No person owning or having the care or control of any dog shall suffer or permit such dog to enter the City Park and any police officer may take and impound any such dog found therein.

Rule VII. No person shall ride or drive any animal not well broken or under proper control over or upon any road or driveway within any public park or square within the City of Portland; and no person shall ride or drive therein any animal or vehicle at a speed greater than eight miles an hour.

Rule VIII. No vehicle other than pleasure vehicles shall be per-mitted in or upon any park, except such as may be employed by the City of Portland.

Rule IX. No person shall stop any animal or vehicle so as to obstruct any driveway or walk or crossing thereof; or so as to prevent the passing of other vehicles; or otherwise than length wise with a driveway and close to the side thereof.

Rule X.  No person having charge of an animal or vehicle shall allow the same to stand for more than twenty minutes or without a proper person in charge of the same; except that an animal hitched to a place provided therefor or to a weight of not less than 20 pounds may be allowed to stand unattended for not more than five minutes.

Rule XI.  No animal attached to a vehicle or otherwise shall be hitched to a fence, tree, bush, or shrub in any public park or plaza.

Rule XII.  No automobile or other vehicle propelled by other than animal power shall be allowed within any public park or plaza between the hours of sunset and eight o'clock A. M. on the day following.

Rule XIII.  No person shall drive an automobile or other vehicle propelled by other than animal power within any public park at a rate of speed exceeding eight miles per hour; and upon approaching a crossing or intersection of ways and in turning a corner or a curve in any public park every person operating such vehicle shall signify such approach by sounding a bell gong, bugle or whistle.

Rule XIV.  No automobile or other vehicle propelled by other than animal power shall be allowed within any public park or plaza except upon the driveways, and no such vehicle shall leave City Park by the Washington street entrance.

Rule XV.  No person driving or operating an automobile or other vehicle propelled by other than animal power shall refuse to stop or move such vehicle when directed to do so by a police officer.

Rule XVI.  Any improved park, plaza, or ground belonging to the City of Portland may be closed and visitors excluded therefrom after the hour of nine o'clock P. M. of each day.

RULE XVII.  All persons visiting public parks or plazas of the City of Portland are expected to observe any reasonable direction of any police officer on duty in such park or plaza in the same manner as if such direction were embodied in a specific rule.

**(Penalty.)**

Section 2.  Any person violating any of the rules given above is liable to a fine of not less than five dollars and not more than twenty dollars for each offense, or punishment by imprisonment in the city jail not less than five days nor more than twenty days.

Passed the Council, December 12, 1907.

Approved, December 14, 1907.

HARRY LANE, Mayor.

# EXHIBIT 58

Oil City, Pa. Ordinances, etc.

# A DIGEST

OF THE

# Ordinances and Principal Resolutions

FOR THE GOVERNMENT OF THE

# CITY OF OIL CITY,

IN

VENANGO COUNTY, PENNSYLVANIA,

## IN FORCE JANUARY 1st, 1907.

Published by Authority of the City Councils.

---

Compiled by PETER M. SPEER, Esq.,
OF THE VENANGO COUNTY BAR.

Digitized by Google

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 352 of 828

Section 2. All the parts of said ordinance inconsistent herewith are hereby repealed: provided, that this repealing clause shall not be construed to apply to the 9th section of said ordinance.

### III. DAIRIES, PIG PENS AND SLAUGHTER HOUSES.

**Ordinance No. 232.**

Dairy, pigpen, slaughter-houses.

Section 1. That from and after the enactment of this ordinance at any time that the majority of the Board of Health of the City of Oil City shall be of the opinion that any dairy, pig pen or slaughter house within the city limits, is unclean and filthy to such an extent as to cause an offensive or injurious stench to exist, said Board of Health shall give or cause to be given to the owner or owners of any such unclean and filthy places, notice to remove or abate such nuisance, and if the same be not removed or abated within five days after notice, such owner or owners shall upon conviction, forfeit and pay a fine of ten dollars and two dollars for each day that the nuisance remains after conviction.

Penalty.

Enforcement of.

Section 2. Whenever any person or persons shall violate the provisions of this ordinance and thus become liable to its penalties, it shall be lawful for the Board of Health or any member thereof, the Chief of Police, or any policeman, the Pound Master, or any private citizen, to institute suit or suits, before the Mayor or any Alderman of this city, against such offender or offenders and collect the penalties imposed in Section 1, for the use of the city, as other penalties are by law collected.

## PARKS AND PUBLIC GROUNDS.

[See Hasson Park.]

**Ordinance No. 416.**

**Advertisements.** Sec. 1, clause 17.
**Animals not allowed loose.** Sec. 1, clause 3.
**Assemblies.** Sec. 1, clause 8.
**Benches.** Sec. 1, clause 18.
**Bicycles.** Sec. 1, clause 19.
**Booths.** Sec. 1, clause 15.
**Climbing trees.** Sec. 1, clause 12.
**Coaches, for hire.** Sec. 1, clause 10.
**Commissioners.** Sec. 1, clause 1.
**Disorderly conduct.** Sec. 1, clause 11.
**Disturbances.** Sec. 1, clause 14.
**Drivers.** Sec. 1, clauses 7 and 16.
**Drunkenness.** Sec. 1, clause 11.
**Equestrians.** Sec. 1, clauses 7 and 16.
**Firearms.** Sec. 1, clause 4.
**Funerals.** Sec. 1, clause 6.
**Gambling.** Sec. 1, clause 11.
**Notices not to be defaced.** Sec. 1, clause 2.
**Parades.** Sec. 1, clause 6.
**Park commissioners.** Sec. 1, clause 1.
**Political meetings.** Sec. 1, clause 8.
**Penalties.** Sec. 2.
**Picnics.** Sec. 1, clause 13.
**Racing.** Sec. 1, clause 20.
**Riding.** Sec. 1, clause 7 and 16.
**Regulations.** Secs. 1 and 2.
**Trees.** Sec. 1, clauses 5 and 12.
**Tricycles.** Sec. 1, clause 19.
**Vehicles.** Sec. 1, clauses 9, 10, 16, 19 and 20.
**Wagons.** Sec. 1, clause 9.

Regulation of.

Section 1. That upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the City of Oil City, to-wit:

Digitized by Google

1. For the purpose of carrying out the provisions of this ordinance the Mayor shall appoint three Park Commissioners as follows: One for one (1) year, one for two (2) years, one for three (3) years, and thereafter one each year for three years; all vacancies to be filled for unexpired term. The three Commissioners shall have full charge of the parks, and the paying out of any moneys appropriated for the same, making full report to the Mayor and Councils as to how and what it was paid out for.

Park commissioners.

2. No person shall injure, deface or destroy any notices, rules or regulations of the park, posted or in any manner permanently fixed by order of the Park Commissioners.

Defacement of notices.

3. No person shall be allowed to turn any chickens, ducks, geese, or any other fowls, or any cattle, goats, swine, horses or other animals, loose within the park, or to bring led horses or a horse that is not harnassed and attached to a vehicle or mounted by an equestrian.

Animals not allowed loose.

4. No person shall be allowed to carry firearms, or to shoot or throw stones at or to set snares for birds, rabbits, squirrels, or fish within the limits of the park.

Firearms, etc., prohibited.

5. No person shall cut, break, pluck or in any wise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures or statuary or place or throw anything whatever in any springs or streams within the park, or fasten a horse to any tree, bush or shrub.

Trees, etc., not to be defaced.

6. No military or other parade or procession, or funeral shall take place in or pass through the limits of the park without permission from the Park Commissioners.

Parades.

7. No one shall ride or drive therein except on the avenues or roads or at a rate of speed exceeding eight miles per hour.

Riding and driving.

8. No gathering or meeting of any kind assembled through advertisement, shall be permitted within the park without previous permission of the Park Commissioners, nor shall any gathering or meeting for political purposes in the Park be permitted under any circumstances.

Assemblies.

Political meetings.

9. No wagon or vehicle of burden or traffic shall pass through the Park, except on such road or avenues as shall be designated by the Park Commissioners for burden transportation.

Wagons.

10. No coach or vehicle used for hire, shall stand upon any part of the park for the purpose of hire, nor except in waiting for persons taken by it into the park, unless at points designated by the Park Commissioners.

Coaches for hire.

11. No profane, indecent, abusive or insulting language, gambling or drunkenness shall be allowed within the park, nor shall any one be allowed to introduce any spirituous liquors within the limits of the same, either for his own use or for sale.

Disorderly conduct.

12. No person shall climb any tree or attach any swing thereto without the consent of the Superintendent.

Climbing trees.

13. No picnic of more than thirty persons shall take place in the park without a written permission for the purpose being

Picnics.

Digitized by Google

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 354 of 828

obtained from the Superintendent, in which shall be designated the spot where it shall be held, and parties holding picnics shall clean up the ground that has been occupied by them on quitting it, and not leave paper and other refuse on the ground.

Disturbances.

14. No person shall disturb any picnic in the park, or intrude himself or herself on it without the consent of those composing it.

Booths.

15. No person shall set up any booth, table or stand for the sale of any article whatever without the consent of the Park Commissioners previously obtained in writing.

Drivers, etc., keep to right.

16. When carriages or equestrians meet, the parties respectively shall keep to the right as the law of the road.

Advertisements.

17. No person shall drive any vehicle displaying any placard or advertisement of any kind along the road or avenue in the park, nor shall any person display any placards or advertisements of any kind, or post or fix any notice or bill, or other writing or printing of any kind, on any tree, lamp post, hydrant, curbstone, coping, flagstone, fence, wall, building or other place within the park.

Benches.

18. No benches or seats shall at any time be removed or changed from their places in the park except by the order, first obtained, of the Superintendent.

Bicycles, etc.

19. Bicycles and tricycles shall be restricted to the use of the roadways, and be controlled by the same law which governs horses, vehicles and equestrians, and must pass to the right when meeting the same or each other. When passing a carriage or equestrian from the rear to the front, it must be done to the left side and at a moderate rate of speed. Bicycles and tricycles must not travel more than two abreast.

Racing.

20. All racing with horses, vehicles, tricycles and bicycles is prohibited at any time, and bicycles and tricycles must not be driven or propelled at greater speed than eight miles per hour.

Penalties.

Section 2. That any violation of the foregoing rules shall subject the party so offending to a fine of not less than five ($5) dollars or more than twenty-five ($25) dollars to be collected by summary process.

Repealing clause.

Section 3. That any ordinance or part of ordinance conflicting with the provisions of this ordinance be, and the same is hereby repealed so far as the same affects this ordinance.

# EXHIBIT 59

# ORDINANCES, etc.

OF THE

# CITY OF OLEAN, N.Y.

AS AMENDED TO
SEPTEMBER 1922

ARRANGED AND INDEXED UNDER AUTHORITY OF THE
COMMON COUNCIL
BY
RICHMOND C. HILL
CITY HISTORIAN
OLEAN N. Y.

OCTOBER 1922

Section 19. Any person violating any of the provisions of the Ordinance shall be guilty of a misdemeanor and subject to the respective fines imposed by the respective violations as hereinbefore provided and in default of payment of such fine shall be liable to imprisonment of one day for each dollar of such fine.

SECTION TWO. This Ordinance shall be published once in the Olean Evening Times and once in the Olean Evening Herald and shall take effect immediately.

## AMENDMENT

The foregoing was amended by vote of the Common Council at its regular meeting on Tuesday evening, August 22, 1922, by adding the following provision:

### Amendment.

"That the restrictions prohibiting hucksters or other dealers from selling goods on the North Street Public Market in competition with producers, be removed and the market made an open one."

## PARKS

Passed November 6, 1907.

The Board of Park Commissioners of the City of Olean hereby make, publish and enact the following ordinances: These ordinances apply to and comprehend,

1. City Hall Park lying between North and South Streets and Union and Barry Streets.

2. Oak Hill Park lying between Fourth, Sixth and Washington Streets and the south bounds of said Park.

3. Adams Park lying in the triangle formed by the junction of Sullivan, Buffalo and Eighth Streets.

4. Ansel Park consisting of the triangle formed by the junction of Fulton Street, Pennsylvania Railroad and the south line of lands of William Cobb.

The words "Parks and public grounds" wherever mentioned in these ordinances, shall be understood to include all the adjacent land to the curb line of adjoining streets as fixed by the Common Council of the City of Olean.

Section 1. No person or corporation shall enter upon any parks or public grounds and dig or remove any dirt, tree, shrub, or bush which may be in, upon, or a part of any of said parks or public grounds, except under the direction of said Board of Park Commissioners.

Section 2. No person shall cut down, or bruise, or cut into, or in any way injure any tree, shrub, growing bush or flowers that are at present, or may hereafter be growing upon any of the parks or public grounds.

Section 3. No person shall erect any sign or signboard, cut or mark any name or device, or write upon any tree, paling, bench, building or structure situated or located upon said parks.

Section 4. No person shall fire or discharge any gun or pistol or other firearms, or any rocket, torpedo or other fireworks of any description, or throw stones or missles, within the several parks or public grounds, nor carry any firearms in any park.

Section 5. No person shall climb any tree or pluck any flowers or fruit, whether wild or cultivated, or break cut down, trample upon or remove, or in any manner injure or deface any statue, flower-bed, turf or any of the buildings, fences, bridges or other constructions within the several parks or public grounds; nor shall any person write on any building, structure, statue, fence, bench, rock or stone within such parks or public grounds.

Section 6. No person shall ride any bicycle, tricycle or any similar vehicle in any park or on any public grounds.

Section 7. No quadrupeds or other animals, except those placed in the parks by the authority of said Board shall be conducted into or driven in the parks or public grounds, or be allowed to remain therein. Dogs found running at large within any park may be shot by any policeman or other officer on duty connected with the parks.

Section 8. The parks shall be closed every night between eleven o'clock P. M. and sunrise and no person shall lounge, loaf or loiter therein between such hours.

Section 9. All persons using the playgrounds or parks do so at their own risk. Neither the City or the Park Commissioners shall be liable for any injury to any person incurred in the use of the playgrounds or parks

Section 10. Boisterous conduct, and the use of vulgar or profane language on the playgrounds, or in the parks or public grounds is absolutely forbidden.

Section 11. No person shall commit any of the following acts within said parks:

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3. Throw stones or missles.
4. Utter loud or indecent language.
5. Tell fortunes.
6. Play any game of cards or chance.
7. Beg.
8. Publicly solicit subscriptions.

Section 12. The Superintendent shall be responsible for the maintenance of order and decorum, and for the exercise of discretion and civility in all use to be made of the playgrounds and parks. His authority corresponds with his responsibility. No one is to enter the playgrounds when forbidden by him; no one is to remain therein when requested by him to leave. Report may be made to the Park Commissioners whenever the Superintendent is

thought to have used his authority unjustly, but his authority is not to be resisted or questioned by visitors on the grounds; and he may forcibly eject any person violating any ordinances relating to such parks.

Section 13. Any violation of these ordinances shall be deemed a misdemeanor and shall be punishable by a fine of not more than twenty-five dollars; or in default of payment of such fine, by imprisonment not exceeding twenty-five days.

These ordinances shall be published once in the Olean Morning Times and once in the Olean Daily Herald and shall take effect immediately.

## SEALER OF WEIGHTS AND MEASURES

February 17, 1903.

The Common Council of the City of Olean does hereby enact, ordain, establish, publish and declare the following ordinance:

Section 1. It shall be the duty of the sealer of weights and measures to inspect all instruments or devic[illegible] the limits of the city, to ascertain the weight or quantity of any article of merchandise on sale within the city and generally to perform the duties prescribed by statute.

# EXHIBIT 60

HARVARD UNIVERSITY BUREAU FOR RESEARCH IN MUNICIPAL GOVERNMENT

THE

# Charter of the City of Seattle

Adopted at the General Election March 3, 1896
as Amended in 1900, 1902, 1904, 1906 and 1908

AND THE

# Ordinances of the City of Seattle

From December 1, 1869, to November 1, 1907

ARRANGED, ANNOTATED AND INDEXED
By
CHARLES S. GLEASON
Of the Seattle Bar

PUBLISHED BY AUTHORITY OF THE CITY OF SEATTLE

SEATTLE
LOWMAN & HANFORD STATIONERY AND PRINTING COMPANY
1908

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 364 of 828

## ORDINANCE NO. 16066.

**AN ORDINANCE directing the issuance of triplicate bills for labor or materials furnished by the City of Seattle to various persons and prescribing the manner of issuance, correction and payment of said bills.** Approved May, 27, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1. **All Bills of the City to be Made in Triplicate:**—That when any department of the City of Seattle shall furnish any labor or material to any person, said department shall render a bill for said labor or material as follows:

Bills of each department to be issued in triplicate and to bear consecutive numbers.

The original of said bill to be forwarded to the person receiving said labor or material.

The duplicate of said bill to be forwarded, forthwith to the City Treasurer.

The triplicate of said bill to be retained by the department issuing the same.

Sec. 2. **Correcting Bills:**—That the head of the department issuing any of said bills be and hereby is authorized to correct said bills at any time prior to their payment by the issuance of credit vouchers directed to the City Treasurer.

Sec. 3. **Treasurer to Preserve and Account for Bills:**—That the City Treasurer be and hereby is directed to preserve said duplicate bills and render proper accounting therefor and to notify each of the various departments as to the payment of said bills upon request of said department.

Sec. 4. **Credit Vouchers:**—That, when any credit voucher shall have been issued correcting any of said bills, the City Treasurer be and hereby is directed to deduct the amount of said credit voucher from the face of said bill and accept the remaining amount thereof as full payment.

## ORDINANCE NO. 16081.

**AN ORDINANCE regulating the use and occupation of and the conduct of persons in or upon streets, avenues, ways, boulevards, drives, places, alleys, sidewalks, parking strips, squares, triangles, comfort stations, school grounds, play grounds, recreation grounds, parks, park ways, park boulevards, park drives, park paths, and public places and wharves, station grounds and rights of way open to the use of the public, and the space above or beneath the surface of the same, and providing for the control of the same, and for the safety, comfort and convenience of the public in the use of the same and providing penalties for violations thereof.** Approved May 31, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1.. **Words and Phrases Defined:**—The words "public place" wherever used in this ordinance shall, when necessary, be held and construed to mean and include streets, avenues, ways, boulevards, drives, places, alleys, sidewalks and parking strips, squares, triangles and public play grounds, comfort stations, school grounds, recreation grounds, parks, park ways, park

boulevards, park drives, park paths and wharves, station grounds and rights of way open to the use of the public, and the space above or beneath the surface of the same; the word "street" shall, when necessary, be held and construed to mean and include streets, avenues, ways, boulevards, drives, places, alleys, sidewalks and parking strips; the word "park" shall, when necessary, be held and construed to mean and include parks, squares, triangles, comfort stations, school grounds, play grounds, recreation grounds, park drives, park boulevards, park paths and park ways; the word "person" shall, when necessary, be held and construed to mean and include natural persons of either sex, associations, co-partnerships and corporations, whether acting by themselves or by a servant, agent or employee; the singular number shall, when necessary, be held and construed to include the plural and the masculine pronoun to include the feminine; the word "vehicle" shall be held and construed to mean and include wagons, carts, carriages, trucks, automobiles and all vehicles drawn by animals or propelled by steam, electricity, gas or other motive power.

Sec. 2. **Awnings, Permit for, Required:**—It shall be unlawful for any person to construct or maintain, in or over any public place, any awning, without complying with all the provisions of this ordinance in relation thereto, and obtaining and having a permit from the Board of Public Works so to do.

Sec. 3. **Awning Permit, How Obtained:**—In order to obtain the permit provided for in the preceding section, the owner of any premises abutting upon any public place, desiring such permit, shall file with the Board of Public Works an application in writing therefor, which application shall contain an accurate description of the portion or portions of the public place desired to be occupied and the nature and character of the awning which it is desired to construct or maintain therein, and the Board of Public Works, if they shall find that such awning can be constructed or maintained without unduly interfering with or obstructing the use of such public place, may, in their reasonable discretion, grant a permit to construct or maintain such awning in accordance with the provisions of the next succeeding section.

Sec. 4. **Awnings, How Constructed and Maintained:**—All awnings to be constructed or maintained under the provisions of this ordinance, shall be constructed either of a metal frame with canvas covering or of wire glass and other fire proof materials. The lowest point of any awning shall not be less than eight (8) feet above the sidewalk, and no cloth, drapery, sign or other thing shall be attached to or suspended from such awning. The frames and supports of all awnings shall be securely attached to the walls of the building from which they project, by wrought iron or steel brackets or steel chains, but shall not receive their support from beneath by the use of posts or other similar devices, except as herein provided. All awnings, other than canvas covered awnings, shall be provided with metal conductors for water, draining back to the property line and connected with the sewer in the manner provided by the plumbing ordinances of the City, and shall be constructed of wire glass and other fire proof materials, reasonably uniform in appearance and ornamental in design and shall project as nearly horizontal from the building to which they are attached as is practicable, and shall be well lighted by electricity, according to the directions of the Board of Public Works, and shall project from the property line not more than nine (9) feet; provided, that such awnings erected over the entrances of assembly halls, theatres, hotels or railway stations may project to the curb line. The roofs of all such awnings shall be of wire glass, and in case

Sec. 80.  **Booths, etc., in Public Places:**—It shall be unlawful for any person to place, set up, keep or maintain any booth, stand, table, box, board, shelf, vehicle or other object for the purpose of selling, giving away or distributing therefrom any article or thing, or exhibiting any animal, bird, curiosity, device or thing, or advertising anything whatsoever, in any public place.

Sec. 81.  **Advertising in Public Places:**—It shall be unlawful for any person to have, drive or stand in any public place, any vehicle used exclusively for advertising, or any show board, placard, banner, sign, advertisement, picture or other device, or to lead, drive, ride or stand any animal or animals on which is placed or carried, or to which is attached any banner, sign, advertisement, picture or other device, for advertising any business, calling, occupation, firm, dealer, place of amusement, exhibition, show, event or amusement.

Sec. 82.  **Barbed Wire Fences Along or Exposed to Public Places:**—It shall be unlawful for any person to place, build, construct or maintain, or cause, permit or allow to be placed, built, constructed or maintained, any barbed-wire fence along and abutting upon the marginal line of any public place, or upon any premises abutting upon any public place, unless said premises are enclosed and separated from such public place in such a manner as to prevent persons or animals using or occupying such public place from coming in contact with such barbed-wire fence.

Sec. 83.  **Obstruction Upon Sidewalks From Abutting Property:**—It shall be unlawful for any person, owning or occupying any property abutting upon or contiguous to any public place, to allow or permit any earth, rock, stones, trees, logs, stumps or other substances to cave, fall, crumble, slide, accumulate or be otherwise deposited from any such premises upon any public place, or having been so deposited, to be or remain thereon.

Sec. 84.  **Use of Sidewalks by Merchants:**—It shall be unlawful for any person to place, or cause or suffer to be placed, by any person in his employ or under his control, any merchandise or wares of any nature on any sidewalk in front of or alongside of his place of business for the purpose of display or for any other purpose, except while in the actual course of receipt or delivery, or to use any portion of any sidewalk for the purpose of measuring, packing or weighing goods for sale.

Sec. 85.  **Burning Materials Containing Metallic Substances in Public Places:**—It shall be unlawful for any person to burn any lumber, rubbish or other materials containing nails, wire or other metallic substances, in any public place.

Sec. 86.  **Storing Fire Wood, etc., in Public Places:**—It shall be unlawful for any person to place or permit any fire-wood, coal, chattles or merchandise in any public place, except while removing the same into or out of the premises adjoining such public place, or to keep any bunker or box for the storage of wood, coal, chattles or merchandise, in any public place.

Sec. 87.  **Playing Ball or Throwing Stones in Public Places:**—It shall be unlawful for any person to play ball or throw any ball to and fro on any paved street, or throw stones or other missiles in any public place.

Sec. 88.  **Throwing Articles Liable to Produce Injury, Into Public Places:**—It shall be unlawful for any person to throw or deposit, in any public place, any broken glass, crockery, nails or any substance whatever whereby the feet of horses or other animals, or the tires of automobiles or other vehicles may be injured.

Sec. 89. **Throwing Refuse Matter Into Public Places:**—It shall be unlawful for any person to throw or deposit, or cause to be thrown or deposited, on any public place, any coal, hair, shreds, rags, manure, shells, ashes, garbage, paper or other refuse matter, or any solids or liquids, animal or vegetable matter or any substance whatever.

Sec. 90. **Throwing or Permitting Liquids to Flow Upon Public Places:** —It shall be unlawful for any person to throw or flow, or allow or permit to be thrown or to flow, upon any public place, any water or other liquids which cause a noxious effluvia or any filthy water, or to permit any flow of water from premises under his control, on or over any public place.

Sec. 91. **Sprinkling Paved Streets in the Day Time:**—It shall be unlawful for any person to throw, spatter or sprinkle any water upon any planked or paved street between the hours of nine (9) o'clock before noon and five (5) o'clock after noon.

Sec. 92. **Obstruction of Sidewalks and Public Places by Waste Material:** —It shall be unlawful for any person to throw on any sidewalk any vegetable or fruit or other substance liable to cause any person injury, or to throw upon or into any public place, or in any gutter, any kitchen refuse, paper, sweepings or other substance liable to close up or choke any gutter, or to permit any accumulation of snow or ice upon any planked or paved sidewalk in front of any premises owned or occupied by him.

Sec. 93. **Obstructing Public Places by Structures or Chattles:**—It shall be unlawful for any person to build, construct, place, maintain, occupy, throw, leave, cast, tie or put, or cause to be built, constructed, placed, maintained, occupied, thrown, left, cast, tied or put, except under and in accordance with the provisions of this ordinance, in any public place, any structure, fence, post, rope, chain, rail, wire, box, barrel, keg, fire-wood, coal, chattles, merchandise, vehicle, animal or any object or thing which is an obstruction to the free use of such public place or which may be an inconvenience to the use thereof, or which may encroach thereon.

Sec. 94. **Driving in Parks Except on Park Ways; Certain Vehicles Excluded From Parks:**—It shall be unlawful for any person to drive or propel any vehicle, or ride or drive any horse or other animal in, over or through any park, except along and upon park drives, park ways and park boulevards, or to drive or propel along or over any park drive, park way or park boulevard any heavily laden vehicle or any vehicle carrying or ordinarily used in carrying merchandise, goods, tools, material or rubbish or any market wagon, milk wagon, dirt cart, moving van, dray or truck, or any hearse, or any vehicle carrying the body of a deceased person, or any carriage or other vehicle being a part of a funeral procession going to or returning from any cemetery.

Sec. 95. **Speed Limit on Park Ways:**—It shall be unlawful for any person to drive or propel over or along any park drive, park way or park boulevard any vehicle, or to ride or drive any horse or other animal, or any bicycle, tricycle or autocycle at a greater rate of speed than twelve (12) miles per hour along any tangent or any curve of a less degree of curvature than twelve (12) degrees, or having a radius of more than four hundred and seventy-eight (478) feet, or at a greater rate of speed than six (6) miles per hour along any curve of a greater degree of curvature than twelve (12) degrees, or having a radius of less than four hundred and seventy-eight (478) feet.

Sec. 96. **Structures and Advertising in Parks:**—It shall be unlawful for any person to place or erect any structure, sign, bulletin board, post, pole or

advertising device of any kind whatever in any park, or to attach any notice, bill, poster, sign, wire, rod or cord to any tree, shrub, fence, railing, post or structure within any park; provided, that the Board of Park Commissioners may permit the erection of temporary decorations on occasions of public celebration or holidays.

Sec. 97. **Destruction or Mutilation of Park Property**:—It shall be unlawful for any person to remove, destroy, mutilate or deface any structure, monument, statue, vase, fountain, wall, fence, railing, vehicle, bench, tree, shrub, fern, plant, flower or other property in any park.

Sec. 98. **Occupying Borders, etc., in Parks**:—It shall be unlawful for any person to walk, stand or sit on any borden, flower bed, monument, vase, fountain, railing or fence in any park.

Sec. 99. **Dogs in Parks**:—It shall be unlawful for any person to allow or permit any dog or other animal to run at large in any park, or enter any of the lakes, ponds, fountains or streams therein.

Sec. 100. **Fire Arms and Explosives in Parks**:—It shall be unlawful for any person to shoot, fire or explode any fire-arm, fire works, fire crackers, torpedoes or explosives of any kind or to carry any fire-arm in any park.

Sec. 101. **Molesting Animals in Parks**:—It shall be unlawful for any person to in any manner tease, annoy, disturb, molest, catch, injure or kill, or to throw any stone or missile of any kind at, or strike with any stick or weapon any animal, bird, fowl or fish in any park.

Sec. 102. **Peddlers, etc., Excluded From Parks**:—It shall be unlawful for any person to be or act as or ply the vocation of a solicitor, agent, vagrant, peddler, fakir, mendicant, beggar, strolling musician, organ grinder, exhortor, showman or boot black in any park.

Sec. 103. **Public Meetings in Parks**:—It shall be unlawful for any person to hold any public meeting or gathering, or to make any public speech in any park, except upon written permission from the Board of Park Commissioners.

Sec. 104. **Horses in Parks; Hitching and Leaving Unguarded**:—It shall be unlawful for any person to hitch any horse or other animal to any tree, shrub, fence, railing or other structure, except such as are provided for that purpose, or to allow any horse or other animal to remain unhitched beyond the reach of the driver or attendant, in any park.

Sec. 105. **Games of Chance in Parks**:—It shall be unlawful for any person to conduct or carry on any game of chance in any park.

Sec. 106. **Disorderly Conduct in Parks**:—It shall be unlawful for any person to use loud, profane, obscene, boisterous or insulting language, or to be guilty of any disorderly, lewd or lascivious conduct of any kind in any park.

Sec. 107. **Intoxicated Persons in Parks**:—It shall be unlawful for any intoxicated person to enter or remain within any park.

Sec. 108. **Use of Lakes in Parks**:—It shall be unlawful for any person to place any boat, float, raft or other water craft in or upon any lake, pond or stream in any park, or to land at any point or place upon the shores of the lakes or ponds in or bordering upon any park, except at places designed or designated as landing places, or to occupy in any manner the slopes between the water line and the foot paths.

Sec. 109. **Picnics in Parks**:—It shall be unlawful for any person to picnic or lunch in any park, except at those places set apart and allotted as picnic grounds.

Sec. 110. **Bicycles in Parks:**—It shall be unlawful for any person to ride any bicycle, tricycle or autocycle over or through any park, except along and upon the park drives, park ways, park boulevards and upon paths set apart and designated as "Bicycle Paths."

Sec. 111. **Athletic Games in Parks:**—It shall be unlawful for any person to play at any game of base ball, foot ball, golf, cricket, LaCrosse, polo, hockey or other game of like character in any park, except at the place or places set apart and designated as grounds for such games and athletic sports, and then only upon securing a permit from the Board of Park Commissioners.

Sec. 112. **Swinging Scaffolds Over Public Places:**—It shall be unlawful for any person to hang, maintain, use or operate any swinging scaffold over any public place, without the same shall be provided with a guard rail on each side thereof, not less than three (3) inches high, to prevent tools, material or other things from sliding and falling therefrom, or without obtaining and having a permit so to do from the Superintendent of Streets.

Sec. 113. **Hoisting Safes, etc., in Public Places:**—It shall be unlawful for any person to hoist any safe or other article in any public place for the purpose of conveying the same into any building, between the hours of eight (8) o'clock a. m. and eight (8) o'clock p. m., or at any time without roping off a space, not less than twenty (20) feet square, immediately beneath where such article is being hoisted and maintaining a watchman on each side thereof to prevent persons from passing or going within such space, or without obtaining and having a permit so to do from the Superintendent of Streets.

Sec. 114. **Penalties:**—Any person who shall violate or fail to comply with any of the provisions of this ordinance, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine in any sum not exceeding one hundred (100) dollars, or by imprisonment in the city jail for a term not exceeding thirty (30) days, or by both such fine and imprisonment, and each day any such person shall continue to violate or fail to comply with any of the provisions of this ordinance, shall be deemed and considered a separate offense, and in addition to the penalty hereinabove provided for violations of this ordinance, any failure, neglect or refusal to comply with any of the terms of this ordinance shall be deemed a nuisance, any may be abated in the manner provided by the ordinances of the City of Seattle for the abatement of nuisances.

Ordinance No. 8576 prescribes a condition which must be contained in all permits issued by the Board of Public Works.

Charter, IV., Sec. 18, Subs. 7, 31 and 36; XIII., Sec. 3.

## ORDINANCE NO. 16084.

**AN ORDINANCE providing for the licensing of engineers of steam engines and boilers, fixing the amount of the license fee, providing penalties for violations of this ordinance.** Approved May 31, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1. **Operating Steam Boilers, License for, Required:**—No person shall have charge of or operate a steam engine or steam boiler in the City of Seattle without first obtaining a license therefor from the City Comptroller, which license shall be effective for the period of one year. Said license shall be renewed on or before the date of the expiration thereof upon the payment of a license fee of two (2) dollars.

# EXHIBIT 61

# CHARTER

and

# REVISED ORDINANCES

of

# KANSAS CITY

1909.

---

Compiled, Arranged, Annotated and Indexed by

REES TURPIN,
GEORGE KINGSLEY and
CHARLES L. SHANNON,
of the Kansas City Bar,

assisted by

JOHN T. HARDING, City Counselor, and the Associate Counselors,

and an Advisory Committee Consisting of

WILLIAM C. CULBERTSON, R. EMMET O'MALLEY and ALVAH O. THOMPSON, of the Upper House, and

EDMUND C. MORRIS, FRANK J. SHINNICK and CHARLES J. GILMAN, of the Lower House of the Common Council.

---

PRINTED AND PUBLISHED BY AUTHORITY OF
KANSAS CITY, MISSOURI.

---

Kansas City, Mo.
VERNON LAW BOOK COMPANY
1909

CC
Kansas City M
3
1909

Kansas City:
FRANK T. RILEY PUBLISHING COMPANY
1909

Gift of
Mass. State Library

ARTICLE VII.

PARK AND BOULEVARD REGULATIONS.

Section.
1028. Certain Vehicles Prohibited on Boulevards, Etc.
1029. Lights on Vehicles.
1030. Lights on Motor Cycles, Etc.
1031. Vehicles and Horsemen Keep to Left in Passing, When.
1032. Vehicles and Horsemen Should Occupy What Part of Road.
1033. Red Street Lights—"Slow Down and Keep to Right."
1034. Where Vehicles Must Stop.
1035. Automobiles, Speed of.
1036. Automobiles, Etc., on Cliff Drive.
1037. Moving Houses on Boulevards, Etc.
1038. Permit to Move House—Conditions Thereof.
1039. Animals or Vehicles Standing on Boulevards.
1040. Racing, Speeding, Etc., on Boulevards.
1041. Animals and Vehicles on Sidewalks, Grass, Etc.—Herds of Animals—Roller Skating Prohibited.
1042. Hitching Animals—Driving Over Sidewalks, Etc.
1043. Rubbish on Sidewalks, Etc.
Charter, Art. 13, Sec. 6.

Section.
1044. Building Material on Boulevards.
1045. Obstructions on Boulevards, Etc., Red Lights.
1046. Games Prohibited — Crossing Grass Plots.
1047. Dangerous Sports Prohibited.
1048. Discharging Fire Arms, Explosives, Etc., Prohibited.
1049. Selling Goods—Posting and Distributing Hand Bills, Etc., Prohibited.
1050. Cutting, Defacing, Injuring Trees, Shrubs, Etc.
1051. Bicycles, Etc., Must Keep on Certain Paths, Etc.
1052. Pleasure Vehicles Only in Parks.
1053. Lewd or Disorderly Conduct—Sleeping in Parks, Etc.
1054. Sidewalks, Construction of.
1055. Driveways Connecting Private Property With Boulevards, Etc.
1056. Foot-ways.
1057. Fences Around Grass Plots, Etc., Prohibited.
1058. Penalty.
1059. Recommended by Board of Park Commissioners.

Sec. 1028. **Certain Vehicles Prohibited on Boulevards, Etc.**—No omnibus, wagon, cart, dray, truck or other vehicle for carrying goods, merchandise, manure or any other articles, except such as are engaged in repairing or constructing said parks, boulevards, streets, avenues or driveways shall be allowed to enter upon any boulevard, parkway, street, avenue or park road under the control and management of the Board of Park Commissioners of Kansas City, Missouri; *provided;* however, that wagons or other vehicles carrying goods, merchandise or other articles to or from any house or premises abutting upon any of such boulevards or parkways shall be permitted to enter thereon at the cross street nearest to said house or premises in the direction in which the same are moving, and deliver or receive such goods, merchandise or other articles, but shall not proceed thereon further than the nearest cross street thereafter; but this pro-

vision shall not apply to any of the driveways within the limits of the parks, and said boulevards, parkways, avenues, streets or park roads shall not be used by business vehicles for traffic purposes, except as hereinbefore provided; and provided further, that Independence Boulevard from Dykington Avenue to Benton Boulevard shall be exempt from this regulation until parallel streets are made available for such vehicles.

Sec. 1029.  **Lights on Vehicles.**—All carriages, cabs and other vehicles usually carrying lamps must keep the same lighted from sunset until sunrise; and all automobiles and other motor vehicles must display a white light ahead and red light behind from sunset to sunrise.

Sec. 1030.  **Lights on Motor Cycles, Etc.**—All motor cycles and bicycles must carry a lighted lamp showing a white light ahead and red lights to the sides from sunset until sunrise, and said motor cycles and bicycles must strictly comply with the rules of the road as provided for all other vehicles and must not congregate nor run more than two abreast of each other.

Sec. 1031.  **Vehicles and Horsemen Keep to Left in Passing—When.**—All vehicles and horsemen, when passing another vehicle or horseman going in the same direction, must keep to the left and leave the vehicle or horseman they are passing, on the right.

Sec. 1032.  **Vehicles and Horsemen Shall Occupy What Part of Road.**—All vehicles or horsemen going at a walk or slow trot must keep near the curbstone or gutter on the right-hand side of the road in the direction in which they are going; those going more rapidly must keep nearer the middle of the road.

Sec. 1033.  **Red Street Lights—"Slow Down and Keep to the Right."**—Red street lights located in the center of driveways at intersections and turns indicate this rule of the road: "SLOW DOWN AND KEEP TO THE RIGHT;" and this rule of the road must be complied with on all intersections and turns of the boulevards and parkways whether lights are so located or not.

Sec. 1034.  **Where Vehicles Must Stop.**—No vehicle shall stop for any purpose without first drawing up to the curbstone or

gutter, and always on the right-hand side of the road in the direction in which they are going.

Sec. 1035. **Automobiles, Speed of**—Automobiles or any other vehicles must not exceed a speed limit of 18 miles per hour on any of the boulevards, avenues, streets or parkways, must not exceed a speed limit of 15 miles per hour on any of the park roads within any park, and on Cliff Drive in North Terrace Park must not exceed a speed limit of 10 miles per hour.

Sec. 1036. **Automobiles, Etc., on Cliff Drive.**—All automobile and motor vehicles of every kind are strictly prohibited from entering upon Cliff Drive in North Terrace Park on Sunday of each week; on all other days of each week, such vehicles shall be permitted to enter upon and pass over said Cliff Drive, subject, however, to their strict compliance with the following rules and regulations:

*First*: Such vehicles must enter said Cliff Drive at its eastern terminus, or at one of its eastern entrances, and proceed in a westerly direction; such vehicles must not enter at the western terminus thereof and travel in an easterly direction.

*Second*: Such vehicles must keep to the right hand side of the road.

*Third*: Such vehicles must not exceed the prescribed speed limit of ten (10) miles per hour.

*Fourth*: Such vehicles must, at all times, be kept under perfect control by the operator or driver thereof, and said operator or driver must use extraordinary precaution to avoid accidents.

Sec. 1037. **Moving Houses on Boulevards, Etc.**—No person shall be permitted to move any house along or upon any boulevard or parkway without first obtaining a special permit from the Board of Park Commissioners, and then only within such stated time as may be established by said Board, and such permit shall contain the necessary conditions guarding against damage to property under the control of said Board of Park Commissioners, as provided in the next succeeding section of this article.

Sec. 1038. **Permit to Move House—Conditions Thereof.**—Every person obtaining a permit for the use of a portion of any boulevard, parkway, avenue, street, park road or sidewalk space shall be required to deposit with the Secretary of the Board of Park Com-

missioners a sum in cash or its equivalent, estimated by the Board of Park Commissioners to be sufficient to pay for the cost of any damage to said boulevard, parkway, avenue, street, park road or sidewalk space caused by any work being done under the authority of said permit; and if repairs and restoration are made under the supervision and to the satisfaction of the Board of Park Commissioners at the expiration of such permit, and no damages have occurred to said boulevard, parkway, avenue, street, park road or sidewalk space, then the deposit will be returned in full; but upon failure of the person obtaining such a permit to repair and restore conditions as above provided, within five days of the expiration of such permit, the Board of Park Commissioners may proceed to make such repairs and deduct the cost of same from such deposit; the balance, if any, to be returned to the person obtaining said permit.

Sec. 1039. **Animals or Vehicles Standing on Boulevards.**—No horse nor mule, nor any animal attached to a vehicle shall be permitted to stand upon any portion of any boulevard, parkway, avenue or park road of said city, unless the driver thereof is in charge of and accompanies the same; or unless such animal be securely hitched to a hitching post, erected with the approval of the Board of Park Commissioners; nor shall any vehicle, horse, mule or animal be permitted to stand upon any boulevard, parkway, avenue, street, or park road to the obstruction of the same or to the inconvenience of travel.

Sec. 1040. **Racing, Speeding, Etc., on Boulevards.**—No person shall engage in any racing, speeding or fast driving on any boulevard, parkway, avenue, street or park road of said city, except on such part or portion of any boulevard, parkway, avenue, street or park road as may be set apart by the Board of Park Commissioners for that purpose, and then only under such regulations as the Board of Park Commissioners may prescribe.

Sec. 1041. **Animals and Vehicles on Sidewalks, Grass, Etc. —Herds of Animals—Roller Skating Prohibited.**—No velocipede, bicycle, tricycle, wheelbarrow, handcart, nor other vehicle, nor any horse, mule, cattle, chickens, ducks, geese nor swine shall be placed by the owner or any other person in charge or control thereof, or be permitted by the same, upon the sidewalks, curbstones, grass plots or planting spaces of any park, boulevard, parkway, avenue, street or park road, nor to cross the same. Nor shall such vehicle, fowl or animal be taken upon any part thereof, except upon the carriage drives

and crossings provided therefor. Nor shall any horses, mules, cattle, sheep, fowls or swine be driven loose, singly or in herds, on any boulevard, parkway, avenue, street or park road of said city. Nor shall any dog be taken or permitted in or upon any park, except the same be led and secured at all times by cord or chain of not greater length than ten (10) feet. Roller skating on the sidewalks of any boulevard, avenue, street or parkway is prohibited.

Sec. 1042. **Hitching Animals—Driving Over Sidewalks, Etc.**—No person shall hitch any horse or other animal to any lamp post, tree or fire hydrant on any boulevard or parkway, or ride or drive over the curbstone, sidewalks or grass plots thereon, nor shall any person permit any horse, mule or other animal to stand so near to any tree on any boulevard or parkway or in any park, that such animal can damage the same by biting or otherwise.

Sec. 1043. **Rubbish on Sidewalks, Etc.**—No owner, occupant or agent of any land abutting upon any boulevard, avenue, street or parkway of said city shall allow the earth of any rubbish from said land to fall or wash upon any part of said boulevard, avenue, street or parkway. Nor shall any person throw or cause to be thrown any dirt or rubbish of any kind upon any such park, boulevard, parkway, avenue, street or park road.

Sec. 1044. **Building Material on Boulevards, Etc.**—No person shall place or deposit or allow to be placed or deposited on any boulevard, avenue, street, parkway or park road of said city, any building material whatsoever or any other articles or things which shall obstruct or hinder the travel thereon, without a written permit from the Board of Park Commissioners, which said permit shall state how great a space will be allotted on which the same may be placed or deposited, the amount of cash deposit or its equivalent as provided in Section 1039 of this article, and the length of time during which said permit shall be in force; but no obstruction nor deposit of any kind shall be placed upon the sidewalk of any boulevard or parkway.

Sec. 1045. **Obstructions on Boulevards, Etc.—Red Lights.**—Every person having the use of any portion of any boulevard, parkway, avenue, street or park road of said city, for the purpose of erecting or repairing any building or for any other purpose shall cause two (2) red lights to be placed in a conspicuous place, one at each end of such obstruction from dusk until sunrise in the morning of each

day during the time such obstruction shall remain, and shall also construct and maintain proper safeguards and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two (2) feet wide.

Sec. 1046. **Games Prohibited—Crossing Grass Plots.**—No person shall play any game whatsoever in or upon any of the parks, boulevards, avenues, streets, parkways or park roads under the control of the Board of Park Commissioners; *provided*, however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the Board of Park Commissioners, and under such rules and regulations as may be prescribed by said Board. The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street. But this Section shall not be constued to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the Board of Park Commissioners.

Sec. 1047. **Dangerous Sports Prohibited.**—No person shall engage in any sport upon any boulevard, avenue, street, parkway, park road or driveway under the control or supevision of the Boad of Park Commissioners which will be likely to frighten horses, injure passengers or embarrass the passage of vehicles thereon.

Sec. 1048. **Discharging Fire Arms, Explosives, Etc., Prohibited.**—No person shall fire or discharge any gun or pistol, or carry fire-arms, or throw stones or other missles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character within any park, boulevard, avenue, street, parkway, or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said Board and subject to such rules and regulations as said Board may establish.

Sec. 1049. **Selling Goods—Posting and Distributing Hand Bills, Etc.—Prohibited.**—No person shall expose any article or thing for sale, or do any hawking or peddling, or distributing hand-

bills, or erect any sign board or posts, or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flagstone, fence, wall, building or other place in any park, boulevard, avenue, street, parkway, park road, driveway, or other public grounds under the control or supervision of the Board of Park Commissioners of said city Nor shall any person drive any animal or vehicle displaying an advertising placard of any kind; nor shall any person display any placard or advertisement of any kind upon or along any boulevard, avenue, street, parkway, park road or in any park or other public grounds under the control and management of the Board of Park Commissioners of said city.

Sec. 1050. **Cutting, Defacing, Injuring Trees, Shrubs, Etc.**—No person shall cut, break or in any way injure or deface any of the trees, shrubs, plants, turf, grass, lamp posts, fences, bridges, buildings, or other constructions of property in or upon any park, boulevard, avenue, streets, parkways, park roads or other public grounds of said city under the control or supervision of the Board of Park Commissioners.

Sec. 1051. **Bicycles, Etc., Must Keep on Certain Paths, Etc.**—All persons riding bicycles, tricycles or velocipedes in parks or upon parkways, boulevards or park roads shall be required to keep upon the paths specially provided for the same, or upon the roadway, and in no case shall be permitted to ride upon the sidewalks, foot-paths or upon the parking or grass.

Sec. 1052. **Pleasure Vehicles Only in Parks.**—No vehicles other than those used for pleasure driving or other than such carts or other vehicles as may be employed by the Board of Park Commissioners in the construction of or caring for said parks, shall be permitted to enter said parks.

Sec. 1053. **Lewd or Disorderly Conduct—Sleeping in Parks, Etc.**—No person shall be guilty of disorderly, unchaste or lewd conduct, or of habitual loafing or sleeping on the ground or benches, or make, aid or assist in making any disorderly noise or riot or breach of the peace within the limits of any park, boulevard, avenue, street, parkway or other public grounds of the city.

Sec. 1054. **Sidewalks, Construction of.**—All sidewalks hereafter constructed on boulevards, avenues, streets and parkways under

the control of the Board of Park Commissioners, shall be of artificial stone or other durable material selected by the Board of Park Commissioners and shall be of such width as the Board of Park Commissioners may establish in each case, and they shall be uniform in character and appearance throughout each boulevard and parkway, and they shall be otherwise constructed and laid strictly in accordance with the plans and specifications and under the supervision of the Board of Park Commissioners.

Sec. 1055. **Driveways Connecting Private Property With Boulevards, Etc.**—All that part or portion of driveways connecting private property with the roadway and lying between the lot line and the roadway on all boulevards and parkways and other avenues under the control of the Board of Park Commissioners, shall be constructed by the Board of Park Commissioners, or under its supervision, at the expense of the property owner, and of such width as the Board of Park Commissioners may determine in each case; *provided*, however, that the maximum width required by said Board shall not exceed nine (9) feet; *provided*, further, that at the request of the property owner a special permit may be granted by said Board of Park Commissioners for a greater width, and such driveways shall be constructed in accordance with the plans and specifications furnished by and under the provision of the Board of Park Commissioners, and their location shall be with the consent of said Board of Park Commissioners.

Sec. 1056. **Foot-Ways.**—On all boulevards, avenues, streets and parkways, under the control of the Board of Park Commissioners, there shall be constructed at the expense of the property owner, foot-ways connecting private property with the public walk, and also with the curb line where necessary. There shall be not more than one foot-way for each residence, except by special permit of the Board of Park Commissioners. Such foot-ways shall be located at such points as the Board of Park Commissioners may direct or designate. The width of such foot-ways shall in all cases be established by the Board of Park Commissioners and be constructed of the same materials and in accordance with the plans and specifications governing the construction of public walks with which said foot-ways connect. The rise of all such foot-ways from top of curb to the property line shall be at the rate of one fourth (¼) of an inch to each foot; *provided*, however, that this rate of slope may be increased or diminished by permission of the Board of Park Commissioners when in their judg-

ment such change will not be detrimental but will improve the appearance of said boulevard, avenue or parkway.

Sec. 1057. **Fences Around Grass Plots, Etc., Prohibited.**—No person shall be permitted to build or place any fence or other barrier around any grass plots or planting spaces on any boulevard or parkway.

Sec. 1058. **Penalty.**—Any person who shall violate any of the foregoing provisions, rules and regulations, shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not less than five dollars ($5.00), nor more than one hundred dolars ($100.00), for each and every offense.

Sec. 1059. **Recommended by Board of Park Commissioners.**—The Common Council finds and declares that the action of the Common Counsil herein has been recommended by the Board of Park Commissioners of Kansas City, Missouri, as provided by law, and that said Board has adopted said rules and regulations and has recommended to the Common Council the establishment and enforcement of the same by Ordinance as herein provided.

---

## ARTICLE VIII.

## POLES AND WIRES.

Section.

1060. Who is Subject to the Provisions of This Article.
1061. Poles Shall be Placed in Alleys, When.
1062. Only Certain Poles Shall be Used—Must be Painted—Iron Steps Provided—Height of Wires—Poles on Streets, Placed Where.
1063. Proposed Location of Poles Submitted to Board of Public Works—Excavation, Etc., Under Supervision of Superintendent of Street Repairs.
1064. Right to Alter Location of Poles—Notice of Alteration—Failure to Alter Location.
1065. Deposit Required—How Used—Failure to Make.
1066. Rights Reserved by City.
1067. What Shall be Paid City for Use of Streets.
1068. Owners of Poles and Wires Shall File Statement and Pay City Treasurer Certain Sums.
1069. Incorrect Statement—Duty of Comptroller.
1070. Penalty.

Charter, Art. III, Sec. 1, Cl. 4. Charter, Art. III, Sec. 1, Cl. 11.

Sec. 1060. **Who is Subject to the Provisions of This Article.**—All telegraph, telephone, electric light companies, and all

# EXHIBIT 62

# A DIGEST

OF THE

# LAWS, ORDINANCES, etc.

AND

# CONTRACTS

OF THE

# CITY OF MEMPHIS, Tenn.

CONTAINING ALL LAWS, ORDINANCES AND CONTRACTS PASSED AND ENTERED INTO UP TO AND INCLUDING JUNE 30TH, 1909.

---

COMPILED BY

H. DOUGLASS HUGHEY

Pursuant to the following resolution adopted by the Board of Fire and Police Commissioners of the City of Memphis, July 31, 1907.

---

"WHEREAS, It is provided in the City Charter that a Digest of the local laws shall be prepared at least once in five years, and oftener if deemed necessary by the Board of Fire and Police Commissioners; and,

"WHEREAS, The last Digest was issued in 1902, and a new Digest is now needed; therefore,

"*Resolved*, That the City Attorney be directed to prepare a new City Digest modeled on the plan of Walker's Digest of 1898, the work to be done as soon as practicable.

"In preparing the Digest, the Attorney is directed not to incorporate therein the city contracts now embraced in Watkins' Digest of 1902, beginning at page 533 of said Digest; but city contracts of general and lasting character, and especially those modifying or changing the above contracts now appearing in Watkins' Digest, will be incorporated in the new Digest.

"The matter under the head of 'Decisions of State and Federal Courts Relating to the City of Memphis,' commencing at page 105 of Watkins' Digest, and ending with page 160, will also be omitted.

"A careful index of the contents of the Digest will also be prepared."—(Minute Book "B," Fire and Police Commission, p. 132.)



CC
Memphis
3
1909

PRESS OF

S. C. TOOF & COMPANY

MEMPHIS, TENNESSEE

1909

Sec. 1127. The Board of Fire and Police Commissioners, and any park commission hereafter established, shall, as soon as practicable, commence the improvements of said tract of land, and take such steps as are practicable to render said land suitable for a public park.

Improvement.

## ARTICLE 67.

### PARKWAYS.

Sec. 1128. That the Park Commission be and is hereby authorized to obtain, establish and construct a system of parkways or boulevards in and around the City of Memphis, and said Commission to have full and complete control over said parkways and boulevards.

Park Commission to establish parkways.

Sec. 1129. Said Commission shall have the power to purchase, by private negotiation, or acquire by condemnation, the necessary lands and property for the establishment and construction of said parkways and boulevards, and is hereby authorized to institute and prosecute, in the name of the city, such condemnation suits as may be necessary.

Condemnation of right-of-way.

Sec. 1130. Said Park Commission shall have the same authority and control of said parkways and boulevards as has heretofore been given them over the several parks of the city.[1]

Control of parkways.

## ARTICLE 68.

(Passed March 4, 1909.)

AN ORDINANCE To regulate and control the use of parks and parkways in the City of Memphis and to declare certain acts therein to be misdemeanors.

Sec. 1131. *Be it ordained by the Legislative Council of the City of Memphis*, That it shall be a misdemeanor for any person or persons to commit the following acts, to-wit:

1 Sections 1128 to 1130, inclusive, passed November 5, 1903.

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 386 of 828

RULES FOR PARKS AND PARKWAYS.

To injure trees, plants, etc.

1. To cut, break or in any way injure or deface any tree, plants or grass; pick any flowers, leaves, nuts, wild or cultivated, or carry flowers through the parks.

Paper and refuse.

2. To throw or leave any paper, refuse or rubbish on any of the lawns or walks.

Peddling in parks.

3. To expose any article for sale or exhibition, unless previously licensed by the department of parks therefor.

Post bills, erect platforms, etc.

4. To post any bill, placard, notice or other paper upon any structure. To erect any structure, stand or platform, or hold any meetings without previous permission therefor from the Commissioners.

Insulting language, etc.

5. To use threatening, abusive or insulting language, or commit any obscene or indecent act thereon, or any act tending to a breach of the public peace.

Vehicle for hire, etc.

6. To stand any coach, carriage, wagon, cart or other vehicle for hire without previous license, and then only at such place as shall be indicated and allowed by the Commissioners.

Stock in parks.

7. To allow to go at large any horse or other animal, except that dogs may be allowed therein when led by a chain or proper dog-string not exceding six feet in length.

Pond or lakes.

8. To bathe or fish in any of the waters or fountains, or cast any substance therein, or disturb or interfere in any way with the fish, birds or animals within such public parks, parkways, squares or places.

Miscellaneous.

9. To throw stones or other missiles, or beg or publicly solicit subscriptions or contributions, or tell fortunes, or play games of chance, or make any harangue, or climb upon any wall, fence, shelter, seat, statue or other erection.

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 387 of 828

10. To drive any automobile, horseless or other vehicle upon or over the drives at a greater rate of speed than eight miles an hour.

Speed limit.

11. To stop any automobile or other vehicle near any of the music stands or other places, in or about any of the parks, parkways, plazas, concourses, circles or squares, where any number of persons are accustomed to congregate, or where such vehicles would be a source of danger to life and limb, except at such places as are designated by the Commissioners.

Automobiles.

12. To carry garbage, ashes, manure, coal, stone and other material over any of the parkways or through such parks, circles, squares or concourses, except when such is to be removed from or delivered to residences fronting on any of the above parkways, etc., the vehicle collecting or delivering such material must leave the parkway as soon as such work is accomplished.

Garbage carts.

13. To fire or carry any firearms, firecrackers, torpedo or fireworks, or make a fire, or make any oration, or conduct any religious or other meeting or ceremony within any of the parks, parkways, squares or places without special permission from the Commissioners.

Fire arms, etc. Public gatherings.

14. To enter or leave the parks except at the established entranceways; or enter or remain therein after 12 o'clock at night, except as, on special occasions, use thereof may be authorized beyond the regular hours.

Entrances to parks, etc.

15. To use the drives except by persons in pleasure vehicles, on bicycles or on horseback; the bridle paths only by persons on horseback. Animals to be used on either shall be well broken, and constantly held in such control that they may be easily and quickly turned or stopped; they shall not be allowed to move at a rate of speed on the drives or bridle paths of more than eight miles an hour; and when it shall be deemed necessary to

Drives—rate of speed.

safety, good order, or the general convenience that the speed of an animal or vehicle should be checked, or that it should be stopped, or its course altered, and the officer on duty shall so direct, by gesture or otherwise, such direction shall be obeyed; and no horse or other beast of burden or automobile shall be driven or suffered to stand anywhere except on the drive.

Rules—use of parks and parkways.

Sec. 1132. The following rules shall obtain in the use of the parks and parkways in the City of Memphis, or belonging to the City of Memphis, by persons on horseback or in vehicles:

Vehicles to carry lamp.

1. All vehicles must carry a lighted lamp, showing a white light ahead, from thirty minutes after sunset until thirty minutes before sunrise.

Vehicle passing others.

2. All vehicles and horsemen when passing another vehicle or horseman going in the same direction, must keep to the left and leave the vehicle or horseman they are passing on the right hand.

Going slow.

3. All vehicles or horsemen going at a walk or slow trot must keep near the curbstone or gutter on the right-hand side of the road; those going more rapidly must keep nearer the middle of the road.

Stopping

4. No vehicle shall stop for any purpose without drawing up to the curbstone or gutter, and always on the right-hand side of the road.

Side of drives.

5. On all drives and parkways where grass plots divide the drive, all vehicles and horsemen must keep on the right-hand side drive or bridle path.

Cyclists.

6. Cyclists must not coast in the parks, nor on the parkways, or bicycle paths, and must keep their feet on the pedals and their hands on the handle bars; must not mount nor dismount except on the extreme right of the roads or bicycle paths.

7. Riding more than two abreast is prohibted.

8. Instruction in operating automobiles, bicycles, tricycles, velocipedes or other such vehicles of propulsion, and all trick or fancy riding on the same, is prohibited in the parks and parkways at all times. Automobiles, etc.

Sec. 1133. It shall be unlawful for any person, persons, firm or corporation to erect or have erected any telephone, telegraph, electric or other poles and wires in any of the parks or parkways in the City of Memphis, except with a written permit from the Park Commission, given at a regular meeting, which permit shall only be given to continue during the will and pleasure of the said Park Commission, or its successors. Telephone poles, etc.

Sec. 1134. That any person, persons, firm or corporation erecting or causing to be erected any poles or wires contrary to the provisions of Section 1133 of this ordinance, shall be guilty of a misdemeanor, and, upon conviction, shall be fined not less than $1 nor more than $50.

Sec. 1135. The following rules shall obtain in the use of the Speedway between Evergreen and Trezevant avenues: Speedway—use of restricted.

1. The use of the Speedway is restricted to light vehicles of the classes known as buggies, runabouts, surreys and other like vehicles adapted to the speeding of light harness horses, seating not more than four persons and drawn by one or two horses, except by permission of the Commissioners.

2. Speeding on Sundays and holidays, and after 3 o'clock p.m. on other days, will be permitted in one direction—from west to east only. Turning is forbidden except at the ends of the Speedway. Speeding.

3. When not speeding, drivers must keep closely to the right-hand side of the road and keep moving.

Loud shouting. 4. Loud shouting to make horses break or to urge them on is strictly forbidden.

Hobbles forbidden. 5. The use of hobbles, or similar other device or apparatus, to fetter or connect the legs of horses, for the purpose of restricting or hampering their motion or gait, is forbidden.

Sec. 1136. *Be it further ordained*, That any person or persons failing or refusing to observe the rules and regulations set out in Sections 1131 to 1136, inclusive, of this ordinance shall be guilty of a misdemeanor and upon conviction shall be fined not less than $1 nor more than $50.[1]

## ARTICLE 69.

### SUBDIVISION ORDINANCE.

Submit plan of subdivisions to Council. Sec. 1137. Hereafter when the owner of any land situated within the limits of the city shall determine to subdivide the same into lots and dedicate streets and alleys to the public use, it shall be the duty of such owner to submit a full and complete plan and map of such subdivision to the Legislative Council for its approval. If the Legislative Council shall approve such plan, the same shall be put of record and the Council may by resolution accept the dedication of such streets and alleys, and establish the same as public highways. If the Council disapproves the plan of such subdivision, the owner shall be notified thereof, and he shall be advised of the changes which the Council directs to be made. If the owner refuses to make such changes and records in the plat as prepared by him, the Council may by ordinance or resolution close up the streets and alleys as laid out by such owner; and if it is desirable to open streets and alleys through such land, the Council may order the City Attorney to institute condemnation proceedings for the opening of streets and alleys in accordance with the plan chosen by the Council.

1 Sections 1131 to 1136, inclusive, passed March 4, 1909.

# EXHIBIT 63

# GENERAL

# Municipal Ordinances

—OF THE—

# City of Oakland, Cal.

IN EFFECT NOVEMBER 1st, 1909

---

COMPILED AND ANNOTATED
BY AUTHORITY OF THE CITY COUNCIL.

Generated on 2023-02-10 01:38 GMT / https://hdl.handle.net/2027/hvd.32044020036240
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from HARVARD UNIVERSITY





thence running Westerly along the Northerly line of ... street to a point where the said Northerly line of First street intersects the Westerly line of Magnolia street; thence running Westerly in a straight line to a point where the Easterly line of the right of way of the Southern Pacific Company intersects the Northerly line of Seventh street; thence running Northerly along the Eastern boundary line of the right of way of the Southern Pacific Company to a point where the same intersects the Northerly Charter Line of the City of Oakland and the Southerly boundary line of the Town of Emeryville and point of beginning.

SEC. 2. The Superintendent of Fire Alarm and Police Telegraph is hereby directed to report to the Council of the City of Oakland all violations of the provisions of this ordinance.

SEC. 3. Any person, firm or corporation violating any of the provisions of this ordinance shall be punished by a fine of not less than one hundred ($100) dollars nor more than five hundred ($500) dollars, and in case said fine be not paid, then by imprisonment at the rate of one (1) day for each two (2) dollars of said fine so imposed and unpaid.

SEC. 4. This ordinance shall be in full force and effect ninety (90) days after its approval.

SEC. 5. All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

(Approved Oct. 28, 1909. Vol. 8, p. 165.)

## ORDINANCE NO. 2967.

*An Ordinance Regulating the Use of the Parks and Places Under the Control of the Park Commission and Providing a Penalty for Violation Thereof.*

*Be It Ordained by the Council of the City of Oakland, as follows:*

SECTION 1. No person shall throw any dead animal or offensive matter or substance of any kind upon the grounds of any of the parks under the control of the Park Commission.

SEC. 2. No person shall injure, deface or destroy any notices, rules, or regulations for the government of the parks, posted or in any other manner permanently fixed by order or permission of the Park Commission.

SEC. 3. No person shall be permitted to bring led horses within the limits of the parks under the control of the Park Commission, or a horse that is not harnessed and attached to a vehicle, or mounted by an equestrian.


Generated on 2023-02-10 01:38 GMT / https://hdl.handle.net/2027/hvd.32044020036240
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google


Original from HARVARD UNIVERSITY

SEC. 4. No military or other parade or procession or funeral shall take place, or pass through the limits of the parks under the control of the Park Commission, without the order or permission of the Park Commissioners.

SEC. 5. No person shall engage in any play, at baseball, cricket, shinney, football, croquet, or at any other game, with ball and bat, within the limits of the parks under the control of this Commission, except on such grounds only as shall be specially designated for such purpose.

SEC. 6. No person shall be permitted to use the shores of Lake Merritt as a landing place for boats, or keep thereat boats for hire, or floating boathouses with pleasure boats for hire, except by special order or permission of the Park Commissioners, and only at places designated by and under restrictions determined upon by said Commissioners.

SEC. 7. No regatta or boat race by clubs shall take place upon Lake Merritt without special permission granted by the Park Commission.

SEC. 8. No person shall turn loose into the parks controlled by this Commission any cattle, goats, swine, horses, or other animals.

SEC. 9. No person shall carry firearms, or shoot birds or throw stones or other missles within the boundaries of the parks controlled by the Park Commission.

SEC. 10. No person shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures, or statuary or foul any fountains or springs within the parks controlled by the Park Commission.

SEC. 11. No person shall drive or ride within the boundaries of the parks controlled by the Park Commission at a rate exceeding seven miles an hour.

SEC. 12. No person shall ride or drive within the limits of the parks controlled by the Park Commission upon any other than the avenues and roads therefor.

SEC. 13. No coach or vehicle used for hire shall stand upon any part of the parks controlled by the Park Commission for the purpose of hire, nor except in waiting for persons taken by it into the parks, unless in either case at points designated by the Park Commission.

SEC. 14. No wagon or vehicle of burden or traffic shall pass through the parks, except upon such road or avenue as shall be designated by the Park Commissioners for burden transportations.

SEC. 15. No person shall expose or display any article for sale within the parks without the order or permission of the Park Commission.

Generated on 2023-02-10 01:37 GMT / https://hdl.handle.net/2027/hvd.32044020036240
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 395 of 828

SEC. 16. No gaming shall be allowed in the parks, nor any obscene or indecent act therein.

SEC. 17. No person shall fish in or disturb the water fowl in Lake Merritt, or in any pond, or birds in any part of the parks, nor discharge any fire-arms therein, nor affix any bills or notices therein.

SEC. 18. No person shall have or hold any musical, theatrical or other entertainment in the parks without the order or permission of the Park Commissioners.

SEC. 19. No person shall enter or leave the parks except by such gates, roads, paths or avenues as may be for such purpose provided and arranged.

SEC. 20. No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks controlled by the Park Commission without the previous permission of the Commission; nor shall any gathering or meeting for political purpose in the parks be permitted under any circumstances.

SEC. 21. No person shall be permitted to make or kindle a fire of any kind within the parks controlled by the Park Commission.

SEC. 22. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not more than $200.00 and in case said fine be not paid then by imprisonment at the rate of one day for each $2.00 of said fine so imposed and unpaid.

SEC. 23. This ordinance shall be in full force from and after its approval.

(Approved Oct. 28, 1909. Vol. 8, p. 167.)

---

## ORDINANCE NO. 2969.

*An Ordinance Regulating the Establishment and Maintenance of Public Laundries and Public Washhouses.*

*Be It Ordained by the Council of the City of Oakland as follows:*

SECTION 1. It shall be unlawful for any person, firm, or corporation hereafter to establish and maintain any building or premises as a public laundry or washhouse without first obtaining a permit therefor from the Board of Public Works specifying the name of the permittee and the location of the premises to be used as such laundry or washhouse, provided, however, that the Board of Public Works in the granting or

Generated on 2023-02-10 01:38 GMT / https://hdl.handle.net/2027/hvd.32044020036240
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from HARVARD UNIVERSITY

# EXHIBIT 64

STONE & WEBSTER
May 29 *3111.031 1910

# Constitution, Charter and Revision of the Ordinances and Municipal Laws

OF THE

# CITY OF PADUCAH

KENTUCKY

Under the Charter Act of March 19, 1894

AND AMENDMENTS THERETO

---

BY E. H. PURYEAR
JUNE, 1910

---

By Order of the General Council

---

BILLINGS PRINTING CO.
PADUCAH, KY.

known as Riverside Hospital of the City of Paducah, and said board is empowered to adopt such rules and regulations in the management of said hospital as may be deemed proper by said board, and it shall have the power to employ and discharge at will all of the employees of the said Riverside Hospital and fix the salaries thereof.

Sec. 3. The Mayor, the President of the Board of Aldermen and the President of the Board of Councilmen shall be ex-officio members of said Hospital Board, together with two practicing physicians of the City of Paducah, who shall be elected in the month of June, 1908, by the General Council of the City of Paducah, in joint session, and said two physicians shall hold their offices respectively until the month of December, 1909, and thereafter such two members of said Hospital Board shall be selected by vote in joint session of the General Council, and shall hold their offices respectively for the term of one year thereafter or until their successors are elected and duly qualified, and the election of said two members of the Hospital Board shall be held annually thereafter in the month of December.

Sec. 4. No compensation shall be paid to any of the members of said Hospital Board by the City of Paducah.

Sec. 5. This ordinance shall take effect and be in force from and after its passage, approval and publication.

Approved June 8, 1908.

## PARKS, BOULEVARDS AND PARKWAYS.

An ordinance providing for the regulations and orderly government of parks, boulevards, parkways, park roads, streets, avenues and other public grounds under the control and management of the Board of Park Commissioners.

Be it ordained by the General Council of the City of Paducah, Kentucky:

Section 1. No omnibus, wagon, cart, dray, truck or other vehicle for carrying goods, merchandise, manure or any other article, except such as are engaged in repairing or constructing said parks, boulevards, streets, avenues, or driveways shall be allowed to enter upon any boulevard, parkway, street, avenue or park road under the control and management of the Board of Park Commissioners of Paducah, Kentucky; provided, however, that wagons or other vehicles carrying goods, merchandise or other articles to or from any house or premises abutting upon any of such boulevards or parkways shall be permitted to enter thereon at the cross street nearest to said house or premises in the direction in which the same are moving, and deliver or receive such goods, merchandise or other articles, but shall not proceed thereon further than the nearest cross street thereafter; and said boulevard, parkways,

avenues, streets or park roads shall not be used by business vehicles for traffic purposes, except as hereinbefore provided.

Sec. 2. All carriages, cabs and other vehicles usually carrying lamps must keep the same lighted from sunset until sunrise; and all automobiles and other motor vehicles must display a white light ahead and red light behind from sunset until sunrise.

Sec. 3. All motor cycles and bicycles must carry a lighted lamp, showing a white light ahead and red lights to the sides from sunset until sunrise, and said motor cycles and bicycles must strictly comply with the rules of the road as provided for all other vehicles, and must not congregate nor run more than two abreast of each other.

Sec. 4. All vehicles and horsemen, when passing another vehicle or horseman going in the same direction, must keep to the left and leave the vehicle or horseman they are passing on the right; and when passing each other from opposite directions each must keep well to the right.

Sec. 5. All vehicles or horsemen going at a walk or slow trot must keep near the curbstone or gutter on the right-hand side of the road in the direction in which they are going; those going more rapidly must keep nearer the middle of the road.

Sec. 6. Red street lights located in the center of driveways at intersections and turns indicate this rule of the road: "Slow down and keep to the right;" and this rule of the road must be complied with on all intersections and turns of the boulevards and parkways, whether lights are so located or not.

Sec. 7. No vehicle shall stop for any purpose without first drawing up to the curbstone or gutter, and always on the right-hand side of the road in the direction in which they are going.

Sec. 8. Automobiles or any other vehicles must not exceed a speed limit of fifteen (15) miles per hour on any of the boulevards, avenues, streets or parkways and must not exceed a speed limit of fifteen (15) miles per hour on any of the park roads within any park.

Sec. 9. No person shall be permitted to move any house along or upon any boulevard or parkway without first obtaining a special permit from the Board of Park Commissioners, and then only within such stated time as may be established by said board, and such permit shall contain the necessary conditions guarding against damage to property under the control of said Board of Park Commissioners, as provided in section 10 of this ordinance.

Sec. 10. Every person obtaining a permit for the use of a portion of any boulevard, parkway, avenue, street, park road or sidewalk space, shall be required to deposit with the Secretary of the Board of Park Commissioners a sum in cash or its equivalent, estimated by the Board of Park Commissioners to be sufficient to pay for the cost of any damage to said boulevard, parkway, avenue,

street, park road or sidewalk space, caused by any work being done under the authority of said permit; and if repairs and restoration are made under the supervision and to the satisfaction of the Board of Park Commissioners at the expiration of such permit, and no damages have occurred to said boulevard, parkway, avenue, street, park, road or sidewalk space, except such as have been so repaired, then the deposit will be returned in full; but upon failure of the person obtaining such a permit to repair and restore conditions as above provided, within five (5) days of the expiration of such permit, the Board of Park Commissioners may proceed to make such repairs and deduct the cost of same from such deposit; the balance, if any, to be returned to the person obtaining said permit.

Sec. 11. No horse nor mule, nor any animal attached to a vehicle shall be permitted to stand upon any portion of any boulevard, parkway, avenue or park road of said city, unless the driver thereof is in charge of and accompanies the same; or unless such animal be securely hitched to a hitching post, erected with the approval of the Board of Park Commissioners; nor shall any vehicle, horse, mule or animal be permitted to stand upon any boulevard, parkway, avenue, street or park road to the obstruction of the same, or to the inconvenience of travel.

Sec. 12. No person shall engage in any racing, speeding or fast driving on any boulevard, parkway, avenue, street, or park road of said city, except on such part or portion of any boulevard, parkway, avenue, street or park road as may be set apart by the Board of Park Commissioners for that purpose, and then only under such regulations as the Board of Park Commissioners may prescribe.

Sec. 13. No velocipede, bicycle, tricycle, wheel-barrow, hand-cart nor other vehicle, nor any horse, mule, cattle, chickens, ducks, geese nor swine shall be placed by the owner or any other person in charge or control thereof, or be permitted by the same upon the sidewalks, curbstones, grass plots or planting places of any park, boulevard, parkway, avenue, street or park road, nor to cross the same. Nor shall such vehicle, fowl or animal be taken upon any part thereof, except upon the carriage drives and crossings provided therefor. Nor shall any horses, mules, cattle, sheep, fowls or swine be driven loose, singly or in herds, on any boulevard, parkway, avenue, street or park road of said city. Nor shall any dog be taken or permitted in or upon any park, except the same be led and secured at all times by cord or chain of not greater length than ten (10) feet. Roller skating on the sidewalks of any boulevard, street or parkway is prohibited.

Sec. 14. No person shall hitch any horse or other animal to any lamp post, tree or fire hydrant on any boulevard or parkway, or ride or drive over the curbstone, sidewalks or grass plots thereon, nor shall any person permit any horse, mule or other animal to stand so near to any tree on any boulevard or parkway or in

any park, that such animal can damage the same by biting or otherwise.

Sec. 15. No owner, occupant or agent of any land abutting upon any boulevard, avenue, street or parkway of said city shall allow the earth or any rubbish from said land to fall or wash upon any part of said boulevard, avenue, street or parkway. Nor shall any person throw any dirt or cause to be thrown any dirt or rubbish of any kind upon any such park, boulevard, parkway, avenue, street or park road.

Sec. 16. No person shall place or deposit or allow to be placed or deposited on any boulevard, avenue, street, parkway or park road of said city, any building material whatsoever or any other articles or things which shall obstruct or hinder the travel thereon, without a written permit from the Board of Park Commissioners, which said permit shall state how great a space will be allotted on which the same may be placed or deposited, the amount of cash deposit or its equivalent, as provided in section 10 of this ordinance, and the length of time during which said permit shall be in force; but no obstruction nor deposit of any kind shall be placed upon the sidewalk of any boulevard or parkway.

Sec. 17. Every person having the use of any portion of any builevard, parkway, avenue, street or park road of said city, for the purpose of erecting or repairing any building or for any other purpose, shall cause two (2) red lights to be placed in a conspicuous place, one at each end of such obstruction, from dusk until sunrise in the morning of each day, during the time such obstruction shall remain, and shall also construct and maintain proper safeguards and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two (2) feet wide.

Sec. 18. No person shall play any game whatsover in or upon any of the parks, boulevards, avenues, streets, parkways or park roads under the control of the Board of Park Commissioners; provided, however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the Board of Park Commissioners, and under such rules and regulations as may be prescribed by said board. The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street. But this section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the Board of Park Commissioners.

Sec. 19. No person shall engage in any sport upon any boulevard, avenue, street, parkway, park road or driveway under the control or supervision of the Board of Park Commissioners, which

will be likely to frighten horses, injure passengers, or embarrass the passage of vehicles thereon.

Sec. 20. No person shall fire or discharge any gun or pistol, or carry fire-arms, or throw stone or other missles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character, within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said board, and subject to such rules and regulations as said board may establish.

Sec. 21. No person shall expose any article or thing for sale, or do any hawking or peddling or distributing hand bills or erect any sign board or posts, or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flag, stone fence, wall, building or other place in any park, boulevard, avenue, street, parkway, park road, driveway or other public grounds under the control or supervision of the Board of Park Commissioners of said city. Nor shall any person drive any animal or vehicle displaying an advertising placard of any kind; nor shall any person display any placard or advertisement of any kind upon or along any boulevard, avenue, street, parkway, park road or in any park or other public grounds under the control and management of the Board of Park Commissioners of said city.

Sec. 22. No person shall cut, break or in any way injure or deface any of the trees, shrubs, plants, turf, grass, lamp posts, fences, bridges, buildings or other constructions of property in or upon any park, boulevard, avenue, streets, parkways, park roads or other public grounds of said city under the control or supervision of the Board of Park Commissioners.

Sec. 23. All persons riding bicycles, tricycles or velocipedes in parks or upon parkways, boulevards or park roads shall be required to keep upon the paths specially provided for the same or upon the roadway, and in no case shall be permitted to rids upon the sidewalks, foot-paths or upon the park or grass.

Sec. 24. No vehicles other than those used for pleasure driving or other than such carts or other vehicles as may be employed by the Board of Park Commissioners in the construction of or caring for said parks, shall be permitted to enter said parks.

Sec. 25. No person shall be guilty of disorderly, unchaste, or lewd conduct or of habitual loafing or sleeping on the ground or benches, or make, aid or assist in making any disorderly noise, or riot or breach of the peace, within the limits of any park, boulevard, avenue, street, parkway or other public grounds of the city.

Sec. 26. All sidewalks hereafter constructed on boulevards, avenues, streets, and parkways under the control of the Board of Park Commissioners, shall be of artificial stone or other durable

material, selected by the Board of Park Commissioners, and shall be of such width as the Board of Park Commissioners may establish in each case, and they shall be uniform in character and appearance throughout each boulevard and parkway and they shall be otheriwse constructed and laid strictly in accordance with the plans and specifications, and under the supervision of the Board of Park Commissioners.

Sec. 27. All that part or portion of driveways connecting private property with the roadway, and lying between the lot line and the roadway on all boulevards and parkways, and other avenues under the control of the Board of Park Commi sioners, shall be constructed by the Board of Park Commissioners, or under its supervision, at the expense of the property owner and of such width as the Board of Park Commissioners may determine in each case; provided, however, that the maximum width required by said Board shall not exceed nine (9) feet; provided, further, that at the request of the property owner a special permit may be granted by said Board of Park Commi sioners for a greater width, and such driveways shall be constructed in accordance with the plans and specifications furnished by and under the provision of the Board of Park Commissioners, and their location shall be with the consent of said Board of Park Commissioners.

Sec. 28. On all boulevards, avenues, streets, and parkways under the control of the Board of Park Commissioners, there shall be constructed at the expense of the property owner, foot-ways, connecting private property with the public walk, and also with the curb line where necessary. There shall be not more than one foot-way for each residence, except by special permit of the Board of Park Commissioners. Such foot-ways shall be located at such points as the Board of Park Commissioners may direct or designate. The width of such foot-ways shall in all cases be established by the Board of Park Commissioners, and be constructed of the same materials and in accordance with the plans and specifications governing the construction of public walks with which said foot-ways connect. The rise of all such foot-ways from top of curb to the property line shall be at the rate of one-fourth (1-4) of an inch to each foot; provided, however, that this rate of slope may be increased or diminished by permission of the Board of Park Commissioners when in their judgment such change will not be detrimental but will improve the appearance of said boulevard, avenue, or parkway.

Sec. 29. No person shall be permitted to build or place any fence or other barrier around any grass plots or planting spaces on any boulevard or parkway.

Sec. 30. Any person who shall violate any of the foregoing provisions, rules, and reulations shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not less than five dollars ($5.00) nor more than one hundred dol-

lars ($100.00) for each and every offense, and in addition to the members of the regular police force of Paducah, who may be specially detailed by the Board of Police and Fire Commissioners for the enforcement of the foregoing rules and regulations, and for service under the direction of the Board of Park Commissioners, said Board of Park Commissioners may employ and appoint additional persons to act as special guards and watchmen in parks, boulevards and parkways, as it may find it expedient and deem necessary for the protection of the same, and for the enforcement of the rules and regulations of said Board and the ordinances of the city relating to the regulation and orderly government of parks and public grounds under the control and management of the Board of Park Commissioners, and said special guards and watchmen shall be paid out of the general funds appropriated by the General Council for the general expenses of the Board of Park Commissioners and for other park purposes; but the number of such special guards and watchmen so appointed, shall not exceed fifteen (15) per cent of the regular police force of said city without the consent or approval of the General Council of said city.

Sec. 31. The General Council finds and declares that the action of the General Council herein has been recommended by the Board of Park Commissioners of Paducah, Kentucky, as provided by law, and that said Board has adopted said rules and regulations, and has recommended to the General Council the establishment and enforcement of the same by ordinance as herein provided.

Sec. 32 This ordinance shall only apply to such Parks, Boulevards, Parkways, Roads, Streets, Avenues, and other ground, property, or ways as are in law under the control and supervision of the Board of Park Commissioners of the City of Paducah, Kentucky.

Sec. 33. All ordinances, or parts of ordinances in conflict with this ordinance in so much as they conflict herewith are hereby repealed, and this ordinance shall take effect from its passage, approval and publication.

Approved September 2, 1909.

## STEAM FERRY FRANCHISE.

An ordinance creating and providing for the sale of a franchise or privilege to establish, maintain and operate a steam ferry between the City of Paducah and the State of Illinois.

Be it ordained by the General Council of the City of Paducah, Kentucky:

Section 1. That there is hereby established and created a Ferry Franchise for a period of twenty years, granting the privilege or right to construct, establish, maintain and operate a steam or other motor power as good as steam Ferry between the City of Paducah, Kentucky, and the town of Brookport, Illinois, and Owens' Landing,

# EXHIBIT 65

# ORDINANCES

GOVERNING THE

# CITY OF JACKSONVILLE

OF THE

# STATE OF ILLINOIS

---

Revised and Consolidated by

WILLIAM M. MORRISEY, CITY ATTORNEY
assisted by
FREDERICK L. GREGORY, ATTORNEY AT LAW

---

Compiled and arranged under the supervision of the Ordinance Committee of the City Council, consisting of ALDERMEN JAMES W. BRECKON, WM. J. MOORE and JOHN W. MERRIGAN.

---

Printed and Published by Authority of the City Council
of Jacksonville, Illinois.

SEPTEMBER, 1910

COURIER  PRINT

Digitized by Google

# CHAPTER XII.

## THE PARK DEPARTMENT.

### ARTICLE I.

#### Creating Board of Park Commissioners.

**354.** SECTION 1.  There is hereby created for the City of Jacksonville a Board of Park Commissioners, to be known as and for the Morgan Park System.

**355.** SECTION 2.  Said Board of Park Commissioners shall consist of five (5) persons, who shall have no pecuniary interest, either directly or indirectly in said park, to be appointed by the mayor, which appointment shall be concurred in by the city council, said persons so appointed shall serve for the term of three (3) years, and until their successors are duly appointed and qualified, such appointments to be made January 1, 1908, and every three (3) years thereafter.

**356.** SECTION 3.  The said department shall have an office and headquarters in the city hall, or at such other place as the city council may provide, and at said headquarters shall be kept all the books, articles and belongings of the said department, not expressly required, by this ordinance, to be kept elsewhere.

**357.** SECTION 4.  Upon the expiration of the term for which said commissioners are appointed, the mayor of the city of Jacksonville shall appoint their successors, who shall serve for the term of three years, which appointments shall be concurred in by the city council.  Said commissioners shall serve without compensation.

**358.** SECTION 5.  Said park board shall have the management and control of the Morgan Park System.  Said board shall organize by electing one of its members president, one secretary and one treasurer of said board.  The treasurer of said board shall give bond in the sum of five thousand ($5,000) dollars, and

all of said commissioners shall take the oath faithfully to perform the duties of park commissioners and to carry out and enforce all ordinances of the city of Jacksonville, with reference to the conduct of the parks of said city. Said board of commissioners shall report to the city council quarterly at the beginning of each and every quarter during each fiscal year, all business transacted, also showing the condition of the parks under their control, and an estimate of the money necessary to properly conduct the work of said board, and such other reports as the city council may, from time to time, by ordinance or resolution, require.

**359.** SECTION 6. Said commissioners shall have the power to make all reasonable rules and regulations for the conduct and management of the parks of the city of Jacksonville. Provided, however, that such rules shall not be in conflict with any of the laws of the state of Illinois, nor in conflict with any of the ordinances of the city of Jacksonville.

**360.** SECTION 7. Said park commissioners shall have the power to receive such bequests, gifts or donations as from time to time may be made to them for park purposes, and shall have the power to expend such moneys upon parks for the city of Jacksonville, as in their judgment shall be most fitting and proper.

## ARTICLE II.

### Parks and Public Grounds.

**361.** SECTION 1. No person shall enter or leave any of the public parks of the city of Jacksonville, except by their gateways or established entrances; and no person shall climb or walk upon their fences.

**362.** SECTION 2. No cattle, horses, swine or other animals, except as herein provided, shall be turned into any of said parks by any person.

**363.** SECTION 3. No person shall carry any firearms or throw any stones or other missiles within any of said parks.

**364.** SECTION 4. No person shall cut, break, injure or deface any tree, shrub, plant, turf, building, fence, bridge or other structure or article within or upon any of said parks.

**365.** SECTION 5. No person shall, in any way, hinder or obstruct any one engaged in constructing or adorning any of said parks.

**366.** SECTION 6. No person shall expose or offer anything for sale in any of said parks, without being first licensed by the mayor.

**367.** SECTION 7. No person shall use threatening, abusive, insulting or indecent language, or be guilty of any disturbance of the peace, in any part of said parks.

**368.** SECTION 8. No person shall tell fortunes or play at any game of chance or with any table or instrument of gaming in any park.

**369.** SECTION 9. No person shall do any obscene or indecent act in any park.

**370.** SECTION 10. No person shall post any bill or notice in any park or upon any gate, fence or inclosure thereof.

**371.** SECTION 11. No person, other than a city official or employe, shall make or use any fire in or upon any park.

**372.** SECTION 12. No person shall go upon the grass, lawn or turf of any park, except when and where the word "common" is posted, indicating that persons are at liberty at that time and place to go upon the grass; provided, that the mayor or park commissioners may issue a permit to go upon the grass to such persons or companies as they may deem best.

**373.** SECTION 13. All the sections of this article shall, so far as applicable, apply to all the public squares of the city of Jacksonville.

**374.** SECTION 14. Until otherwise ordered by the city council, the public park in the center of the public square shall be known as "Central Park," and the public park fronting and abutting upon the north side of West State street, between Sandusky street and Webster avenue, shall be known as "Duncan Park."

**375.** SECTION 15. The city council may direct that any of the entrances to the public parks be closed at any time.

**376.** SECTION 16. The park commissioners shall have power to keep all public parks in proper order. And said committee may cause written or printed copies of prohibitions of this article to be posted in said parks.

**377.** SECTION 17. Every person violating any of the provisions of this article shall, upon conviction, be fined not less than five and not more than twenty-five dollars.

# EXHIBIT 66

Staunton, Va. Charters

# THE CODE

OF THE

# CITY OF STAUNTON, VIRGINIA

---

CONTAINING

THE CHARTER AND GENERAL LAWS

AND ORDINANCES

---

1910
SHULTZ PRINTING CO.
Staunton, Va.

Staunton, Va.
Ordinance

Generated on 2023-02-10 01:41 GMT / https://hdl.handle.net/2027/nyp.33433015092210
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 412 of 828

# TITLE III.

## CITY PROPERTY.

Ch. 1. Of Public Grounds and Buildings.

2. Of the Public Parks and the Government thereof.

## CHAPTER I.

### OF THE PUBLIC GROUNDS AND BUILDINGS.

**Sec. 130. Committee on Public Grounds and Buildings.**

The committee on public grounds and buildings shall be charged with and have the care and management of all the grounds and other real property of the city, both within and without the city, except the grounds and buildings connected with the water works of the city. No improvement or repairs shall be made or done to or upon any of the said property by the committee, at a cost exceeding twenty-five dollars, without authority of the council.

**Sec. 131. Reports of Committee.**

The said committee shall report to the council annually or oftener, as they may deem proper, the state and condition of all the lands and buildings, belonging to the city, and all such improvements and repairs as they may deem proper to have made on said lands and buildings, and at the same time render an account of all money received and expended by them.

**Sec. 132. Rental of real estate owned by City.**

If the council shall at any time authorize any building or real estate owned by the city to be rented out, the committee

Generated on 2023-02-10 01:40 GMT / https://hdl.handle.net/2027/nyp.33433015092210
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google Original from NEW YORK PUBLIC LIBRARY

## CHAPTER II.

### OF THE PUBLIC PARKS AND THE GOVERNMENT THEREOF.

**Sec. 134. Park Policeman.**

There shall be selected by the council a park policeman whose duty it shall be to have carried out the rules and regulations for the government of the park.

**Sec. 135. Acts prohibited in Park.**

All persons are forbidden to enter or leave the park except by the gateways; to climb or walk upon any of the walls or fence, to turn cattle, horses, goats or swine into the park; to carry firearms, or to throw stones or other missiles within it; to cut, break, or in any way injure or deface the trees, benches, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the park; or to converse with, or in any way hinder those engaged in its construction.

**Sec. 136. Fast driving, etc., prohibited.**

No animal or wheeled vehicle shall travel on any part of the park, except upon the driveway, nor at a rate exceeding seven miles per hour. Persons on horseback shall not travel at a rate exceeding seven miles per hour.

**Sec. 137. "Standing" or "hitching" places.**

No animal or vehicle shall be permitted to stand upon any driveway or carriage road of the park, or any part thereof, and no animal or vehicle shall be permitted to be hitched or allowed to stand at any place within the park enclosure, except such places as may be provided and designated as "standing" or "hitching" places. Nor shall any person upon the park solicit or invite passengers.

**Sec. 138. Vehicles for hire in park.**

No hackney coach, carriage or other vehicle for hire, shall stand upon any part of the park for the purpose of taking in any

Generated on 2023-02-10 01:40 GMT / https://hdl.handle.net/2027/nyp.33433015092210
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google Original from NEW YORK PUBLIC LIBRARY

other passengers or persons than those carried to the park by said coach, carriage or vehicle.

Sec. 139. Sale or peddling of articles in park.

No person shall expose any article or thing for sale upon the park, except previously licensed by the committee on public grounds and buildings, nor shall any hawking or peddling be allowed in the park.

Sec. 140. Intoxicating liquor in park.

No spirituous, fermented, nor other intoxicating liquors shall be sold or drunk upon the park at any time.

Sec. 141. What vehicles not to enter park.

No omnibus or express wagon without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of the park.

Sec. 142. Abusive language in park.

No threatening, abusive, insulting or indecent language shall be allowed in the park, whereby a breach of the peace may be occasioned.

Sec. 143. Games of chance, etc., in park.

No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor do any obscene or indecent act whatever in the park.

Sec. 144. Portion of park closed in case of emergency.

In case of an emergency, where life or property are endangered, all persons if required so to do by the committee on public grounds and buildings or any of their assistants, shall remove from the portion of the park specified by the said committee or their assistants, and remain off the same till permission is given to return.

Generated on 2023-02-10 01:40 GMT / https://hdl.handle.net/2027/nyp.33433015092210
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 415 of 828

Sec. 145. Park—When open to public.

The park shall be open daily to the public during the months of December, January and February, from eight o'clock in the morning until six o'clock in the evening; during the months of March, April, May, October and November, from seven o'clock in the morning until nine o'clock in the evening; and during the months of June, July, August and September from six o'clock in the morning until ten o'clock in the evening.

Sec. 146. Park—Committee may open or close.

The committee on public grounds and buildings may direct that any of the entrances to the park be closed at any time, and may, on special occasions, also direct that the park or any portion thereof, remain open at other times than those above specified.

Sec. 147. When public not allowed in park.

No person other than employees of the city who work upon the park shall enter or remain in the park, except when it is open as above provided.

Sec. 148. Plants not to be brought into park.

No person except in the employ of the city through its committee on public grounds and buildings, shall bring upon the park any tree, shrub, plant or flower, nor any newly plucked branch or portion of a tree, shrub, plant or flower.

Sec. 149. Bathing, fishing, etc., prohibited.

No person shall bathe or fish in, or go, or send any animal into any of the waters of the park, nor disturb any of the fish, water fowl, or other birds in the park, nor throw or place any article or thing in said waters.

Sec. 150. Fireworks in park.

No persons shall fire, discharge or set off in the park any gun, pistol, rocket, torpedo, squib, balloon, snake-chaser, or double-header, nor any fireworks or thing under any name composed of the same or similar material, or of the same or similar

Generated on 2023-02-10 01:40 GMT / https://hdl.handle.net/2027/nyp.33433015092210
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google
Original from NEW YORK PUBLIC LIBRARY

# EXHIBIT 67

Compliments of the City of Colorado Springs
to Harvard University.
----o-----

# THE CODE

## OF COLORADO SPRINGS
## 1922

Comprising Article XX of the Constitution of the State of Colorado

The Charter as Amended, and the General Ordinances of the City, Excepting Ordinances Fixing Salaries, Concerning the Dedication and Vacation of Streets and Alleys, Concerning the Annexation of Colorado City, and Ordinances Granting Franchises

*Revised and Prepared for Publication by*
F. L. SHERWIN, W. B. PRICE *and* J. L. BENNETT

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL
COLORADO SPRINGS, COLO.

OUT WEST PRTG. & STATY. CO., COLO. SPRINGS.

§ 1068. **Park Rules and Regulations.** Whereas, By resolution of the park commission of the city of Colorado Springs, adopted on the 6th day of June, A. D. 1911, certain rules, regulations and orders were adopted, which rules, regulations and orders are as follows, to-wit:

PROHIBITED ACTS. All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises (except that dogs may be led or carried, but not allowed loose); to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges, signs, placards or notices, or any structures or property within or upon park premises; to bring upon park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses, automobiles, motorcycles or bicycles; or to ride or drive faster than twelve miles an hour within Palmer park or faster than twenty-three miles an hour on any of the other park drives, roads or boulevards; to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitching places especially provided for such purposes; to obstruct the drives or paths; to stand or keep in or upon any park premises, without special permission in writing from the park commission, any horse, burro or other animal, or any hack, carriage, automobile or other vehicle, for the purpose of hire or solicitation of patronage; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the park commission; to drive or take any job or freight wagon in or upon any of the park premises, except those in park employ, private wagons conveying families, or upon special written permission from the park commission; to trail vehicles, to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of drunkenness, fighting or quarreling, or indecency in or upon any of the

parks; to lie, lounge or sleep on the benches or to lie in indecent positions on the benches or the ground; to tell fortunes or to play games of chance, to offer any article or thing for sale, except by written permission of the park commission; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice or bills or other paper upon any structure, fence, tree or thing in or about the park premises, park drives, roads or boulevards; to bathe or fish in or to send any animal into or throw or place any article or thing in any of the waters of the parks; to fish for or to disturb any of the fish in any of the ponds or streams in the parks; to shoot at, catch or disturb any water fowl or other birds belonging to, preserved in, or being in or about the parks; to touch, molest or destroy the nest or nests of any birds, or the eggs therein, within any of the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park or to parade, drill or perform therein any military or other evolution or movements as a military, target company, civic or otherwise, without the written consent of the park commission; to light, make or use any fire therein at any place or places, except such as may be designated by the park commission for that purpose; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown.

No shrubs, plants or flowers shall be taken, or given away from any of the parks, without written permission from the park commission, except for the decoration of soldiers' graves, to be cut under direction of the superintendent of parks for use May 30th, of each year.

No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without the written permission of the park commission.

No intoxicating liquors, as intoxicating liquors are defined in the ordinances of the city of Colorado Springs, shall be allowed to be sold or given away, or to be brought into, used, or drunk within any of the parks of the city, or upon any of its boulevards, driveways or roads under the control of the park commission.

No person shall drop, throw or place any waste paper, straw, dirt, weeds, ashes, refuse or waste, swill or other rubbish, though not offensive to health, in or upon any park or property, boulevard, driveway or road under the control of the park commission, or any part thereof.

No person shall be permitted to build or place any tents, buildings, booths, stands or other structures in any of said parks, boulevards, driveways or roads under the control of the park commission, without first obtaining the written permission of the park commission.

TEARING UP PAVEMENTS, SIDEWALKS, ETC. No person shall dig, injure or tear up any pavement, sidewalk, cross-walk, grass plot or roadway, or any part thereof, or of any parking, boulevard, driveway or road, or dig down to, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any parking, boulevard, driveway or road under the control of the park commission without first having obtained the written permission of the park commission.

MOVING BUILDINGS. No person shall move any building along, across, or upon any park, boulevard, driveway or road under the control of the park commission without first having obtained the permission of the park commission.

FUNERALS. No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks under the control of the park commission, without previous written consent of the park commission.

HEAVY TEAMING. Loads over two thousand pounds prohibited. It shall be unlawful for any person or persons to haul, or cause to be hauled, in any vehicle, in or upon any part of the parks, boulevards, driveways or roads under the control of the park commission, any coal, stone, brick, dirt, or other article or articles, weighing together with the vehicle two thousand pounds or more; provided that this prohibition shall not be applied to omnibuses, hacks or carriages.

WAGON BOXES TO BE TIGHT. It shall be unlawful for

any person to engage in driving within or upon any parks, boulevards, driveways or roads under the control of the park commission, crushed stone, sand, gravel, sawdust, ashes, cinders, lime, tan bark, shavings, waste paper, ice, mortar, earth, coal, bricks, stone, rubbish, manure or other loose material likely to sift, fall or be blown upon such parks or streets, except in tight wagon boxes, or on wagons securely covered with canvas, and filled only to water level, and in case the same fall or be scattered within or upon any parks, boulevards, driveways or roads under the control of the park commission, such person shall cause it to be forthwith removed.

WAGON BOXES OVERLOADED. It shall be unlawful for any person to cause any cart, wagon or other vehicle to be loaded and heaped up so that the contents, or any part thereof, shall be scattered within or upon any parks, boulevards, driveways or roads under the control of the park commission.

LOOSE CATTLE. Loose cattle or horses shall not be allowed to be driven in or upon, along or through, any part of the parks, boulevards, parkways, avenues, driveways or roads under the control of the park commission, without the written permission of the park commission.

AUTOMOBILES, ETC., NOT TO ENTER CANONS OR HIGH DRIVE. No automobile or motorcycle shall be permitted to enter or be driven in what is known as Monument Valley park, South or North Cheyenne canons, or upon the high drive, without the permission of the park commission.

DUTIES OF PARK POLICE. It shall be the duty of the park police appointed to duty in the parks, without warrant, forthwith to arrest any offender against any of the rules, regulations and orders of the park commission, whom they may detect in the commission of such offense, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

And whereas, by section 6781 Revised Statutes of Colorado, 1908, the city council is authorized to provide for

the enforcement of the rules, regulations and orders of the park commission; therefore, Be It Ordained by the city council of the city of Colorado Springs:

PENALTY. (Sec. 1) Any person or persons who shall violate any or either of the provisions of the above and foregoing rules and regulations of the park commission, or any provision of any paragraph thereof, or who shall neglect or fail to comply with any or either of the requirements thereof, shall, upon conviction, pay a fine of not less than one dollar nor more than two hundred dollars for each offense, and a further penalty not exceeding fifty dollars for every twenty-four hours that such violation shall continue after notice given by any officer or agent of the park commission to remove, discontinue or abate the same. [Ord. No. 934, passed Dec. 24, 1913.]

## ARTICLE 8.

### MUNICIPAL GOLF COURSE.

Whereas, William Kennon Jewett has delivered a deed to the city of Colorado Springs conveying 225 acres, more or less, of land with buildings, golf course and other improvements thereon and the water right appurtenant thereto, as a grateful and loving memorial in perpetuity to Patty Stuart Jewett, one whose life was devoted quietly and unostentatiously to good works, such property to be used by the city for the purposes set forth in said deed, which is dated June 14, 1919, and is of record in Book 571, page 567 of the records of El Paso County, Colorado; and

Whereas, this splendid gift will contribute to the material advancement of this city and to the comfort and pleasure of the citizens thereof and the visitors thereto;

Be it ordained by the city council of the city of Colorado Springs:

§ **1069. Acceptance.** (Sec. 1) That the lands and property given to the city of Colorado Springs by William Kennon Jewett for the purposes and under the conditions as

# EXHIBIT 68

# NEW CODE OF ORDINANCES

OF

# THE CITY OF NEW YORK

INCLUDING

## THE SANITARY CODE, THE BUILDING CODE AND PARK REGULATIONS

ADOPTED JUNE 20, 1916

WITH ALL AMENDMENTS TO JANUARY 1, 1926
AND COMPLETE INDEX TO WHOLE

COMPILED AND ANNOTATED
BY
ARTHUR F. COSBY
FORMERLY ASSISTANT CORPORATION COUNSEL

YALE LAW LIBRARY.

THE BANKS LAW PUBLISHING CO.
NEW YORK
1926



CC
New York
3
1926

COPYRIGHT, 1907, 1908, 1909, 1910, 1911, 1912, 1913, 1914, 1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1923, 1924, 1925, 1926
BY
THE BANKS LAW PUBLISHING COMPANY.

# CHAPTER 17

## Parks, Parkways and Park-Streets

Article 1. General provisions.
2. Traffic regulations.
3. Building and other projections.
4. Miscellaneous.

The power of the Board of Aldermen to pass Park Ordinances is prescribed in the Greater New York Charter (L. 1897, ch. 378, sec. 47), and the Revised Charter (L. 1901, ch. 466, sec. 43).

By Laws 1904, chapter 678, section 1, amending section 610, Laws 1901, chapter 466, the Park Rules in force May 1, 1904, were made a chapter in the City Ordinances and amendments when adopted by the Park Board became effective when copies were filed with the City Clerk.

The following is taken from the Park Ordinances, adopted March 18, 1912.

## ARTICLE 1

### GENERAL PROVISIONS

Sec. 1. Definitions.
§ 2. Interfering with lands or improvements thereon.
§ 3. Sub-surface disturbances.
§ 4. Over-head wires.
§ 5. Destruction of or injury to park property.
§ 6. Preservation of lawns and grass plots.
§ 7. Bringing trees, plants and flowers into parks.
§ 8. Use of roller skates.
§ 9. Rubbish and refuse matter.
§ 10. Processions; drills; music.
§ 11. Public meetings.
§ 12. Sales or exhibitions.
§ 13. Posting bills or placards.
§ 14. Bathing, fishing, boating and skating.
§ 14a. Camping.
§ 15. Protection of animals, birds and reptiles.
§ 15a. Baseball and other games.
§ 16. Animals at large.
§ 17. Disorderly conduct.
§ 18. Custodian of minors.

Sec. 1. *Definitions.*—Unless otherwise expressly stated, whenever used in this chapter, the following terms shall respectively be deemed to mean:

1. *Commissioner*, or *the commissioner*, the park commissioner having jurisdiction of a particular park, or park-street, as hereinafter defined;
2. *Park*, any park, parkway, square, circle, or concourse, or part thereof, under the jurisdiction of the park department;
3. *Park-street*, a street, avenue, boulevard or other highway, under the jurisdiction of the park department;
4. *Permit*, a written authorization for the exercise of a specified park privilege, issued by the park commissioner having jurisdiction.

§ 2. *Interfering with lands or improvements thereon.*—No person

shall modify, alter or in any manner interfere with the line or grades of any park or park-street, nor take up, move or disturb any curb, gutter stone, flagging, tree, tree-box, railing, fence, sod, soil or gravel thereof, except by direction of the commissioner or under his permit.

§ 3. *Sub-surface disturbances.*—No person shall open, expose or interfere with any water or gas pipe, hydrant, stopcock, sewer, basin or other construction, within or upon any park or park-street, nor make any connection therewith, except under the authority of a permit, and upon the deposit of such sum of money as may be required by the commissioner to insure the restoration of the soil, plants, shrubs, trees, sidewalk, pavement, curb, gutter and flagging disturbed in the making of such connection.

§ 4. *Overhead wires.*—No person shall attach or string any electric or other wire, or adjust or carry the same into or over any park or park-street, except under a permit.

§ 5. *Destruction of or injury to park property.*—No person shall cut, break or in any way injure or deface any tree, shrub, plant, grass, post, railing, chain, lamp, lamppost, bench, tree-guard. building, structure or other property in or upon any park or park-street, nor shall any fallen branches be cut or removed without a permit. It shall be unlawful also to bring into any park any tool or instrument, such as a hatchet, axe or saw intended to be used for the cutting of branches of trees, or trees or other property.

§ 6. *Preservation of lawns and grass plots.*—No person unless he shall hold a special permit therefor or unless a special permit therefor shall have been issued to a group of which he is a member shall go upon any lawn or grassplot in any park or parkway except when permission therefor shall have been given to the public by the commissioner.

§ 7. *Bringing trees, plants, and flowers into parks.*—No person shall bring into or carry within a park any tree, shrub, plant or flower, or newly plucked part thereof, without a permit.

§ 8. *Roller skates.*—No person shall use roller skates, push mobiles or any similar device upon any sidewalk, foot-path bridle path or driveway, nor in any building or place of public assembly, except upon such walks and during such hours as may be designated by the commissioner.

§ 9. *Rubbish and refuse matter.*—No person shall throw, cast or lay, or direct, suffer or permit any servant, agent, employee or person in his or her charge, to throw, cast or lay, any ashes, offal, vegetables, garbage, dross, cinders, shells, straw, shavings, paper, dirt, filth or rubbish of any kind whatsoever in any park, or in any lake, lawn, path, walk, road or drive thereof, or in any park-street; procided that in the morning before 8 o'clock, or before the first sweeping of the roadway of any park-street by the street cleaners, dust from the sidewalk may be swept into the gutter, if there piled, but not otherwise.

§ 10. *Processions; drills; music.*—No parade, drill or manœuver of any kind shall be conducted, nor shall any person play upon a musical instrument or display any flag, banner, target, sign, placard or transparency in any park, nor shall any civic or other procession form or move therein, without a permit; but no such permit shall be necessary for the use of the parade ground adjacent to Prospect

Park, Borough of Brooklyn, by organizations of the National Guard of the State of New York.

§ 11. *Public meetings.*—No person shall erect any structure, stand or platform, or hold any meeting, or perform any ceremony or make a speech, address or harangue in any park without a permit from the commissioner having jurisdiction.

§ 12. *Permits for sales, exhibitions, etc.*—No person shall exhibit, sell, or offer for sale anything whatsoever, or take any photograph, or perform any personal service or hire in any park or parkway, or in any street, square, or public place under the jurisdiction of the department of parks except under a permit from the commissioner of parks of the borough in which such park or parkway, street, square, or public place is situated or otherwise than in accordance with the terms of such permit, provided, however, that the provisions of this section shall not apply to public hack stands maintained in streets adjacent to public parks, pursuant to section 99, article 8, chapter 14 of the Code of Ordinances.

§ 13. *Posting bills or placards; distributing cards, circulars or pamphlets.*—No person shall post any bill, placard, notice or other paper upon any structure, tree, rock, article or thing within any park or upon any park-street, nor paint or affix thereon, in any other way, any advertisement, notice or exhortation, except, under a permit and in strict conformity therewith. No person shall distribute, hand out or cast about any card, circular, pamphlet or other printed matter within any park or upon any park-street. The placing, or using for any other purpose than reading, of newspapers, or other papers, on the lawns or benches of public parks, is forbidden.

As to posting placards on private property, see People v. Green, 85 App. Div. 400.

§ 14. *Bathing, fishing, boating and skating.*—No person shall bathe in, nor disturb in any way the fish in, the waters or fountains of any park, nor cast any substance therein; except, that in the waters adjacent to Pelham Bay Park bathing and fishing shall be permitted, subject to the rules and regulations prescribed by the commissioner. Fishing may also be allowed in the lakes of Prospect Park and Kissena Park, under permits. No person shall be permitted to appear in bathing costume or in any other than customary street attire in any park or parkway, except on the beaches in Pelham Bay, Seaside, Dreamland, Jacob Riis and Rockaway Parks. No boat or vessel shall be placed upon any of the waters of any park, except by special permit. No skating or sledding shall be allowed on any park lakes, unless and until the ice is declared to be in a suitable condition by the commissioner.

§ 14a. *Camping.*—No person shall tent or camp or erect a tent or camp in a public park, or public place under the jurisdiction of a Park Commissioner, without a permit.

§ 15. *Protection of animals, birds and reptiles.*—No person shall hunt, chase, shoot, trap, discharge or throw missiles at, or molest or disturb in any way, any animal, bird, or reptile in any park.

§ 15a. *Baseball and other games.*—No person shall throw, cast, catch, kick or strike with any implement whatever, any baseball, golf ball, foot-ball, basket ball, bean bag, or other object in or upon any park or parkway, or any square, circle, concourse, playground,

street, avenue, boulevard or other highway under the jurisdiction of the park department, or on any recreation pier, without a permit therefor issued by the commissioner or his supervisor of recreation nor otherwise than in accordance with the terms of such permit.

§ 15b. *Golf.*—Caddies shall not be brought by players upon any of the golf courses under the jurisdiction of any commissioner, without permission of the commissioner or his representative in charge.

§ 16. *Animals at large.*—No horse or other animal shall be allowed to go at large in any park or upon any park-street, except dogs that are restrained by a chain or leash not exceeding 6 feet in length.

§ 17. *Disorderly conduct.*—No person shall, in any park:

1. Use threatening, abusive or insulting language;
2. Do any obscene or indecent act;
3. Throw stones or other missiles;
4. Beg or publicly solicit subscriptions or contributions;
5. Tell fortunes:
6. Play cards or other games of chance, or use or operate any gaming table or instrument;
7. Climb upon any wall, fence, shelter, seat, statue or other erection;
8. Fire or carry any firearm, firecracker, torpedo or fireworks;
9. Make a fire;
10. Enter or leave except at the established entrance-ways;
11. Loiter at night where there is no light, in automobile, or other vehicle, or otherwise. It shall be unlawful after 12 o'clock midnight to loiter in any park, under any circumstances, unless general or special permission shall be given by the Park Commissioner.
12. Do any act tending to a breach of the public peace;
13. Bring into any park or consume publicly, any beverage containing alcohol;
14. Bring, land or cause to descend or alight any æroplane, airship, flying machine, balloon, parachute or other instrumentality for aviation in, on or upon any park or parkway, without a permit;
15. The Commissioner of Parks, Borough of The Bronx, may, in his discretion, fix the hours for entering or leaving Hunter Island and Twin Island, Pelham Bay Park, and when so fixed, suitable signs may be placed at points deemed appropriate by the said commissioner.

All persons doing any act injurious to a park shall be removed therefrom by the park keepers or by the police. When necessary to the protection of life or property, the officers and keepers of the park may remove all persons from any designated part thereof.

§ 18. No parent, guardian or custodian of a minor shall permit or allow such minor to do any act prohibited by any provision of this chapter.

Park ordinances must be reasonable. Matter of Wright, 29 Hun 357; Baldwin v. Park Comm., N. Y. Daily Register, April 8, 1891.

# EXHIBIT 69

CITY OF OAKLAND Calif.

# General Municipal Ordinances etc.

In effect January 1, 1918

NOTE.—This publication contains all ordinances which are general in their application. Ordinances concerning street work, appropriations, salaries and other details of city government have not been included. Ordinances relating to street work are on file in the office of the Superintendent of Streets. Ordinances covering certain fields of activity, such as Building Laws, Jitneys, Plumbing, Liquor, etc., are printed in pamphlet form and can be obtained by application at the office of the City Clerk.

Classified, Compiled and Published by the
Mayor of the City of Oakland and by
Authority of the City Council

JOHN L. DAVIE, *Mayor of Oakland*



CC
Oakland
3
1918

SEC. 4. The Directors immediately upon appointment shall organize by electing one of their number President; the person elected President shall hold his office for one year and until his successor is elected.

SEC. 5. The Board of Directors shall have the complete and exclusive control, management and direction of the aforesaid Public Woodyard. Said Directors may employ and appoint a Superintendent of Oakland Public Woodyard and provide necessary quarters for maintenance of such woodyard.

SEC. 6. [Amended by Ordinance No. 985, N. S.] The salary of said Superintendent of Oakland Public Woodyard is hereby fixed at not less than $1500.00 and not more than $1800.00 per year, payable in equal monthly installments.

SEC. 7. This ordinance shall take effect immediately.

[In effect January 8, 1912.]

## ORDINANCE NO. 121, N. S.

**An Ordinance Prohibiting the Cutting Down or Removal of Trees in Any of the Public Streets or Squares of the City of Oakland and Providing Penalty for Violation Thereof.**

*Be it Ordained by the Council of the City of Oakland, as follows:*

SECTION 1. It shall be unlawful for any person, firm or corporation to cut down, remove or mutilate any tree or trees growing upon any of the streets or public squares of the City of Oakland, except by permission from the Board of Park Directors.

SEC. 2. Any person, firm or corporation violating this ordinance shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine not less than five dollars ($5.00), nor more than one hundred dollars ($100.00), and in case such fine is not paid, by imprisonment at the rate of one day for every two dollars ($2.00) of the fine so imposed.

SEC. 3. This ordinance shall take effect immediately.

[In effect January 22, 1912.]

[See Ordinance No. 129, N. S.]

## ORDINANCE NO. 129, N. S.

**An Ordinance Regulating the Use of the Parks, Streets and Places Under the Control of the Board of Park Directors of the City of Oakland and Providing a Penalty for the Violation Thereof.**

*Be it Ordained by the Council of the City of Oakland, as follows:*

SECTION 1. No person shall throw any dead animal or offensive matter or substance of any kind upon the grounds of any of the parks under the control of the Board of Park Directors.

SEC. 2. No person shall injure, deface or destroy any notices, rules or regulations for the government of the parks, posted or in any other manner permanently fixed by order or permission of the Board of Park Directors.

SEC. 3. No person shall be permitted to bring led horses within the limits of the parks under the control of the Board of Park Directors, or a horse that is not harnessed and attached to a vehicle, or mounted by an equestrian.

SEC. 4. No military or other parade or procession or funeral shall take place, or pass through the limits of the parks under the control of

the Board of Park Directors, without the order or permission of the Board of Park Directors.

SEC. 5.  No person shall engage in any game of baseball, cricket, shinney, football, croquet, or any other game, with ball and bat, within the limits of the parks under the control of the Board of Park Directors, except on such grounds as shall be specially designated for such purpose.

SEC. 6.  No person shall be permitted to use the shores of Lake Merritt as a landing place for boats, or keep thereat boats for hire, or floating boathouses with pleasure boats for hire, or keep boats of any kind in Lake Merritt except by special order or permission of the Board of Park Directors, and only at places designated by and under restrictions determined upon by said Board.

SEC. 7.  No regatta or boat race by clubs shall take place upon Lake Merritt without special permission granted by the Board of Park Directors.

SEC. 8.  No person shall turn loose into the parks controlled by the Board of Park Directors any dogs, cattle, goats, swine, horses or other animals.

SEC. 9.  No person shall carry firearms, or shoot birds or throw stones or other missiles within the boundaries of the parks controlled by the Board of Park Directors.

SEC. 10.  No person shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures, benches or statuary, or foul any fountains or springs within the parks controlled by the Board of Park Directors.

SEC. 11.  No person shall drive or ride within the boundaries of the parks controlled by the Board of Park Directors at a rate exceeding seven miles per hour.

SEC. 12.  No person shall ride or drive within the limits of the parks controlled by the Board of Park Directors upon any other than the avenues and roads therefor.

SEC. 13.  No coach or vehicle used for hire shall stand upon any part of the parks controlled by the Board of Park Directors for the purpose of hire, except in waiting for persons taken by it into the parks, unless in either case at points designated by the Board of Park Directors.

SEC. 14.  No wagon or vehicle of burden or traffic shall pass through the parks, except upon such road or avenue as shall be designated by the Board of Park Directors for burden transportation.

SEC. 15.  No person shall expose or display any article for sale within the parks without the order or permission of the Board of Park Directors.

SEC. 16.  No gaming shall be allowed in the parks, nor any obscene or indecent act therein.

SEC. 17.  No person shall disturb the water fowl in Lake Merritt, or in any pond, or birds in any part of the parks, nor discharge any firearms therein, nor affix any bills or notices therein.

SEC. 18.  No person shall fish in Lake Merritt without written permission from the Board of Park Directors so to do.

SEC. 19. No person shall be allowed to catch more than two bass in one day of twenty-four hours in Lake Merritt.

SEC. 20. No person shall have or hold any musical, theatrical or other entertainment in the parks without the order or permission of the Board of Park Directors.

SEC. 21. No person shall enter or leave the parks except by such gates, roads, paths or avenues as may be for such purposes provided and arranged.

SEC. 22. No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks controlled by the Board of Park Directors without the previous permission of the Board; nor shall any gathering or meeting for political purposes in the parks be permitted under any circumstances.

SEC. 23. No person shall be permitted to make or kindle a fire of any kind within the parks controlled by the Board of Park Directors.

SEC. 24. No tree shall be planted in any street or public highway of the City of Oakland at a distance of less than twenty-five feet from any other tree standing in the same street, except by written permit of the Board of Park Directors, or at a distance of less than two feet from the established curb line of said street.

SEC. 25. No person, firm or corporation shall, without the written permission of the Board of Park Directors, remove, destroy, break, or in any way injure any tree, plant or shrub that is now or may hereafter be growing in any street or public highway of the City of Oakland.

SEC. 26. No person shall hitch or fasten any horse or other animal to any tree or shrub now or hereafter growing in any street or public highway of the City of Oakland, nor shall any person cause or permit any horse or other animal to stand or be near enough to any tree, plant or shrub to bite or rub against, or in any manner injure or deface the same; nor shall any person place a post for the hitching of horses within five feet of any tree, plant or shrub now or hereafter growing in any of the streets or public highways of the City of Oakland; nor shall any person attach or place any rope, wire, sign, poster, handbill or other thing on any tree or shrub now or hereafter growing in any street or public highway of the City of Oakland, or on any guard or protection of the same.

SEC. 27. No person shall remove, injure or misuse any guard or device placed or intended to protect any tree, plant or shrub now or hereafter growing in any street or public highway of the City of Oakland.

SEC. 28. No person or corporation shall, without the written permit of the Board of Park Directors, attach any electric wire, insulator or any other device for holding electric wire to any tree now or hereafter growing in any street or public highway in the City of Oakland.

SEC. 29. Every permit granted by the Board of Park Directors shall specifically prescribe the work to be done under it and shall expire sixty days from its date. A charge of fifty cents shall be made for each permit to trim trees in front of property not owned by the applicant thereof, when, in the judgment of the Board of Park Directors, expert supervision is required.

SEC. 30. Any permit granted hereunder may be revoked at any time by said Board of Park Directors upon satisfactory proof to said board that the privilege thereunder is being abused or that the same was granted under a misapprehension of the facts.

SEC. 31. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine of not more than $200.00, and in case said fine be not paid, then by imprisonment at the rate of one day for each $2.00 of said fine so imposed and unpaid.

SEC. 32. All ordinances or parts of ordinances in conflict herewith are hereby repealed.

SEC. 33. This ordinance shall take effect immediately.

[In effect February 13, 1912.]

## ORDINANCE NO. 140, N. S.

**An Ordinance Prohibiting Placing Advertising Matter in Private Letter Boxes and Providing a Penalty Therefor.**

*Be it Ordained by the Council of the City of Oakland, as follows:*

SECTION 1. It shall be unlawful for any person, firm or corporation to place in any private letter box in the City of Oakland upon which the following language appears: "For use of United States Mail," any advertising circular or matter of any kind.

SEC. 2. Any person, firm or corporation violating the provisions of this ordinance shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine not less than five ($5.00) dollars and not more than fifty ($50) dollars, and in case said fine be not paid, then by imprisonment at the rate of one day for each two ($2.00) dollars of said fine so imposed and unpaid.

SEC. 3. This ordinance shall take effect immediately.

[In effect March 11, 1912.]

## ORDINANCE NO. 160, N. S.

**An Ordinance Regulating the Construction, Erection and Maintenance of Signs, Transparencies, Advertisements, Bulletin Boards, Marquees and Clocks on, or About Buildings or Over Public Streets and Thoroughfares, Providing for the Inspection of the Same.**

*Be it Ordained by the Council of the City of Oakland, as follows:*

SECTION 1. No sign, transparency, advertising sign, device or marquee included in the classes set forth in Sections 5 and 6 of this ordinance shall hereafter be constructed, placed, reconstructed or allowed on or about the exterior of any building or structure, or on or over any sidewalk or public thoroughfare without first obtaining a permit from the Bureau of Permits and Licenses.

SEC. 2. The person, firm, association or corporation applying for such permit shall file with the Bureau of Permits and Licenses, plans drawn to scale, specifications and such other information as said Bureau of Permits and Licenses may require. Said plans and specifications shall be referred to the Building Inspector, and if to be wired for electricity, to the Electrical Department. Said Building Inspector and Electrical Department shall examine into the matter and report on same to the Bureau of Permits and Licenses, which shall, providing

# EXHIBIT 70

Grand Rapids Mich. Ordinances etc.

# Compiled Ordinances

OF THE

# City of Grand Rapids,

Containing all Ordinances passed by the Common Council of the City of Grand Rapids in force June 1, 1915.

---

Compiled and Indexed
Under Authority of the Common Council
by
RAYMOND M. FERGUSON, City Attorney
Assisted by
FRANK E. SHAW, Assistant City Attorney

---

PUBLISHED BY AUTHORITY OF THE
COMMON COUNCIL

Parks and Places in the City of Grand Rapids," passed March 8, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Protection, Preservation and Use of Bridges Across Grand River in the City of Grand Rapids, belong to said city," passed June 21, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Preservation of Public Property of the City of Grand Rapids," passed March 1, 1873;

Also other ordinances and parts of ordinances in anywise contravening the provisions of this ordinance.

**An Ordinance to Regulate the use of the Public Parks, Playgrounds and Boulevards of the City of Grand Rapids; and to Provide for the Preservation of Public Property Therein. Passed April 30, 1914.**

The Common Council of the City of Grand Rapids doth ordain:

**Destroying or Removing Public Property.**

Sec. 555. **(1).** No person shall cut, mutilate, injure, overturn, remove or carry away any personal or real property of whatsoever nature, in, upon or belonging to any parks, playground, boulevard or public place in the City of Grand Rapids, or under its control, or in any street, avenue or highway, in or adjacent to, or around the same.

**Dogs in Parks.**

Sec. 556 **(2).** No person shall permit any domestic animal to go, be, or run at large within such public place; and no dogs shall be permitted in any City Park or Playground. Owners of dogs shall be held responsible for the presence of their dogs in any of the City Parks and Playgrounds. Any person owning or harboring a dog which is permitted to be at large in any City Park or Playground in said City of Grand Rapids or under its control, and which shall disturb any birds or animals within said public places shall be deemed guilty of a violation of this ordinance and subject to a penalty herein imposed, and further any dog so disturbing any bird or animals in any such public places shall be liable to be immediately shot or put to death by any park officer.

### Disorderly Persons.

(b) No person shall use any threatening, obscene, profane or indecent language in any such public place; or be guilty of any disorderly or indecent conduct; nor shall any intoxicated person be allowed in any such public place.

### Games.

(c) No person shall indulge in any games, acts or demeanor calculating or tending to disturb the people attending any such public places; nor shall any person bring any beer, liquor or intoxicants into any such public place; and no person shall engage in any games of chance or cards, or shall drink any wines, beer, liquors or malts in any such public place.

### Rubbish.

(d) No person or persons shall deposit any rubbish or refuse in or upon any such public places except the same be deposited in waste baskets provided for the purpose by the Board of Park and Cemetery Commissioners.

### Fire Arms.

(e) No person shall carry any rifle, gun, or other fire-arm of any kind within the parks and playgrounds of the City of Grand Rapids; nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of an explosive nature.

### Begging.

(f) No person shall publicly beg, or solicit any subscriptions, or take up collections for any purpose whatsoever in any of the public parks or playgrounds.

### Advertising.

(g) No person shall post, exhibit or distribute any advertisement, circular or handbill therein; nor shall any peddler or petty dealer sell, or in any manner dispose of any article in public park or playground unless he shall first obtain express permission so to do from the Board of Park and Cemetery Commissioners.

### Driving and Hitching.

(h) No person shall fasten or hitch any animal to any tree,

fence or structure in the parks unless the same shall be designated and set aside for that purpose; nor shall any person ride or drive any animal or vehicle therein except upon the proper roadways, avenues and drives, and shall not drive therein at a speed exceeding ten miles an hour.

No person shall be permitted to drive any vehicle used for the transportation of merchandise or refuse, such as farm products, wood, coal, manure, lumber, dirt gravel, stone, building material, and others of like nature (except wagons carrying material for building and improvement within such parks, playgrounds, boulevards or places) in or through said parks, places or squares; and no cattle, sheep or other animals excepting horses, shall be led or driven through the parks; and no funeral procession shall be permitted in any such public places.

### Destroying Birds.

(i) No person shall kill, disturb or molest any birds or bird's nest, or any fish or animal within, belonging to, or being in the parks.

### Picnics.

(j) Picnics and social parties may be allowed by notifying the Superintendent, in such portions of said parks as shall be designated and set apart by the Board of Park and Cemetery Commissioners from time to time.

### Lecturing, Etc.

(k) No person shall deliver any oration, address, speech, sermon or lecture therein unless he shall first have received permission from the Board of Park and Cemetery Commissioners; nor shall any public meeting or concert be held therein unless such leave is first obtained.

### Building or Place Marked "No Admission."

(l) No person shall enter any building, enclosure or place upon which the words "No Admittance" or similar sign is posted.

### Pools, Lakes, Etc.

(m) No basin, pool, lake or fountain shall be fouled by stone, wood, or any other substance; nor shall they be bathed in or waded in unless specially set apart for that purpose; and any body of water

which is set aside and designated as a wading pool, tank or swimming pool within the aforesaid limits shall not be fouled by any person; and it shall be unlawful for any person to expectorate in such water or spit tobacco juice in the same, or blow his nose therein, or commit any nuisance therein, or within the bathhouse enclosures; and before any person shall bathe in any of the places within the limits aforesaid, the officers or attendants having charge of such swimming place are hereby empowered to cause said person or persons to thoroughly cleanse their bodies by the use of shower baths or such other methods as may be provided at such bathing places. The Park Commissioners shall regulate the hours of bathing, and make all rules and regulations necessary for the protection of the public.

### Fires.

(n) No person except employes under instruction shall build, kindle or start any fires in any of the parks.

### Open From Sunrise to 9:00 P. M.

Sec. 557. **(3)** The Public Parks and Playgrounds belonging to said city shall be open to the public only between the hours of sunrise and 9 o'clock p. m. of each and every day, and it shall not be lawful for any person or persons, except the persons or employes in charge of such park to enter therein before the hour above named for the opening of said park, or remain therein after the hour above fixed for the closing thereof. Provided, however, That the Board of Park and Cemetery Commissioners of said city shall have power in their discretion, whenever the occasion may require it, to especially provide for all or any of said parks, playgrounds or swimming pools being opened between the hours of 5 and 9 o'clock a. m. and closed between the hours of 6 and 11 p. m.

### Penalty.

Sec. 558 **(4)** Any person or persons who shall violate any of the provisions or requirements of this ordinance, on conviction thereof shall be punished by a fine of not less than one dollar or more than one hundred dollars and the cost of prosecution, or by imprisonment at hard labor in the common jail of Kent County, in the discretion of the court or magistrate before whom the conviction may be had, for a period of not less than one day nor more than thirty days; and in case such court or magistrate shall impose

only a fine and costs of prosecution, the offender may be imprisoned in the common jail of Kent County until the payment of such fine and costs, or for a period of not more than thirty days.

**Repealing Clause.**

Sec. 559 **(5).** An Ordinance (230) entitled "An Ordinance to regulate the use of the Public Parks of the City of Grand Rapids and to provide for the preservation of public property therein," passed and approved by the Common Council of the City of Grand Rapids, Michigan, in regular session held August 24, 1908, is hereby repealed.

**An Ordinance Relative to Cemeteries and the Protection Thereof and the Burial of the Dead in the City of Grand Rapids. Passed January 26, 1914.**

The Common Council of the City of Grand Rapids doth ordain as follows:

**What Are Public Burial Grounds.**

Sec. 560 **(1).** All Cemeteries now owned or which may hereafter be acquired by the City of Grand Rapids, wherever situated, and all Cemeteries within the limits of said city, whether owned by said city or not, are hereby declared to be public burial grounds, and no person or persons, corporation, society or congregation shall locate or establish any other Cemetery within the limits of said city.

**No Interment in Any Place Other Than Cemetery.**

Sec. 561 **(2).** No interment of the body of any person shall be made in any other place than within a Cemetery devoted to that purpose.

**Trees, Shrubbery, Etc.**

Sec. 562 **(3).** No person nor persons shall cut, injure or remove any trees, shrubbery, gate, fence, post or steps, standing, growing or being in and upon any Cemetery or Cemetery grounds belonging to said city.

**Flowers, Etc.**

Sec. 563 **(4).** No person shall cut, remove, injure or carry away any flowers, trees, shrubs, plants or vines being or growing in and upon any Cemetery lot, or grounds used for Cemetery pur-

# EXHIBIT 71

# CHARTER

AND

# ORDINANCES

OF THE

# CITY OF NEW HAVEN, CONN.

Ordinances, etc.

AND

# SPECIAL ACTS

Revised to January, 1914

NEW HAVEN, CONN.
PRESS OF SAMUEL Z. FIELD
1914.



CC
New Haven
3
1914

Gift of
New Haven City Government

## Rules and Regulations of the New Haven Commission of Public Parks.

1. No domestic animal, except dogs, shall be permitted to enter or to go at large in any of said parks, either with or without a keeper. Dogs must be held in leash by the owners, otherwise they may be killed by any park-keeper, special constable or policeman.

2. No person shall pick any flowers, foliage or fruit, or cut, break, dig up, or in any manner mutilate or injure any tree, shrub, plant, grass, turf, railing, seat, fence, structure, or other thing in any of said parks, or cut, carve, paint, mark or paste on any tree, stone, fence, wall, building, monument, or other object therein, any bill, advertisement or inscription whatsoever.

3. No person shall carry or have any firearms on any of said parks, and no firearms shall be discharged from, or into any of the same. No stone or other missile shall be thrown or rolled from, into, within or upon any of said parks, except in such place as the commission may designate as a ball-field, in playing games in which a ball is used.

4. No person shall ride or drive on any road within any of said parks at a faster gait than eight miles per hour, and this shall apply to the use of cycles.

5. No threatening, abusive, boisterous, insulting or indecent language, or gesture shall be used on any of said parks, nor shall any oration, harangue, or other public demonstration be made, unless by special authority of said commission.

6. No person shall expose any article or thing for sale on any of said parks, unless licensed therefor by said commission.

7. No person shall bathe naked or otherwise in any waters in, or adjacent to any of said parks, or be naked within any of said parks, except in such places and subject to such regulations, as the commission may, from time to time, specially designate by a public notice set up for that purpose within the park.

8. No person, unless by authority of said commission, shall light, kindle, or use any fire on any of said parks.

9. No person shall ride or drive upon the grass, lawns, or foot-paths of any of said parks.

10. No person shall disturb or injure any bird, bird's nest or eggs, or any squirrel or other animal within any of said parks.

11. No person shall discharge or set off, on or within any of said parks, any fire crackers, torpedoes, rockets or other fireworks, except by license from said commission.

12. No person shall dig up or remove any dirt, stones, rock, or other thing, whatsoever, make any excavation, quarry any stone, or lay or set off any blast, or cause or assist in doing any of said things, within any of said parks, without the special order or license of said commission.

13. No bottles, broken glass, ashes, waste paper, or other rubbish, shall be left in any of said parks, except at such place or places as may be specially designated by the commission or by a sign marked public dump.

14. No cart, wagon, dray, truck or other vehicle, carrying lumber, stone, brick or any other goods, merchandise, or articles of freight, or which is commonly used for the carriage thereof, shall, except in service of the commission, enter any part of any of any of said parks, except such public highways as may have been duly established.

15. No horse shall be hitched to any shrub or tree in any of said parks.

16. No automobile or other motor vehicle shall be taken into or driven upon either East Rock Park, West Rock Park, or Fort Wooster Park.

17. Any person violating either the first, second, fourth, fifth, sixth, seventh, ninth, eleventh, twelfth, thirteenth or fifteenth of the foregoing rules and regulations shall forfeit and pay to the commission, for each offence, a penalty of ten dollars. Any person violating any other of said rules and regulations shall forfeit and pay to the commission, for each offence, a penalty of twenty dollars. Said penalties shall be enforceable by process of arrest against the body of the delinquent, and may be sued for on complaint made by the city attorney to the city court of the city of New Haven.

# EXHIBIT 72

# ORDINANCES, RULES AND REGULATIONS

OF THE

# DEPARTMENT *of* PARKS

OF THE

# CITY OF NEW YORK (city)

Digitized by INTERNET ARCHIVE

Original from LIBRARY OF CONGRESS

D. of D.
JAN 22 1917

6023-'16 (L & I) 1000

Digitized by
INTERNET ARCHIVE

Original from
LIBRARY OF CONGRESS

# ORDINANCES, RULES AND REGULATIONS

OF THE

# DEPARTMENT OF PARKS

*of the* CITY OF NEW YORK

---

The Park Board under Chapter 610 of the Charter (3d Edition, 1906) ordains as follows:

## CHAPTER 17.

## PARKS, PARKWAYS AND PARK-STREETS.

(REGULATIONS OF THE PARK BOARD.)

Article 1. General provisions.
2. Traffic regulations.
3. Building and other projections.
4. Miscellaneous.

## ARTICLE 1.

Section 1. Definitions.
2. Interfering with lands or improvements thereon.
2. Sub-surface disturbances.
4. Over-head wires.
5. Destruction of or injury to park property.

Digitized by INTERNET ARCHIVE Original from LIBRARY OF CONGRESS

6. Preservation of lawns and grass plots.
7. Bringing trees, plants and flowers into parks.
8. Use of roller skates.
9. Rubbish and refuse matter.
10. Processions; drills; music.
11. Public meetings.
12. Sales or exhibitions.
13. Posting bills or placards.
14. Bathing, fishing, boating and skating.
15. Protection of animals, birds and reptiles.

15a. Baseball and Other Games.

16. Animals at large.
17. Disorderly conduct.
18. Custodian of minors.

§1. Definitions. Unless otherwise expressly stated, whenever used in this chapter, the following terms shall respectively be deemed to mean:

1. *Commissioner,* or *the commissioner,* the park commissioner having jurisdiction of a particular park, or park-street, as hereinafter defined;

2. *Park,* any park, parkway, square, circle, or concourse, or part thereof, under the jurisdiction of the park department;

3. *Park-street,* a street, avenue, boulevard or other highway, under the jurisdiction of the park department;

4. *Permit,* a written authorization for the exercise of a specified park privilege, issued by the park commissioner having jurisdiction.

Digitized by INTERNET ARCHIVE Original from LIBRARY OF CONGRESS

in strict conformity therewith. No person shall distribute, hand out or cast about any card, circular, pamphlet or other printed matter within any park or upon any park-street.

§14. Bathing, fishing, boating and skating. No person shall bathe in, nor disturb in any way the fish in, the waters or fountains of any park, nor cast any substance therein; except, that in the waters adjacent to Pelham Bay Park bathing and fishing shall be permitted, subject to the rules and regulations prescribed by the commissioner. Fishing may also be allowed in the lakes of Prospect Park and Kissena Park, under permits. No person shall be permitted to appear in bathing costume in any park or parkway, except on the beaches in Pelham Bay, Seaside, Dreamland, Jacob Riis and Rockaway Parks. No boat or vessel shall be placed upon any of the waters of any park, except by special permit. No skating or sledding shall be allowed on any park lakes, unless and until the ice is declared to be in a suitable condition by the commissioner.

§15. Protection of animals, birds and reptiles. No person shall hunt, chase, shoot, trap, discharge or throw missiles at, or molest or disturb in any way, any animal, bird or reptile in any park.

§15-A. Baseball and other games. No person shall throw, cast, catch, kick or strike with any implement whatever, any baseball, golf ball, football, basket ball, bean bag, or other object in or upon any park or parkway, or any square, circle, concourse, playground, street, avenue, boulevard or

Digitized by INTERNET ARCHIVE Original from LIBRARY OF CONGRESS

other highway under the jurisdiction of the park department, or on any recreation pier, without a permit therefor issued by the commissioner or his supervisor of recreation nor otherwise than in accordance with the terms of such permit.

§16. Animals at large. No horse or other animal shall be allowed to go at large in any park or upon any park-street, except dogs that are restrained by a chain or leash not exceeding 6 feet in length.

§17. Disorderly conduct. No person shall, in any park,

1. Use threatening, abusive or insulting language;
2. Do any obscene or indecent act;
3. Throw stones or other missiles;
4. Beg or publicly solicit subscriptions or contributions;
5. Tell fortunes;
6. Play games of chance, or use or operate any gaming table or instrument;
7. Climb upon any wall, fence, shelter, seat, statute or other erection;
8. Fire or carry any firearm, firecracker, torpedo or fireworks;
9. Make a fire;
10. Enter or leave except at the established entrance-ways;
11. Enter any park for the purpose of loitering and remaining therein after 12 o'clock at night, except as, on special occasions, the occupation and use thereof may be authorized beyond the regular hours;

Digitized by INTERNET ARCHIVE Original from LIBRARY OF CONGRESS

# EXHIBIT 73

Birmingham, Ala.--- Ordinances---

# THE CODE
## of
# CITY OF BIRMINGHAM
## ALABAMA

UNIVERSITY OF ILLINOIS LIBRARY

PREPARED BY
HENRY L. ANDERTON

JUL 8 1919

BY AUTHORITY OF THE COMMISSION
OF THE CITY OF BIRMINGHAM

1917

Digitized by Google

PRESS OF
BIRMINGHAM PRINTING & BINDERY COMPANY
PRINTERS BINDERS, BLANK BOOK MAKERS

Digitized by Google

## CHAPTER XLIV

# Parks and Public Places

Sec. 1542. **All Parks Dedicated to Public Use.** All the parks heretofore marked out and dedicated to the city, and all public parks hereafter acquired by the city shall be and remain set apart and dedicated to the use of the public as parks and public grounds, and the same shall be regulated and governed in such manner as the Commission may from time to time ordain.

Sec. 1543. **For the Protection of Parks.** Any person who wilfully or maliciously breaks, cuts, disfigures, injures or destroys any tree, shrub, plant or flower within the enclosure of any of the public parks of the city, or any railing, structure or monument therein, or who shall hitch any horse or animal to any tree or shrub therein, shall, on conviction, be fined not less than one nor more than one hundred dollars.

Sec. 1544. **Conduct in Parks.** No person shall enter or leave any of the public parks of the City of Birmingham except by the gateways; no person shall climb or walk upon the walls or fences thereof; no person shall turn or lead any cattle, horses, goat, swine or other animals into any of such parks; no person shall carry firearms or throw stones or other missiles within any of such public parks; no person shall expose any article or thing for sale within any of such parks, nor shall any hawking or peddling be allowed therein; no threatening, abusive, insulting or indecent language shall be allowed in any part of any of such parks calculated to provoke a breach of the peace, nor shall any person tell fortunes or play at any game of chance at or with any table or instrument of gaming nor commit any obscene or indecent act there-

Digitized by Google

in; no person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any such park nor upon any gate or enclosure thereof; no person shall play upon any musical instrument, nor shall any person take into, carry or display in any such public park any flag, banner, target or transparency; no military company shall parade, drill or perform therein any military or other movements; no person shall light, make or use any fire in any such public park; no person shall go upon the grass, lawn or turf of the parks, except when and where the word "common" is posted, indicating that persons are at that time and place at liberty to go on the grass.

Sec. 1545. **Commission May Close Entrances.** The Commission may direct that any of the entrances to the public parks be closed at any time, and when so closed in obedience to such directions no person shall enter at any such place.

Sec. 1546. **Obstructions on Plats Along Public Streets.** It shall be unlawful for any person in possession of any lot or parcel of ground abutting on any public highway in the City of Birmingham to erect, maintain or permit any other person to erect or maintain or to continue or fail to remove within a reasonable time after notice or knowledge of the presence thereof of any wire, chain, rope or other obstruction or guard on any grass plat or parkway on any public highway in the City of Birmingham, unless such guard or obstruction shall conform to the following specifications, to-wit: The upright posts or stakes shall be made of dressed lumber four inches square and shall extend above the ground not less than three feet and shall be painted white. The cross bar shall consist of some rigid material and may be made either of iron pipe, an iron bar or a wooden bar which shall be placed at a height of not less than three feet above the surface of the ground and such bar or pipe shall also be painted white and shall be securely fastened to the said stakes or posts, which stakes shall be firmly placed in the ground and not more than eight feet apart.

Digitized by Google



Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 461 of 828

Sec. 1547. **Guards or Stakes Not to be Placed Within Six Inches of Paved Sidewalk.** No guards or stakes shall be placed on any grass plat or parkway on any public highway in the City of Birmingham within six inches of the paved portion of the sidewalk.

Sec. 1548. **Agents, Tenant and Owner Charged With Removing Obstructions.** The owner of the abutting property, as well as the person in possession thereof, whether as agent, tenant or owner, shall be under the duty of removing all guards or obstructions from said parkways or grass plats which do not conform to the foregoing specifications.

Sec. 1549. **Names of Parks.** The various parks and public places owned by the city shall be named and known as follows: Avondale Park, Behrens Park, Caldwell Park, Capitol Park, East Park, Ensley Park, Halls Park, Idlewild Park, Lakeview Park, Linn Park, Magnolia Park, Mineral Wells and Reservoir Park, North Birmingham Park, North Haven Park, Phelan Park, Rhodes Park, West Park, Woodlawn Park, Woodward Park.

---

## CHAPTER XLV

---

# Pawnbrokers

Sec. 1550. **Definition.** Pawnbroker under this chapter is and shall be defined to be one whose business it is to lend money upon a pawn or pledge.

Sec. 1551. **Shall Keep Register of Pawns.** It shall be the duty of each person in business in the City of Birmingham as a pawnbroker to keep at his place of business a book in which he shall enter, or cause to be entered in writing, a minute description of all personal

Digitized by Google

# EXHIBIT 74

# THE JOPLIN CODE
## OF 1917

Containing All the General Ordinances of the City, Except Ordinances Numbered 4487 and 5941 (Specifying in Detail the Regulations Relating to Street Improvements and Street Excavations, Respectively), Including Public Utility Franchise Ordinances in Force January 30, 1917; Also the Charter Act of 1913, Applying to Cities of the Second Class in Missouri in Force on Said Date; Also Certain Material Provisions of the Constitution and Statutes of the State of Missouri Applicable to Cities of the Second Class; Also a Brief Historical Sketch of the Municipal Incorporation of Joplin; Also a Directory of the Officers of the City from the Date of Its Early Incorporation in 1873 to the Present Time; Also Information in Relation to the Ownership of Real Estate by the City of Joplin.

Printed and Published by
AUTHORITY OF THE COUNCIL OF JOPLIN, MISSOURI,
IN BOOK FORM, JANUARY, 1917.

Revised and Codified by
HUGH McINDOE,
Mayor.

Assisted by
E. F. CAMERON,
City Attorney.

1917
THE JOPLIN PRINTING CO.
JOPLIN, MISSOURI

Aug 11-1924
AUG 11 1924

porch or any other projection from any house or other building in the city, any flower-pot, wooden box, bowl, pitcher or other article or thing whatever, unless the same is securely and firmly fastened or protected so as to render it impossible for any such pot, box, bowl, pitcher or other article to fall into the street, shall be deemed guilty of a misdemeanor.

Sec. 1210. **Women; Mashing, Etc.** It shall be unlawful for any person in said city to use any suggestive, leering or immoral word or act toward, or in the presence of another person, of the same or opposite sex, for the purpose of attracting the attention of or annoying such person, or to go, or stand, or loiter upon, or near, any thoroughfare, and by word, or act, attempt to annoy or attract the attention of any person of the opposite sex, by any leering or suggestive act or word, ordinarily known as "mashing"; or to solicit the company or acquaintance of another person for any immoral or unlawful purpose. Any person violating the provisions of this section shall be deemed guilty of a misdemeanor.

Sec. 1211. **Thoroughfare Defined.** The term "thoroughfare" when used in this article, shall include all streets, alleys, avenues, parks, parkings, drives, highways and other public places used by vehicles and private ways when a public use is permitted thereof.

Sec. 1213. **Misdemeanor.** Any person violating any of the provisions of this article, or who does anything prohibited herein, or who fails to do anything herein required to be done, shall be deemed guilty of a misdemeanor, and upon conviction, shall, for each offense, be punished by a fine of not exceeding three hundred dollars or by imprisonment not exceeding sixty days, or by both such fine and imprisonment.

## ARTICLE 68.

## PARKS.

Sec. 1214. **Conduct in Parks.** All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises except that dogs may be led or carried, but not allowed loose; to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges, signs, placards or notices, or any structures or property within or upon park premises; to bring upon any park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses, automobiles, motorcycles or bicycles; or to ride or drive faster than twelve miles an hour within any of the parks of the city of Joplin; to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitch-

ing places especially provided for such purposes; to obstruct the drives or paths; to stand or keep in or upon any park premises, without special permission in writing from the board of directors of the park board, any horse, burro or other animal, or any hack, carriage, automobile or other vehicle, for the purpose of hire or solicitation of patronage; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the board of directors of the park board; to drive or take any job or freight wagon in or upon any of the park premises, except those in park employ, private wagons conveying families or upon special written permission; to trail vehicles, to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of drunkenness, fighting or quarreling or indecency in or upon any of the parks; to lie, lounge or sleep on the benches or to lie in indecent positions on the benches or the ground; to tell fortunes or to play games of chance, to offer any article or thing for sale, except by written permission; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice or bills or other paper upon any structure, fence, tree or thing in or about the park premises, park drives, roads or boulevards; to bathe or fish in or to send any animal into or throw or place any article or thing in any of the waters of the park; to fish for or disturb any of the fish in any of the ponds or streams in the parks; to shoot at, catch or disturb any water fowl or other birds belonging to, preserved in or being in or about the parks; or to touch, molest or destroy the nest or nests of any birds, or the eggs therein, within any of the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park, or to parade, drill or perform therein any military or other evolution or movements as a military, target company, civic or otherwise, without written permission; to light, make or use any fire therein at any place or places except such as may be designated by the board of directors of the park board for that purpose; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown.

Sec. 1215. **Flowers, Shrubs, Etc.** No shrubs, plants or flowers shall be taken, or given away from any of the parks, without written permission, except for the decoration of soldiers' graves, to be cut under direction of the superintendent of parks for use May 30th of each year.

Sec. 1216. **Public Gatherings.** No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without written permission.

Sec. 1217. **Intoxicating Liquors in Parks.** No intoxicating liquors, as intoxicating liquors are defined in the ordinances of the city of Joplin, shall be allowed to be sold or given away, or to be brought into, used or drunk within any of the parks of the city,

or upon any of its boulevards, driveways or roads under the control of the park board.

Sec. 1218. **Rubbish Not to Be Thrown in Parks.** No person shall drop, throw or place any waste paper, straw, dirt, weeds, ashes, refuse or waste, swill or other rubbish, though not offensive to health, in or upon any park or property, boulevard, driveway or road under the control of the park board, or any part thereof.

Sec. 1219. **Placing of Buildings, Tents, Booths, Etc.** No person shall be permitted to build or place any tents, buildings, booths, stands or other structures in any of said parks, boulevards, driveways or roads under the control of the park board, without first obtaining the written permission of the board of directors of said board.

Sec. 1220. **Injuring Park Property.** No person shall dig, injure or tear up any pavement, sidewalk, crosswalk, grass plot or roadway, or any part thereof, or of any parking, boulevard, driveway or road, or dig down into, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any parking, boulevard, driveway or road under the control of the park board, without first having obtained written permission.

Sec. 1221. **Housemoving Through Parks Prohibited.** No person shall move any building along, across, or upon any park, boulevard, driveway or road under the control of the park board, without first having obtained permission.

Sec. 1222. **Funeral Processions.** No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks under the control of the park board, without previous written consent.

Sec. 1223. **Hauling Heavy Loads.** It shall be unlawful for any person or persons to haul, or cause to be hauled, in any vehicle, in or upon any part of the parks, boulevards, driveways or roads under the control of the park board, any coal, stone, brick, dirt, or other article or articles weighing together with the vehicle two thousand pounds or more; provided that this prohibition shall not be applied to omnibuses, hacks or carriages.

Sec. 1224. **Hauling Gravel, Cinders or Other Loose Material.** It shall be unlawful for any person to engage in driving within or upon any parks, boulevards, driveways or roads under the control of the park board, crushed stone, sand, gravel, sawdust, ashes, cinders, lime, tan bark, shavings, waste paper, ice, mortar, earth, coal, bricks, stone, rubbish, manure or other loose material likely to sift, fall or be blown upon such parks or streets, except in tight wagon boxes, or on wagons securely covered with canvas, and filled only to water level, and in case the same fall or be scattered within or upon any parks, boulevards, driveways or roads under the control of the park board, such person shall cause it to be forthwith removed.

Sec. 1225. **Scattering Contents of Loaded Wagon Upon Park.** It shall be unlawful for any person to cause any cart, wagon or other vehicle to be loaded and heaped up so that the contents, or any part thereof, shall be scattered within or upon any parks, boulevards, driveways or roads under the control of the park board.

Sec. 1226. **Stock in Parks.** Loose cattle or horses shall not be allowed to be driven in or upon, along or through any part of the parks, boulevards, parkways, avenues, driveways or roads under the control of the park board, without written permission.

Sec. 1227. **Ordinances Shall Apply to Parks Outside City Limits.** All ordinances of the city of Joplin where applicable shall apply and be in force in all the parks of the city of Joplin, whether within the city limits or without the city limits, and the police department is authorized and empowered to enforce all ordinances of the city of Joplin, as well as all of the rules and regulations of the board of directors of the park board, violated within the public parks, playgrounds, or other grounds belonging to the city, located within the city limits or without the city limits, in the same manner and to the same effect as if located in the corporate limits of the city of Joplin.

Sec. 1228. **Definition of Word "Parks."** Wherever the word "parks" appears in this article, it shall be deemed to mean both public parks and public playgrounds.

Sec. 1229. **"Written Permission" Defined.** Wherever it is provided in this article that written permission or consent shall be had, it shall mean written permission or consent of the board of directors of the park board.

Sec. 1230. **Misdemeanor.** Any person who shall violate any of the provisions of this article or any of the rules and regulations made by the board of directors of the park board, shall be deemed guilty of a misdemeanor.

## ARTICLE 69.

## PAWNBROKERS, SECOND-HAND DEALERS, JUNK DEALERS.

Sec. 1231. **Pawnbroker Defined.** Every person or corporation engaged in the business of receiving property in pledges, or as security for money or other thing advanced to the pawner or pledger, or who purchases personal property and agrees to sell it back, or who makes a display at his place of business of the sign of three balls, or who publicly exhibits any sign offering money to loan on personal property, except negotiable instruments, shall be held and is hereby defined to be a pawnbroker.

Sec. 1232. **Second-Hand Dealer Defined.** Any person who

# EXHIBIT 75

# REVISED ORDINANCES etc.

OF

# SALT LAKE CITY, UTAH

# 1920

---

REVISED, COMPILED AND ARRANGED

BY

W. H. GREGORY *of the* UTAH BAR

UNDER THE DIRECTION OF

WILLIAM H. FOLLAND, CITY ATTORNEY, AND
HORACE H. SMITH, ASSISTANT CITY ATTORNEY

---

PUBLISHED BY AUTHORITY OF THE
BOARD OF COMMISSIONERS
OF SALT LAKE CITY,
UTAH, 1920

Amendments of 1921.

*Printing and Binding by*
ARROW PRESS
Salt Lake City

Municipal Reference Library
BRANCH OF
NEW YORK PUBLIC LIBRARY
MUNICIPAL BUILDING

## CHAPTER XLII.

## PARKS AND PUBLIC PROPERTY.

**Section 1482. Superintendent of parks. Custodian of joint building.** There is hereby created the office of superintendent of parks and public property and the office of custodian of that part of the joint city and county building in Salt Lake City owned and controlled by said city, both of which officers and their departments and all employees therein shall be under the general supervision of the commissioner of parks and public property.

**Sec. 1483. Superintendent of parks, salary. Residence.** The board of commissioners may appoint a competent and experienced landscape gardener superintendent of parks and public property, at a salary not to exceed $2,200 per annum, payable monthly.

The superintendent of parks and public property may reside in the dwelling at Liberty Park rent free.

Section 601, C. L. U., 1917.

**Sec. 1484. Same, bond.** The superintendent of parks and public property, before he enters upon the duties of his office shall take and subscribe the constitutional oath of office, and execute a bond with good and sufficient sureties, to be approved by the board of commissioners, payable to Salt Lake City, in the penal sum of two thousand dollars, conditioned for the faithful performance of the duties of his office, and the payment of all moneys received by him as such officer, according to law and the ordinances of the city.

Sections 603 and 605, C. L. U., 1917.

**Sec. 1485. Assistant superintendent of parks. Supervisor of playgrounds. Other employees.** The board of commissioners may employ in the department of parks and public property one assistant superintendent of parks and public

property and one chief clerk at salaries not to exceed $1,620 per annum, such supervisors of playgrounds and other employees as may be necessary for the proper care, maintenance, improvement and beautification of the parks and public property of the city, at such salaries and for such periods of time as the board of commissioners may determine.

**Sec. 1486. Assistant superintendent of parks and public property. Duties.** It shall be the duty of the assistant superintendent of parks and public property to assist the superintendent of parks and public property in the supervision of the work, care, maintenance, improvement and beautification of the parks of Salt Lake City, not under the control, care, and supervision of some other officer, to act as florist at Liberty Park, and to do and perfom such other services as shall be required of him by the commissioner of parks and public property.

**Sec. 1487. Superintendent of parks, etc. Duties.** It shall be the duty of the superintendent of parks and public property to supervise the work of the care, maintenance, improvement and beautifying of all parks and public property in Salt Lake City, not under the control, care and supervision of some other department of the city.

**Sec. 1488. Assistant superintendent of parks. Duties. Employees.** The board of commissioners may employ the following officers, clerks and employees in the department of parks and public property, at salaries not to exceed the following, to wit:

One assistant superintendent of parks and public property, at a slary of not to exceed $1,800 per annum.

It shall be the duty of the assistant superintendent of parks and public property to assist the superintendent of parks and public property in the supervision of the work, care, maintenance, improvement and beautifying of the parks in Salt Lake City not under the control, care and supervision

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 473 of 828

of some other officer; to act as florist at Liberty park; and to do and perform such other services as shall be required of him by the commissioner of parks and public property.

One chief clerk at not to exceed $1,620 per annum.

Such supervisors of play grounds and at such salaries and for such terms as the board of commissioners may determine.

Such other employees and laborers as may be necessary; and to furnish and provide such equipment as may be necessary for the proper care, maintenance, improvement and beautification of the parks and public property of the city.

Section 601, C. L. U., 1917.

**Sec. 1489. Custodian of joint building. Salary.** The board of commissioners may appoint a competent and suitable person custodian of that part of the joint city and county building owned and controlled by said city at a salary of not to exceed $1,800 per annum, to be paid monthly.

The custodian of that part of the joint city and county building owned and controlled by Salt Lake City, shall, before he enters upon the duties of his office, take and subscribe the constitutional oath of office, and execute a bond with good and sufficient sureties, to be approved by the board of commissioners, payable to Salt Lake City, in the penal sum of $1,000, conditioned for the faithful performance of the duties of his office, and the payment of all moneys received by him as such officer, according to law and the ordinances of the city.

Sections 603 and 605, C. L. U., 1917.

**Sec. 1490. Duty of custodian.** It shall be the duty of the custodian of said building to supervise the work of the care and maintenance of that part of the joint city and county building in Salt Lake City owned and controlled by said city, and of the offices, apartments and rooms thereof.

Said custodian shall also act as custodian and supervise the work of the care and maintenance of the public safety building.

Section 601, C. L. U., 1917.

**Sec. 1491. Joint building. Janitors. Other employees.** The board of commissioners may employ such janitors and other employees in that part of the joint city and county building owned and controlled by Salt Lake City as may be necessary to the proper care and maintenance of said building; said employees to receive such wages as may be fixed by the board of commissioners; and in connection with Salt Lake county, employ one night watchman for the inside of said building, one night watchman for the outside of said building and grounds surrounding the same, one engineer, one assistant engineer, and such firemen as said board and said county may determine, and pay said employees such wages as may be fixed by said board and said Salt Lake county.

Section 601, C. L. U., 1917.

**Sec. 1492. Public safety building. Engineers. Janitors, etc.** The board of commissioners of Salt Lake City may employ such engineers, firemen, stokers, janitors, and other employees as may in the judgment of the board be necessary for the proper care of the public safety building, at such wages as may be fixed by said board.

Section 601, C. L. U., 1917.

**Sec. 1493. Warm Springs. Custodian. Other employees.** The board of commissioners may employ the following employees at the compensation named, to perform duties at what is known as the Warm Springs sanitarium building, owned by Salt Lake City, situated on the corner of Second West and Seventh North streets, to wit:

One custodian at a compensation not to exceed $2,220 per annum, payable monthly.

One assistant custodian, at a compensation not to exceed $1,800 per annum, payable monthly.

One fireman and such other employees as in the judgment of the board may be necessary for the proper care, maintenance and conduct of said property and the building thereon, at such wages as may be fixed by said board.

That the persons named as custodians and assistant custodian shall, before entering upon the discharge of their duties, take the constitutional oath of office, and execute to Salt Lake City a bond, with good and sufficient sureties, to be approved by the board of commissioners, payable to Salt Lake City, in the sum of $1,000, the conditions of said bond being that they will faithfully perform the duties of their office as prescribed by the board of commissioners and the commissioner of parks and public property, and observe and obey all laws and ordinances of the city, and pay to the city treasurer all moneys received by them as such custodian and assistant custodian, according to law and the ordinances of the city.

Sec. 601, C. L. U., 1917.

**Sec. 1494. Offenses in parks and play grounds.** It shall be unlawful for any person to do or suffer or permit to be done any of the acts hereinafter specified in any public park or play ground in Salt Lake City, or in any place now, or which may hereafter be set aside or used as a public park or play ground, to wit:

1. To lead or let loose any cattle, horse, mule, goat, sheep, swine, dogs or fowl of any kind.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes, powder, or any other fireworks or explosive.

3. To cut, break, injure, deface or disturb any trees, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant, flower, or to mark, or write upon any building, monument, fence, bench or other structure.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills, or circulars, or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind.

6. To swim, bathe or wade in the waters of any fountain, pond, lake or stream not set aside for the purpose of swimming, bathing, or wading, or pollute the waters of any fountain, pond, lake or stream.

7. To make or kindle a fire for any purpose.

8. To camp or lodge therein.

9. To ride, or drive any horse, or other animals, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purposes, and never on the footpaths.

10. To engage in fighting or indulge in rioutous, boisterous, threatening, or indecent conduct, or to use any abusive, threatening, profane or indecent language.

11. To sell or offer for sale, any merchandise, article or thing whatsoever, without the written consent of the commissioner of parks and public property, within any park or play ground or within a distance of 60 feet from the boundary line of any public park or play ground.

12. To hitch or fasten any horse or other animal to any tree or any other place or structure not specially designated and provided for such purpose.

13. To ride or drive any animal or vehicle at a rate of speed exceeding fifteen miles per hour.

14. To ride or drive any horse or animal not well broken and under perfect control of the driver.

15. To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, slot machine, wheels or other device, for money, chips, credit, cigars, candy, merchandise, or any other thing representative of value, or to maintain or exhibit any cards, dice, table,

wheel, machine or other instrument or device for betting, gambling or gaming.

16.  To practice, carry on, conduct or solicit for any trade, occupation, business or profession, without the written permission of the commissioner of parks and public property.

17.  To play or engage in any game, excepting at such place as shall be specially set apart for that purpose.

18.  To drive or have any dray, truck, wagon, cart, perambulator or other traffic vehicle, carrying or regularly used or employed in carrying goods, merchandise, lumber, machinery, oil, manure, dirt, sand, or soil, or any article of trade or commerce, or any offensive article or material whatsoever upon any road or drive, except such as may be specially provided or designated for such use.

19.  To throw or deposit any bottles, tin or tin cans, broken glass, nails, tacks, crockery, wire, paper, clothes, scrap or sheet iron, boxes, boards, lumber or stone, or any rubbish or garbage.

20.  To conduct or carry on any celebration, parade, service, speech-making or exercise, without first obtaining permission from the commissioner of parks and public property; or to take part in any celebration, parade, speech-making or exercise held or conducted contrary to the provisions hereof.

21.  To suffer or permit any dog to enter or remain in a public park or play ground, unless it be led by a leash of suitable strength, not more than six feet in length.

22.  For any male person over eight years of age to enter or use any water closet designated for women in a public park or play ground.

23.  To hunt or fish at any park or public grounds.

24.  To annoy, injure, release from confinement, or in any manner interfere with any swan, duck, goose, bird or animal, the property of the city.

# EXHIBIT 76

# REVISED ORDINANCES OF 1921

## CITY OF BURLINGTON VERMONT

BURLINGTON
FREE PRESS PRINTING COMPANY
1921

# RULES AND REGULATIONS FOR THE USE OF PARKS AND CEMETERIES

---

## PARKS.

1. No domestic animals, except dogs, shall be permitted to enter or go at large in any of said parks, either with or without a keeper. Dogs must be held in lease by their owners, otherwise they may be killed by any park-keeper, special constable or policeman.

2. No person shall pick any flowers, fruit or foliage, or cut, break, dig up, or in any way mutilate or injure any tree, shrub, plant, grass, turf, railing, seat, fence, structure, or anything in any of said parks, or cut, carve, point, mark or paste on any tree, stone, fence, wall, building, monument or other object therein, any bill, advertisement or inscription whatsoever.

3. No person shall carry or have any firearms on any of said parks, and no firearms shall be discharged from or into the same. No stone or other missile shall be thrown or rolled from, into, within, or upon any of said parks, except in such places as the commission may designate as a ball-field, in playing games in which a ball is used.

4. No person shall ride or drive on any road within any of said parks at a faster gait than fifteen miles per hour, and this shall apply to the use of cycles.

5. No threatening, abusive, boisterous, insulting or indecent language or gesture shall be used on any of said parks. Nor shall any oration, harangue, or any other public demonstration be made, unless by special authority of said commission.

6. No person shall expose any article or thing for sale on any of said parks, unless licensed therefor by said commission.

7. No person shall bath naked, or otherwise, in any waters, in or adjacent to any of said parks, or be naked within any of said parks, except in such places and subject to such regulations as the commission may, from time to time, especially designate by a public notice set up for that purpose within the park.

8. No person, except by authority of said commission, shall light, kindle or use any fire on any of said parks.

9. No person shall ride or drive upon the grass, turf or lawns of said parks.

10. No person shall disturb or injure any bird, bird's nest, or eggs, or any squirrel or other animal within any of said parks.

11. No person shall discharge or set off, on or within any of said parks any firecrackers, torpedoes, rockets, or other fireworks, except by license from the commission.

12. No person shall dig up or remove any dirt, stones, rock, or other thing whatever, make any excavation, quarry any stone or lay or set off any blast, or cause or assist in doing any of such things, within any of said parks, without the special order or license of said commission.

13. No bottles, broken glass, ashes, waste-paper, or other rubbish shall be left in any of said parks, except at such place or places as may be specially designated by the commission.

14. No horse shall be hitched to any shrub or tree in any of said parks.

15. No automobile or other motor vehicle shall be taken into or driven upon any public park except upon such drives and subject to such regulations as the commission may from time to time especially designate by public notice set up for that purpose within the park.

16. No person or corporation shall trim, break, dig up or in any way mutilate a street tree without the permission and under the supervision of the commission.

17. No person shall plant or cause to be planted or assist in planting in any of the city streets any variety of poplar, cottonwood or willow tree.

18. Any person violating either the first, second, fourth, fifth, sixth, seventh, ninth, eleventh, twelfth, thirteenth, fourteenth or seventeenth of the foregoing rules and regulations, shall forfeit and pay to the commission, for each offense, a penalty of ten dollars. Any person violating any other of said rules and regulations shall forfeit and pay to the commission, for each offense, a penalty of twenty dollars. Said penalties shall be enforceable by process of arrest against the body of the delinquent and may be sued for on complaint made by the city attorney to the Burlington city court.

---

## CEMETERIES.

### GENERAL PROVISIONS.

1. Lake View Cemetery will be open from 7.00 o'clock a. m., until sunset, and Green Mount and Elmwood Cemeteries from 7.00 a. m., until sunset during the season. All persons must leave the grounds before the gates are closed.

2. No trucks or heavy wagons will be allowed inside the grounds except by special permission from the superintendent, unless bringing material for work to be done in the cemetery.

3. No fast driving will be allowed in the grounds.

4. Bicycles, motor cycles or automobiles are allowed within the grounds only by permission from the superintendent.

# EXHIBIT 77

# DIGEST OF THE

# CHARTER AND ORDINANCES

OF THE

# CITY OF CHATTANOOGA

IN FORCE ON JANUARY 1st, 1922.

---

ALSO CONTAINING STATE LAWS INCORPORATING AND RELATING TO SAID CITY, FRANCHISES GRANTED BY SAID CITY AND A DIGEST OF THE BONDED INDEBTEDNESS THEREOF.

---

COMPILED BY

FRANK S. CARDEN, City Attorney,

and

RUTH DURANT EVANS, Member of the Chattanooga Bar.

1922

LONG-JOHNSON PRINTING COMPANY
Jackson, Tennessee

# CHAPTER 2.

# PUBLIC GROUNDS.

Article I. General Regulations for Public Parks.
II. Citizens' Cemetery Park.
III. Trees on Streets of City.

---

## ARTICLE I.

## GENERAL REGULATIONS OF PUBLIC PARKS.

**Section 509. Unlawful to drive any animal or vehicle in parks except along driveways, &c. Unlawful to drive certain vehicles along driveways.**—It shall be unlawful for any person to drive or propel any vehicle, or drive any horse or other animal in, or over or through any park, except along and upon park drives, parkways and park boulevards, or to drive or propel along or over any park drive, parkway or park boulevard, any heavily laden vehicle or any vehicle carrying or ordinarily used in carrying merchandise, goods, tools, material or rubbish, or any market wagon, farm wagon, milk wagon, dirt cart, moving van, dray or truck, or any hearse, or any vehicle carrying the body of a deceased person, or any carriage or other vehicle being a part of a funeral procession, going to or returning from a cemetery. (Ordinance No. 1377, Sec. 1, Book A-1, Page 54).

**Section 510. Speed of vehicles on driveway.**—It shall be unlawful for any person to drive or propel over or along any park drive, parkway or park or playground, any vehicle, or to ride or drive any horse or other animals, or any bicycle, tricycle or automobile, at a careless, indifferent or reckless speed. (Ordinance No. 1377, Sec. 2, Book A-1, Page 54).

**Section 511. Unlawful to drive stock through park or allow trespass of stock.**—It shall be unlawful to lead a horse or other animal, or drive stock of any kind through or upon park property or to permit stock of any kind to trespass upon or damage park property or grounds, and the owners of such stock thus trespassing are hereby made amenable to the penalties under this ordinance. (Ordinance No. 1377, Sec. 3, Book A-1, Page 54).

**Section 512. Unlawful to erect billboards, &c.**—It shall be unlawful for any person to place or erect any structure, sign, bulletin board, or advertising device of any kind whatever in any park, or to attach any notice, bill, poster, sign, wire, rod or cord to any tree, shrub, fence, railing, post or structure belonging to any park; PROVIDED, that the Park Commissioner may permit the erection of temporary decorations on occasions of public celebrations or holidays. (Ordinance No. 1377, Sec. 4, Book A-1, Page 54).

**Section 513. Unlawful to injure &c. any tree &c.**—It shall be unlawful for any person to remove, destroy, mutilate or deface any structure, monument, statue, vase, fountain, wall, fence, vehicle, bench, tree, shrub, fern, plant, flower or other property in any park. (Ordinance No. 1377, Sec. 5, Book A-1, Page 54).

**Section 514. Unlawful to stand, &c. on any flower-bed, monument, fence, &c.**—It shall be unlawful for any person to walk, stand or sit on any border, flower bed, monument, vase, fountain, railing or fence in any park, or enter or leave a park by climbing over or forcing a way through any fence or gates in any park. (Ordinance No. 1377, Sec. 6, Book A-1, Page 54).

**Section 515. Unlawful to allow dog or other animal to run at large.**—It shall be unlawful for any person to allow or permit any dog or other animal to run at large in any park, or enter any of the lakes, ponds, fountains, or streams therein. (Ordinance No. 1377, Sec. 7, Book A-1, Page 54).

**Section 516. Offenses against public safety, good morals and the public peace, unlawful. Unlawful to sell or advertise any article, &c.**—It shall be unlawful to discharge or carry firearms, firecrackers, torpedoes, or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority, to make any fire, to have any intoxicating beverage; to sell, offer, or expose for sale any goods, or wares, except under a written license from the Park Commissioner; to post or display any sign, placard, flag, or advertising device without such license; to solicit any subscription or contribution; to play any game of chance, or to have possession of any instrument of gambling; to make any oration, harangue, or loud outcry; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy any other visitor. (Ordinance No. 1377, Sec. 8, Book A-1, Page 54).

**Section 517. Unlawful to hold public meetings, &c. without consent of the Department of Public Utilities, Grounds and Buildings.**—It shall be unlawful for any person to hold any public meeting or gathering, or make any public speech in any park, except upon arrangements being made therefor with the Department of Public Utilities, Grounds and Buildings. (Ordinance No. 1377, Sec. 9, Book A-1, Page 54).

**Section 518. Unlawful to hitch horse to tree &c. or allow horse unhitched.**—It shall be unlawful for any person to hitch any horse or other animal to any trees, shrubs, fence, railing or other structure, except such as are provided for that purpose, or to allow any horse or other animal to remain unhitched beyond the reach of the driver or attendant, in any park. (Ordinance No. 1377, Sec. 10, Book A-1, Page 54).

**Section 519. Intoxicated person not to enter parks.**—It shall be unlawful for any intoxicated person to enter or remain within any park. (Ordinance No. 1377, Sec. 11, Book A-1, Page 54).

**Section 520. Unlawful to ride bicycles &c. except along driveways &c.**—It shall be unlawful for any person to ride any bicycle, tricycle or autocycle through any park, except along and upon the park drives, parkways, park boulevards and upon paths set apart and designated as "Bicycle paths." (Ordinance No. 1377, Sec. 12, Book A-1, Page 54).

**Section 521. Unlawful to play baseball, &c. except at places designated.**—It shall be unlawful for any person to play at any game of baseball, football, golf, cricket, lacrosse, polo, hockey, or other game of like character in any park, except at the place or places set apart and designated as grounds for such games and athletic sports, and then only upon such terms as the Commissioner of Public Utilities, Grounds and Buildings may designate. (Ordinance No. 1377, Sec. 13, Book A-1, Page 54).

**Section 522. Unlawful to void excrement or urine except at places provided.**—It shall be unlawful to void excrement or urine within the limits of any park or playground excepting in such place or apartment as is or shall be specially provided for such purpose; or to use or enter any apartment established for persons of opposite sex exclusively. (Ordinance No. 1377, Sec. 14, Book A-1, Page 54).

**Section 523. Unlawful to sleep or lie upon any seat, &c.**—It shall be unlawful to sleep upon, or lie upon or overturn any seat or swing or other appliance of any park or playground. (Ordinance No. 1377, Sec. 15, Book A-1, Page 54).

**Section 524. Unlawful to molest any bird, &c.**—It shall be unlawful to take or molest any bird, fish or frog or any live animal or bird egg, or in any way interfere with bird nests, or with any cage, box, place, or enclosure for the protection of any bird, fish or any live animal. (Ordinance No. 1377, Sec. 16, Book A-1, Page 55).

**Section 525. Unlawful for men to occupy any location set apart for women and children.**—It shall be unlawful for men to occupy any seat or location designated or set apart for women or children. (Ordinance No. 1377, Sec. 17, Book A-1, Page 55).

**Section 526. Unlawful to destroy, &c. Notices &c. of the Commissioner of Public Utilities, Grounds and Buildings.**—It shall be unlawful to deface, or tear down any rules, regulations or notices established by the Commissioner of Public Utilities, Grounds and Buildings. (Ordinance No. 1377, Sec. 18, Book A-1, Page 55).

**Section 527. Misdemeanor to violate foregoing sections.**—Any person who shall violate or fail to comply with any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof before the City Judge shall be punished by a fine of not less than two nor more than fifty dollars. (Ordinance No. 1377, Sec. 19, Book A-1, Page 55).

**Section 528. Jurisdiction of Commissioner of Public Utilities, Grounds and Buildings over parks, &c.**—The Commissioner of Public Utilities, Grounds and Buildings shall have charge and general supervision over all squares, parks and zoological exhibits belonging to the City of Chattanooga. (Ordinance No. 1103, Sec. 5, Book E, Page 403).

## ARTICLE II.

## CITIZENS' CEMETERY PARK.

**Section 529. Making Citizens' Cemetery a public park under name of "Citizens' Cemetery Park."**—The plot of ground within the corporate limits of the city, now known as the Citizens' Cemetery, is hereby given the status of a public park under the name of Citizens' Cemetery Park, and placed under the Department of Public Utilities, Grounds and Buildings. (Ordinance No. 1422, Sec. 1, Book A-1, Page 130).

**Section 530. Commissioner of Public Utilities, Grounds and Buildings to govern same.**—The Commissioner of said Department is authorized to make all proper rules and regulations governing the care and use of said park. And he is authorized, through his subordinates or otherwise, to see that all such

# EXHIBIT 78

, etc.

# THE CHICAGO MUNICIPAL CODE OF 1922

CONTAINING THE GENERAL ORDINANCES OF THE CITY IN FORCE NOVEMBER 22, 1922, AND REPEALING FORMER GENERAL ORDINANCES WITH CERTAIN EXCEPTIONS

PASSED NOVEMBER 22, 1922.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL IN BOOK FORM DECEMBER 21, 1922.

REVISED AND CODIFIED BY

SAMUEL A. ETTELSON

CORPORATION COUNSEL

ASSISTED BY

LEON HORNSTEIN, FRANK W. DERBY AND RUTH C. NELSON

ASSISTANT CORPORATION COUNSEL

US/IL
169
F52

1922

T. H. FLOOD & CO.

CHICAGO

COPYRIGHT
T. H. FLOOD & CO.
1922

MAR 2 1923

Digitized by Google

# CHAPTER LVII.

## PARKS, PLAYGROUNDS, BATHING BEACHES AND STREET TREE PLANTING.

### ARTICLE I.

BUREAU OF PARKS, PLAYGROUNDS AND BATHING BEACHES.

**2864. Bureau established.]** There is hereby established the bureau of parks, playgrounds and bathing beaches, which shall be under the jurisdiction and control of the commissioner of public works, and shall embrace such employes as the city council may provide.

**2865. Secretary, bureau of parks, playgrounds and bathing beaches —duties.]** There is hereby created the office of secretary of the bureau of parks, playgrounds and bathing beaches, who shall be under the immediate jurisdiction and control of the commissioner of public works, and shall have the management and control of all city parks, public squares, triangles and other open spaces at street intersections, city playgrounds, bathing beaches and swimming pools; all trees, plants and shrubs planted and to be planted in the streets and public highways of the city of Chicago, and the municipal nursery, including their construction, operation and maintenance.

**2866. Jurisdiction and superintendence.]** The secretary of the bureau of parks, playgrounds and bathing beaches, under the direction of the commissioner of public works, shall have jurisdiction over all city parks, public squares, triangles, municipal playground, municipal bathing beaches and swimming pools, and street parkways, including the following:

**PARKS, SQUARES AND TRIANGLES**

| NAME | ACRES | LOCATION |
|---|---|---|
| Adams park | 2 | 75th place, 76th street, Dobson avenue. |
| Aldine square | 1.5 | Vincennes avenue, 37th place and alley north of 38th street. |
| Arcade park | .9 | 111th place, 112th street, Forrestville avenue and Watt avenue. |
| Auburn park | 6 | Bounded by Lagoon avenue, Stewart avenue, Winneconne avenue and Normal avenue. |
| Austin park | 4.5 | Waller avenue, C. & N. W. R'y, Austin avenue and Lake street. |
| Avers avenue parkway | | From west Addison street to Avondale avenue. |
| Arbor rest | .33 | North State street, Rush street, Bellevue place. |
| Archer point | .15 | Archer avenue, 20th street, Dearborn street. |
| Amy L. Barnard park | 1.25 | North side 105th street, between Longwood boulevard and Walden parkway. |
| Bickerdike square | 1 | Ohio street, Bickerdike street, Ashland place, Armour street. |
| Blackstone point | .2 | Lake Park avenue, Blackstone avenue, 49th street. |
| Buena circle | .5 | Buena avenue and Kenmore avenue. |
| Belden triangle | .2 | North Clark street, Sedgwick street, Belden avenue. |
| Calumet parkway | 1.50 | Calumet avenue, 63-61st street. |
| Chamberlin triangle | .27 | Greenwood avenue, Lake Park avenue, 43rd. |
| Clark park | .6 | Southwest corner Kedvale and Hirsch streets. |
| Columbus circle | .5 | South Chicago avenue, Exchange avenue, 92nd street. |
| Colorado point | .25 | Colorado avenue, Monroe street, Francisco avenue. |
| Crescent park | 8 | Crescent road, Prescott avenue, Ormonde avenue and Grassmere road. |
| Dickinson park | 1.5 | North Lavergne avenue, Dickinson avenue, Belle Plaine avenue. |
| Dauphin park | 5.12 | 87th street, I. C. R. R., 91st street and Dauphin |
| DeKalb square | .75 | Lexington street, Hoyne avenue, Flournoy street, DeKalb street. |
| Diversey parkway | 1.50 | Diversey avenue and Seminary avenue. |
| Eldred grove | 1 | Norwood Park avenue and C. & N. W. R'y from Argyle to Ainslie street. |
| Ellis park | 4 | 36th street, 37th street, Langley avenue, Elmwood court. |
| Eighty-seventh street parkway | 5 | In 87th street from C. R. I. & P. R'y to Eggleston avenue. |
| Eugenie triangle | .2 | Eugenie street, N. Clark street, LaSalle avenue. |
| Fernwood park | 8 | 103rd street, 95th street, Stewart avenue, Eggleston avenue |

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 491 of 828

| NAME | ACRES | LOCATION |
|---|---|---|
| Gage farm | 160 | Bounded by 22nd street on the north and 26th street on the south. The east section line is 1,400 feet west of Oak Park avenue, extending west 4,000 feet. (Outside city limits.) |
| Graceland triangle | .2 | Malden avenue and Montrose boulevard. |
| Gross park | .5 | On Otto street, between east Ravenswood and Paulina street. |
| Green Bay triangle | .2 | Chestnut street, Rush street, Cass street. |
| Harding avenue parkway | 3 | In Harding avenue, between Addison street and Byron avenue. |
| Holden park | 4 | Lake street, Ferdinand street, Central avenue, Parkside avenue. |
| Higgins road triangle | | Higgins road and Milwaukee avenue. |
| Irving park | .35 | C. & N. W. R'y, Irving Park boulevard, near 42nd avenue. |
| Kedzie park | 3 | Kedzie avenue, between Palmer place and North avenue. |
| Kinzie parkway | 1.25 | Kinzie street, between Laramie avenue and Long avenue. |
| Lawrence avenue triangles (4) | .8 | On Lawrence avenue, between Clark and Broadway avenue. |
| Linden park | .9 | Avondale avenue, C. & N. W. R'y, from School street to Belmont avenue. |
| Lyle park | .9 | Wallace street and C. & W. I. R. R., 75th to 79th streets. |
| Maplewood triangle | .2 | Schubert and Maplewood avenues and C. & N. W. R'y. |
| Merrick park | 6 | Pine avenue, Long avenue, Ferdinand street and Kinzie street. |
| McKenna triangle | .3 | 38th street, Archer avenue, Campbell avenue. |
| Montrose point | .2 | Montrose avenue, Sheridan road, Broadway. |
| Mulberry point | .4 | Nickerson avenue, Nina street, Nicollet. |
| Myrtle grove | 1.5 | Neva avenue, Ninnewa avenue, Hood avenue. |
| Normal park | 2.5 | 67th street, 69th street, Lowe avenue, C. & W. I. R. R. |
| Norwood circle | 2.5 | Neva avenue, Peterson avenue, Circle avenue. |
| Oakland park | .75 | Lake Park avenue, 39th street, I. C. R. R. |
| Ogden arrow | .4 | North Clark street, Wells street, Ogden front. |
| Patterson park | .2 | Leavitt street, Boone street, DeKalb street. |
| Pullman park | .6 | 111th street, 111th place, Cottage Grove avenue and Forrestville avenue. |
| Ravenswood parkway | 1.75 | East Ravenswood avenue, between Lawrence and Berteau avenues. |
| Rice triangle | .2 | Western avenue and Grand avenue. |
| Rocky Ledge park | 3.25 | 79th street and Lake Michigan. |
| Roberts square | 5 | Winnemac avenue, north Laramie avenue, Argyle street, north Lockwood avenue. |
| Rutherford park | 4.33 | Palmer street, north Newland avenue, north Oak Park avenue, C. M. & St. P. R. R. |
| Sacramento avenue parking | .2 | 26th street, Sacramento avenue and House of Correction. |
| Salt creek park | 32.64 | Salt creek and C. B. & Q. R. R. at Brookfield. (Outside city limits.) |
| Schoenhofen place | .3 | Canal street, Canalport avenue, 18th street. |
| Stony Island parkway | 8 | Stony Island avenue. 69th to 79th streets. |
| Twenty-second street parkway | 3.5 | In 22nd street from 40th avenue to 46th avenue. |
| The Midway | 1.5 | Midway, between Waller avenue and Austin avenue. |
| The lily gardens | 2.4 | Lowe avenue, C. & W. I. R. R., 71st street, 73rd street. |
| The railway garden | 2.5 | Avondale avenue, Nettleton avenue, and Raven street, south of C. & N. W. R'y, also on Norwood Park avenue, north of C. & N. W. R'y. |
| Washington square | 3 | North Clark street, Walton place, north Dearborn street, Delaware place. |
| West End parkway | 1.4 | In West End avenue from Menard avenue to Austin avenue, north Waller avenue, Parkside avenue. |
| Winnemac park | 40 | Robey street, Foster avenue, Argyle street and Leavitt street. |
| Washington Heights park | .2 | Vincennes road and 104th street. |

PLAYGROUNDS.

| Name. | Location. |
|---|---|
| Adams | Seminary ave. near Center st. |
| Beutner | 33rd and La Salle sts. |
| Bosley | 31st and Bonfield sts. |
| Christopher | 22nd and Robey sts. |
| Commercial club | Chicago ave and Lincoln st. |
| Hamlin | 16th st. and Hamlin ave. |
| McLaren | Polk and Laflin sts. |
| Northwestern | Larrabee and Alaska sts. |
| Orleans | Orleans st. and Institute pl. |
| Robey | Robey and Birch sts. |
| Sherwood | 57th and Princeton ave. |
| Wm. Hale Thompson | North end of Clarendon beach |
| Wrightwood | Wrightwood and Greenview aves. |

BATHING BEACHES.

| | |
|---|---|
| Clarendon beach | Lake Michigan, foot of Sunnyside ave. |
| Rainbow beach | Lake Michigan and 76th st. |

Digitized by Google

| Name. | Location. |
|---|---|
| Rocky Ledge beach | Lake Michigan, foot of 79th st. |
| Rogers Park beach | Lake Michigan and Kenilworth ave. |

SWIMMING POOLS.

| | |
|---|---|
| Beilfuss natatorium | 1725 N. Springfield ave. |
| Griffith natatorium | 104th st. and Harvard ave. |
| Jackson natatorium | 3506 W. Fillmore st. |
| Washington Heights pool | 104th st. and Vincennes ave. |

**2867. Police powers of officers of bureau.]** Such employes of the bureau of parks, playgrounds and bathing beaches as the commissioner of public works or the secretary of said bureau may designate shall have full police powers, and for that purpose shall be sworn in as special policemen by the superintendent of police, and furnished with suitable badges of authority, and shall also have full power to eject from any public park, playground or bathing beach any person who acts in a disorderly manner, or in a manner calculated to injure the property of the city within such public park, playground or bathing beach, or in a manner calculated to interfere with the full enjoyment of same by the public.

## ARTICLE II

### REGULATIONS.

**2868. Entrance and egress.]** Wherever any park, public playground or bathing beach of the city is enclosed, no person shall enter or leave the same except by the gateways. No person shall climb or walk upon the walls or fences thereof. Any of the entrances to such parks, playgrounds or bathing beaches of the city may be closed at any time by the direction of the officer or employe in charge of same.

**2869. Animals prohibited.]** No person shall bring or lead any dog in any parkway or public playground unless it is held by a suitable cord or chain, not more than six feet long and is muzzled, and no person shall bring or lead any dog or other animal onto the premises of any bathing beach.

**2870. Firearms—missiles.]** All persons are forbidden to carry firearms or to throw stones or other missiles within any of the parks, public playgrounds or bathing beaches of the city, and all persons are forbidden to cut, break or in any way injure or deface trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property contained therein.

**2871. Peddling and hawking prohibited.]** No person shall expose any article or thing for sale within any such public park, playground or bathing beach, nor shall any hawking or peddling be allowed therein without permission so to do in writing from the commissioner of public works.

**2872. Indecent words—fortune telling.]** No threatening, abusive, insulting or indecent language shall be allowed in any part of such parks, public playgrounds or bathing beaches; nor shall any conduct be permitted whereby a breach of the peace may be occasioned; nor shall any person tell fortunes or play any game of chance at or with any table or instrument of gaming, nor shall any person commit any obscene or indecent act therein.

Digitized by Google

**2873. Bill posting prohibited.]** No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any such park, public playground or bathing beach belonging to the city, nor upon any of the gates or inclosures thereof.

**2874. Prohibited uses.]** No person shall play upon any musical instrument, nor shall any person take into, or carry or display in any park, public playground or bathing beach, any flag, banner, target or transparency, nor shall any military company parade, drill, or perform therein any military or other evolutions or movements, without a special permit from the commissioner of public works.

**2875. Bonfires.]** No person shall light, make or use any bonfire in any such park, public playground or bathing beach.

**2876. Grass.]** No person or persons shall be allowed to play ball or other games likely to injure the grass, lawn, turf or shrubbery in any of the city parks, except in such places as may be provided for that purpose.

**2877. Penalty.]** Any person who shall violate any of the provisions of this article shall be fined not less than five dollars nor more than one hundred dollars for each offense.

## ARTICLE III.

### WARD PLAY GROUNDS.

**2878. Aldermen may provide.]** Each alderman, for and in the ward which he represents, may, without charge to the city, provide such playgrounds, parks, breathing spaces and places of amusement as he in his own judgment shall deem fit, and may fence them in, and provide all paraphernalia necessary; such playgrounds, parks, breathing spaces and places of amusement to be under the sole care and control of the alderman providing the same.

No entrance or admission fee shall be charged to such places so provided.

**2879. Skating rinks—free water.]** During the winter months the alderman providing such playgrounds or places of amusement may so change them as to make rinks for skating and kindred purposes, and to do so may use water taken from the city hydrants without charge.

**2880. Free electric lights.]** Whenever any public playground, park, breathing space or place of amusement shall be established in the city, in accordance with this article, the commissioner of gas and electricity is hereby authorized and directed to conduct electric light wires to such play ground, park, breathing space or place of amusement, and to erect and equip a sufficient number of lamps to light such grounds, and to supply enough electric current to keep such lights burning from sundown to eleven o'clock at night, or during such time as the alderman in charge thereof shall determine.

## ARTICLE IV.

### TREES, PLANTS AND SHRUBS IN PUBLIC HIGHWAYS—CITY FORESTER.

**2881. Powers of the bureau of parks, play grounds and bathing beaches—duties of city forester.]** The bureau of parks, playgrounds and bathing beaches, under the direction of the commissioner of public works shall have full power and authority over all trees, plants and

Digitized by Google

# EXHIBIT 79

53D CONGRESS, 3d Session. | HOUSE OF REPRESENTATIVES. | Ex. Doc. 1, Part 5.

# REPORT

OF THE

# SECRETARY OF THE INTERIOR;

BEING PART OF

## THE MESSAGE AND DOCUMENTS

COMMUNICATED TO THE

## TWO HOUSES OF CONGRESS

AT THE

BEGINNING OF THE THIRD SESSION OF THE FIFTY-THIRD CONGRESS.

---

IN FIVE VOLUMES.

80321

VOLUME III.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1894.

# REPORT

OF THE

# SUPERINTENDENT OF YELLOWSTONE NATIONAL PARK.

DEPARTMENT OF THE INTERIOR,
OFFICE OF THE SUPERINTENDENT
YELLOWSTONE NATIONAL PARK,
*Mammoth Hot Springs, Wyo., August 13, 1894.*

SIR: Complying with your request of the 14th ultimo, I submit the following report of operations and events in the Yellowstone National Park during the past year:

The tourist season of last year was the most peculiar of any in the history of the Park. My last report bears date of the 27th of July. From that time on, until the end, the falling off that I then noted continued and increased. The regular travel only amounted to 3,076, as against 3,645 for the year previous. Camping parties and irregular outfits suffered more from the depression than did the regular stage and hotel business. This was doubtless due to two causes—the Columbian Exhibition and the financial condition of the country. There was never a season when the hotel registers showed such a cosmopolitan list of names. Nearly every country in the world was represented, and it was no unusual thing to find in the arrivals of a single day people from ten or twelve different foreign nations. Had it not been for this foreign contingent, business in the Park would have proved ruinous; I doubt if any of the companies having franchises here made any money, and it is probable that nearly all found the balance against them at the end of the season.

The travel during the month of June is mostly from the West. Extensive washouts on that part of the railroads, occasioned by the rapid melting of the very heavy snow of last winter, kept tourists out.

From June 26 until July 20 there were no trains running over the railroads, owing to the strikes; thus one-half of the season was passed with no profitable business. This is particularly to be regretted, as the hotel, stage, and boat companies were in better shape than ever before to care for tourists, and the Park was in many ways unusually attractive. There is now little prospect of a prosperous ending of the season, and 1894 will probably stand as the most disastrous to business interests of any in the history of the Park. People who had planned to make the tour at even later dates than this have become alarmed at the interference with travel and have abandoned their trip.

The road over the divide was opened on June 20, the same date as last year; but at the opening it was in much better condition than ever before at this period. With small expenditures for repairs the road will be one of the best, as it is one of the most interesting, in the whole circuit.

SEC. 6. That the marshal of the United States for the district of Wyoming may appoint one or more deputy marshals for said park, who shall reside in said park, and the said United States district and circuit courts shall hold one session of said courts annually at the town of Sheridan in the State of Wyoming, and may also hold other sessions at any other place in said State of Wyoming or in said National Park at such dates as the said courts may order.

SEC. 7. That the commissioner provided for in this Act shall, in addition to the fees allowed by law to commissioners of the circuit courts of the United States, be paid an annual salary of one thousand dollars, payable quarterly, and the marshal of the United States and his deputies, and the attorney of the United States and his assistants in said district, shall be paid the same compensation and fees as are now provided by law for like services in said district.

SEC. 8. That all costs and expenses arising in cases under this Act, and properly chargeable to the United States, shall be certified, approved, and paid as like costs and expenses in the courts of the United States are certified, approved, and paid under the laws of the United States.

SEC. 9. That the Secretary of the Interior shall cause to be erected in the park a suitable building to be used as a jail, and also having in said building an office for the use of the commissioner, the cost of such building not to exceed five thousand dollars, to be paid out of any moneys in the Treasury not otherwise appropriated upon the certificate of the Secretary as a voucher therefor.

SEC. 10. That this Act shall not be construed to repeal existing laws conferring upon the Secretary of the Interior and the Secretary of War certain powers with reference to the protection, improvement, and control of the said Yellowstone National Park.

Approved, May 7, 1894.

---

RULES AND REGULATIONS OF THE YELLOWSTONE NATIONAL PARK.

DEPARTMENT OF THE INTERIOR,
*Washington, D. C., August 1, 1894.*

The following rules and regulations for the government of the Yellowstone National Park are hereby established and made public pursuant to authority conferred by section 2475, Revised Statutes United States, and the act of Congress approved May 7, 1894:

1. It is forbidden to remove or injure the sediments or incrustations around the geysers, hot springs, or steam vents; or to deface the same by written inscription or otherwise; or to throw any substance into the springs or geyser vents; or to injure or disturb, in any manner, or to carry off any of the mineral deposits, specimens, natural curiosities, or wonders within the Park.

2. It is forbidden to ride or drive upon any of the geyser or hot spring formations or to turn loose stock to graze in their vicinity.

3. It is forbidden to cut or injure any growing timber. Camping parties will be allowed to use dead or fallen timber for fuel.

4. Fires shall be lighted only when necessary, and completely extinguished when not longer required. The utmost care should be exercised at all times to avoid setting fire to the timber and grass, and any one failing to comply therewith shall be peremptorily removed from the Park.

5. Hunting or killing, wounding, or capturing of any bird or wild animal, except dangerous animals, when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the Park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the Park on written permission of the superintendent thereof. On arrival at the first station of the Park guard parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the Park.

6. Fishing with nets, seines, traps, or by use of drugs or explosives, or in any other way than with hook and line is prohibited. Fishing for purposes of merchandise or profit is forbidden by law. Fishing may be prohibited by order of the superintendent of the Park in any of the waters of the Park, or limited therein to any specified season of the year, until otherwise ordered by the Secretary of the Interior.

7. No person will be permitted to reside permanently or to engage in any business

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 498 of 828

in the Park without permission, in writing, from the Department of the Interior. The superintendent may grant authority to competent persons to act as guides and revoke the same in his discretion, and no pack trains shall be allowed in the Park unless in charge of a duly registered guide.

8. The herding or grazing of loose stock or cattle of any kind within the Park, as well as the driving of such stock or cattle over the roads of the Park, is strictly forbidden, except in such cases where authority therefor is granted by the Secretary of the Interior.

9. No drinking saloon or barroom will be permitted within the limits of the Park.

10. Private notices or advertisements shall not be posted or displayed within the Park, except such as may be necessary for the convenience and guidance of the public, upon buildings on leased ground.

11. Persons who render themselves obnoxious by disorderly conduct or bad behavior, or who violate any of the foregoing rules, will be summarily removed from the Park.

Any person who violates any of the foregoing regulations will be deemed guilty of a misdemeanor and be subjected to a fine, as provided by the act of Congress approved May 7, 1894, "To protect the birds and animals in Yellowstone National Park and to punish crimes in said Park, and for other purposes," of not more than $1,000 or imprisonment not exceeding two years, or both, and be adjudged to pay all costs of the proceedings.

HOKE SMITH,
*Secretary of the Interior.*

# EXHIBIT 80

51ST CONGRESS, 2d Session. | HOUSE OF REPRESENTATIVES. | Ex. Doc. 1, Part 5.

# REPORT

OF THE

# SECRETARY OF THE INTERIOR;

BEING PART OF

## THE MESSAGE AND DOCUMENTS

COMMUNICATED TO THE

## TWO HOUSES OF CONGRESS

AT THE

BEGINNING OF THE SECOND SESSION OF THE FIFTY-FIRST CONGRESS.

IN FIVE VOLUMES.

VOLUME I.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1890.

# ANNUAL REPORT

OF

# THE SECRETARY OF THE INTERIOR.

DEPARTMENT OF THE INTERIOR,
*Washington, D. C., November* 1, 1890.

SIR: This report will summarize the work of the Department of the Interior for the past year and exhibit to some degree the great responsibility devolving upon the Secretary, and the almost incessant labor required in supervising and directing the varied national affairs submitted, under you, to his control.

It has been a year of much executive achievement in all the bureaus of this Department.

From the public domain a new Territory has been formed and organized; former Territories have advanced to States; four, admitted to the Union last year, have obtained full representation in both houses of Congress; and two more, admitted this year, have elected their State officers and are about to choose their national representatives. No small part of the satisfaction and good feeling of the people of the Sates of Washington, Montana, North Dakota, South Dakota, Idaho, and Wyoming, exhibited at their most recent elections, is known to be due to the liberal and just execution of the land laws, the pension laws, and the sympathetic interest of the officers of the General Government in the rights and welfare of the Western settlers.

As Territorial organizations have changed into permanent State governments, so "Oklahoma" has become a Territory by act of Congress approved May 7, 1890, and is shown by the census of 1890 to have over 56,000 inhabitants.

And again, while this Territory has been forming, great additions from the Indian reservations have been made to the public domain soon to be opened to settlement. The various Indian commissions have made agreements, now awaiting Congressional action, with different tribes for many millions of acres.

This formative period is one of intense interest not only to our lawmakers and constitutional rulers but to our whole people as they view the present and prospective great increase of States over which the National Constitution continues to expand, and this period will hereafter, it is believed, be found to have been one during which the Republic's vitality and stability were very severely tested. The line of States is

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 502 of 828

## *THE SEQUOIA FORESTS OF THE SIERRA NEVADA, THEIR LOCATION AND AREA.*

[Read before the California Academy of Sciences, September 1, 1890, by Frank J. Walker.]

In the Standard Guide Book to the Pacific Coast, of a late issue, we read this statement. "There are nine groves of big trees in California;" and in the descriptive sketch following this remarkable statement, we find three of the nine groves mentioned as lying south of King's River, vaguely described as the King's River Grove, the grove in the basin of the North Tule, and the grove in the basin of South Tule. There are in the localities named as containing three, no less than seven distinct groves and forests of big trees, while in the enumeration given there is no mention whatever by the anthor of the several groves and forests of Middle Tule, Kern or Kaweah rivers, nor of the most sonthern grove on Deer Creek; in short, the omissions comprise some twenty distinct Sequoia groves and forests, aggregating an area of at least 25,000 acres. Few, indeed of the inhabitants of Tulare County, where most of the forests are found, have any conception of the wide extent of their Seqnoia possessions; probably not one person in five hundred knows of the existence even of big trees on the Kern River slope, and many would dispute the fact—a fact I have never seen referred to in print—and yet there are no less than 2,000 acres in that region, and some of it the most dense forest growth of Sequoia gigantea known to man. And so with other groves; many of them are to the general public practically unknown and unexplored.

The accompanying map is the first ever pnblished with an approximate showing of the area, location, or existence even of what is by far the larger part of our Seqnoia possessions.

With reference to this map, it is my purpose in this paper to briefly mention what may be termed the Forests of Seqnoia, and the neighboring groves; and in making the distinction between forests and groves, it will be necessary to draw a somewhat arbitrary line; and for this purpose we will classify as forests all areas of 1,000 acres or upwards, and all below that as groves. According to this distinction we can safely assume that all forests of Sequoia gigantea are to be found to the south of King's River, and nearly all of them in Tnlare County; and with mere mention of the better known northern groves—the Calaveras, South Park, Tuolumne, Merced, Mariposa, Fresno and Washington—we will therefore confine our sketch to a discription of this region only.

The first, going southward, and probably the largest compact body of all, is located on the south slope of the Sonth Fork of King's River, in Fresno County. It is designated on your map as Converse Basin Forest. Its location may be given more exactly as in the northeastern part of Township 13 south, range 27 east, and the northwestern part of Township 13 south, range 28 east, Mount Diablo meridian, the larger part being in the latter township. (Please bear in mind that all townships and ranges hereafter given are south and east of Mount Diablo meridian.) The area of this tract is about 5,000 acres. These figures can at best be but an approximation. For most part the Sequoia country is so broken and the variation of density of growth so great, and the limits so vaguely defined, that an exact estimation is almost impossible; besides, it is likely to be misleading, from the fact that it represents in some instances what may be called a heavy continuous growth, while in others it is more or less broken and scattering. In nearly all cases there is found mixed with the Sequoia a plentiful growth of other timber, principally yellow and sugar pine (*Pinus ponderosa* and *Pinus Lambertiana*), with a sprinkling here and there of fir, cedar, and other growths. However, I have aimed everywhere to keep my estimates of areas well within bounds.

This first forest, together with the one next in order, are owned by one of the leading lumber firms of California. And next Wednesday they celebrate at Sanger the completion of their 40-mile lumber flume, connecting their capacious mills in the mountains with the railroad on the plains. They propose to clean up everything as they go along, stripping the land bare and moving their mills and extending their flume from point to point as the timber supply becomes exhausted. It will probably take years for them to reach the Boulder Creek forest, in township 13, range 29, so named from the affluent of King's River, on whose slopes it is found. The area of this forest and neighboring groves can not be less than 1,500 acres, probably more. These two already mentioned lie together on the waters of King's River, in Fresno County, but the forest next to the south, the Fresno Big Tree forest, is on the divide between the waters of King's and Kaweah Rivers, partly in Fresno and partly in Tulare Counties. It lies in the contiguous corners of the four townships 13 and 14, ranges 27 and 28. Its original area can not be computed at less than 2,000 or 3,000 acres, but so much of it has been stripped that its limits are hard to determine.

Here have been the principal milling operations in sequoia for the past twenty years. Four sections of it, containing what is known as the "Fresno Big Trees," have already been reserved by the United States Government, it being the only reservation ever made in these southern forests for the purpose of saving the sequoia. This is the reservation recently confirmed by the Secretary of the Interior, containing the famous big tree known as the "General Grant," said to be 40 feet in diameter.

Passing on to the west side of township 14, range 28, we find along Redwood Creek a forest of some 3,000 acres. This most magnificent growth has also passed from the possession of the Government to private ownership. Farther south we next come to a forest on the North Fork of the Kaweah River, in the northwest portion of 15 to 29, and extending northward across the line into 14 to 29. There is here upwards of 1,500 acres of Big Tree forest still owned by the Government. The whole township is timbered and well worth preserving aside from the sequoia.

A few miles southward brings us to the Sequoia tract, known as the Giant forest, located in the contiguous corners of townships 15 and 16, ranges 29 and 30, where there is found an area of some 2,300 acres of sequoia. This, although still in the hands of the Government, is claimed by individual locators by reason of their locations having been made in good faith and filed previous to the withdrawal from entry of these townships, as explained hereafter. It is generally thought that they will substantiate their claims and acquire the land, and public sentiment seems to favor it. Passing to the Middle Fork of Kaweah River, we find several groves, some of which are still in the hands of the Government, but there exists on this branch no sequoia tract that could properly be called a forest.

Southward, on the east fork of the Kaweah River, we come to what is designated as the Mineral King forest, from a mining district of that name, comprising, with the detached groves, some 3,000 acres; the main body is in township 17, range 30, the township whose recent restoration to entry gave rise to the movement culminating in what is known as the Vandever Sequoia Park bill, recently passed in the Lower House of Congress. In December, 1885, Commissioner Sparks, of the General Land Office, withdrew from entry 18 certain townships, of which this was one. The reason for this suspension was the alleged fraudulent character of the surveys. We need not consider the condition of these surveys; but from the character of the country it would seem that the subdivision lines of township 17, range 30, could be more readily run with a ruling pen than with chain and transit; and at that time the compensation for either system of survey was supposed to be the same. But one thing is certain, on many of the Government plats you will search in vain for any trace of sequoia growth, even where the alleged lines run through sections now known to be heavily timbered with the mountain redwood. It is to this fact largely, no doubt, that the very existence of certain sequoia forests has so long remained unknown to the public.

The fact that several of the suspended townships contained big trees had nothing whatever to do, so far as we know, with influencing the acts of the Commissioner. But Commissioner Sparks "builded better than he knew," and the ultimate outcome of his order of withdrawal has been to preserve in the Government's undisputed possession several forests of these big trees that would otherwise have gone the way of all the rest, into the hands of speculators and lumbermen. Thus the matter remained *in statu quo* till the opening of the present year, the friends of sequoia preservation resting easy in the fancied security of their position, inasmuch as the Department had expressly declared its policy not to restore to entry these lands in advance of an official examination.

At the opening of the present year parties interested in acquiring timber by some means secured the release of the suspension of township 17, range 30. It was restored to entry May 23, and in less than six weeks the entire Mineral King forest was filed on by timber-land claimants and the tract effectually cleaned up. While thus the greed for big-tree timber was developing the supply was growing short, and attention of timber prospectors was turned to other forests, and it was found that in the township to the south, township 18, range 30, there was a forest practically unexplored that offered the best field for their next work. The same measures that had proved so successful in opening up township 17, range 30, were forthwith set to work to secure this more valuable prize. At this juncture a few citizens of Tulare County took steps to thwart the attempted spoliation of the sequoia forests.

As the forest in township 18, range 30, was the one the timber men most wanted, the inference was reasonable that it was the best of all for the Government to keep. We need not detail the ways and means adopted, but the ultimate outcome of the opposition has been the Vandever bill, embracing in its proposed reservation two townships and four sections to be set apart as a national sequoia park. The reservation includes the forest marked on your map as the Sequoia Park forest, and also the larger part of the Homer Peak forest, somewhere from 3,000 to 5,000 acres. South of these, following the sequoia belt, in township 19, range 30, we come to the Dillon Mill forest, of over 1,000 acres, with but little remaining to the Government,

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 504 of 828

and from which thousands of sequoia fence posts are being hauled this season. And still farther southward, partly in the southest corner of the same township, and extending into the corners of three other townships, is the Tulare River forest.

Much "cutting and slashing" for a period of years, of which Professor Eisen told you at a late meeting, has here been going on; and during this time different mills have been drawing their supply of mountain redwood from this forest; still by far the larger part remains. Here exists a noted center of sequoia growth known as the "McFadyen 80" (acres), estimated by lumbermen to have on it timber sufficient for 8,000,000 feet of lumber. Only one mill is running this season. This, with the Pixley grove, we will estimate at 3,500 acres. About 6 miles directly south is the Putnam Mill forest, in townships 20 and 21, range 31, containing some 4,000 acres. A portion of this, that in township 20, range 31, is still owned by the Government, and is a very beautiful forest of over 1,000 acres.

In the northeast of this same township 21, range 31, and extending into the adjoining townships, is found the Fleitz forest, owned by a Michigan syndicate; while in the southeast portion of the same township and extending into township 22, range 31, are groves owned by the syndicate known as the "Kessing," the several tracts comprising an area of some 4,000 acres. Here again, in the southwest of township 22, range 31, the Government possesses a forest of somewhat uncertain value and extent, known as the Indian Reservation forest, and estimated at 1,500 acres. It is not generally known that there exists any sequoia on the Kern River slope, but there are on that side at least 1,500 or 2,000 acres in groves scattered along the slope from Freeman's Valley southward for some 15 miles. Only one of these tracts could be classed as a forest, that of Freeman Valley. Here is a tract of about 1,000 acres, a limited portion of which is probably the heaviest growth of *Sequoia gigantea* in the world. Unfortunately this also has passed into the hands of lumbermen.

One grove more remains to be mentioned, not because of its intrinsic merit, but because of its location, it being, so far as known, the southernmost limit of sequoia. It is that on Deer Creek, indicated on older maps as "Mammoth Grove." It contains less than 150 sequoias, scattered over an area of perhaps 300 acres.

This completes the list. The sequoia forests proper, therefore, extend over a belt of country beginning at Converse Basin, on the north, and ending with the Indian reservation forest, 60 miles to the south. The groves and forests together in this region are upwards of twenty in number, with an average distance between them of perhaps 3 or 4 miles.

Within this scope of country a moderate estimate of the sequoia would be, according to the foregoing figures and including a few unnamed groves, 37,500 acres, divided between the several river systems as follows:

| | Acres. |
|---|---|
| King's River | 7,500 |
| Kaweah River | 14,000 |
| Tule River | 14,000 |
| Kern River | 1,700 |
| Deer Creek | 300 |
| Total | 37,500 |

It has been sufficiently shown that there are in the State several forests and groves of big trees still belonging to the Government, aside from those embraced in the Vandever bill. To insure the safety of these, and to put them beyond the designs of timbermen, and above all to protect them from devastating forest fires, it is exceedingly desirable that they be reserved and placed under expert supervision. We need no reminder that the greed of timber and cattle men will soon work havoc with what remains, unless something be done to stay the devastation; and if we would save a portion we must begin at once.

Concerning the utility of the region embraced in these limits as the best natural reservoir for the storage of waters needed for irrigation, we need not dwell. But for a moment let me touch on the suitability of the country for a park because of its charming natural attractions. You need hardly be reminded of this. The heart of the Sierra, culminating in Mount Whitney, affords grand scenery of peculiar charm and great variety. Here are three Yosemites rivaling their noted prototype in many features, with a little world of wonders clustering around the headwaters of Kern, Keweah, and King's Rivers. We will simply mention the Grand Cañon of the Kern, where for 20 miles the mad waters of the California Alps, are crowned with nameless and unnumbered domes and towers. Then only a few miles across the divide, extends the cañon of King's River, with its wealth of impressive scenery, and some 8 miles farther to the north lies the valley of Tehipitee, the gem of the Sierra, with its wonderous dome of rock rising in rounded majesty some 6,000 feet from the level of the river-cleft meadow at its feet. Yet a view of the most impressive and characteristic scenery

of the region is to be earned by scaling one of the lofty peaks of the Keweah range At least 100 peaks here rise to altitudes exceeding 10,000 feet.

One can never forget the impression who has once looked out over the California Alps from the pinnacle of Miners' Peak. As I once before said in describing this scene, that "Here amid the companionship of peaks one beholds with speechless wonder the spectacle beyond. No satisfactory view of the Whitney Range can be found from the San Jouquin plains. The intervening Keweah Range veils the view of the higher peaks beyond. But here, standing on the crest of the Keweah Sierra, one looks across the Grand Cañon of the Kern, and the encircling wilderness of crags and peaks is beyond the power of pen to describe. Mounts Monache, Whitney, Williamson, Tyndall, Keweah, and a hundred nameless peaks—the crown of our country,—have pierced the mantle of green that clothes the cañons below and are piled into the very sky, jagged and bald and bleak and hoary, a wilderness of eternal desolation."

## RULES AND REGULATIONS OF THE SEQUOIA NATIONAL PARK.

DEPARTMENT OF THE INTERIOR,
*Washington, D. C., October 21, 1890.*

1. By act of Congress approved September 25, 1890, the tract of land in the State of California described as township 18 south and ranges 30 and 31 east, and also sections 31, 32, 33, and 34, in township 17 south and range 30 east, and by act of Congress approved October 1, 1890, the adjoining tract described as townships 15 and 16 south, ranges 29 and 30 east, and also township 17 south, range 30 east, except above mentioned sections 31, 32, 33, and 34, have been set apart for a public park, and the same shall be known as the "Sequoia National Park."

2. The park by said acts is placed under the exclusive control of the Secretary of the Interior, and these rules and regulations are made and published in pursuance of the duty imposed on him in regard thereto.

3. No persons other than transient visitors will be permitted to be within the Park without written authority from the Secretary of the Interior.

4. No person shall cut, break, remove, impair, or interfere with any trees, shrubs, plants, timber, minerals, mineral deposits, curiosities, wonders, or other objects of interest in the park; and all of the same shall be retained in their natural condition.

5. The wanton destruction of the fish and game from within the park and their capture or destruction for the purposes of merchandise or profit are forbidden by said acts; and no one shall carry into or have in the park any fire-arms, traps, nets, tackle, or appliances, or fish or hunt therein without a license in writing signed by the Secretary or superintendent of the park.

6. No one shall start or kindle, or allow to be started or kindled, any fire in grass, leaves, underbrush, débris, or dead timber, down or standing; and any one so offending will be held responsible pecuniarily for all damages that may result from such fire.

7. The sale or use of intoxicating liquors within the park is strictly forbidden.

8. The superintendent duly appointed by the Secretary is hereby authorized and directed to remove all trespassers from the park and enforce these rules and regulations and all the provisions of the acts of Congress aforesaid.

JOHN W. NOBLE,
*Secretary of the Interior.*

# EXHIBIT 81

# ANNALS OF FORT MACKINAC:

BY

DWIGHT H. KELTON,

LIEUTENANT U.-S. ARMY.

CHICAGO:

FERGUS PRINTING COMPANY.

1882.

Generated on 2024-01-04 22:44 GMT / https://hdl.handle.net/2027/mdp.39015010391376
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

F
574
.1.2
K29

Entered according to Act of Congress, in the year 1882, by
D. H. KELTON,
In the office of the Librarian of Congress, at Washington.

Generated on 2024-01-04 22:44 GMT / https://hdl.handle.net/2027/mdp.39015010391376
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Original from
UNIVERSITY OF MICHIGAN

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 509 of 828

## NATIONAL PARK.—ISLAND OF MACKINAC.

ON March 11, 1873, Hon. T. W. Ferry, Senator from Michigan, introduced in the Senate, the following:

*Resolved*, That so much of the Island of Mackinac, lying in the Straits of Mackinac, within the County of Mackinac, in the State of Michigan, as is now held by the United States under military reservation or otherwise, (excepting the Fort Mackinac and so much of the present reservation thereof as bounds it to the south of the village of Mackinac, and to the west, north, and east respectively by lives drawn north and south, east and west, at a distance from the present fort flag-staff of four hundred yards,) hereby is reserved and withdrawn from settlement, occupancy, or sale under the laws of the United States, and dedicated and set apart as a National public park, or grounds, for health, comfort, and pleasure, for the benefit and enjoyment of the people; and all persons who shall locate or settle upon or occupy the same, or any part thereof, except as herein provided, shall be considered trespassers, and removed therefrom.

That said public park shall be under the exclusive control of the Secretary of War, whose duty it shall be, as soon as practicable, to make and publish such rules and regulations as he may deem necessary or proper for the care and management of the same. Such regulations shall provide for the preservation from injury or spoilation of all timber, mineral deposits, natural curiosities, or wonders within said park, and their retention in their natural condition. The Secretary may, in his discretion, grant leases, for building purposes, of small parcels of ground, at such places in said park as shall require the erection of buildings for the accommodation of visitors, for terms not exceeding ten years; all of the proceeds of said leases, and all other revenues derived from any source connected with said park, to be expended, under his direction, in the management of the same and in the construction of roads and bridle-paths therein. He shall provide against the wanton destruction of game or fish found within said park,

Generated on 2024-01-04 22:43 GMT / https://hdl.handle.net/2027/mdp.39015010391376
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google Original from UNIVERSITY OF MICHIGAN

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 510 of 828

supernatural, naming it "the island of giant fairies." To this day the Indian looks upon and treads the almost unbroken surface of Mackinac with much of the veneration which inspired his early fathers when they first saw and consecrated to the Great Spirit the favored island.

---

The following are the approved Rules and Regulations for the Park at Mackinac:

I. Mackinac Park will be under the immediate control and management of the commanding-officer of Fort Mackinac, who is charged with the duty of preserving order, protecting the public property therein, and enforcing these rules:

II. All tenants renting under the Act of Congress providing therefor must conform to, and abide by, such rules and regulations as are prescribed for the care of the park, and wlll be held responsible for a compliance with the same on the part of the members of their families, their agents, and employés.

III. The sale of wines and malt or spirituous liquors on the park, without special authority from the commanding-officer of Fort Mackinac, or higher military authority, is prohibited.

IV. No person shall put cattle, swine, horses, or other animals on the park, except as follows:

The cows belonging to the residents of the Island of Mackinac may be placed in a herd, under the care of a herder, and be permitted to graze in such parts of the park as may be designated by the commanding-officer of Fort Mackinac.

V. Racing or riding and driving at great speed is prohibited.

VI. No person shall indulge in any threatening, abusive, insulting, or indecent language in the park.

VII. No person shall commit any obscene or indecent act in the park.

VIII. No frays, quarrels, or disorders of any kind will be permitted in the park.

IX. No person shall carry or discharge fire-arms in the park.

X. No person shall injure or deface the trees, shrubs, turf,

Generated on 2024-01-04 22:43 GMT / https://hdl.handle.net/2027/mdp.39015010391376
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

natural curiosities, or any of the buildings, fences, bridges, or other structures within the park.

XI. No person shall injure, deface, or destroy any notices, rules or regulations for the government of the park, posted, or in any other manner permanently fixed, by order or permission of the authorities of the park.

XII. No person shall wantonly destroy any game or fish within the park, nor capture nor destroy the same for any purposes of use or profit.

XIII. Any person who shall violate any of these Rules and Regulations shall be ejected from the park by military authority, and in case the person so offending shall have committed any offence in violation of any of the statutes of the United States or of the State of Michigan the offender shall be proceeded against before the United States or State courts, according to the laws providing for the same.

XIV. The commanding-officer of Fort Mackinac may, at any time, add to or modify these Rules, subject to the approval of the Secretary of War.

When the Park was surveyed, Lots were set apart for building purposes in the following places: on the bluff near "Robertson's Folly"; on the bluff on the N.-W. side of the island; and on the bluff extending from the old Indian burying-ground along by "Pontiac's Lookout." The latter are the most desirable in many respects.

The rent per annum ranges from ten to twenty-five dollars a lot, but as yet none have been taken.

Col. Gurdon S. Hubbard, of Chicago, who owns a tract of eighty acres adjacent to "Pontiac's Lookout," has platted his land so as to correspond with the Park Lots, Streets, etc. "Lover's Leap" and "Devil's Kitchen" are in this tract.

Generated on 2024-01-04 22:44 GMT / https://hdl.handle.net/2027/mdp.39015010391376
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

# EXHIBIT 82

55TH CONGRESS, 2d Session. } HOUSE OF REPRESENTATIVES. { DOCUMENT No. 5.

# ANNUAL REPORTS

OF THE

# DEPARTMENT OF THE INTERIOR

FOR THE

FISCAL YEAR ENDED JUNE 30, 1897.

---

REPORT OF THE

## SECRETARY OF THE INTERIOR.

REPORT OF THE

## COMMISSIONER OF THE GENERAL LAND OFFICE.

---

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1897.

# REPORT

OF THE

# SECRETARY OF THE INTERIOR.

---

DEPARTMENT OF THE INTERIOR,
*Washington, D. C., November 16, 1897.*

SIR: I have the honor to submit herewith the annual report of the Department of the Interior. It is impossible to treat satisfactorily, in a single volume, of the vast and varied interests of the great internal empire which is administered, under direction of the President, by the Department of the Interior. I must content myself, therefore, with a statement of such recommendations as the interests of the service require and a brief review of the business of the many bureaus of the Department, referring largely for details to the extended reports of the Commissioners of Patents, of the General Land Office, of Pensions, Indian Affairs, and Education, and of the Director of the Geological Survey and other executive officers of the various institutions which are, to a greater or less extent, under the supervision of this Department.

## APPROPRIATIONS.

At the organization of this Department under the act of March 3, 1849, there was then provided a clerical force aggregating about 493, for whom there was appropriated $183,468.26. Since that time Congress has further extended the jurisdiction of the Department by adding new duties, and the increase of business caused thereby, as well as the rapid growth of the country and of its affairs, has necessitated large accessions to the clerical force until there are now employed 14,519 persons under the supervision of the Secretary of the Interior, to whom are paid as salaries the sum of $8,776,555. The distribution of this enormous force of employees among the various bureaus and



Appended to the report is a copy of the latest map of the park, including the annexed timber reserve, showing roads completed, roads projected, roads under construction, roads available but not yet used by the Park Transportation Company, saddle trails, and old wagon trails that may be used as saddle trails, etc.

The claims of Mr. Baronett on account of a bridge built by him over the Yellowstone River, and those of Messrs. McCartney and McGuirk, respectively, for improvements made within the park prior to the act of dedication, are equitable and just, and payment of them should not be longer delayed. Recommendations have been made in the annual reports of my predecessors that Congress make proper appropriation for the adjustment of their claims; these recommendations are renewed, as in my judgment all proprietary rights within the park should be removed.

## YOSEMITE NATIONAL PARK.

This park is situated in Tuolumne, Mariposa, and Mono counties, Cal., and covers an area of about 1,512 square miles, being 36 miles wide and about 42 miles long.

Capt. Alexander Rodgers, Fourth Cavalry, U. S. Army, acting superintendent, reports that he left the Presidio of San Francisco on the 10th of May with Troop K, Fourth Cavalry, which had been designated to guard the park during the season. The troop reached camp near Wawona, Cal., May 22, 1897. The work of patrolling the park began on the 26th of May, and thereafter was steadily kept up. The guard at Crocker's, established last year, was renewed. It looks after firearms brought into the park, instructs campers as to park regulations, escorts cattle brought in on permits and belonging to holders of patented lands within the park, etc. All the firearms are taken from their owners at Wawona and Crocker's, the two principal entrances to the park, and patrols take all the firearms found in possession of tourists and campers who have entered the park by unguarded routes. The regular patrols have found that there is less trespassing in the park than in past years.

Very few signs of sheep have been found inside the park lines, and they were mainly in the eastern and southeastern parts of the park, which are accessible to persons crossing from the eastern side earlier than they are to the patrols. Sheep rarely penetrate more than half a mile inside the park lines, so careful has been the patrolling system. The northern part of the park, which was formerly overrun with sheep, is now clear. Cattle, which used to range over the whole western half of the park, are now restricted to the lands belonging to persons holding patented lands within the park, and owners of cattle are held to strict compliance with the rules and regulations promulgated by the Secretary of the Interior.

The game in the park has increased in numbers and the deer and other animals show less fear of human beings than they have in past

years; the result, no doubt, of the rigid enforcement of the rules against carrying firearms in the park. There is little or no hunting in the park during the time the troops are there, but many people come into the western part after the departure of the troops, and it is believed they kill considerable game, particularly deer. Indians from Nevada come into the reservation very late in the fall and kill deer in large quantities. They are among the worst offenders, and it is urged that steps be taken to prevent a recurrence of this conduct on their part.

Through the courtesy of the United States Fish Commission and of the California fish commission, many of the streams and lakes in the park have been stocked with trout, and the number of waters so stocked increases from year to year. During the past two years most of the work of the stocking has been performed by Lieut. Harry C. Benson, Fourth Cavalry, to whose judgment and energy the success of the work is largely due.

Forest fires have been unusually numerous this year. Owing to the prompt action and hard work of the noncommissioned officer in charge of the guard at Crocker's, a fire that threatened the Merced Big Tree Grove was put out before it could do any harm to these trees. The largest fire occurred near Hazel Green, and burned over a tract covering several square miles. Some large timber, much of fair size, and all the young growth were destroyed. A detachment of twenty men did much to prevent its spreading more. Many fires were reported soon enough to enable detachments to extinguish them before they had spread very far. These fires are generally due to the ignorance or willful carelessness of campers. There is good reason to suspect that some of the fires have been deliberately started by persons just outside the park line and brought in by the strong easterly winds that have been blowing for some time.

The need of a good map of the park has been greatly felt, but was largely overcome by the work of Lieutenant McClure, Fifth Cavalry, on duty in this park with Troops C and K, Fourth Cavalry, in 1894 and 1895. Lieutenant Benson took up this work in 1896, and the result of his two years' service in the park and of careful study of all authorities bearing upon it is shown in the excellent map that he has prepared. From the maps in the surveyor-general's office tracings have been made showing all patented lands inside the park. These tracings have been of great value this year, and will make comparatively easy the work of a new officer coming here. There is urgent necessity of a survey of the lines of the park, which ought to be carefully marked, so that there may be no possible mistake as to the boundaries.

There are in the park four principal roads; these are the road of the Yosemite Stage and Turnpike Company, from Wawona to the Yosemite Valley; the Big Oak Flat road, which enters the park about 3 miles west of Crocker's and runs into the Yosemite Valley at the foot of El Capitan; the Coulterville road, which crosses the park line about 3

# EXHIBIT 83

# FIREARMS REGULATIONS IN THE NATIONAL PARKS

## 1897—1936

**May 13, 2008**

**Background**

This information has been compiled to provide National Park Service employees more complete insight into the history of NPS firearms regulations.  The first Servicewide regulations were adopted in 1936.[1]  Although it has not been widely noted, those regulations prohibited firearms and required that they be surrendered when visitors entered the parks.  Visitors could obtain written permission to carry them through the park if the weapons were "sealed."

The current Servicewide regulations governing weapons in parks were adopted in almost their present form in 1983, and published at 36 CFR 2.4.[2]  However, in 1984, several adjustments were made to:
a.  Make it clear that Alaska had different rules, and individual parks might have some variations in park-specific special regulations.
b.  Re-order some of the wording to make it easier to follow.
c.  Add a definition of what constitutes a "residential dwelling."
d.  Add the word "temporarily" in front of the word "inoperable."
e.  Clarify that the regulations applied on privately owned lands and waters under the legislative jurisdiction of the US.
f.  Add a definition for the word "unloaded."

Item 1.e above was further amended in 1987 to clarify that the regulations apply "regardless of land ownership, on all lands and waters within a park area that are under the legislative jurisdiction of the U.S."

Prior to adoption of the 1936 Servicewide regulations, parks adopted park-specific regulations prohibiting weapons—the first (apparently) being Yellowstone National Park in 1897.  Attached is a compilation of those regulations.  Due to difficulty in retrieving archival materials, there are some gaps in this compilation.  We will continue our efforts to fill these gaps, so check www.nps.gov/policy/Firearms.pdf to ensure you have the latest edition.  We invite park superintendents to provide the NPS Office of Policy any additional information they may have that would help in this effort.

---

[1] The 1936 regulations are on-line at http://www.nps.gov/policy/1936Regulations.pdf
[2] 36 CFR 2.4 is on-line at http://edocket.access.gpo.gov/cfr_2007/julqtr/pdf/36cfr2.4.pdf

**FIREARMS REGULATIONS**
**1897 – 1936**

TABLE OF CONTENTS

| | Page(s) |
|---|---|
| 1. Yellowstone National Park | |
| (a) June 1, 1897 | 1 |
| (b) April 1, 1899 | 3 |
| (c) July 1, 1900 | 3 |
| (d) February 7, 1902 | 3 |
| (e) July 2, 1908 | 5 |
| (f) May 27, 1911 | 5 |
| (g) April 15, 1918 | 5 |
| (h) February 18, 1929 | 6 |
| (i) January 11, 1930 | 6 |
| (j) December 20, 1930 | 7 |
| (k) January 23, 1932 | 7 |
| (l) December 21, 1932 | 8 |
| 2. Sequoia and General Grant National Parks | |
| (a) June 2, 1902 (Sequoia) | 9 |
| (b) June 2, 1902 (Gen'l Grant) | 9 |
| (c) March 30, 1907 | 11 |
| (d) March 30, 1912 | 11 |
| (e) April 15, 1918 | 11 |
| (f) January 14, 1928 | 12 |
| (g) January 2, 1930 | 12 |
| (h) December 6, 1930 | 13 |
| (i) December 21, 1932 | 14 |
| 3. Yosemite National Park | |
| (a) June 2, 1902 | 15 |
| (b) February 29, 1908 | 18 |
| (c) June 1, 1909 | 19 |
| (d) March 30, 1912 | 19 |
| (e) May 11, 1914 | 20 |
| (f) April 15, 1918 | 21 |
| (g) November 24, 1928 | 21 |
| (h) January 14, 1930 | 22 |
| (i) December 8, 1930 | 23 |
| (j) January 13, 1932 | 23 |
| (k) December 21, 1932 | 24 |
| 4. Mesa Verde National Park | |
| (a) March 19, 1908 | 25 |

    (b)  March 30, 1912    25
    (c)  April 15, 1918    26
    (d)  December 11, 1928    26
    (e)  March 1, 1930    27
    (f)  January 8, 1931    27
    (g)  December 21, 1932    28

5.  Crater Lake National Park
    (a)  August 27, 1902    28
    (b)  June 10, 1908    29
    (c)  March 30, 1912    29
    (d)  April 15, 1918    30
    (e)  January 19, 1928    30
    (f)  December 28, 1929    31
    (g)  January 14, 1931    31
    (h)  January 15, 1932    32
    (i)  December 21, 1932    32

6.  Mount Rainier National Park
    (a)  August 1, 1903    33
    (b)  June 10, 1908    34
    (c)  March 30, 1912    34
    (d)  April 15, 1918    35
    (e)  November 22, 1928    35
    (f)  December 30, 1929    36
    (g)  December 8, 1930    36
    (h)  December 21, 1932    37

7.  Platt National Park
    June 10, 1908    38

8.  Wind Cave National Park
    (a)  June 10, 1908    38
    (b)  March 30, 1912    38
    (c)  April 15, 1918    39
    (d)  March 8, 1926    39
    (e)  December 28, 1929    40
    (f)  December 2, 1930    40
    (g)  December 21, 1932    41
    (h)  In effect 1933    41

9.  Glacier National Park
    (a)  December 3, 1910    42
    (b)  March 30, 1912    42
    (c)  May 13, 1914    43
    (d)  April 15, 1918    43

    | | |
|---|---|
| (e) December 12, 1928 | 44 |
| (f) March 6, 1930 | 44 |
| (g) December 3, 1930 | 45 |
| (h) December 21, 1932 | 46 |
| 10. Rocky Mountain National Park | |
| (a) May 29, 1915 | 47 |
| (b) April 15, 1918 | 48 |
| (c) January 17, 1928 | 48 |
| (d) January 2, 1930 | 48 |
| (e) December 6, 1930 | 49 |
| (f) December 21, 1932 | 50 |
| 11. Hawaii National Park | |
| (a) In effect 1929 | 50 |
| (b) December 21, 1932 | 51 |
| 12. Acadia National Park | |
| (a) In effect 1929 | 51 |
| (b) In effect 1930 | 52 |
| (c) January 14 and December 21, 1932 | 52 |
| 13. Lassen Volcanic National Park | |
| (a) In effect 1929 | 52 |
| (b) In effect 1930 | 52 |
| (c) January 14, 1932 | 53 |
| (d) December 21, 1932 | 54 |
| 14. Mount McKinley National Park | |
| (a) In effect 1929 | 54 |
| (b) In effect 1930 | 55 |
| (c) January 29, 1932 | 56 |
| 15. Zion and Bryce Canyon National Parks | |
| (a) January 12, 1929 | 56 |
| (b) In effect 1931 | 57 |
| (c) February 6, 1932 | 57 |
| (d) December 21, 1932 | 58 |
| 16. National Monuments | |
| (a) November 19, 1910 | 59 |
| (b) In effect 1930 | 59 |
| 17. Carlsbad Caverns National Park | |
| February 28, 1933 | 59 |

18.  Great Smoky Mountains National Park
    (a)   May 9, 1932          60
    (b)   March 10, 1933        60
    (c)   In effect 1934/35      60

19.  Grand Canyon National Park
    (a)   January 16, 1928      61
    (b)   January 2, 1930        61
    (c)   January 9, 1931        62
    (d)   February 15, 1932      62
    (e)   December 21, 1932     63

20.  Grand Teton National Park
    (a)   In effect 1929         64
    (b)   In effect 1930         64
    (c)   January 29, 1932      64

21.  General (Service-wide) regulations
       June 18, 1936         65


Appendix A:
    1872 Yellowstone regulations      67
Appendix B:
    1881 Yellowstone regulations      68
Appendix C:
    1888 Yellowstone regulations      69

## FIREARMS REGULATIONS
## 1897 – 1936

YELLOWSTONE NATIONAL PARK[3]

1. Regulations of June 1, 1897 –

(5) Hunting or killing, wounding or capturing, of any bird or wild animal, except dangerous animals, when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits[4], including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof. On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park.

"Rules and Regulations of the Yellowstone National Park," June 1, 1897. *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1898, Miscellaneous Reports [vol. 3]* (Washington: Gov't Printing Office, 1898), p. 972. See also, Act of May 7, 1894, ch. 72, 28 Stat. 73, in particular, §4 (28 Stat. 74).

N.B. In his report to the Secretary of August 31, 1897, the acting superintendent, Maj. Gen. S.B.M. Young, United States Volunteers (Colonel Third Cavalry), wrote in connection with this regulation:

Carrying Firearms through the Park

The custom of carrying firearms through the park has been almost universal among those who live in the neighboring States and travel in their own conveyances, or on saddle animals accompanied by pack animals. During the first half of the season it was found that many firearms, fastened with red tape and sealing wax at the point of entry, had broken seals at the point of exit. In many cases it was evident that the seals were broken by accident; others showed signs of having been broken and resealed. To remedy this a new system of sealing has been adopted similar to that used by express companies . . . .
The regulation prohibiting firearms in the park, except on written permission from the superintendent [in which case the arms were sealed], has been strictly enforced. It is essential to the protection of the park.

---

[3] The very first park regulations were apparently promulgated by Secretary of the Interior Columbus Delano at the time of the dedication of YELL. They are attached hereto as Appendix A.
[4] The first park regulations to mention "outfits," were the YELL regulations of July 1, 1888, reproduced in Appendix C. The interim regulations, dated May 4, 1881, are found in Appendix B.

> A certain sentiment of hostility toward the park and of antagonism toward the efforts of the authorities to protect the wild animals from destruction has existed and continues to exist among the ranchers and the people of the settlements near the park boundaries. This feeling of hostility seems to be due to an idea, which prevails widely, that a reservation of any part of the public domain for the perpetual benefit of the whole people is an invasion and an abridgement of the private rights of the people of the adjoining region. This idea naturally arises from an ignorance of the benefits that result from such reservations to the people of the whole country and an equal ignorance of the advantages which accrue to the inhabitants of the immediate vicinity. In consequence of the benefits which have already resulted to this region from the existence of this park as a breeding place from which the surplus game may wander down into the adjoining country where it may be freely taken, and from the opportunities afforded by the park for remunerative employment during the summer season, there is already a marked diminution of this hostile feeling. As these benefits come to be better understood I believe that this hostility will further diminish, and my best efforts shall be devoted to the encouragement of a friendly sentiment toward the park among the citizens of the surrounding country.
>
> *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1897. Miscellaneous Reports [vol. 3]* (Washington: Gov't Printing Office, 1897), pp. 781-82.

In his report for the year prior to the regulation's adoption, Acting Superintendent Young stated:

> Over 200 stand of arms have been taken from persons entering the park by the two main thoroughfares, including those taken from parties found inside, and as a probable resultant, young broods of quail and grouse abound throughout the park. The deer, bear, lynx, fox, coon, tree squirrel, and chipmunk, although not scarce, are not so plentiful as they should be in their natural home in the park. If firearms, hunters, and trappers are kept out of the park they will multiply and become plentiful, and their instinctive fear of man will gradually so lessen in a few years that visitors will be enabled to see and study them in their natural state. These animals drift down below the heavy snow line in winter and the supply that is taken by ranchmen and hunters outside the park boundaries will be a sufficient trimming in numbers to promote a healthful breeding and growth in the natural game nursery within the boundaries.
>
> *Report of Secretary of the Interior; Being Part of the Message and Documents Communicated to the Two Houses of Congress at the Beginning of the Second Session of the Fifty-Fourth Congress. In Five Volumes.* (Washington: Gov't Printing Office, 1896), vol. III, p. 740.

After the regulation's promulgation, the Sec'y of the Interior commented as follows:

> The regulations prohibiting firearms in the park, except under written permission of the superintendent, have been strictly observed, the enforcement thereof being essential to the best interest of the park.

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1897, Report of the Secretary of the Interior [vol.1] (Washington: Gov't Printing Office, 1897)*, p. LXXXIII.

2. Regulations of April 1, 1899 –

(5) Hunting or killing, wounding, or capturing of any bird or wild animal, except dangerous animals, when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof. On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park.

"Rules and Regulations of the Yellowstone National Park," April 1, 1899. *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1900*, p. 535.

3. Regulations of July 1, 1900 –

(5) Hunting or killing, wounding or capturing of any bird or wild animal, except dangerous animals, when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof. On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park.

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1901, Miscellaneous Reports, Part I* (Washington: Gov't Printing Office, 1901), p. 540.

4. Regulations of February 7, 1902 –

(5) Hunting or killing, wounding, or capturing of any bird or wild animal, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under

other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof. On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park.

> "Rules and Regulations of the Yellowstone National Park," February 7, 1902. *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1904. Miscellaneous Reports. Part I. Bureau Officers, etc.* (Washington: Gov't Printing Office, 1904), p. 367.

Superintendent S.B.M. Young included the following in his annual report for FY '07:

> Evidence of poaching in former unfrequented portions of the park difficult of access have been found particularly in the northwest corner, where within the last fortnight a trapper's cabin, supplied with provisions, cooking utensils, and bedding, was found . . . .
>
> In addition to the trails shown on the map crossing the boundary lines of the park there are numerous other trails – all originally made by hunters, trappers, and prospectors. There are now four main entrance roads leading into the park – north, east, south, and west – which seem to be sufficient for all purposes concerning the park and for accommodation of visitors. Applications have come to this office from far and near for permission to enter the park on these various trails with arms, in order to pass through the park for the purpose of hunting outside of the park. All such applications for permits to carry guns unsealed through any portion of the park have been refused, but permission to carry sealed guns has been granted to persons who enter the park at one of the regular stations where their guns may be sealed, and make exit at one of the regular stations (their route through the park being particularly specified) where their guns may be unsealed and condition reported upon. Permits to carry game or game trophies through the park have been refused. There has been much adverse criticism by hunters and guides on these rulings, but the best interests of the park demand that is shall no longer continue a thoroughfare for sportsmen, hunters, and game-slaughterers.
>
> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1907. Administrative Reports in 2 Volumes.* (Washington: Gov't Printing Office, 1907), pp. 551-52.

In 1908, Young added:

> Poachers and other violators of the law were arrested in every quarter of the park, and several arrests were made outside the park in Wyoming and Montana on information and evidence furnished by park scouts, and the parties were convicted. It is evident, however, that many poachers escaped arrest. There are not sufficient scouts for thorough protection against poachers.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1908. Administrative Reports in 2 Volumes.* (Washington: Gov't Printing Office, 1908), p. 409.

5. Regulations of July 2, 1908 –

(5) Hunting or killing, wounding or capturing any bird or wild animal, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof. On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park.

*Laws and Regulations Relating to the Yellowstone National Park, Wyoming* (Washington: Gov't Printing Office, 1908), p. 13.

6. Regulations of May 27, 1911 –

(5) Hunting or killing, wounding, or capturing any bird or wild animal, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof. On arrival at the first station of the park guard parties having firearms, traps, nets, seines, or explosives will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1911. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1912), p. 575.

7. Regulations in effect April 15, 1918 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except

dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms will be permitted in the park only on written permission of the superintendent. Visitors entering or traveling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.

*General Information Regarding Yellowstone National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), p. 67.

8. Regulations of February 18, 1929 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Yellowstone National Park* (1929), pp. 61-62.

9. Regulations of January 11, 1930 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Yellowstone National Park* (1930), p. 64.

10. Regulations of December 20, 1930 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Yellowstone National Park* (1931), pp. 56-57.

11. Regulations of January 23, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

Molesting, teasing, or touching the bears is prohibited. Persons feeding bears do so at their own risk and peril.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animals shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 of the act of Congress approved May 7, 1894 (28 Stat. 73), entitled: "An act to protect the birds and animals of Yellowstone National Park, and to punish crimes in said park, and for other purposes."

*Circular of General Information Regarding Yellowstone National Park* (1932), pp. 57-58.

12. Regulations of December 21, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting, or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

Feeding directly from the hand, touching, teasing, or molesting bears is prohibited. Persons photographing bears do so at their own risk and peril.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeiture shall be adjudicated as a penalty in addition to other punishment. Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior. Possession within said park of the dead bodies or any part thereof of any wild bird or animals shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the parks.

Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the parks sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 of the act of Congress approved May 7, 1894 (28 Stat. 73), entitled: "An act to protect the birds and animals in Yellowstone National Park, and to punish crimes in said park, and for other purposes."

*General Information Regarding Yellowstone National Park* (Washington: Gov't Printing Office, 1933), pp. 48-49.

SEQUOIA AND GENERAL GRANT NATIONAL PARKS

1. Regulations of Sequoia National Park of June 2, 1902 –

(6) Hunting or killing, wounding, or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent then from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person, or persons, violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

"Rules and Regulations of the Sequoia National Park," June 2, 1902. *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1903, Miscellaneous Reports, Part I* (Washington: Gov't Printing Office, 1903), p. 551.

2. Regulations of General Grant National Park of June 2, 1902 –

(6) Hunting or killing, wounding, or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent then from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person, or persons,

violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

"Rules and Regulations of the General Grant National Park," June 2, 1902. *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1903, Miscellaneous Reports, Part I* (Washington: Govt' Printing Office, 1903), p. 553.

N.B. The acting superintendent of Sequoia and Gen'l Grant National Parks added the following to his annual report for the Fiscal Year ended June 30, 1905:

> In my opinion, tourists entering this park have no use for guns. Hunting is at no time permitted, and the game is not threatening or dangerous. The excuse might be offered that the tourists were en route to the forest reserve and were simply taking their guns through. I would therefore recommend that the carrying of guns through the park be permitted only on the Mineral King road, which is a county road, and that it be made generally known that no gun will be permitted within the park at any other place without first obtaining the permission of the acting superintendent, and that this permission be generally denied, except to those for whom the acting superintendent himself could be individually responsible. The sealing of guns would soon lead to the belief that the general right to carry guns in the park exists, and that the absence of one authorized to seal the gun at the point where the park was entered was sufficient justification for entering the park with an unsealed gun. Notices and regulations are soon ignored and lose their effect when privileges begin to be considered as rights, and the work of the rangers and guards is increased, as a practice once tolerated, because of a misunderstanding or mistaken belief, grows into an ungovernable nuisance and a source of never-ending trouble. I therefore consider it best to have it generally known that no persons will be permitted to carry guns in the park, except over the Mineral King road, above mentioned. There would then be no excuse for a man being found in the park with an unsealed gun. Rangers and guards can not be at all points, especially along the reserve, at which people enter.

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1905. Report of the Secretary of the Interior and Bureau Officers, etc.* (Washington: Gov't Printing Office, 1905), pp. 712-13.

The next year, the Secretary of the Interior commented thus:

> The rules and regulations were carefully observed by the soldiers, and their duties were performed in a thorough and satisfactory manner. The visitors to the parks seemed disposed to confirm to all the requirements, while the residents in the vicinity of the parks seemed interested in having the regulations obeyed. Violations of the regulations occurred in but two instances: A man brought a pistol into Sequoia Park without having it sealed; it was taken from him and will be held until the close of the season. Another man was found hunting in Sequoia Park; his gun was taken from him and he was ejected from the park.

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1906. Report of the Secretary of the Interior and Bureau Officers, etc.* (Washington: Gov't Printing Office, 1906), p. 203

3. Regulations [of both parks] of March 30, 1907 –

(6) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person, or persons, violating this regulation, and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

*Laws and Regulations Relating to the Sequoia and General Grant National Parks, California* (Washington: Gov't Printing Office, 1908), pp. 9, 11.

4. Regulations of March 30, 1912 –

(6) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person, or persons, violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1913), p. 683.

5. Regulations in effect April 15, 1918 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild

animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms will be permitted in the park only on written permission of the superintendent. Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.

*General Information Regarding Sequoia and General Grant National Parks – Season of 1918* (Washington: Gov't Printing Office, 1918), pp. 33-34.

6. Regulations of January 14, 1928 –

(4) *Hunting*.—The parks are sanctuaries for wild life of every sort and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said parks.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description, used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said parks, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said parks, or either of them, of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation. Firearms are prohibited within the parks except upon written permission of the superintendent. Visitors entering or traveling through the parks to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the parks sealed. The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress, approved June 2, 1920 (41 Stat. 732), accepting the cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*Circular of General Information Regarding Sequoia and General Grant National Parks* (Washington: Gov't Printing Office, 1928), p. 23.

7. Regulations of January 2, 1930 –

(4) *Hunting*.—The parks are sanctuaries for wild life of every sort and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said parks.

Molesting, teasing, or touching the bears is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description, used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said parks shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said parks, or either of them, of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation. Firearms are prohibited within the parks except upon written permission of the superintendent. Visitors entering or traveling through the parks to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the parks sealed. The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*Circular of General Information Regarding Sequoia and General Grant National Parks* (1930), p. 33-34.

8. Regulations of December 6, 1930 –

(4) *Hunting*.—The parks are sanctuaries for wild life of every sort and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said parks.

Molesting, teasing, or touching the bears is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description, used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said parks shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said parks, or either of them, of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation. Firearms are prohibited within the parks except upon written permission of the superintendent. Visitors entering or traveling through the parks to places beyond shall, at entrance, report and surrender all firearms,

traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the parks sealed. The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*Circular of General Information Regarding Sequoia National Park and General Grant National Park* (1931), pp. 43-44.

9. Regulations of December 21, 1932 –

(4) *Hunting*.—The parks are a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the parks.

Feeding directly from the hand, touching, teasing, or molesting bears is prohibited. Persons photographing bears do so at their own risk and peril.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of the parks shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeiture shall be adjudicated as a penalty in addition to other punishment. Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior. Possession within said parks of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the parks carcasses of birds or animals killed outside of the parks.

Firearms are prohibited within the parks except upon written permission of the superintendent. Visitors entering or traveling through the parks to places beyond shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the parks sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732),

accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*General Information Regarding Sequoia and General Grant National Parks* (Washington: Gov't Printing Office, 1933), pp. 37-38.

YOSEMITE NATIONAL PARK

1. Regulations of June 2, 1902 –

(6) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

"Rules and Regulations of the Yosemite National Park," June 2, 1902. *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1903, Miscellaneous Reports, Part I* (Washington: Govt' Printing Office, 1903), p. 526.

In his Annual Report for 1905, Secretary Hitchcock commented on Yosemite's firearm regulation as follows:

The duty of enforcing the regulation prohibiting the killing of game in the park continues to be a matter of considerable difficulty. Heretofore the custom has been to require persons entering the park with firearms in their possession to surrender such arms during their stay in the park, or, when the parties desired to leave the reservation by a different route, the arms were sealed up and delivered to the owners, with a permit to carry the sealed arms through the park. It has been found, however, that this system afforded no protection to the game in the park, inasmuch as persons entering the reservation with the object of hunting would have their arms sealed up by the first detachment of troops they met and as soon as they were out of sight would break the seals; thereafter, if they met other troops, they would claim that their arms had not been previously sealed; and there being no means of disproving this statement, the second detachment could only again put seals upon the weapons, to be a second time broken, so that the owners could use the weapons in violation of the park regulations.

Owing to this practice, the sealing of arms has been discontinued during the past season, and persons entering the park have been required by the first patrol they encountered to surrender any weapons in their possession. A large number of applications for permits to carry rifles and shotguns into the park for alleged "protection" were received; but as the applicants declined to give any information regarding their plans and purposes, only one such request was granted. In the case of parties of tourists consisting partly of women permits to carry revolvers were given to some of the men in the party. Notwithstanding these precautions, it has been impracticable to prevent entirely the killing of game in the park, as entrance thereto can be had at almost any point, and hunters can thus sometimes evade the various detachments of troops patrolling the reservation.

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1905. Report of the Secretary of the Interior and Bureau Officers, etc.* (Washington: Gov't Printing Office, 1905), pp. 165-66.

Captain H.C. Benson, Fourth Cavalry, the acting superintendent of Yosemite reported as follows:

Permits to Carry Arms

Numerous letters have been prepared at the instance of one Congressman, requesting that a number of parties who are desirous of making trips through the park be permitted to carry firearms for their protection, promising to conform to all the regulations. Regulations positively prohibit the killing of game. The carrying of firearms in the Yosemite National Park, or any national park, means that the person so carrying them is on a hunting trip; and it is so recognized throughout this part of the country. These letters were never presented, as stated in the body of the letter, but were always mailed to the acting superintendent by the party desiring a permit, with the request that the permit be forwarded to him saying nothing, however, about his intention of conforming to the rules and regulations. Letters were therefore addressed to these people, requesting that they inform the acting superintendent of the date when they expected to reach the park, where they expected to enter, what places they expected to visit, and how long they expected to remain, requesting also a statement from each member of the party that the arms would not be used for the killing of game. In no instance whatever have these questions been answered. In some cases the letters were not answered at all, while in other instances their reply simply was that the party had changed his mind and would not visit the Yosemite, and others, again, stated that they had decided not go on a camping trip this year. The spectacle of from five to seven men arriving on the park limits on the first day of the "open" season, each an provided with a rifle, and the majority of them with shotguns also, all for the purpose of "protection," would be an amusing one were it not for the fact that it meant the slaughter of game within the park. Under the circumstances, but one such permit was granted. Permits were given for the carrying of revolvers by men when they were accompanied by women, but in no other cases.

> It was positively known to the acting superintendent that the sealing of arms in previous years was but a farce, as the seals were broken immediately upon leaving the detachments, in many cases, and that when the next detachment was encountered the statement was made that the guns had not been previously sealed. As there was nothing to disprove this statement, the guns would be again sealed to be again broken and used in violation of park regulations. For this reason, arms have not been sealed this season.
>
> The protection of game is a very difficult matter, due to the fact that entrance can be had to the park at almost any point whatever, and to the fact that all of the inhabitants of this region believe that the game in the mountains belongs to them. With the withdrawal of the troops, there is absolutely nothing to prevent the annual influx of hunters. The game having been driven from the higher mountains by the snow and having grown quite tame during the summer from not being interfered with or frightened, fall easy prey to the unscrupulous.
>
> Id. at 697-98.

In his report for the Fiscal Year ended June 30, 1906, Secretary Hitchcock stated:

> [According to the Yosemite superintendent] the Yosemite Valley has, under the control of the State of California, been a death trap to game unfortunate enough to enter it. Practically every person living in the valley kept a rifle, shotgun, and revolver, and game of every description was considered legitimate prey. It is hoped that within a short time, now that the rules and regulations prescribed by the Department for the protection of game can be enforced in Yosemite Valley, that the game will soon learn that it is a safe retreat and not a death trap.
>
> The rules do not permit the carrying of firearms in the park. In the early part of the season two men were arrested by the park rangers for killing deer in the park; they were prosecuted under the State game laws and each fined . . . .
>
> *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1906. Report of the Secretary of the Interior and Bureau Officers, etc.* (Washington: Gov't Printing Office, 1906), p. 195.

The acting superintendent gave an example of the constant battle against poaching in his annual report:

> In the latter part of August, 1906, a letter was received from the Department stating that Mr. W.T. Scoon, of Modesto, Cal., with a party of friends, would make a trip through the reservation for protection, promising to conform to all the regulations. Notice was received by me from Mr. Scoon on September 5 that it was his purpose, with his party of four, to leave Modesto on or about the 10th of September. I thereafter requested him to advise me as to the names of the people who would compose his party and the point at which he expected to enter the park, in order to make arrangements for their reception at the point of entrance, to which he replied,

under date of September 11, stating "We will go up on the Oak Flat road by the way of Crockers and there will be in the party A.N. Crow, R.B. Crow, James Klo, and myself, and the party expects to leave Modesto September 13."

As there is absolutely no reason for carrying firearms for "protection" in the park, and the rules do not permit the carrying of firearms, and noting that the two members of this party, namely, the Crow Brothers, have on previous occasions killed game in the park when they were carrying firearms under a permit in which they had stipulated to conform to the rules and regulations, I sent an officer and two men to accompany this party in order that they might secure the "protection" they desired. They seemed much surprised and greatly put out that they were to be furnished with this protection. They stated that they had no intention whatever of hunting generally, but desired only to kill two or three bucks, just sufficient for their own use. They remained several days, debating whether they would go on the trip if they were not permitted to hunt, but finally moved to Poopenaut Valley, remained there several days, then went to Lake Eleanor for a few days, and finally left the park. It was undoubtedly their intention of going on a hunting trip pure and simple, as each man carried a rifle and a shotgun and they were provided with thirty days' rations. They remained in the park but ten days. It was not "protection" they desired of their firearms, but a definite intention to violate the rules and regulations of the park by hunting.

. . . . Immediately upon the withdrawal of the troops from the park it is overrun with pot hunters, and these same men often remain throughout the entire winter, killing and trapping all the game in their vicinity.

As the park can be entered from all points of the compass it is impracticable to keep these hunters out except by constant patrolling on the part of troops or rangers. As the rangers live, one on the south side and the other to the far southwest of the park, and make no attempt to patrol except a few miles from the residence of one, and that only on a wagon road, their services during winter are of but little value, and the game receives scarcely any protection from them.

Id. at 653-54.

2. Regulations of February 29, 1908[5] –

(4) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or

[5] In connection with YOSE, as early as 1896 the Sec'y of the Interior noted that "all persons [were] required to surrender" firearms, no permits for their carry being issued. Given "the depredations upon the game and song birds" it was felt that this policy was necessary, in order "[t]o prevent as far as possible trespass and flagrant violation of the rules of the park during the close-season . . . of California." The Sec'y went on to state that "[p]ersons entering by trails from the north and east on which there were no permanent guard posts, were, when discovered, disarmed by patrol parties. Notwithstanding the adoption of such stringent measures firearms have been occasionally smuggled in by campers." *Report of the Secretary of the Interior* [etc.] (Washington: Gov't Printing Office, 1896), vol. 1, p. CV.

means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

*Laws and Regulations Relating to the Yosemite National Park, California* (Washington: Gov't Printing Office, 1908), p. 15.

3. Regulations of June 1, 1909 –

(4) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof. On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives, will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1909. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1910), p. 436.

4. Regulations of March 30, 1912 –

(4) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof. On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives, will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1913), pp. 670-71.

5. Regulations of May 11, 1914 –

(4) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof. On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives, will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1914. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1915), p. 738.

In his annual report for Fiscal Year 1916, the superintendent addressed the firearms regulation as follows:

> Approximately 1,500 firearms of various sorts and calibers have been sealed or taken up during the year. At present firearms carried by through automobile passengers are sealed and the owners are permitted to retain possession. In such cases the number of guns sealed is stated on the permit and the seals are broken by the ranger at the point of exit. Those brought into the park by people on foot or horseback are taken up and turned in to the supervisor's office, whence they are shipped to the owner at the latter's risk. This method of handling firearms has proven very satisfactory. There should, however, be incorporated in the firearms regulations a clause stating, in effect, that in cases where arms once sealed are later found with seals broken, or in cases where arms are brought into the park unsealed in direct violation of the regulations, or in cases where there is any attempt to evade the regulations by denial of possession or concealment, said arms shall be promptly confiscated and the party shall forfeit all claim thereto.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1916. Volume I* (Washington: Gov't Printing Office, 1917), p. 794.

For Fiscal Year 1917, the superintendent noted:

> Firearms to the number of 1,794, of various classes, were handled by the ranger department during the year. Of these 1,236 were sealed at the park entrances, and 558 were taken up by the park rangers at various points and were later returned to their respective owners. The method of handling firearms was the same as that used through the latter part of the 1916 season. Firearms carried by automobile passengers are sealed at the park entrance and are allowed to remain in the possession of the owner. In this case the number of guns sealed is noted on the permit by the ranger issuing the permit and the seals are in turn broken by the ranger at point of exit. Those brought into the park by people on foot or horseback are taken up and turned into the supervisor's office, whence they are shipped to the owners at the latter's risk. Likewise, in cases where persons are found in the park with firearms which have not been sealed, such firearms are taken up and handled in the same manner. In the latter case, unless the owner can readily explain the reason for carrying unsealed firearms, additional penalties in the way of fines are imposed.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1917. Volume I* (Washington: Gov't Printing Office, 1918), p. 935.

6. Regulations in effect April 15, 1918 –

(5) *Hunting*.—The park is a sanctuary for wild life of every sort, and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms will be permitted in the park only on written permission of the superintendent. Visitors entering or traveling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.

*General Information Regarding Yosemite National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), pp. 33-34.

7. Regulations of November 24, 1928 –

(5) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping,

ensnaring, or capturing birds or wild animals within the limits of said park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation. Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE. The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress, approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Yosemite National Park* (1929), pp. 41-42.

8. Regulations of January 14, 1930 –

(5) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation. Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress, approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Yosemite National Park* (1930), p. 45.

9. Regulations of December 8, 1930 –

(5) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation. Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress, approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Yosemite National Park* (Washington: Gov't Printing Office, 1931), pp. 45-46.

10. Regulations of January 13, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or

animals shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park . . . and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Yosemite National Park* (1932), pp. 42-43.

11. Regulations of December 21, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the parks.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be adjudicated as a penalty in addition to other punishment. Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Feeding directly from the hand, touching, teasing, or molesting bears is prohibited. Persons photographing bears do so at their own risk and peril.

Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park

officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*General Information Regarding Yosemite National Park* (Washington: Gov't Printing Office, 1933), pp. 34-35.


MESA VERDE NATIONAL PARK

1. Regulations of March 19, 1908 –

(8) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than those prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will be permitted in the park only on written permission from the superintendent thereof.

*Laws and Regulations Relating to the Mesa Verde National Park, Colorado* (Washington: Gov't Printing Office, 1908), p. 9.

2. Regulations of March 30, 1912 –

(8) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will be permitted in the park only on written permission from the superintendent.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1913), pp. 715-16.

3. Regulations in effect April 15, 1918 –

(5) *Hunting*.—The park is a sanctuary for wild life of every sort and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms will be permitted in the park only on written permission of the superintendent. Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.

*General Information Regarding Mesa Verde National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), p. 47.

4. Regulations of December 11, 1928 –

(5) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Mesa Verde National Park* (Washington: Gov't Printing Office, 1929), p. 54.

5. Regulations of March 1, 1930 –

(5) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Mesa Verde National Park* (Washington: Gov't Printing Office, 1930), p. 56.

6. Regulations of January 8, 1931 –

(5) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers

authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Mesa Verde National Park* (Washington: Gov't Printing Office, 1931), p. 57.

7. Regulations of December 21, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting, killing, wounding, capturing, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*General Information Regarding Mesa Verde National Park* (Washington: Gov't Printing Office, 1933), pp. 55-56.

## Crater Lake National Park

1. Regulations of August 27, 1902 –

(4) Hunting or killing, wounding or capturing, any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.

Firearms will only be permitted in the park on written permission from the superintendent thereof.

"Rules and Regulations of the Crater Lake National Park," August 27, 1902. *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1903. Miscellaneous Reports. Part I. Bureau Officers, etc.* (Washington: Gov't Printing Office, 1903), p. 567.

2. Regulations of June 10, 1908 –

(4) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

*Laws and Regulations Relating to the Crater Lake National Park, Oregon* (Washington: Gov't Printing Office, 1908), p. 6.

N.B. In his annual report for Fiscal Year 1911, superintendent W.F. Arant addressed the system of surrendering firearms upon arrival thus:

> During the last season all guns were taken at the superintendent's office, checked, and returned upon presentation of the coupon when the visitor was ready to depart from the park.
>
> As a matter of safety and a prevention of violation of the rules and regulations of the reserve this mode was not objectionable, but was laborious and somewhat inconvenient to both the management of the park and the public. Under this method there are usually from 20 to 50 guns in the office all the time. I made requisition to the department for gun seals, such as are used in the Yellowstone Park, with instructions regarding their use.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1911. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1912), p. 657.

3. Regulations of March 30, 1912 –

(4) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or

means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1913), p. 730.

4. Regulations in effect April 15, 1918 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms will be permitted in the park only on written permission of the superintendent. Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.

*General Information Regarding Crater Lake National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), pp. 14-15.

5. Regulations of January 19, 1928 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals, when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals or in possession of game killed on the park lands under circumstances other than prescribed above shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited

in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed. The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officers nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Crater Lake National Park* (Washington: Gov't Printing Office, 1929), p. 13.

6. Regulations of December 28, 1929 –

(4) Hunting.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals, when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases, may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officers, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Crater Lake National Park* (Washington: Gov't Printing Office, 1930), p. 13.

7. Regulations of January 14, 1931 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals, when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of

the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Crater Lake National Park* (1931), pp. 14-15.

8. Regulations of January 15, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE. The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 and 5 of the act of Congress approved August 21, 1916 (39 Stat. 521), accepting cession by the State of Oregon of exclusive jurisdiction of the lands embraced in the Crater Lake National Park, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Crater Lake National Park* (1932), pp. 22-23.

9. Regulations of December 21, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or wild animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeiture shall be adjudicated as a penalty in addition to other punishment. Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved August 21, 1916 (39 Stat. 521), accepting cession by the State of Oregon of exclusive jurisdiction of the lands embraced in the Crater Lake National Park, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*General Information Regarding Crater Lake National Park* (Washington: Gov't Printing Office, 1933), pp. 20-21.

MOUNT RAINIER NATIONAL PARK

1. Regulations of August 1, 1903 –

(2) The hunting or killing, wounding or capturing of any bird or wild animal on the Government lands in the park, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. Firearms will only be permitted in the reservation on the written permission of the acting superintendent.

"Regulations Governing Mount Rainier National Park." *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1904. Miscellaneous Reports. Part I. Bureau Officers, etc.* (Washington: Gov't Printing Office, 1904), p. 442.

N.B. In his annual report, the acting superintendent commented on this regulation thus:

> Public sentiment very strongly indorses the regulation which prohibits carrying firearms within the limits of the park except by written permit issued by the acting superintendent. This regulation has been thoroughly enforced by the forest rangers without any special difficulty. In one instance they were obliged to take the guns from two men who were in the park under the pretext of being prospectors, but who were actually there to kill whatever large game they might come across. This was not long after the regulation was issued, and they were, perhaps, not at the time aware that guns were prohibited.

Id. at 440.

2. Regulations of June 10, 1908 –

> (4) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

*Laws and Regulations Relating to the Mount Rainier National Park, Washington* (Washington: Gov't Printing Office, 1908), p. 8.

3. Regulations of March 30, 1912 –

> (4) Hunting or killing, wounding, or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1913), p. 700.

4. Regulations in effect April 15, 1918 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms will be permitted in the park only on written permission of the superintendent. Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.

*General Information Regarding Mount Rainier National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), p. 33.

5. Regulations of November 22, 1928 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and hunting, killing, wounding or capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds, or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines or other property so surrendered to any park officer nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Mount Rainier National Park* (Washington: Gov't Printing Office, 1929), p. 28.

6. Regulations of December 30, 1929 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and hunting, killing, wounding, capturing, or frightening any bird or wild animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Mount Rainier National Park* (1930), p. 29.

7. Regulations of December 8, 1930 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases, may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers

authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Mount Rainier National Park* (Washington: Gov't Printing Office, 1931), pp. 28-29.

8. Regulations of December 21, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be adjudicated as a penalty in addition to other punishment. Such forfeited property shall be disposed of and accounted for by and under authority of the Secretary of the Interior. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved June 30, 1916 (39 Stat. 243), accepting cession by the State of Washington of exclusive jurisdiction of the lands embraced within the Mount Rainier National Park.

This act by its terms applies to all lands within said park whether in public or private ownership.

*General Information Regarding Mount Rainier National Park* (Washington: U.S. Gov't Printing Office, 1933), pp. 27-28.

PLATT NATIONAL PARK[6]

Regulations of June 10, 1908 –

(6) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

*Laws and Regulations Relating to the Platt National Park, Oklahoma* (Washington: Gov't Printing Office, 1908), pp. 11-12.

WIND CAVE NATIONAL PARK

1. Regulations of June 10, 1908 –

(5) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

*Laws and Regulations Relating to the Wind Cave National Park, South Dakota* (Washington: Gov't Printing Office, 1908), p. 7.

2. Regulations of March 30, 1912 –

(5) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or

[6] Originally Sulphur Springs Reservation, renamed and redesignated Platt National Park June 29, 1906; combined with Arbuckle National Recreation Area and additional lands and renamed and redesignated Chickasaw National Recreation Area March 17, 1976.

inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the supervisor and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the supervisor thereof.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1915. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1916), p. 1046.

3. Regulations in effect April 15, 1918 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms will be permitted in the park only on written permission of the superintendent. Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.

*General Information Regarding Wind Cave National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), pp. 16-17.

4. Regulations of March 8, 1926 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this

regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.

The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines or other property so surrendered to any park officer nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Wind Cave National Park* (Washington: Gov't Printing Office, 1929), pp. 9-10.

5. Regulations of December 28, 1929 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Wind Cave National Park* (1930), pp. 9-10.

6. Regulations of December 2, 1930 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory

evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.

The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Wind Cave National Park* (Washington: Gov't Printing Office, 1931), pp. 9-10.

7. Regulations of December 21, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park, under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*General Information Regarding Wind Cave National Park* (Washington: U.S. Gov't Printing Office, 1933), pp. 9-10.

8. Regulations in effect 1933 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting, killing, wounding, frightening, capturing or attempting to capture at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from

destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park, under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the Office of National Parks, except I cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms and traps are prohibited within the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender, if required, all firearms, traps, seines, nets or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*General Information Regarding Wind Cave National Park* (Washington:  Gov't Printing Office, 1934), p. 11.


GLACIER NATIONAL PARK

1.  Regulations of December 3, 1910 –

(4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives will turn them over to the officer in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.

*Laws, Regulations, and General Information Relating to Glacier National Park, Montana 1910* (Washington:  Gov't Printing Office, 1911), p. 6.

2.  Regulations of March 30, 1912 –

(4) Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof. On arrival at the first station of the park guard parties having firearms, traps, nets, seines, or explosives will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park</u>.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1913), p. 752.

3. Regulations of May 13, 1914 –

(4) Hunting or killing, wounding, or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof. On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives will turn them over to the officer in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park</u>.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1914. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1915), p. 833.

4. Regulations in effect April 15, 1918 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than

prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.

   *General Information Regarding Glacier National Park – Season of 1918* (Washington:  Gov't Printing Office, 1918), p. 65.

5.  Regulations of December 12, 1928 –

   (4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.
   The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons within said park limits when engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.
   NOTE.  The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress, approved August 22, 1914 (38 Stat. 700) accepting cession by the State of Montana of exclusive jurisdiction over the lands embraced within the Glacier National Park.
   This act by its terms applies to all lands within the park, whether in public or private ownership.

   *Circular of General Information Regarding Glacier National Park* (1929), pp. 33-34.

6.  Regulations of March 6, 1930 –

   (4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited, within the limits of said parks.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons within said park limits when engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation. Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—This paragraph is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved August 22, 1914 (38 Stat. 700), accepting the cession by the State of Montana of exclusive jurisdiction over the lands embraced within the Glacier National Park.

This act by its terms applies to all lands within the park, whether in public or private ownership.

Game killed or taken within the park, and firearms in possession therein, in violation of these regulations, shall be forfeited to the United States, and any employee of the park assigned to police duty shall have authority to search without a warrant any automobile or other vehicle, or any container therein, for such game or firearms and to seize the same if found, when he has reasonable grounds for belief that the automobile or other vehicle, or container therein, contains game or firearms subject to forfeiture as provided herein.

*Circular of General Information Regarding Glacier National Park* (Washington: Gov't Printing Office, 1930), p. 33.

7. Regulations of December 3, 1930 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons within said park limits when engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation. Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no

responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

Game killed or taken within the park, and firearms in possession therein, in violation of these regulations, shall be forfeited to the United States, and any employee of the park assigned to police duty shall have authority to search without a warrant any automobile or other vehicle, or any container therein, for such game or firearms and to seize the same if found, when he has reasonable grounds for belief that the automobile or other vehicle, or container therein, contains game or firearms subject to forfeiture as provided therein.

NOTE.—This paragraph is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved August 22, 1914 (38 Stat. 700), accepting cession by the State of Montana of exclusive jurisdiction over the lands embraced within the Glacier National Park.

This act by its terms applies to all lands within the park, whether in public or private ownership.

*Circular of General Information Regarding Glacier National Park* (1931), pp. 29-30.

8. Regulations of December 21, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

Feeding directly from the hand, touching, teasing, or molesting bears is prohibited. Persons photographic bears do so at their.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved August 22, 1914 (38 Stat.

700), accepting cession by the State of Montana of exclusive jurisdiction of the lands embraced within the National Park.

This act by its terms applies to all lands within said park whether in public or private ownership.

*General Information Regarding Glacier National Park* (Washington: Gov't Printing Office, 1933), p. 23.

ROCKY MOUNTAIN NATIONAL PARK

1. Regulations of May 29, 1915 –

(5) The park is a sanctuary for wild life of every sort, and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

(6) The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, must be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. Firearms will be permitted in the park only on written permission of the supervisor. Visitors entering or travelling through the park to places beyond should, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.

"Rules and Regulations Approved May 29, 1915." *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1915, Administrative Reports in 2 Volumes* (Washington: Gov't Printing Office) vol. 1, p. 1124.

In his annual report for Fiscal Year 1916, the superintendent added:

There is no evidence of the slaughter of game during the past year in the park, a strict vigilance having been kept during the winter months for hunters and trappers. Mountain sheep are plentiful and no doubt increasing, and have been seen more frequently by tourists than in former years. It is now possible to approach them quite closely, and one instance is known where an automobile came within 30 feet of a group which did not disturb them. One ranger reports seeing 182 in one group near Specimen Mountain.

Firearms are not allowed in the park and notice to this effect is posted at all entrances.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1916. Volume I* (Washington: Gov't Printing Office, 1917), p. 794.

2. Regulations in effect April 15, 1918 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms will be permitted in the park only on written permission of the superintendent. Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.

*General Information Regarding Rocky Mountain National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), pp. 26-27.

3. Regulations of January 17, 1928 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding or capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines or other property so surrendered to any park officer nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Rocky Mountain National Park* (Washington: Gov't Printing Office, 1929), p. 30.

4. Regulations of January 2, 1930 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Rocky Mountain National Park* (1930), p. 29.

5. Regulations of December 6, 1930 –

(5) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Rocky Mountain National Park* (Washington: Gov't Printing Office, 1931), p. 30.

6. Regulations of December 21, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be adjudicated as a penalty in addition to other punishment. Such forfeited property shall be disposed of and accounted for by and under authority of the Secretary of the Interior. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

<u>Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved March 2, 1929 (45 Stat. 1536), accepting cession by the State of Colorado of exclusive jurisdiction of the lands embraced in the Rocky Mountain National Park.

This act by its terms applies to all lands within said park whether in public or private ownership.

*General Information Regarding Rocky Mountain National Park* (Washington: U.S. Gov't Printing Office, 1933), p. 26.

<u>HAWAII NATIONAL PARK</u>

1. Regulations in effect 1929 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, wounding, capturing, or frightening any bird or animal in the park, except the wild goat, as provided in Rule 1, is prohibited. <u>Firearms are prohibited in the park except on written permission of the superintendent, who also has authority to waive inquiry as to the possession of firearms by visitors traveling through the park to places beyond</u>.

*Circular of General Information Regarding Hawaii National Park* (Washington: Gov't Printing Office, 1929), p. 14.

2. Regulations of December 21, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except wild goats and pigs as provided in Rule I, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park, shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeiture shall be adjudicated as a penalty in addition to other punishment. Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park, except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulations is [sic] in effect a declaration of the law on this subject as contained in sections 4 and 5 of the act of Congress approved April 19, 1930 (46 Stat. 227), to provide for the exercise of sole and exclusive jurisdiction by the United States over the Hawaii National Park in the Territory of Hawaii, and for other purposes.

The act by its terms applies to all lands within said park, whether in public or private ownership.

*General Information Regarding Hawaii National Park* (Washington: Gov't Printing Office, 1933), p. 17.

ACADIA NATIONAL PARK

1. Regulations in effect 1929 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park is prohibited.

Firearms are prohibited in the park except on written permission of the superintendent.

*Circular of General Information Regarding Acadia National Park* (Washington: U.S. Gov't Printing Office, 1929), p. 13.

2. Regulations in effect 1930 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park is strictly prohibited. No light shall be used for the purpose of observing the wild life in the park except as authorized in writing by the superintendent.
Firearms are prohibited in the park except on written permission of the superintendent.

*Circular of General Information Regarding Acadia National Park* (1930), p. 12.

3. Regulations of January 14 and December 21, 1932 –

(4) Hunting.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park is prohibited. No light shall be used for the purpose of observing the wild life in the park except as authorized in writing by the superintendent.
Firearms are prohibited in the park except on written permission of the superintendent.

*Circular of General Information Regarding Acadia National Park* (1932), p. 13; *General Information Regarding Acadia National Park* (1933), p. 16.

LASSEN VOLCANIC NATIONAL PARK

1. Regulations in effect 1929 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park is prohibited.
Firearms are prohibited in the park except on written permission of the superintendent.

*Circular of General Information Regarding Lassen Volcanic National Park* (Washington: Gov't Printing Office, 1929), p. 11.

2. Regulations in effect 1930 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said park, shall be taken

up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation. Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE. The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 and 5 of the act of Congress, approved April 26, 1928 (45 Stat. 463), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Lassen Volcanic National Park, and for other purposes.

This act by its terms applies to all lands within said park, whether in public or private ownership.

*Circular of General Information Regarding Lassen Volcanic National Park* (1930), pp. 12-13.

3. Regulations of January 14, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE. The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 and 5 of the act of Congress, approved April 26, 1928 (45 Stat. 463), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Lassen Volcanic National Park, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Lassen Volcanic National Park* (1932), p. 16.

4. Regulations of December 21, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be adjudicated as a penalty in addition to other punishment. Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park, except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject as contained in sections 4 and 5 of the act of Congress approved April 26, 1928 (45 Stat. 463), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Lassen Volcanic National Park, and for other purposes.

The act by its terms applies to all lands within said park, whether in public or private ownership.

*General Information Regarding Lassen Volcanic National Park* (Washington: Gov't Printing Office, 1933), pp. 16-17.

MOUNT MCKINLEY NATIONAL PARK

1. Regulations in effect 1929 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, and snaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

No game meat shall be taken into the park without prior permission in writing from the superintendent or his nearest representative.

*Circular of General Information Regarding Mount McKinley National Park* (Washington: Gov't Printing Office, 1929), p. 19.

2. Regulations in effect 1930 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, and snaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

No game meat shall be taken into the park without prior permission in writing from the superintendent or his nearest representative.

*Circular of General Information Regarding Mount McKinley National Park* (Washington: Gov't Printing Office, 1930), pp. 21-22.

3. Regulations of January 29, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

<u>Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

*Circular of General Information Regarding Mount McKinley National Park* (1932), pp. 22-23.

## <u>ZION AND BRYCE CANYON NATIONAL PARKS</u>

1. Regulations of January 12, 1929 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this

regulation and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent.

Visitors entering or traveling through the park to places beyond shall at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Zion and Bryce Canyon National Parks* (Washington: Gov't Printing Office, 1929), p. 14.

2. Regulations in effect 1931 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent.

Visitors entering or traveling through the park to places beyond shall at entrance report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Zion and Bryce Canyon National Parks* (Washington: Gov't Printing Office, 1931), p. 20.

3. Regulations of February 6, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the

superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Zion and Bryce Canyon National Parks* (1932), pp. 20-21.

4.  Regulations of December 21, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description, used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park, except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*General Information Regarding Zion and Bryce Canyon National Parks* (Washington:  Gov't Printing Office, 1933), pp. 16-17.

NATIONAL MONUMENTS

1. Regulations of November 19, 1910[7] –

(2) No firearms are allowed.[8]

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1913), p. 769.

2. Regulations in effect 1930[9] –

(5) *Hunting*.—The national monuments are sanctuaries for wild life of every sort, and the hunting, killing, wounding, capturing, or frightening of any bird or wild animal in any monument is strictly prohibited, except poisonous snakes or dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

*Glimpses of Our National Monuments* (Washington: U.S. Gov't Printing Office, 1933), p. 71.

N.B. Note that the explicit firearm prohibition of the 1910 regulation has been deleted.

CARLSBAD CAVERNS NATIONAL PARK

Regulations of February 28, 1933 –

(1) Preservation of Natural Features and Curiosities.

* * *

No canes, umbrellas, or sticks of any kind, or firearms or any other explosive material will be permitted to be taken into the caverns.

* * *

---

[7] Prior to being promulgated for general application to all national monuments, this same regulation was prescribed for Muir Woods National Monument, on September 10, 1908. *General Information Regarding the National Monuments Set Aside under the Act of Congress Approved June 8, 1906* (Washington: Gov't Printing Office, 1917), p. 9.

[8] National Monuments administered by the Department of the Interior at the time, and administered by the National Park Service today, include: Devils Tower, Montezuma Castle, El Morro, Chaco Canyon, Muir Woods, Pinnacles, Tumacacori, Mukuntuweap (now part of Zion NP), Natural Bridges, Gran Quivira, Sitka, Rainbow Bridge, Colorado, and Petrified Forest. See, *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1913), p. 769.

[9] National Monuments administered by the National Park Service in 1930: Arches, Aztec Ruins, Capulin Mtn., Casa Grande, Chaco Canyon, Colorado, Craters of the Moon, Devils Tower, Dinosaur, El Morro, Fossil Cycad, Geo. Washington's Birthplace, Glacier Bay, Gran Quiriva, Hovenkeep, Katmai, Lewis and Clark Cavern, Montezuma Castle, Muir Woods, Natural Bridges, Navajo, Petrified Forest , Pinnacles, Pipe Spring, Rainbow Bridge, Scotts Bluff, Shoshone Cavern, Sitka, Tumacacori, Verendyre, Wupatki, and Yucca House. *Glimpses of Our National Monuments* (Washington: U.S. Gov't Printing Office, 1930), pp. I-II.

(3) Hunting.—The park is a sanctuary for wildlife of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

Story, Isabella F., *Carlsbad Caverns National Park* (Washington: U.S. Gov't Printing Office, 1935), p. 23.

GREAT SMOKY MOUNTAINS NATIONAL PARK

1. Regulations of May 9, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, or taking the eggs of any bird, is prohibited within the limits of said park. Firearms are prohibited within the park except upon written permission of the superintendent.

*General Information [Regarding] Great Smoky Mountains National Park* (1932), p. 11.

2. Regulations of March 10, 1933 –

(4) Hunting.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, or taking the eggs of any bird, is prohibited within the limits of said park. Firearms are prohibited within the park except upon written permission of the superintendent.

*General Information Regarding Great Smoky Mountains National Park* (Washington: 1933), p. 16.

3. Regulations in effect 1934/35 –

(4) *Hunting*.—The park is a sanctuary for wildlife of every sort, and all hunting or the killing, wounding, frightening, pursuing, capturing or attempting to capture at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, or taking the eggs of any bird, is prohibited within the limits of said park. Firearms are prohibited within the park except upon written permission of the superintendent. The outfits, including guns, teams, traps, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be

adjudicated as a penalty in addition to other punishment. Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation. During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

*General Information Regarding Great Smoky Mountains National Park* (1933[10]), p. 16.

GRAND CANYON NATIONAL PARK

1. Regulations of January 16, 1928[11] –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and hunting, killing, wounding, capturing, or frightening any bird or animal in the park is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Canyon National Park* (Washington: U.S. Gov't Printing Office, 1929), p. 43.

2. Regulations of January 2, 1930 –

---

[10] While the publication date given on the face of the pamphlet states "1933," this regulation would appear to be later in date, given that (1) the regulation of March 10, 1933 (see part I at < http://www nps.gov/policy/Firearmsregs.pdf>) appears to have been significantly expanded, and (2) the pamphlet was found in a bound volume of similar brochures dated 1936.

[11] In a 1928 article entitled "U.S. National Parks Magnificent Schools," Dr. Frank Thomas, formerly the park naturalist at Yellowstone, gave potential visitors to the parks a few helpful tips, including the following:

> Don't carry any firearms. They'll only be sealed at the park entrance, and you lose the gun and a stiffish fine besides if you tamper with the seal.

*The Science News-Letter*, Vol. 13, No. 366, American Traveler Number (April 14, 1928), pp. 227, 228.

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and hunting, killing, wounding, capturing, or frightening any bird or animal in the park is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Canyon National Park* (Washington: U.S. Gov't Printing Office, 1930), p. 44.

3. Regulations of January 9, 1931 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or animal in the park is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Canyon National Park* (Washington: Gov't Printing Office, 1931), p. 44.

4. Regulations of February 15, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal,

except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Canyon National Park* (1932), p. 47.

5.  Regulations of December 31, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*General Information Regarding Grand Canyon National Park* (Washington: Gov't Printing Office, 1933), p. 35.

GRAND TETON NATIONAL PARK

1. Regulations in effect 1929 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent or his authorized representative at the park and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent or his authorized representative.

*Circular of General Information Regarding Grand Teton National Park* (Washington: U.S. Gov't Printing Office, 1929), p. 17.

2. Regulations in effect 1930 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent or his authorized representative at the park and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent or his authorized representative.

*Circular of General Information Regarding Grand Teton National Park* (Washington: U.S. Gov't Printing Office, 1930), p. 16.

3. Regulations of January 29, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Teton National Park* (1932), pp. 15-16.

GENERAL REGULATION[12]

Regulation of June 18, 1936 –

(7) *Protection of wildlife*.—The parks and monuments are sanctuaries for wildlife of every sort, and all hunting, or the killing, wounding, frightening, capturing, or attempting to capture at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the parks and monuments.

[12] The general regulation states it is "for the proper use, management, government, and protection of, and maintenance of good order in all the National Parks, National Monuments, National Military Parks, National Historical Parks, Battlefield Sites, and miscellaneous memorials which are, or hereafter may be, under the administrative jurisdiction of the National Park Service of the Department of the Interior: *Provided, however*, That these rules and regulations shall not apply to National Cemeteries or to National Capital Parks. All previous rules and regulations . . . except such local subsidiary regulations as are continued in force under the provisions hereof . . . are hereby repealed." Id. Such "subsidiary regulations" included explicit special regulations, such as those for mining in Death Valley National Monument (section 16), and the prohibition on fishing in Muir Woods National Monument (section 9), contained in the general regulation itself. Other park-specific regulations were clearly contemplated therein, for example, those regulating the hours of swimming at Hot Springs National Park (section 2(m)), and restricting the use of spring water at Platt National Park (section 4). No special regulations, either explicit or implicit, were included with respect to firearms. Id. at 673-75.

Unauthorized possession within a park or monument of the dead body of any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements must be made at entrance stations to identify and transport through the parks and monuments, where necessary, the carcasses of birds or animals legally killed outside the parks and monuments. Failure to make such arrangements shall be deemed a violation of this regulation.

(8) *Firearms, etc.*—Firearms, explosives, traps, seines, and nets are prohibited within the parks and monuments, except upon written permission of the superintendent or custodian. Visitors entering or traveling through the parks and monuments to places beyond shall, at entrance, report and, if required to do so, surrender all such objects in their possession to the first park or monument officer, and, in proper cases, may obtain his written permission to carry them through the park or monument sealed. Failure to obtain such written permission shall be deemed a violation of this regulation. The Government assumes no responsibility for the loss of, or damage to, any such objects so surrendered to any park or monument officer, nor are park or monument officers authorized to accept the responsibility or custody of any other property for the convenience of the visitors.

1 *Federal Register* 672, 673-74 (June 27, 1936).

# APPENDIX A

Original Rules and Regulations of Yellowstone National Park

1st.  All hunting, fishing, or trapping within the limits of the Park, except for purposes of recreation, or to supply food for visitors or actual residents, is strictly prohibited; and no sales of fish or game taken within the park shall be made outside of its boundaries.

2nd.  Persons residing within the park, or visiting it for any purpose whatever, are required under severe penalties to extinguish all fires which it may be necessary to make, before leaving them.  No fires must be made within the park except for necessary purposes.

3rd.  No timber must be cut in the park without a written permit from the superintendent.

4th.  Breaking the siliceous or calcareous borders or deposits surrounding or in the vicinity of the springs or geysers for any purpose, and all removal, carrying away, or sale of specimens found within the park, without the consent of the superintendent, is strictly prohibited.

5th.  No person will be permitted to reside permanently within the limit of the park without permission from the Department of the Interior, and any person now living within the park shall vacate the premises occupied by him within thirty days after having been served with a written notice so to do, by the superintendent or his deputy, said notice to be served upon him in person or left at his place of residence.

Source:  *Report of the Secretary of the Interior; Being Part of the Message and Documents Communicated to the Two Houses of Congress at the Beginning of the Third Session of the Forty-Fifth Congress, in Two Volumes* (Washington:  Gov't Printing Office, 1878), vol. I, pp. 993-94.

# APPENDIX B

1881 Rules and Regulations of Yellowstone National Park

* * *

4. Hunting, trapping, and fishing, except for purposes of procuring food for visitors or actual residents, are prohibited by law; and no sales of game or fish taken inside the Park shall be made for purposes of profit within its boundaries or elsewhere.

* * *

Approved by Sec'y of the Interior S.J. Kirkwood, May 4, 1881.

Source: *Annual Report of the Secretary of the Interior on the Operations of the Department for the Year Ended June 30, 1881, in Four Volumes* (Washington: Gov't Printing Office, 1882), vol. II, p. 819.

# APPENDIX C

1888 Rules and Regulations of Yellowstone National Park

* * *

5. Hunting, capturing, injuring, or killing any bird or animal within the Park is prohibited. The outfits of persons found hunting or in possession of game killed in the Park will be subject to seizure and confiscation.

* * *

Approved by Sec'y of the Interior William F. Vilas, July 1, 1888.

Source: *Report of the Secretary of the Interior for the Fiscal Year Ending June 30, 1888. In Six Volumes* (Washington: Gov't Printing Office, 1888), vol. III, p. 656.

# EXHIBIT 84

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 594 of 828

*Saturday, June 27, 1936* *No. 76*

TREASURY DEPARTMENT.

Bureau of Internal Revenue.

[T. D. 4649]

WITHHOLDING OF INCOME TAX UNDER SECTIONS 143 AND 144 OF THE REVENUE ACT OF 1936

*Collectors of Internal Revenue and Others Concerned:*

Paragraph A. The Revenue Act of 1936 (Public, No. 740, Seventy-fourth Congress, second session, H. R. 12395), was approved by the President, June 22, 1936, 9 p. m. eastern standard time.

Paragraph B. Section 143 (Title I, Income Tax) of the Act, relating to withholding of tax at the source, provides:

SEC. 143. WITHHOLDING OF TAX AT SOURCE.—(a) *Tax-Free Covenant Bonds.*—

(1) *Requirement of withholding.*—In any case where bonds, mortgages, or deeds of trust, or other similar obligations or a corporation, issued before January 1, 1934, contain a contract or provision by which the obligor agrees to pay any portion of the tax imposed by this title upon the obligee, or to reimburse the obligee for any portion of the tax, or to pay the interest without deduction for any tax which the obligor may be required or permitted to pay thereon, or to retain therefrom under any law of the United States, the obligor shall deduct and withhold a tax equal to 2 per centum of the interest upon such bonds, mortgages, deeds of trust, or other obligations, whether such interest is payable annually or at shorter or longer periods, if payable to an individual, a partnership, or a foreign corporation not engaged in trade or business within the United States and not having any office or place of business therein: *Provided,* That if the liability assumed by the obligor does not exceed 2 per centum of the interest, then the deduction and withholding shall be at the following rates: (A) 10 per centum in the case of a nonresident alien individual (except that such rate shall be reduced, in case of a resident of a contiguous country, to such rate, not less than 5 per centum, as may be provided by treaty with such country), or of any partnership not engaged in trade or business within the United States and not having any office or place of business therein and composed in whole or in part of nonresident aliens, (B) in the case of such a foreign corporation, 15 per centum, and (C) 2 per centum in the case of other individuals and partnerships: *Provided further,* That if the owners of such obligations are not known to the withholding agent the Commissioner may authorize such deduction and withholding to be at the rate of 2 per centum, or, if the liability assumed by the obligor does not exceed 2 per centum of the interest, then at the rate of 10 per centum.

(2) *Benefit of credits against net income.*—Such deduction and withholding shall not be required in the case of a citizen or resident entitled to receive such interest, if he files with the withholding agent on or before February 1 a signed notice in writing claiming the benefit of the credits provided in section 25 (b); nor in the case of a nonresident alien individual if so provided for in regulations prescribed by the Commissioner under section 215.

(3) *Income of obligor and obligee.*—The obligor shall not be allowed a deduction for the payment of the tax imposed by this title, or any other tax paid pursuant to the tax-free covenant clause, nor shall such tax be included in the gross income of the obligee.

(b) *Nonresident aliens.*—All persons, in whatever capacity acting, including lessees or mortgagors of real or personal property, fiduciaries, employers, and all officers and employees of the United States, having the control, receipt, custody, disposal, or payment of interest (except interest on deposits with persons carrying on the banking business paid to persons not engaged in business in the United States and not having an office or place of business therein), dividends, rent, salaries, wages, premiums, annuities, compensations, remunerations, emoluments, or other fixed or determinable annual or periodical gains, profits, and income (but only to the extent that any of the above items constitutes gross income from sources within the United States), of any nonresident alien individual, or of any partnership not engaged in trade or business within the United States and not having any office or place of business therein and composed in whole or in part of nonresident aliens, shall (except in the cases provided for in subsection (a) of this section and except as otherwise provided in regulations prescribed by the Commissioner under section 215) deduct and withhold from such annual or periodical gains, profits, and income a tax equal to 10 per centum thereof, except that such rate shall be reduced, in the case of a nonresident alien individual a resident of a contiguous country, to such rate (not less than 5 per centum) as may be provided by treaty with such country: *Provided,* That no such deduction or withholding shall be required in the case of dividends paid by a foreign corporation unless (1) such corporation is engaged in trade or business within the United States or has an office or place of business therein, and (2) more than 85 per centum of the gross income of such corporation for the three-year period ending with the close of its taxable year preceding the declaration of such dividends (or for such part of such period as the corporation has been in existence) was derived from sources within the United States as determined under the provisions of section 119: *Provided further,* That the Commissioner may authorize such tax to be deducted and withheld from the interest upon any securities the owners of which are not known to the withholding agent. Under regulations prescribed by the Commissioner, with the approval of the Secretary, there may be exempted from such deduction and withholding the compensation for personal services of nonresident alien individuals who enter and leave the United States at frequent intervals.

(c) *Return and payment.*—Every person required to deduct and withhold any tax under this section shall make return thereof on or before March 15 of each year and shall on or before June 15, in lieu of the time prescribed in section 56, pay the tax to the official of the United States Government authorized to receive it. Every such person is hereby made liable for such tax and is hereby indemnified against the claims and demands of any person for the amount of any payments made in accordance with the provisions of this section.

(d) *Income of recipient.*—Income upon which any tax is required to be withheld at the source under this section shall be included in the return of the recipient of such income, but any amount of tax so withheld shall be credited against the amount of income tax as computed in such return.

(e) *Tax paid by recipient.*—If any tax required under this section to be deducted and withheld is paid by the recipient of the income, it shall not be re-collected from the withholding agent; nor in cases in which the tax is so paid shall any penalty be imposed upon or collected from the recipient of the income or the withholding agent for failure to return or pay the same, unless such failure was fraudulent and for the purpose of evading payment.

(f) *Refunds and credits.*—Where there has been an overpayment of tax under this section any refund or credit made under the provisions of section 322 shall be made to the withholding agent unless the amount of such tax was actually withheld by the withholding agent.

(g) *Withholding before enactment of act.*—Notwithstanding the provisions of subsections (a) and (b), the deduction and withholding for any period prior to the tenth day after the date of the enactment of this Act shall be upon the items of income and at the rates prescribed in section 143 (a) and (b) of the Revenue Act of 1934, as amended, in lieu of the items and rates prescribed in such subsections.

Paragraph C. Section 144 (Title I. Income Tax) of the Act, relating to payment of corporation income tax at the source, provides:

SEC. 144. PAYMENT OF CORPORATION INCOME TAX AT SOURCE.—(a) *General Rule.*—In the case of foreign corporations subject to taxation under this title not engaged in trade or business within the United States and not having any office or place of business therein, there shall be deducted and withheld at the source in the same manner and upon the same items of income as is provided in section 143 a tax equal to 15 per centum thereof, except that in the case of dividends the rate shall be 10 per centum, and except that in the case of corporations organized under the laws of a contiguous country such rate of 10 per centum with respect to dividends shall be reduced to such rate (not less than 5 per centum) as may be provided by treaty with such country; and such tax shall be returned and paid in the same manner and subject to the same conditions as provided in that section: *Provided,* That in the case of interest described in subsection (a) of that section (relating to tax-free covenant bonds) the deduction and withholding shall be at the rate specified in such subsection.

(b) *Withholding Before Enactment of Act.*—Nothwithstanding the provisions of subsection (a), the deduction and withholding for any period prior to the tenth day after the date of the enactment of this Act shall be upon the items of income and at the rates prescribed in section 144 of the Revenue Act of 1934, as amended, in lieu of the items and rates prescribed in such subsection.

Paragraph D. Section 147 (b) (Title I, Income Tax) of the Act, relating to returns of information at the source, provides:

SEC. 147. INFORMATION AT SOURCE.— * * *

(b) *Returns Regardless of Amount of Payment.*—Such returns may be required, regardless of amounts, (1) in the case of payments of interest upon bonds, mortgages, deeds of trust, or other similar obligations of corporations, and (2) in the case of collections of items (not payable in the United States) of interest upon the bonds of foreign countries and interest upon the bonds of and dividends from foreign corporations by persons undertaking as a matter of business or for profit the collection of foreign payments of such interest or dividends by means of coupons, checks, or bills of exchange.

Paragraph E. Section 62 (Title I, Income Tax) of the Act, relating to rules and regulations, provides:

SEC. 62. RULES AND REGULATIONS.—The Commissioner, with the approval of the Secretary, shall prescribe and publish all needful rules and regulations for the enforcement of this title.

credited against the total income tax as computed in the taxpayer's return. If the tax is paid by the recipient of the income or by the withholding agent it shall not be re-collected from the other, regardless of the original liability therefor, and in such event no penalty will be asserted against either person for failure to return or pay the tax where no fraud or purpose to evade payment is involved.

ART. 11. *Withholding in the case of nonresident foreign corporations.*—A tax of 15 per cent is required to be withheld in the case of fixed or determinable annual or periodical income paid to a nonresident foreign corporation except (1) income from sources without the United States, including interest on deposits by persons carrying on the banking business paid to persons not engaged in business in the United States and not having any office or place of business therein, (2) interest upon bonds or other obligations of a corporation containing a tax-free covenant and issued before January 1, 1934, where the liability assumed by the obligor does not exceed 2 per cent of the interest, and (3) dividends.

Withholding of a tax at the rate of 2 per cent is required in the case of interest payments made to a nonresident foreign corporation, representing income from sources within the United States, paid upon corporate bonds or other obligations containing a tax-free covenant, issued before January 1, 1934, where the liability assumed by the obligor exceeds 2 per cent of the interest.

A tax of 10 per cent is required to be withheld from income from sources within the United States paid to a nonresident foreign corporation which consists of dividends (other than dividends distributed by a corporation organized under the China Trade Act, 1922, to a resident of China) except that such rate of 10 per cent shall be reduced, in the case of corporations organized under the laws of a contiguous country, to such rate (not less than 5 per cent) as may be provided by treaty with such country. Dividends paid by a foreign corporation are not, however, subject to withholding unless such corporation is engaged in trade or business within the United States or has an office or place of business therein and more than 85 per cent of the gross income of such foreign corporation for the three-year period ending with the close of its taxable year preceding the declaration of such dividends (or for such part of such period as the corporation has been in existence) was derived from sources within the United States as determined under the provisions of section 119 of the Act.

For withholding in the case of dividends distributed by a corporation organized under the China Trade Act, 1922, see articles 4 and 12.

ART. 12. *Withholding by a China Trade Act corporation.*—Dividends distributed by a corporation organized under the China Trade Act, 1922, which are treated as income from sources within the United States under the provisions of section 119 of the Act are subject to withholding at the rate of 10 per cent when paid to persons (other than residents of China) who are (1) nonresident aliens, (2) nonresident partnerships composed in whole or in part of nonresident aliens, or (3) nonresident foreign corporations. The 10 per cent rate of withholding specified in this article with respect to dividends shall be reduced in the case of shareholders who are (a) nonresident aliens residents of a contiguous country or (b) nonresident foreign corporations organized under the laws of a contiguous country, to such rate (not less than 5 per cent), as may be provided by treaty with such country.

ART. 13. *Aids to withholding agents in determining liability for withholding of tax.*—Since no withholding of tax on bond interest or other income is required in the case of a resident foreign corporation, the person paying such income should be notified by a letter from such corporation that it is not subject to the withholding provisions of the Act. The letter from the corporation shall contain the address of its office or place of business in the United States and be signed by an officer of the corporation giving his official title. Such letter of notification, or copy thereof, should be immediately forwarded by the recipient to the Commissioner of Internal Revenue, Sorting Section, Washington, D. C.

Although the burden of withholding tax from dividends is placed upon the payor corporation, or any other person (including a nominee), having the control, receipt, custody, disposal, or payment of dividends, if such payor corporation or person has no other reason to believe that the dividends are subject to withholding, the following procedure in general may be adopted:

(1) As to those stockholders whose name and style indicate that they are nonresident aliens, foreign partnerships, or foreign corporations, the tax shall be withheld in all cases if the address of any such stockholder is without the United States.

(2) If the address of such stockholders is in care of an individual, a partnership, or a corporation within the United States, the tax shall likewise be withheld, but as to any stockholder whose address is within the United States, the tax need not be withheld.

[SEAL] CHAS. T. RUSSELL,
*Acting Commissioner of Internal Revenue.*

Approved, June 25, 1936.

HENRY MORGENTHAU, JR.,
*Secretary of the Treasury.*

[F. R. Doc. 1015—Filed, June 26, 1936; 12:39 p. m.]

---

## DEPARTMENT OF THE INTERIOR.

### National Park Service.

#### RULES AND REGULATIONS

Made, published, and approved by the Secretary of the Interior on the 18th day of June 1936, and to continue in force and effect until otherwise directed by the said Secretary.

#### GENERAL PROVISIONS

Pursuant to the authority granted to the Secretary of the Interior by the Act of August 25, 1916 (ch. 408, sec. 3, 39 Stat. 535), as amended by the Act of June 2, 1920 (ch. 218, sec. 5, 41 Stat. 731), and by the Act of March 7, 1928 (ch. 137, sec. 1, 45 Stat. 200, 235); and pursuant to the authority granted to the Secretary of War by the Act of March 2, 1933 (ch. 180, 47 Stat. 1420), and transferred to the Secretary of the Interior by Executive Order No. 6166, June 10, 1933, as interpreted by Executive Order No. 6228, July 28, 1933, under the authority of the Act of March 3, 1933 (ch. 212, sec. 403, 47 Stat. 1489, 1518); and pursuant to the authority granted to the Secretary of the Interior by various Acts of Congress relating to particular parks, monuments, and reservations: the following regulations are hereby made and published for the proper use, management, government, and protection of, and maintenance of good order in all the National Parks, National Monuments, National Military Parks, National Historical Parks, Battlefield Sites, and miscellaneous memorials which are, or hereafter may be, under the administrative jurisdiction of the National Park Service of the Department of the Interior: *Provided, however*, That these rules and regulations shall not apply to National Cemeteries or to National Capital Parks. All previous rules and regulations (except the uniform rules and regulations prescribed December 28, 1906, by the Secretaries of the Interior, Agriculture, and War, to carry out the provisions of the "Act for the Preservation of American Antiquities", approved June 8, 1906 (34 Stat. 225), and except such local subsidiary regulations as are continued in force under the provisions hereof), for such National Parks, National Monuments, National Military Parks, National Historical Parks, Battlefield Sites, and miscellaneous memorials, are hereby repealed.

*Definitions.*—The term "park", when used in these rules and regulations, unless otherwise indicated, shall be construed to include National Parks, National Military Parks, and National Historical Parks; and the term "monument", when used in these rules and regulations, unless otherwise indicated, shall be construed to include National Monuments,

Battlefield Sites, and miscellaneous memorials. The term "superintendent", when used in these rules and regulations, shall be construed to include a custodian, caretaker, or other person in charge of a National Park, National Monument, National Military Park, National Historical Park, Battlefield Site, or miscellaneous memorial.

1. *Preservation of public property, natural features and curiosities.*—The destruction, injury, defacement, removal, or disturbance in any way of any public building, sign, equipment, monument, statue, marker, or other structure, or of any tree, flower, vegetation, rock, mineral, formation, stalactite, stalagmite, phenomenon of crystallization, incrustation in any lava tube, cave, steam vent, or cone, or of any animal, bird, or other wildlife, or of any ruins or relics, or of any other public property of any kind is prohibited: *Provided,* That flowers may be gathered in small quantities when, in the judgment of the superintendent or custodian, their removal will not impair the beauty of the park or monument. Before any flowers are picked, permit must be secured from the superintendent or custodian.

Sequoia cones shall not be disturbed, or removed from any national park or monument.

No canes, umbrellas, or sticks of any kind may be taken into caves or caverns. The tossing or throwing of rocks or other material inside the caves or caverns is prohibited.

Collections for scientific or educational purposes shall be permitted only in accordance with written permits first had and obtained from the superintendent.

Bona-fide claimants or entrymen claiming or owning land reasonably adjacent to Grand Teton National Park must secure written permits before cutting any dead or down timber within the park, and are restricted to cutting such timber for firewood for their own consumption.

Visitors in Hawaii National Park may, with the permission of the park superintendent, pick and eat, or carry away, such fruits as the superintendent may designate.

2. *Camping.*—(a) No camping is permitted outside the specially designated camp sites, except when necessary in connection with trips to isolated sections of the parks and monuments.

(b) No person, party, or organization shall be permitted to camp in any public camping area in the parks or monuments more than 30 days in any calendar year.

(c) Campers shall keep their campgrounds clean. Combustible rubbish shall be burned on camp fires and all other garbage and refuse of all kinds shall be placed in garbage cans provided for the purpose. At new or unfrequented camps, garbage shall be burned or buried.

(d) Campers and others shall not wash clothing or cooking utensils in, or pollute in any other manner, the waters of the parks or monuments. Bathing in any of the streams or lakes near the regularly travelled thoroughfares in the parks and monuments is not permitted without suitable bathing clothes.

(e) Saddle, pack, or draft animals shall not be kept in or near any camping area. No such animals shall be kept on the floor of Yosemite Valley except in the operator's corral.

(f) Only in areas designated by the park superintendent may campers use any dead or fallen timber for fuel, except that Sequoia wood or bark shall not be disturbed for any purpose.

(g) The installation of permanent camping facilities by visitors is prohibited in all parks and monuments. The digging or leveling of the ground in any camp site without a ranger's permission is prohibited.

(h) Camps must be completely razed and the sites cleaned before the departure of campers. In dismantling camps, all material, such as poles, bark, planks, platforms, etc., used in construction of temporary camps must be removed, and, if combustible, must be piled on the public camp woodpiles.

(i) Campers shall not leave their camps unattended for more than 48 hours without special permission of the superintendent, obtained in advance. Camping equipment left unattended in any public camping area for 48 hours or more is subject to removal by order of the superintendant, the expense of such removal to be paid by the person or persons leaving such equipment.

(j) No camp may be established in a park or monument and used as a base for hunting outside such park or monument.

(k) No camp shall be placed within 25 feet of any well-defined water course, water hydrant, or main road.

(l) Any article likely to frighten horses shall not be hung near a road or trail used by horses.

(m) The superintendents or custodians may, with the approval of the Director of the National Park Service, establish hours during which quiet must be maintained at any camp, and prohibit the running of motors at or near a camp during such hours.

(In Hot Springs National Park, the superintendent may establish the hours during which bathing will be permitted in the pool.)

(n) No visitors shall be permitted to camp within the canyon in Canyon de Chelly National Monument.

(o) No camping is permitted in any part of the Muir Woods National Monument, and no hikers or visitors shall enter or remain therein between one-half hour after sunset and one-half hour before sunrise.

3. *Picnicking.*—Picnicking or the eating of lunches is prohibited in restricted areas designated by the superintendent.

4. *Use of park waters.*—In Platt National Park the superintendent may, whenever it becomes necessary to do so, restrict the use of the waters of any of the springs in the park to immediate drinking purposes at such springs.

5. *Sanitation.*—(a) Garbage, papers, or refuse of any kind shall not be thrown or left on or along roads, in camping or picnic areas, or on any other park or monument lands.

(b) All comfort stations shall be used in a clean and sanitary manner.

(c) Contamination of watersheds, of water supplies, or of any water used for drinking purposes is strictly prohibited.

6. *Fires.*—Fires shall not be kindled near or on the roots of trees, dead wood, moss, dry leaves, forest mold, or other vegetable refuse, but in some open space on rocks or earth. On public campgrounds the regular fireplaces constructed for the convenience of visitors must be used. Should camp be made in a locality where no such open space exists or is provided, the dead wood, moss, dry leaves, etc., shall be scraped away to the rock or earth over an area considerably larger than that required for the fire.

Fires shall be lighted only when necessary and, when no longer needed, shall be completely extinguished, and all embers and beds smothered with earth or water, so that there remains no possibility of reignition.

Permission to burn on any cleanup operation within the parks or monuments must first be obtained in writing from the office of the superintendent or custodian, and in such cases as it is deemed advisable such burning will be under Government supervision. All costs of suppression and all damage caused by reason of loss of control of such burning operations shall be paid by the person or persons to whom such permit has been granted.

No lighted cigarette, cigar, pipe heel, match, or other burning material shall be thrown from any vehicle or saddle horse or dropped into any grass, leaves, twigs, tree mold, or other combustible or inflammable material.

Smoking or the building of fires on any lands within the parks or monuments may be prohibited or limited by the superintendent or custodian when, in his judgment, the hazard makes such action necessary.

All persons making trips away from established camps are required to obtain written fire permits from the nearest ranger before building camp fires.

The use of fireworks or firecrackers in the parks and monuments is prohibited, except with the written permission of the superintendent or custodian.

7. *Protection of wildlife.*—The parks and monuments are sanctuaries for wildlife of every sort, and all hunting, or the killing, wounding, frightening, capturing, or attempting to

Vol. I—pt. 1—37——43

capture at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the parks and monuments.

Unauthorized possession within a part or monument of the dead body or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements must be made at entrance stations to identify and transport through the parks and monuments, where necessary, the carcasses of birds or animals legally killed outside the parks and monuments. Failure to make such arrangements shall be deemed a violation of this regulation.

8. *Firearms, etc.*—Firearms, explosives, traps, seines, and nets are prohibited within the parks and monuments, except upon written permission of the superintendent or custodian. Visitors entering or traveling through the parks and monuments to places beyond shall, at entrance, report and, if required to do so, surrender all such objects in their possession to the first park or monument officer, and, in proper cases, may obtain his written permission to carry them through the park or monument sealed. Failure to obtain such written permission shall be deemed a violation of this regulation. The Government assumes no responsibility for the loss of, or damage to, any such objects so surrendered to any park or monument officer, nor are park or monument officers authorized to accept the responsibility or custody of any other property for the convenience of the visitors.

9. *Fishing.*—Persons desiring to fish in the waters of the Yosemite, Sequoia, Lassen, General Grant, Grand Canyon, Grand Teton, Acadia, Wind Cave, Great Smoky Mountains, Mammoth Cave, and Zion National Parks, and the national monuments under the jurisdiction of the National Park Service must secure a sporting fishing license, as required by the laws of the state in which such park or monument is situated. All fishing in such parks and monuments must be done in conformity with the laws of the state regarding open seasons, size of fish, and the limit of catch, except as otherwise provided in the following paragraphs, which are applicable to all parks and monuments:

Fishing with nets, seines, traps, or by the use of drugs or explosives, or for merchandise or profit, or in any other way than with hook and line, the rod or line being held in hand, is prohibited.

Fishing in particular waters may be suspended, or restricted in regard to the use of particular kinds of bait, when the superintendent or custodian, with the approval of the Director of the National Park Service, shall determine such suspension or restriction necessary and shall post such restrictions or suspensions.

The number of fish that may be taken by one person in any one day from the various lakes and streams may be regulated by the superintendent or custodian, with the approval of the Director of the National Park Service. Unless otherwise determined and posted, the number shall be limited to 10 fish. Possession of more than two days' catch by any person at any one time shall be construed as a violation of this regulation.

No fish less than six inches long may be retained, unless a different limit be determined by the superintendent with the approval of the Director of the National Park Service and posted in the particular park or monument. All fish hooked less than such limit in length shall be carefully handled with moist hands and returned at once to the water if not seriously injured. Undersized fish retained because seriously injured shall be counted in the number of fish which may be taken in one day.

The possession of live minnows, chubs, or other bait fish, or the use thereof as bait, is prohibited in all the national parks and monuments, except Acadia National Park and Fort Jefferson National Monument.

The digging of worms for bait is prohibited in all parks and monuments.

The canning or curing of fish for the purpose of transporting them out of a national park or monument is prohibited.

The possession of fishing tackle upon or along any waters closed to fishing shall be prima facie evidence that the person or persons having such fishing tackle are guilty of unlawful fishing in such closed waters.

Fishing is prohibited in the Muir Woods National Monument.

All waters of the Shenandoah National Park are closed to fishing until further notice. This, however, shall not apply to occupants of or guests at the President's Camp on the Rapidan.

10. *Private operations.*—No person shall reside permanently in a national park or monument. No person, firm, or corporation shall engage in or solicit any business, or erect buildings in the parks or monuments without permission in writing from the Director of the National Park Service, Washington, D. C. Applications for such permission may be addressed to the Director through the superintendents and custodians of the parks and monuments.

In Mount McKinley National Park, prospectors and miners may erect necessary shelter cabins or other structures necessary in mining operations on bona fide locations in the park.

11. *Public speeches.*—No person shall make or deliver any address, speech, or sermon upon any subject whatever in Platt National Park without first obtaining a permit in writing from the superintendent, which permit the superintendent is hereby authorized to issue in proper cases and which shall designate the time and locality where such address, speech, or sermon may be given.

12. *Radios.*—The use of radios in public camps, hotels, or other buildings, or in automobiles is prohibited when audible beyond the immediate vicinity of the radio set. Radios shall not be operated to the annoyance of other persons nor so as to disturb the quiet of camps or other public places. The erection of aerials or other radio installations is prohibited.

13. *Cameras.*—Before still pictures may be taken for commercial purposes and before a motion or sound picture requiring the use of artificial or special settings, or special equipment, or involving the performance of a professional cast, may be filmed in any of the parks or monuments, authority must first be obtained, in writing, from the Secretary of the Interior. Still and motion picture cameras may be freely used by amateurs in the parks and monuments for general scenic purposes.

Superintendents may issue permits to take still and motion pictures in the parks and monuments under their supervision without such previous authorization by the Secretary of the Interior, in the following circumstances, and on condition that the permittees shall refrain from offering any gratuity of whatsoever nature to any employee of the Government in connection with the exercise of the privilege herein authorized to be granted:

1. Professional photographers and motion-picture cameramen desiring to take scenes of, or events in, the national parks as representatives of news concerns and for bona fide news publication;
2. Professional photographers and motion-picture cameramen desiring to take scenes of, or events in, the national parks, not for sale or for exhibition when paid admissions are charged, but for the purpose of stimulating general or park travel;
3. Professional photographers and motion-picture cameraman desiring to take scenes of, or events in, the national parks, for non-profit educational purposes;
4. Professional photographers desiring to take park scenes for general artistic purposes.

14. *Gambling.*—Gambling in any form, or the operation of gambling devices, whether for merchandise or otherwise, is prohibited.

15. *Advertisements.*—Private notices or advertisements shall not be posted, distributed, or displayed in the parks or monuments, excepting such as the superintendent or custodian may deem necessary for the convenience and guidance of the public.

16. *Mining claims.*—The location of mining claims on lands within the parks and monuments is prohibited, except

in Mount McKinley National Park and in Death Valley National Monument. This regulation is subject to the further exception contained in the Act of Congress approved February 14, 1931 (46 Stat. 1161), reserving to the Navajo Tribe of Indians the mineral rights in the Canyon de Chelly National Monument.

Mining in Mount McKinley National Park may be regulated by the Secretary of the Interior as to surface use of locations under the Act of January 26, 1931 (46 Stat. 1043).

Mining in Death Valley National Monument is subject to the following special regulations, which are prescribed to govern the surface use of claims therein:

(a) The claim shall be occupied and used exclusively for mineral exploration and development and for no other purpose; except that, upon written permission of the Director of the National Park Service, the surface of the claim may be used for other specified purposes, the use to be on such conditions and for such period as may be prescribed when permission is granted.

(b) The owner of the claim and all persons holding under him shall conform to all rules now prescribed or which may be made applicable by the Director of the National Park Service, governing occupancy of lands within the national monument.

(c) The use and occupancy of the surface of mining claims as prescribed above shall apply to all such claims located after the date of the Act of June 13, 1933, within the limits of the national monument as fixed by the proclamation of February 11, 1933, and to all mining claims on lands hereafter included in the National monument, located after such inclusion, so long as such claims are within the boundaries of said monument.

(d) Prospectors or miners shall not open or construct roads or vehicle trails without first obtaining a permit from the Director of the National Park Service. Applications for permits may be made through the custodian of the monument, upon submitting a map or sketch showing the location of the mining property to be served and the location of the proposed road or vehicle trail. The permit may be conditioned upon the permittee's maintaining the road or trail in a passable condition as long as it is used by the permittee or his successors.

17. *Archeologic ruins and objects.*—Visitors shall not be permitted to visit the ruins in Mesa Verde National Park nor to enter the canyon in Canyon de Chelly National Monument unless accompanied by National Park Service employees. The superintendent may waive this requirement in Mesa Verde National Park by issuing a special written permit to persons engaged in scientific studies.

Visitors shall not remove any artifacts or other objects of archeological or historical significance from the place where they may be found, nor purchase any such objects from Indians or others. Any such objects purchased or removed in violation of this regulation shall be delivered to the superintendent or his representative on demand.

18. *Lost articles.*—Persons finding lost articles, other than relics, should deposit them at the office of the superintendent or custodian, or at the nearest ranger station, leaving their own names and addresses, so that if the articles are not claimed by the owners within 60 days, they may be turned over to those who found them.

19. *Private lands.*—Owners of private lands within the limits of any park or monument are entitled to the full use and enjoyment thereof; the boundaries of such lands, however, shall be determined, and marked and defined, so they may be readily distinguished from the park or monument lands. While no limitations or conditions are imposed upon the use of private lands so long as such use does not interfere with or injure the Government lands, private owners shall provide against trespass by their livestock upon lands of the parks or monuments, and all trespasses committed will be punished to the full extent of the law. Stock may be taken over the lands of parks and monuments with the written permission and under the supervision of the superintendent or custodian, but such permission and supervision are not required when access to such private lands is had wholly over roads or lands not owned or controlled by the United States.

20. *Grazing.*—The running at large, herding, or grazing of livestock of any kind on the Government lands in the parks and monuments, as well as the driving of livestock over the same, is prohibited, except where authority therefor has been granted by the superintendent or custodian, with the approval of the Director of the National Park Service. The owners of livestock found improperly on the park or monument lands will be prosecuted.

The above regulation is subject to the exception contained in the provisions of the Act of Congress approved February 26, 1929 (45 Stat. 1314), relating to grazing in Grand Teton National Park, and to the exception contained in the Act of Congress approved February 14, 1931 (46 Stat. 1161), reserving to the Navajo Tribe of Indians the right to the surface use of the lands in the Canyon de Chelly National Monument for agricultural, grazing, or other purposes.

No authority may be granted for grazing in the Yellowstone National Park.

21. *Authorized operators.*—All persons, firms, or corporations holding franchises in the parks and monuments shall keep the grounds used by them properly policed and shall maintain the premises in a sanitary condition to the satisfaction of the superintendent or custodian. No operator shall retain in his employment a person whose presence in the park or monument may be deemed by the superintendent or custodian subversive to the good order and management of the park or monument.

All operators shall require each of their public contact employees to wear a metal badge with a number thereon, or other mark of identification. The name and number corresponding therewith, or the identification mark, shall be registered in the office of the superintendent or custodian. These badges must be worn in plain sight.

22. *Fraudulently obtaining accommodations.*—The obtaining of food, lodging, or other accommodations in the national parks and monuments with intent to defraud is forbidden, and such fraudulent intent will be presumed from refusal or neglect to pay therefor on demand, or payment therefor with negotiable paper on which payment is refused, or absconding without paying or offering to pay therefor, or false or fictitious showing or pretense of baggage or other property, or surreptitious removal or attempted removal of baggage.

23. *Dogs and cats.*—(a) Dogs and cats are prohibited on the Government lands in the parks and monuments, except that upon written permission of the superintendent or custodian, secured upon entrance, they may be transported over through roads by persons passing through the parks and monuments provided they are kept under leash, crated, or otherwise under restrictive control of the owner at all times while in the park or monument: *Provided, however,* That employees and others may be authorized by the superintendent or custodian to keep dogs for official purposes in the administrative area of a park or monument, and subject to such further conditions as may be determined by the superintendent or custodian.

(b) Stray dogs or cats running at large in the parks and monuments may be killed to prevent molestation of the wildlife therein.

(c) In Mount McKinley National Park, dogs may be used for hauling, with the permission of the superintendent and subject to the following rights and restrictions: In the winter, prospectors and miners may use such dogs as may be necessary for a reasonable time for heavy hauling of supplies, fuel, timber, and other objects; thereafter each person is limited to seven dogs. In the summer, no dogs are allowed except in special cases. In no case nor at any time shall litters of pups be raised in the park except by special permission of the superintendent. Persons entering the park with dogs must register at McKinley Park entrance, Katishna entrance, or the nearest ranger station, giving such information as may be required by the superintendent.

such overtaking vehicle, shall move to the right to allow a safe passage.

When automobiles going in opposite directions meet on a grade, the ascending machine has the right-of-way, and the descending machine shall be backed or otherwise handled as may be necessary to enable the ascending machine to pass in safety.

48. *Following vehicles.*—Except in slow-moving traffic, a vehicle shall not follow another vehicle closer than 50 feet, nor closer than 15 feet at any time.

49. *Clutches and gears.*—No motor vehicle shall be operated on any highway with clutch disengaged or gear out of mesh except for the purpose of changing or shifting gears or stopping or while being towed, or when such vehicle is equipped with commercial free-wheeling devices.

50. *Lights.*—All motor vehicles except motorcycles shall be equipped with two headlights and one or more red taillights, the headlights to be of sufficient brilliancy to insure safety in driving at night, and all lights shall be kept lighted after sunset when the vehicle is on a road, and at all times when passing through unlighted tunnels. Headlights shall be dimmed when meeting other vehicles, riding or driving animals, or pedestrians.

51. *Sounding horn.*—The horn shall be sounded on approaching sharp curves or other places where the view ahead is obstructed, or before passing other vehicles or pedestrians, or, if necessary, before passing riding or driving animals.

52. *Muffler cut-outs.*—Muffler cut-outs shall be kept closed at all times within the limits of the parks and monuments.

53. *Accidents—stop-overs.*—If vehicles stop because of accident or for any other reason, they shall be immediately parked in such a way as not to interfere with travel on the road.

54. *Parking.*—The superintendent may limit the time allowed for parking in any parking area upon the posting of signs indicating such limit.

55 *Traffic signs.*—Drivers of all vehicles shall comply with the directions of all official traffic signs posted in the the parks or monuments.

56. *Intoxication.*—No person who is under the influence of intoxicating liquor or narcotic drugs shall operate or drive a motor-driven vehicle of any kind on the roads of the parks or monuments.

LOCAL SUBSIDIARY REGULATIONS

Subsidiary regulations necessary to cover local situations and promulgated under general provisions contained in these regulations will be published in the FEDERAL REGISTER and may be seen at the headquarters of the parks or monuments in which they are operative.

All subsidiary regulations promulgated under general provisions contained in the Rules and Regulations approved by the Secretary of the Interior June 6, 1935, are hereby continued in force and effect until amended or repealed.

PENALTIES

(a) Any person who violates any of the foregoing rules or regulations in regard to any park or monument not specified in paragraph (b) hereof shall be deemed guilty of a misdemeanor and shall be punished by a fine of not more than $500 or imprisonment for not exceeding six months, or both.

(b) Any person who knowingly and willfully violates any of the foregoing rules or regulations in regard to any of those national military parks, battlefield sites, national monuments, or miscellaneous memorials transferred to the jurisdiction of the Secretary of the Interior from that of the Secretary of War by Executive Order No. 6166, June 10, 1933, and enumerated in Executive Order No. 6228, July 28, 1933, shall be deemed guilty of a misdemeanor and punished by a fine of not more than $100 or by imprisonment for not more than three months, or by both such fine and imprisonment.

Approved: June 18, 1936.

HAROLD L. ICKES,
*Secretary of the Interior.*

[F. R. Doc. 1006—Filed, June 26, 1936; 10:40 a. m.]

## DEPARTMENT OF AGRICULTURE.

### Agricultural Adjustment Administration.

ORDER TERMINATING OPERATION OF LICENSE FOR MILK—ATLANTA, GEORGIA, SALES AREA

Whereas, W. R. Gregg, Acting Secretary of Agriculture of the United States of America, acting under the provisions of the Agricultural Adjustment Act, as amended, for the purpose and within the limitations therein contained, and pursuant to the applicable general regulations issued thereunder, did, on the 15th day of November 1934, issue under his hand and the official seal of the Department of Agriculture a License for Milk—Atlanta, Georgia, Sales Area, effective the 1st day of December 1934, which license was subsequently amended on August 12, 1935, and suspended on the 25th day of January 1936, said suspension being effective on and after 12:01 a. m., January 27, 1936; and

Whereas, the Secretary of Agriculture has determined to terminate the said license, as amended;

Now, therefore, the undersigned, acting under the authority vested in the Secretary of Agriculture under the terms and conditions of the said act, as amended, and pursuant to the applicable general regulations issued thereunder, hereby terminate the said license, as amended.

In witness whereof, H. A. Wallace, Secretary of Agriculture of the United States of America, has executed this Order of Termination in duplicate, and has hereunto set his hand and caused the official seal of the Department of Agriculture to be affixed in the city of Washington, District of Columbia, this 25th day of June 1936, and hereby declares that this termination shall be effective on and after 12:01 a. m. July 1, 1936.

[SEAL] H. A. WALLACE,
*Secretary of Agriculture.*

[F. R. Doc. 1012—Filed, June 26, 1936; 11:58 a. m.]

## FEDERAL TRADE COMMISSION.

Commissioners: Charles H. March, Chairman; Garland S. Ferguson, Jr., Ewin L. Davis, W. A. Ayres, Robert E. Freer.

[File No. 21-267]

IN THE MATTER OF APPLICATION FOR TRADE PRACTICE RULES FOR THE SCHOOL SUPPLIES AND EQUIPMENT DISTRIBUTING INDUSTRY

NOTICE OF OPPORTUNITY TO BE HEARD

This matter now being before the Federal Trade Commission under its Trade Practice Conference procedure, in pursuance of the Act of Congress approved September 26, 1914, (38 Stat. 717; 15 USCA, Section 41);

Opportunity is hereby extended by the Federal Trade Commission to any and all persons affected by or having an interest in the proposed trade practice rules for the School Supplies and Equipment Distributing Industry to present to the Commission their views upon the same, including suggestions or objections, if any. For this purpose they may, upon application to the Commission, obtain copies of the proposed rules. Communications of such views should be made to the Commission not later than Wednesday, July 15, 1936. Opportunity for oral hearing will be afforded July 15, 1936, at 10 a. m., Room 101, Federal Trade Commission Building, 815 Connecticut Avenue, Washington, D. C., to such persons as may desire to appear, and who have made prior written or telegraphic request to be heard orally. All briefs or other communications received concerning the proposed rules will become part of the public record subject to inspection by interested parties. After giving due consideration to such suggestions or objections as may be received concerning the rules proposed by the industry, the Commission will proceed to their final consideration.

By the Commission.

[SEAL] OTIS B. JOHNSON, *Secretary.*

Entered June 24, 1936.

[F. R. Doc. 1007—Filed, June 26, 1936; 11:15 a. m.]

# EXHIBIT 85

State of Connecticut

PUBLIC DOCUMENT No. 60

# REPORT

OF THE

# STATE PARK COMMISSION

TO THE

# GOVERNOR

For the Two Fiscal Years ended September 30, 1918

*PRINTED IN ACCORDANCE WITH STATUTE*

HARTFORD
PUBLISHED BY THE STATE
1918

Digitized by Google
Original from UNIVERSITY OF MICHIGAN

PUBLICATION
APPROVED BY
THE BOARD OF CONTROL

Printed by
THE WILSON H. LEE CO.
NEW HAVEN, CONN.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

HARTFORD, CONN., December 24, 1918.

*To His Excellency,* MARCUS H. HOLCOMB,
*Governor of the State of Connecticut.*

In accordance with Chapter 265, Public Acts 1915, and on behalf of the Commissioners appointed under Chapter 230, Public Acts of 1913, I have the honor to submit for your consideration the biennial report of the State Park Commission for the two years ended September 30, 1918.

LUCIUS F. ROBINSON,
*Chairman of the Commission.*

Google

UNIVERSITY OF MICHIGAN

## Principles to be Observed in the Selection of Names.

The selection of names has always seemed to me a matter of some importance, and with the experience now gained, I would suggest the following very general principles, which if adopted may be of some assistance, though each case must be considered with care as it arises:

1. Family names should be avoided unless of historical significance, or unless such names have become firmly established by long-continued or wide-spread use.

2. Preference should be given to names of natural features appearing on maps in current use, of which maps those of the Geological Survey (Topographic) should be considered the standard.

3. All names should be reasonably short and euphonious, and should be complete and distinctive in ordinary use without the suffix "Park" or "State Park."

4. If possible, the name selected at the time of first acquisition should be sufficiently broad to cover any probable future additions.

## Notices.

The following general form of notice has been adopted by the Commission for use in all Parks, and has been approved by the Governor, as required by Chapter 230, Public Acts of 1913. Copies of this notice should be placed in all the Parks as soon as funds will permit.

CONNECTICUT STATE PARK

(NAME OF PARK)

TO THE CITIZENS OF CONNECTICUT

This is a State Park. It belongs to you. It was paid for out of the State money, your money, or given to the State, for the preservation of natural beauty or historical association, and for the recreation of yourselves and your guests from other States.

The custodian of the State Park is the State Park Commission, established by your representatives in the General Assembly, whose members are appointed by the Governor with the approval of the Senate. They are your servants, to see that the State Parks are properly cared for, rightly used and not abused.

There is a reason for every rule and regulation made, and they should be complied with, even though the reason is not evident. If the rule seems onerous or unnecessary, your criticisms or suggestions, made in writing, will receive careful consideration.

It is desired that this park shall be used for picnic parties, camping and outdoor life by the people of Connecticut, provided the park is used in a wholesome and reasonable way, and that the trees, shrubs and plants are not injured, and all rubbish is placed in re-

Google UNIVERSITY OF MICHIGAN

ceptacles prepared for it, or buried or burned. People using this State Park should not monopolize it, nor disturb nor unpleasantly intrude upon other parties using it.

FIRES are a source of danger to the forest, and must not be built in dry times, but at other times they may be made in stone fireplaces built by the Commission or acceptable to them; the fire should never be left alone, and must be put out on leaving.

The use of firearms or having them in possession is forbidden, also the killing or disturbing of wild animals, birds or birds' nests.

The directions of the caretakers should be followed. If they seem unreasonable or undesirable, or if suggestions are to be offered, please write to the Field Secretary or any member of the Commission.

IT IS PERMITTED: .

1. To fish in accordance with the Public Statutes.
2. To gather nuts, berries or wild flowers except for market.
3. To use any dead wood for the fireplace.
4. To camp for two days or less without a permit, camping for longer periods to be by special permit.

STATE PARK COMMISSION,
(Names and addresses)

## Progress of Acquisition.

It has been previously suggested that the success of your work cannot be gauged by the size of the appropriations devoted to it, and it is equally true that its progress is not to be measured or computed in acres of land, and yet we naturally turn to figures of some sort as the readiest means of comparison.

Your first report in 1914 showed a total of five acres in the town of Westport; the second in 1916 showed a total of 740 acres in 5 towns; and the present total is 3,150 acres in 18 towns, of which 914 acres have been purchased and 2,236 acres have been freely given. As citizens of the good old State, we have then apparently equal reason to be proud of our collective thrift and our individual generosity. Unfortunately for this view, the donors seem to be a corporate body acting collectively and individuals having their principal residence in other States. Well, pride is sinful and humility is a Christian virtue, and after all, somehow we are getting some land. But is it sinful to be proud of the beauties of our own State? or must we live somewhere else to appreciate them?

In closing, it is impossible to omit a few words of personal tribute to the character of General Bradley, whose loss we have all felt keenly. His gentle and persistent optimism in the face of every discouragement, his faith in his ideals, his invariable good humor and kindly smile, and that rare courtesy and charm of manner which

Google UNIVERSITY OF MICHIGAN

his friends can never forget; all these traits were his, and the memory of them is ours. While that memory remains who can say that his spirit is not with us? It was my privilege to know him for a short time only, though it seems much longer, but I can testify to his great pleasure in heading the Commission in its first years and his firm belief in its future usefulness to the State.

Respectfully submitted,

ALBERT M. TURNER.

Northfield, Conn.,

December 10, 1918.

Digitized by Google Original from UNIVERSITY OF MICHIGAN

# EXHIBIT 86

# LAWS

OF THE

# STATE OF INDIANA

Passed at the Seventy-fifth Regular Session
of the General Assembly

Begun on the Sixth Day of January, A. D. 1927

1927

---

*BY AUTHORITY*

FREDERICK E. SCHORTEMEIER, Secretary of State

---

INDIANAPOLIS:
WM. B. BURFORD, CONTRACTOR FOR STATE PRINTING AND BINDING
1927

the state shall apply equally to and govern the naval forces, except such provisions as may be inconsistent with the different nature of the service.

**Naval and Life Saving Equipment.**

SEC. 4. The commander in chief is hereby authorized to accept from the navy of the United States, or from any other source, for the naval militia, and use any vessel, life boat, boat gear, boat equipment, life saving equipment, rifles, field pieces, and any other naval equipment or life saving equipment which may be deemed necessary in properly safeguarding the lives and property of the citizens of the State of Indiana.

**Appropriation.**

SEC. 5. For the purpose of carrying into effect the provisions of this act, there is hereby appropriated, out of any money in the general fund of the state treasury not otherwise appropriated, the sum of twenty thousand dollars for each of the fiscal years ending September 30, 1928, and September 30, 1929, respectively.

---

CHAPTER 37.

AN ACT concerning fish, game, wild birds, wild animals, and offenses relating thereto.

[S. 19. Approved March 1, 1927.]

**Migratory Birds—Offense in Certain Cases Created.**

SECTION 1. *Be it enacted by the general assembly of the State of Indiana,* That it shall be unlawful for any person or corporation to hunt, take, capture, kill, trap, net or destroy, or attempt to take, capture, kill, trap, net or destroy, or to possess, sell, offer for sale, purchase, offer to purchase, or to ship, transport or carry or deliver or receive for shipment, transportation or carriage in any manner beyond the limits of this state, any migratory bird included in this act, or any part, nest, or egg thereof, except only as hereinafter permitted by the provisions of this act.

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 610 of 828

in so far as such act pertains to the migratory birds mentioned in this act.

**Fishes in Hatchery Pond—Offense Concerning.**

SEC. 15. It shall be unlawful for any person to fish in any pond of a fish hatchery of the State of Indiana, or to take, catch, injure or kill or attempt to take, catch, injure or kill any fish in such hatchery pond.

**Wild Animals and Birds on Game Reserves—Public Shooting Grounds.**

SEC. 16. It shall be unlawful for any person to hunt, pursue, trap, kill, injure or take in any manner or at any time any wild animal or bird on any lands of the State of Indiana which have been or may hereafter be set aside or used by said state as a game reserve or for the propagation of wild animals or birds, or upon any lands of this state now or hereafter used for a state park or for a state forest reserve. And it shall be unlawful for any person to go upon such lands of this state with a gun: *Provided,* That the department of conservation may, by regulation duly made and promulgated and approved by the governor in the manner provided by law for the making and promulgation of regulations by said department, set aside, designate and maintain such game reserve or any part thereof, or other lands now or hereafter acquired for that purpose, as a public shooting grounds, and thereunder may permit all persons to hunt, trap or take thereon such wild animals or wild birds in open seasons in such manner, at such times, and under such restrictions, conditions and limitations as may be fixed by said regulation.

**Possession of Certain Instruments for Taking Fishes—Exceptions—Penalty.**

SEC. 17. It shall be unlawful for any person or corporation to possess any seine, dip-net, gill-net, trammel-net, pond-net, or other kind of fishing net whatever, or any spear, gig or fish trap, or any part thereof: *Provided,* That a person lawfully may possess, within one mile of the waters here enumerated, and for use only in such waters, nets, seines and traps for taking fish from Lake Michigan, or the Ohio river, or, when licensed therefor, for taking fish from the Wabash river in so far as it is the boundary line between

shall upon conviction be fined in any sum not less than ten dollars nor more than one hundred dollars, to which may be added imprisonment in the county jail not to exceed sixty days. The taking, catching, killing, possession, sale, barter, offer for sale or barter, purchase, offer to purchase, or transportation of each bird, animal or fish or part thereof in violation of any provision of this act shall constitute a separate and distinct offense. Each day's possession of any bird, animal, fish or article, the possession of which is prohibited by this act, shall constitute a separate and distinct offense.

**Repeal—Cumulative Effect of Act.**

SEC. 37. All laws or parts of laws in conflict with the provisions of this act are hereby repealed, but only such parts of existing law as are in direct conflict with the provisions of this act are hereby repealed, and this act shall be construed to be cumulative, not repealing other law now existing on similar subjects except where the same is inconsistent with this act.

**Constitutionality.**

SEC. 38. If any phrase, clause, sentence, section or other part of this act shall be declared unconstitutional or invalid for any cause, such decision shall affect only the phrase, clause, sentence, section or other part of this act which shall be directly in controversy, and the validity of the entire remainder of this act shall in no way be affected thereby.

---

## CHAPTER 38.

AN ACT to amend section 5 of an act entitled "An act entitled an act to provide for the protection and reclamation of lands subject to overflow, by the construction and maintenance of levees," approved March 9, 1907.

[S. 37. Approved March 2, 1927.]

**Lands Subject to Overflow—Protection—Issuance of Bonds in Certain Cases.**

SECTION 1. *Be it enacted by the general assembly of the State of Indiana,* That section 5 of the above entitled act be amended to read as follows: Sec. 5. In all cases where

# EXHIBIT 87

# THE DEPARTMENT OF CONSERVATION

## STATE OF INDIANA

CONSERVATION COMMISSION

STANLEY COULTER, *Chairman*
EVERETT L. GARDNER
DAVID A. ROTHROCK
MARTIN R. GOSHORN

---

Publication No. 68

---

RICHARD LIEBER
*Director*

INDIANA UNIVERSITY
LIBRARY

---

INDIANAPOLIS:
WM. B. BURFORD, CONTRACTOR FOR STATE PRINTING AND BINDING
1927

Digitized by Google

# FOREWORD

This volume contains:

(a)   The present statute laws of Indiana pertaining to the department of conservation, including penal and regulatory laws administered by the department.

(b)   References to decisions of the courts on subjects relating to conservation.

(c)   References to opinions of the attorney general having to do with the department and its work.

(d)   Laws of the United States in so far as such laws apply to matters of conservation in Indiana.

Primarily this book is published for the use and convenience of the department and its officers and employes.

The natural resources in the state are the property of the people of the state.  The department has been constituted the administrator of this property for the benefit of the state and of the people, and, not the least important, for the benefit of the property itself.  In this manner coming generations will be guaranteed sustained use and enjoyment of natural resources.

These laws are the rules governing the administration of this trust. All persons connected with the department should become familiar with them.

The business of the department has been growing steadily and it is inevitable that the increase in departmental activities and functions should necessitate an expansion of the laws.

For the better understanding of the department's inner organization, a graphic chart has been appended.

RICHARD LIEBER, Director.

before March 9, 1924, if said board shall convey said county office building to any association to be preserved and maintained as a world war memorial, permission is granted said association to maintain said building on said public square, with full right of ingress and egress thereto and therefrom so long as such association shall continue to exist.

Appropriation for years 1927-1929, see note to Sec. 17.

**Sec. 354. Regulation Concerning State Parks and Scenic and Historic Places.** Pursuant to authority of an act of the General Assembly of the State of Indiana "creating a department of conservation," etc., approved March 11, 1919, the conservation commission of Indiana hereby makes the following regulation, effective in and for each of the state parks and scenic and historic places, now or hereafter established, under the control of the department of conservation of Indiana:

1. **Injury to Property—Birds—Animals.** No person shall injure, destroy, remove, mutilate or deface any building, structure, sign, rock, tree, shrub, vine, or property whatever, nor pick any flowers, nor take, kill, injure, pursue, hunt or molest or rifle the nest of any bird or the den, nest or abode of any wild animal.

2. **Guns—Firearms—Dogs.** The carrying or possession of a gun or firearm is prohibited. Dogs, except those on leash, shall not be taken or allowed to go into any such park or place.

3. **Vending—Advertising.** No person shall sell, vend, peddle, distribute or deliver any merchandise or property whatever, except with the express permission of the department of conservation. The placing or distribution of advertisements or advertising matter of any character is prohibited, except with the express permission of said department.

4. **Admission Fees.** For each day's admission to each of the said state parks (except Muscatatuck State Park) each person over eight years of age shall pay to the department of conservation a gate fee of ten cents. For each admission to the James F. D. Lanier home, each person over eight years of age shall pay to said department a fee of twenty-five cents, except that on two days of each week, to be designated from time to time by said department, no admission fee shall be charged at said home.

5. **Camps.** No camp or tent shall be located except in such area or place as may be specially provided therefor by the department of conservation. For each tent so located there shall

be paid to the department of conservation a fee of twenty-five cents for each twenty-four hours or fraction thereof. Camps shall be kept clean and sanitary. Trash, waste, garbage or refuse shall not be thrown or scattered upon the grounds nor thrown in any stream or body of water, but shall be placed in baskets or receptacles provided therefor. No camp fires shall be built except in places provided and designated by said department for that purpose.

6. **Fires.** No person shall build or start any fire whatever, except a camp fire as above provided for cooking, warmth or smudge. All camp fires shall be entirely extinguished immediately after use. No person shall carelessly, negligently or maliciously start any fire. Lighted matches, cigarettes, cigars, or other articles afire shall be thoroughly extinguished before being thrown away.

7. **Motor Vehicles—Horseback Riding.** No person shall run or operate any motor vehicle at a greater rate of speed than fifteen miles per hour, nor drive nor park such motor vehicle at any place except where provided therefor by said department. No person shall ride, drive or hitch any horse except at such places as may be permitted or provided therefor by said department.

8. **Bathing.** No person shall bathe in or use any bathing beach except at such places and times as may be permitted or provided therefor by said department. Bathing beaches may be closed to the public and bathing therein prohibited at any time when, in the opinion of park authorities, bathing therein may be dangerous.

This regulation shall not apply to officers, agents and employes of the department of conservation in the exercise of their authorized and official duties.

The failure of any person to comply with any provision of this regulation shall be deemed a violation hereof. Whoever shall violate any provision of this regulation shall be subject to a fine as provided by said act of March 11, 1919.

This regulation to take effect and to be in full force on the 15th day of September, 1927.

# EXHIBIT 88

THIRD BIENNIAL REPORT

OF THE

# FORESTRY, FISH AND GAME COMMISSION

OF THE

STATE OF KANSAS

FOR THE PERIOD ENDING JUNE 30, 1930

ALVA CLAPP,
*State Fish and Game Warden*

PRINTED BY KANSAS STATE PRINTING PLANT
B. P. WALKER, STATE PRINTER
TOPEKA 1930
13-6009

Google UNIVERSITY OF MICHIGAN

## LETTER OF TRANSMITTAL.

*To Hon. Clyde M. Reed, Governor, and Members of the Senate and House of Representatives:*

GENTLEMEN—As required by law, we submit herewith the biennial report of the work of the Forestry, Fish and Game Commission for the period ending June 30, 1930.

ALVA CLAPP, *Secretary.*

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 620 of 828

The following rules and regulations have been adopted by the Forestry, Fish and Game Commission covering the actions of the public on the state parks:

1. The destruction or injury of any sign, guidepost or property of any kind is unlawful. This includes the peeling of bark, carving and chopping of trees, cutting branches, driving nails, digging ground from roots and the removal of trees, shrubs and plants, picking wild flowers and other injuries.

2. To carry or have firearms in possession in a state park is unlawful.

HATCHERY PONDS, MEADE COUNTY STATE PARK.

3. Throwing of tin cans, bottles, papers, junk or refuse of any kind on the ground or in a lake or stream; or the misuse and abuse of seats, tables and other park equipment is prohibited.

4. Washing or the throwing of waste of any kind around well or spring, or the use of woods as toilets, or the use of toilets for bathhouses is prohibited.

5. Building or starting fires in the open or in any place except where the proper provisions have been made, or to leave fires while burning, is prohibited.

6. Dogs in the park must be tied with a chain or controlled on a leash. They are not allowed to run loose about the park.

7. Speed limit for motor vehicles on park roads is 25 miles per hour except where otherwise posted.

8. Camping, horseback riding or driving of automobiles or other vehicles on picnic grounds, children's playground, bathing beaches, and areas posted against such traffic or use is prohibited.

9. Persons desiring to camp in a state park are required to obtain permit before making camp. A permit authorizes the holder to camp in the park not to exceed three days. When time of permit has expired, campers are required to move from the park or have permit renewed. The park superintendent shall record the name and address of the responsible head of each camping party, the number of persons, and names and license numbers of cars.

10. Camping in the park by boys under seventeen years of age, unaccom-

Digitized by Google Original from UNIVERSITY OF MICHIGAN

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 621 of 828

panied by an adult, and girls under eighteen years of age, unaccompanied by their parents or chaperon, is prohibited.

11. Disorderly conduct in the way of drunkenness, vile language, fighting and personal exposure by change of clothing in automobiles, woods, park or any other place where person is not properly sheltered is prohibited.

12. Bathing, swimming or wading is restricted to the area designated as the bathing beach. All persons enter the water at their own risk.

WATCH YOUR BRAKES, SCOTT COUNTY STATE PARK.

13. All state parks and lakes are game sanctuaries. Hunting, shooting, killing, trapping, injuring, pursuing, or molesting in any way, any bird or animal on or within any state park is prohibited.

14. Any person having proper fishing license and persons exempt by law may fish on or within any state park. Fishing is permitted in daylight only, which is declared to be not earlier than one hour before sunrise nor later than one hour after sunset. The Forestry, Fish and Game Commission may further restrict or entirely close any park to fishing at any time, if in its judgment conditions demand it. Each person so fishing is limited to one rod and line with not more than two hooks attached, or a fly rod and line with not more

Digitized by Google Original from UNIVERSITY OF MICHIGAN

than two flies attached, or a casting rod with not more than one artificial bait or lure attached, and such rod and line must be held in hand. Any such rod and line left set in the bank or attached to a boat, dock, tree, log, rock or to anything, or in any way, with line and hooks in the water in such manner that hooks may be taken by any fish, is prohibited, declared unlawful, and may be seized and confiscated by the park superintendent or any game warden. No trot-lines, set lines, float, bank or limb lines are permitted. A daily bag of fifteen fish of all kinds is allowed. Bass less than 10 inches; catfish (except bullheads) less than 12 inches; crappie less than 7 inches; and yellow perch less than 6 inches in length must be at once returned to the water. Dumping minnows or any kind of live bait in the waters of a state park is prohibited.

15. Boating is restricted to craft propelled by hand or wind power.

16. All park superintendents are both deputy sheriffs and deputy game wardens. They have authority to issue camping permits and are in complete charge of the parks. All questions of privileges shall be submitted to them. They shall preserve order and make arrests for violations of rules,

It is the intention at all times to so equip and maintain the parks as to give the greatest good to the greatest number of people. There is always a difference of opinion as to how this end may best be accomplished. There is perhaps no limit to which the department might go in providing luxuries and means of amusement on these parks, but when the source of revenue by which they are maintained is considered and when the amount of money available for such maintenance is considered there is little excuse for the use of these funds in providing luxurious playgrounds, camp grounds or picnic grounds, for use of the public. The object of the parks can perhaps best be fulfilled by refraining from too much alteration in the natural landscape. The suggestion has been made time and again that various parks look somewhat ragged, that the appearance might be improved by the widespread use of a lawn mower. But, with the ever-increasing expense of close-cropped lawns, which can be seen at any time in any city, there seems to be little need of treating these parks as formal gardens or as front lawns. If the lakes on these parks can supply reasonably good fishing, boating and swimming in proper seasons, shade trees and drinking water and a few views which show Kansas in its unspoiled state, it would seem that those who cannot enjoy themselves in such surroundings should seek their pleasures elsewhere.

Guided by the helpful suggestions of Prof. Albert Dickens and Prof. L. R. Quinlan, both of the Department of Horticulture, Kansas State Agricultural College, a great deal of effort has been put forth to plant trees on the various parks, to select the proper species and to place them in a proper setting. In some cases good success has been attained. In other cases, due to unfriendly soil or a mistake in the selection of species, the results have not been so satisfactory. Last spring on the Ottawa County State Park, the sportsmen and other lovers of outdoor life in Ottawa and surrounding counties collected several thousand young forest trees, mainly elm, hackberry and cottonwood, and presented them to the park. These were planted by state employees under the direction of the park superintendent. On the Scott County State Park, in the past two seasons, 3,000 western yellow pine seedlings have been planted. The planting of 1929 was not very successful, but those planted the past spring are doing exceptionally well. On the Meade County State Park a

Google UNIVERSITY OF MICHIGAN

# EXHIBIT 89

LIBRARY
OF THE
UNIVERSITY OF ILLINOIS
26 AUG 1914

# REPORT

OF THE

# MARYLAND STATE BOARD OF FORESTRY

FOR

## 1912 and 1913

## MEMBERS OF THE BOARD

PHILLIPS LEE GOLDSBOROUGH . . . . . . President
GOVERNOR OF MARYLAND

EMERSON C. HARRINGTON . . . . Comptroller of Maryland

WILLIAM H. WELCH . Acting President of Johns Hopkins University

H. J. PATTERSON . . . President of Maryland Agricultural College

WILLIAM BULLOCK CLARK . . . . . . Executive Officer
STATE GEOLOGIST

W. McCULLOH BROWN . . . . . . . . . . .

ROBERT GARRETT . . . . . . . . . . .

---

F. W. BESLEY . . . . . . . . . State Forester

BALTIMORE, MD.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Form 15

## APPLICATION FOR FREE USE PERMIT
ON STATE LANDS

........................................, Md.

........................................19........

MARYLAND STATE BOARD OF FORESTRY,
Baltimore, Maryland.

*Gentlemen:—*

I
We hereby apply for a Permit to........................................

........................................

........................................

........................................

........................................

I
If granted this permit we agree to comply in every respect with the rules and regulations of the Board of Forestry as printed on the reverse side of this Application.

Applicant's Signature........................................

Address........................................

recommended
Permit not recommended by........................................

granted
Permit refused by........................................

## RULES AND REGULATIONS
OF THE
MARYLAND STATE BOARD OF FORESTRY
FOR USE, BY THE PUBLIC, OF THE PATAPSCO PARK

No person shall be allowed the exclusive use of any portion of the Patapsco State Park, for camping or other purposes, except under a written Permit issued by the Board of Forestry upon an Application signed by the person desiring to use said lands; which Application and Permit shall contain the following provisions:

That the Permittee and those enjoying with him the use of the Patapsco State Park under Permit

1.—Will not cut, mutilate, or destroy any green trees except those selected and marked by the State Forest Officers.

2.—Will not build or set any fires, except at places designated for them at the camp sites; will always put out all fires before leaving camp; and will

Digitized by Google Original from UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

always use particular care in preventing the starting or spreading of fires, wherever they may be found.

3.—Will not litter the ground and woods with paper, lunch boxes, other debris or refuse, or pollute the springs or streams in any manner whatsoever.

4.—Will not bring into the Patapsco State Park or have in his or their possession while there fire-arms of any description; nor shoot or otherwise harm or molest any bird or animal therein.

5.—Will prevent, as far as possible, any other damage to the State's property, which he and they will protect and conserve as fully as possible.

6.—And will agree that this Permit may be revoked in case of failure on the part of the Permittee to comply with any or all of the above provisions.

Form 14. Permit No.

FREE USE PERMIT

ON STATE LANDS

STATE BOARD OF FORESTRY

BALTIMORE, MARYLAND

Name.................................................... Address....................................................
is hereby granted a Permit to

the permittee having agreed to comply in every respect with the rules and regulations of the Board of Forestry regarding the permit; that he will not cut any green trees except those selected and marked by the Forest Wraden; that he will exercise particular care in preventing the spread of fires; and prevent as far as possible any other damage to the State's property, which he will protect and conserve as fully as possible. This Permit may be revoked in case of any failure on the part of the permittee to comply with the above.

Date of issue STATE BOARD OF FORESTRY.

Limit of Permit By........................................State Forester

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

## SPECIAL POSTERS FOR PATAPSCO RESERVE.

*(Sign prepared and posted in co-operation with the Baltimore and Ohio Railroad.)*

**PATAPSCO PARK**

STATE FOREST RESERVE

**Attractive Camping Sites**

NEAR HERE

**FREE UPON APPLICATION**

**State Forester, Baltimore** **Forest Patrolman, Oella**

Or Local Agent
**Baltimore & Ohio R. R.**

*(Sign posted to conform with a recent ruling of the Board of Forestry.)*

**NO HUNTING!**

**FIREARMS PROHIBITED**

---

PATAPSCO STATE PARK

Digitized by Google

Original from UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

# EXHIBIT 90

# LAWS

OF THE

# STATE OF MARYLAND

MADE AND PASSED

**At the Session of the General Assembly Made and Held at the City of Annapolis on the Fifth Day of January, 1927, and Ending on the Fourth Day of April, 1927.**

---

**PUBLISHED BY AUTHORITY**

---

1927
King Bros., Inc., State Printers
208 N. Calvert Street
Baltimore, Md.

nor more than Five Hundred Dollars ($500.00) and costs for each and every offense, and in addition to said fines shall be fined Five Dollars ($5.00) for each and every game bird, the eggs of same, or game animal sold or offered for sale in violation of the law; the license shall be revoked and game on said property confiscated by order of the Game Warden.

STATE GAME REFUGES AND HUNTING GROUNDS.

67. Acquisition.—The Game Warden of this State may acquire title to or control of lands or waters within this State, suitable for protection and propagation of game and fish or for hunting purposes to be used as hereinafter provided, by purchase, lease, gift or otherwise, to be known as State Game Lands. The Game Warden may purchase or erect such buildings as may be deemed necessary properly to maintain and protect such lands or for propagation of game and fish, and may also purchase or lease lands from which the ownership of minerals, oil or gas and the right to mine and drill for the same have been excepted.

68. Title and Control.—The title to any land or water acquired by purchase, gift or otherwise, shall be taken in the name of the State of Maryland, for use of the Game Division of the Conservation Department of Maryland. The entire control of such land or water shall be under the direction of the Game Warden and Conservation Commissioner of this State.

No land or water shall be purchased at a price to exceed Five Dollars ($5.00) per acre, except where buildings or cultivated lands deemed necessary to the proper maintenance and administration of game refuges or for game and fish propagation are included. The Game Warden may expend for the purchase of lands and waters during any year such amount from the State Game Protection Fund as in his opinion can be allotted to that purpose.

69. Sale and Exchange.—Whenever the Game Warden shall deem it to the best interests of the State, he may, by approval of the Conservation Commissioner and with the consent of the Governor, authorize the exchange of any lands or waters, or any part thereof, to which title has been acquired by purchase, gift or otherwise, together with the buildings, improvements, appurtenances, thereof, for privately owned lands of equal or greater value, and adapted for State Game Lands for

game and fish propagation; or may authorize the sale of any lands or waters to which title has been acquired as aforesaid, or any part thereof, to the party or parties offering the highest price therefor, after advertisement once each week, for two consecutive weeks, in at least one newspaper in the county or counties in which the land or waters are located.

(a) Such land or waters may, by consent of the Game Warden and Conservation Commissioner, be used as State Parks in co-operation with any Department of this State empowered at present with the supervision of State Forests or State Parks or any department which may, by an Act of the General Assembly in the future, be empowered with the establishment, supervision, etc., of State Parks in this State.

(b) The Attorney-General shall prepare the necessary deeds to consummate such exchange or sale, and the deeds shall be executed by the Game Warden and the Conservation Commissioner of this State. The proceeds of such sales shall be deposited with the State Comptroller to be placed to the credit of the State Game Protection Fund. The Game Warden or Conservation Department shall not acquire or purchase any land or water in Garrett County.

70. Use of Lands.—Land and waters to which title has been acquired, or which have been leased, or any part thereof, may be used for the purpose of creating and maintaining State Game Refuges, or for the propagation of game and fish, and as much thereof as deemed necessary may be used for hunting grounds by consent of the Game Warden. The Game Warden, after consultation with the State Department of Forestry, may cut and remove and sell, or permit the cutting and removing and selling of, timber on lands to which title has been acquired by purchase, gift or otherwise, the net proceeds from which shall be deposited with the State Comptroller to be placed to the credit of the State Game Protection Fund. The Game Warden may grant rights of way on and across lands and waters acquired as aforesaid, when such grant will not adversely affect game and fish protection and propagation.

71. State Game Refuges.—The Game Warden may establish and maintain State Game Refuges for the protection and propagation of game and fish on all or any portion of State Game Lands, where any game and fur-bearing animals shall not be hunted, pursued, trapped, disturbed, or molested at any

time. He may also, with and by the consent of the Governor of this State and the Superintendent in charge of any State-owned land or any land or water owned by the Federal Government after receiving consent from the authorities herein named, locate State Game Refuges or Fish Refuges on State-owned or National-owned forests, land or waters.

Each Refuge shall be posted on the outlines of said property and when the Game Warden may deem it necessary, boundaries of said Refuge may be defined by fireline, road or other clear strip of land, or by at least one wire at the boundary thereof. On the boundary of each Refuge there shall be posted, in conspicuous places notices informing the public that the territory is a "State Game Refuge—Hunting is Unlawful," and such other information or rules and regulations as may be deemed advisable.

72. Leased Lands and Waters.—Whenever the owner (or person in control) of suitable lands or waters desires to have said lands or waters, or part thereof, set apart for a refuge for game and fish, he or they may make application to the Game Warden, giving a description of said lands or waters including: (a) Specific location; (b) map or sketch showing an outline of said lands or waters and the location of all buildings, roads, streams, and fences; (c) the type of such lands or waters, whether woodland, abandoned farm land, or cultivated land, or lakes, ponds, marshes, or impounded streams.

(a) The Game Warden may then make or have an examination made of said property and if found suitable for game and fish protection or for propagation purposes, he may notify the owner (or person in control) to the effect that said lands or waters are acceptable for a game and fish refuge. The said owner (or person in control) shall sign a lease, vesting in this State all hunting and fishing rights upon said lands and waters without charge. The lease shall contain provisions to the following effect: (a) that neither the owner, his family, agents, tenants or any other person by or with his authority shall hunt or fish thereon; (b) that he will make every effort to protect said refuge from forest fires, hunting or fishing or violations of any of the conservation laws of the State; (c) that the lease or agreement shall continue in force for an uninterrupted period of not less than five years.

(b) In the event that any land or waters named in any lease on which there is no charge shall be sold by said owner,

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 633 of 828

then said piece of property shall be released from the operation of said lease unless the purchaser shall agree to allow said property to remain under lease. Any lease made under the provisions of this sub-title may be rescinded either by the Game Warden or the owner as to all or any part of the lands and waters covered by said lease upon the giving of ninety days' notice in writing to the other party to said lease of their desire to terminate said lease.

73. Rules and Regulations.—The Game Warden may formulate, adopt, and post such rules and regulations for the government of lands and waters under his control, as he may deem necessary for their proper use and administration. Such rules and regulations shall be the law of this State controlling such lands or waters, and a violation of any of the provisions of such rules and regulations shall subject the offender to the penalties provided for in this sub-title.

74. Entry upon Refuges.—No person shall trespass in any manner on any State Game or Fish Refuge without the consent of the Game Warden or person in charge of said lands or waters. Persons regularly residing on lands included within any refuge may be granted a special written permit by the Game Warden which may be revoked at any time, to have traps, dogs or guns in possession on such refuge so long as they are not used in hunting or trapping for game unless said hunting or trapping is done under special permit from the Game Warden for propagation purposes. Where any portion of a State Game Refuge is used for a State Park, entry by any person within the refuge area for recreational pursuits shall not be restricted on the portion of said territory used as a State Park, so long as such persons do not carry fire-arms, or traps, or do not permit dogs to disturb or chase game.

The Game Warden, by written permission, may grant to responsible persons the right to hunt or trap for vermin, and to use dogs and guns in connection therewith, on State Game Refuges, or may grant permission to trap birds or game animals which, when so trapped, shall be used for propagation purposes.

75. Penalties.—Any person convicted before any Justice of the Peace of this State for violating any of the provisions of this sub-title, or any of the rules and regulations formu-

lated and made by the Game Warden in accordance with the provisions thereof, whether the same be trespassing on any refuge or other provision of said sub-title, shall be fined not less than Fifty Dollars ($50.00) nor more than One Hundred Dollars ($100.00) and costs for each and every offense.

### ELK AND DEER.

76. It shall be unlawful for any person to hunt for any Elk or Deer within the State of Maryland, from June 1st, 1927, until December 1st, 1931, provided, however, it shall be lawful to shoot or kill any male deer with four or more points to one antler, in Allegany County, and within any game preserve within Washington County inclosed by a fence not less than seven feet high, between the dates of December 1st and December 15th, both dates inclusive.

(a) It shall be unlawful to hunt in any manner any Elk or Deer except through the use of a gun propelling one all-lead or lead alloy or soft nosed or expanding bullet or ball at a single discharge, or to take an Elk or Deer in any manner except through the method known as still hunting. It shall be unlawful for any person at any time to shoot at or kill, or wound or capture, or attempt to kill or wound or capture, either an Elk or Deer while same is taking refuge in or swimming through the waters of any stream, pond or lake. It shall be unlawful for any person to make use of a dog in hunting Elk or Deer, and every person who takes a dog into the woods, or who has possession or control of a dog in the woods and uses same for chasing, taking or killing an Elk or Deer, shall be guilty of a misdemeanor.

(b) It shall be unlawful for any person to kill more than one buck deer during open season, said open season applying only to Allegany County and to any game preserve in Washington County inclosed by a fence not less than seven feet high. It shall be unlawful to shoot, trap, pursue or kill, or gun or hunt for, any fawn or female deer at any time within the limits of this State.

(c) Any person violating any of the provisions of this sub-title shall be deemed guilty of a misdemeanor and upon conviction before any Justice of the Peace of this State shall be fined Three Hundred Dollars ($300.00) and costs for each and every offense. Any person who fails to pay the fine

# EXHIBIT 91



FOURTH BIENNIAL REPORT
1927-1928

# THE DEPARTMENT OF CONSERVATION

## STATE OF MICHIGAN

*Order of Divisional Reports:*

| | |
|---|---|
| Director's Summary | Financial Statement |
| Forest Fire | Pollution Control |
| Parks | Geology |
| Fish | Land Economic Survey |
| Law Enforcement | Lands |
| Educational and Publicity | Game |
| | Forestry |

FRANKLIN DEKLEINE CO., STATE PRINTERS, LANSING, MICH.

Digitized by Google Original from UNIVERSITY OF CALIFORNIA





DOCUMENTS DEPT.

## LETTER OF TRANSMITTAL

The Governor and Members of the Fifty-fifth Legislature:
Sir and Gentlemen:

In accordance with the provisions of section four, Act No. 17, Public Acts of 1921, I am transmitting herewith the Fourth Biennial Report, Department of Conservation, for the years 1927 and 1928.

I am pleased to submit this summary of the activities and progress of this department.

Respectfully,
GEORGE R. HOGARTH,
Director.

Google UNIVERSITY OF CALIFORNIA

## NEW PARK SITES OBTAINED

At the beginning of this biennium our park system contained 57 sites. The system now contains 64 sites. The acquisition of these 7 sites added to the area 15,238 acres—the present total area being 25,384 acres. The new sites are as follows:

Hartwick Pines; Pere Marquette River, sites numbers 1, 2, 3 and 4; Wilderness; and Van Etten lake.

The Hartwick Pines State Park is situated in Crawford County some 6 miles north and east of Grayling. It consists of 8,360 acres of which 74 acres is virgin White and Norway pine.

This site came to the state as a gift from Mrs. Karen B. Hartwick of Ann Arbor in honor of or as a memorial to her husband—the late Edward E. Hartwick who lost his life in the World War. It will not only be a memorial to Maj. Hartwick but will also serve as a monument to the great pine forest inherited by our forefathers.

Pere Marquette River Park consists of four units—one of 33 acres, the second of 12 acres, third of 77 acres and the fourth of 189 acres, making a total area of 311 acres. All of these sites border on the Pere Marquette River, with a total frontage of approximately 3 miles.

The four sites were gifts from the Michigan Power and Light Company. They are located in Mason County, lying on the river between Custer and Scottville.

Wilderness State Park is situated in the northwest corner of Emmet County on Mackinac Straits and Great Lake Michigan. Its present area is approximately 5,400 acres.

A portion of this site was used since 1922 as a game refuge. At the August meeting of the commission during 1927 the management of this land was transferred to the Parks Division. Following herewith is the resolution effecting this change:

Resolved, That the present Emmet Game Refuge should be extended and developed as a Wilderness Park and Wild Life Sanctuary: that the director be and hereby is instructed to take immediate steps to this end: and that the work be begun at once and be pushed as rapidly as practicable so as to make at least some of the recreational resources of the area available to the public during the summer of 1928; and that the director take immediate steps to secure by purchase or through condemnation proceedings all privately owned holdings located within the area and which are needed to establish and complete such a Wilderness Park and Wild Life Sanctuary.

Van Etten Lake Park site lies between U. S. 23 and Van Etten Lake in Iosco County. The area designated for park purposes consists of approximately 300 acres with frontage to the extent of 2355 ft. on Van Etten Lake. This tract offers an excellent sand beach suitable for bathing and much valuable camp and picnic grounds. It formerly was a part of the Iosco Game Refuge but was transferred to the Division of Parks for administration at the department commission meeting.

## RULES AND REGULATIONS

When Act 218, P. A. of 1919 (the act providing for a system of parks) was passed, it gave the commission authority to make rules and regulations governing State Parks, but no provisions were made for their enforcement.

During the 1927 assembly of the legislature an amendment to Act 17 of 1921 was passed which gave authority, not only to make and post rules and regulations, but to enforce them. A part of Sec. 3a of Act 17, P. A. 1921 reads as follows:

"Any person who shall do or perform any act prohibited by such rules and regulations or who shall fail, refuse or neglect to do or perform any act required by such rules and regulations concerning the use and occupancy of lands and property under the control of said commission of conservation, which shall have been made, promulgated and published as in this act provided, during the time such rules and regulations thus made, shall be deemed guilty of a misdemeanor and upon conviction thereof shall be subject to a fine of not more than one hundred dollars, together

Digitized by Google Original from UNIVERSITY OF CALIFORNIA

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

A WELL MADE CAMP IS THE BASIS OF A WHOLESOME AND ENJOYABLE OUTING.
PARKS PROVIDE SITES AND EQUIPMENTS

with the costs of prosecution, or to imprisonment in the county jail for not more than ninety days, or both such fine and imprisonment in the discretion of the court."

Following are rules and regulations as posted:

**Rules and Regulations**

Michigan state parks are open and free to the public. Visitors are welcome to use them for the various activities permitted. In order to prevent abuse or misuse of the privileges offered by these parks the following rules and regulations will be enforced:

1. The destruction or injury of any sign, guide post or property of any kind is unlawful. This includes the peeling of bark, carving and chopping of trees, cutting branches, driving nails, digging ground from roots and the removal of trees, shrubs, and plants, picking wildflowers, and other injuries.
2. To carry or have firearms in possession in a State Park is unlawful.
3. Throwing of tin cans, bottles, papers, junk or refuse of any kind on the ground or in a lake or stream is prohibited.
4. Speed limit for motor vehicles on park roads is 20 miles per hour except where otherwise posted.
5. Dogs in the park must be tied with a chain or controlled on a leash. They are not allowed to run loose about the park.
6. Building or starting fires in the open or in any place except where proper provisions have been made or to leave fires while burning is prohibited.
7. Washing or the throwing of waste of any kind around well or spring or the use of woods as toilets is prohibited.
8. Persons desiring to camp in State Park are required to obtain permit before making camp. A permit will be issued to camp for 15 days or less on a single site. To remain longer permit must be renewed.
9. Camping, horseback riding or the driving of automobiles or other vehicles on areas (picnic ground, children's playground, bathing beaches, etc.) posted against such traffic or utilization is prohibited.
10. Disorderly conduct in the way of drunkenness, vile language, fighting and personal exposure by change of clothing in automobiles, woods, park or any other place where person is not properly sheltered is prohibited.

Persons failing to comply with the above regulations are subject to deportation, arrest and prosecution (fine, imprisonment or both) in accordance with Act 17, Public Acts 1921, as amended by Act 337, P. A. 1927.

The park officer is in full charge of the park with police authority. Inquiries, suggestions or complaints can be filed with caretaker or submitted in writing to the Conservation Department.

By order of Department of Conservation, Lansing, Michigan.

GEORGE R. HOGARTH,
Acting Director.
HOWARD B. BLOOMER,
Chairman.

The terms of this law were not applicable for the 1927 season and therefore could be tried out only during the season of 1928. They were tried, however, and found to be most effective. While only a few arrests (less than 6) were made, the provisions, nevertheless, had a far reaching effect. Its presence on the statutes obviated the doubts of many persons, violators and otherwise, as to the authority of park officers, and the penalties in case of violations.

Google UNIVERSITY OF CALIFORNIA

# EXHIBIT 92

# GENERAL LAWS

OF THE

# STATE OF MINNESOTA

PASSED DURING THE

## THIRTY-SECOND SESSION

OF THE

## STATE LEGISLATURE

COMMENCING JANUARY EIGHTH, ONE THOUSAND NINE HUNDRED AND ONE.

OFFICIAL PUBLICATION BY SECRETARY OF STATE.

ST. PAUL:
McGILL-WARNER Co.
1901.

H. F. No. 158.

## CHAPTER 249.

Real estate conveyed by husband to wife.

*An act to legalize conveyances of real property made by husband directly to wife, and the records of such conveyances.*

Be it enacted by the Legislature of the State of Minnesota:

SECTION 1. That all conveyances of real property within this state made between the first day of January, eighteen hundred and fifty (1850), and the fifth day of March, eighteen hundred sixty-nine (1869), in which a married man has conveyed real property directly to his wife shall be and the same are hereby declared to be legal and valid, and the records of all such conveyances heretofore actually recorded in the office of the proper county shall be in all respects valid and legal, and such conveyances and records thereof shall have the same force and effect in all respects for the purpose of notice, evidence or otherwise as are or may be provided by law in regard to conveyances in other cases. *Provided,* that the provisions of this act shall not apply to any action or proceeding now pending in any of the courts of this state; *providing, further,* that this act shall not be construed to extend to any case where vested rights in any such property have been acquired by third parties.

SEC. 2. This act shall take effect and be in force from and after its passage.

Approved April 11, 1901.

---

H. F. No. 282.

## CHAPTER 250.

Game and fish, within and adjacent to public parks.

*An act to protect game and fish within the limits of, or adjacent to any state public park within the State of Minnesota.*

Be it enacted by the Legislature of the State of Minnesota:

SECTION 1. Any person who shall kill, cause to be killed, or pursue with intent to kill or hunt any moose, bear, deer, fox, otter, mink, muskrat, porcupine or other animal, or any duck, wild goose, crane, prairie chicken, grouse, pheasant, partridge, quail, dove, pigeon, or bird of any kind, or who shall in any manner whatsoever, except with a hook and line held in the hand, take, kill, catch or capture any bass, pike, trout, perch or other fish within the outer limits of any territory set apart, used

or designated or authorized by law to be set apart or purchased for a state public park, within this state or within three thousand (3,000) feet of the outward boundary lines or limits, fixed by law, of any state park, or who shall in any manner whatsoever hunt with firearms, or have in their possession loaded or charged firearms at any point within three thousand (3,000) feet of the outward limits of, or proposed outward boundary line or limits of any such state park within this state, shall be guilty of a misdemeanor and upon conviction thereof shall be punished by a fine for the first offense of fifty dollars ($50), for the second offense two hundred dollars ($200), and for the third or further offense he shall be fined and imprisoned in the county jail not less than ninety (90) days, nor more than one (1) year, and the provisions of this section shall apply to all manner of persons, including Indians, but this law shall not be held to supersede, modify or amend any law or ordinance which provides for the regulation of any public park within the limits of any incorporated city or village within this state.

SEC. 2. All offenses provided for in section one (1) of this act shall be tried and determined under the General Laws of this state applicable to the trial of criminal actions in like causes.

Neglect of county attorney to prosecute.

SEC. 3. Any county attorney, whose official duty it is to prosecute offenders who are charged with violating the provisions of this act, who neglects or refuses to prosecute such offenders to a final judgment, or who advises, appears for, or in any way defends, aids or counsels persons charged with offenses under this act, shall be immediately removed from office by the governor of this state.

SEC. 4. This act shall take effect and be in force from and after its passage.

Approved April 11, 1901.

---

## CHAPTER 251.

H. F. No. 319.

Non-resident paupers.

*An act to provide for the aid of non-resident paupers.*

Be it enacted by the Legislature of the State of Minnesota:

SECTION 1. When any person not having a legal settlement therein shall be taken sick, lame or otherwise disabled, in any town, city or village, or for any other cause shall be in need of relief as a poor person and shall

# EXHIBIT 93

# GENERAL LAWS

OF THE

# STATE OF MINNESOTA

PASSED DURING THE

## THIRTY-FOURTH SESSION

OF THE

# STATE LEGISLATURE

COMMENCING JANUARY THIRD, ONE THOUSAND NINE HUNDRED AND FIVE.

---

OFFICIAL PUBLICATION BY SECRETARY OF STATE.

MINNEAPOLIS:
HARRISON & SMITH CO.
1905.

in shipping fish, either within or without this state, shall be plainly marked with the name and address of the consignor and consignee, and with the contents of the package.

In counties of 150,000 and over.

SEC. 51. Sale of Fish Prohibited, When—No person shall sell, have in possession with intent to sell, or offer for sale any fish caught in any lake situated partly or wholly within a county in this state that has a population of one hundred and fifty thousand, or over.

MISCELLANEOUS PROVISIONS.

SEC. 52. Game and Fish Taken in One Day.—No person shall wantonly waste or destroy any of the birds, animals or fish of the kinds mentioned in this chapter. The catching, taking or killing of more than fifteen birds by any one person in any one day, or the catching, taking or killing of more than twenty-five fish by any one person in any one day, except fish caught, taken or killed in the Mississippi river or international waters with nets or seines, as by this chapter permitted, shall be deemed a wanton waste, and destruction of all such birds or fish caught, taken or killed in excess of such number.

Fifteen birds in one day.

Twenty-five fish.

Exception.

Hunting, etc., prohibited.

SEC. 53. State Parks.—No person shall pursue, hunt, take, catch, or kill any wild bird or animal of any kind within the limits of any territory set apart, designated, used or maintained as a state public park, or within one-half mile of the outer limits thereof or have any such bird or animal or any part thereof in his possession or under his control within said park or within one-half mile of said outer limits.

As to fire arms.

No person shall have in his possession within any such park or within one-half mile of the outer limits thereof, any gun, revolver, or other firearm unless the same is unloaded, and except after the same has been sealed by the park commissioner or a deputy appointed by him, and except also such gun or other firearm at all times during which it may be lawfully had in such park remains so sealed and unloaded. Upon application to the park commissioner or any deputy appointed by him, it is hereby made his duty to securely seal any gun or firearm in such a manner that it cannot be loaded or discharged without breaking such seal. The provisions of this section shall apply to all persons including Indians.

To residents.

SEC. 54. Sale of Game by Commission—The game and fish commission is hereby authorized to sell to resi-

dents of this state at the highest market price obtainable therefor, all furs, fish, game, game animals or game birds now or which may hereafter come into its possession. The proceeds thereof shall be turned into the state treasury and credited to the game and fish commission funds. A record of such sales, including the name of the purchaser and the price paid, shall be kept by the commission. Said commission shall, before selling, tag the same in a manner to be determined by it.

Proceeds turned into state treasury, record of sales.

SEC. 55. Game Shall Not be Resold—Fish, game, game animals and game birds, or any part thereof, sold pursuant to the terms of the foregoing section, shall not be resold, offered for sale or held for the purpose of sale, or otherwise disposed of, to any other person by said purchaser. Said game shall not be bought or taken into possession by any person other than said purchaser from the commission.

SEC. 56. Obstructing Commission—Gathering Spawn —No person shall obstruct the commission, its executive agent or any warden appointed by it while engaged in gathering fish spawn, nor shall any person place in any stream or river any logs or other debris at any time when said commission and its employes are gathering spawn, or about to gather spawn or catch fish for that purpose in any such stream or river. Any person violating any of the provisions of this section shall be deemed guilty of a misdemeanor. The commission may institute a civil action in the name of the state to recover from any person or persons obstructing it in the performance of its duties, or who shall place logs or other debris in such stream, for all damages resulting therefrom, and in addition thereto may in such action enjoin such party or parties from doing the acts hereby prohibited.

Logs or other debris in rivers or streams.

Prosecution.

SEC. 57. Appropriation—The sum of thirty-five thousand dollars ($35,000), or so much thereof as may be necessary, is hereby appropriated annually, commencing August 1st, 1905, for the purpose of carrying on and enforcing the provisions of this chapter, to be paid for such purpose out of any moneys in the state treasury not otherwise appropriated.

$35,000, annually.

SEC. 58. Illegal Use of Coupons—Any person who uses any coupon described in this chapter other than those issued and delivered to him personally by the county auditor in the shipping or transporting of any game bird or animal or any part thereof, or uses such coupon for

Misdemeanor

any purpose or in any manner other than in this chapter authorized shall be guilty of a misdemeanor.

Procuring of illegally, penalty.

SEC. 59. Coupons—Conspiracy—Any person who solicits, or directly or indirectly procures the issuance and delivery of any such coupon to any fictitious person or persons other than himself and uses it in any manner, or who obtains possession of any such coupon and delivers it to any person, or who solicits or procures the shipment to himself or any third person, from another, of any game bird or game animal or any part thereof shall be guilty of a conspiracy to violate the game laws and upon conviction thereof shall be fined not less than fifty nor more than one hundred dollars for the first offense and confined in the county jail not less than sixty or over ninety days for the second offense, and confined in the state prison at Stillwater not less than sixty days for each subsequent offense.

Prohibited.

SEC. 60. Cold Storage—The placing or receiving within or storage of any game bird or game animal, or any part thereof, in any cold storage plant is hereby prohibited and made unlawful.

## PENALTIES.

SEC. 61. Resisting Commissioner or Warden—Whoever shall resist or obstruct the executive agent of said commission, or any member thereof, or any warden or other officers of this state, in the discharge of his duties under this chapter, shall be guilty of a misdemeanor, and upon conviction thereof be punished by a fine of not less than fifty (50) nor more than one hundred (100) dollars and costs of prosecution, or by imprisonment in the county jail for not less than sixty (60) nor more than ninety (90) days for each and every offense.

Misdemeanors.

SEC. 62. Killing, Selling, Buying or Shipping Moose and Deer—Any person who takes or kills, has in possession, has in possession with intent to sell, sells, offers or exposes for sale, ships by common carrier, conveys or causes to be conveyed, has in possession with intent to so ship, or to convey in any manner, to any point within or without this state, any moose, deer, or any part thereof, including the hides and horns, or any person who buys any such game animal, or any part thereof, in violation of any of the provisions of this chapter, or any common carrier or agent thereof who ships or aids or abets any person in shipping any such game animal or any part

# EXHIBIT 94

# ACTS

OF THE

# One Hundred and Fifty-ninth Legislature

OF THE

## STATE OF NEW JERSEY

AND

## Ninety-first Under the New Constitution

1935

MacCrellish & Quigley Co
Printers
Trenton, New Jersey
1935

Digitized by Google
Original from
UNIVERSITY OF CALIFORNIA

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 652 of 828

deductions for insurance benefits as hereinbefore provided, but such person shall not thereafter be eligible for a pension under this act unless upon a re-employment by the city he shall pay to such pension fund the amount of any rebate made to him. The obligation to refund payments made to the pension association shall not apply to any employee suspended or discharged for causes which bar him from eligibility to reappointment under the civil service rules.

Refund not applicable to discharged, etc., employees.

5. Nothing in this act shall be deemed to repeal or amend the provisions of an act entitled "An act to amend an act entitled 'An act concerning the employment of persons by the State of New Jersey or of any county or municipality thereof,' approved April fourteenth, one thousand nine hundred thirty," which was approved April twenty-seventh, one thousand nine hundred thirty-one.

Construing.

6. All acts and parts of acts inconsistent with this act shall be and the same are hereby repealed.

Repealer.

Approved March 25, 1935.

---

## CHAPTER 114

A SUPPLEMENT to an act entitled "An act to provide for the selection, location, appropriation and management of certain lands along the Palisades of the Hudson river for an interstate park, and thereby to preserve the scenery of the Palisades," approved March twenty-second, one thousand nine hundred.

BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey:*

1. It shall be the duty of the Commissioners of the Palisades Interstate Park to preserve, care for and protect all the lands, parks and parkways under the jurisdiction of such commissioners.

Care of park property.

Digitized by Google Original from UNIVERSITY OF CALIFORNIA

Rules and regulations established.

2. No person shall (1) injure, deface, disturb, or befoul any part of the park nor any building, sign, equipment or other property found therein, nor remove, injure or destroy any tree, flower, shrub, rock or other mineral found therein; or (2) deposit in any part of the park any garbage, sewerage, refuse, waste or other obnoxious material, otherwise than in receptacles or pits provided by the commissioners for such purpose; or (3) (a) drive or propel or cause to be driven or propelled along or over any road within the park any vehicle at a greater rate of speed than twenty (20) miles per hour, or (b) around curves at a greater rate of speed than fifteen (15) miles per hour, or (c) between points so marked at a greater rate of speed than ten (10) miles per hour; or (4) (a) operate, or cause to be operated, a commercial vehicle on the Henry Hudson drive, or (b) if an operator of any commercial vehicle, in driving off any ferry boat landing in the park, drive otherwise than to the right of the road and stop, permitting all pleasure vehicles to pass ahead of said commercial vehicle, or (c) move out of his place in any line of traffic at any time established by the commissioners on any of the park roads, or (d) ride a bicycle on the Henry Hudson drive or on either of the two ferry approach drives, or (e) park or store any motor car, motorcycle, bicycle, wagon or other vehicle within the park except in places designated by the commissioners for such purpose, or (f) park or operate any vehicle in the park, after dark, without lights, or (g) park any vehicle in the park after midnight, during the hours of darkness, in areas other than those designated by the commissioners for such purpose; or (5) (a) maintain any camp or camps in the park for any period except at such places as may from time to time be designated by the commissioners for camping, or (b) camp at any place in the park without obtaining a permit from the commissioners for such purpose; or (6) (a) light any fire or fires at any time in any part of the park except on or between the shore path and

Digitized by Google Original from UNIVERSITY OF CALIFORNIA

the river, or in places designated by the commissioners for such purpose, or (b) leave a fire until same has been completely extinguished; or (7) (a) sell or offer for sale within the park any property or privilege whatsoever, or (b) if a person to whom property of the park has been entrusted by the commissioners for personal use, hire, lease or let out the same to any other person, without a permit from the commissioners, or (c) take photographs or moving pictures within the park for the purpose of selling the negatives thereof or prints therefrom without a permit from the commissioners, or (d) operate a bus, taxicab or other vehicle for the transportation of passengers or property for hire within the park without a permit from the commissioners or (e) if a person operating a boat or airplane for hire, land or receive passengers at any of the docks or lands owned or controlled by the commissioners, without a permit from the commissioners; or (8) except employees or officers of the commissioners, carry firearms of any description within the park, or carry any airgun, sling shot, bow and arrow, or any other device whereby a missile may be thrown, without a permit from the commissioners; or (9) hunt, pursue with dogs, trap or in any other way molest any of the wild birds and beasts found within the confines of the park, without a permit from the commissioners; or (10) (a) gamble in the park, or (b) bring into the park or have in his possession while there any implement or device commonly used or intended to be used for gambling purposes; or (11) erect or post any sign or notice at any place in the park without a permit from the commissioners; or (12) herd, graze or drive any live stock of any kind in or through the park or let such live stock run at large in the park, without a permit from the commissioners; or (13) (a) bring into, have or keep in the park any cat or other animal destructive of bird life, or (b) bring into, have or keep in the park any dog or any other pet or domesticated animal unless the same is in leash or in cage, without a permit from the commissioners; or

Digitized by Google Original from UNIVERSITY OF CALIFORNIA

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 655 of 828

(14) (a) run or walk on any of the park drives except to cross the same at points designated by the commissioners for that purpose, or (b) climb the cliffs at points other than those designated by the commissioners for that purpose; or (15) (a) use loud, boisterous or indecent language or (b) interfere with any officer of the park in the performance of his duty, or (c) be indecently dressed or exposed within the confines of the park, or (d) conduct himself in such a manner as to endanger the life, limb or property of other visitors to the park; or (16) possess within the park any narcotic drug or intoxicating liquor other than liquor on sale under State license; or (17) (a) bathe, dive or swim in or off any property of the park, except at points designated by the commissioners for that purpose, or (b) change his clothing or disrobe except in the bath houses provided by the commissioners for that purpose, or (c) propel, land or store any canoe, boat or any other vessel in or near any waters within or off the park property, except at points designated by the commissioners for that purpose; or (18) fish or crab off any docks or property of the park except at points designated by the commissioners for that purpose.

Penalty for violation.

3. Every person who shall violate any of the provisions of this act as hereinbefore set forth shall be liable to a penalty for each offense of a fine of not more than fifty dollars ($50.00) or imprisonment in the county jail for a term of not more than thirty (30) days, or both.

Court of jurisdiction.

4. The court or judges before whom any proceedings for the recovery of any penalty under this act shall be brought and the proceedings and processes by which such actions shall be enforced shall be those provided for in "An act to establish a police court in that part of the Palisades Interstate Park lying in the State of New Jersey, and to provide for a judge thereof," approved April twenty-first, one thousand nine hundred and thirty, and any amendments or supplements thereto.

Digitized by Google

Original from UNIVERSITY OF CALIFORNIA

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 656 of 828

5. The said commissioners may appoint such patrolmen as they may deem necessary for the purpose of keeping order and enforcing the laws and the provisions of this act. The patrolmen so appointed shall be provided with uniforms by the said commissioners and shall have within the limits of the property of the Palisades Interstate Park and all the lands, parks and parkways under the jurisdiction of such commissioners all the powers, duties and liabilities of police officers in cities in the making of arrests and the execution of criminal process and the enforcement of all the laws of the State and the provisions of this act as hereinbefore set forth. Said commissioners may appoint said patrolmen to hold office at the pleasure of the commissioners or for such term as the commissioners may determine. Such patrolmen shall receive such compensation as from time to time may be fixed and determined by the said commissioners of the Palisades Interstate Park.

**May appoint patrolmen.**

**Powers and duties.**

**Term.**

**Compensation.**

6. All acts and parts of acts inconsistent with this act are hereby repealed.

**Repealer.**

7. This act shall take effect immediately.

Approved March 25, 1935.

---

## CHAPTER 115

An Act to amend an act entitled "An act concerning marriages" (Revision of 1910), approved April eleventh, one thousand nine hundred and ten.

Be it enacted *by the Senate and General Assembly of the State of New Jersey:*

1. Section two of the act of which this act is an amendment is hereby amended to read as follows:

**Section 2 amended.**

2. The Chief Justice and each justice of the Supreme Court, the Chancellor and each Vice-

**Who may perform marriage ceremony.**

Digitized by Google Original from UNIVERSITY OF CALIFORNIA

# EXHIBIT 95

STATE OF NORTH CAROLINA

# PUBLIC LAWS AND RESOLUTIONS

ENACTED BY THE

## EXTRA SESSION

OF THE

## GENERAL ASSEMBLY

OF

1921

BEGUN AND HELD IN THE CITY OF RALEIGH
ON
TUESDAY, THE SIXTH DAY OF DECEMBER, A.D. 1921

PUBLISHED BY AUTHORITY

RALEIGH
MITCHELL PRINTING COMPANY
STATE PRINTERS
1922

*First.* To supplement the funds in those counties specified in section two of this act, in order to provide a six months school term in each of said counties;

Supplements to county funds.

*Second.* After the provisions of section two have been complied with, then the State Board of Education shall apportion the residue of the funds provided in this section in order to pay the salaries of the county superintendents and assistant superintendents for six months, and all city superintendents, all supervisors not otherwise provided for, all principals of elementary schools having ten or more teachers, and principals of standard high schools, for three months.

Apportionment of residue.

County superintendents and assistants. City superintendents. Supervisors. Principals of elementary and high schools.

SEC. 5. That section five thousand four hundred and eighty-eight of the Consolidated Statutes, as amended, be and the same is hereby further amended by adding at the end thereof the following: "*Provided,* that no action in the nature of a writ of mandamus shall be brought against the board of county commissioners to compel said board to levy a rate of taxation greater than the rate authorized by the General Assembly."

Proviso: mandamus for increase of tax rate not to lie.

SEC. 6. All laws and clauses of laws in conflict with the provisions of this act are hereby repealed.

Repealing clause.

SEC. 7. This act shall be in full force and effect on and after the date of its ratification.

Ratified this the 20th day of December, A.D. 1921.

---

## CHAPTER 6

### AN ACT TO PROTECT ANIMALS AND GAME IN PARKS AND GAME RESERVATIONS IN EITHER PRIVATE OR PUBLIC PARKS OR PLACES.

*The General Assembly of North Carolina do enact:*

SECTION 1. That it shall be unlawful for any person or persons to hunt, trap, capture, willfully disturb, or kill any animal or bird of any kind whatever, or take the eggs of any bird within the limits of any park or reservation for the protection, breeding, or keeping of any animals, game, or other birds, including buffalo, elk, deer, and such other animals or birds as may be kept in the aforesaid park or reservation, by any person or persons either in connection with the Government of the United States, or any department thereof, or held or owned by any private person or corporation.

Protection of game in parks or reservations.

SEC. 2. That any person or persons who shall hunt, trap, capture, willfully disturb, or kill any animal or bird, or take the eggs of any bird of any kind or description in any park or reservation

Misdemeanor.

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 660 of 828

Punishment.

as described in section one of this act, at any time during the year, shall be guilty of a misdemeanor, and shall be fined or imprisoned in the discretion of the court for each and every offense.

Carrying weapons in parks or reservations. Misdemeanor.

SEC. 3. That any person who shall carry a pistol, revolver, or gun in any park or reservation such as is described in section one of this act, without having first obtained the written permission of the owner or manager of said park or reservation, shall be guilty of a misdemeanor, or shall be fined or imprisoned, in the discretion of the court, for each and every offense.

Punishment.

Application of act.

SEC. 4. That the provisions of this act shall apply only to that part of the State of North Carolina situated west of the main line of the Southern Railway running from Danville, Virginia, by Greensboro, Salisbury, Charlotte, and Atlanta, Georgia.

Repealing clause.

SEC. 5. All laws and clauses of laws in conflict with this act are hereby repealed.

SEC. 6. That this act shall be in force from and after its ratification.

Ratified this the 15th day of December, A.D. 1921.

---

## CHAPTER 7

AN ACT TO CHANGE THE MONTH DURING WHICH ACCOUNTS OF STATE OFFICERS ARE EXAMINED BY COMMISSIONERS OF THE LEGISLATURE.

*The General Assembly of North Carolina do enact:*

Date changed.

SECTION 1. That section seven thousand six hundred and ninety-two of the Consolidated Statutes be and the same is hereby amended by striking out the word "December" in line six of said section and inserting in lieu thereof the word "July."

SEC. 2. That this act shall be in force from and after its ratification.

Ratified this the 10th day of December, A.D. 1921.

---

## CHAPTER 8

AN ACT TO AUTHORIZE THE TREASURER TO BORROW NOT EXCEEDING $710,000 FOR THE STATE PUBLIC SCHOOL FUND.

Preamble: tax at special session.

Purpose.

Whereas the special session of the General Assembly of one thousand nine hundred and twenty, chapter ninety-one, section one, Public Laws, provided a State tax of thirteen cents for the purpose of paying "one-half the annual salary of the county superintendents and three months salary of all teachers of all sorts

# EXHIBIT 96

Forestry

# DIGEST OF LAWS

RELATING TO

# STATE PARKS

VOLUME II

MISSOURI - NORTH CAROLINA

FEB 18 1938

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Forestry

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# NORTH CAROLINA

## I. STATE PARKS AND FORESTS.

**Jurisdiction.** State parks are under the jurisdiction of the Department of Conservation and Development (Acts of 1925).

**Objects of Department.** The objects of the Department are defined to be, by investigation, recommendation and publication, to aid

In the promotion of the conservation and development of the State's natural resources;

In promoting a more profitable use of lands, forests and waters;

In promoting the development of commerce and industry;

In coordinating existing scientific investigations and other related agencies in formulating and promoting sound policies of conservation and development; and,

To collect and classify the facts as a source of information easily accessible to the public generally, setting forth the natural, economic, industrial and commercial advantages of the State.

**Board; members; appointment; terms.** The Department is administered by a Board composed of the Governor, as ex-officio Chairman, and twelve members by him appointed, with the advice and consent of the Senate, for six years. Terms of four members expire biennially. Members are reimbursed actual traveling expenses, and may be paid in addition a per diem of $4 while in attendance on Board meetings (as amended 1927).

**Director.** The Governor appoints a Director, to be in charge of the work of the Department under the supervision of the Board. Such other personnel as is deemed necessary to carry on the work of the Department is appointed by the Director.

**Divisions.** Administrative divisions have been established within the Department as follows, each under the immediate jurisdiction of a Commissioner or other State Officer:

- Division of Forestry
  - Sub-Division of State Forests and State Parks
- Division of Water Resources and Engineering
- Division of Geology and Mineral Resources
- Division of Inland Fisheries
- Division of Commercial Fisheries
- Division of Game

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

| | |
|---|---|
| Auxiliary public hunting grounds. | In order to improve hunting, to open to the public lands well stocked with game, and to give landowners some income through game protection and propagation, the Department is authorized to recognize, list and assist the owners in protecting their lands which are a part of the public hunting grounds under the provisions of the Game Law (Acts of 1935), subject to the following conditions and stipulations, and such rules as the Board may adopt for the regulating of the hunting grounds: |
| Minimum area. | The minimum area recognized is 1,000 acres; |
| Owners required to organize. | Owners of land included in a public hunting ground so formed must organize, adopt rules and regulations for the operation of the hunting grounds, and be recognized by the Department before such hunting grounds are put into operation; |
| Listing and posting of grounds. | The Department will list and assist in advertising such public hunting grounds, subject to its regulations and the State game laws, and will furnish at cost posters to be used in posting such lands. In case of withdrawal of recognition by the Department, the posters are required to be removed from the land affected within ten days after notice; |
| Licenses required; private fees. | Owners of public hunting grounds must require of all hunters the prescribed State hunting license, and may require a per day rate for hunting, to be approved by the Department, and not to exceed $4; and in addition may charge a dog hire when landowners furnish dogs; when any group of owners of a public hunting ground decide to promote the hunting of certain kinds of game, the owners may charge hunting fees approved by the Board; |
| Regulations. | No hunter may quit the hunting grounds without seeing the authority and paying all accounts due; and no person may hunt or discharge firearms upon any such public hunting grounds without being accompanied by an authority, or after securing, on the day of the hunt, or day preceding the hunt, written permission to hunt, such permission to bear the name in full, age and address of the hunter, under penalty of being fined for such offense; |
| Cancellation. | When hunting grounds or any part thereof are used for purposes not consistent with Federal, State and local laws, the Department is required to withdraw recognition from the area or such parts thereof as are deemed advisable and report the case to the civil officials. |
| | IV. GENERAL. |
| Federal E.C.W. reimbursement. | When and if upon the sale of State land or its products the Director determines that the State has derived a direct |

Digitized by Google Original from UNIVERSITY OF MICHIGAN



profit as a result of work done under the Federal Emergency Conservation Work Act, one-half of the profit from the sale of such land, or from the sale of products therefrom, or such lesser amount as may be sufficient, is to be applied to or toward reimbursing the United States for moneys expended by it under such Act to the extent and at the rate of $1 per man per day, but not exceeding in the aggregate $3 per acre (Acts of 1935).

Taxation.

State forests are subject to county taxes assessed on the same basis as are private lands.

Hunting prohibited in certain parks.

It is declared to be unlawful to hunt, trap, capture, wilfully disturb, or kill any animal or bird of any kind whatever, or take the eggs of any bird within the limits of any park or reservation in that part of the State situated west of the main line of the Southern Railway running from Danville, Virginia, by Greensboro, Salisbury, Charlotte, and Atlanta, Georgia, for the protection, breeding, or keeping of any animals, game or other birds, including buffalo, elk, deer and such other animals or birds as may be kept therein, by any person or persons either in connection with the United States Government, or/and department thereof, or held or owned by any private person or corporation, without the permission or authority of the owner or manager of such association (Acts of 1921). Nor may any person carry a pistol, revolver or gun in any such park or reservation without first having obtained written permission to do so.

Rights of way for Federal parkways.

Acts of 1935 authorize the State Highway and Public Works Commission to acquire all rights of way and easements necessary to comply with the rules and regulations of the United States Government, for the construction of Federal parkways in the State; and to convey such title as acquired to the United States free and clear of all claims for compensation.

V. STATE PLANNING.

The State Planning Board was created by Acts of 1935, and is designated as an advisory agency of the State, under the direction of the Governor.

Duty.

The defined duty of the Board is to collect and arrange data concerning various projects in the State that in its opinion may constitute proper and useful projects for development within the scope of the various State or Federal agencies for which funds are now or may hereafter be made available; also to make investigations and to correlate information on all such matters as may be referred to it by the Governor or the various agencies of the State.

Digitized by Google Original from UNIVERSITY OF MICHIGAN

# EXHIBIT 97

# THE LAWS

PASSED AT THE

# SPECIAL SESSION

OF THE

# TWENTIETH LEGISLATURE

OF THE

# STATE OF SOUTH DAKOTA

---

Begun and held at Pierre, the Capital of said State, on Wednesday, the 22nd day of June, 1927, and concluded on Friday, the 1st day of July, 1927.

---

## OFFICIAL EDITION

1929
STATE PUBLISHING COMPANY
Pierre, South Dakota

## AUTHENTICATION

STATE OF SOUTH DAKOTA,
Department of State.

I, Gladys Pyle, Secretary of State of the State of South Dakota, do hereby certify that the laws contained in this volume are true and correct copies of the original enrolled bills, including all emergency bills, passed by the Twentieth Legislature of this state, at the special session thereof, begun and held at Pierre, the Capital of said State, on Wednesday, June 22nd, 1927, and concluded on Friday, July 1st, 1927, as approved by the Governor and now on file in this office.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of South Dakota, this 12th day of July, 1927.

GLADYS PYLE,
Secretary of State.

(Seal)

# TABLE OF CONTENTS

| Chapter No. | |
|---|---|
| | ACTS LEGALIZED: |
| 1.......... | S. B. No. 4, Dallas Independent School District Refunding Bonds. |
| | APPROPRIATIONS: |
| 2.......... | H. B. No. 7, General Appropriation Bill. |
| 3.......... | S. B. No. 22, For Agricultural Equality Committee. |
| 4.......... | S. B. No. 5, Cigarette Tax Appropriated. |
| 5.......... | S. B. No. 20, For Lands, Custer State Park. |
| 6.......... | S. B. No. 9, For Drainage Assessments, School Lands. |
| 7.......... | S. B. No. 13, Legislative Expense, Special Session, 1927. |
| 8.......... | S. B. No. 16, For Public Lands Purchased for Custer State Park. |
| 9.......... | H. B. No. 8, Amending Chapter 21, Laws, 1927. |
| | ASSESSMENT AND TAXATION: |
| 10.......... | S. B. No. 7, Scavenger Tax Law Repealed. |
| | CIVIL ADMINISTRATIVE CODE: |
| 11.......... | S. B. No. 6, Repealing Section 8, Chapter 74, Laws, 1927. |
| | CUSTER STATE PARK: |
| 12.......... | S. B. No. 8, Perpetuation, Extension, Maintenance. |
| | DRAINAGE: |
| 13.......... | S. B. No. 23, Assessments for Maintenance and Repairs. |
| | GAME AND FISH: |
| 14.......... | H. B. No. 6, Game and Fish Commission. |
| 15.......... | H. B. No. 2, Relating to Furbearing Animals. |
| | HIGHWAYS AND BRIDGES: |
| 16.......... | S. B. 19, Niobrara Interstate Bridge. |
| | MUNICIPAL CORPORATIONS: |
| 17.......... | S. B. 1, Refunding Bonds. |
| 18.......... | S. B. No. 11, Amending Zoning Act. |
| | MOTOR VEHICLES: |
| 19.......... | H. B. No. 11, Imposing Tax on Motor Vehicle Fuels. |
| | STATE FUNDS: |
| 20.......... | S. B. No. 10, Relating to Interest and Sinking Fund, State Cement Bonds. |
| 21.......... | H. B. No. 12, Transfer of State Highway Funds. |

# Custer State Park

## CHAPTER 12.

(S. B. 8.)

PERPETUATION, EXTENSION, MAINTENANCE

AN ACT Entitled, An Act Perpetuating Custer State Park and Providing For Its Management, Extension, Improvement, Maintenance and Control Under the Perpetuated Custer State Park Board, and a Superintendent, and Prescribing Their Powers, Duties and Compensations.

*Be It Enacted by the Legislature of the State of South Dakota:*

Section 1. The Custer State Park as heretofore created, acquired, defined and established is hereby perpetuated.

Section 2. The Custer State Park Board shall consist of three members, each to be appointed by the Governor of the State, for a term of four (4) years providing this shall not operate to lengthen or shorten the term of any of the present members of the Board.

Section 3. Said Park Board shall operate, manage and maintain said Park and shall have the exclusive authority and it shall be its duty to use, manage and control all property, real and personal, belonging to the State of South Dakota, situated and being within the limits of Custer State Park, to provide for the care, maintenance, preservation and improvement thereof and to make and enforce all necessary rules and regulations therefor. The Custer State Park Board is hereby authorized and empowered to purchase or to contract for the purchase, for the State of South Dakota, and secure title thereto in fee simple any lands within the boundaries of said Park, suitable for park purposes, whether owned by private citizens, the government of the United States, or lands held in trust by the State of South Dakota through its School and Public Land Department, or to pay off mortgages existing on such land as are purchased, and to pay taxes now a lien against said land, and shall also have authority to acquire and hold such private property by gift, grant, devise, purchase, lease or condemnation proceedings as shall be located in said Park or adjacent thereto.

The Custer State Park Board is hereby invested with the power of eminent domain and with the power to take or damage private property for public use in the manner provided by law. Provided however, all purchases of land in the park shall be approved by the Governor. The State Treasurer and State Auditor are hereby directed to create a special fund to be called the "Park Land Purchase Fund" and on the first day of July of each year to place such annual appropriation in such fund, there to remain until drawn and expended by the Park Board for the purposes provided in this Section.

Section 4. Said Park Board is hereby authorized to rent common school lands belonging to the State in the manner provided by law or to rent privately owned land, in or adjacent to said park, when deemed suitable or necessary for park purposes, unless or until such lands may be purchased.

It shall be the duty of the Custer State Park Board to protect all the timber lands within the park from fire, whether same be under the control of the State Park Board or lands held in trust by the State School and Land Department.

The State Park Board shall erect and maintain such fire tool boxes and locate the same in such places in the park as to the Board shall seem advisable and to equip the said fire tool boxes with proper fire fighting tools, and to pay for the same out of any funds available.

Section 5.   The Park Board is hereby empowered to regulate the speed limit on highways and trails in the park, and to construct such road signs and erect same at such points within the Park or on roads leading to the Park, as to the Board shall seem advisable, and to pay for the same out of any funds available.   The Park Board is hereby empowered to erect and maintain a fence around the entire Custer State Park, and to install gates in such fence at such places as it shall deem necessary, and to pay for the same out of any funds available.

Anyone found guilty of violating any of the regulations of the Custer State Park Board shall be guilty of a misdemeanor and punished according to law.

Section 6.   The said Board shall have power to maintain or assist in the maintaining of schools within the Custer State Park, and to pay for the same out of any funds available.   Providing, that no additional schools shall be established in the park in excess of the revenues derived for school purposes, except upon resolution of the State Park Board advising the school board of its willingness to contribute the necessary funds for the maintenance of such additional school.

Section 7.   The members of the Board shall receive no compensation other than their actual and necessary expenses in the performance of their duties, but a secretary may be employed at a salary of not to exceeding one hundred dollars ($100.00) per month.

Section 8.   To encourage the erection of summer cottages and summer homes, the Board is hereby authorized to make term permit or leases for such purposes, but no lease shall be made on the slopes of Sylvan Lake or within view of the Lake; providing that the minimum rental for a lot or home site shall be ten dollars ($10.00) annually, payable in advance on the first day of January each year.   The Board may upon thirty (30) days notice, by registered mail, cancel the lease in case of failure to comply with such permit or lease, or to pay the rental.   Provided, further, that no leases shall be made for homes along the highway, but only upon locations designated by the Park Board, surveyed and platted.

Section 9.   The Custer State Park Board may contract for and sell timber on any of the state lands in the park, but no sales in any one year shall exceed one hundred thousand (100,000) lumber feet.   No trees shall be cut adjacent to the highways, except as may be necessary to improve the appearance or growing conditions.   It is specifically provided that any and all timber sale contracts now in force shall be carried out by the said Park Board; provided, that the proceeds derived from the sale of timber shall be placed in the General Fund of the State, except where such timber is from school land, in which case the proceeds shall be placed to the credit of the permanent school fund and applied to the purchase price of said land; provided, further, that in the sale of timber from school and public lands, such sales shall be with the mutual understanding between that department and the Custer State Park Board.

Section 10.   Warrants on such fund or funds, not otherwise appropriated, shall be issued by the State Auditor on vouchers approved by two members of the State Park Board.

Section 11.   The Park Board shall employ a Superintendent at a salary not exceeding the sum of two thousand four hundred dollars ($2400.00) per annum, who shall live in the park and devote his whole time to his work.   He shall care for the park property, manage and

execute park enterprises and activities, including the construction and maintenance of highways and trails, direct and supervise other employees, manage the park and perform such other duties as the Board may require, all under the direction and control and supervision of the Park Board.

Section 12.  The Custer State Park Board are hereby empowered to construct and maintain the necessary highway, roads and trails within the boundaries of the Custer State Park and to use such moneys as are available for such purpose.

The State Highway Commission may enter into cooperative agreement with the Custer State Park Board to carry out this work.

The State Highway Commission may determine the maximum expenses for the construction and maintenance during each year, but no highways, roads or trails shall be built in the Park except such as are designated by the Custer State Park Board.

Or, the State Highway Commission may by resolution at a regular or special meeting, set aside or appropriate from any funds in their control, to the Custer State Park Board, for the construction and maintenance of such highways, roads and trails; provided, that such moneys as are now subject to the order of the State Highway Commission, or will be in the future, are hereby appropriated for such purpose, insofar as the Highway Commission may deem necessary.

In case the State Highway Commission makes such appropriation available for the Custer State Park Board, it shall be done by resolution and a copy shall be filed with the State Treasurer and the State Auditor who shall make the appropriate entries on their books and set aside such money into a special fund to be called the "Park Highway Fund."

The Resolution of the State Highway Commission shall state the maximum amount which they have set aside or appropriated and which they intend to set aside and appropriate for the calendar year, and the Park Board shall govern its work accordingly.  Such moneys shall then be paid out on vouchers drawn by the Park Board against the "Park Highway Fund."

The law relating to the construction and maintenance of roads and bridges by the counties, through its Board of County Commissioners, shall, as far as practical, be applicable to the Custer State Park Board for the construction of highways, roads and trails within the park, but this shall not be construed as a limitation of other powers granted in this or other acts relating to the State Park Board.

The Park Board may purchase the necessary right of way for highways and trails and may exercise the right of eminent domain; they may also pay for such right of way from any money in their maintenance or highway funds not otherwise appropriated.  No automobile or wagon roads shall be built to the top of Harney Peak nor to a higher altitude than sixty-four hundred (6400) feet.

Section 13.—The Park Board may employ such other employees or assistants as may be necessary for the proper management, maintenance and operation of the park, or for the preservation, care or improvement of park property.  A park forester may be employed at a salary not exceeding eighteen hundred dollars ($1,800.00) per annum, or the Superintendent may be required to act as such without additional compensation.

Section 14.  That from and after the passage and approval of this Act, it shall be unlawful for any person or persons to hunt, trap, kill or capture game animals or game birds within the boundaries of the Custer State Park, except under such regulations as may be prescribed from time to time by the Custer State Park Board; and authority is hereby granted

to said Board to permit the hunting, trapping or killing of surplus game animals or birds in said park under such regulations as the Board may prescribe. Also, the Board shall have power and authority to capture or kill game animals, or authorize the same to be done, outside the park that have escaped from its boundaries, when such game animals are doing damage or threatening to do damage to persons or property. Provided, that such regulations shall not conflict with any Act of Congress or any regulations of the Secretary of Agriculture of the United States.

Section 15. Any person hunting, trapping, killing or capturing game animals or game birds within the Custer State Park without first having complied with such regulations as the Board may prescribe, shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punishable by a fine of not less than one hundred dollars ($100.00) nor more than one thousand dollars ($1000.00) or imprisonment for a period of not to exceed one (1) year, or by both such fine and imprisonment, at the discretion of the Court.

Section 16. It shall be unlawful to carry fire arms in the park, except by duly authorized officers, and it shall be unlawful to permit dogs to run at large.

Anyone violating the provisions of this Section shall be guilty of a misdemeanor and punished according to law for such offense.

Section 17. The Park Board may designate one or more of its employees as game warden. Such warden shall have the power to make arrests for the violation of the game law or any other law and to serve and execute all warrants and processes of law issued by the Court enforcing the provisions of this Act, or any other law of this state; provided, that the same bond and oath of office shall be required as in the case of County Constables.

Section 18. For the purpose of including within the boundaries of the Park, the Stockade and other historic places, the boundary is hereby enlarged by including the N½ of the N½ of Section 28, and the S½ of Section 21, Township 3 S., Range 5 E. B. H. M.

Section 19. Sale of School Lands in the Park. The Commissioner of School and Public Lands shall not advertise for sale, or sell, any school lands in the Custer State Park prior to January 1st, 1938, unless requested by the Custer State Park Board to hold such sale.

Section 20. The Custer State Park Board is hereby authorized and directed to formulate and recommend a state wide plan for a State Park system embracing the different scenic and recreational areas in different sections of the state and report to the next Legislature.

Section 21. The Custer State Park Board shall on the 1st day of January of each year, file with the Governor a report of all funds received from any source during the preceding year and an itemized statement of all moneys paid out, including a report of all lands purchased, the price paid therefor, the lands rented, and the rental paid therefor,—and a detailed report of all property sold or disposed of by the said Board and the price received therefor.

Section 22. All acts, or parts of Acts, in conflict herewith, are hereby repealed.

Section 23. Whereas this Act is necessary for the support of the state government and its existing institutions, an emergency is hereby declared to exist and this Act shall be in full force and effect from and after its passage and approval.

Approved July 9, 1927.

# EXHIBIT 98

UNIV. OF CALIF.

# STATE PARKS

*and Recreational Uses of*

# STATE FORESTS

*in the United States*

*By*

RAYMOND H. TORREY

*Field Secretary*

*National Conference on State Parks*

REPORT of a survey made by the National Conference on State Parks, at the request of the National Conference on Outdoor Recreation, and made possible through a grant by the Laura Spelman Rockefeller Memorial, for the purpose of determining the extent and character of existing facilities for outdoor recreation provided by State agencies and the needs and prospects of extending them.

WASHINGTON, D. C.

The National Conference on State Parks

*Member, Federated Societies on Planning and Parks*

1926

Digitized by Google

Original from UNIVERSITY OF CALIFORNIA

session, in a bill to create a State Commission on Conservation and Development, including in its scope the powers and duties now held by the Water Power and Development Commission, the State Geological Commission, the State Geological Survey, the office of the State Geologist and of the State Forester, with power to condemn and acquire land and other property for park purposes. It passed both Houses and will undoubtedly be signed by the Governor.

The commission is to have control of the expenditure of any State advertising funds. It is authorized to examine plans submittted by any person or organization looking to the establishment of a public park within the Blue Ridge Mountain area, this referring to cooperation with the Federal Government in the creation of the proposed Shenandoah National Park. It may also acquire areas or objects of scenic beauty, recreational utility, historical interest, remarkable phenomena, or any other unusual features, which in its judgment should be preserved and maintained for the use, observation, education, health and pleasure of the people, within the limits of any appropriation for such purposes, or of voluntary gifts placed at the disposal of the commission. The property and the income of the commission are to be exempted from taxation. An initial appropriation of $10,000 was proposed.

## *WASHINGTON*

The State park movement originated in the State of Washington when the Commissioner of Public Lands, C. V. Savidge, obtained authority from the 1919 Legislature to set aside tracts of State land not to exceed five acres in area for public parks. In 1921 the Washington Natural Parks Association, a voluntary organization, acting in cooperation with influential citizens, secured the enactment of a law creating the present State Parks Committee and giving it authority to acquire, maintain and develop a State Park System. The State Parks Committee consists of the following elective officers: Commissioner of Public Lands, C. V. Savidge, Chairman; Secretary of State, J. Grant Hinkle, Secretary; and State Treasurer, W. G. Potts. H. W. Rutherford is Superintendent of State Parks.

The greater portion of lands now held as State parks has been acquired by gift. The Legislature makes direct biennial appropriation for all park purposes out of the State Park and Parkway Fund. No bonds have been issued or authorized for State parks and as a rule bond issues are not favored, although there has lately been some favorable discussion of a State park bond issue. Ninety-two acres of land have been obtained by condemnation to add to an existing park, without contest of the State's authority. School lands, tide and shore lands have been transferred to the

Digitized by Google Original from UNIVERSITY OF CALIFORNIA



*Photo by Bert Huntoon*

Fir-clad, rock-bound shores of Puget Sound—the shingle beach in Larabee State Park, near Bellingham, Washington

administration of the State Parks Committee for park purposes and the Commissioner of Public Lands has authority to make such transfers, and may be so directed by the State Parks Committee. One United States Military Reservation of about 1,800 acres, now Deception Pass State Park, was transferred to the State for park purposes in 1922 and Congress has authorized the sale at a minimum price of $1.25 per acre of another parcel of about 82 acres.

### Administration of State Parks

All receipts into the State Park and Parkways Fund are retained in this fund, out of which the Legislature makes regular biennial appropriations. State park revenues come from the following sources: 50 per cent of the fines and forfeitures collected for violation of some of the statutes governing the use of motor vehicles; fees collected from concessions in State parks and from automobile campers; and any donations in cash, so far of small importance. The amount of the first-named source of receipts was seriously diminished during 1925 owing to the cutting down of the highway police, which lessened the number of arrests and the amount of fines. The State Parks Committee therefore sought, in the 1926 Legislative session, for an adequate amount for purchases and maintenance, out of less fluctuating State funds, such as that derived from drivers' licenses, but a conflict between Governor Hartley and the Legislature caused the failure of its efforts. No admission is charged to State parks. Some objection has been encountered to any charges in State parks due to a mistaken impression that the people pay taxes for their support, which is not the case.

Digitized by Google Original from UNIVERSITY OF CALIFORNIA

Expenditures on the State parks in the 1921-23 biennium, from June 19, 1921, to March 31, 1923, were $12,988.32; from April 1, 1923, to September 30, 1924, $35,431.72. Receipts from State parks, from April 1, 1923, to September 30, 1924, from concessions, fees and rentals, were $1,242.24. Robert Moran, donor of Moran Park, gave $500 toward the expense of the condemnation of land for an addition to it.

Camping is permitted in all State parks which have been sufficiently developed to allow it. Among the regulations which experience has required for conservation, sanitation, cleanliness and good order are prohibitions against fire arms, unleashed dogs, damaging or removing shrubs and trees, and a speed limit of more than 25 miles an hour. Visitors are required to register.

All State parks now in use are accessible by motor over the highway system or in connection with ferries. Areas have been cleared for camping and picinc purposes, tables, stoves, toilet facilities and water provided. Concessions are granted in some instances, covering groceries, ice cream, confectionery, boating and bathing. There are no hotel concessions. Concessions are limited by statute to a maximum period of five years, those at present being generally of a minor nature, and either on a flat-rate basis or as a part of the consideration for care of the park. All funds received from this source are paid to the State Treasurer to the credit of the State Park and Parkway Fund.

Caretakers and others designated by the State Parks Committee have authority to enforce the laws and park rules and regulations. The season is generally from May 1 to October 1, though parks are sometimes in use earlier. There is no winter use. Definite attendance figures are not available, but in the 1924 season five of the more popular parks showed a registration of 33,640.

## The State Parks

The State parks are as follows:

Moran State Park is the largest of Washington's State park system. It was the gift of Robert Moran, a timber owner, of Rosario, Orcas Island, and adjoins his estate on that Island. It contains 2,900 acres. It is reached by ferries from Anacortes and Bellingham. It contains one large lake and has frontage on another, both with good fishing. An open air shelter has been built on Cascade Lake, dressing rooms provided for bathers and boats are available.

Deception Pass State Park is second in size, of 1,800 acres, but largest in the number of registered visitors. It is in Skagit and Island counties, on Whidy and Fidalgo islands, as well as four smaller islands, giving large stretches of salt water frontage.

Larrabee State Park, of about 20 acres, is on the Pacific Highway, eight miles south of Bellingham, and its excellent bathing beach makes it popular with the people of that city.

Bay View State Park is a tract of 12 acres fronting on Padilla Bay, given to the State in 1924 by the Skagit County Agricultural Association.

Twanoh State Park, on the Hood Canal between Union and Bremerton,

Digitized by Google Original from UNIVERSITY OF CALIFORNIA

# EXHIBIT 99

SD
681
.N4

# State Recreation

## Parks, Forests and Game Preserves

By
BEATRICE M. (WARD) NELSON
*Executive Secretary, National Conference on State Parks, Inc.*

THIS REFERENCE BOOK IS MADE POSSIBLE THROUGH THE COOPERATION OF THE LAURA SPELMAN ROCKEFELLER MEMORIAL

NATIONAL CONFERENCE ON STATE PARKS, INC.
WASHINGTON, D. C.
1928

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

*Copyrighted 1929*
By
NATIONAL CONFERENCE
ON STATE PARKS, INC.

Forestry
SD
627
.N42

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

The executive secretary is M. D. Hart, and the office is in the state office building at Richmond.

## Washington

The program of this state in the development of state-owned areas is advancing rapidly and covers the three phases of park, forest and game preservation, though under different administrations. State forests have been acquired and the addition of other lands is anticipated. The game system is a complicated one, but it works out admirably and the setting aside of state-owned preserves is planned. There is the beginning of a splendid state park system. Although not as yet including any of the wonderful and majestic mountain peaks that abound throughout the Cascades and Olympics, several of the tracts already set aside contain beautiful and outstanding scenery. Given funds for acquisition and development, Washington will soon possess one of the outstanding state park systems of the country.

### State Parks

The state park movement originated when the Commissioner of Public Lands, C. V. Savidge, obtained authority from the legislature of 1919 to set aside tracts of state land not to exceed five acres in extent for public parks. Later in 1919, fostered by the Washington Natural Parks Association, a voluntary organization, acting in cooperation with influential citizens, a law was enacted by the legislature creating the State Parks Committee and giving it authority to acquire, maintain and develop a state park system. The committee is composed of elective officers—the Commissioner of Public Lands, the Secretary of State, and the State Treasurer.

Under the law the State Park Committee has authority to purchase, lease and accept gifts of land for park purposes, with the provision that land purchased must abut upon a public highway actually constructed, located or projected. Should it be desirable to acquire land not on a public highway, the acquisition must be specifically authorized by the state legislature. The committee also has authority to condemn land it desires for park purposes, should it prove impossible to purchase a necessary tract at a price it deems reasonable. Condemnation proceedings are to be conducted by the Attorney General.

Timbered lands may be withdrawn from sale by the Commissioner of Public Lands on his own motion and must be if the committee so directs. When once withdrawn they can not be sold without legisla-

Digitized by Google UNIVERSITY OF MICHIGAN

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 684 of 828

tive consent. In the meantime they are subject to the control and supervision of the committee.

Any state-owned land, or land acquired from the United States, which is not subject to limitations as to manner of sale or disposition of funds, may be exchanged for other lands of equal value along public highways, and the chairman and secretary of the State Park Committee are empowered to issue deeds of conveyance.

The greater portion of the lands now held in park ownership have been obtained by gift. Only 92 acres have been secured by condemnation, and, as there was no contest in this instance, only the value of the land being involved, the experience of the committee in this method of acquisition is very limited. School lands, tide and shore lands have been transferred to the adminstration of the State Park Committee for park purposes, and the Commissioner of Public Lands has authority to make such transfers and may be directed to do so by the State Parks Committee. One United States military reservation, now the Deception Pass State Park, has been transferred to the state for park purposes, and Congress authorized the sale at a minimum price of $1.25 per acre, of another parcel of Government land. No bonds have been issued or authorized for state parks and this method is not favored by the state. However, in 1925 the Natural Parks Association asked the legislature to pass a $1,500,000 state park bond issue act, but this effort failed because of the decision to shorten the session.

Washington is badly in need of sufficient appropriations to properly administer and develop her park system. To carry out the purposes of the park act the sum of $50,000 was appropriated at the time of its passage. Funds for park use have since been deposited in the state and parkway fund, out of which the legislature makes regular biennial appropriations. This fund now is made up of 75 per cent of the fines and forfeitures collected for violation of the motor vehicle act, outside incorporated cities and towns; fees collected from concessions in state parks; from automobile campers; and donations of cash to the fund. The latter is of slight importance. Practically all the funds for administration come from the first source, and this fund is a fluctuating one and one which has seriously diminished during the past few years. If the activities of the highway patrol, result in bringing the total fines and forfeitures to an amount equal to the appropriations, then the parks and parkway fund is entitled to that amount of money, but in no event to exceed the appropriation or the amount earned. In 1923 the legislature appropriated $125,000 out of the fund, expenditures, of course, to be restricted to whatever

Google UNIVERSITY OF MICHIGAN

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 685 of 828

money was in the fund. Up to September, 1924, only a little over $40,000 had been paid into the fund and this was not all available at any one time. In 1926 the State Park Committee endeavored to have the legislature authorize funds from the drivers' licenses, but was unsuccessful. At the last session of the legislature special bills appropriating $225,000 for park purposes were passed, but both measures were vetoed by the Governor, leaving the State Parks Committee with only $50,000 for the biennium ending 1929. And this sum will only be available should the total of fines and forfeitures for violation of the motor vehicle act, together with receipts from the parks, reach that amount.

The Superintendent of Parks has recently recommended that efforts be directed toward amending the provisions of the law providing funds for park work so that all fines and forfeitures for offenses committed within or without incorporated towns and cities shall be paid into the state park and parkway fund. This, it is thought, would more than double the present income.

Camping is permitted in all state parks but there is no hotel development. A fee of 50 cents per car per night is charged, since tourists are provided with water, sanitary facilities, stoves, wood and police protection. Lunch and picnic parties are permitted to use the parks free of charge. Concessions are granted in some instances covering groceries, ice cream, confectionery, boating and bathing. These concessions are awarded upon such terms as the committee believes desirable, but not for longer than five years.

The caretakers of the park, and other employees whom the committee may care to designate, are vested with police powers to enforce the laws and the rules and regulations. Among the regulations are the prohibition of firearms and unleashed dogs, and provisions against injuring or destroying trees or shrubs, property in the park, and the building of fires, except in specially designed places.

There is no admission charge to state parks. The committee has found some objection to the charge of a camping fee, but this seems to be due to an erroneous belief that the parks are supported through taxation.

The addition of park areas to the present holdings is discouraged by the State Parks Committee, until the state has funds available for their adequate administration and development.

The Washington State Parks Committee is composed of Clark V. Savidge, chairman, Commissioner of Public Lands; J. Grant Hinkle, Secretary of State; and W. G. Potts, state treasurer. Harry A. Young is the State Park Superintendent, with offices in Olympia.

Google UNIVERSITY OF MICHIGAN

## Proposed Parks

Several tracts are definitely recommended by the State Park Superintendent for inclusion in the park system. These proposed parks contain all the features necessary to make them ideal for such use, and it is hoped ample provision will be made by the legislature for their acquisition.

The Dry Falls of the Grand Coulee, located westerly of Coulee City, Douglas County, is one of the most interesting. The Coulee itself is cut from 700 to 1,000 feet deep, in many places through solid rock. The Dry Falls drop several hundred feet, the estimated depth of water at the crest just previous to the drop being over 50 feet.

Palous Falls, northeast of Pasco, will be added to the state park chain, if the efforts of citizens in the locality to acquire sufficient land for a state park are successful. The falls are approximately 200 feet high, and present a scene of beauty and charm.

Another proposed park in Steptow Butte, a few miles north of Colfax, from whose summit a most commanding view of all the southeast is visible.

One of the large U. S. military reservations in the state is to be abandoned by the War Department and offers an excellent opportunity to add to the park system. Fort Townsend Military Reservation is situated on Port Townsend Bay, Jefferson County, and contains 614 acres. This reservation is easy of access, with plenty of timber and good water, and of good recreational possibilities, though not of great scenic beauty.

## A Forested State Park

Due to the unselfish interest, the enthusiasm and the public-spiritedness of the Washington Federation of Women's Clubs, another beautiful spot has been added to the state park system.

Realizing the importance of acting while there remained a few stands of virgin timber this Federation of Clubs for several years has been heroically working for the preservation of a magnificent stand on the Sunset Highway between Camp Joy and Denny Creek. The area comprises approximately 62 acres and contains many magnificent specimens of Douglas fir, and a splendid stand of cedar, hemlock, annabilis fir, and a small amount of white pine. Located on the Sunset Highway which bears the burden of traffic between eastern and western parts of the state, this park will afford enjoyment to great numbers of people.

Digitized by Google Original from UNIVERSITY OF MICHIGAN

# EXHIBIT 100

# Wisconsin State Parks

STEENBOCK MEMORIAL LIBRARY

STATE OF WISCONSIN
CONSERVATION DEPARTMENT
PAUL D KELLETER, DIRECTOR
-STATE PARKS-
1 PATTISON
2 INTERSTATE
3 COPPER FALLS
4 PENINSULA
5 POTAWATOMI
6 RIB MOUNTAIN
7 MERRICK
8 PERROT
9 TERRY ANDRAE
10 DEVIL'S LAKE
11 TOWER HILL
12 NELSON DEWEY
13 FIRST CAPITOL
14 CUSHING MEMORIAL
DOUGLAS
BAYFIELD
ASHLAND
IRON
WASHBURN
SAWYER
BURNETT
VILAS
PRICE
FOREST
FLORENCE
POLK
ONEIDA
MARINETTE
BARRON
RUSK
LINCOLN
LANGLADE
TAYLOR
OCONTO
ST CROIX
DUNN
CHIPPEWA
MARATHON
SHAWANO
CLARK
PIERCE
EAU CLAIRE
PEPIN
BUFFALO
TREMPE-ALEAU
JACKSON
WOOD
PORTAGE
WAUPACA
OUTAGAMIE
BROWN
KEWAUNEE
JUNEAU
ADAMS
WAUSHARA
WINNEBAGO
MANITOWOC
MONROE
LA CROSSE
GREEN LAKE
FOND DU LAC
SHEBOYGAN
VERNON
SAUK
COLUMBIA
DODGE
RICHLAND
CRAWFORD
DANE
GRANT
IOWA
JEFFERSON
WAUKESHA
GREEN
ROCK
WALWORTH
RACINE
KENOSHA

Published by
WISCONSIN CONSERVATION DEPARTMENT
MADISON, WISCONSIN
1933

LIBRARY
COLLEGE OF AGRICULTURE
UNIVERSITY OF WISCONSIN
MADISON

Digitized by Google
Original from
UNIVERSITY OF WISCONSIN



## MERRICK STATE PARK

Merrick State Park, located about a mile northwest of Fountain City in Buffalo county, is the newest unit in Wisconsin's state park system. It consists of several hundred acres of wooded bottomlands having a long frontage on Fountain City bay of the Mississippi river. The area for many years before its establishment as a state park, was popular as a picnicking and camping grounds.

Fountain City bay within the park offers the best swimming sites of any lake or river in the vicinity. Swimming and water sports are the principal attractions in Merrick State Park.

The park is well wooded with soft maples, river birch, white elm, and other tree species common to the north Mississippi river.

Merrick State Park was named in honor of the late George Byron Merrick, old time Mississippi river pilot, historian and author. It is particularly appropriate that this river park be named after such a famous pilot and author.

## RULES AND REGULATIONS FOR STATE PARK

**Note: In order that the natural beauty of each state park may be maintained, and for the preservation of order and proper sanitation, the conservation department requests the active co-operation of all park visitors. The state parks of Wisconsin are for the use of the public, subject to the following rules and regulations:**

(1) Trees, shrubs and plants must not be dug up, broken off, peeled, or otherwise disturbed. Carving or writing on, or in any building, or on rocks, or the removal or defacement of signs, driving of nails in trees, and similar practices are destructive and unlawful.

(2) Build fires only at designated fireplaces. Care should always be used with matches, cigarettes, or pipe ashes.

(3) Receptacles are placed on the park grounds for refuse, garbage, and other waste materials. Please use these receptacles.

(4) All campers must secure a permit at the office of the park superintendent to camp on park grounds.

(5) Park roads are not speedways. A speed of not to exceed 20 miles per hour should be maintained on park roads.

(6) State parks are wild life refuges. Hunting, trapping, or the carrying or using of firearms is strictly prohibited. Dogs are not permitted to run at large in state parks.

(7) Glass, tin cans, junk or refuse of any kind must not be thrown into the water. The bathing of dogs, washing of automobiles or clothes, or like pursuits in any lake or river in state parks is prohibited.

(8) Rowdyism in deportment, profane language, or improper conduct will not be tolerated on the grounds of any state park.

**Persons who violate any of the foregoing rules will be summarily removed from the park and prosecuted. The park superintendent is authorized and directed to enforce these rules and regulations in accordance with the law governing state parks.**

**Wisconsin Conservation Department.**

Digitized by Google
Original from UNIVERSITY OF WISCONSIN

 

# EXHIBIT 101

ANNUAL REPORT OF THE

# COMMISSIONERS OF THE DISTRICT OF COLUMBIA

YEAR ENDED JUNE 30, 1908

## Vol. I

REPORT OF COMMISSIONERS

MISCELLANEOUS REPORTS

WASHINGTON
GOVERNMENT PRINTING OFFICE
1908

Digitized by Google

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 692 of 828

shall be returned to the inspector of plumbing for numbering and then to the auditor for file.

It shall be the duty of the inspector of plumbing to see that bonds are properly renewed to cover the term of license or relicense, and the inspector of plumbing shall notify plumbers thirty days in advance of the expiration of their license to apply for new license and when such new license is granted to see that new bond is filed to cover new license period.

It shall be the duty of the inspector of plumbing to notify the permit clerk in cases where licenses and bonds have expired and where no new licenses have been issued, and the permit clerk will not issue permits to such plumbers until they have obtained a new license and furnished a new bond.

(L. R. 13397–7 E. D.) (L. S. 164625 C. O.)

---

DECEMBER 23, 1907.

*Ordered:* That the following regulations of the board of control of Rock Creek Park are hereby made as Article XXV of the Police Regulations of the District of Columbia, and the title of the article of said regulations now numbered 25 is changed to number 26.

## REGULATIONS FOR ROCK CREEK PARK.

The Commissioners of the District of Columbia and the Chief of Engineers of the United States Army, by virtue of the authority vested in them by the act of Congress approved September 27, 1890, do hereby make and publish the following regulations in regard to the use of roads, paths, and bridges, etc., by the public in Rock Creek Park, and the preservation from injury or spoliation of the timber, and animals and curiosities therein, and their retention in their natural condition:

1. No person shall drive or ride on any other part of the park than the roads or bridle paths.

2. No person shall ride or drive within the park at a greater rate of speed than 12 miles an hour. Bicycles and automobiles shall not exceed this rate.

3. No dog will be allowed in that portion of Rock Creek Park lying south of Military road, unless such dog is in leash.

4. Within the limits of the park all persons are forbidden:

(*a*) To carry or discharge firearms, firecrackers, rockets, torpedoes, or other fireworks.

(*b*) To turn in or let loose any dogs, cattle, horses, or other animals, and whenever dogs, cattle, horses, or other animals turned in and let loose as aforesaid shall be found therein it shall be the duty of any officer in said park to impound all such cattle, and every such dog, horse or other animal, and to forthwith notify the poundmaster of the District of Columbia.

(*c*) To cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, bridges, monuments, structures, rocks, fences, benches, or other apparatus or property thereof, or to write upon the same, or to affix thereto any bill, notice, or other paper.

(*d*) To cut or remove any wood, turf, grass, soil, sand, gravel, or rock.

Digitized by Google

(*e*) To bathe in or pollute the water of any spring, stream, lake, or pool.

(*f*) To make or kindle a fire of any kind.

(*g*) To expose for sale or sell any article without the written permission of the board of control.

(*h*) To chase, snare, catch, injure, destroy, or maltreat any rabbit, quail, fish, birds, or any animals, either wild or domesticated.

(*i*) To camp, lodge, or tarry overnight.

(*j*) To hitch or fasten any horse or other animal except at such places as shall be provided for that purpose.

(*k*) To gather, meet, or assemble by advertisement for any purpose, except that any large assembly or organization which is desirous of resorting to grounds of the park for the purpose of picnicing or other like purpose may do so after receiving a written permission therefor from the board of control,

5. Any person violating any of the provisions of the foregoing regulations shall, on conviction thereof in the police court, be punished by a fine of not less than five nor more than fifty dollars for each offense.

6. Whenever or wherever applicable and not inconsistent with the foregoing, the various police regulations of the District of Columbia are to be strictly observed within the limits of the park, as elsewhere in the District of Columbia, and the same are hereby referred to and made a supplementary part of these regulations, for the purpose herein named.

---

DECEMBER 31, 1907.

*Ordered:* That section 5 of Article VIII of the Police Regulations of the District of Columbia is hereby amended to read as follows:

SEC. 5. No person shall shake, beat, or otherwise treat carpets, rugs, floor coverings, garments, cloths, linings, covers, furniture, or other articles, or otherwise treat carpets, rugs, floor coverings, garments, cloths, linings, covers, furniture, or other articles in such manner as to cause dust to arise therefrom in or upon any street, avenue, park, square, road, or reservation in the District of Columbia within 200 feet of any house used for human habitation, occupation, or assembly; nor shall any person sift, shake, or otherwise treat ashes or other rubbish in such a manner as to cause dust to settle on other premises.

---

JANUARY 2, 1908.

*Ordered:* That the building regulations of the District of Columbia are hereby amended by adding thereto, immediately after section 162, the following section to be known as section 162*a:*

SEC. 162*a*. No gas, gasolene, naphtha, or other explosive engine shall be installed in the District of Columbia without having first obtained a permit therefor from the inspector of buildings of said District; and when any such engine is installed in any building, the exhaust pipe therefrom, if carried into the chimney of said building, shall extend to a sufficient height to discharge or exhaust into the open air, and if said pipe shall pass through the floor of any building, proper precautions shall be taken to insure safety, as required by these regulations. No air compressor, or similar machinery, to be

Digitized by Google

# EXHIBIT 102



UC-NRLF
$C 13 224

SB
482
A13
V.3

# DIGEST OF LAWS

RELATING TO

# STATE PARKS

VOLUME III

NORTH DAKOTA - WYOMING

TERRITORIES - INSULAR POSSESSIONS

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google
Original from
UNIVERSITY OF CALIFORNIA

# V I R G I N I A

## I. STATE PARKS.

Jurisdiction. State parks are under the jurisdiction of the State Commission on Conservation and Development of the Department of Conservation and Development (Acts of 1926).

Members; appointment; terms. The Commission consists of five members, appointed by the Governor, subject to confirmation by the General Assembly, for four year terms (rotated). One member is designated by the Governor as Chairman; the Commission may elect one of its members as Vice-Chairman; also appoints an executive Secretary and Treasurer. The Chairman is required to devote his full time to the performance of his official duties and receives a salary fixed by statute. The other members are paid traveling and other necessary expenses in attendance upon meetings or while otherwise engaged in the discharge of their official duties; also the sum of $10 a day for each day or portion thereof w le so engaged (as amended 1934).

Powers and duties. The Commission is vested with the following owers and duties (Acts of 1926, as amended);

Rules and regulations. To adopt rules and regulations for its own c anization, the proper disposition and administration of ny property to which it may acquire title or over which may have control, and for the conduct of its busines nd the exercise of its powers;

Divisions; Directors. Note: Administrative divisions have been est lished as follows, each headed by a Director appointed the Commission and confirmed by the Governor:

Division of Parks
" " Forest Service
" " History and Archaeology
" " Geological Survey
" " Publicity and Advertising
" " Water Resources and Power

Acquire areas, lands, etc. To acquire by gift, purchase, or by eminent do in, areas, properties, lands, or any estate or interest t rein, of scenic beauty, recreational utility, historica interest, remarkable phenomena, or any other unusual fea res, which in its judgment should be acquired, preserved d maintained for the use, observation, education, hea th and pleasure of the people of Virginia. Such power nd authority of acquisition to be within the limits any appropriation, or of voluntary gifts or contrib ions for such purposes;

Limitation.

Digitized by Google Original from UNIVERSITY OF CALIFORNIA

Therefore, be it resolved by the House of Delegates (the Senate concurring therein) that the Governor be, and he is hereby authorized to continue the State Planning Board, as it now exists, with the right to change the membership thereof at pleasure, in order to cooperate in aiding to effectuate Virginia's cooperation with the purposes of the National Planning Board.

Under the authority of the above Resolution, the Board appointed by Governor John Garland Pollard (Governor in 1933) was reappointed by Governor George C. Peery (who took office in January, 1934).

VII. EXCERPTS FROM REGULATIONS GOVERNING PARK PERSONNEL.

The Custodian has been instructed to see that the public observes the following rules, which are quoted from rules and regulations for park personnel:

1. Drunkeness will not be tolerated on the park property and persons found guilty of this offense will be requested to leave the park. The Custodian and his assistants will see that this rule is rigidly enforced, but tact must be observed to prevent scenes likely to be objectionable to other visitors.

2. Any breach of the moral codes will be treated in a like manner.

3. Any person or persons who conduct themselves as to constitute a nuisance to other users will be firmly but courteously requested to desist. Should they persist, the Custodian will request them to leave the park.

4. The speed laws must be enforced. Any person driving in the parks to the common danger or under the influence of liquor is to be reported to the proper authorities.

5. Breaches of game laws will be reported to the proper authorities.

6. The carrying and use of fire arms is prohibited.

7. Great care is to be taken that unseemly noise and conduct at night which will affect the comfort of others does not occur.

8. Safety measures and rules governing the same for bathing and boating will be observed and it shall be the duty of the life guard to see that they are enforced and it shall be the duty of the Custodian to see that he does so.

The methods that will be adopted by each custodian will of course vary, and it will be found that in the main the public will observe the regulations that it is necessary to impose if the custodian will instruct his subordinates to avoid the use of the word "don't". It is better to secure the cooperation of the public by courteous explanation and so win their support than to threaten, but should it become necessary to enforce regulations when courteous methods have failed, firmness is expected.

Digitized by Google

Original from UNIVERSITY OF CALIFORNIA

VIII. LETTER TO PATRONS OF PARK CABINS.

In welcoming you to our park we wish to express our appreciation of your patronage and hope that your stay with us will be a very happy one and upon leaving, it may be with regret.

In making these cabins available to the use of the public at the present rates, the State Commission on Conservation and Development is only able to do so as long as we receive cooperation of the persons using them. I am sure you will appreciate that maintenance and operating costs are only just covered by the rental which you pay for your cabin. It is our earnest desire that the enjoyment that we hope you will receive may be also available to others under like conditions. This can only be possible if we are able to keep our operating costs down to a minimum.

We, therefore, ask for your full cooperation in order that not only may we be able to continue to make these cabins available for your pleasure at the present prices, but possibly develop more.

We ask that you aid us by keeping all equipment as clean as possible, and upon leaving that you leave the cabin, china, kitchen utensils, etc. in a clean condition. Only by so doing shall we be able to continue renting these cabins at this price.

Any additional labor costs that are involved will mean operating at a loss and necessitate an increase in the rental of these cabins.

We are anxious to receive your comments on our parks and appreciate constructive criticism at all times. Your comments will aid us in our problems.

Sincerely trusting that we may have your cooperation, I am

Yours very truly,

(Signed) R. E. BURSON
Director of Parks

IX. INSTRUCTIONS TO PARK VISITORS.

All visitors are expected to observe the following rules in order that the park may be preserved for your enjoyment. Your admission fee and co-operation will ensure this.

Do not injure or damage any structure, rock, tree, flower, bird or wild animal within the park.

Firearms are prohibited at all times.

Dogs must be kept on leash while in the park.

Digitized by Google

Original from UNIVERSITY OF CALIFORNIA

There shall be no vending or advertising without permission of the Department of Conservation.

Fires shall be built only in places provided, visitors must put waste in receptacles provided for that purpose.

Motorists will observe speed limits as posted in the park and park in areas designated for parking.

Bathing is limited to such places and times as designated by the Division of Parks.

Drinking water should be taken only from hydrants or fountains provided for that purpose. This water supply is tested regularly for purity.

Please build fires only in designated places and see that cigars or cigarettes are out before they are thrown away.

Break your match before you drop it.

Digitized by Google    Original from UNIVERSITY OF CALIFORNIA

# EXHIBIT 103

Forestry

# DIGEST OF LAWS

## RELATING TO

# STATE PARKS

## VOLUME I

## ALABAMA - MISSISSIPPI

## INDEX

FEB 18 1938

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

## FOREWORD

In response to numerous requests by park and conservation authorities, the National Park Service has undertaken the compilation of a digest of all State park and recreation laws of a general and permanent nature.

In preparing the digest, special attention has been given to the important consideration of making it as convenient as possible for the reader who desires to know the law generally, or who may seek the law on a particular subject as it relates to recreation.

We acknowledge our indebtedness to the various local authorities who have not only reviewed the digest of their respective States as to completeness and accuracy, but have also materially contributed to its value by furnishing the various Rules and Regulations and other pertinent material not available through statutory research.

If this digest meets the recognized need for a convenient reference of the provisions of the laws now in force and effect, no greater commendation need be sought.

Arno B. Cammerer
Director
National Park Service

December, 1936.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

# A L A B A M A

## I. STATE PARKS.

| | |
|---|---|
| Jurisdiction. | State parks are under the jurisdiction, control and charge of the State Commission of Forestry (Acts of 1927, 1935). |
| State Commission of Forestry; how appointed; terms of office. | The Commission consists of the Governor (as ex-officio Chairman), the Commissioner of Conservation, three practical lumbermen who are owners of timberland and engaged in the manufacture of lumber, and two farmers who are landowners. Appointments are made by the Governor. Appointive members are to serve during good behavior, and without compensation, but receive expenses incident to official duties. Vacancies are filled by the remaining members, the |
| Secretary. | same ratio of lumbermen and farmers being maintained. The State Forester serves as Secretary. |
| | Note: The State Constitution provides that "no office shall be created, the appointment to which shall be for a longer time than during good behavior." |
| Duties of Commission; report to Governor. | The Commission is directed to inquire into and make annual reports to the Governor upon forest conditions in Alabama, with reference to the development, protection and use of forests; the economic, social and cultural benefits to be derived from the existence and operation of forests, and the use of forests for public purposes (Code of 1923, as amended by Acts of 1935); |
| Report to Legislature; recommend legislation. | Is required to report to each regular session of the Legislature the results of its investigations, and recommend necessary legislation with reference to forestry and other interests devolving upon it by law (Code 1923); |
| Educate the public. | Is directed to promote, so far as it may be able, a proper appreciation, among all classes of the population, of the benefits to be derived from forest culture, preservation and use; |
| Survey and classify lands. | Is required to ascertain the description and location of all lands to which the State holds the legal title for itself, or as Trustee (classified by law as "forest reserves"), and all State parks. The lands are to be classified as "used" or "unused" lands, showing the manner in which title was acquired, character of the land; that is, whether chiefly valuable for agriculture, mining, timber culture or other use, and the use to which it is being put (Acts of 1927); |

Digitized by Google Original from UNIVERSITY OF MICHIGAN

| | |
|---|---|
| "Used and "Unused" lands defined. | Note: "Used lands" are those being utilized for the specific and immediate purposes of the State. "Unused lands" those not being so utilized, and which are not contiguous to the premises of any department, institution or State building. |
| Acquire other lands. | Also ascertain what, if any, lands the State is entitled to have which have not been received, and to take immediate and appropriate action to acquire the same for the State; |
| Unused lands for State parks. | As to all unused lands owned by the State, it is to determine which are most suitable for forest culture; and at the direction of the Governor, such lands are to be devoted to forest culture as State forests, or to the purposes of State parks; |
| Consolidate lands. | Where any of the lands of the State are scattered, it is to determine if such ownership may be consolidated by the exchange of such lands with individual owners; |
| Acquire areas by gift, purchase, condemnation. | For the purpose of establishing, developing, and maintaining State forests and State parks, the Commission may acquire land by donation, purchase or condemnation, and for these purposes may use such funds as may be available to it (Acts of 1935). |
| Additional areas; made available through tax delinquency. | Under the provisions of an Act of 1933, all lands purchased by the State at tax sales have been subject to redemption at any time before title passed out of the State. In order to make additional areas available for park and forest purposes, this law was superseded by Act of 1935, which provides that real estate bid in by the State at tax sales shall, after three years from date of sale, be subject to conveyance to the Commission of Forestry whenever the Commission determines any such lands to be suitable and desirable for use as a State park or State forest, or for the purpose of exchange for other lands which may be suitable for park or forest purposes. The State Land Commissioner may also transfer lands to the Commission without application by the latter whenever it is deemed to the best interests of the State to do so. Conveyances and transfers may be effected without public advertisement and bids. |
| Bureaus. | Administrative bureaus have been established by the Commission as follows: |

Bureau of Park Service
Bureau of Field Service
Bureau of Research and Lands
Bureau of Silviculture
Bureau of Public Relations
Bureau of Administration

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

Bureau of Park Service.

The function of the Bureau of Park Service, which is under the direction of the State Forester, is to plan and perfect a State Park System, acquire additional lands for park purposes, the promulgation and enforcement of rules and regulations governing the occupancy and use of State parks, and to provide coordinating personnel and other facilities in connection with State Park ECW activities.

Rules and regulations.

The Commission is authorized to make such rules and regulations for the administration, occupancy, and use of State forests and State parks as it finds necessary (Acts of 1935), and

Cooperation with Federal Government.

Is further authorized to make such rules and regulations for the development, maintenance, management and operation of forest and park enterprises entered upon by the State, counties and municipalities, as will make possible the securing of loans or other financial cooperation from any agencies of the Federal Government (Ib).

State Forestry Fund.

All occupation licenses or privilege taxes imposed for engaging in any business dealing with timber or timber products, and all fines and forfeitures imposed for violation of forestry and timber laws, are designated as the State Forestry Fund, for the exclusive use of the Commission in carrying out the powers and duties devolving upon it by law (Code of 1923).

Appropriations.

The Legislature has also appropriated sums for acquiring park and forest lands.

## II. STATE PLANNING.

Commission.

A State Planning Commission was established by Acts of 1935, to be composed of appointive members and certain State officers, including the State Forester.

Duties and authorities.

It is the duty of the Commission to provide for State planning of all public works and uses of land which are to be constructed or acquired with State funds, or located, constructed, or authorized by the State; all local improvements which under the statutes are required to be submitted to State authorities; also all projects of State magnitude, even though the construction and financing are to be done by local authorities exclusively;

Such planning is to include, among other things, highways, parks, reservations, forests, and wildlife refuges;

Following adoption of the master plan, no State public highway, park, forest reservation or other State way or ground may be acquired or constructed until first submitted to the Commission for its report and advice.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

III. RULES AND REGULATIONS GOVERNING CABIN OCCUPANCY.

1. References may be required of applicants prior to leasing cabins.

2. All payments shall be made in cash in advance (checks not acceptable).

3. There will be no rebates or refunds for any reason.

4. Any application for the renting of cabins may be rejected without explanation.

5. The lessee is responsible for maintaining cabin and premises in clean, sanitary and presentable condition.

6. Cabins shall not be used for illegal, immoral or discreditable purposes, either by the lessee or by other occupants or visitors. Violation of this rule shall constitute ground for the cancellation of the contract without rebate or refund.

7. Lessees are required to conduct themselves in an orderly and civil manner with due consideration to other persons on the Park area.

8. Fire-arms are rigidly excluded from State Parks, and the possession of such on the premises by renters or lessees is sufficient ground for cancellation without rebate or refund.

9. Dogs, except constantly under leash, are not permitted in the Parks.

10. Requests for reservations must be accompanied by full payment for the period of occupancy desired. Should the accommodations requested not be available the remittance will be returned to the applicant. Should the accommodations be available, the remittance will be held to apply beginning the date for which the reservation is requested.

11. Any cabin that has been furnished will be available only at the higher rate specified; it is not practicable to move out furniture for the purpose of permitting an applicant to obtain a lower rate. If no unfurnished cabins are vacant only furnished cabins at the higher rate will be leased.

12. During short occupancy periods (one week or less) transfers from one cabin to another will not be permitted except upon full payment of the original contract and execution of a new contract with full cash payment. During longer occupancy periods, consideration will be given requests for such transfers at the discretion of the Park authorities, and no additional charge will be made.

13. It is called to the attention of lessees and other occupants of State Parks that such areas are by law State Forest Reserves and wild life refuges. No trees, wild flowers, shrubs, vines or ferns may be dug up, broken off or removed from the Park area. Birds and wild animals must not be hunted or harmed.

Original from UNIVERSITY OF MICHIGAN

14. Lessees and other occupants are required to refrain from setting fire to State Park property, and in the event of fire breaking out are expected to use every effort to extinguish the fire as quickly as possible.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

# EXHIBIT 104



Forestry

# DIGEST OF LAWS

## RELATING TO

## STATE PARKS

VOLUME I

ALABAMA - MISSISSIPPI

INDEX

FEB 18 1938

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# F O R E W O R D

In response to numerous requests by park and conservation authorities, the National Park Service has undertaken the compilation of a digest of all State park and recreation laws of a general and permanent nature.

In preparing the digest, special attention has been given to the important consideration of making it as convenient as possible for the reader who desires to know the law generally, or who may seek the law on a particular subject as it relates to recreation.

We acknowledge our indebtedness to the various local authorities who have not only reviewed the digest of their respective States as to completeness and accuracy, but have also materially contributed to its value by furnishing the various Rules and Regulations and other pertinent material not available through statutory research.

If this digest meets the recognized need for a convenient reference of the provisions of the laws now in force and effect, no greater commendation need be sought.

Arno B. Cammerer
Director
National Park Service

December, 1936.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

# C A L I F O R N I A

## I. STATE PARKS.

| | |
|---|---|
| Jurisdiction. | State parks are under the jurisdiction of the Department of Natural Resources, acting through the State Parks Commission (Acts of 1927). |
| Director; appointment; term. | The Department is under the control of an executive officer designated as the Director of Natural Resources, and who is appointed by and to hold office at the pleasure of the Governor. |
| Organization of Department. | The work of the Department is divided among Divisions, as follows: |
| Division of Parks. | Division of Parks, to be administered through a Chief appointed by the Director upon nomination by the State Parks Commission. |
| State Parks Commission; appointment; terms. | General policies for the administration of the State park system are to be determined by the State Parks Commission. The Commission consists of five members, appointed by and to hold office at the pleasure of the Governor. |
| Division of Forestry. | Division of Forestry, to be administered through a Chief (who is also designated as State Forester) appointed by the Director upon nomination by the State Board of Forestry. |
| State Forestry Board; appointment; terms. | The Board of Forestry consists of seven members, appointed by and to hold office at the pleasure of the Governor. It determines general policies for the guidance of the Division. |
| Division of Fish and Game; Commission. | Division of Fish and Game, to be administered through a Fish and Game Commission of three members, appointed by and to hold office at the pleasure of the Governor (1933). |
| Division of Mines; Board. | Division of Mines, administered through a Chief appointed by the Director upon the nomination of the State Mining Board. General policies of the Division are determined by the Board, consisting of five members appointed by and to hold office at the pleasure of the Governor. |
| Compensation. | The Director is paid a salary fixed by law. The Chiefs of Division are paid such salaries as may be determined by the Director, with the approval of the Governor. The members of the Commissions and Boards serve without compensation, but are entitled to their actual and necessary expenses incurred in the performance of their duties. |

Digitized by Google Original from UNIVERSITY OF MICHIGAN

| | |
|---|---|
| What constitutes State Park system. | All parks, public camp grounds, monument sites, landmark sites, and sites of historical interest created or acquired by the State, or which are under its control, constitute the State Park system; except the grounds known as Sutter's Fort property, the State Fair Grounds in the City of Sacramento, and Balboa Park in the City of San Diego (as amended 1931). |
| Administration. | The State Parks Commission is directed to administer and develop the State Park system for the use and enjoyment of the public, and is empowered as follows: |
| Expend funds. | To expend all monies from whatever source derived for the care, protection, supervision, extension and improvement or development of the system; |
| Acquire property by purchase and condemnation. | With the consent of the Governor and the Board of Control, may acquire by purchase or by condemnation proceedings such real and personal property or any interest therein as it deems necessary or proper for the extension, improvement, or development of the system; |
| Gifts of land, money, property | May, within its discretion, accept any gift, devise, grant or other conveyance of real property or any interest therein, including water rights, roads, trails and rights of way, to be added to or used in connection with the park system; also to accept by gift, donation, contribution or bequest, money to be used in acquiring real property or any interest therein, or for improving the same as a part of or in connection with the park system, or for any of the purposes for which the Commission is created; also may accept personal property in the same manner for purposes connected with the park system; |
| City or county may assist State. | Any county, city and county, or city, may assist the State in acquiring any park, playground, recreational center, or beach, to be used for recreational purposes, by donating to the State any real property owned by it or subsequently acquired; and for such purpose may use such of its funds, including funds received by bequest, gift and donation, and those received in trust for the acquisition of such properties, as may be deemed necessary (Acts of 1931); |
| Counties may condemn lands. | Supervisors of counties are also authorized to use the power of eminent domain to acquire lands for park property for transfer to the State Park system; |
| State Park Contingent Fund. | All money collected or received from gifts or bequests, or from municipal or county appropriations or donations for the improvement and/or additions to the State Park system are to be deposited in the State treasury to the |

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

credit of the State Park Contingent Fund. All moneys so deposited to be used for the improvement and/or administration of State parks and/or the acquisition of additional lands and properties for the State Park system, in accordance with the terms of the gift, bequest or municipal or county appropriation or donation from which such moneys are derived (as amended 1933);

Contract with cities, counties, etc., for care of lands.

Contracts may be entered into between cities, counties and other political subdivisions of the State for the care, maintenance, and control, for the purposes of the State Park system, by either party to such a contract, of lands under the jurisdiction of the other party, and the expenses of such care, maintenance and control may be paid from the general fund of such city, county or other political subdivision of the State, or from the funds of the Commission, as the case may be;

Revolving Fund.

A Revolving Fund is also created for the use of the Commission. With the approval of the State Board of Control, the Commission may draw from the funds appropriated or the contingent fund without first submitting vouchers and itemized accounts, to a sum not to exceed five thousand dollars, to be used for cash advances, which sum must at any time upon demand of the State Board of Control or State Comptroller be accounted for by the Commission;

Fees and rentals.

State Park Maintenance Fund.

Whenever in its judgment it is practicable to do so, the Commission is directed to collect fees, rental and other return for the use of all State park areas. The amount of such fees to be determined by the Commission and paid into the State treasury to the credit of the State Park Maintenance Fund, to be available for construction, improvements, equipment and maintenance of State parks in such amounts as may be appropriated by the Legislature (Acts of 1933);

Rules and regulations; police powers; penalties.

Is authorized to establish rules and regulations for the government and administration of the park system not inconsistent with law; and may confer on the Chief of the Division of Parks and such other employees as they may designate full authority and powers of peace officers for the parks. Any person who violates the established rules and regulations to be guilty of a misdemeanor;

Reports to Governor; contents.

To gather, digest and summarize in its annual reports to the Governor information concerning the park system and the relation thereto of other available means for conserving, developing and utilizing the scenic and recreational resources of the State;

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

Closing camping areas in State parks.

The Director of Natural Resources, with the consent of the Governor, may declare closed to camping any area in any State park or forest when, in the judgment of the Director, such declaration is necessary in the interest of public peace or safety.

Jurisdiction of State forests.

Note: All State-owned forests are under the jurisdiction of the Division of Parks; the Division of Forestry is charged with the fire protection of State park areas.

Hunting on parks.

Note: The State Parks Commission has set aside all State parks as game reservations.

Roadside parks.

The Department of Public Works may acquire in fee or in any lesser estate or interest, by condemnation, purchase, lease, donation or dedication, any real property (a) for parks adjoining or near any State highway and/or (b) for the culture and support of trees which aid in the maintenance of the attractiveness of the scenic beauties of such highway (Acts of 1935).

Park roads.

The above Act also provides that whenever jurisdiction over any highway within a State park has been relinquished to the authority charged with the management and control of such park, the State Highway Department may construct, improve or maintain such highway, such construction, etc., to be subject to the approval of the park authority. The cost of construction, improvement and maintenance to be paid from the State highway fund.

Easements over State park land.

The Director of Natural Resources is authorized, upon application by proper authorities and on such terms and conditions as the State Park Commission may prescribe, to grant easements for public highways over and across State park lands under the jurisdiction of the Department of Natural Resources and the State Park Commission (Acts of 1933).

Jurisdiction over State burial grounds.

By Acts of 1933, all duties, powers, purposes, responsibilities and jurisdiction of the Department of Finance concerning the State Burial Grounds are transferred to and vested in the Division of Parks.

II. STATE SURVEY.

State park site survey.

Acts of 1927 directed the Department of Natural Resources, through the State Park Commission, to make a survey to determine what lands to be suitable and desirable for the ultimate development of a comprehensive, well-balanced State Park System, and to define the relations of such a system to other means of conserving and utilizing the scenic and recreational resources of the State; to make a report to the Secretary of State embodying the results of the survey and to make recommendations regarding the

Digitized by Google Original from UNIVERSITY OF MICHIGAN

means by which such a park system can be acquired. This Act carried an appropriation to be used for the purposes of the Act; also authorized the Commission to accept gifts of money to be similarly used.

Acquire lands for park purposes.

A companion Act also authorized the Commission to acquire, as a part of the State Park System, such lands and other properties as in its judgment are suitable for park purposes.

State park bonds authorized.

For the purpose of meeting the costs of such acquisitions, State bonds in the amount of $6,000,000 were authorized to be issued, and to be sold from time to time at the direction of the State Park Finance Board (created by the Act), upon resolution presented by the State Parks Commission that such sum is needed in furtherance of the purposes of the Act; Provided, bonds are to be sold only when there has been deposited with the State treasury a fund from private gift, city or county appropriation, or from some source other than appropriation by the state, or the sale of state bonds, equal to the amount to be realized for the project intended to be accomplished from the sale of bonds;

Funds to be matched.

Exception.

except, that the sale of bonds may be authorized when it is shown that half the total value involved in such project has been provided from sources other than State appropriation or the sale of State bonds, in the form of land, timber, or other properties, or in money, or in any or all such properties.

Referendum.

Note: This Act contained a referendum clause, and received a majority vote.

III. PUBLIC SHOOTING GROUNDS.

Establishment.

For the purpose of propagating, feeding and protecting birds, mammals and fish, and establishing public shooting grounds, the Fish and Game Commission may (as amended 1933)-

Acquire land and water.

Acquire by purchase, lease, rental or otherwise, and occupy, develop, maintain, use and administer land, or land and water, or land and water rights, suitable for state game refuges, game farms, or public shooting grounds;

Funds for acquiring.

Is directed to expend, in addition to any other money made available by law, for a period of ten years beginning January 1, 1928, not less than one-third of all moneys collected annually from the sale of hunting licenses for the purposes of establishing and maintaining game refuges and public shooting grounds;

Regulations.

Any property acquired to be subject to rules and regulations of the Commission:

Original from UNIVERSITY OF MICHIGAN



Title to property. — The acquisition of such property is in no case prohibited because of rights of way, easements and reservations which from their nature, will, in the opinion of the Commission, in no manner interfere with the use of the property for the purpose for which acquired;

Advisory committee. — The appointment of a committee to be known as the Game Refuge and Public Shooting Grounds Committee is authorized, to consist of the Director of the California Academy of Sciences, Director of Hooper Foundation for Medical Research of the University of California, and five other members to be appointed by the Commission with the approval of the Governor. Appointive members are to serve at the pleasure of the appointive power and without pay. The Committee is allowed necessary expenses incurred in the discharge of their duties.

Survey. — The Committee is directed to make a survey of the State for the purpose of ascertaining the needs for game refuges and public shooting grounds, and report its recommendations to the Commission.

## IV. STATE PLANNING.

State Planning Board. — Acts of 1935 created as a division of the Department of Finance, a State Planning Board, to consist of the Director of Finance, the Director of Public Works, and the Director of Natural Resources, all ex-officio, and five citizens to be appointed by the Governor.

Members; appointments; terms. — The members receive no compensation other than for their reasonable expenses incurred in the performance of their duties. Appointive members serve for three years (rotated).

Director. — The Board employs a Director of Planning qualified by special training, experience and demonstrated ability in the field of planning;

Authority of Board. — Is authorized to cooperate with any persons or organizations interested for devising means to develop the natural and economic resources of the State, and may accept grants from the Federal and State governments or their agencies; also may accept gifts for the purposes of State planning;

Correlation. — Is directed to encourage the extension and correlation of State planning by agencies of the State government and participate in interstate and National planning efforts, both with a view to the benefit to be derived by the larger region or Nation, and by the State. The Board may not exercise any of the powers or duties of any other State department or agency.

Original from UNIVERSITY OF MICHIGAN

## V. STATE PARK RULES AND REGULATIONS.

California State Park System

This is Your Park

All of California's State Parks have been established for the purpose of preserving outstanding examples of nature's handiwork, for future generations, whether it be Redwood groves, beaches or other areas set aside for the use and enjoyment of all of the people.

That this enjoyment may not be destroyed it is necessary that certain restrictions governing the use of the parks be effected.

In order to preserve the natural beauty of the parks so that the public may enjoy them, please observe the following:

Do not pick flowers nor remove shrubs or small trees and please explain to others you may see violating this rule that these areas are being preserved, not only for our use but for posterity.

Do not destroy State property. It is your property.

Place all garbage and other refuse in garbage cans.

Protect human and wild life from danger by driving vehicles within the limit prescribed by the caution signs. Dogs are not permitted to run loose.

Note: In some parks, dogs are not allowed; therefore, suitable facilities are provided for caring for them at a small cost to the owner.

Firearms are not allowed, and must be sealed or checked at the Warden's Office.

Please confine travel to paths and roads.

Please confine campfires to camp stoves which are provided for this purpose.

Please report to the Warden any suggestions you may have to offer in order that he may use every effort to make your stay in the park enjoyable and comfortable.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

# EXHIBIT 105

Forestry

# DIGEST OF LAWS

## RELATING TO

# STATE PARKS

FEB 18 1938

## VOLUME I

## ALABAMA - MISSISSIPPI

## INDEX

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# F O R E W O R D

In response to numerous requests by park and conservation authorities, the National Park Service has undertaken the compilation of a digest of all State park and recreation laws of a general and permanent nature.

In preparing the digest, special attention has been given to the important consideration of making it as convenient as possible for the reader who desires to know the law generally, or who may seek the law on a particular subject as it relates to recreation.

We acknowledge our indebtedness to the various local authorities who have not only reviewed the digest of their respective States as to completeness and accuracy, but have also materially contributed to its value by furnishing the various Rules and Regulations and other pertinent material not available through statutory research.

If this digest meets the recognized need for a convenient reference of the provisions of the laws now in force and effect, no greater commendation need be sought.

Arno B. Cammerer
Director
National Park Service

December, 1936.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# FLORIDA

## I. STATE PARKS.

Jurisdiction.

State parks are under the jurisdiction of the Board of Forestry, operating through the "Florida Park Service."

Board of Forestry; members; terms; officers.

The Board was created by an Act of 1927, and is composed of five members appointed by the Governor for four year terms, (rotated). Members receive no compensation, but are paid actual expenses necessarily incurred in connection with official duties. Official headquarters are designated as Tallahassee, but meetings may be held at other points in the State. The Board annually elects a President, Vice-President and Secretary from its members.

Federal Aid; CCC camps.

For the declared purpose of cooperating with Federal agencies; to enable the State to more fully qualify for the aid and assistance offered by Presidential Executive orders and Federal legislation providing for the establishment and operation of CCC camps; for the acquisition of State forests and parks by Federal purchases to be paid for by income from the forests or otherwise; and for the establishment, development and maintenance of a system of State forests and parks, the Board is authorized (Act of June 4, 1935);

Acquire lands.

To accept gifts, donations or contributions of lands suitable for forest or park purposes, and to enter into agreements with the Federal Government, or any other agencies, for acquiring by gift, purchase or otherwise, such lands as in the judgment of the Board are desirable and suited for State forests and State parks;

Funds.

For such purposes, and the utilization and development of such lands, the Board is authorized (a) to use the proceeds of the sale of any product therefrom, (b) the proceeds of the sale of any such land (except the State School Fund's 25%), and (c) such other funds as may be appropriated and available for such uses and purposes;

Note: The State Constitution provides that 25% of the sale of State-owned lands is to become a part of the State School Fund.

Limitation.

The Board is prohibited from entering into any agreement for the acquisition of or purchase of land, or for any other purpose which would pledge the credit of or obli-

Original from UNIVERSITY OF MICHIGAN

gate the State to pay any sum of money. It may, however, receive, hold the custody of, and exercise the control of any lands, and use the proceeds derived from the sale of products from, or the use of such lands (except the State School Fund's 25%) for the acquisition, use, custody, management, development or improvement of any lands vested in or subject to its control;)

Accept custody of land.

With the concurrence of the Governor and the Trustees of Internal Improvement Fund, the Board may sell, lease, exchange or otherwise dispose of any lands under its jurisdiction when in its judgment it is advantageous to the State to do so in the interest of the highest orderly development, improvement and management of the State Forests and State Parks;

May sell, lease or exchange lands.

Internal Improvement Fund.

Note: The Internal Improvement Fund was created by Act of 1855, and originally included the remaining unsold portion of the 500,000 acres of land granted to the State by Act of Congress of March, 1845; the proceeds then on hand from such lands previously sold; all proceeds from subsequent sales; also all swamp land or lands subject to overflow granted the State by Act of Congress of September 1850; title to tide lands in certain counties. The object of the grants was to enable the State to reclaim these lands for settlement, cultivation and other internal improvement purposes. The Trustees of the Fund are the Governor, Comptroller, Treasurer, Attorney-General and the Commissioner of Agriculture.

Cooperating Agency.

The Board is designated and authorized as the agent of the State to cooperate with the Federal Government under the provisions of the Clarke-McNary Act; also with all other agencies, interested in proper land use, forest management, conservation, forest utilization and State park development;

Rules and Regulations.

The Board may make rules and regulations and do such acts and things as are reasonable and necessary to accomplish the purposes of the Act.

Appropriation; Purpose.

Governor to allocate funds.

To assist in carrying out the purposes of the Act, the Legislature appropriated specific funds for State Park and State Forest purposes. The moneys appropriated are placed at the disposal of the Governor, to be allocated by him on the recommendation of the Board for the management, development and acquisition of such lands as he may deem desirable and necessary for the expansion of the State forests and State park system.

Note: State forest or park lands may be pledged for funds with which to develop or otherwise improve holdings.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

II. FLORIDA PARK SERVICE.

| | |
|---|---|
| Jurisdiction over State Parks. | Under the provisions of an Act of June 4, 1935, the Florida Board of Forestry was authorized to establish a department of State Parks to be known as the "Florida Park Service", to be administered by the Board for the purpose |
| To cooperate with National Park Service. | of acquiring, developing, and administering State parks in cooperation with the National Park Service, other governmental agencies, and the Trustees of the Internal Improvement Fund; |
| Supervision of Service. | The Service is to be operated by and be under the sole and exclusive supervision of the Board of Forestry, using funds specifically appropriated for park purposes and as otherwise provided by law; |
| Director: National Park Service to certify. | The Board is authorized to employ a Director of the "Service" whose qualifications are certified to by the National Park Service; |
| Counties may acquire and transfer park lands to State. | The Act also authorizes the Commissioners of any County to acquire by gift, devise or purchase, out of general funds, from individuals, corporations or the United States Government, any lands which are suitable for public parks or for the preservation of natural beauty or places of historic association, and operate the same as public parks; and may convey to the Trustees of the Internal Improvement Fund, or the Board of Forestry for the "Service", any lands acquired for park purposes. |
| Cooperate with counties. | The Board is also authorized to cooperate with counties in county and State park work. |
| | Note: Dade Memorial Park is under the jurisdiction of a separate Commission appointed by the Governor. This park receives State aid. |

III. PUBLIC SHOOTING GROUNDS.

| | |
|---|---|
| Acquire lands and water. | The State Board of Conservation (created by Acts of 1933) may, with the approval of the Governor, acquire lands and water by purchase, lease, gift or otherwise, suitable, among other things, for hunting purposes. |
| Improvement. | May erect such buildings and fences as may be deemed necessary to properly maintain and protect such lands; |
| Price limitation. | No such lands are to be purchased at a price to exceed $10 per acre; |

Digitized by Google Original from UNIVERSITY OF MICHIGAN



Lease shooting privileges; rental price.

For the purpose of establishing public shooting grounds, may lease the shooting privileges of lands surrounding game refuges at a price not to exceed 5¢ per acre per year;

On State game lands.

Public shooting grounds may also be established on State game lands;

State Game Fund available.

Funds resulting from the administration of the fish and game laws are to be used in carrying out the foregoing provisions.

IV. STATE PLANNING.

Act approved June 8, 1935, established a State Planning Board, whose functions are:

Studies, etc.

To secure, assemble, study, map, plot and chart any and all data pertaining, among other things, to land use, parks, wildlife, and laws relating to social, economic and conservation matters, for the purpose of advising, assisting and recommending to the administrative officers, the legislature and the people plans for future development, welfare and governance of the State, in order that the State's plan of development may be coordinated, its economic resources be conserved and the welfare of the people be promoted;

Master plan.

To make and adopt an official master plan, showing the Board's recommendations for development, including, among other things, the location, character and extent of parks, reservations, forests, wildlife refuges; also a land utilization program including the general classification and allocation of the land within the State amongst agricultural, forestry, recreational, soil conservation and other uses and purposes.

County Planning Council.

In order to assist the Board in its master plan, County Planning Councils may be formed in the various counties. All council members are to serve without compensation or expense allowance. In addition to assisting the Board, the Council is to make and adopt similar plans for the physical development of the county.

General.

In order to promote public interest and understanding of the State and/or county plans and the problems of such planning, the State Board may publish and distribute copies of plans and reports and employ such other means of publicity and education as it may determine; may confer and cooperate with authorities of neighboring States; make a study of and report any planning problems of the counties of the State, municipality or subdivision; furnish advice or reports to any State officer or department; advise the Governor or the Legislature of programs for public improvements and financing, and may prepare and submit proposed legislation for the carrying out of the master plan, including zoning and land-use regulations, and regulations for the conservation of the natural resources of the State.

Digitized by Google UNIVERSITY OF MICHIGAN

V. STATE PARK RULES AND REGULATIONS.

The following rules and regulations for the government of this Park are hereby established. These rules and regulations are promulgated to cover only the Government owned or controlled lands and waters in the Park area.

1. PRESERVATION OF NATURAL FEATURES AND CURIOSITIES: The destruction, injury, defacement, or disturbance in any way of the public buildings, signs, equipment, or other property, or the trees, flowers, vegetation, rocks, minerals, animal or bird or other life is prohibited; Provided, that the flowers may be gathered in small quantities when in the judgment of the Superintendent, or other authorized representative of the Florida Park Service, their removal will not impair the beauty of the Park. Before any flowers are picked, permit must be obtained from the Superintendent in charge.

2. CAMPING: When the Park is constructed by the Florida Park Service by means of the Civilian Conservation Corps in cooperation with the National Park Service, adequate camping places with pure water and other conveniences will be provided. Until such time no camping overnight or fires of any sort will be permitted except by special permit of the Superintendent or his duly authorized representatives. In such instances the following rules must be carefully observed: Wood for fuel only can be taken from dead or fallen trees. Combustible rubbish shall be burned on camp fires, and all other garbage and refuse of all kinds shall be buried.

3. FIRES: Fires constitute one of the greatest perils to the Parks; they shall not be kindled near trees, dead wood, moss, dry leaves, forest mold, or other vegetable refuse, but in some open space on earth. Should camp be made in a locality where no such open space exists or is provided, the dead wood, grass, moss, dry leaves, etc., shall be scraped away to the earth over an area for five feet around the fire.

Fires shall be lighted only when necessary and when no longer needed shall be completely extinguished and all embers and bed smothered with earth or water, so that there remains no possibility of reignition.

Smoking may be forbidden by the superintendent in any part of the Park during the fire season when in his judgment the fire hazard makes such action advisable.

NOTE: Especial care shall be taken that no lighted match, cigar, cigarette, or burning pipe tobacco is dropped in any grass, twigs, leaves, moss or tree mold.

4. HUNTING: The Park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury or taking the eggs of any bird, is prohibited within the limits of said Park. Firearms are prohibited within the Park except upon written permission of the Superintendent.

5. FISHING: Fishing with nets, seines, traps or by the use of drugs or explosives or in any other way than with rod, hook and line held in hand, or for merchandise or profit, is prohibited. Fishing in the Park will be permitted only during the open season as prescribed by the State of Florida.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

Fishing in waters of the Park is permitted from daylight until dark during the open season as prescribed by the State of Florida. At no time will fishing be permitted between dark and daylight.

6. PRIVATE OPERATIONS: No person, firm or corporation shall engage in any business, or erect buildings in the Park without permission in writing from the Florida Park Service, Tallahassee, Florida, nor shall any person reside or be permitted to reside on Park land without authority of the Florida Park Service, or other authorized representative.

7. CAMERAS: Still and motion-picture cameras may be freely used in the Park for general scenic purposes. For the filming of motion pictures requiring the use of artificial or special settings, or involving the performance of a professional cast, permission must be obtained from the Superintendent of the Park.

8. GAMBLING: Gambling in any form, or the operation of gambling devices, whether for merchandise or otherwise, is prohibited.

9. ADVERTISEMENTS: Private notices or advertisements shall not be posted or displayed within the Park, excepting such as the Park Superintendent deems necessary for the convenience and guidance of the public.

10. GRAZING: The running at large, herding or grazing of livestock of any form on the Government lands in the Park is prohibited except by permit.

11. MISCELLANEOUS: Possession, sale, transportation or manufacture of liquor in the Park, is prohibited.

The possession of dynamite, dynamite caps or blasting fuse is forbidden unless permission in writing has been obtained from the superintendent in advance.

12. FINES AND PENALTIES: Persons who render themselves obnoxious by disorderly conduct or bad behavior may be summarily removed from the Park by the Superintendent or a peace officer.

FLORIDA PARK SERVICE,
Tallahassee,
Florida.

Approved January 1, 1935
(Issued for Myakka Park)

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# EXHIBIT 106

Forestry

# DIGEST OF LAWS

RELATING TO

# STATE PARKS

VOLUME II

## MISSOURI - NORTH CAROLINA

FEB 18 1938

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Forestry

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

NEW YORK

I. STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

Jurisdiction. State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928).

Commissioner; appointed; term. A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law. The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified.

Deputy Commissioner: Secretary. A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department. The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties.

Divisions. Directors. Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner:

Division of Parks
" " Lands and Forest
" " Fish and Game
" " Water Power and Control

Director of Parks; powers and duties. The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Deparment and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner.

Visitation and inspection. The Commissioner, and such subordinates and employees as he may designate, have the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department.

Digitized by Google Original from UNIVERSITY OF MICHIGAN

Care for and display aquatints. To have the care and custody of and the duty of displaying, maintaining and preserving the collection of aquatints, colored prints and engravings of Niagara Falls and of the books relating thereto bequeathed to the State (L. 1934);

Sell surplus materials. Sell and cause to be removed from the reservation all structures, machinery and materials thereon belonging to the State, not required to afford free and convenient access to the reservation, nor for restoring the scenery of the Niagara Falls to and preserving in its natural condition.

Limitation on obligations. No debt or other obligation may be created by the Commissioners exceeding the amount of money at their disposal at the time; nor may they, or any of them, or any other person, have power to create any debt, obligation, claim or liability except by their express authority.

Gifts of property. Real and personal property may be granted, conveyed, bequeathed, or devised to and taken by the State in aid of the purposes of such reservation or other State parks and parkways under the jurisdiction of the Commissioners, or to increase the same, and on such trusts or conditions as may be prescribed by the grantors or devisors thereof, provided the same be accepted by the Commissioners.

Purpose of State reservation. The State reservation at Niagara is to be forever reserved by the State for the purpose of restoring the scenery at Niagara Falls and preserving it in its natural condition, and to be kept open and free of access to all mankind without fee, charge or expense to any person for entering or passing to or over any part thereof.

IV. RULES AND REGULATIONS - NIAGARA FRONTIER STATE PARK.

1. Parks under the jurisdiction of this Commission shall be closed at such hours as the Commission shall decide and notices to the public shall be posted to that effect.

2. Children under twelve years of age must be accompanied by an adult or guardian when on park property.

3. No dogs shall be allowed on park property except on leash, and shall not be allowed in bathing areas under any circumstances.

4. No person shall remove, cut, break, or in any way injure or destroy any tree, shrub, plant, flower, or turf within the park system, or interfere with any wild life therein. Nor shall any person dig, remove, carry away or cause to be carried away any turf, sand, earth, rocks, or material of any kind. Nor shall any person destroy, defile, or deface any park property.

Original from UNIVERSITY OF MICHIGAN



5. Papers, garbage, and refuse of all kinds shall be placed in the receptacles provided for that purpose.

6.    No person shall post or affix, or cause to be posted or affixed any printed or written bill, placard, sign, advertisement, or other notice upon any tree, post, fixture or structure within the park system.  Nor shall any person deface, damage, or destroy any notice of the rules, regulations, ordinances or signs for the Government of said park system which shall have been posted by order of the Commission.

7. No picnics shall be held upon park property except at such places as are designated by signs.

8. The following acts and activities are prohibited within the park areas under jurisdiction of this Commission except by permit:-
The possession of any firearms and fireworks of any kind; making or building fires except in fireplaces provided by park authorities; carrying any musical instrument; carrying or displaying flags, banners, placards of any kind; delivering speeches or orations; holding parades or other demonstrations; conducting religious or other ceremonies; soliciting alms or contributions for any purpose; the taking of commercial equipment for the taking of motion and sound pictures.

9.  No person shall disobey an order of a park patrolman or other park official when such official is engaged in the enforcement of a State or park ordinance; nor shall he use bad, obnoxious or indecent language, nor act in a disorderly or suspicious manner.

10. No intoxicating liquors or beverages shall be brought, caused to be brought, or drunk within the limits of the State parks, nor shall any intoxicated person enter or remain upon any portion of the park system, except that intoxicating liquors and beverages may be sold by such persons and at such places as may be specifically authorized by the Niagara Frontier State Park Commission.

11. No booth, tent, stall, stand, or other structure shall be erected for any purpose, and no begging, hawking, peddling, advertising, or soliciting shall be done; nor any article or service be advertised, or caused to be advertised or offered for sale, or hire, within the property limits of lands under the jurisdiction of this Commission, except by written permit of the Commission.

12. No commercial vehicles, or any vehicle displaying any advertising placard or advertisement of any kind, shall be driven within the park or over the parkways of said park system for advertising, demonstration, or other purposes.

13. Motorists shall obey all signs regulating traffic placed in the parks and along the parkways under the jurisdiction of this Commission.  In no instance shall a vehicle be operated at a greater rate of speed than thirty (30) miles per hour.  Where one direction in roads is designated, traffic in the opposite direction is prohibited.  Bus and taxicab parking areas will not be for the use of privately owned vehicles.  All vehicles must be parked in parking areas provided.

 Digitized by Google

 Original from
UNIVERSITY OF MICHIGAN

14. All vehicles driven within said park system shall comply with the requirements of the New York State Motor Vehicle and Traffic Laws.

15. All hackmen, at approved hack stands, shall remain within 20 feet of their vehicles, and in no instance solicit patronage from private vehicles in motion over the roadways, or otherwise obstruct traffic. All drivers of public conveyances shall conduct themselves in an orderly and respectful manner.

16. Boating -- No person shall place, operate, have for hire, or tie up any boat or raft at any structure or other point in any park waters, except where designated, without the written permission of the Commission. This regulation shall not apply in emergencies to navigable streams bordering on park property, or to children's toys. Boats from park concessions shall not be taken from restricted areas.

17. Sports -- No games or athletic contests shall be allowed except in areas where designated. Coasting, skating, skiing, horse-back riding, and such activities shall be restricted to designated areas under such rules as may be posted by the park authorities.

18. Bathing -- No person shall bathe, wade, or swim in any waters, within or adjacent to the parks or parkways, under the jurisdiction of the Commission, except at such times and in such places as may be specially designated by appropriate signs; nor shall any person dress, or undress, in any park area except in bath houses maintained or permitted by the Commission; nor shall any person appear in any public place, under the jurisdiction of this Commission, except within designated bathing or dressing-room areas, in bathing suits or any improper costume.

19. It shall be the duty of every person, claiming to have a permit from this Commission, to produce and exhibit such permit upon the request of an authorized person to inspect the same.

20 Any person offending against any of said ordinances shall be deemed guilty of a misdemeanor and, on conviction, may be punished by a fine, not exceeding one hundred dollars ($100), or by imprisonment not exceeding thirty days, or by both such fine and imprisonment.

## V. COMMISSIONERS OF ALLEGANY STATE PARK - REGION 2.

Members; appointment; terms; officers. The Board is composed of seven members, appointed by the Governor, by and with the advice and consent of the Senate, and hold office until their successors are appointed. The Commissioners annually choose from among their members a Chairman and Secretary. Members receive no salary, but are entitled to expenses incident to official duties.

Powers and duties. The Commissioners are empowered and directed as follows (L. 1928):

Digitized by Google Original from UNIVERSITY OF MICHIGAN

 

# EXHIBIT 107

Forestry

# DIGEST OF LAWS

RELATING TO

# STATE PARKS

VOLUME II

MISSOURI - NORTH CAROLINA

FEB 18 1938

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Forestry

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google                    Original from
UNIVERSITY OF MICHIGAN

NEW YORK

I. STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

Jurisdiction. State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928).

Commissioner; appointed; term. A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law. The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified.

Deputy Commissioner: Secretary. A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department. The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties.

Divisions. Directors. Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner:

Division of Parks
" " Lands and Forest
" " Fish and Game
" " Water Power and Control

Director of Parks; powers and duties. The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Deparment and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner.

Visitation and inspection. The Commissioner, and such subordinates and employees as he may designate, have the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

Cooperation with Pennsylvania.

In case the State of Pennsylvania acquires lands adjoining the boundaries of said park and parkways to be used for similar purposes, may cooperate with the said State for the joint control and operation of the park and the adjoining lands in Pennsylvania; also connect roads with roads laid out in the State of Pennsylvania, and to maintain the lands within the State of New York so that the same may form a continuous park;

Connecting roads.

Lay out, construct and maintain roads between and connecting any separate portion of the parks and parkways, and for the purpose acquire rights of way upon and across any intervening lands;

Accept gifts of money or property.

May receive by gift, devise or contribution money to be used in acquiring and improving lands; also receive and administer for park purposes any gift or devise of personal property or any land or rights in land outside the defined park areas and adjoining the same;

Dams.

May dam the streams within the parks, except the main stream of the Allegany River;

Cuba reservation.

Are vested with immediate jurisdiction and control of the Cuba reservation; the said reservation to be preserved and maintained for reservoir and camping purposes. May make rules and regulations necessary for the use and preservation of the property; make leases or renewals thereof of lots of land adjacent to or surrounding the reservoir for terms not to exceed five years, and permit the erection of structures by the lessees with the privilege of removal during the terms of the lease; to fix the terms and conditions upon which leases are to be made; arrange for sanitation, and provide for the removal of waste matter and to charge lessees of lots therefor.

Note: The Commissioners may supply electric power to dwellings, cottages, camps and concessionaires located upon Allegany State Park, collecting the price agreed upon. Op. Atty. Gen. (1932) 361.

Commissioners of Allegany State Park have authority to cut and sell timber on park lands. Op. Atty. Gen. (1929) 140.

VI. RULES AND REGULATIONS - ALLEGANY STATE PARK COMMISSION.

1. PRESERVATION OF PROPERTY AND NATURAL FEATURES.

(a) No person shall injure, deface, disturb or befoul any part of the Park owned by the State; nor any building, sign, equipment or other property found on Park lands owned by the State; nor shall any tree, flowering plant, shrub, rock or other mineral be injured or destroyed on, or removed from such lands without the permission of the Commissioners.

Original from UNIVERSITY OF MICHIGAN

(b) No person shall throw any lighted cigar, cigarette, match or other inflammable substance from any automobile or other vehicle within the area of the Park.

(c) Whenever by reason of drought any forests of the Park are in danger of fire, the Commissioners may close such forests to all persons.

2. GARBAGE, SEWAGE, REFUSE AND OBNOXIOUS MATERIAL.

No person shall deposit in any part of the Park, on lands owned by the State, any garbage, sewage, refuse, waste or other obnoxious material otherwise than in receptacles provided for the purpose or by other sanitary disposal.

3. TRAFFIC.

(a) No person shall operate, or cause to be operated, any motor or other vehicle over or upon Park controlled roads at a rate of speed in excess of twenty-five (25) miles per hour.

(b) No person shall park or store any motor car, motorcycle, bicycle, wagon or other vehicle on Park controlled roads or on lands owned by the State except in places designated for the purpose.

(c) Whenever the Commissioners shall, by suitable signs, indicate lines of traffic upon Park controlled roads, no person shall break such lines or move out of his place therein.

4. CAMPING REGULATIONS.

(a) No camps shall be maintained for any period except at such places as may from time to time be designated for camping and no fires shall be lighted at any time in any part of the Park on lands owned by the State except in places designated for the purpose.

(b) No unnecessary noise shall be made in any of the camping areas between the hours of 11:00 P.M. and 6:00 A.M. during the camping season, except in places designated by the Commissioners for entertainment between those hours.

(c) No person shall reconstruct, alter or change in any way any camp, cabin or other building or equipment owned by the Park and rented or loaned by them except by written permission of the Commissioners.

(d) No person shall use or occupy any cabin, camp or other building or structure in the Allegany State Park on lands owned by the State without a written permit. Such permit to be in the form of a rental receipt or a letter from an executive officer or Commissioner.

(e) The purchase, sale or possession of gasoline in other than red metal containers with the word "Gasoline" conspicuously displayed thereon, is forbidden. This rule does not apply to sale of gasoline for use in automobiles when pumped directly into automobile gasoline tank.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

(f) Every person twelve years of age or older in each party making use of Park camping facilities, cabins or campsites must register with the rental clerk.

5. COMMERCIAL ENTERPRISES.

(a) No person shall, without a permit from the Commissioners, sell or offer for sale within the Park on lands owned by the State, any property or privilege whatsoever, nor shall any person to whom property of the Park has been intrusted for personal use, hire, lease or rent out the same to another person.

(b) No person shall take photographs or moving pictures within the Park camping areas for the purpose of selling negatives or prints therefrom without having first obtained a permit from the Commissioners.

(c) No person shall operate a bus, taxicab or other vehicle for the transportation of passengers or property for hire on the Park controlled roads without having obtained a permit from the Commission.

6. FIREARMS.

(a) No firearms may be used or possessed within the Park area by visitors or used by residents except by special permission of the Commissioners.

(b) No target or trapshooting allowed in the Park except by written permission of the Commissioners, or an executive officer.

7. HUNTING AND FISHING.

(a) No person shall hunt, pursue with dogs, trap or in any other way molest any of the wild birds or beasts found within the Park except by permission of, and in a manner specified by the commission.

(b) No person shall fish in any of the Park streams except by written permission of the Commissioners.

8. PUBLIC NUISANCE.

(a) Gambling in the Park is prohibited and no person shall bring into the Park or have in his possession while there, any implement or device commonly used or intended for gambling purposes.

(b) No person shall sell or attempt to sell any beer, wine, whiskey or other intoxicating liquor or beverage within the area of the Park except by permission of the Commissioners.

9. SIGNS.

No sign or notice shall be erected or posted at any place in the Park on lands owned by the State, without permission in writing from the Commissioners.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

 

# EXHIBIT 108

Forestry

# DIGEST OF LAWS

RELATING TO

# STATE PARKS

## VOLUME II

## MISSOURI - NORTH CAROLINA

FEB 18 1938

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Forestry

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# NEW YORK

## I. STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

Jurisdiction. State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928).

Commissioner; appointed; term. A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law. The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified.

Deputy Commissioner: Secretary. A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department. The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties.

Divisions. Directors. Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner:

Division of Parks
" " Lands and Forest
" " Fish and Game
" " Water Power and Control

Director of Parks; powers and duties. The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Deparment and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner.

Visitation and inspection. The Commissioner, and such subordinates and employees as he may designate, have the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department.

Digitized by Google Original from UNIVERSITY OF MICHIGAN

Purpose of parks and parkways.

Such reservations, parks and parkways are to be forever reserved and maintained by the State for the use and enjoyment of the public; it being the duty of the Commission to preserve the reservations, parks and parkways in their natural condition so far as may be consistent with their use and safety, and to improve them in such manner as not to lessen their natural scenic beauty (as amended 1930).

Note: Violations of rules and regulations of a State Park Commission are misdemeanors trialable in courts of special sessions. Fines imposed belong to the town, and if the Commission requires counsel it may call upon the district attorney of the county. (1930) Op. Atty-Gen.307.

X. RULES AND REGULATIONS - FINGER LAKES STATE PARKS COMMISSION.

1. ADVERTISING AND SOLICITATION - No person or organization shall post or distribute advertising matter or orally advertise or sell or offer for sale any merchandise, tickets, service or any other thing of value; or solicit within the park areas in connection with things to be sold or provided outside of the park or while operating a boat for hire, to land or receive passengers at a park dock or wharf, or to operate boats for hire on park waters. No person or organization shall solicit alms or contributions for any purpose.

2. PAYMENT OF CHARGES - No person or organization shall make use of or attempt to make use of the park facilities such as pay parking areas, camping facilities, boathouse facilities, or any other facility for the use of which a charge is made by the Commission, except after payment of the charge or price fixed by the Commission.

3. ANIMALS - No person shall cause or permit any animal owned by him, except dogs restrained by leash and/or horses on roads, driveways, and bridle paths, to enter any park or property under the jurisdiction of the Commission, and each such animal found at large may be seized and disposed of by employees of the Commission. Dogs shall not be allowed at bathing areas under any circumstances.

4. DISORDERLY CONDUCT - No person shall disobey an order of a park patrolman, superintendent, caretaker, State trooper, local policeman or constable, when such officials are engaged in enforcing State or local laws or the Rules and Regulations of this Commission, or use threatening, abusive or insulting language to such officials. No person shall injure, steal or molest park property, including flowers, plants, shrubs and trees, do any obscene act, throw stones or missiles, obstruct roads, walks or docks, set off fireworks of any nature, engage in brawls or fights, annoy or assault other persons, be under the influence of intoxicants, throw or deposit bottles, glass, cans, garbage, refuse or litter in any place except the receptacles provided for that purpose, enter or remain within any park area after the hour officially designated for the closing of such park for the night, park vehicles in any place except the duly designated parking areas and in accordance with the instructions of the park officials in charge of such parking areas, or do any other act that may be a source of danger to park property or annoyance and interference with the public using the parks.

Original from UNIVERSITY OF MICHIGAN

5. HUNTING AND FIREARMS - No person shall carry or have in his possession any gun, firearms, ammunition, or explosives and no person shall hunt or trap within or from the park areas except when especially authorized by the Commission to do so. No person shall engage in fishing, spearing or netting in waters restricted by the Commission against such uses.

6. FIRE DANGER - No person shall start or maintain a fire except in the fireplaces provided for that purpose or at places especially indicated by the official in charge of the park and all fires shall be continuously under the care of a competent person. No person shall allow any fire to injure or destroy any shrub, tree or branches thereof or discard or throw away lighted matches, cigarettes or cigars in such a manner as to create a fire risk of any sort. In addition to the fines or penalties provided for the violation of these Rules and Regulations, any person responsible for fire damage or loss of park property, including trees and vegetation, shall pay to the Commission the full cost of restoring such property to its original condition.

7. SPORTS - Boating or landing of boats within a bathing area is forbidden and all persons operating boats shall conform strictly to the instructions of the official in charge of the park as to the limits of such areas. No person shall operate toilets on a boat or throw refuse or litter into the water in the near vicinity of such bathing areas. Any person **bathing** in waters not specifically designated as bathing areas and protected by lifeguard service shall do so entirely at their own risk, and if observed, may be ordered by park officials to cease such bathing. Bathing without proper bathing suits, or undressing and dressing outside of duly provided bath-houses and/or in the public view is prohibited. Games of various kinds shall be played only at places provided for such games. No camp shall be maintained in any park except under permit obtained from the park superintendent and at such places and for such periods as he may designate. No skating or use of frozen-over waters shall be permitted except after the ice has been declared safe by the park official in charge.

8. MEETINGS - No person or organization shall hold or conduct any meeting involving ceremonies, speeches, religious services, performances or entertainments except after obtaining a permit to do so.

9. OMNIBUSES, TAXIS, AND TRUCKS - No omnibuses, taxis or trucks shall operate within property controlled by the Commission except by duly authorized permit and the procedure and conduct of persons operating such vehicles shall at all times be strictly in accordance with the instructions of the park official in charge. The rate of speed for any motor vehicle being operated within the park area shall not be such as will endanger the public and in no case in excess of 30 miles per hour.

10. LOST AND FOUND ARTICLES - Any person finding or taking possession of any personal property of which such person is not the owner, shall deliver the same immediately to the Park Superintendent or to the headquarters of the Commission at Ithaca, N. Y., and losers of such property shall apply to the said Superintendent of park headquarters for restoration of articles.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

11. PENALTIES - Any person who violates any provision of these Rules and Regulations shall be guilty of a MISDEMEANOR and shall, upon conviction be subject to a fine of not to exceed One Hundred Dollars ($100.00) or imprisonment for not more than thirty (30) days, or both such fine and imprisonment, and in addition thereto, shall be liable to a penalty of not less than ten nor more than One Hundred Dollars.

BATHING SUIT REGULATIONS - Bathers are hereby forbidden to bathe in the Finger Lakes State Parks without shirts and with trunks only - they, both men and women, must wear a proper suit consisting of shirt and trunks. (Adopted July 14, 1934).

XI. CENTRAL NEW YORK STATE PARKS COMMISSION - REGION 5.

| | |
|---|---|
| Members; appointment; term; officers. | The Commission consists of five persons appointed by the Governor by and with the advice and consent of the Senate, for five years. Four are required to reside in the District; receive no salaries, but are reimbursed expenses incident to official duties. The Commission selects from its members a Chairman, Vice-Chairman and Treasurer, and a Secretary. If a member is selected as Secretary he may also act as Treasurer. |
| Powers and duties. | The Commission is empowered and directed as follows (L. 1928): |
| Control of parks. | Is vested with immediate control and management of all parks and parkways in the fifth park region; |
| Establish parks and acquire land; method of acquirement. | May establish State parks and parkways and acquire lands for such purposes when moneys have been appropriated therefor; such lands to be acquired by purchase, by entry and appropriation, or by condemnation; |
| Rules and regulations. | May make and enforce necessary rules and regulations; |
| Employ personnel. | Employ such persons as may be provided for and fix their compensation; |
| Fix prices. | Fix the prices to be charged by drivers of public conveyances within the limits of such parks, and the prices to be charged by guides for their services; |
| Conservation powers. | Provide for the protection and propagation of fish and game, and for reforestation of the lands; |
| Appoint police officers. | Appoint one or more persons for the purpose of enforcing law, order and observance of ordinances established for the government and use of the parks and parkways; |
| Gifts of property. | Real and personal property may be granted, conveyed, bequeathed and devised to the State and taken in aid of the purposes of such reservations and parks, or to increase |

Digitized by Google Original from UNIVERSITY OF MICHIGAN

# EXHIBIT 109

Forestry

# DIGEST OF LAWS

RELATING TO

# STATE PARKS

VOLUME II

MISSOURI - NORTH CAROLINA

FEB 18 1938

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Forestry

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# NEW YORK

## I. STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

Jurisdiction. State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928).

Commissioner; appointed; term. A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law. The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified.

Deputy Commissioner; Secretary. A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department. The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties.

Divisions. Directors. Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner:

Division of Parks
" " Lands and Forest
" " Fish and Game
" " Water Power and Control

Director of Parks; powers and duties. The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Deparment and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner.

Visitation and inspection. The Commissioner, and such subordinates and employees as he may designate, have the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department.

Original from UNIVERSITY OF MICHIGAN

the same, and on such trusts and conditions as may be prescribed by the grantors or devisors, provided the same be accepted by the Commission. All such property to be maintained and controlled by the Commission, and the net rents, income and profits to be used exclusively for the purpose of improving the reservations and parks.

Purpose of parks and parkways.

Such parks and parkways are to be forever reserved and maintained for the use and enjoyment of the public, it being the duty of the Commission to preserve the reservations and parks in their natural condition so far as may be consistent with their use and safety, and to improve them in such manner as not to lessen their natural scenic beauty.

XII. RULES AND REGULATIONS - CENTRAL NEW YORK STATE PARKS COMMISSION.

ORDINANCES

Ordinance No. 1

Definitions

Section 1. Definition of terms. Whenever used in any Central New York State Parks Commission Ordinance, the following respective terms, unless otherwise therein expressly defined, shall mean and include each of the meanings herein respectively set forth.

(a) "Park" defined: The term park or parks, unless specifically limited, shall be deemed to include all parks, parkways, spurs, open spaces, roads, and boulevards, and also entrances and approaches thereto, docks and piers, and bridges in, leading to or connecting such park or parks or parts thereof and such other rights and appurtenances as the Central New York State Parks Commission shall utilize whether the same be now or hereafter owned or acquired by the State in fee or otherwise.

(b) "Commission": The Central New York State Parks Commission, created by authority of Chapter 193 of the laws of 1925, and Chapter 242 of the laws of 1928.

(c) "Ordinance": Any ordinance duly adopted and posted as a Central New York State Parks Commission Ordinance.

(d) "Owner": Any person, firm, association, co-partnership or corporation owning, operating, or having the exclusive use of a vehicle, animal or other property under a lease or otherwise.

(e) "Central New York State Parks Patrolman": Any person designated by the Commission as a Central New York State Parks Patrolman and also State Police assigned to the Central New York State Parks Commission.

Original from UNIVERSITY OF MICHIGAN

(f) "Bridle Path": Any path maintained for persons riding on horseback: "Foot Path or Trail": any path or trail maintained for pedestrians.

(g) "Permits": Any written license issued by or under the authority of the Commission permitting the performance of a specified act or acts.

(h) "Persons": Any natural person, corporation, company, association, joint stock association, firm or co-partnership.

(i) "Bathing Area": Any beach or water area designated as a bathing area.

(j) "Unnecessary Stopping": Bringing a vehicle to a complete stop on the road in a park or on a parkway other than in a parking place, or other than in conformity with traffic regulations and other than because of a defect in said vehicle.

Ordinance No. 2

Construction and Scope of Ordinance

Section 1. Construction. In the interpretation of Central New York State Parks Commission Ordinances, their provisions shall be construed as follows: (1) Any terms in the singular shall include the plural; (2) Any term in the masculine shall include the feminine and the neuter; (3) Any requirement or prohibition of any act necessarily performed by any officer or employee of the Commission in line of duty or work as such, or by any person, his agents or employees, in the proper and necessary execution of the terms of any agreement with the Commission; (5) Any act otherwise prohibited by Central New York State Parks Commission Ordinance, provided it is not otherwise prohibited by law or local ordinance, shall be lawful if performed under, by and to the extent authorized thereby, and (6) These ordinances are in addition to and supplement the State Vehicle and Traffic Laws which are in force in all parks and which are incorporated herein and made a part hereof.

Section 2. Territorial Scope. All Central New York State Parks Commission Ordinances shall be effective within and upon all State parks and parkways which may be under the jurisdiction of the Commission in the Counties of Broome, Chenango, Cortland, Madison, Onondaga, Oswego and Otsego, and shall regulate the use thereof by all persons.

Ordinance No. 3

Permits

Section 1. Permits. A permit to do any act shall authorize the same only insofar as it may be performed in strict accordance with the terms and conditions thereof. Any violation by its holder or his agents or employees of any term or condition thereof shall constitute grounds for its revocation by the Commission, or by its authorized representative, whose action therein shall be final. In case of revocation of any permit, all moneys paid for or on account thereof shall, at the option of the Commission, be forfeited to and be retained by it; and the holder of such permit, together with his agents and employees who violated such terms and conditions, shall be jointly and severally liable to the

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

Commission for all damages and loss suffered by it in excess of money so forfeited and retained; but neither such forfeiture and retention by the Commission of the whole or any part of such moneys nor the recovery or collection thereby of such damages, or both, shall in any manner relieve such person or persons from liability to punishment for any violation of any provision of any Central New York State Parks Commission Ordinance.

## Ordinance No. 4

### Prohibited Uses

Section 1. Boating. Boating of any kind in a bathing area is forbidden except such boating as is necessary to keep such areas properly protected and policed. The use of privately owned boats or canoes on any park waters is prohibited.

Section 2. Protection of Bathing Area. No person shall throw, cast, lay or deposit any glass, crockery, or any part thereof or any metallic substance on any bathing area in or adjoining any park.

Section 3. Firearms. No person except employees or officers of the Commission shall carry firearms of any description within the park.

Section 4. Explosives. No person shall bring into or have in any park any explosive or explosive substance.

Section 5. Fires, Lighted Cigars, etc. No person shall kindle, build, maintain or use a fire other than in places provided or designated for such purpose except by special permit. Any fire shall be continuously under the care and direction of a competent person over sixteen years of age from the time it is kindled until it is extinguished. No person shall throw away or discard any lighted match, cigar, cigarette, or other burning object within, on or against any structure, boat, vehicle or enclosure, or under any tree or in underbrush or grass.

Section 6. Alms and Contributions. No person shall solicit alms or contributions for any purpose.

Section 7. Commercial Enterprises. No person shall, without a permit, do any of the following: - Sell or offer for sale, hire, lease or let out, any object of merchandise, or any other thing, whether corporeal or incorporeal; take photographs within the limits of any park for the purpose of selling the negatives thereof, or prints therefrom, or for the purpose of exhibiting negatives thereof, or prints therefrom in public; while operating a boat for hire, land or receive passengers at any dock or wharf under the jurisdiction of the Commission. No person to whom property of the park has been entrusted for personal use shall hire, lease or let out the same to any other person.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

No person shall operate a bus, taxicab or other commercial vehicle designed or used for the transportation of passengers or property, within the park upon park roads without having first received a permit.

Section 8. Advertising. No sign or notice shall be erected or posted at any place in the park without permission in writing from the Commission; nor shall any musical instrument, radio, talking machine, or drum be operated or any noise be made for the purpose of attracting attention to any exhibition of any kind.

Section 9. Gambling. Gambling, games of chance and fortune telling within the park are prohibited; and no person shall participate in the conduct of a lottery, or use or operate any slot machine, or bring in to any park or have in his possession while there any implement or device commonly used, or intended to be used, for gambling purposes.

Section 10. Aviation. No person shall voluntarily bring, land or cause to descend or alight within or upon any park, any aeroplane, flying machine, balloon, parachute or other apparatus for aviation, except under permit. Voluntarily in this connection will mean anything other than a forced landing.

Section 11. Meetings and Exhibitions. No person shall erect any structure, stand or platform, hold any meeting, or exhibition, perform any ceremony, make any speech, or address except by permit.

Section 12. Disorderly Conduct Prohibited. No person shall disobey an order of a Central New York State Parks Patrolman or use threatening, abusive or insulting language; do any obscene or indecent act; throw stones or other missiles; annoy persons, interfere with, encumber, obstruct or render dangerour any drive, path, walk, dock, beach or public place, do any act tending to or amounting to a breach of the peace, climb upon any structure, enter or leave except at established entrance ways or exits; engage in, instigate, aid or encourage a contention or fight, whether or not a ring or prize fight, assault any person, spit upon any walk or structure.

Section 13. No person except employees or officers of the Commission shall be allowed within the park between the hours of 10 P.M. and 6 A.M. except under permit.

Section 14. Minors. No parents, guardian or custodian of any minor shall permit or allow him to do any act prohibited by any Central New York State Parks Commission Ordinance.

Original from UNIVERSITY OF MICHIGAN



# EXHIBIT 110

Forestry

# DIGEST OF LAWS

RELATING TO

# STATE PARKS

## VOLUME II

## MISSOURI - NORTH CAROLINA

FEB 18 1938

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

Forestry

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# NEW YORK

## I. STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

Jurisdiction. State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928).

Commissioner; appointed; term. A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law. The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified.

Deputy Commissioner: Secretary. A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department. The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties.

Divisions. Directors. Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner:

Division of Parks
" " Lands and Forest
" " Fish and Game
" " Water Power and Control

Director of Parks; powers and duties. The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Deparment and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner.

Visitation and inspection. The Commissioner, and such subordinates and employees as he may designate, have the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department.

Digitized by Google Original from UNIVERSITY OF MICHIGAN

Purposes of parks and parkways.

Such parks and parkways to be forever reserved and maintained by the State for the use and enjoyment of the public, it being the duty of the Commission to preserve such reservations and parks in their natural conditions so far as may be consistent with their use and safety and to improve them in such manner as not to lessen their natural scenic beauty.

XVIII. RULES AND REGULATION - TACONIC STATE PARK COMMISSION.

Ordinance Number One - Definitions.

Section 1. Definition of Terms. Whenever used in any Taconic State Park Commission Ordinance, the following respective words, phrases or terms, unless otherwise therein expressly defined or clearly limited by the contextør subject matter, are defined as follows:

(a) The term park shall be deemed to include all parks, parkways, spurs, open spaces, roads and boulevards and also entrances and approaches thereto, docks and piers, and bridges, in, leading to or connecting such park or parks thereof and such other rights and appurtenances in connection therewith as the Taconic State Park Commission shall utilize whether the same be now or hereafter owned or acquired by the State in fee or otherwise.

(b) "Commission": The Taconic State Park Commission, created by authority of Chapter 133 of the Laws of 1925, and Chapter 242 of the Laws of 1928.

(c) "Ordinance": Any ordinance duly adopted as a Taconic State Park Commission Ordinance.

(d) "Owner": Any person, firm, association, co-partnership or corporation owning, operating, or having the exclusive use of a vehicle, animal or other property under a lease or otherwise.

(e) "Park Patrolman": Any person designated by the Commission as a Park Patrolman and also State Police assigned to the Taconic State Park Commission.

(f) "Bridle Path": Any path maintained for persons riding on horseback; "Foot Path or Trail"; Any path or trail maintained for pedestrians.

(g) "Permits": Any written license issued by or under the authority of the Commission, permitting the performance of a specified act or acts.

(h) "Persons": Any natural person, corporation, company, association, joint stock association, firm or co-partnership.

(i) "Bathing Area": Any beach or water area designated as a bathing area.

(j) "Unnecessary Stopping": Bringing a vehicle to a complete stop on the road in a park or on a parkway other than in a parking space, or other than in conformity with traffic regulations and other than because of a defect in said vehicle..

Digitized by Google Original from UNIVERSITY OF MICHIGAN



Ordinance Number Two - Construction and Scope of Ordinances.

Section 1. Construction. In the interpretation of Taconic State Park Commission Ordinances, their provisions shall be construed as follows:

(1) Any term in the singular shall include the plural; (2) Any term in the masculine shall include the feminine and the neuter; (3) Any requirement or prohibition of any act shall, respectively, extend to and include the causing or procuring directly or indirectly, of such act; (4) No provision hereof shall make unlawful any act necessarily performed by any officer or employee of the Commission in line of duty or work as such, or by any person, his agents or employees, in the proper and necessary execution of the terms of any agreement with the Commission; (5) Any act otherwise prohibited by Taconic State Park Commission Ordinances, provided it is not otherwise prohibited by law or local ordinance shall be lawful if performed under, by virtue of and strictly within the provisions of a permit so to do, and to the extent authorized thereby, and (6) These ordinances are in addition to and supplement the State Vehicle and Traffic Laws which are in force in all parks and which are incorporated herein and made a part thereof.

Section 2. Territorial Scope. All Taconic State Park Commission Ordinances shall be effective within and upon all State Parks and Parkways which may be under the jurisdiction of the Commission in the Counties of Putnam, Dutchess, Columbia and Rensselaer, and shall regulate the use thereof by all persons.

Ordinance Number Three - Permits.

Section 1. Permits. A permit to do any act shall authorize the same only insofar as it may be performed in strict accordance with the terms and conditions thereof.

Any violation by its holder or his agents or employees of any term or condition thereof shall constitute grounds for its revocation by the Commission, or by its authorized representative, whose action therein shall be final. In case of revocation of any permit all moneys paid for or on account thereof shall, at the option of the Commission, be forfeited to and be retained by it; and the holder of such permit, together with his agents and employees who violated such terms and conditions, shall be jointly and severally liable to the Commission for all damages and loss suffered by it in excess of money so forfeited and retained; but neither such forfeiture and retention by the Commission of the whole or any part of such moneys nor the recovery or collection thereby of such damages, or both, shall in any manner relieve such person or persons from liability to punishment for any violation of any provision of any Taconic State Park Commission Ordinance.

Ordinance Number Four - Prohibited Uses.

Section 1. Boating. Boating of any kind in a bathing area is forbidden except such boating as is necessary to keep such areas properly protected and policed. The use of privately owned boats or canoes on any park waters is prohibited except under permit.

Digitized by Google Original from UNIVERSITY OF MICHIGAN

Section 2. Protection of Bathing Area. No person shall break, throw, cast, lay or deposit any glass, crockery, or any part thereof or any metallic substance in any park, except in receptacles provided for the purpose or as directed by Park employees.

Section 3. Firearms. No person except employees or officers of the Commission shall carry firearms of any description within the park.

Section 4. Explosives. No person shall bring into or have in any park any explosive or explosive substance.

Section 5. Fires, Lighted Cigars, etc. No person shall kindle, build, maintain or use a fire other than in places provided or designated for such purpose except by special permit. Any fire shall be continuously under the care and direction of a competent person over sixteen years of age from the time it is kindled until it is extinguished. No person shall throw away or discard any lighted match, cigar, cigarette, or other burning object within, on or against any structure, boat, vehicle, or enclosure, or under any tree or in underbrush or grass.

Section 6. Alms and Contributions. No person shall solicit alms or contributions for any purpose.

Section 7. Commercial Enterprises. No person shall without a permit, do any of the following: Sell or offer for sale, hire, lease or let out, any object or merchandise, or any other thing, whether corporeal or incorporeal. No person to whom property of the park has been entrusted i[illegible]onal [illegible] shall hire, lease or let out the same to any other person.

Section 8. Advertising. No sign or notice shall be erected or posted at any place in the park without permission in writing from the Commission; nor shall any musical instrument, radio, talking machine or drum be operated or any noise be made for the purpose of attracting attention to any exhibition of any kind nor in such a manner as to become a nuisance.

Section 9. Gambling. Gambling, games of chance and fortune telling within the park are prohibited; and no person shall participate in the conduct of a lottery, or use or operate any slot machine, or bring in to any park or have in his possession while there any implement or device commonly used or intended to be used, for gambling purposes.

Section 10. Aviation. No person shall voluntarily bring, land or cause to descend or alight within or upon any park, any aeroplane, flying machine, balloon, parachute or other apparatus for aviation, except under permit. Voluntarily in this connection will mean anything other than a forced landing.

Section 11. Meetings and Exhibitions. No person shall erect any structure, stand or platform, hold any meeting or exhibition, perform any ceremony, make any speech, or address, except by permit.

Original from UNIVERSITY OF MICHIGAN



Section 12. Disorderly Conduct Prohibited. No person shall disobey an order of a Park Patrolman or use threatening, abusive or insulting language; do any obscene or indecent act; throw stones or other missiles; annoy persons, interfere with, encumber, obstruct or render dangerous any drive, path, walk, dock, beach, or public place; do any act tending to or amounting to a breach of the peace; climb upon any structure, enter or leave except at established entrance ways or exits, engage in, instigate, aid or encourage a contention or fight, whether or not a ring or prize fight, assault any person; spit upon any walk or structure.

Section 13. No person except employees or officers of the Commission shall be allowed within the park between the hours of 10:00 P.M. and 6:00 A.M. except under permit.

Section 14. Minors. No parent, guardian or custodian of any minor shall permit or allow him to do any act prohibited by any Taconic State Park Commission Ordinance.

Ordinance Number Five - Regulated Uses.

Section 1. Hunting and Fishing. (a) No person within the confines of the park shall hunt, pursue, trap or in any way molest any wild birds or animals nor shall any person have any such wild birds or animals in his possession within the park. (b) No persons shall fish in any waters of any park except at such times and such places where fishing shall be permitted.

Section 2. Bathing. No person shall bathe, wade, or swim in any waters under the jurisdiction of the Commission, except at such times and in such places as the Commission may designate as bathing areas, and unless so covered with a bathing suit as to prevent any indecent exposure of the person, nor shall any person dress or undress in any place therein, except in such bathing places as may be maintained by the Commission. The undressing and removal from the person of street clothes other than coats, jackets, sweaters, shoes and stockings, even though such garments are covering a bathing suit is prohibited.

Section 3. Games. No person shall throw, cast, catch, kick or strike any baseball, golf ball, football, basketball, bean bag or other object except in places designated therefor.

Section 4. Camping. No camp shall be maintained in any park except under permit, and at such particular places and for such specified periods as may be designated.

Section 5. Coasting and Skating. No person shall coast with handsleds, bobs, carts or other vehicles on wheels or runners, except at such places as may be designated therefor. No person shall use roller skates, except at such times and upon such places as may be designated therefor, or skate, sled, walk or go upon any ice, except at

Digitized by Google Original from UNIVERSITY OF MICHIGAN

# EXHIBIT 111

Forestry

# DIGEST OF LAWS

RELATING TO

# STATE PARKS

VOLUME II

MISSOURI - NORTH CAROLINA

FEB 18 1938

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google
Original from UNIVERSITY OF MICHIGAN

Forestry

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# N E W  Y O R K

## I. STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

Jurisdiction. State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928).

Commissioner; appointed; term. A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law. The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified.

Deputy Commissioner: Secretary. A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department. The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties.

Divisions. Directors. Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner:

Division of Parks
" " Lands and Forest
" " Fish and Game
" " Water Power and Control

Director of Parks; powers and duties. The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Deparment and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner.

Visitation and inspection. The Commissioner, and such subordinates and employees as he may designate, have the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department.

Digitized by Google Original from UNIVERSITY OF MICHIGAN

Cooperation with
New Jersey.

In laying out and maintaining the park, regard is to be given to the laying out and maintenance of such park as may be established by the State of New Jersey along the palisades and Hudson River, and so far as may be, lay out and maintain the park in such manner that a continuous park will be formed.

Note: The provisions of the Constitution (Art. 7, Sec. 7) that forest preserves are to be forever kept as wild forest lands only applies to land of the State now owned or hereafter acquired, and does not prevent the Commissioners of the Palisades Park from acquiring lands which a public service corporation has previously sought to condemn (1917) 164 N.Y.S. 430.

XX.  RULES AND REGULATIONS - COMMISSIONERS OF THE PALISADES INTERSTATE PARK.

1.  TERMS.

The term "Park" as used hereinafter means the New York Section of the Palisades Interstate Park.  The term "Commissioners" means the Commissioners of the Palisades Interstate Park in the State of New York.  The term "person" includes persons and corporations.

2.  PRESERVATION OF THE PROPERTY AND NATURAL FEATURES OF THE PARK.

No person shall injure, deface, disturb or befoul any part of the Park nor any building, sign, equipment or other property found therein; nor shall any tree, flower, shrub, rock or other mineral be removed, injured or destroyed.

3.  GARBAGE, SEWERAGE, REFUSE AND OBNOXIOUS MATERIAL.

No person shall deposit in any part of the Park any garbage, sewerage, refuse, waste or other obnoxious material, otherwise than in receptacles or pits provided for such purpose.

4.  TRAFFIC.

No person shall drive or propel, or cause to be driven or propelled, along or over any road within the Park any vehicle at a greater rate of speed than thirty five (35) miles per hour, nor around curves or between points so marked at a greater rate of speed than twenty (20) miles per hour.

No person shall move out of his place in any line of traffic at any time established by the Commissioners or by their authority on any of the Park roads.

No person shall park, or store any motor car, motorcycle, bicycle, wagon or other vehicle within the Park except in places designated for such purpose.

No vehicle shall be parked or operated in the Park after dark without lights.

No vehicle shall be parked in the Park after midnight except in places designated for such purpose.

 Digitized by Google

 Original from UNIVERSITY OF MICHIGAN

5. CAMPING.

No camps shall be maintained for any period except at such places as may from time to time be designated for camping.

No person shall camp at any place in the Park without first obtaining a permit for such purpose.

6. FIRES.

No fires shall be lighted at any time in any part of the Park except in places designated for such purpose.

No person shall leave a fire until same has been completely extinguished.

7. COMMERCIAL ENTERPRISES.

No person shall, without a permit from the Commissioners, sell or offer for sale within the Park any property or privilege whatsoever, nor shall any person to whom property of the Park has been entrusted for personal use, hire, lease or let out the same to any other person.

No person shall take photographs or moving pictures within the Park for the purpose of selling the negatives thereof or prints therefrom without having first received a permit from the Commissioners.

No person shall operate a bus, taxicab or other vehicle for the transportation of passengers or property for hire within the Park without having first received a permit from the Commissioners. No permit, however, shall be required for the operation of such vehicles from or to points outside the Park through the Park on State, County,State and County, or Town Highways, provided that no stops are made in the Park for the reception or discharge of passengers or property.

No commercial vehicle shall be allowed in the park except as specified above.

No person operating a boat for hire shall without a permit land or receive passengers at any of the docks owned or controlled by the Commissioners.

8. FIREARMS.

No person, except employees or officers of the Commissioners, shall carry firearms of any description within the park. No unauthorized person shall carry any airgun, sling shot, bow and arrow, or any other device whereby a missile may be thrown.

9. HUNTING, FISHING AND MOLESTING WILD LIFE.

No person within the confines of the Park, unless ordered by the Commissioners shall hunt, pursue with dogs, trap or in any other way molest any of the wild birds and beasts found within the confines of the Park.

No person shall fish in Queensboro Brook from the headwaters thereof to its inlet into Lake Nawauhunta.

Digitized by Google · Original from UNIVERSITY OF MICHIGAN

No person shall fish in Summit Lake, Barnes Lake, Upper and Lower Cohasset Lakes, Upper and Lower Twin Lakes, or in Te Alta Lake between June 15th and September 5th of each year, excepting campers on these lakes and on special permit. On all other lakes devoted to camping, fishing shall cease not later than 8 P.M. daily from July 1st to Labor Day, inclusive. Bathing, picnicking, camping and fishing on Tiorati Brook within the limits of the Park below the Tiorati Lake Dam are hereby prohibited.

FISHING OR CRABBING off any docks the property of the Park along the Hudson River is hereby prohibited except at points designated for that purpose.

10. GAMBLING.

Gambling in the Park is prohibited, and no person shall bring into the Park or have in his possession while there any implement or device commonly used or intended to be used for gambling purposes.

11. SIGNS.

No sign or notice shall be erected or posted at any place in the Park without permission in writing from the Commissioners.

12. GRAZING.

The running at large, herding, grazing or driving of live stock of any kind in or through the Park without a permit is prohibited.

13. DOGS AND CATS.

No person shall bring into, have or keep in the Park any cat or other animal destructive of bird life, nor shall any person bring into, have or keep in the Park any dog unless the same is in leash or a permit for the bringing in and keeping of such dog within the Park has been obtained from the Commissioners.

14. CONDUCT.

The use of loud, boisterous or indecent language, and the interference with any officer of the Park in the performance of his duty is prohibited.

No person within the confines of the park shall be indecently dressed or exposed.

No person shall conduct himself in such a manner as to endanger the life, limb or property of other visitors to the Park.

15. DRUGS.

The possession within the Park of any narcotic drug or intoxicating liquor other than liquor on sale under State license, is hereby prohibited.

16. BATHING.

Bathing, diving or swimming in or off any property of the Park, except at points designated for that purpose, is prohibited.

Digitized by Google
Original from UNIVERSITY OF MICHIGAN 

No person shall change his or her clothing except in the bathhouses provided for this purpose.

17. BOATS.

The propelling, landing or storing of any canoe, boat or any other vessel in or near any waters within or off the Park property is prohibited, except at points designated for that purpose.

No boats or canoes shall be left over night on any lake in the Park, except that organizations occupying camps under regular camp contracts or individuals camping under regular permits may, after securing special boat permits, keep boats or canoes owned solely by the organization or camper on the lakes during the camping season for the exclusive use of said organization and their guests.

No boats propelled by internal combustion engines are permitted upon the lakes of the Park except by special permission.

XXI. WESTCHESTER COUNTY PARK COMMISSION AS AGENT FOR THE STATE - REGION 9.

Powers and duties. As Agent for the State, the functions, powers and duties of the above Commission are as follows (as amended 1932):

Establish parks, etc. Acquire lands. Lay out, establish, acquire, control, operate, maintain and manage State reservations, parks and parkways in the County of Westchester (which comprises the ninth park region), and to acquire lands for such purposes when moneys have been appropriated therefor. Such lands, when acquired, to become the property of the State. The Commission to have the same duties and powers relating to State lands, reservations, parks, parkways, structures and buildings that they have by statute relative to county parks, lands, structures and buildings;

Construct buildings. Construct, reconstruct, complete, alter or repair buildings, structures and other improvements and appurtenances, or demolish or remove the same;

Provide and operate facilities. Provide and operate facilities for the use and enjoyment of the reservations, parks and parkways by the public, and for increasing their accessibility to the public as it may determine to be necessary or expedient;

Rules and regulations. Adopt and enforce ordinances, rules and regulations governing the use of the areas, and traffic in and through the same; and to provide that the violation of any one or more of such constitutes the crime of a misdemeanor;

Sell materials. Sell and cause to be removed any materials, timber, houses, structures and profits a prendre which it determines to be not necessary or desirable for the uses and purposes of such reservations, parks or parkways;

Original from UNIVERSITY OF MICHIGAN

# EXHIBIT 112

Forestry

# DIGEST OF LAWS

RELATING TO

# STATE PARKS

VOLUME II

## MISSOURI - NORTH CAROLINA

FEB 18 1938

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Forestry

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# NEW YORK

## I. STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

Jurisdiction. State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928).

Commissioner; appointed; term. A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law. The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified.

Deputy Commissioner; Secretary. A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department. The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties.

Divisions. Directors. Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner:

Division of Parks
" " Lands and Forest
" " Fish and Game
" " Water Power and Control

Director of Parks; powers and duties. The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Deparment and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner.

Visitation and inspection. The Commissioner, and such subordinates and employees as he may designate, have the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

| | |
|---|---|
| Improve municipal lands. | With the consent of the local authorities having jurisdiction thereof, may improve, maintain and use the lands of any municipality adjoining any reservations, parks or parkways acquired; |
| Impound animals. | Seize and impound cattle or other animals roaming in, on or through any reservations, parks or parkways. |
| Use of funds appropriated. | Moneys appropriated for the carrying out of the provisions of the law may be used for the purpose of paying salaries, wages and all other necessary expenses incidental thereto. |

XXII. RULES AND REGULATIONS - WESTCHESTER COUNTY PARK SYSTEM

ARTICLE I

Definitions and Construction

Section 1. Definitions: Unless otherwise expressly stated whenever used in any park or parkway ordinance rule or regulation, the following terms shall respectively be deemed to mean:

(1) Beach. The shore and the lands contiguous thereto of any lake, pond, river, stream or other body of water within, abutting upon or adjacent to any park.

(2) Bronx Parkway Extension. Same as State Parkway.

(3) "City," "Town" or "Village". Any City, Town or Village wholly or partly within any portion of any park.

(4) Commission. The Westchester County Park Commission created by authority of Chapter 292 of the Laws of 1922 and the acts amendatory thereof and supplemental thereto, acting under authority vested in it under the provisions of Chapter 559 of the Laws of 1932.

(5) Crossing. Any crossing, whether marked by a pavement or otherwise, the extension or prolongation of any walk, path, footpath or sidewalk space across any intersecting drive, street, highway, or bridle path.

(6) Curb. Any boundary of any drive or bridle path, whether or not marked by a curbstone.

(7) Chauffeur. Shall mean any person who is employed for the principal purpose of driving a motor vehicle or who drives a motor vehicle while in use as a public or common carrier of persons or property.

(8) Driver. Any person who propels, operates, or is in charge of a vehicle.

(9) Drive. Any road, street, avenue, drive, access, parkway, roadway or boulevard maintained by the Commission or otherwise, for vehicular use, including the parts thereof under or over any bridge.

(10) Drive Intersection. Any area bounded by the side lines, real or projected, of one or more drives or streets, which meet or cross other drives or streets.

(11) Omnibus. Shall include any motor vehicle held and used for transportation of passengers for hire.

Digitized by Google  Original from UNIVERSITY OF MICHIGAN

(12) Officer in Charge. Any member of the State Police or any Peace Officer acting as such under the supervision and direction of the State Police.

(13) One Way Drive. Any drive whereon traffic is restricted to one direction.

(14) Operator. Shall mean any person other than chauffeur who operates or drives a motor vehicle or motorcycle on any parkway, drive or roadway.

(15) Ordinance. Any ordinance duly adopted and published as provided by Section 766 of Article 16, Subdivision 4 of Chapter 647 of the Laws of 1911, being Chapter 65 of the Consolidated Laws as amended by Chapter 559 of the Laws of 1932.

(16) Owner. Any person, firm, association, co-partnership or corporation owning, operating or having the exclusive use of a vehicle, under a lease or otherwise, for a period greater than thirty days.

(17) Park. The term "Park" or "Parks" unless specifically limited shall be deemed to include all public parks, parkways, reservations, beaches, open spaces, bodies of water, and boulevards, buildings, structures and concessions, owned or controlled by the State of New York in the County of Westchester, under the jurisdiction and control of the Westchester County Park Commission and also entrance and approaches thereto, and streets, roads, docks and bridges between, to, in, through or connecting such park or parks or parts thereof and such other rights and appurtenances as the Westchester County Park Commission shall utilize for the purposes as set forth in Chapter 693 of the Laws of 1923, Chapter 603 of the Laws of 1924, Chapter 16 of the Laws of 1926, Chapter 559 of the Laws of 1932, and the acts amendatory thereof and supplemental thereto, whether the same be now or hereafter owned or acquired, in fee or otherwise, or maintained or controlled by the State of New York.

(18) Parking Place. Any part of any drive or space in any park or reservation designated as a place for the standing of vehicles.

(19) Park Waters. The water of any lake, pond, river, stream or other body of water wholly or in part, in, upon, along or in front of any park or reservation.

(20) Path. (a) "Bridle Path." Any path in any park or reservation maintained for persons riding on horseback and so marked. (b) "Foot Path." Any path in any park or reservation maintained for pedestrians.

(21) Pedestrian. Shall include all persons making use of any drive or path for foot passage. (a) Equestrians shall include all persons making use of any drive, path or bridle path or any park area for passage on horse back.

(22) Permit. Any written authorization for the exercise of a specified park or reservation privilege issued by or under the authority of the Westchester County Park Commission permitting the performance of a specified act or acts.

(23) Person. Any natural person, corporation, company, association, firm or co-partnership.

(24) Reservation. Any lands or premises owned or controlled by the State of New York in the County of Westchester under the jurisdiction and control of the Westchester County Park Commission as agent for the State.

Original from UNIVERSITY OF MICHIGAN

(25) Rule or Regulation. Any rule or regulation duly adopted and published as provided by Section 766 of Article 16, Subdivision 4 of Chapter 647 of the Laws of 1911 as amended by Chapter 559 of the Laws of 1932.

(26) Safety Zone. Any space (within any drive) established for pedestrians.

(27) State Police. Members of the State Police force created and existing under the provisions of Article 9-A of the Executive Law.

(28) State Parkway. The term "State Parkway" unless specifically limited shall be deemed to include all public parks, parkways, reservations, beaches, bodies of water, boulevards, buildings, structures and concessions owned or controlled by the State of New York, under the jurisdiction and control of the Westchester County Park Commission, and also entrances and approaches thereto and streets, roads, docks and bridges between, to, in, through or connecting such park or parks or parts thereof and such other rights and appurtenances as the Westchester County Park Commission shall utilize for the purposes as set forth in Chapter 693 of the Laws of 1923, Chapter 603 of the Laws of 1924, Chapter 16 of the Laws of 1926, Chapter 559 of the Laws of 1932, and the acts amendatory thereof and supplemental thereto, whether the same be now or hereafter owned or acquired, in fee or otherwise or maintained or controlled by the State of New York.

(29) Vehicle. Any conveyance (except a baby carriage) including a motor vehicle, also a bicycle, tricycle, pushcart or vehicle propelled by muscular power or otherwise, also any horse.

(30) Westchester County Park Commission. The Commission created and existing under the provisions of Chapter 292 of the Laws of 1922 and the acts amendatory thereof and supplemental thereto, acting as agent of the State of New York under and pursuant to the provisions of Chapter 559 of the Laws of 1932.

(31) Construction. In the interpretation of these ordinances, rules and regulations, their provisions shall be construed as follows:

1. Any term in the singular shall include the plural.
2. Any term in the masculine shall include the feminine and neuter.
3. Any requirement or prohibition of any act, shall respectively extend to and include the causing or procuring, directly or indirectly, of such act.
4. No provision hereof shall make unlawful any act necessarily performed by any officer or employee of the Westchester County Park Commission in line of duty or work as such, or by any person, his agents or employees, in the proper and necessary execution of the terms of any agreement with said Commission, and
5. Any act prohibited by these ordinances, provided such act be not otherwise prohibited by law or local ordinances shall be lawful, if performed under, by virtue of, and strictly within the provisions of a permit so to do, and to the extent authorized thereby.

Digitized by Google Original from UNIVERSITY OF MICHIGAN



ARTICLE II

General Provisions

Section 1. Advertising Prohibited. No person shall post, paint, affix, distribute, deliver, place, cast or leave about, any bill, placard, ticket, hand bill, circular, or advertisement; display any flag, banner, transparency, target, sign, placard, or any other matter for advertising purposes; or operate any musical instrument or drum for any purpose whatsoever in any park, or reservation, except under a permit.

Section 2. Air Rifles and Spring Guns. No person shall have or carry while in any park whether concealed or not concealed on his person, any pistol, air rifle, spring gun or other instrument or weapon in which the propelling force is air or a spring or other than an explosive except under a permit.

Section 3. Animals and Fish. No person shall molest, kill, wound, trap, hunt, take, chase, shoot or throw missiles at, remove, or have in his possession, any animal, mammal, reptile, bird, bird's nest or squirrel nest or remove the young of any such animal or the eggs or young of any fish, mammal, or bird, or knowingly buy, receive, have in his possession, sell or give away any such animal, mammal, bird or eggs so killed or taken, or shoot, discharge or throw missiles at any fish in any park waters, or place therein any piscivorous fish, poison or other substance injurious to fish. Nothing in this section contained, however, shall prohibit fishing in any park, reservation or park waters, except where signs are posted prohibiting the same, by persons duly licensed therefor during the open season as provided in the Conservation Law of the State of New York, and the acts amendatory thereof and supplemental thereto.

Section 4. Animals at Large. No unmuzzled dog shall be permitted in any park between the first days of June and November in any year. No person shall cause or permit any animal owned by him or in his custody or under his control, except a dog when restrained by a leash not exceeding six feet in length, to roam, go or be at large in, on or through any park, and any such animal so found at large may be seized and impounded or disposed of as provided by law or ordinance governing the disposal of stray animals on highways or other public places then in effect at the place where such stray animals may be seized.

Section 5. Aviation. No person shall bring, land or cause to descend or alight, within or upon any park or the waters therein, any aeroplane, flying machine, balloon, parachute or other apparatus for aviation.

Section 6. Basket Parties, Picnics and Eating on Beaches. No person shall hold a basket party or picnic or consume any foodstuffs in any park or on any beach except at those places specifically designated therefor.

Section 7. Board Walk and Park Walk. No vehicles, except baby carriages and wheel chairs shall be allowed or permitted on any boardwalk or park walk or path.

Section 8. Coasting. No person shall coast with hand sleds, bobs, carts or other vehicles, on wheels or runners, in any park except at such places as may be designated therefor.

Original from UNIVERSITY OF MICHIGAN

Section 9. Drains and Sewers. No person shall discharge directly or indirectly into any opening or into any gutter leading into any sewer, receiving basin, or drain, in or leading into any park, any sewage, oil, gas or vapor, or any substance which may form a deposit tending to choke the same, or any volatile inflammable liquid, (such liquid being liquid which will emit an inflammable vapor at a temperature below 160 degrees Fahrenheit) or any steam or hot water above 130 degrees Fahrenheit.

Section 10. Destruction and Injury of Park Property. No person shall remove, cut, break, injure, deface or tamper with any tree, shrub or other plant, wild or cultivated, grass, post, railing, chain, guard, lamp, lamp post, seat, table, fire place, tree guard, building, hydrant, fountain, basin, water pipe, sewer, drain, structure, drive, walk, lawn or other property in or upon any park or park street or injure, remove, deface or destroy any sign, inscription, post or safety device in any park.

Section 11. Dogs and Other Animals. Notwithstanding the provisions of Article 11, Section 4 of these ordinances, no dog or other animal shall be permitted on any boardwalk, beach, pool area, or in, around, or upon any amusement device, buildings or concessions.

Section 12. Explosives and Fireworks. No person shall bring into or have in any park any fireworks or explosives including any substance, compound, mixture or article having properties of such a character that alone, or in combination or contiguity with other substances or compounds, may decompose suddenly and generate sufficient heat, gas or pressure, or any or all of them to produce rapid flaming or combustion, or administer a destructive blow to surrounding objects.

Section 13. Fires, Lighted Cigars, etc. No person shall kindle, build, maintain or use a fire, except under a permit, or in fireplaces provided by the Westchester County Park Commission therefor, and so designated by signs. Any fire shall be continuously under the care and direction of a competent person from the time it is kindled until it is extinguished, and no fire shall be built within ten feet of any shrub or building or beneath the branches of any shrub or in any underbrush. No person shall deposit, throw away or discard any inflammable material, lighted match, cigar or cigarette within, on or against any building, structure, boat, car, vehicle or enclosure, or under any trees, shrubs or in any underbrush or other park surface unless it be to deposit the same in a suitable container provided for the reception thereof.

Section 14. Games. No person shall throw, cast, catch, kick or strike any ball of any kind or other object except in places designated therefor.

Section 15. Guns, Rifles and Revolvers and Amunition Therefor. No person shall have or carry while in any park whether concealed or not concealed on his person, any pistol, gun, rifle, revolver or other firearms of any class or kind, or any amunition therefor, except when so authorized by law.

Section 16. Repealed. 

Section 17. Hunting and Fishing. No person shall hunt in any park, reservation or park waters without having first received a permit therefor; nor shall any person fish in any park, reservation or park waters where signs are posted therein which prohibit fishing.

Section 18. Injury to Property. No person shall injure, deface, displace, remove, fill in, raise, destroy or tamper with any drive, path, walk, bridge or approach thereto, take up, remove or carry away any asphalt, flagstone, rock, stone, gravel, sand, clay or earth; or make any excavation of any kind, name or nature; or harvest, cut, injure, or remove any ice, or injure, deface, displace, remove or destroy any structure, building, post, traffic sign or signal, railing, bench, seat, platform, stand, tree guard, electric, telephone or telegraph wire, pipe or main for conducting electricity, gas water or wires, or any hydrant, sewer, drain, pipe, main, receiving basin, covering, manhole or vent forming a part thereof, or any appurtenances or appendage connected therewith, or any other property or equipment, real or personal, owned by or under the jurisdiction or control of the Westchester County Park Commission, or appertaining to the creation, government, use or maintenance of any park; or injure, deface, displace, remove, or destroy any sign, inscription, post or monument, erected or marked for any purpose; or any mile-board, milestone, danger sign or signal, guide sign or post or any signal device sanctioned, installed or placed by the said Commission or by the State, County or any City, Town or Village within any park or reservation for the purpose of directing, restricting or regulating traffic, establishing zones or giving information or directions to the public; or interfere with any lamp, lamp post, gas or electric light apparatus or extinguish the light therein, except by proper authority.

Section 19. Intoxicants. No person shall sell or give away or display or drink or cause or permit or procure to be sold, given away, displayed or drunk any alcoholic or spirituous liquors or beverages in or upon any drive, path, walk, parkway building or place within any park, except only such alcoholic or spirituous liquors or beverages as may be specifically permitted by the Commission and only at the places specifically designated and approved by the Commission.

Section 20. Merchandise, Sale Prohibited. No person shall sell or offer for sale in any park any object or merchandise or any other thing, without having first received a permit therefor.

Section 21. Minors. No parent, guardian or custodian of any minor shall permit or allow such minor to do any act prohibited by these ordinances.

Section 22. Overhead Wires. No person shall attach or string any electric, telephone, telegraph, aerial, or other wire, guy, rope or other object or adjust or carry the same into or over any park, drive or park street or construct any conduit whatever for the running of wires beneath the ground.

Section 23. Pictures. No person shall take photographs or moving pictures within any park for the purpose of selling negatives thereof or prints therefrom or reporductions thereof or of exhibiting the same without first having received a permit therefor.

Section 24. Pollution of Park Waters. No person shall, within or without any park, throw, cast, lay, drop or discharge into, or leave in any park or park waters or any tributary, brook, stream, storm sewer, or drain flowing into the same, any substance, matter or thing, liquid or solid, which may or shall result in the pollution of the waters thereof.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

25. Preservation of Trees, Shrubs and Grass. No person shall in any park destroy, cut, break, deface, mutilate, injure, disturb, sever from the ground or remove any plant, flower, flower bed, shrub, tree, growing thing, plant growth or any branch, stem or leaf thereof or pile or maintain any material or debris of any kind against or upon the same; or attach any rope, cable or other contrivance thereto; or set fire or assist another to set fire to any timber, trees, shrubs, plants, flowers, grass or plant growth; or hitch any horse or other animal or leave the same standing near enough to injure any lawn or grass plot; or go upon the same except where and at such times when permission to do so shall have been given by the Commission to the public.

Section 26. Rubbish and Refuse Matter. No person shall take into, carry through, leave in, or throw, cast, lay, drop or discharge into or on, or suffer or permit any servant, agent, employee, or person in his or her charge, to take into, carry through, leave in, or throw, cast, lay, drop or discharge into or on any park or in any park waters, any ashes, dross, cinders, shells, papers, dirt, sand, oil, grease, clay, loam, stone or building rubbish, hay, straw, grain, sawdust, shavings or manufacturing trade or household waste, old iron or other metal or objects made therefrom or rubbish of any sort; or sick, diseased or dead animals, organic refuse, or other offensive matter, including swill, brine, urine, fecal matter, garbage or rubbish.

Section 27. Sub-Surface Disturbance. No person shall open, expose or interfere with any conduit, water or gas pipe, hydrant, stopcock sewer, basin or other construction within or upon any park, or park street, nor make any connection therewith, except under the authority of a permit and upon the deposit of such sum of money as may be required by the Commission to insure the restoration of the soil, sod, plants, shrubs, trees, sidewalk, pavement, curb, gutter and flagging disturbed in making such opening or connection.

Section 28. Skating and Sledding. No person shall use roller skates, pushmobiles or any other similar device in any park except at such times and at such places as may be designated therefor, or skate, sled, walk or go on any ice in any park except at such times and at such places as may be designated therefor, and until such ice is declared by or under the authority of the said Commission to be in safe condition therefor, and so designated.

Section 29. Solicitation of Alms Prohibited. No person shall solicit alms or contributions in any park for any purpose.

Section 30. Uses of Park Property Prohibited. No person shall use in any manner whatsoever any park property or any part thereof, or any building thereon for any illegal, immoral or bawdy purposes, or for any purpose in violation of any Federal, State, or Municipal law, ordinance, rule, order or regulation, or of any ordinance, rule or regulation of the Westchester County Park Commission now in effect or hereafter enacted or adopted.

Section 31. Obedience to State Police Officers in Charge and Signs. No person shall fail, neglect or refuse, to comply with or obey the lawful direction or command of any member of the State Police and/or officer in charge or any instruction, direction, regulation, warning or prohibition written or printed, displayed or appearing in any park, enclosure, building or other structure, or in any part thereof.



Original from
UNIVERSITY OF MICHIGAN

# EXHIBIT 113

Case 1:22-cv-00695-JLS Document 77-3 Filed 05/31/24 Page 784 of 828

Forestry

# DIGEST OF LAWS

RELATING TO

# STATE PARKS

## VOLUME II

## MISSOURI - NORTH CAROLINA

FEB 18 1938

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Forestry

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# NEW YORK

## I. STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

Jurisdiction. State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928).

Commissioner; appointed; term. A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law. The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified.

Deputy Commissioner: Secretary. A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department. The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties.

Divisions. Directors. Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner:

Division of Parks
" " Lands and Forest
" " Fish and Game
" " Water Power and Control

Director of Parks; powers and duties. The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Deparment and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner.

Visitation and inspection. The Commissioner, and such subordinates and employees as he may designate, have the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

and restrictions as the Commission may deem proper; but the Commission may grant to the county of Nassau or Suffolk, or to any municipal corporation therein, a license or an easement for any public purpose upon such terms and conditions and under such regulations and restrictions as it may deem just and proper; and in addition thereto, may grant licenses or easement to individuals, co-partnerships and corporations, including municipal corporations, to construct sewers, lay water and gas mains and electric conduits within and across such property, and for necessary entrances to parkways from adjoining property in cases where rights of way have been appropriated or condemned for parkway purposes prior to March 1, 1931, and provided that damages will be reduced by such grants;

Rules and regulations. Is authorized and empowered to make suitable rules and regulations for the proper exercise of the powers and duties conferred and imposed upon it; to adopt ordinances for the government and use of the public reservations under its care, and to enforce observance of all rules, regulations and ordinances; and may from time to time change, modify or add to its rules and regulations, or amend its ordinances so as better to adapt them to the accommodation and comfort of the public using the State parks and parkways, the direction of traffic, the convenient distribution of visitors to the various facilities provided, and the meeting of emergencies arising in connection with the usage and operation of the State parks and parkway system.

XXIV. RULES AND REGULATIONS - LONG ISLAND STATE PARK COMMISSION

ORDINANCE NUMBER ONE

DEFINITIONS

Section 1. Definition of terms. Whenever used in any Long Island State Park Ordinance, the following respective terms, unless otherwise therein expressly defined shall mean and include each of the meanings herein respectively set forth.

(a) "Park" defined: The term "park" or "parks", unless specifically limited, shall be deemed to include all parks, parkways, spurs, open spaces and boulevards, and also entrances and approaches thereto, docks and piers, channels and bridges in leading to or connecting such park or parks or parts thereof and such other rights and appurtenances as the Long Island State Park Commission shall utilize whether the same be now or hereafter owned or acquired by the State in fee or otherwise.

(b) "Commission": The Long Island State Park Commission, created by authority of Chapter 112 of the Laws of 1924, and Chapter 242 of the Laws of 1928.

(c) "Ordinance": Any ordinance duly adopted, posted and published as a Long Island State Park Ordinance.

Digitized by Google Original from UNIVERSITY OF MICHIGAN

(d) "Owner": Any person, firm, association, co-partnership or corporation owning, operating, or having the exclusive use of a vehicle, animal or other property under a lease or otherwise.

(e) "Long Island State Park Patrolman": Any person designated by the Commission as a Long Island State Park Patrolman and also State Police assigned to the Long Island State Parks.

(f) "Bridle Path": Any path maintained for persons riding on horseback.

(g) "Foot Path or Trail": Any path or trail maintained for pedestrians.

(h) "Permit": Any written license issued by or under the authority of the Commission, permitting the performance of a specified act or acts.

(i) "Person": Any nautral person, corporation, company, association, joint stock association, firm or co-partnership.

(j) "Bathing Area": Any beach or water area designated as a bathing area; and including the water area adjacent to and within 1000 feet of the bathing beaches on the Atlantic Ocean, the bays along the shores of Long Island, and Long Island Sound.

(k) "Safety Zone": Any space within any drive in a park or parkway established for pedestrians.

(l) "Unnecessary Stopping": Bringing a vehicle to a complete stop on the road in a park or on a parkway other than in a parking place, or other than in conformity with traffic regulations and other than because of a defect in said vehicle.

(m) "Channel": Any body of water or part thereof which has been improved by or is under the jurisdiction of the Long Island State Park Commission and is designated as such on the State Boat Channel System maps of the Commission.

ORDINANCE NUMBER TWO

Construction and Scope of Ordinances

Section 1. Construction. In the interpretation of Long Island State Park Ordinances, their provisions shall be construed as follows: (1) Any term in the singular shall include the plural; (2) Any term in the masculine shall include the feminine and neuter; (3) Any requirement or prohibition of any act shall, respectively extend to and include the causing or procuring, directly or indirectly of such act; (4) No provision hereof shall make unlawful any act necessarily performed by any officer or employee of the Commission in line of duty or work as such, or by any person, his agents or employees, in the proper and necessary execution of the terms of any agreement with the Commission; (5) Any act otherwise prohibited by Long Island State Park Ordinances, provided it is not otherwise prohibited by law or local ordinance, shall be lawful if performed under, by virtue of and strictly within the provisions of a permit so to do, and to the extent authorized thereby, and (6) These ordinances are in addition to and supplement the State Vehicle and Traffic Laws and the State Conservation Laws which are in force in all parks and which are incorporated herein and made a part hereof.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

Section 2. Territorial Scope
All Long Island State Park Ordinances shall be effective within and upon all State Parks and Parkways in the Counties of Nassau and Suffolk, and shall regulate the use thereof by all persons.

ORDINANCE NUMBER THREE

Permits
Section 1. Permits. A permit to do any act shall authorize the same only insofar as it may be performed in strict accordance with the terms and conditions thereof. Any violation by its holder or its agents or employees of any term or condition thereof shall constitute grounds for revocation by the Commission, or by its authorized representative, whose action therein shall be final. In case of revocation of any permit, all moneys paid for or on account thereof shall, at the option of the Commission, be forfeited to and be retained by it; and the holder of such permit, together with his agents and employees who violated such terms and conditions, shall be jointly and severally liable to the Commission for all damages and loss suffered by it in excess of money so forfeited and retained; but neither such forfeiture and retention by the Commission of the whole or any part of such moneys nor the recovery or collection thereby of such damages or both, shall in any manner relieve such person or persons from liability to punishment for any violation of any provision of any Long Island State Park Ordinance.

ORDINANCE NUMBER FOUR

Prohibited Uses
Section 1. Advertising Prohibited. No person shall post, plant, affix, distribute, hand out, deliver, place, cast or leave about, any bill, billboard, placard, ticket, handbill, circular or advertisement; display any flag, banner, transparency, target, sign, placard, or any other matter for advertising purposes; or operate any musical instrument or drum, or cause any noise to be made, for advertising purposes, or for the purpose of attracting attention to any exhibition, performance, show or other purpose.

Section 2. Alms and Contributions
No person shall solicit alms or contributions for any purpose.

Section 3. Animals
No person owning or being custodian or having control of any animal shall cause or permit such animal to enter any park, and any such animal found at large may be impounded except however, that dogs properly muzzled and restrained by a leash not exceeding six feet in length, may be brought into park areas, except buildings, camping and bathing areas and improved walks or boardwalks and excepting also horses may enter parks as hereinafter provided. Any animals seized as above provided or left in the custody of park employees in kennels provided for such purposes and unclaimed within twenty-four (24) hours will be delivered to a public pound.

Section 4. No person shall without a permit, do any of the following things: Sell or offer for sale, hire, lease or let out, any object or merchandise or any other thing whether corporeal or incorporeal; while operating a boat for hire, land or receive passengers at any dock or wharf under the jurisdiction of the Commission; for advertising or publicity purposes, take moving pictures or photographs within the limits of any park, or buy or sell or publish the negatives thereof or the prints therefrom, or exhibit such negatives or prints

in public, or use pictures or photographs of any park, parkway or park structure.

Section 5. Disorderly conduct prohibited. Any person disobeying an order of a Long Island State Park Patrolman or the directions of any park sign, or using threatening, abusive or insulting language; doing any obscene or indecent act; throwing stones or other missiles; annoying persons; interfering with, encumbering, obstructing or rendering dangerous any drive, path, walk, dock, beach, or public place; doing any act tending to or amounting to a breach of the peace; climbing upon any wall, fence, shelter, seat, statue or other structure; entering or leaving any park area except at established entranceways or exists;introducing,carrying or firing any firecrackers, torpedoes, or fireworks; engaging in, instigating, aiding or encouraging a contention or fight, whether or not a ring or prize fight; assaulting any person; playing games of chance; participating in the conduct of a lottery or using or operating any slot machine, gaming table, or instrument, or bringing in to any park or having in his possession while there any implement or device commonly used, or intended to be used, for gambling purposes; selling fortunes or futures; spitting upon any walk, crossing, safety zone, structure, bridge, platform or stairway; casting, throwing or depositing on any walk, crossing, path, dock, safety zone, structure litter or other substance, shall be guilty of disorderly conduct.

Section 6. Explosives. No person shall bring into or have in said parks any explosive, including any substance, compound, mixture or article having properties of such a character that alone or in combination or contiguity with other substances or compounds, may decompose suddently and generate sufficient heat, gas or pressure or any or all of them, to produce rapid flame, combustion, or administer a destructive blow to surrounding objects.

Section 7. Firearms, Weapons and Tools. No person shall have or carry, whether or not concealed upon his person, any pistol or revolver, or any instrument or weapon commonly known as a toy pistol, or in which or upon which loaded or blank cartridges may be used, or any loaded or blank cartridges, or ammunition therefor, except when so authorized by law. No person shall bring into any park, or have in his possession therein, any rifle, shotgun, or fowling piece, or any air gun, spring gun, or other instrument or weapon in which the propelling force is a spring or air.

Section 8. Fires, Lighted Cigars, etc. No person shall kindle, build, maintain or use a fire except in fireplaces provided for the purpose or under special permit. Any fire shall be continuously under the care and direction of a competent person over twenty-one years of age from the time it is kindled until it is extinguished, and no fire shall be built within ten feet of any tree, or building, or beneath the branches of any trees or in any underbrush. No person shall throw away or discard any lighted match, cigar or cigarette within, on or against any building, structure, boat, car, vehicle or enclosure, or under any tree or in underbrush or grass, unless it be to deposit the same in a suitable container provided for the reception thereof.

Section 9. No person shall, between one-half hour after sunset and one-half hour before sunrise, loiter, in a vehicle or otherwise, except under permit or at places designated therefor.

Original from UNIVERSITY OF MICHIGAN





Section 10. Minors. Minors under six years of age shall at all times be under the supervision and control of a parent, guardian or custodian and no parent, guardian or custodian of any minor shall permit or allow him to do any act prohibited by any Long Island State Park Ordinance.

Section 11. Boating in Bathing Areas. Boating of any kind in a bathing area is forbidden except such boating as is necessary to keep such areas properly protected and policed.

Section 12. Aviation. No person shall voluntarily bring, land or cause to descent or alight within or upon any park, any aeroplane, flying machine, balloon, parachute or other apparatus for aviation. Voluntarily, in this connection will mean anything other than a forced landing. These regulations are in addition to the provisions of Article 14 of the General Business Law which are incorporated herein and made a part hereof.

ORDINANCE NUMBER FIVE.

Regulated Uses

Section 1. Bathing. No person shall bathe, wade or swim in any waters under the jurisdiction of the Commission, except at such times and in such places as the Commission may designate as bathing areas, and no person shall bathe, wade or swim or appear in any park unless covered with a bathing suit having both shirt and trunks properly supported with straps or other devices which must be kept in place at all times. The use of trunks only is prohibited. No person shall dress or undress in any park, except in such bathing houses as may be maintained by the Commission.

Section 2. Fishing. Fishing is prohibited in any bathing area or from any bridge, pier, dock, bulkhead or other structure along the edge of or extending into or over any waters under the supervision of the Commission, except such areas as are plainly designated by signs as fishing areas. Fishing is prohibited in all streams, ponds or lakes under the supervision of the Commission except by special permit to be obtained at the headquarters of the Long Island State Park Commission, Belmont Lake State Park, Babylon, New York.

Section 3. Camping. No camp shall be maintained in any park except under permit and at such particular places and for such specified periods as may be designated.

Section 4. Picnics and Outings. The various Park Superintendents and their assistants will regulate the use of recreation facilities under the supervision of the Commission so as to prevent congestion and shall distribute patrons of the park over the park areas in order to insure the maximum use of park areas and in behalf of the comfort of said patrons. All patrons must, at all times, comply with the directions of said Superintendents or their assistants. All organized picnics or outings shall obtain special permits from the Park Commission previous to their arrival at the park.

Section 5. Coasting. No person shall coast with handsleds, bobs, carts or other vehicles on wheels or runners, except at such places as may be designated therefor.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN





# EXHIBIT 114

Forestry

# DIGEST OF LAWS

RELATING TO

# STATE PARKS

## VOLUME II

## MISSOURI - NORTH CAROLINA

FEB 18 1938

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Forestry

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# NEW YORK

## I. STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

| | |
|---|---|
| Jurisdiction. | State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928). |
| Commissioner; appointed; term. | A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law. The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified. |
| Deputy Commissioner; Secretary. | A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department. The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties. |
| Divisions. Directors. | Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner:<br><br>Division of Parks<br>" " Lands and Forest<br>" " Fish and Game<br>" " Water Power and Control |
| Director of Parks; powers and duties. | The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Deparment and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner. |
| Visitation and inspection. | The Commissioner, and such subordinates and employees as he may designate, have the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department. |

Digitized by Google Original from UNIVERSITY OF MICHIGAN

ORDINANCE NUMBER TWELVE

Time when Ordinances Shall Take Effect: - All Long Island State Park Ordinances adopted the 16th day of January, 1932, and numbered from One to Four and Six to Twelve, inclusive, and Ordinance numbered Five, Sections Two to Eleven, inclusive, shall upon first being posted and published as required by law, be and become effective upon the 1st day of April 1932. Section One of Ordinance Number Five, amended the 29th day of June, 1933, shall upon first being posted and published as required by law, be and become effective upon the 1st day of August, 1933.

The amendment to Section 1 of Ordinance No. 2 and to section 3 of Ordinance No.7 of the Long Island State Park Ordinances adopted this 16th day of November,1935, and the amendment to Section 10 of Ordinance No. 4 adopted the 10th day of October, 1934, shall upon first being posted and published, as required by law, be and become effective upon the 15th day of January, 1936.

## XIV. THE THOUSAND ISLANDS STATE PARK COMMISSION - REGION 11.

Members; appointment; terms; officers. The Commission is composed of five persons appointed by the Governor, with the advice and consent of the Senate, for five year terms (rotated). All are required to reside in the region; receive no compensation, but are reimbursed actual and necessary expenses incurred in performing the duties of office. A Chairman, Vice-Chairman, and Treasurer are selected from its members; also selects a Secretary, who may be from its members; if a Commissioner is so selected he may also act as Treasurer (L. 1932).

Powers and duties. Powers and duties of the Commission are as follows (L.1932):

Jurisdiction. Have immediate control and management of any State park or reservation now established in the eleventh park region;

Acquire additional lands by purchase or condemnation. Acquire lands for additional State parks and reservations when moneys have been appropriated therefor; such lands to be acquired by purchase, condemnation, or by entry and appropriation;

Rules and regulations. Make and enforce rules and regulations necessary to effect the purposes thereof not inconsistent with law;

Employ personnel. Employ such persons as may be provided for by appropriation to assist in the management and to care for the parks and reservations, and fix their compensation within the amounts appropriated therefor;

Fix prices transportation, guide service. Fix the price to be charged by drivers of public conveyances for carrying persons for hire within the limits of such parks, and the price to be charged by guides for their services;

Digitized by Google
Original from UNIVERSITY OF MICHIGAN

| | |
|---|---|
| Conservation power. | Provide for the protection and propagation of fish and game in the parks, and for the reforestation of the areas; |
| Gifts of property. | Real and personal property may be granted, conveyed, bequeathed or devised to and taken by the State for the purposes of such reservations and parks, or to increase the same, and on such trusts and conditions as may be prescribed by the grantors or devisors, provided the same be accepted by the Commission; all such property to be maintained and controlled by the Commission, and the net rents, issues, income and profits to be paid into the State Treasury; |
| Appropriations. | Moneys appropriated for the care and maintenance of such reservations and parks and for carrying out the provisions of law is to be paid out of the State Treasury to the Treasurer of the Commission. |
| Purposes of parks. | Such parks and reservations are to be forever reserved and maintained by the State for the use and enjoyment of the public; it being the duty of the Commission to preserve the same in their natural condition so far as may be consistent with their use and safety, and to improve them in such manner as not to lessen their natural scenic beauty. |

XXVI. RULES AND REGULATIONS - THOUSAND ISLAND STATE PARK COMMISSION.

UNDER THE AUTHORITY GRANTED BY THE CONSERVATION LAW AND OTHER LAWS OF THE STATE OF NEW YORK TO MAKE AND ENFORCE RULES AND REGULATIONS IN CONNECTION WITH THE MANAGEMENT OF THE THOUSAND ISLANDS STATE PARKS, THE THOUSAND ISLANDS STATE PARK COMMISSION HEREBY GIVES NOTICE THAT THE FOLLOWING RULES AND REGULATIONS HAVE BEEN ENACTED AND ARE NOW IN EFFECT. THESE RULES AND REGULATIONS SHALL APPLY TO ALL PARKS, PARKWAYS, LANDS AND WATERS UNDER THE JURISDICTION OF THIS COMMISSION, AND ARE IN ADDITION AND SUPPLEMENTARY TO ALL EXISTING STATE AND LOCAL LAWS. ANY ACT PROHIBITED BY THESE RULES AND REGULATIONS SHALL BE DEEMED LAWFUL WHEN DONE UNDER AUTHORITY OF A PERMIT ISSUED BY THE COMMISSION.

No. 1 - ADVERTISING AND SOLICITATION

No person or organization shall post or distribute advertising matter or orally advertise or sell or offer for sale any tickets or service; or solicit within the park areas in connection with things to be sold or provided outside the park. No person or organization shall solicit alms or contributions for any purpose.

No. 2 - DISORDERLY CONDUCT

No person shall disobey any order of a park patrolman, superintendent, caretaker, state trooper, local policeman or constable when such officials are engaged in enforcing State or Local Laws or the Rules and Regulations of this Commission, or use threatening, abusive or insulting language to such officials. No person shall injure, steal or molest park property, do any obscene act, throw stones or missiles, obstruct roads, walks or docks, engage in brawls or fights, annoy or insult other persons, be under the influence of intoxicants, throw or deposit bottles, glass, cans, garbage, refuse or litter in any place except the recep-

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

tables provided for that purpose. No person shall park vehicles in any place except the duly designated parking areas and in accordance with the instructions of the park official in charge, or do any other act that may be a source of danger to park property or annoyance and interference with the public using the parks.

No. 3 - HUNTING AND FIREARMS

No person shall carry or have in his possession any gun, firearms, ammunition or explosives, and no person shall hunt or trap within or from the park area except when especially authorized by the Commission to do so.

No. 4 - FIRE DANGER

No person shall start or maintain a fire except in the fireplaces provided for that purpose or at places especially indicated by the official in charge of the park and all fires shall be continually under the care of a competent person. No person shall allow any fire to injure or destroy any shrub, tree or branches thereof or discard or throw away lighted matches, cigarettes or cigars in such a manner as to create a fire risk of any sort. In addition to the fines or penalties provided for the violation of these Rules and Regulations, any person responsible for fire damage or loss of park property, shall pay to the Commission the full cost of restoring such property to its original condition.

No. 5 - SPORTS

Bathing without proper bathing suits, or undressing or dressing outside of duly provided bath-houses or in public view is prohibited. No camp shall be maintained in any park except under permit obtained from the park caretaker and at such places and for such periods as he may designate.

No. 6 - MEETING

No person or organization shall hold or conduct any meeting involving ceremonies, speeches, religious services, performances or entertainments except after obtaining a permit to do so.

No. 7 - OMNIBUSES, TAXIS AND TRUCKS

No omnibuses, taxis, trucks or peddlers shall operate within property controlled by the Commission except by duly authorized permit and the procedure and conduct of persons operating such vehicles shall at all times be strictly in accordance with the instructions of the park official in charge. The rate of speed for any motor vehicle being operated within the park shall not be such as will endanger the public and in no case in excess of 20 miles per hour.

No. 8 - LOST AND FOUND ARTICLES

Any person finding or taking possession of any personal property of which such person is not the owner, shall deliver the same immediately to the Park Caretaker or to the Headquarters of the Commission at Watertown, N. Y., and losers of property shall apply for restoration of such articles.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

No. 9 - CLOSED PARKS

No person or organization shall attempt to enter or make use of any park or park property after same has been officially closed for the season.

No. 10 - PENALTIES

Any person who violates any provision of these Rules and Regulations shall be guilty of a MISDEMEANOR and shall, upon conviction be subject to a fine of not to exceed One Hundred Dollars or imprisonment for not more than Thirty Days, or both such fine and imprisonment, and in addition thereto, shall be liable to a penalty of not less than TEN nor more than ONE HUNDRED DOLLARS.

XXVII. ORDER ASSIGNING HISTORIC AND SCIENTIFIC PLACES.

Central New York State Parks Commission:

Montcalm Park
Spy Island

Finger Lakes State Park Commission:

Newtown Battlefield Reservation
Squaw Island

Division of Lands and Forests:

Bennington Battlefield
Crown Point Reservation
Fort Cralo
Fort Stanwix
Grant Cottage
Guy Park House
Herkimer Home
Johnson, Sir William, Mansion
Lake George Battlefield
Lester Park
Lower Landing
Oriskany Battlefield
Saratoga Battlefield
Saratoga Monument
Schuyler Mansion
Senate House
Starks Knob

Taconic State Park Commission:

Clinton House

Palisades Interstate Park Commission:

Knox Headquarters
Temple Hill
Washington's Headquarters

Original from UNIVERSITY OF MICHIGAN

 

# EXHIBIT 115

Forestry

# DIGEST OF LAWS
## RELATING TO
# STATE PARKS

## VOLUME III

## NORTH DAKOTA - WYOMING

## TERRITORIES - INSULAR POSSESSIONS

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Forestry

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

XIII. RULES AND REGULATIONS GOVERNING STATE PARKS UNDER THE JURISDICTION OF THE OHIO STATE ARCHAEOLOGICAL AND HISTORICAL SOCIETY.

1. Above all, visitors to this park are respectfully requested to observe a reasonable and lawful rule of conduct at all times. You are urged to treat this park, and every object therein, as if it were your personal property in which you take an exceptional pride.

2. It is a misdemeanor to write or carve your name on or scratch or mar any tree or object within this park. You are requested to register properly and accurately in the register specially provided for that purpose. Fictitious registration is forbidden.

3. It is a misdemeanor to injure or mar trees in any manner. Branches or leaves must not be broken off. Flowers, wild flowers, plants and shrubs must not be plucked or disturbed. Hunting or disturbing of the birds, wild animals, or wildlife of any sort -- except under possible regulatory limitations -- and then only upon the written permission of the Ohio State Archaeological and Historical Society -- is positively forbidden. It is distinctly understood that this is a "wildlife sanctuary" -- where wildlife is protected from every angle.

4. Fishing in any form, including catching of minnows, is prohibited in any state park under the custody of the Ohio State Archaeological and Historical Society.

5. Shooting of firearms of any description or the carrying of firearms, either loaded or unloaded, in any state park under the control of the Ohio State Archaeological and Historical Society, is positively forbidden.

6. Drivers of vehicles over the roadways within this park must observe a safe and reasonable speed limit at all times. The interpretation of the term "safe and reasonable" will be determined by the superintendent of this park, and in cases where no superintendent is employed, by the Ohio State Archaeological and Historical Society; and it may be construed by either to permit some variations between the control and remote portions of the park and under certain varying situations and conditions. In no instance, however, will the maximum speed limit exceed 20 miles per hour.

7. Use the outdoor furnaces. Build no fires on the ground.

8. Visitors may purchase fuel for the outdoor furnaces in conveniently sized bundles from the resident superintendent of this park. Any profits thus accruing will be applied toward providing better accommodations for the visiting public. Visitors may provide their own fuel when they so desire.

9. All contributions are greatly appreciated and will be used in bettering conditions within the park.

10. Rubbish must be placed in receptacles provided for the purpose. All litter and debris must be cleaned up and the grounds left in as neat a condition as found.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN



11. Vehicles will be parked in areas set aside for the purpose -- unless special permission is obtained. Drivers of all vehicles will park under the direction of the park superintendent.

12. Visitors, picnickers, and campers will comply with the instructions of the superintendent of this park in every manner. Refusal or neglect to so comply will constitute a misdemeanor.

13. Advertising of any nature or the exhibiting of placards within this park on the part of outsiders is prohibited. Concession stands operated by any person or persons not officicially connected with the park management, or the sale therein of any commodity, merchandise, or article, by any such person or persons, is forbidden. The delivery of any commodity, merchandise, or article to any user within this park on the part of any such outsider is strictly forbidden -- except in instances when special written permission has been obtained from the Ohio State Archaeological and Historical Society.

14. Reunions, picnic parties, and groups are advised to notify the resident superintendent as far in advance of their coming as possible. Such groups, coming unannounced, run risk of not obtaining desirable accommodations. You are requested to make reservations well in advance.

15. Drinking of beer or intoxicating liquor is banned.

16. Dogs are not permitted to run at large within this park. Permission of such on the part of the owners or by the person whom the dog accompanies, will constitute a misdemeanor.

17. Visitors must not trample upon the mounds or earthworks; monuments, memorials, ceremonial or ornamental objects and property of any and all kinds must not be damaged; nothing may be marred or injured.

18. This park closes at dark. Visitors must then depart or obtain special permission from the resident superintendent in order to remain. Such permission may be granted only after the park superintendent has been furnished ample proof of the justification of such request and upon the assurance that no damage will result and that rules are observed.

19. Campers furnishing satisfactory representations may camp within the park for a reasonable period. Those desiring such accommodations will first notify the resident superintendent of their wishes and when permission has been obtained they will register their names, addresses and automobile numbers. They will then occupy the area designated and comply with the general rules and regulations.

20. Any person acting in a loud and boisterous manner to the annoyance of another or to the detriment of this park, or who creates a nuisance of any sort similarly annoying or detrimental, may be ejected or arrested and prosecuted or both.

21. Any one who violates a reasonable and lawful rule of conduct, or who fails to observe the rules and regulations governing this and other state parks, under the custody of the Ohio State Archaeological and Historical

Digitized by Google Original from UNIVERSITY OF MICHIGAN

Society, may be ejected and is subject to arrest and prosecution. The resident superintendent is vested with police powers and is authorized to arrest violators.

22. The resident superintendent of this park is anxious to extend every courtesy and render any service consistent with the conditions which prevail and with the rules and regulations in effect. Persons will render a distinct service when reporting violations to the undersigned.

THE OHIO STATE ARCHAEOLOGICAL AND HISTORICAL SOCIETY
COLUMBUS, OHIO

H. R. MC PHERSON, Curator of Parks

Digitized by Google                    Original from
UNIVERSITY OF MICHIGAN

# EXHIBIT 116

Forestry

# DIGEST OF LAWS

## RELATING TO

## STATE PARKS

### VOLUME III

### NORTH DAKOTA - WYOMING

### TERRITORIES - INSULAR POSSESSIONS

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Forestry

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Cooperation. The Board to act jointly with a similar Board of the State of Massachusetts and the two bodies so acting to be known as the Blackstone Valley Authority;

Construction, etc. The Authority to provide for the construction and for the subsequent maintenance and operation of the constructed works by making contracts or agreements with the Federal Government, with the Commonwealth of Massachusetts, the State of Rhode Island, or political subdivisions thereof, or with any duly, legally and responsibly constituted districts or agencies or firms;

Reports. The Authority to report annually to the Federal Government and to the Governors of Massachusetts and Rhode Island, and to make recommendations for the continuance and improvement of benefits contemplated under the Act.

VI. REPRESENTATIVE RULES AND REGULATIONS.

State of Rhode Island
BURLINGAME RESERVATION
Charlestown, Rhode Island

Dedicated Forever to the Use and Enjoyment of the People

To the end that it may fulfill its greatest possible usefulness, all who use it and all who appreciate its value are requested to cooperate with the Division in preserving its attractions by helping to enforce the following RULES and REGULATIONS:

1. No person shall light a fire except in a place designated for that purpose by permit, and for which a fee of fifteen (15) cents has been paid; nor leave burning material at any place. A permit will entitle bearer to one bundle of fireplace wood.

2. No person shall hurt, nor shall any person have in his possession any firearm or any wild animal, bird, bird's egg, or nest, or any device or animal used for hunting.

3. No person shall cut, remove or damage any tree, bush, plant, fence, berry, flower, building or other public property or affix a sign.

4. No person shall leave papers, glass, or any other refuse upon the ground, but will place such papers, glass and refuse in receptacles provided for that purpose.

5. No person shall bathe in waters on the Reservation, except at such places as are designated for such use, and then only in proper costume. Undressing in automobiles is prohibited.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

6. No person shall hitch a horse to any tree.

7. No person shall use profane or indecent language; or in any way annoy another person; or commit any disorderly or indecent act.

8. No person shall refuse or neglect to obey any reasonable direction of a police officer or any authorized representative of the Division of Forests, Parks and Parkways.

9. Smoking is prohibited in the wooded area of the Reservation.

10. The parking of automobiles between the hours of 11 P.M. and 6 A.M. is prohibited, except by permit at the overnight camping grounds. After office hours of this Division, such permit may be issued by the Foreman-Caretaker of the Reservation, if space is available. The drawing of all curtains in parked automobiles at any time is forbidden. The drawing of some of the curtains before sunset is permitted, but none, with the exception of the rear curtain, may be drawn thereafter. No person shall be allowed on the Reservation between the hours of 11 P.M. and 6 A.M., unless by special permit given by the Division of Forests, Parks and Parkways, or an authorized representative.

By Order Of
Division of Forests, Parks & Parkways
Of The
DEPARTMENT OF AGRICULTURE & CONSERVATION

Any person violating any one of the above rules is liable to a fine of Twenty (20) Dollars for each offense. (Public Laws, Chap.1466, Sec. 4, 1907 as amended)

VII. FIREPLACE PERMIT.

Permission to maintain a fire at a fireplace and picnic in BURLINGAME RESERVATION, for which fee has been collected, is hereby granted to:

Name______________________________ Date____________________

Fireplace #________ Location______________________________

This permit entitles holder to one bundle of fireplace wood upon presentation at the residence of the caretaker at Burlingame Reservation. Additional wood may be purchased at ten cents per bundle. This permit is granted with the express understanding that if any of the above rules and regulations governing the use of the Reservation are violated, the said permit immediately becomes null and void.

Chief, Division of Forests, Parks & Parkways

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Caretaker or individual disbursing wood for fireplace purpose will detatch this certificate for fireplace #________ Location________________________

Issued to (name)________________________ Date____________________
when presented by bearer, and return same to the Office of the Division of Forests, Parks and Parkways, by mail, at the close of the day that certificate is collected.

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

## Citations

- Anderton, Henry L. 1917. The Code of City of Birmingham Alabama, Birmingham: Birmingham Printing & Bindery Co. (**Exhibit 73**)

- Bannister, Turpin C. 1961. "Oglethorpe's Sources for the Savannah Plan" Journal of the Society of Architectural Historians 20(2): 47-62.

- Barzun, Jacques. 1961. Classic, Romantic and Modern, 2nd Ed., Boston: Little, Brown & Co.

- Beamish, Anne. 2021. "Before Parks: Public Landscapes in Seventeenth- and Eighteenth-Century Boston, New York, and Philadelphia" Landscape Journal 40(2): 1-17.

- Beecher, Henry Ward. 1869. Eyes and Ears, Boston: Fields, Osgood, and Co.

- Berlin, Wisconsin. 1890. The Municipal Code of Berlin Comprising the Charter and the General Ordinances of the City Codified and Revised, Berlin: Courant Steam Print. (**Exhibit 20**)

- Board of Aldermen. 1903. Proceedings of the Board of Aldermen of the City of New York from October 6 to December 28, 1903. (**Exhibit 45**)

- Board of Commissioners. 1858. Minutes of the Proceedings of the Board of Commissioners of the Central Park, for the Year Ending April 30, 1858, New York: Wm. C. Bryant & Co. (**Exhibit 2**)

- Board of Commissioners. 1861. Fourth Annual Report of the Board of Commissioners of the Central Park, New York: Wm. C. Bryant & Co. (**Exhibit 3**)

- Board of Forestry. 1917. Report of the Maryland State Board of Forestry for 1916 and 1917. (**Exhibit 89**)

- Board of Park Commissioners. 1893. Annual Report of the Board of Park Commissioners for the Year Ending December 31, 1892, Cincinnati: The Commercial Gazette Job Print. (**Exhibit 25**)
- Board of Park Commissioners. 1898. Report of the Board of Park Commissioners of the City of Rochester, N.Y., 1888 to 1898, Rochester: Union and Advertiser Press. (**Exhibit 36**)
- Board of Park Commissioners. 1898. Report of the Board of Park Commissioners, of Wilmington, Del. For the Year Ending December 31st, 1897, Wilmington: The John M. Rogers Press. (**Exhibit 37**)
- Board of Park Commissioners. 1902. Sixth Annual Report of the Department of Parks of the City of New Bedford, Mass., New Bedford: The A.E. Coffin Press City Printers. (**Exhibit 42**)
- Board of Park Commissioners. 1904. First Annual Report of the Department of Parks of the City of Lowell, Massachusetts, Lowell: Butterfield Printing Company. (**Exhibit 44**)
- Board of Supervisors. 1875. San Francisco Municipal Reports for the Fiscal Year 1874-5, Ending June 30, 1875, San Francisco: Spaulding & Barto, Printers. (**Exhibit 6**)
- Board of Trustees of the Pleasure Driveway and Park District of Springfield, Illinois. 1902. Annual Report of the Board of Trustees of the Pleasure Driveway and Park District of Springfield, Illinois: Phillips Bros. Printers. (**Exhibit 43**)
- Borough of Phoenixville. 1906. A Digest of the Ordinances of Town Council of the Borough of Phoenixville, Phoenixville: "The Daily Republican" Printers. (**Exhibit 10**)

- Boston, Massachusetts, Department of Parks. 1888. Thirteenth Annual Report of the Board of Commissioners for the Year 1887, Boston: Printed for the Department. (**Exhibit 15**)
- Boyer, Paul. 1978. Urban Masses and Moral Order in America, 1820-1920, Cambridge: Harvard University Press.
- Brenwall, Cynthia S. 2019. The Central Park: Original Designs for New York's Greatest Treasure, New York: Abrams Publishing.
- Brooklyn Park Commissioners. 1873. "Seventh Annual Report of the Commissioners of Prospect Park, 1867" in Annual Reports of the Brooklyn Park Commissioners, 1861-1873, Brooklyn: Brooklyn Park Commissioners. (**Exhibit 4**)
- Brown, Edgar A. and William W. Thornton, coll. and annot. 1904. The General Ordinances of the City of Indianapolis, Indianapolis: Wm. B. Burford, Printer and Binder. (**Exhibit 35**)
- Buffalo Park Commissioners. 1874. Fourth Annual Report of the Buffalo Park Commissioners, Buffalo: Warren, Johnson & Co., Printers. (**Exhibit 8**)
- Burlington, Vermont. 1921. Revised Ordinances of 1921, Burlington: Free Press Printing Company. (**Exhibit 76**)
- Campbell, Colin P., comp. and index. 1906. Compiled Ordinances of the City of Grand Rapids, Containing all Ordinances Passed by the Common Council, of the City of Grand Rapids, in force September 1, 1906, Grand Rapids: Common Council. (**Exhibit 22**)
- Carden, Frank S. and Ruth Durant Evans. 1922. Digest of the Charter and Ordinances of the City of Chattanooga in Force on January 1st, 1922, Also Containing State Laws Incorporating and Relating to Said City, Franchises Granted by Said City and a Digest of

the Bonded Indebtedness Thereof, Jackson, TN: Long-Johnson Printing Company. (**Exhibit 77**)

- Chicago, Illinois. 1873. Laws and Ordinances Governing the City of Chicago, Chicago: Murray F. Tuley. (**Exhibit 7**)

- Chiperfield, B.M., 1895. Revised Ordinances of the City of Canton, Illinois, Revised 1894-1895, Canton: Daily Register Press. (**Exhibit 32**)

- City Council of Oakland, California. 1909. General Municipal Ordinances of the City of Oakland in Effect November 1, 1909. (**Exhibit 63**)

- City Council of Portland, Oregon. 1910. General Ordinances of the City of Portland, Oregon in Force April 15, 1910. (**Exhibit 57**)

- City of Pasadena, California. 1912. Ordinances of the City of Pasadena, California, Vol. 1, Pasadena: City Council. (**Exhibit 46**)

- Commissioners of the District of Columbia. 1908. Annual Report of the Commissioners of the District of Columbia Year Ended June 30, 1908, Washington, DC: Government Printing Office. (**Exhibit 101**)

- Common Council, City of Saginaw. 1905. Charter of the City of Saginaw, Michigan, with Amendments Thereto, and the Acts of the Legislature Relating to or Affecting the City of Saginaw: Wm. K. McIntyre. (**Exhibit 53**)

- Connor, E.O., rev., comp. and cod. 1903. Municipal Code of the City of Spokane, Washington, Spokane: The Inland Printing Company. (**Exhibit 28**)

- Cosby, Arthur F. 1926. New Code of Ordinances of the City of New York, Including the Sanitary Code, the Building Code and Park Regulations Adopted June 20, 1916, with All

Amendments to January 1, 1926, and Complete Index to Whole, New York: The Banks Law Publishing Co. (**Exhibit 68**)

- Cushing, John D. 1961. “Town Commons of New England, 1640-1840” Old-Time New England 51(3): 86-94.
- Cutler, Phoebe. 1989. “State Parks” in American Landscape Architecture: Designers and Places, Washington, DC: Preservation Press, 194-199.
- Davie, John L. 1918. City of Oakland, General Municipal Ordinances in Effect January 1, 1918, Oakland: Oakland Enquirer Publishing Co. (**Exhibit 69**)
- Department of Conservation, State of Indiana. 1927. Indiana Conservation Laws, Indianapolis: Wm. B. Burford. (**Exhibit 87**)
- Department of Conservation, State of Michigan. 1928. Fourth Biennial Report 1927-1928: The Department of Conservation State of Michigan, Lansing: Franklin DeKleine Co., State Printers. (**Exhibit 91**)
- Department of Parks. 1916. Ordinances, Rules and Regulations of the Department of Parks of the City of New York, New York: JJ Little & Ives Co. (**Exhibit 72**)
- De Vorsey, Louis. 2012. “The Origins and Appreciation of Savannah, Georgia’s Historic City Squares” Southeastern Geographer 52(1): 90-99.
- Dilsaver, Lary M. 2016a. “An Act Authorizing a Grant to the State of California of the ‘Yo-Semite Valley,’ and of the land Embracing the ‘Mariposa Big Tree Grove.” Approved June 30, 1864 (13 Stat. 325)” in America’s National Park System: The Critical Documents, 2nd Ed. Lanham: Rowman and Littlefield, 4-5.
- Dilsaver, Lary M. 2016b. “An Act to Set Apart a Certain Tract of Land Lying Near the Headwaters of the Yellowstone River as a Public Park, Approved March 1, 1872 (17 Stat.

32)" in America's National Park System: The Critical Documents, 2nd Ed. Lanham: Rowman and Littlefield, 20-21.

- Dilsaver, Lary M. 2016c. "Secretary Lane's Letter on National Park Management, May 13, 1918" in America's National Park System: The Critical Documents, 2nd Ed. Lanham: Rowman and Littlefield, 35-39.

- Engbeck Jr., Joseph H. 1980. State Parks of California, from 1864 to the Present, Portland: C.H. Belding.

- Ettelson, Samuel A. 1922. The Chicago Municipal Code of 1922, Containing the General Ordinances of the City in Force November 22, 1922, and Repealing Former General Ordinances with Certain Exceptions, Chicago: T.H. Flood & Co. (**Exhibit 78**)

- Ferguson, Raymond M. and Frank E. Shaw. 1915. Compiled Ordinances of the City of Grand Rapids Containing All Ordinances Passed by the Common Council of the City of Grand Rapids in force June 1, 1915, Grand Rapids: City Council. (**Exhibit 70**)

- Forestry, Fish and Game Commission. 1930. Third Biennial Report of the Forestry, Fish and Game Commission of the State of Kansas for the Period Ending June 30, 1930, Topeka: Kansas State Printing Plant. (**Exhibit 88**)

- Freeman, Raymond L. 1989. "National Parks" in American Landscape Architecture: Designers and Places, Washington, DC: Preservation Press, 172-175.

- Gardner, James T. 1880. Special Report of New York State Survey on the Preservation of the Scenery of Niagara Falls, and Fourth Annual Report on the Triangulation of the State for the Year 1879, Albany, NY: Charles Van Benthuysen & Sons.

- Giltinan, John A., comp. 1896. General Ordinances and Private Ordinance of a Public Nature of The City of St. Paul, Ramsey County, Minnesota, Up to and Including December 31st, 1895, St. Paul: Pioneer Press Co. (**Exhibit 31**)

- Gleason, Charles S. 1908. The Charter of the City of Seattle Adopted at the General Election March 3, 1896, as Amended in 1900, 1902, 1904, 1906, and 1908 and the Ordinances of the City of Seattle from December 1,1869, to November 1, 1907, Seattle: Lowman & Hanford Stationery. (**Exhibit 60**)

- Graff, M.M. 1985. Central Park-Prospect Park: A New Perspective, New York: Greensward Foundation.

- Greene, Oscar F.A., comp. 1899. Revised Ordinances of the City of Boulder, Boulder: Printed by Ricketts & Kerr, at the News Office. (**Exhibit 40**)

- Gregory, W.H., William H. Folland, and Horace H. Smith. 1920. Revised Ordinances of Salt Lake City, Utah 1920, Salt Lake City: Arrow Press. (**Exhibit 75**)

- Highberger, D.A. and John A. Martin. 1908. Ordinances of the City of Pueblo Comprising All the Ordinances of a General and Permanent Nature in Force to April 1st, 1908, and down to and Including Ordinance No. 769 Together with the Articles of Consolidation of the Pueblos, Pueblo: The City Council. (**Exhibit 50**)

- Hill, Richmond C. 1922. Ordinances of the City of Olean as Amended to September 1922, Olean: Olean Print Company. (**Exhibit 59**)

- Hughey, H. Douglass. 1909. A Digest of the Laws, Ordinances and Contracts of the City of Memphis: Containing All Laws, Ordinances and Contracts Passed and Entered into up to and Including June 30th, 1909, Memphis: Press of S.C. Toof & Co. (**Exhibit 62**)

- Jamieson, Egbert and Francis Adams. 1881. Municipal Code of Chicago: Comprising the Laws of Illinois Relating to the City of Chicago, and the Ordinances of the City Council; Codified and Revised, Chicago: Beach, Barnard & Co., Legal Printers. (**Exhibit 11**)

- Jefferson, Thomas. 1829 (1787). Notes on the State of Virginia, Boston: Wells & Lilly.

- Kelton, Dwight H. 1882. Annals of Fort Mackinac, Chicago: Fergus Printing Co. (**Exhibit 81**)

- Landrum, Ney. 2004. The State Park Movement in America: A Critical Review, Columbia: University of Missouri Press.

- Laws of the General Assembly of the State of Pennsylvania Passed at the Session of 1868, Harrisburg: Singerly & Myers. (**Exhibit 5**)

- Linden-Ward, Blanche. 1989. "Cemeteries" in American Landscape Architecture: Designers and Places, Washington, DC: Preservation Press, 120-125.

- Local Acts of the Legislature of the State of Michigan Passed at the Regular Session of 1895. 1895, Lansing: Robert Smith & Co. State Printers and Binders. (**Exhibit 33**)

- Lynn, Massachusetts. 1892. Third Annual Report of the Park Commissioners of the City of Lynn, For the Year Ending December 20, 1891, Lynn: Whitten & Cass, Printers. (**Exhibit 26**)

- MacAdam, David H. 1883. Tower Grove Park of the City of St. Louis, Review of its Origin and History, Plan of Improvement, Ornamental Features, Etc., with Illustrations. Prepared by Order of the Board of Commissioners, St. Louis: R.P. Studley & Co., Printers. (**Exhibit 13**)

- Mackintosh, Barry. 2005. The National Parks: Shaping the System, Rev. Ed., Harpers Ferry: Harpers Ferry Center.

- Mann, Calhoun & Frazier, Rev. & Arrang. 1883. The Revised Ordinances of the City of Danville, Danville, IL: Bowman & Freese, Book and Job Printers. (**Exhibit 14**)
- McFarland, J. Horace. 1910. "Are State Parks Worth While?" typed manuscript, J. Horace McFarland Papers, Pennsylvania Historical and Museum Commission, Harrisburg.
- McFarland, J. Horace. 1912. "Are National Parks Worth While?" typed manuscript, J. Horace McFarland Papers, Pennsylvania Historical and Museum Commission, Harrisburg.
- McIndoe, Hugh and E.F. Cameron. 1917. The Joplin Code of 1917, Containing All the General Ordinances of the City, Except Ordinances Numbered 4487 and 5941 (Specifying in Detail the Regulations Relating to Street Improvements and Street Excavations, Respectively), Including Public Utility Franchise Ordinances in Force January 30, 1817; Also the Charter Act of 1913, Applying to Cities of the Second Class in Missouri in Force on Said Date; Also Certain Material Provisions of the Constitution and Statutes of the State of Missouri Applicable to Cities of the Second Class; Also a Brief Historical Sketch of the Municipal Incorporation of Joplin; Also a Direction in 1873 to the Present Time; Also Information in Relation to the Ownership of Real Estate by the City of Joplin, Joplin: The Joplin Printing Co. (**Exhibit 74**)
- Morrisey, William M. and Frederick L. Gregory. 1910. Ordinances Governing the City of Jacksonville of the State of Illinois, Jacksonville: Courier Print. (**Exhibit 65**)
- National Park Service. 2008. Firearms Regulations in the National Parks 1897-1936, http://npshistory.com/publications/ranger/np-firearms-regs-history.pdf, Accessed on May 27, 2024. (**Exhibit 83**)

- Neligh, Nebraska. 1906. The Ordinances of the City of Neligh, Nebraska Comprising All Ordinances of a General Nature Passed June 16, 1906, or Prior Thereto, Neligh: The Mayor and City Council. (**Exhibit 49**)
- Nelson, Beatrice Ward. 1928. State Recreation: Parks, Forests and Game Preserves, Washington, D.C.: National Conference on State Parks, Inc. (**Exhibit 99**)
- New Haven, Connecticut. 1898. Ordinances of the City of New Haven Together with Legislative Acts Affecting Said City, Revised to February 1, 1898, New Haven: Press of the Price, Lee & Adkins Co. (**Exhibit 39**)
- New Haven, Connecticut. 1914. Charter and Ordinances of the City of New Haven, Conn. and Special Acts Revised to January 1914, New Haven: Press of Samuel Z. Field. (**Exhibit 71**)
- Noleman, Frank F. and William F. Bundy, rev. and codif. 1896. The Centralia City Code, Centralia: Centralia Daily Sentinel – T.L. Joy & Co. (**Exhibit 34**)
- Novak, Barbara. 1995. Nature and Culture: American Landscape and Painting, 1825-1875, Rev. Ed., New York: Oxford.
- Olmsted, Frederick Law. 1880. “Notes by Mr. Olmsted” in Special Report of New York State Survey on the Preservation of the Scenery of Niagara Falls, and Fourth Annual Report on the Triangulation of the State for the Year 1879, James T. Gardner, Dir. Albany, NY: Charles Van Benthuysen & Sons, 27-30.
- Olmsted, Frederick Law. 1990a (1865). “Preliminary Report upon the Yosemite and Big Tree Grove” in The Papers of Frederick Law Olmsted, Volume V: The California Frontier, 1863-1865, VP Ranney, GJ Rauluk, and CF Hoffman, Eds. Baltimore: The Johns Hopkins University Press, 488-516.

- Olmsted, Frederick Law. 1990b (1865). "Preliminary Report in Regard to a Plan of Public Pleasure Grounds for the City of San Francisco" in The Papers of Frederick Law Olmsted, Volume V: The California Frontier, 1863-1865, VP Ranney, GJ Rauluk, and CF Hoffman, Eds. Baltimore: The Johns Hopkins University Press, 518-546.

- Padden, Edward J. 1906. Amendments to the Revised Municipal Code of Chicago of 1905 and New General Ordinances Passed by the City Council of the City of Chicago Between March 30, 1905, and December 31, 1906, Chicago: The City Council. (**Exhibit 54**)

- Park Commissioners of the City of Milwaukee. 1892. First Annual Report of the Park Commissioners of the City of Milwaukee, Milwaukee: Ed. Keogh, Printer. (**Exhibit 23**)

- Park Commissioners of the City of Haverhill, Massachusetts. 1907. Annual Report of the Park Commissioners of the City of Haverhill, Massachusetts for the Year Ending December 31, 1906, Haverhill: The Welch Press. (**Exhibit 52**)

- President and Board of Trustees of the Village of Hyde Park. 1876. Laws and Ordinances Governing the Village of Hyde Park, Hyde Park: Consider H. Willett. (**Exhibit 9**)

- Puryear, E.H. 1910. Constitution, Charter and Revision of the Ordinances and Municipal Laws of the City of Paducah, Kentucky, under the Charter Act of March 19, 1894, and Amendments Thereto, Paducah: Billings Printing Co. (**Exhibit 64**)

- Richards, Louis, comp. 1897. A Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Reading, Pennsylvania, In Force April 1, 1897, Reading, PA: Eagle Book Print. (**Exhibit 16**)

- Richards, Louis and James M. Lamberton. 1906. A Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Harrisburg, Pennsylvania, in Force August 1, A. D. 1906, Newark, NJ: Soney & Sage. (**Exhibit 51**)
- Roberts and Crawford. 1904. Charter and Revised Code of Ordinances of the City of Houston, Harris County, Texas, to October 31, 1904, Houston: W.H. Coyle & Co. (**Exhibit 48**)
- Robinson, Charles Mulford. 1909. Modern Civic Art; or, The City Made Beautiful, 3rd Ed., New York: G.P. Putnam's Sons.
- Rosenzweig, Roy and Elizabeth Blackmar. 1992. The Park and the People: A History of Central Park, Ithaca: Cornell University Press.
- Rozelle, Frank F. and George R. Thompson, comp., arrang., annot., and index. 1898. Charter of Revised Ordinances of Kansas City, 1898, Kansas City: Lawton & Burnap, Printers and Stationers. (**Exhibit 38**)
- Runte, Alfred. 1990. Yosemite: The Embattled Wilderness, Lincoln: University of Nebraska Press.
- Saint Paul, Minnesota. 1889. Annual Reports of the City Officers and City Boards of the City of Saint Paul, For the Fiscal Year Ending December 31, 1888, St. Paul: D. Ramaley & Son. (**Exhibit 17**)
- Salt Lake City, Utah. 1888. The Revised Ordinances of Salt Lake City, With the City Charter and Amendments Thereto, February 14, 1888, Salt Lake City: Star Printing Company. (**Exhibit 18**)

- Schortemeier, Frederick E. 1927. Laws of the State of Indiana Passed at the Seventy-fifth Regular Session of the General Assembly Begun on the Sixth Day of January, A.D. 1927, Indianapolis: Wm. B. Burford, Contractor for State Printing and Binding. (**Exhibit 86**)

- Schuyler, David. 1986. The New Urban Landscape: The Redefinition of City Form in Nineteenth-Century America, Baltimore: The Johns Hopkins University Press.

- Schuyler, David and Censer, Jane Turner, Eds. 1992. The Papers of Frederick Law Olmsted, Volume VI: The Years of Olmsted, Vaux & Company, 1865-1874, Baltimore: The Johns Hopkins University Press.

- Secretary of State. 1901. General Laws of the State of Minnesota Passed During the Thirty-Second Session of the State Legislature Commencing January Eighth, One Thousand Nine Hundred and One, St. Paul: McGill-Warner Co. (**Exhibit 92**)

- Secretary of State. 1905. General Laws of the State of Minnesota Passed During the Thirty-Fourth Session of the State Legislature Commencing January Third, One Thousand Nine Hundred and Five, Minneapolis: Harrison & Smith Co. (**Exhibit 93**)

- Sellars, Richard West. 1997. Preserving Nature in the National Parks, A History, New Haven: Yale University Press.

- Sherwin, F.L., W.B. Price, and J.L. Bennett. 1923. The Code of Colorado Springs 1922 Comprising Article XX of the Constitution of the State of Colorado the Charter as Amended, General Ordinances of the City, Excepting Ordinances Fixing Salaries, Concerning the Dedication and Vacation of Streets and Alleys, Concerning the Annexation of Colorado City, and Ordinances Granting Franchises, Colorado Springs: Out West Prtg. & Staty. Co. (**Exhibit 67**)

- Slemmons, Wilbert I, Israel C. Pinkney, and Daniel F. Raum, rev. and edit. 1892. Laws and Ordinances of the City of Peoria, Illinois, Peoria: J.W. Franks & Sons, Printers and Binders. (**Exhibit 27**)

- Smith, Henry F. 1907. Municipal Register of the City of Hartford Containing a List of the Officers of the City Government and Its Various Departments; Also, Message of the Mayor and the Annual Reports of the Several Department for the Year 1906-07; Ordinances of the City, Etc., Hartford: The Smith-Linsley Co. (**Exhibit 41**)

- Smith, Langdon. 2013. "Democratizing Nature Through State Park Development" Historical Geography 41: 207-223.

- Speer, Peter M. 1907. A Digest of the Ordinances and Principal Resolutions for the Government of the City of Oil City in Venango County, Pennsylvania, in Force January 1st, 1907, Oil City: Derrick Publishing Company. (**Exhibit 58**)

- Springfield, Massachusetts. 1897. Park Commissioners' Report, Springfield: Springfield Printing and Binding Co. (**Exhibit 24**)

- State of Maryland. 1927. Laws of the State of Maryland, Made and Passed at the Session of the General Assembly Made and Held and the City of Annapolis of the Fifth Day of January 1927, and Ending on the Fourth Day of April 1927, Baltimore: King Bros., Inc., State Printers. (**Exhibit 90**)

- State of New Jersey. 1935. Acts of the One Hundred and Fifty-ninth Legislature of the State of New Jersey and Ninety-first Under the New Constitution, Trenton: MacCrellish & Quigley Co. (**Exhibit 94**)

- State of North Carolina. 1922. Public Laws and Resolutions Enacted by the Extra Session of the General Assembly of 1921 Begun and Held in the City of Raleigh on Tuesday, the

Sixth Day of December, A.D. 1921, Raleigh: Mitchell Printing Company, State Printers. (**Exhibit 95**)

- State of South Dakota. 1929. The Laws Passed at the Twenty-First Session of the Legislature of the State of South Dakota, Pierre: State Publishing Company. (**Exhibit 97**)
- State Park Commission. 1918. Report of the State Park Commission to the Governor for the Two Fiscal Years ended September 30, 1918, Hartford: The State of Connecticut. (**Exhibit 85**)
- Staunton, Virginia. 1910. The Code of the City of Staunton, Virginia Containing the Charter and General Laws and Ordinances, Staunton: Shultz Printing Co. (**Exhibit 66**)
- Stevens, Jess E. and E. H. Delorey. 1921. Penal Ordinances of the City of Los Angeles, Containing All Penal Ordinances in Force on June 14, 1921, Ending with Ordinance No. 42021, Los Angeles: Parker & Stone Co. (**Exhibit 56**)
- Stilgoe, John R. 1982. "Town Common and Village Green In New England: 1620-1981" in On Common Ground: Caring for Shared Land from Town Common to Urban Park, RF Fleming and LA Halderman, Eds. Harvard, MA: The Harvard Common Press, 7-36.
- Sullivan, M.J. 1881. The Revised Ordinance of the City of St. Louis, St. Louis: Times Printing House. (**Exhibit 12**)
- Thacher, D. 2015. "Olmsted's police" Law and History Review 33(3): 577-620.
- Thomson, W.W. prep. 1897. A Digest of the Acts of Assembly Relating to, And the General Ordinances of the City of Pittsburgh From 1804 to Jan. 1, 1897, Pittsburgh: W.T. Nicholson Sons, Printers and Binders. (**Exhibit 29**)
- Torrey, Raymond H. 1926. State Parks and Recreational Uses of State Forests in the United States, Washington, D.C.: National Conference on State Parks, Inc. (**Exhibit 98**)

- Trenton, New Jersey, Common Council. 1903. Charter and Ordinances; Also Certain Acts of the Legislature Relating to Municipal Departments, Trenton: The John L Murphy Publishing Co., Printers. (**Exhibit 19**)

- Troy, New York. 1905. Municipal Ordinances of the City of Troy, Troy: Troy Times Art Press. (**Exhibit 47**)

- Turpin, Rees, George Kingsley, and Charles L. Shannon. 1909. Charter and Revised Ordinances of Kansas City, Kansas City, MO: Vernon Law Book Company. (**Exhibit 61**)

- U.S. Department of the Interior. Report of the Secretary of the Interior, 1890. Washington, DC: Government Printing Office. (**Exhibit 80**)

- U.S. Department of the Interior. Report of the Secretary of the Interior, Vol III. 1894. Washington, DC: Government Printing Office. (**Exhibit 79**)

- U.S. Department of the Interior. Annual Reports of the Department of the Interior for the Fiscal Year ended June 30, 1897, Washington, D.C.: Government Printing Office. (**Exhibit 82**)

- U.S. Department of the Interior. National Park Service. June 27, 1936. "Rules and Regulations" Federal Register 1(76): 790-796. (**Exhibit 84**)

- Varnum, Charles W. and J. Frank Adams. 1906. The Municipal Code of the City and County of Denver Approved April 12, 1906, Containing Also Article XX of the Constitution of Colorado, the Charter Adopted March 29, 1904, Liquor Ordinances of Annexed Towns and Cities, Denver: The Smith-Brooks Company. (**Exhibit 55**)

- Vetter, Roy A. 1936. Digest of Laws Relating to State Parks, Volumes I-III. U.S. Department of the Interior, Washington, D.C.: National Park Service (**Exhibits 96** (North

Carolina); **102** (Virginia); **103** (Alabama); **104** (California); **105** (Florida); **106-114** (New York); **115** (Ohio); **116** (Rhode Island))

- Wheeler, W.A., Alex. Ramsey, M.R. Waite, Nathan Clifford, and more. 1880. "Memorial Addressed to the Governor of New York, and the Governor-General of Canada" in Special Report of New York State Survey on the Preservation of the Scenery of Niagara Falls, and Fourth Annual Report on the Triangulation of the State for the Year 1879, James T. Gardner, Dir. Albany, NY: Charles Van Benthuysen & Sons, 31-39.

- Williamsport, Pennsylvania. 1900. A Digest of the Laws and Ordinances For the Government of the Municipal Corporation of the City of Williamsport, Pennsylvania In Force August 1, 1900, Part III, Newark, NJ: Soney and Sage. (**Exhibit 21**)

- Wilmington, Delaware. 1893. The Charter of the City of Wilmington As Amended to May 6th, 1893; Acts of the General Assembly Relating to the City, Including the Session of 1893; and Ordinances, and Rules and Regulations of Departments of the City Government, As Amended and in Force September 1st, 1893, Wilmington: Diamond Printing Company. (**Exhibit 30**)

- Wilson, Thomas D. 2012. The Oglethorpe Plan: Enlightenment Design in Savannah and Beyond, Charlottesville: University of Virginia Press.

- Wisconsin Conservation Department. 1933. Wisconsin State Parks, Madison: Wisconsin Conservation Department. (**Exhibit 100**)

- Young, Terence. 1996. "Social Reform Through Parks: The American Civic Association's Program for a Better America" Journal of Historical Geography 22(4): 460-472.

- Young, Terence. 2004. Building San Francisco's Parks, 1850-1930, Baltimore: The Johns Hopkins University Press.

- Young, Terence. 2018. "Frederick Law Olmsted's Abandoned San Francisco Park Plan" in The American Environment Revisited, Geoffrey L. Buckley and Yolonda Youngs, Eds. Lanham: Rowman & Littlefield, 145-160.

- Young, Terence. 2022. "Outdoor Imaginaries: The Emergence of Camping in Modern America" *Mondes du Tourisme* 21:

  https://journals.openedition.org/tourisme/4790?lang=en, Accessed May 27, 2024.