11

# THE

# STATUTES OF OKLAHOMA

## 1890.

Compiled under the supervision and direction of Robert Martin,
Secretary of the Territory,

—BY—

## WILL T. LITTLE,  L. G. PITMAN and R. J. BARKER,

—FROM—

The Laws Passed by the First Legislative Assembly of the Territory.

GUTHRIE, OKLAHOMA:
THE STATE CAPITAL PRINTING CO.,
PUBLISHERS.
1891.

(2430) § **6.** Every person who, with intent to extort any money or other property from another, sends to any person any letter or other writing, whether subscribed or not, expressing or implying, or adapted to imply, any threat, such as is specified in the second section of this article, is punishable in the same manner as if such money or property were actually obtained by means of such threat.

(2431) § **7.** Every person who unsuccessfully attempts by means of any verbal threat such as is specified in the second section of this article, to extort money or other property from another is guilty of a misdemeanor.

## ARTICLE 47.—CONCEALED WEAPONS.

SECTION.
1. Prohibited weapons enumerated.
2. Same.
3. Minors.
4. Public officials, when privileged.
5. Arms, when lawful to carry.

SECTION.
6. Degree of punishment.
7. Public buildings and gatherings.
8. Intent of persons carrying weapons.
9. Pointing weapon at another.
10. Violation of certain sections.

(2432) § **1.** It shall be unlawful for any person in the Terri- tory of Oklahoma to carry concealed on or about his person, saddle, or saddle bags, any pistol, revolver, bowie knife, dirk, dagger, slung-shot, sword cane, spear, metal knuckles, or any other kind of knife or instrument manufactured or sold for the purpose of defense except as in this article provided.

(2433) § **2.** It shall be unlawful for any person in the Terri- tory of Oklahoma, to carry upon or about his person any pistol, revolver, bowie knife, dirk knife, loaded cane, billy, metal knuckles, or any other offensive or defensive weapon, except as in this article provided.

(2434) § **3.** It shall be unlawful for any person within this Territory, to sell or give to any minor any of the arms or weapons designated in sections one and two of this article.

(2435) § **4.** Public officers while in the discharge of their duties or while going from their homes to their place of duty, or returning therefrom, shall be permitted to carry arms, but at no other time and under no other circumstances: *Provided, however,* That if any public officer be found carrying such arms while under the influence of intoxicating drinks, he shall be deemed guilty of a violation of this article as though he were a private person.

(2436) § **5.** Persons shall be permitted to carry shot-guns or rifles for the purpose of hunting, having them repaired, or for killing animals, or for the purpose of using the same in public muster or military drills, or while travelling or removing from one place to another, and not otherwise.

(2437) § **6.** Any person violating the provisions of any one of the foregoing sections, shall on the first conviction be adjudged guilty of a misdemeanor and be punished by a fine of not less than twenty-five dollars nor more than fifty dollars, or by imprisonment in the county jail not to exceed thirty days or both at the discretion of the court. On the second and every subsequent con-

Chap. 25.  viction, the party offending shall on conviction be fined not less than fifty dollars nor more than two hundred and fifty dollars or be imprisoned in the county jail not less than thirty days nor more than three months or both, at the discretion of the court.

Public buildings and gatherings.  (2438) § 7.  It shall be unlawful for any person, except a peace officer, to carry into any church or religious assembly, any school room or other place where persons are assembled for public worship, for amusement, or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or into any ball room, or to any social party or social gathering, or to any election, or to any place where intoxicating liquors are sold, or to any political convention, or to any other public assembly, any of the weapons designated in sections one and two of this article.

Intent of persons carrying weapons.  (2439) § 8.  It shall be unlawful for any person in this Territory to carry or wear any deadly weapons or dangerous instrument whatsoever, openly or secretly, with the intent or for the avowed purpose of injuring his fellow man.

Pointing weapons at another.  (2440) § 9.  It shall be unlawful for any person to point any pistol or any other deadly weapon whether loaded or not, at any other person or persons either in anger or otherwise.

Violation of section seven.  (2441) § 10.  Any person violating the provisions of section seven, eight or nine of this article; shall on conviction, be punished by a fine of not less than fifty dollars, nor more than five hundred and shall be imprisoned in the county jail for not less than three not more than twelve months.

ARTICLE 48.—FALSE PERSONATION AND CHEATS.

| SECTION. | SECTION. |
|---|---|
| 1.  False impersonation, punishment for. | 7.  False representation of charitable purposes. |
| 2.  False impersonation and receiving money. | 8.  Falsely representing banking corporations. |
| 3.  Personating officers and others. | 9.  Using false check. |
| 4.  Unlawful wearing of grand army badge. | 10.  Holding mock auction. |
| 5.  Fines, how paid. | |
| 6.  Obtaining property under false pretenses. | |

Punishment for false impersonation.  (2442) § 1.  Every person who falsely personates another, and in such assumed character, either:

First.  Marries or pretends to marry, or to sustain the marriage relation toward another, with or without the connivance of such other person; or,

Second.  Becomes bail or surety for any party, in any proceeding whatever, before any court or officer authorized to take such bail or surety; or,

Third.  Subscribes, verifies, publishes, acknowledges or proves, in the name of another person, any written instrument, with intent that the same may be delivered or used as true; or,

Fourth.  Does any other act whereby, if it were done by the person falsely personated, he might in any event become liable to any suit or prosecution, or to pay any sum of money, or to incur any charge, forfeiture or penalty, or whereby any benefit might accrue to the party personating, or to any other person.

12

# FOURTH ANNUAL REPORT

OF THE

# BOARD OF COMMISSIONERS

OF THE

# CENTRAL PARK.

**JANUARY, 1861.**

———◄●►———

NEW YORK:

WM. C. BRYANT & CO., PRINTERS, 41 NASSAU STREET, CORNER LIBERTY.

———

1861.

Generated on 2022-11-02 15:25 GMT / https://hdl.handle.net/2027/hvd.32044106439805
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

Case 1:22-cv-00695-JLS   Document 77-7   Filed 05/31/24   Page 7 of 58

# APPENDIX.

---

## A.

### ORDINANCES OF THE CENTRAL PARK.

The Board of Commissioners of the Central Park do ordain as follows:

All persons are forbidden—

To enter or leave the Park except by the gateways.

To climb or walk upon the wall.

To turn cattle, horses, goats, or swine into the Park.

To carry firearms or to throw stones **or** other missiles within it.

To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, or other constructions upon the Park ;

Or to converse with, or in any way to hinder those engaged in its construction.

Two pounds are hereby established within the Central Park, for the impounding of horses, cattle, sheep, goats, dogs, swine, and geese found trespassing upon said Park.   All such animals found at large upon the Park may be taken by any person or persons, and driven or carried to one of the said pounds, and may be kept enclosed therein during five days, at the end of which time, if not previously claimed, they may be sold at public auction; provided that within two days after they shall have been impounded, notice of the sale shall have been conspicuously posted in the pound.

Any person claiming property in such impounded animals before the day of sale, may recover the same after suitable proof of his or her right thereto, upon payment for each animal

Generated on 2022-11-02 15:21 GMT  /  https://hdl.handle.net/2027/hvd.32044106439805
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

other than geese, of two dollars and the expenses of keeping. and for geese twenty-five cents and the expenses of keeping; the expenses of keeping to be reckoned as follows:

For each horse, dog, or head of neat stock, fifty cents per day.

For each goat, swine, or sheep, twenty cents per day.

For each goose, five cents per day.

These charges shall be paid to the property clerk of the Board, and the money thus collected shall by him be handed over, within one week, to the treasurer of the Board.

If, within one month after the sale of any impounded animals, their former owner shall appear and claim the same, the treasurer shall, after deducting the full amount of the charges provided for above, pay over to him the proceeds of their sale; otherwise the amount shall be added to the funds of the Board.

No animal shall travel on any part of the Central Park, except upon the "ride," or equestrian road, at a rate exceeding seven miles per hour. Persons on horseback shall not travel on the "ride," or equestrian road, at a rate exceeding ten miles per hour.

No vehicle shall be permitted on the "ride," or equestrian road, the same being devoted exclusively to equestrians; nor shall any vehicle, horse, or animal of burden, go upon any part of the Central Park except upon the "drive" and other carriage and transverse roads, and upon such places as are appropriated for carriages at rest.

No animal or vehicle shall be permitted to stand upon the "drive" or carriage roads of the Central Park, or any part thereof, to the obstruction of the way, or to the inconvenience of travel, nor shall any person upon the Central Park solicit or invite passengers.

No hackney coach, carriage, or other vehicle for hire, shall stand upon any part of the Central Park for the purpose of taking in any other passengers or persons than those carried to the Park by said coach, carriage, or vehicle.

No person shall expose any article or thing for sale upon the Central Park, except previously licensed by the Board of Commissioners of the Central Park, nor shall any hawking or peddling be allowed on the Central Park.

Generated on 2022-11-02 15:21 GMT / https://hdl.handle.net/2027/hvd.32044106439805
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

108

No omnibus or express wagon, with or without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil, or other articles, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of the Central Park except upon the transverse roads.

No threatening, abusive, insulting, or indecent language shall be allowed on the Central Park, whereby a breach of the peace may be occasioned.

No person shall be allowed to tell fortunes or play at any game of chance at, or with any table or instrument of gaming, nor to do any obscene or indecent act whatever on the Central Park.

In case of an emergency, where life or property are endangered, all persons, if required so to by the Superintendent, or any of his assistants, shall remove from the portion of the Central Park specified by the Superintendent or his assistants, and remain off the same till permission is given to return.

The Central Park shall be open daily to the public during the months of December, January, and February, from seven o'clock in the morning until eight o'clock in the evening; during the months of March, April, May, June, October, and November, from six o'clock in the morning until nine o'clock in the evening; and during the months of July, August, and September, from five o'clock in the morning until eleven o'clock in the evening.

The Superintendent may direct that any of the entrances to the Park be closed at any time, and may, on special occasions, also direct that the Park, or any portion thereof, remain open at other times than those above specified.

No person, other than employees of the Board of Commissioners of the Central Park, shall enter or remain in the Central Park, except when it is open, as above provided.

No dog shall be allowed upon any portion of the Central Park, unless led by a chain or proper dog-string, not exceeding five feet in length, nor shall any person be allowed to lead any quadruped (except dogs) in the Central Park.

No person, except in the employ of the Board of Commissioners of the Central Park, shall bring upon the Central Park

Generated on 2022-11-02 15:21 GMT / https://hdl.handle.net/2027/hvd.32044106439805
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

109

any tree, shrub, plant, or flower, nor any newly plucked branch, or portion of a tree, shrub, plant, or flower.

No person shall bathe, or fish in, or go, or send any animal into any of the waters of the Park, nor disturb any of the fish, water-fowl, or other birds in the Park, nor throw, or place any article or thing in said waters.

No person shall fire, discharge, or set off in the Central Park, any rocket, cracker, torpedo, squib, balloon, snake, chaser, or double-header, nor any fireworks or thing under any other name, composed of the same or similar material, or of the same or similar character, as the fireworks above specified.

No person shall place or propel any invalid chairs or perambulators upon any portion of the Central Park, except upon the walks.

No person shall post or otherwise affix any bill, notice, or other paper, upon any structure or thing within the Central Park, nor upon any of the gates or enclosures thereof.

No person shall, without the consent of the Comptroller of the Park, play upon any musical instrument within the Central Park, nor shall any person take into, or carry or display in the Central Park, any flag, banner, target, or transparency.

No military or target company, or civic or other procession, shall be permitted to parade, drill, or perform upon the Central Park, any military or other evolutions or movements.

Generated on 2022-11-02 15:22 GMT / https://hdl.handle.net/2027/hvd.32044106439805
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

13

# FIRST

# ANNUAL REPORT

OF THE

*Philadelphia*

# Commissioners of Fairmount Park.

PHILADELPHIA:

KING & BAIRD, PRINTERS, No. 607 SANSOM STREET.

1 8 6 9 .

Generated on 2022-11-02 15:36 GMT / https://hdl.handle.net/2027/mdp.39015067213663
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

18

SECT. 19. The said Park Commissioners shall have the power to govern, manage, lay out, plant and ornament the said Fairmount Park, and to maintain the same in good order and repair; and to construct all proper bridges, buildings, railways, and other improvements therein, and to repress all disorders therein under the provisions hereinafter contained.

SECT. 20. That the said Park Commissioners shall have authority to license the laying down, and the use for a term of years, from time to time, of such passenger railways as they may think will comport with the use and enjoyment of the said Park by the public, upon such terms as said Commissioners may agree; all emoluments from which shall be paid into the City Treasury.

SECT. 21. The said Park shall be under the following rules and regulations, and such others as the Park Commissioners may from time to time ordain:

I. No persons shall turn cattle, goats, swine or horses or other animals loose into the Park.

II. No persons shall carry fire-arms, or shoot birds in the Park, or within fifty yards thereof, or throw stones or other missiles therein.

III. No one shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures or statuary, or foul any fountains or springs within the Park.

19

IV. No person shall drive or ride therein at a rate exceeding seven miles an hour.

V. No one shall ride or drive therein, upon any other than upon the avenues and roads.

VI. No coach or vehicle used for hire, shall stand upon any part of the Park for the purpose of hire, nor except in waiting for persons taken by it into the Park, unless in either case at points designated by the Commission.

VII. No wagon or vehicle of burden or traffic shall pass through the Park, except upon such road or avenue as shall be designated by the Park Commissioners for burden transportation.

VIII. No street railroad car shall come within the lines of the Park without the license of the Park Commission.

IX. No person shall expose any article for sale within the Park without the previous license of the Park Commission.

X. No person shall take ice from the Schuylkill within the Park without the license of the said Commission first had, upon such terms as they may think proper.

XI. No threatening, abusive, insulting, or indecent language shall be allowed in the Park.

XII. No gaming shall be allowed therein, nor any obscene or indecent act therein.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Generated on 2022-11-02 15:33 GMT  /  https://hdl.handle.net/2027/mdp.39015067213663
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

XIII. No person shall go in to bathe within the Park.

XIV. No person shall fish or disturb the water-fowl in the pool, or any pond, or birds in any part of the Park, nor discharge any fire-works therein, nor affix any bills or notices therein.

XV. No person shall have any musical, theatrical, or other entertainment therein, without the license of the Park Commissioners.

XVI. No person shall enter or leave the Park except by such gates or avenues as may be for such purpose arranged.

XVII. No gathering or meeting of any kind, as-sembled through advertisement, shall be permitted in the Park without the previous permission of the Com-mission; nor shall any gathering or meeting for politi-cal purposes in the Park be permitted under any circumstances.

XVIII. That no intoxicating liquors shall be al-lowed to be sold within said Park.

SECT. 22. Any person who shall violate any of said rules and regulations, and any others which shall be ordained by the said Park Commissioners, for the gov-ernment of said Park, not inconsistent with this act, or the laws and constitutions of this State and United States—the power to ordain which rules and regula-tions is hereby expressly given to said Commissioners

Generated on 2022-11-02 15:34 GMT / https://hdl.handle.net/2027/mdp.39015067213663
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

21

—shall be guilty of a misdemeanor, and shall pay such fine as may be prescribed by said Park Commissioners, not to exceed five dollars for each and every violation thereof, to be recovered before any alderman of said City, as debts of that amount are recoverable, which fines shall be paid into the City treasury: *Provided*, That if said Park Commissioners should license the taking of ice in said Park, or the entry of any street or railroad therein, or articles for sale, or musical entertainments, it may be with such compensation as they may think proper, to be paid into the City treasury; *And provided*, That any person violating any of said rules and regulations shall be further liable to the full extent of any damage by him or her committed, in trespass or other action; and any tenant or licensed party who shall violate the said rules, or any of them, or consent to or permit the same to be violated on his or her or their premises, shall forfeit his or her or their lease or license, and shall be liable to be forthwith removed by a vote of the Park Commission; and every lease and license shall contain a clause making it cause of forfeiture thereof for the lessee or party licensed to violate or permit or suffer any violation of said rules and regulations or any of them. It shall be the duty of the police appointed to duty in the Park, without warrant, forthwith to arrest any offender against the preceding rules and regulations, whom they may detect in the commission of such offence, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

22

Sect. 23. All rents, license charges and fees; all fines, proceeds of all sales, except of lands purchased, and profits of whatsoever kind to be collected, received, or howsoever realized, shall be paid into the City treasury, as a fund to be exclusively appropriated by Councils for Park purposes, under the direction of said Commission: *Provided*, That moneys or property given or bequeathed to the Park Commissioners upon specified trusts shall be received and receipted for by their Treasurer, and held and applied according to the trusts specified.

Sect. 24. That the Councils of the City of Philadelphia be and they are hereby authorized to widen and straighten any street laid upon the public plans of said City, as they may think requisite to improve the approaches to Fairmount Park.

Sect. 25. That nothing in this Act contained shall suspend or affect any proceeding pending in court under any existing law; but the same shall be proceeded in as if this Act had not been passed.

Sect. 26. The damages for ground and property taken for the purpose of this Act shall be ascertained, adjusted and assessed in like manner as is prescribed by the Act to which this is a supplement.

Sect. 27. The said Park Commissioners shall employ, equip, and pay a Park force, adequate to maintain good order therein and in all houses thereupon; which

Case 1:22-cv-00695-JLS   Document 77-7   Filed 05/31/24   Page 18 of 58

force shall be subject to the orders of the Mayor upon any emergency; and so far as said force shall consist of others than the hands employed to labor in the Park, it shall be appointed and controlled as the other police of the City.

SECT. 28. [There shall be an additional assistant appointed by the City Solicitor, whose duty it shall be, under the direction of the City Solicitor, to attend to the assessments of damages, and to such other business of a legal nature connected with the Park as said Commissioners may require.]*

Approved April 14, 1868.

---

* Repealed by the 5th section of the Act of January 27, 1870, page 30.

14

# ANNUAL REPORTS

### OF THE

# CITY OFFICERS AND CITY BOARDS

### OF THE

# CITY OF SAINT PAUL,

## FOR THE FISCAL YEAR ENDING DECEMBER 31, 1888.

GLOBE JOB OFFICE,
D. RAMALEY & SON, PRINTERS,
1889.

Digitized by Google

## RULES AND REGULATIONS OF THE PUBLIC PARKS AND GROUNDS OF THE CITY OF SAINT PAUL.

1.  No person shall drive or ride in any Park in the City of Saint Paul at a rate exceeding seven (7) miles per hour.

2.  No person shall ride or drive upon any other part of any Park than the avenues and roads.

3.  No coach or vehicle used for hire shall stand upon any part of any Park for the purpose of hire, unless licensed by the Board of Park Commissioners.

4.  No person shall indulge in any threatening or abusive, insulting or indecent language in any Park.

5.  No person shall engage in any gaming nor commit any obscene or indecent act in any Park.

6.  No person shall carry firearms or shoot birds in any Park or within fifty yards thereof, or throw stones or other missiles therein.

7.  No person shall disturb the fish or water fowl in any pool or pond or birds in any part of any Park, or annoy, strike, injure, maim or kill any animal kept by direction of the Board of Park Commissioners, either running at large or confined in a close; nor discharge any fireworks, nor affix any bills or notices therein.

8.  No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, structures or statuary, or foul any fountain, well or spring within any Park.

9.  No person shall throw any dead animal or offensive matter, or substance of any kind into any lake, stream or pool, within the limits of any Park.

10.  No person shall go in to bathe within the limits of any Park.

11.  No person shall turn cattle, goats, swine, horses, dogs or other animals loose in any Park, nor shall any animals be permitted to run at large therein.

12.  No person shall injure, deface or destroy any notices, rules or regulations for the government of any Park, posted or in any other way fixed by order or permission of the Board of Park Commissioners within the limits of any Park.

13.  Complaints against any employe of any Park may be made at the office of the Superintendent of Parks.

14  No person shall use any Park drive for business purposes, or for the transportation of farm products, dirt or any like material, or for the passage of teams employed for such purposes.

Any person who shall violate any of the foregoing rules and regulations shall be guilty of a misdemeanor, and for each and every offense shall be fined not less than the sum of Five Dollars ($5), nor more than Fifty Dollars ($50), which sum shall be paid into the city treasury for park purposes.

JOHN D. ESTABROOK,
Superintendent.



15

 

DATE DOWNLOADED: Wed Nov 2 12:28:58 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1895 591 .

ALWD 7th ed.
, , 1895 591 .

Chicago 17th ed.
"," Michigan - Local Acts, Regular Session : 591-598

AGLC 4th ed.
'' Michigan - Local Acts, Regular Session 591

OSCOLA 4th ed.
'' 1895 591

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
 Conditions of the license agreement available at
 *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

tion (so called), and also all that part of said city lying and being east of the east bank of the Au Sable river, be and the same is hereby detached from the city of Au Sable, in said county of Iosco, State of Michigan, and the same shall be, and is hereby attached to the township of Au Sable in said county and State aforesaid.   But the territory hereby detached shall  Territory de-
not be relieved in any manner from its just share and propor-  tached shall not
tion of the present legal bonded indebtedness of said city of  be relieved of
Au Sable, together with interest thereon, and said indebted-  legal bonded
ness shall be apportioned in accordance with the provisions of  indebtedness.
act number thirty-eight of the session laws of eighteen hun-
dred and eighty-three, approved April twenty-first, eighteen
hundred and eighty-three, entitled "An act to provide for the
adjustment of rights and liabilities on division of territory of
cities and townships," and acts amendatory thereof.

SEC. 2.   This act shall not be construed as nullifying or  This act not to
repealing an act entitled "An act to incorporate the board of  repeal the act
education of the city of Au Sable," being act number two  the board of
hundred and eighty-five of the local acts of eighteen hundred  education.
and ninety-one, and the persons elected as members of such
board of education under the provisions thereof shall continue
to have and exercise all the duties, powers and jurisdictions
conferred upon them by the provisions thereof, within the ter-
ritory and district in which their jurisdiction now extends.

SEC. 3.   The matter of procedure in the matter of appor-  Procedure in
tioning, levying and collecting taxes for the support of the  the matter of
schools within said district, and for altering the boundaries  taxes.
thereof, shall be the same as near as may be as is provided by
law in the case of fractional school districts.

Approved May 24, 1895.

---

[ No. 436. ]

AN ACT to amend an act entitled "An act supplemental to
the charter of the city of Detroit, and relating to parks,
boulevards and other public grounds in said city, and to
repeal act number three hundred and seventy-four of the
local acts of eighteen hundred and seventy-nine, entitled
'An act to provide for the establishment and maintenance of
a broad street or boulevard about the limits of the city of
Detroit and through portions of the townships of Ham-
tramck, Greenfield and Springwells, in the county of Wayne,'
approved May twenty-one, eighteen hundred and seventy-
nine," as amended by act number four hundred and fifteen
of the local acts of eighteen hundred and ninety-three,
approved May twenty-ninth, eighteen hundred and ninety-
three, by amending sections six, seven and fourteen thereof,
and to add to said act twenty new sections to stand as sec-
tions thirty-two, thirty-three, thirty-four, thirty-five, thirty-

six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty and fifty-one of said act.

**Act amended and sections added.**

SECTION 1. *The People of the State of Michigan enact,* That an act entitled "An act supplemental to the charter of the city of Detroit, and relating to parks, boulevards and public grounds in said city, and to repeal act number three hundred and seventy-four of the local acts of eighteen hundred and seventy-nine, entitled 'An act to provide for the establishment and maintenance of a broad street or boulevard about the limits of the city of Detroit and through portions of the townships of Hamtramck, Greenfield and Springwells, in the county of Wayne,' approved May twenty-one, eighteen hundred and seventy-nine," as amended by act number four hundred and fifteen of the local acts of eighteen hundred and ninety-three, approved May twenty-nine, eighteen hundred and ninety-three, be amended by amending sections six, seven and fourteen thereof, and by adding twenty new sections to stand as sections thirty-two, thirty-three, thirty-four, thirty-five, thirty-six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty and fifty-one, to read as follows:

**Commissioners to have control, management, and charge of improvements of all parks and public grounds.**

SEC. 6. The commissioners shall have the control and management, and shall have charge of the improvement of all the parks and public grounds of said city, including the island park (known as "Belle Isle park"), and of such parks or public grounds as may hereafter be acquired, laid out, purchased or dedicated for public use in said city. And they shall likewise have control, management and charge of the improvement and maintenace of the boulevard, which was laid out and established as provided by the (said) act creating said board of boulevard commissioners, and of any other boulevard which may at any time be hereafter acquired, laid out, established or located by said city. The authority hereby conferred shall not be construed as giving charge or control to said commissioners over and to the improvement of any ordinary public street or alley.

**When improvements to be done by contract.**

When the estimated cost of any work or improvement ordered by said commissioners shall exceed the sum of one thousand dollars, the same shall be done by contract, after advertisements for bids in at least two daily papers, printed in said city, for at least seven days.

**May make rules and regulations for maintenance and care of.**

SEC. 7. The said commissioners may make all needful rules and regulations for the management, maintenance and care of the said parks, public grounds and boulevard or boulevards, and for the regulation thereof, and the common council of said city may provide by ordinance for the observance of the same, and may also in like manner provide for the observance and enforcement of any other rules and regulations duly made by said commissioners under any of the provisions of this act.

**Protection of.**

And said common council may by ordinance further provide for the preservation and protection of the parks, public grounds

and boulevards, and any of the property in charge of said commissioners against any destruction or injury, and prevent the destruction or injury to or the taking of any trees, shrubs, plants, flowers or other things set out, planted or used by said commissioners in beautifying, improving or ornamenting said parks, public grounds or boulevards, and to prevent any disorder or disturbance on or about said parks, public grounds or boulevards, or any encroachment thereon or interference with the quiet and peaceable use and enjoyment of the same for the purpose for which the same are established and maintained. Said ordinances may provide for the punishment for any breach or violation of any of their provisions by like penalties provided for violation of ordinances of said city. The commissioners of metropolitan police for the city of Detroit, upon the request of said commissioners of parks and boulevards, shall detail for service in any of the grounds under the charge of said park and boulevard commissioners, so many of the police force as may be necessary to maintain order and protect the property thereon, and any policeman on duty on said grounds may remove therefrom any person who may violate any of the rules and regulations of said commissioners, or any of the ordinances of said city, adopted as aforesaid, relating to said parks, public grounds or boulevards: *Provided*, That said commissioners of parks and boulevards, may in lieu of such detail by said commissioners of metropolitan police, appoint as many persons as may be necessary to maintain order and protect the property on any of the grounds, under the charge of the said park and boulevard commissioners, and such persons so appointed shall have all the powers of regularly appointed policemen of said city in and upon said grounds, but not elsewhere.

SEC. 14. The grounds of which ·said commissioners may have control shall be used and enjoyed solely for the purposes for which they were established: *Provided*, That privileges for the hiring of boats and vehicles and other like purposes such as are usual in public parks may be let by the commissioners for a period not exceeding three years, but the same shall be exercised and permitted only upon the same being subject to their supervision and direction, and to such orders, rules and regulations as the said commissioners may make at any time: *Provided further*, That said commissioners may prohibit the construction, use and maintenance of any and all railway or tramway cars, tracks, engines or motors on Belle Isle park, or other city park or boulevard.

SEC. 32. No person shall bring, drive or lead any swine, goat, cattle or any other animal other than horses or other beasts of burden in, on or along the boulevard, Belle Isle or any other parks or public grounds in charge of the commissioners of parks and boulevards; and no person shall lead any horse, mule or other animal on said boulevard or the driveways of either of said parks, or draw a second carriage, wagon or other vehicle with any horse or other motive power, nor drive thereon any

*Marginal notes:*
Police commissioner to detail police to maintain order and protect property on request.

Proviso.

To be used for purpose for which they were established.

Proviso.

Further proviso.

Driving or leading any swine, goat or cattle on or along boulevard or parks prohibited.

75

horse, before any sleigh or sled, unless there shall be a suffi-
cient number of bells attached to harness of such horse, or to
such sleigh or sled to warn persons of their approach.

**Driving or speeding.** SEC. 33.   No person shall ride or drive in said park or along
said boulevard at a rate of speed exceeding eight miles per
hour, excepting that horses may be speeded on such parts of
said boulevard or Belle Isle park as may be set apart by said
commissioners for that purpose, and then only under such reg-
ulations as the commissioners may prescribe.

**Riding, driving, or drawing any velocipede, bi- cycle, hand-cart, horse or animal on the walks, etc., prohibited.** SEC. 34.   No person shall ride, drive or draw any velocipede,
bicycle, tricycle, wheelbarrow, handcart or any other vehicle,
or any horse or other animal on the footwalks or sidewalk,
grass plots or planting places of said parks or boulevard, or
upon any other part or portion thereof, excepting upon the
carriage drives; and no person shall permit any vehicle or
animal to stand upon such roadways or carriage drives to the
obstruction of the way or inconvenience of travel, and no per-
son shall solicit passengers for hire on either of said park or
boulevard, excepting by direction or permission of said com-
missioners.

**Not to tie any animal to trees, shrubs, electric light tower or lamp post.** SEC. 35.   No person shall tie any animal to any tree or
shrub, electric light tower, lamp post, fire hydrant, or dock or
building in said park or boulevard, nor pluck, break, trample
upon or interfere with any grass, flower, plant or shrub in any
of said parks or boulevards, or climb, peel, cut, deface,
remove, injure or destroy any tree or shrub in any public park
or boulevard, or pasture any animal on the grass in any of said
parks or boulevards, and no person shall stand, walk or lie
upon any part of any public park or boulevard laid out and
appropriated for shrubbery or for grass when there shall have
been placed thereon a sign having the words, "Keep off the
grass," or other similar words thereon.

**No heavy traffic permitted.** SEC. 36.   No heavy traffic shall be permitted on said boule-
vard or any of said parks, and no person shall drive any wagon,
cart, dray, truck or other vehicle for the carrying of or laden
with merchandise, manure, coal, wood or building material of
**Proviso.** any kind: *Provided,* That where there is no alley or side
street by which premises fronting on the boulevard can be
reached, trucks and such heavy vehicles carrying goods, mer-
chandise or other articles to or from any house or premises
abutting on the boulevard shall be permitted to enter thereon
at the cross street nearest said house or premises in a direction
in which the same are moving, and deliver or receive such
goods, merchandise or articles, but shall not proceed thereon
**Further proviso.** further than the nearest cross street thereafter: *Provided fur-
ther,* That nothing in this section shall prevent the driving of
milk wagons and ordinary light grocery or meat delivery
wagons, along the boulevard for the accommodation of resi-
dents thereon.

**Not to cut, break or injure any property, or post notices.** SEC. 37.   No person shall cut, break or in any way injure
any electric light tower, lamp post, fence, bridge, dock, build-
ing, fountain or other structure or property in or upon any of
said parks or boulevards, and no person shall post or fix any

notice or bill or other writing or printing on any tree, tower, lamp post, hydrant, curbstone, coping, flagstone, fence, dock, bridge, wall, building or other place under the charge or control of said commissioners.

SEC. 38.   No person shall drive any vehicle displaying any placard or advertisement of any kind along said boulevard or on or along the driveway of any of said parks, nor shall any person display any placard or any advertisement of any kind on or upon or along the said boulevard or any of the said parks for advertising only. <sup>Not to drive any display advertisement or placards along the parks or boulevards.</sup>

SEC. 39.   No person shall dig, remove or carry away any sward, sand, turf or earth in or from any public park, or boulevard, and no person shall open or dig up or tunnel under any part or portion of the boulevard without a permit from the commissioners of parks and boulevards, and before granting any such permit the applicant therefor shall be required to deposit with the secretary of said commissioners such sum of money as the superintendent of the boulevard or such other officer as the commissioners may designate for that purpose, shall estimate, will fully cover any expense to be incurred by the commissioners in connection with such opening or tunneling, and the commissioners may make suitable regulations and conditions with respect to issuing said permits.   And said commissioners may retain the actual expense, which shall be certified by the superintendent, which may be incurred by the commissioners in connection with any work done by them, for the purpose of restoring any roadway, sidewalk, planting place or other portion of said boulevard, and the secretary shall refund to the person to whom said permit shall be issued the difference, if any, between the amount deposited and the amount so certified by the superintendent.   Carriage or driveways and footwalks connecting with any premises adjoining the boulevard, or hitching posts thereon, shall be allowed only on a permit issued under this section, and the material used in making such ways, walks or posts shall be determined by the said commissioners. <sup>Not to dig, remove or carry away any sward, sand or turf from parks.</sup>

SEC. 40.   No person shall place or deposit any dead carcass, ordure, filth, dirt, stone, ashes, garbage or rubbish of any kind, or other matter or substance on the said boulevard, or of any of said public parks, and no person shall wade into or throw any wood, sand, stone, or other substance into any basin, pool, lake or fountain in any public park, or bathe or fish in any of the waters thereon, except on Belle Isle park, where persons may bathe and swim, but only under such restrictions and conditions as may be prescribed by the commissioners of parks and boulevards; and no person shall send or ride any animal into same, nor shall any person kill, molest or disturb any fish, fowl or animals kept thereon. <sup>Not to deposit dead carcasses, filth, dirt, stones, etc., on the boulevard or parks.</sup>

SEC. 41.   No person shall build or place any fence, or other barrier around any grass plot or planting place on said boulevard or public park, or place any building or obstruction of any kind thereon. <sup>Not to build any fence or barrier around grass plots or planting place.</sup>

SEC. 42.   No person shall play at any game whatever in or upon said boulevard, or on any of the said parks, under the <sup>Not to play certain games.</sup>

596          LOCAL ACTS, 1895.—No. 436.

Proviso.

charge of the said commissioners: *Provided, however,* That ball, cricket, lawn tennis and other like games of recreation may be played upon such portions of said parks as may be designated from time to time by the commissioners and under such rules and regulations as may be prescribed by them.

Not to engage in sport liable to frighten horses.

SEC. 43.   No person shall engage in any sport or exercise upon said boulevard or park as shall be liable to frighten horses, injure travelers, or embarrass the passage of vehicles thereon.

Not to discharge firearms or fireworks.

SEC. 44.   No person shall fire or discharge any gun or pistol or carry firearms, or throw stones or other missiles within said park or boulevard, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of any explosive character on said park or boulevard, without the permission of said commissioners, and then only under such regulations as they shall prescribe.

No person shall expose or offer any article or thing for sale, play any musical instrument, etc., without permission of commissioners.

SEC. 45.   No person shall expose any article or thing for sale or do any hawking or peddling in or upon said parks or boulevard, and no person, without the consent of said commissioners, shall play upon any musical instrument, or carry or display any flag, banner, target or transparency, nor shall any military or target company, or band or procession parade, march, drill or perform any evolution, movement or ceremony within any of said parks, or upon or along said boulevard, without the permission of said commissioners, and no person shall do or perform any act tending to the congregating of persons on said boulevard or in said parks.

Gambling and disorderly conduct.

SEC. 46.   No person shall gamble, nor make any indecent exposure of himself or herself, nor use any obscene language, or be guilty of disorderly conduct, or make, aid, countenance or assist in making any disorderly noise, riot, or breach of the peace, within the limits of the said parks or boulevards; and

Intoxicating liquors.

no person shall sell or dispose of any intoxicating liquors in or upon any public park without the consent of the said commissioners.

All boats, carriages, railroad cars, and vehicles running for hire to be licensed.

SEC. 47.   All boats and vessels, carriages, railroad cars and other vehicles running for hire to and from said Belle Isle park, or any other park, shall be duly licensed and shall be subject to all the rules and regulations that may be established by said commissioners or by the common council from time to time, and no person shall carry on the business of carrying passengers to and from either of said parks unless their vehicles shall be so licensed.   And no person commanding or having charge of any boat, carrying passengers for hire shall land or permit any passengers thereform to land at any dock on Belle Isle park, excepting such as may be designated for that purpose by the commissioners, and no person having charge of any vessel shall fasten or tie the same at any wharf or dock in Belle Isle park, excepting for the purpose of receiving or discharging passengers as permitted by this section.

SEC. 48.   No person shall place or deposit or allow to be placed or keep or deposit on any part of said boulevard any

building material without the written permission of said commissioners, which permit shall state the space to be occupied and the length of time during which said permit shall be in force, and every person having use of any portion of said boulevard for the purpose of erecting or repairing any building or for placing or keeping any building material or any other article or thing thereon which shall cause any obstruction to travel thereon or render the same in any respect dangerous to travelers thereon, shall cause two red lights to be placed in conspicuous places, one at the end of said obstruction, from sunset until sunrise in the morning of each day during the time such obstruction shall remain, and shall also construct and maintain proper safeguards, and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two feet wide, and no such permit shall be granted under this section unless in the application therefor the party applying shall agree to indemnify the city against all liability from injury to any person or property arising from such obstruction. *[margin: Not to deposit building material on any part of boulevard without written permission of commissioners.]* *[margin: Red lights to be placed in conspicuous places.]*

SEC. 49.   No person shall conduct or permit any funeral procession or hearse to be driven upon the boulevard: *Provided*, That nothing herein contained shall be construed to prevent the removal of any corpse from any house abutting upon said boulevard, and the forming of the funeral procession thereon, but the hearse or procession shall not proceed further thereon than the nearest paved cross street in the direction in which said hearse shall move. *[margin: Funeral processions not to drive on boulevard. Proviso.]*

SEC. 50.   No person shall remove any house or building on, along or across the boulevard, except on the written permission of said commissioners, which shall be issued only upon such terms and conditions, and under such regulations as they may prescribe, and upon a deposit with the secretary of said commissioners of such sum as may be fixed by said commissioners, and as they shall estimate will fully cover all damages to walks, roadways, grass plots, trees and other property and improvements of said boulevard, and said permit shall be issued only upon the express condition that said moving shall be commenced and completed between the hours of one and six o'clock in the forenoon, and the occupancy of the said boulevard shall continue only between said hours and after said moving shall have been completed, the roadway, grass plot, walks and other property and improvements shall be restored to their former condition by the said commissioners or under the supervision of their superintendent, and their superintendent shall thereupon certify to the secretary the actual expense incurred in such restoration, and the secretary shall refund to the person to whom said permit shall be issued the difference, if any, between the amount deposited and the amount so certified by the superintendent. *[margin: Not to remove any house or building on or along the boulevard without written permission of commissioner.]*

SEC. 51.   Any violation of the provisions of this act shall be punished in the recorder's court by a fine not to exceed one hundred dollars and costs, and, in the imposition of any fine and costs, the court may make a further sentence, that the offender be imprisoned in the Detroit House of Correction *[margin: Penalty for violation.]*

598                    LOCAL ACTS, 1895.—No. 437.

until the payment of such fine, for any period of time not
exceeding six months.
This act is ordered to take immediate effect.
Approved May 24, 1895.

-------------------

[ No. 437. ]

AN ACT to amend sections two, five, seven and eleven of act
    number three hundred eighty-three of the local acts of eight-
    een hundred ninety-three, entitled "An act to provide for
    the election of two justices of the peace and for the appoint-
    ment of a justice clerk in and for the city of Saginaw, and to
    define their jurisdiction and to fix their compensation; and
    to abolish and discontinue the five offices of justice of the
    peace of said city, upon the expiration of the terms of the
    present incumbents thereof; and to provide for the filing of
    the files, records and dockets belonging to or appertaining
    to the offices abolished and discontinued, and for the issu-
    ance of executions upon judgments appearing on said dockets
    and to repeal all provisions of the charter of the city of Sag-
    inaw and of all other acts or parts of acts in any wise contra-
    vening the provisions of this act," approved May thirteenth,
    eighteen hundred ninety-three.

**Sections amended.**
SECTION 1. *The People of the State of Michigan enact,*
That sections two, five, seven and eleven of act number three
hundred eighty-three of the local acts of eighteen hundred
ninety-three, entitled "An act to provide for the election of
two justices of the peace, and for the appointment of a justice
clerk in and for the city of Saginaw, and to define their juris-
diction and to fix their compensation, and to abolish and dis-
continue the five offices of justices of the peace of said city,
upon the expiration of the terms of the present incumbents
thereof, and to provide for the filing of the files, records and
dockets belonging to or appertaining to the offices abolished
and discontinued, and for the issuance of executions upon
judgments on said dockets, and to repeal all provisions of the
charter of the city of Saginaw and of all other acts or parts of
acts in any wise contravening the provisions of this act,"
approved May thirteenth, eighteen hundred ninety-three, be
amended so as to read as follows:

**Justices to have same jurisdiction as justices of townships.**
SEC. 2.   The said justices of the peace for the city of Sagi-
naw shall have the same jurisdiction and powers and perform
the same duties as are now exercised and performed, or may at
any time hereafter be conferred by law upon justices of the
**Jurisdiction of civil cases.**
peace for townships, together with jurisdiction in civil cases,
where either of the parties to any such action reside in the
county of Saginaw, and such further jurisdiction as may be
provided by statute.   In cases of examination of offenders by
either of said justices, for offenses committed against the crim-

16

Case 1:22-cv-00695-JLS   Document 77-7   Filed 05/31/24   Page 33 of 58

THE

# MUNICIPAL CODE

OF

# CHICAGO:

COMPRISING THE

LAWS OF ILLINOIS RELATING TO THE CITY OF CHICAGO,

AND THE

## ORDINANCES OF THE CITY COUNCIL;

CODIFIED AND REVISED

BY

EGBERT JAMIESON AND FRANCIS ADAMS.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

CHICAGO:

BEACH, BARNARD & CO., LEGAL PRINTERS.

1881.

Ovd 83
C 4d
881

Case 1:22-cv-00695-JLS  Document 77-7  Filed 05/31/24  Page 35 of 58

person who shall be convicted of any such breach shall be adjudged to pay a fine of not less than three dollars nor more than one hundred dollars.

1683. In every prosecution brought for a violation of any ordinance of the city of Chicago, where the offense charged is one punishable under the laws of the State of Illinois as a misdemeanor, the court or magistrate trying the cause may upon conviction in lieu of the fine imposed by the ordinance or in addition thereto, cause the offender to be imprisoned in the house of correction for a period not exceeding three months.

1684. All the printed books containing the revised ordinances shall be deposited with the city comptroller. He shall deliver one copy thereof to each officer of the city, and to such other persons as the city council may direct.

1685. The mayor shall have power to extend to or reciprocate courtesies of other cities, by presenting to them a copy of the revised ordinances bound at the expense of the city in such manner as to him may seem suitable.

## ARTICLE XLIII.

### Parks and Public Grounds.

1686. The several public parks, squares and grounds in the city of Chicago, shall be known and designated by the names applied thereto respectively on the map of the city of Chicago published by J. Van Vechten and Snyder in the year 1877.

1687. It shall be the duty of the commissioner of public works to superintend all inclosed public grounds and keep the fences thereof in repair, the walks in order and the trees properly trimmed and improve the same according to plans approved by the city council. He shall likewise cause printed or written copies of prohibitions of this article to be posted in the said grounds or parks.

1688. No person shall enter or leave any of the public parks of the city of Chicago except by their gateways; no person shall climb or walk upon their walls or fences.

1689. Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of the said parks by any person.

1690. All persons are forbidden to carry firearms or to throw stones or other missiles within any one of the public parks. All persons are forbidden to cut, break or in any way injure or deface

Case 1:22-cv-00695-JLS  Document 77-7  Filed 05/31/24  Page 36 of 58

the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property within or upon any of the said parks.

1691.  No person shall converse with or in any way hinder those engaged in their construction.

1692.  No person shall expose any article or thing for sale upon any of said parks, except such person shall have been previously licensed by the commissioner of public works, nor shall any hawking or peddling be allowed therein.

1693.  No threatening, abusive, insulting or indecent language shall be allowed in any part of either of the said parks whereby a breach of the peace may be occasioned.  No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

1694.  In case of any emergency where life or property is endangered, all persons if required so to do by the superintendent or any of his assistants, shall remove from the portion of either of said parks specified by the superintendent or his assistants and remain off the same until permission is given to return.

1695.  The commissioner of public works may direct that any of the entrances to the public parks be closed at any time.

1696.  No person shall bathe or fish in, or go or send or ride any animal in any of the waters of either of the said public parks, nor disturb any of the fish, water fowl or other birds in any of said parks, or any deer, sheep or other animal belonging to and preserved therein, nor throw or place any article or thing in the waters within either of said parks.

1697.  No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within either of said parks nor upon any of the gates or inclosures thereof.

1698.  No person shall without the consent of the commissioner of public works, play upon any musical instrument nor shall any person take into or carry or display in the said public parks any flag, banner, target or transparency.  No military or target company civic or other shall be permitted to parade, drill or perform therein any military or other evolutions or movements.  Nor shall any fire engine, hook and ladder truck, hose cart or other machine on wheels commonly used for the extinguishing of fires be allowed on any part of said parks without the previous consent of the commissioner of public works.

1699. No person other than employes shall light, make or use any fire thereon.

1700. No person shall go upon the grass, lawn or turf of the parks except when and where the word " common " is posted, indicating that persons are at liberty at that time and place to go on the grass.

1701. Any member of the city police shall have power to arrest any person who shall not desist from any violation hereof when directed, and cause him to be committed for examination.

1702. The foregoing sections of this article so far as applicable shall apply to all the public squares of the city of Chicago.

1703. Any person who shall violate any or either of the provisions of this or any section or clause or any provision of any section thereof, or who shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall on conviction pay a fine of not less than five dollars nor more than one hundred dollars.

## Article XLIV.

### *Pawnbrokers and Loanbrokers or Keepers of Loan Offices.*

1704. The mayor may from time to time grant licenses to such persons as shall produce to him satisfactory evidence of their good character to exercise or carry on the business of a pawnbroker, or of a loanbroker or keeper of a loan office; and no person shall exercise or carry on the business of a pawnbroker, loanbroker or keeper of a loan office without being duly licensed, under the penalty of one hundred dollars for each day he or she shall exercise or carry on said business without such license.

1705. Any person who loans money on deposit or pledge of personal property or other valuable thing, or who deals in the purchasing of personal property or other valuable thing on condition of selling the same back again at a stipulated price, is hereby defined and declared to be a pawnbroker.

1706. Every person receiving such license shall pay therefor the sum of one hundred and fifty dollars for the use of the city.

1707. Every person so licensed shall at the time of receiving such license, enter with two sufficient sureties into a joint and several bond to the city of Chicago in the penalty of five hundred dollars, conditioned for the due observance of all such ordinances of the city council as may be passed or in force respecting pawnbrokers and loanbrokers or keepers of loan offices, at any time during the continuance of such license.

17

[PUBLISHED BY AUTHORITY.]

# THE

# REVISED ORDINANCES

OF

# SALT LAKE CITY,

*Ordinances, etc.*

WITH THE

# CITY CHARTER AND AMENDMENTS THERETO.

## FEBRUARY 14, 1888.

SALT LAKE CITY, UTAH:
PRINTED BY THE STAR PRINTING COMPANY.

1888.

CC
Salt Lake City
3
1888

44-158
Judah P. Benjamin

# CHAPTER XXVII.

### OF LIBERTY PARK.

1. May or to control Park and appoint Keepers.   Keepers given police powers.
2. When gates to be closed.
3. Drays, trucks, etc., not to travel upon drives.
4. Rate of speed.   Racing prohibited.
5. Vending in Park prohibited.
6. Injuring property.   Disturbance.   Animals trespassing, etc. Firearms.
7. Rule in meeting vehicles.
8. Associations, etc., to get permit.
9. Penalty.

SECTION 1.  The Mayor shall have the control and charge of Liberty Park, and shall have power to appoint one or more Park Keepers, whose duties shall be to have charge of the Park ,under the Mayor's direction, and to see that the provisions of this chapter are carried into effect; and for that purpose they are hereby given police powers and authorized to arrest any person violating any of the provisions of this chapter. *Mayor to control Park and appoint Keepers.* *Keepers given police powers.*

SEC. 2.  All the gates of Liberty Park shall be closed at nine o'clock each evening; and all travel on the roads of said Park, or other use of the grounds between nine o'clock P. M. and five o'clock A. M., shall be unlawful except by permission of the Mayor. *When gates to be closed.*

SEC. 3.  No dray, truck, wagon, cart or other vehicle carrying, or if not carrying, employed regularly in carrying goods, merchandise, manure, soil or other article of commerce or trade, shall be allowed to travel upon the drives of said Park. *Drays, trucks, etc., not to travel upon drives.*

SEC. 4  All persons are hereby prohibited from riding or driving upon the roads within said *Rate of speed.*

Park at a rate of speed exceeding eight miles per hour, and it shall be unlawful for two or more persons to engage in racing with animals in said Park except by consent of the Keeper thereof.

*Racing prohibited.*

SEC. 5.  No person shall vend or sell, or offer to vend or sell any article or thing whatever within said Park without the consent of the City Council.

*Vending in Park prohibited.*

SEC. 6.  No person shall, within Liberty Park, cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, fences or property of any kind; or indulge in noisy, boisterous, riotous, or indecent behavior, or use any boisterous or offensive language; or, except authorized by the Mayor:  1—Let loose any cattle, horses, goats, sheep or swine.  2—Drive a herd of said animals through the grounds.  3—Carry or discharge firearms.  4—Camp, lodge or tarry over night. 5—Ride or drive any horse or other animal, with or without vehicle, elsewhere than on the roads or drives for such purposes provided.  6—Catch or kill any birds or fish of any kind.

*Injuring property.*

*Disturbance.*

*Animals trespassing, etc.*

*Firearms.*

SEC. 7.  All persons in riding or driving in said Park, when meeting other animals or vehicles, shall pass to the right.

*Rule in meeting vehicles.*

SEC. 8.  When any company or association of persons exceeding fifty in number desire to resort to the Park for any lawful purpose, they, or one representing them, shall first get the permission of the Mayor.

*Associations, etc., to get permit.*

SEC. 9.  Any person violating any of the provisions of this chapter shall, upon conviction, be liable to a fine of not to exceed fifty dollars.

*Penalty.*

18

*From Thomas Meehan to*
*Doct. Asa Gray,*
*Cambridge*
*April 1884*

# TOWER GROVE PARK

— OF THE —

## CITY OF ST. LOUIS.

REVIEW OF ITS ORIGIN AND HISTORY, PLAN OF IMPROVE-
MENT, ORNAMENTAL FEATURES, ETC.

WITH ILLUSTRATIONS.

PREPARED BY ORDER OF THE BOARD OF COMMISSIONERS.

BY DAVID H. MACADAM.

1883:

R. P. STUDLEY & CO., PRINTERS.

ST. LOUIS, MO.

Digitized by Google

## RULES AND REGULATIONS.

In accordance with the authority conferred by the Act creating Tower Grove Park, the Board of Commissioners have adopted the following rules and regulations:

All persons are forbidden —

1.  To enter or leave the park except by the gateways.

2.  To climb the fences.

3.  To turn cattle, horses, goats or swine into the park or the avenues surrounding the park.

4.  To carry firearms or to throw stones or other missiles within it.

5.  To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the park ;

6.  Or to converse with, or in any way hinder, those engaged on the work of the park.

7.  A pound is hereby established within the Tower Grove Park for the impounding of horses, cattle, sheep, goats, dogs and swine found trespassing upon said park or the adjacent avenues. All such animals found at large may be taken by any person or persons and driven or carried to the pound, and may be kept enclosed therein during five days, at the end of which time, if not previously claimed, they may be sold at public auction ; provided, that, within two days after they shall have been impounded, notice of the sale shall have been conspicuously posted in the pound or vicinity.

Any person claiming property in such impounded animals before the day of sale, may recover the same, after suitable proof of his or her right thereto, upon payment for each animal of the sum of two dollars and the expenses of keeping ; the expenses of keeping to be reckoned as follows :

For each horse, dog, or head of neat stock, sixty cents per day ;

For each goat, swine, or sheep, twenty-five cents per day.
These charges shall be paid to the chief park keeper of Tower Grove Park, and the money thus collected shall by him be handed over within one week to the comptroller of the board.

If within one month after the sale of any impounded animals their former owner shall appear and claim the same, the treasurer shall, after deducting the full amount of the charges provided for above, pay over to him the proceeds of their sale ; otherwise the amount shall be added to the funds of the board.

8.  No animal shall travel on any part of the Tower Grove Park, except upon the drive or carriage road, at a rate exceeding six miles per hour. Persons on horseback shall not travel on the drive or equestrian road at a rate exceeding seven miles per hour.

9.  No vehicle or riding shall be permitted on the walks, the same being devoted exclusively to pedestrians ; nor shall any vehicle, horse, or burden, go

Digitized by Google

upon any part of the park except upon the " drive,"and upon such places as are appropriated for carriages at rest.

10.   No animal or vehicle shall be permitted to stand upon the "drive" or carriage roads of the park, or any part thereof, to the obstruction of the way or to the inconvenience of travel, nor shall any person upon the park solicit or invite passengers.

11.   No hackney coach, carriage, or other vehicle for hire, shall stand upon any part of the park for the purpose of taking in any other passengers or persons than those carried to the park by said coach, carriage, or vehicle, unless invited by the persons having said vehicle.

12.   No person shall expose any article or thing for sale upon the park except previously licensed by the Board of Commissioners of Tower Grove Park, nor shall any hawking or peddling be allowed on the park.

13.   No omnibus or express wagon, with or without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of Tower Grove Park, or any vehicle carrying more than six persons.

14.   No threatening, abusive, insulting or indecent language shall be allowed on the park whereby a breach of the peace may be occasioned.

15.   No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do any obscene or indecent act whatever in Tower Grove Park.

16.   Tower Grove Park shall be open daily to the public during the months of December, January and February from seven o'clock in the morning until half an hour after sunset in the evening; during the months of March, April, May, June, October, and November, from six in the morning until half an hour after sunset, and during the months of July, August, and September, from five in the morning until half an hour after sunset in the evening.

17.   The comptroller or superintendent may direct that the park or any of the entrances to the park be closed at any time, and may, on special occasions, also direct that the park or any portion thereof remain open at other times than those specified.

18.   No person other than employees of the Board of Commissioners of Tower Grove Park shall enter or remain in the park except when it is open as above provided.

19.   No person, except in the employ of the Board of Commissioners of the Tower Grove Park, shall bring upon the Tower Grove Park any tree, shrub, plant, or flower, nor any newly plucked branch or portion of a tree, shrub, plant, or flower.

20.   No person shall fire, discharge or set off in Tower Grove Park any rocket, cracker, torpedo, squib, balloon, snake, chaser, or double-header, nor any fireworks or thing under any other name composed of the same or similar material, or of the same or similar character, as the fireworks above specified, except with consent of Board of Commissioners or comptroller.

21.   No person shall place or propel any invalid chairs, perambulators,



Digitized by Google

bicycles or velocipedes upon any portion of the Tower Grove Park except upon the walks.

22.   No person shall post or otherwise affix any bill or notice, in paper or paint, upon any structure or thing within the park, nor upon any of the gates or surrounding avenues.

23.   No person shall without the consent of the comptroller of the park play upon any musical instrument within Tower Grove Park, nor shall any person take into or carry or display in the park any flag, banner, target, or transparency.

24.   No military or target company, or civic or other procession, shall be permitted to parade, drill or perform upon the park any military or other evolutions or movements without the written consent of the comptroller.

25.   No fire-engine, hook or ladder, cart, hose, truck, or other machine on wheels commonly used for the extinguishing of fire, shall be allowed on any part of Tower Grove Park without the previous consent of the comptroller of the park.

26.   No funeral procession or hearse, or other vehicle or person carrying the body of a deceased person, shall be allowed on any part of Tower Grove Park.

27.   No person, except in the employ of the Board of Commissioners of Tower Grove Park, shall light, make or use any fire upon the Tower Grove Park.

Digitized by Google

19

# A DIGEST

OF THE

# ACTS OF ASSEMBLY

RELATING TO,

AND THE

# GENERAL ORDINANCES.

OF THE

# CITY OF PITTSBURGH

*From 1804 to Jan. 1, 1897,*

WITH REFERENCES TO DECISIONS THEREON.

SECOND EDITION.

PREPARED UNDER RESOLUTION OF COUNCILS

BY

## W. W. THOMSON

OF THE PITTSBURGH BAR.

PITTSBURGH, PA.:
W. T. NICHOLSON SONS, PRINTERS AND BINDERS.
1897.

Digitized by Google

496                ORDINANCES—EXECUTIVE DEPARTMENTS.

## BUREAU OF PARKS.

*July 31, 1893, § 1.*
*O. B. 9, 262.*
**Bureau of parks created.**

1.   There shall be and is hereby created a bureau to be known as the "bureau of parks," which bureau shall consist of one superintendent whose compensation shall be two hundred dollars per month, one superintendent, whose compensation shall be one hundred and fifty dollars per month, and one assistant

**Officers and employees.**

superintendent whose compensation shall be one hundred and twenty-five dollars per month, one clerk whose compensation shall be eighty-three dollars and thirty-three cents per month, and such foremen and laborers as may be required from time to time, at the same pay as like labor in other departments of the city (*a*).

*July 6, 1896.*
*O. B. 11, 139.*
**Preamble.**

2.   WHEREAS, The control, maintenance, supervision and preservation of the public parks is by law vested in the department of public works ; and

**Preamble.**

WHEREAS, It is essential to proper exercise of these powers that persons should be employed as watchmen in the public parks for the protection of the public property therein.

*Ibid § 1.*
**Watchmen compensation.**

3.   *Be it ordained, &c.,* That the director of the department of public works shall, and he is hereby authorized to employ such watchmen as may be necessary for the properly caring for, maintaining and protecting the public property in the public parks of this city at the daily compensation of two dollars and fifty cents each.

*Ibid. § 2.*

4.   The compensation of such watchmen shall be paid out of appropriation No. 36, public parks.

*July 27, 1893, § 1.*
*O. B. 9, 260.*
**Rules adopted.**

5.   Upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the city of Pittsburgh, to wit :

*First.*   No person shall injure, deface or destroy any notices, rules or regulations for the government of the parks, posted or in any other manner permanently fixed by order of the chief of department of public works.

*Second.*   No person shall be allowed to turn any chickens, ducks, geese or other fowls, or any cattle, goats, swine, horses or other animals loose within the parks or to bring led horses or a horse that is not harnessed and attached to a vehicle or mounted by an equestrian.

*Third.*   No person shall be allowed to carry firearms, or to shoot or throw stones at or to set snares for birds, rabbits, squirrels or fish, within the limits of the parks or within one hundred yards thereof.

*Fourth.*   No person shall cut, break, pluck or in anywise injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, structures or statuary, or place or throw anything whatever in any springs or streams within the parks, or fasten a horse to a tree, bush or shrub.

(*a*)  As amended by ordinance of Nov. 23, 1893, O. B. 9, p. 320, and ordinance of March 31, 1896. O. B. 11, p. 40.

## PUBLIC WORKS—PARKS. 497

July 27, 1893.
Park rules.

*Fifth.* No military or other parade or procession, or funeral shall take place in or pass through the limits of the parks without permission from the chief of department of public works.

*Sixth.* No one shall ride or drive therein except on the avenues or roads, or at a rate of speed exceeding eight miles per hour.

*Seventh.* No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks without previous permission of the chief of the department of public works, nor shall any gathering or meeting for political purposes in the park be permitted under any circumstances.

*Eighth.* No wagon or vehicle of burden or traffic shall pass through the park, except on such road or avenue as shall be designated by the chief of the department of public works for burden transportation.

*Ninth.* No coach or vehicle used for hire, shall stand upon any part of the parks for the purpose of hire, nor except in waiting for persons taken by it into the park, unless at points designated by the chief of the department of public works.

*Tenth.* No profane, indecent, abusive or insulting language, gambling or drunkenness shall be allowed within the parks, nor shall any one be allowed to introduce any spirituous liquors within the limits of the same, either for his own use or for sale.

*Eleventh.* No person shall climb any tree or attach any swing thereto, without the consent of the superintendent.

*Twelfth.* No picnic shall take place in the parks without a written permission for the purpose being obtained from the superintendent, in which shall be designated the spot where it shall be held, and parties holding picnics shall clean up the ground that has been occupied by them on quitting it, and not leave paper and other refuse on the ground.

*Thirteenth.* No person shall disturb any picnic in the parks, or intrude himself or herself on it without the consent of those composing it.

*Fourteenth.* No person shall stand, walk or sit on any fence, wall or embankment, or stand, slide, sit or roll upon any slope of the parks.

*Fifteenth.* No person shall set up any booth, table or stand for the sale of any article whatever, without the consent of the chief of the department of public works, previously obtained in writing.

*Sixteenth.* When carriages or equestrians meet, the parties respectively shall keep to the right as the law of the road.

*Seventeenth.* No person shall drive any vehicle displaying any placard or advertisement of any kind along any road or avenue in the parks, nor shall any person display any placards or advertisements of any kind, or post or fix any notice or bill or other writing or printing of any kind on any tree, lamp-post, hydrant, curbstone, coping, flagstone, fence, wall, building or other place within the parks.

*Eighteenth.* No benches or seats shall at any time be removed

**33**

Digitized by Google

July 27, 1893

or changed from their places in the parks, except by the order first obtained of the superintendent.

*Nineteenth.* Bicycles and tricycles shall be restricted to the use of the roadways, and be controlled by the same law which governs horses, vehicles and equestrians, and must pass to the right, when meeting the same or each other. When passing a carriage or equestrian from the rear to the front, it must be done to the left side and at a moderate rate of speed. Bicycles and tricycles must not travel more than two abreast.

*Twentieth.* All racing with horses, vehicles, tricycles and bicycles is prohibited at any time, and bicycles and tricycles must not be driven or propelled at greater speed than eight miles per hour.

Ibid. § 2.

Penalty.

6.   Any violation of any of the foregoing rules shall subject the party so offending to a fine of twenty-five dollars, to be collected by summary process.

Aug. 28, 1871, § 1.
O. B. 3, 122.

Improvement of part of Bluff street as a park authorized.

7.   The citizens of the Sixth and Fourteenth wards of the city of Pittsburgh, residing in the vicinity of Bluff street, shall be and are hereby authorized to enclose with a good substantial fence a portion of Bluff street, from Gist to Magee street, as follows, viz: Commencing at Gist street thirty feet south of the northern curb line, and thence running by a line preserving the same width to Magee street, said fence to be constructed with openings at the street crossings, and at such other points as may be deemed proper openings for the convenient access of foot passengers. Said citizens shall be further authorized to lay off the grounds south of said fence to the line of said street with walks, and within said enclosure, and on the outside thereof, to plant trees and shrubbery, erect fountains and make other improvements thereon suitable for a public promenade: *Provided,* That no trees or other improvements shall be placed upon said street within a distance of twenty feet from the north curb line of said street.

Ibid. § 2.

City not liable for expense.

8.   Said improvements shall be made and maintained at the expense of the parties making the same, and the city shall not be liable for any expense contracted for or on account of the same.

Ibid. § 3.

City may grade and pave.

9.   Said city reserves the right to direct the grading and paving of said street at any time hereafter, without compensation for the improvement which may be made thereon as fully as if this ordinance had not been adopted.

Ibid. § 4.

10.   Said improvements and the maintenance and care of the same shall be under the charge of such persons as may be selected by subscribers to the fund for making the same.

Ibid. § 5.

Penalty for injuring improvements.

11.   It shall be unlawful for any person to injure or destroy any fence, trees, shrubbery or other improvement upon said ground; and if any person shall wilfully injure or destroy the same, or any part thereof, he or she shall forfeit and pay the sum of ten dollars, in addition to a sum sufficient to repair or replace the damage, to be recovered by action in the name of the city of Pittsburgh, or by summary conviction before the mayor

Digitized by Google

PUBLIC WORKS—PARKS. 499

or any alderman of said city, and the sum so recovered shall be paid to the person having charge of said improvements, to be expended upon the same.  *Aug. 28, 1871.*

12. The superintendent of the water works shall be author- *Ibid. § 6.* ized to direct a supply of water, free of charge, for not more *Supply of water for two foun-* than two fountains upon said ground at all reasonable times *tains authorized.* and to reasonable amounts, from the first day of April to the fifteenth day of October in each year: *Provided,* That said superintendent shall be authorized to prevent the unnecessary waste of water, and to prohibit its use during times of short supply.

13. WHEREAS, The public market-house on Second street is *Sept. 27, 1858.* of no benefit to the city ;  *O. B. 2, 125.*

*And whereas,* The heirs and legal representatives of the es- *Preamble.* tate of James O'Hara have, by deed dated the seventeenth day of May, one thousand eight hundred and twenty, and on the ninth of August, one thousand eight hundred and fifty-eight, consented that the ground dedicated by the late James O'Hara, on Second between Ross and Grant streets, may be used as a public square or area ; therefore,

14. *Be it ordained, &c.,* That all that portion of Second street *Ibid. § 1.* extending from Grant to Ross street, and used for the purpose *Second street* of a market house, be and the same is hereby devoted to the *market to be* purpose of a public park, to be ornamented in such manner as *made a park.* shall be directed by the mayor of the city and members of coun- cils for the time being of the Second ward, who are hereby *Rules.* authorized to adopt such rules for the same as may, in their judgment, be proper, and to keep the same posted on the gate- posts thereof : *Provided,* The whole expense of removing the *Proviso.* market-house and of constructing said public park and keeping the same in repair, shall be provided by voluntary subscription, and shall in no case be a charge on the city treasury.

15. Any person that shall injure or destroy any tree, shrub *Ibid. § 2.* or any other thing within said park, or the wall or fence that *Penalty for* may surround it, shall, upon conviction before the mayor, be *injuries.* fined a sum not exceeding five dollars, in addition to the amount necessary to repair any injury so done, to be recovered as like penalties are by law recoverable.

16. It shall be lawful to erect within the said area or park *Ibid. § 3.* one or more fountains, to be supplied from the public water pipes *Fountains.* without any charge for the use of the water.

17. Before the work necessary for said improvement shall be *Ibid. § 4.* commenced, the mayor and members of councils from the Second ward shall meet at the mayor's office and choose from among themselves one president, one secretary, and one treas- urer, and shall proceed to agree upon a plan of the work, &c.

18. For the purpose of constructing and maintaining a public *Sept. 14, 1889 § 1.* park, there shall be and is hereby set aside, dedicated and appro- *O. B. 7, 134.* priated so much of the ground belonging to said city as is not *Dedication of* indispensably necessary for the safe and proper use of the reser- *Herron Hill* voir known as the Herron Hill Reservoir.  *Park.*

500                ORDINANCES—EXECUTIVE DEPARTMENTS.

Sept. 14, 1889, ₹ 2.
Improvement.

19.   The chief of the department of public works of said city be and he is hereby authorized and directed to improve all said ground lying around, adjacent to and connected with said reservoir, and which shall not be found actually necessary for the operation of said reservoir, to be used and enjoyed as a public park, to be known as and by the name of the ''Herron Hill Park.''

Sept. 16, 1889, ₹ 1.
Dedication of
Highland Park.

20.   For the purpose of constructing and maintaining a public park, there shall be and is hereby set aside, dedicated and appropriated so much of the ground belonging to said city as is not indispensably necessary for the safe and proper use of the reservoirs known as the Highland Reservoirs.

Ibid. § 2.
Improvements.

21.   The chief of the department of public works of said city be and he is hereby authorized and directed to improve all said ground lying around, adjacent to and connected with said reservoirs or which may be added thereto, and which shall not be found actually necessary for the operation of said reservoirs, to be used and enjoyed as a public park, to be known as and by the name of ''Highland Park.''


## BUREAU OF CITY PROPERTY.

Dec. 17, 1887. ₹ 18.
O. B. 6, 227.
Bureau created.
Title of head.
Salary.
Duties.

Clerk.

1.   There shall be and is hereby created a bureau to be known as the bureau of city property, the head of which shall be known as superintendent of city property, and who shall receive the sum of one hundred and fifty dollars per month as his compensation. The duties of this bureau shall be to take charge of all public property belonging to said city not otherwise conferred upon some other department, including markets, city buildings, wharves, and such other property of the city as is not specially conferred elsewhere: *Provided,* That the chief clerk of this bureau shall act as clerk of the Diamond markets without extra compensation.

Feb. 28 1890, ₹ 1.
O. B. 7, 321.
Salary of clerk of
bureau of city
property.

2.   From and after the date of the passage of this ordinance, the salary of the clerk to the bureau of city property (who also acts as clerk of markets) shall be and is hereby fixed at fifteen hundred dollars per annum, and the said clerk to the bureau of city property shall receive compensation for his services at the rate of fifteen hundred dollars per annum from and after the date of the approval or passage of this ordinance.

City Code, 234, ₹ 1.
Penalty for in-
juring.

Proviso.

3.   If any person shall destroy or injure in any way whatsoever any public property within this city, he shall forfeit and pay for every such offense a fine of not less than ten dollars and not exceeding fifty dollars, besides the amount of the costs and expenses of repairing the same: *Provided,* That when the injury is accidental no further fine shall be imposed than the amount of the cost and expense of repairing.

Ibid. § 2.
City officers to
report to con-
troller.

4.   It shall be the duty of every city officer to report to the controller any damage or injury which may be done to any public property in his possession, that the same may be laid

20

# LAWS

## —AND—

# ORDINANCES,

FOR THE GOVERNMENT OF THE MUNICIPAL CORPORATION OF THE

## CITY OF WILLIAMSPORT, PENNSYLVANIA,

### IN FORCE APRIL 1st, 1891.



PUBLISHED BY AUTHORITY OF THE CITY COUNCILS.

## IN FOUR PARTS.

WILLIAMSPORT, PA.:
PENNSYLVANIA GRIT BOOK AND JOB PRINTING HOUSE.
1891.

UNIVERSITY
REFORM CLUB,
Committee on
MUNICIPAL ADMINISTRATION.

Digitized by Google

140                    ORDINANCES.

## AN ORDINANCE

**Brandon Park** *Prescribing the rules and regulations for the government and protection of Brandon Park, imposing penalties for the violation of the same, and closing part of Packer street.*

**Regulations.**    SECTION 1.   *Be it ordained by the select and common councils of the city of Williamsport,* That the following rules and regulations be and are hereby established as the rules and regulations for the government and protection of Brandon Park, viz.:

**Driving.**    1.   No person shall drive or ride in Brandon Park at a rate exceeding seven miles an hour.

**Upon roads.**    2.   No person shall ride or drive upon any part of the park, except on the avenues and roads.

**Vehicles prohibited.**    3.   No vehicle of burden or traffic shall be permitted within said park, except when employed in the business of the park.

**Regulating speed.**    4.   No bicycles, tricycles or other vehicles of a similar nature, shall be driven at a greater speed than seven miles per hour in the park.

**Law of road.**    5.   When carriages, bicycles, tricycles or equestrians meet, the parties respectively shall keep to the right as the law of the road.

**Entrance and exit.**    6.   No person shall enter or leave the park except by such gates or avenues as may be for such purposes arranged.

**Led horses.**    7.   No person shall bring or lead a horse or horses within the limits of the park not harnessed and attached to a vehicle, or mounted by an equestrian.

**Animals at large.**    8.   No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the park.

**Shrubbery.**    9.   No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, flowers, fruit, turf, or any of the buildings, fences, bridges, structures or statuary, or foul any fountains or springs within the park, nor throw stones or rubbish of any kind into any lake or pond of the park, or bathe in the same.

**Nuisances.**    10.   No person shall throw any dead animal or offensive matter or substance of any kind within the boundaries of the park.

**Fish, etc.**    11.   No person shall disturb the fish or water fowl in the pool or pond, or birds in any part of the park, or annoy, strike, injure, maim or kill any animal kept by direction of the commissioners, either running at large or confined.

**Trees.**    12.   No person shall attach a swing to, fasten a horse to, nor climb a tree in said park.

**Bills and notices.**    13.   No person shall injure, deface or destroy any notices, rules or regulations for the government of the park posted or in any other manner permanently fixed by order or permission of the commissioners of the park, nor affix any bills or notices within the limits of the same.

**Trade prohibited.**    14.   No person shall expose any article for sale within the park.



## ORDINANCES. 141

15.  No person shall have any musical or other entertain- Parades, etc., ment in the park, nor shall any parade or procession take prohibited. place in or pass through the park, nor shall any picnic, gathering or public meeting of any kind be permitted therein without the previous permission of the commissioners.

16.  No person shall engage in any play at base ball, Games prohibited. cricket, shinny, foot-ball, croquet, or at any other athletic games within the limits of the park, except on such grounds only as shall be specially designated for such purposes by the park commissioners.

17.  No person shall introduce any spirituous, malt or Liquors prohibited. brewed liquors into said park, either for his own use, to sell, or to give away, nor shall any intoxicated person enter or remain in said park.

18.  No person shall curse or swear or use threatening or Swearing. abusive language, or fight or throw stones, or behave in a riotous or disorderly manner in said park.

19.  No person shall indulge in any insulting or indecent Nuisances. language, or commit a nuisance in the park.

20.  No person shall engage in playing cards or gambling Gambling. in said park.

21.  No person shall carry fire-arms, or shoot in the park, Firearms. or discharge any fire-works, or throw stones or missiles therein.

SEC. 2.  Any person who shall violate any of said rules and Penalty. regulations shall be liable to a fine of not less than five dollars nor more than fifty dollars, to be recovered before any alderman of the city of Williamsport, with costs, together with judgment of imprisonment not exceeding thirty days, if the amount of said judgment and costs shall not be paid, which fines shall be paid into the city treasury for park purposes.

SEC. 3.  Packer street, where it passes through the park, is Street vacated. hereby abandoned as a public highway and declared to be a part of the park, subject to the rules and regulations adopted for its government and protection.

APPROVED—June 18th, 1890.

F. H. KELLER,
*Mayor.*


Digitized by Google