81

# A

# 𝔑𝔢𝔴 𝔞𝔫𝔡 ℭ𝔬𝔪𝔭𝔩𝔢𝔱𝔢 𝔏𝔞𝔴-𝔇𝔦𝔠𝔱𝔦𝔬𝔫𝔞𝔯𝔶,

## O R,

## GENERAL ABRIDGMENT of the LAW:

### O N

A more Extenfive Plan than any LAW-DICTIONARY hitherto publifhed:

### CONTAINING

Not only the EXPLANATION of the TERMS, but alfo the LAW itfelf, both with Regard to *Theory* and *Practice*.

*Very Ufeful to* BARRISTERS, JUSTICES OF THE PEACE, ATTORNIES, SOLICITORS, &c.

---

## By T. CUNNINGHAM, Efq.

---

## In TWO VOLUMES.

---

## VOL. II.

---

### LONDON:

Printed by the Law-Printers to the King's moft Excellent Majefty;

For S. CROWDER at the Looking-Glafs, and J. COOTE at the King's-Arms, in Paternofter-Row; And fold by Mr. SMITH at Dublin, Mr. JACKSON at Oxford, Meff. FLETCHER and HODSON at Cambridge, Mr. ETHERINGTON at York, and all other Bookfellers in Great Britain and Ireland.

### M. DCC. LXV.

Digitized by Google

# L A N        L A N

**Lagedayum,** *Laghday,* A law-day, or time of open court. *Cowell, edit.* 1727.

**Lageman,** or **Lahman,** *(Lagamannus) Homo legalis feu legitimus*; such as we call now *Good men of the jury.* We find the word in *Domefday,* and in the laws of *Edward the Confeffor, cap.* 38. thus, *Poftea inquififfet juftitia per* lagamannos, *& per legenfes homines de burgo, &c.* But in *libro albo de Southwel, Ulvet* the fon of *Forno* is said to have been *lagaman,* of the city of *York.* Where doubtlefs it fignified fome chief officer, as judge or recorder. My Lord *Coke* in his *Comment on Littleton, fect.* 73. was of opinion, that a *lageman* was he who had *focam & facam fuper homines fuos,* i. e. who has a jurifdiction over their perfons and eftates, and thofe were the *thaines* or *barons* of that age; fo that this *Ulvet* the fon of *Forno,* might be one of the *barons* who lived in *York.*

*Somner* and *Lambard* were of the fame opinion, that the word fignified the *thaines,* called afterwards *barons,* who fate as judges to determine mens right in courts of juftice; as, in *Senatus confult. de Monticolis Walliæ, cap.* 3. 'tis faid, let 12 *lahmen,* which *Lambard* renders men of law, *viz.* fix *Englifhmen* and fix *Welfh,* do right and juftice, *&c.* Cowell, edit. 1727.

**Lagen,** *(Lagena) Fleta, lib.* 2. *cap.* 8, 9. In ancient times it was a meafure of fix *fextarii.* Hence perhaps our *Flagon. Donatio infuper de fex* lagenis *olei annuatim.* Charta 2 *Edw.* 3. *m.* 25. *n.* 82. The Lieutenant of the *Tower* has the privilege to take *unam* lagenam *vini, ante malum & retro,* of all wine-fhips that come up the *Thames.* Sir *Peter Leycefter,* in his *Antiquities* of *Chefhire,* interprets *logena vini,* a bottle of wine. See **Minftrel.**

**Lagon,** or **Lagan,** Is fuch a parcel of goods of the mariners in danger of fhipwreck caft out of the fhip; and becaufe they know they are heavy and fink, they faften to them a buoy or cork, that fo they may find and have them again. If the fhip be drowned, or otherwife perifh, thefe goods are called *legan* or *ligan a ligando,* and fo long as they continue upon the fea, they belong to the admiral, but if they are caft upon the land, they are then called a *wreck,* and belong to him that hath the *wreck,* as appears in *Cr. lib.* 5. *fol.* 106.

**Lahflite, Lagflite, Laghflite,** *Tranfgreffio legis,* A breach of the law, and fometimes the punifhment for breaking the law. *Si quis Dei rectitudines per vim teneat, folvat* lahflite *cum Dacis,* plenam Wytam *cum Anglis. Leg. Hen.* 1. *cap.* 13. Lamb. Explic. of *Saxon* Words, *verbo* Mulcta.

**Laia,** The fame with *lada.* Mon. Angl. 1 tom. pag. 483. A broad way in a wood.

**Lairwite, Lethewite, Legergeldum.** *Pœna vel mulcta offendentium in adulterio & fornicatione,* which privilege did anciently belong to fome lords of manors, in reference to their villains and tenants, which *Fleta, lib.* 1. *cap.* 47. feems to infer. See *Co.* 4 *Inft. f.* 206.

**Lammas-day,** (mentioned in ftat. 23 *Hen.* 8. *cap.* 4.) Is the firft of *Auguft,* and fo called *quafi lamb-mafs,* becaufe *lambs* were not fit to eat, they were grown too big; *aliter,* from the Saxon *hlafmæffe, q. d. loaf-mafs,* becaufe on that day the *Englifh* made an offering of bread made with new wheat. On which day the tenants that held lands of the cathedral church of *York,* (which is dedicated to *Peter ad Vincula*) were bound by their tenure to bring a live *lamb* into the church at high mafs on that day. See **Gule of Auguft.**

**Lamp black,** To what duties liable, 4 *Will. & M. c.* 5. *fect.* 2.

**Lamppaps.** See **Fifh.**

**Lamps.** See **Lights, Paving.**

**Lancafter.** Perfons outlawed in *Lancafhire* to forfeit only what they have in the county, 9 *H.* 5. *c.* 2. 18 *H.* 6. *c.* 13. 2 *H.* 6. *c.* 2. 31 *H.* 6. *c.* 6. repealed, 33 *H.* 6. *c.* 2.

Juftices to be appointed under the King's feal of *Lancafter,* 27 *H.* 8. *c.* 14. *fect.* 5.

The fufficiency of. jurors to indict a perfon in *Lancafhire* who dwells in another county, 33 *H.* 6. *c.* 2.

Proclamations of fines how to be made, 37 *H.* 8. *c.* 19. *fect.* 2.

Proclamation upon exigent to be awarded into *Lancafhire,* 5 & 6 *Ed.* 6. *c.* 26.

Lands fevered from the dutchy, reunited to it, 2 & 3 *Ph. & Mar. c.* 20.

Chancellor of the dutchy and county palatine may grant commiffions to take affidavits, 17 *Geo.* 2. *c.* 27.

A quay to be made at *Lancafter,* 23 *Geo.* 2. *c.* 12.

Regulations of retorns of writs in *Chefter* and *Lancafter,* 22 *Geo.* 2. *c.* 46. *fect.* 35.

**Land** *(Terra)* In a general and legal fignification, includeth not only all kinds of grounds, as meadows, pafture, arable, wood, *&c.* but houfes and all edifices whatfoever; but in a more reftrained fenfe it is taken only for arable ground. *Co. on Litt. lib.* 1. *cap. E. fect.* 14. fays, *Terra eft nomen generaliffimum & comprehendit omnes fpecies terræ,* but properly *terra dicitur a terendo, quia vomere teritur;* and anciently it was written with a fingle *r.* and in that fenfe includes whatever may be plowed. The earth hath in law a great extent upwards, for *Cujus eft folum ejus eft ufque ad cælum.* Co. 9 Rep. *Alured's* cafe.

Where land fhall be taken as money, or money as land, fee 14 *Vin. Abr.* tit. *Land.*

**Landa,** A lawn or open field without wood. *Cowell, edit.* 1727.

**Land-boc,** A charter or deed whereby lands or tenements are given or held. *Sic Anglo-Saxones chartas & inftrumenta nuncuparant, prædiorum feffiones, jura & firmitates continentia,* fays the learned *Spelman.* Cowell, edit. 1727.

**Land-cheap,** An ancient cuftomary fine, paid either in. cattle or money at every alienation of *land* lying in fome peculiar manor, or the liberty of fome borough. As at *Malden* in *Effex,* there is yet a cuftom, that for certain houfes and land fold within that borough, thirteen pence in every mark of the purchafe-money fhall be paid to the town; and this cuftom of *land-cheap* they claim *inter alia,* by a grant made to that town by the bifhop of *London, Anno* 5 *Hen.* 4. *Somner* in his *Saxon Dictionary* fays, Land-cheap *eft fortaffe pretium fundi pacto datum vel debitum.* The word is alfo read in *Spel. de Concil. vol.* 1. *fol.* 502.

**Landea,** A ditch made near wet lands to receive the water, and carry it into the fea: *Vera judicia & awarda faciat de vallis,* landeis *& watergangiis.*

**Landfricus,** *(Lanfricus)* The lord of the foil, or the landlord: From the Sax. *land, terra,* and *rica, rector. Et omnis emat fibi lagam* 12 oris dimidium Landefrico, dimidium Wapentado. Leg. Ethelred. cap. 6.

**Landgavman,** Was one of the inferior tenants of a manor. *Cuftumariorum genus feu inferiorum tenentium manerii,* fays the learned *Spelman,* who adds,——*Occurrit vox in cuftumar. de Hecham.*

**Land-gable,** Is a tax or rent iffuing out of *land,* according to *Domefday.* Cenfus præ'olis vel tributum quod a prædiis colligitur, that is, fays *Spelman,* a penny for every houfe; the *Welfh* ufe pridgavel for landgavel.

This *landgavel* or landgable in the regifter of *Domefday,* was a quit-rent for the fite of a houfe, or the land whereon it ftood, the fame with what we now call ground-rent. ——Tochi filius Outi habuit in civitate xxx manfiones præter fuam ballam & duas ecclefias & dimidiam ——& fuper manfiones habuit locationem, & præter hoc de unaquaq; unum denarium, id eft, landgable. *Domefday, Lincoln.*

**Landimers,** *(Agri menfores,)* Meafurers of land, fo called of old.

**Landirecta,** Thofe fervices and duties which in the *Saxon* times were laid upon all that held *land,* which were three obligations called *trineda neceffitas,* expedition, burghbote and brighbote: Which duties the *Saxons* did not call *fervitia,* becaufe they were not feudal fervices arifing from the condition of the owner, but *landirecta,* rights that charged the very *land* whofoever did poffefs it, churchman or layman. *Vide Spelman of Feuds, c.* 10.

**Landlord.** See **Diftrefs, Leafe, Rent, Tenant.**

**Land-man,** *Terricola,* The terre-tenant.

**Land-tax,** The ancient form of taxation was by efcuage, which was on lands held by knight-fervice; and by tallage on the cities and boroughs, and it was made

Digitized by Google

82

AN

# AMERICAN DICTIONARY

*1828*

OF THE

# ENGLISH LANGUAGE:

### INTENDED TO EXHIBIT,

I. THE ORIGIN, AFFINITIES AND PRIMARY SIGNIFICATION OF ENGLISH WORDS, AS FAR AS THEY HAVE BEEN ASCERTAINED.
II. THE GENUINE ORTHOGRAPHY AND PRONUNCIATION OF WORDS, ACCORDING TO GENERAL USAGE, OR TO JUST PRINCIPLES OF ANALOGY.
III. ACCURATE AND DISCRIMINATING DEFINITIONS, WITH NUMEROUS AUTHORITIES AND ILLUSTRATIONS.

#### TO WHICH ARE PREFIXED,

## AN INTRODUCTORY DISSERTATION

##### ON THE

## ORIGIN, HISTORY AND CONNECTION OF THE

# LANGUAGES OF WESTERN ASIA AND OF EUROPE,

### AND A CONCISE GRAMMAR

##### OF THE

# ENGLISH LANGUAGE.

## BY NOAH WEBSTER, LL. D.

*green*

### IN TWO VOLUMES.
### VOL. I.

He that wishes to be counted among the benefactors of posterity, must add, by his own toil, to the acquisitions of his ancestors.—*Rambler.*

## NEW YORK:
## PUBLISHED BY S. CONVERSE.
PRINTED BY HEZEKIAH HOWE—NEW HAVEN.
## 1828.

My lords, no time should be lost, which may promise to *improve* this disposition in America.
*Lord Chatham.*

If we neglect to *improve* our knowledge to the ends for which it was given—
*Locke.*

It is the fault of persons not *improving* that light.
*S. Clarke.*

The shorter the time—the more eager were they to *improve* it.
*Lardner.*

A young minister wishing to *improve* the occasion—
*C. Simeon.*

3. To apply to practical purposes; as, to *improve* a discourse, or the doctrines stated and proved in a sermon.

4. To advance or increase by use; *in a bad sense.*

I fear we have not a little *improved* the wretched inheritance of our ancestors.   [*Ill.*]
*Porteus.*

5. To use; to employ; as, to *improve* a witness or a deposition.

Let even the coach, the inns, or the ships be *improved* as openings for useful instruction.
*T. Scott.*

6. To use; to occupy; to cultivate. The house or the farm is now *improved* by an industrious tenant.

This application is perhaps peculiar to some parts of the U. States. It however deviates little from that in some of the foregoing definitions.

IMPROVE, *v. i.* improov'. To grow better or wiser; to advance in goodness, knowledge, wisdom or other excellence. We are pleased to see our children *improve* in knowledge and virtue. A farm *improves* under judicious management. The artisan *improves* by experience. It is the duty, as it is the desire of a good man, to *improve* in grace and piety.

We take care to *improve* in our frugality and diligence.
*Atterbury.*

2. To advance in bad qualities; to grow worse.

Domitian *improved* in cruelty toward the end of his reign.
*Milner.*

[*I regret to see this word thus used, or rather perverted.*]

3. To increase; to be enhanced; to rise. The price of cotton *improves*, or is *improved.* [*A mercantile and modern use of the word.*]

*To improve on,* to make useful additions or amendments to; to bring nearer to perfection; as, to *improve* on the mode of tillage usually practiced.

IMPROV'ED, *pp.* Made better, wiser or more excellent; advanced in moral worth, knowledge or manners.

2. Made better; advanced in fertility or other good qualities.

3. Used to profit or good purpose; as opportunities of learning *improved.*

4. Used; occupied; as *improved* land.

IMPROVEMENT, *n.* improov'ment. Advancement in moral worth, learning, wisdom, skill or other excellence; as the *improvement* of the mind or of the heart by cultivation; *improvement* in classical learning, science or mechanical skill; *improvement* in music; *improvement* in holiness.

2. Melioration; a making or growing better, or more valuable; as the *improvement* of barren or exhausted land; the *improvement* of the roads; the *improvement* of the breed of horses or cattle.

3. A valuable addition; excellence added, or a change for the better; sometimes with *on.*

The parts of Sinon, Camilla, and some few others, are *improvements* on the Greek poet.
*Addison.*

4. Advance or progress from any state to a better.

There is a design of publishing the history of architecture, with its several *improvements* and decays.
*Addison.*

5. Instruction; growth in knowledge or refinement; edification.

I look upon your city as the best place of *improvement.*
*South*

6. Use or employment to beneficial purposes; a turning to good account; as the *improvement* of natural advantages or spiritual privileges.

A good *improvement* of his reason.
*S. Clarke.*

7. Practical application; as the *improvement* of the doctrines and principles of a sermon.

I shall make some *improvement* of this doctrine.
*Tillotson.*

Hence,

8. The part of a discourse intended to enforce and apply the doctrines, is called the *improvement.*

9. Use; occupancy.

10. *Improvements,* plu., valuable additions or melioration, as buildings, clearings, drains, fences, &c., on a farm.
*Kent.*

IMPROV'ER, *n.* One who improves; one who makes himself or any thing else better; as an *improver* of horses or cattle.

2. That which improves, enriches or meliorates; as, chalk is an *improver* of lands.
*Mortimer.*

IMPROV'IDED, *a.* [L. *improvisus*; *in* and *provideo,* to foresee or provide.]
Unforeseen; unexpected; not provided against.   *Obs.*
*Spenser.*

IMPROV'IDENCE, *n.* [L. *in* and *providens, providentia,* from *pro,* before, and *video,* to see.]
Want of providence or forecast; neglect of foresight, or of the measures which foresight might dictate for safety or advantage. Half the inconveniences and losses which men suffer are the effects of *improvidence.*

IMPROV'IDENT, *a.* [L. *in* and *providens; pro* and *video,* supra.]
Wanting forecast; not foreseeing what will be necessary or convenient, or neglecting the measures which foresight would dictate; wanting care to make provision for future exigences. Seamen are proverbially *improvident.* It is sometimes followed by *of;* as *improvident* of harm.

IMPROV'IDENTLY, *adv.* Without foresight or forecast; without care to provide against future wants.

IMPROV'ING, *ppr.* Making better; growing better; using to advantage.

IMPROVIS'ION, *n. s* as *z.* [*in* and *provision.*]
Want of forecast; improvidence. [*Little used.*]
*Brown.*

IMPRU'DENCE, *n.* [Fr. from L. *imprudentia; in* and *prudentia,* prudence.]
Want of prudence; indiscretion; want of caution, circumspection, or a due regard to the consequences of words to be uttered or actions to be performed, or their probable effects on the interest, safety, reputation or happiness of one's self or others; heedlessness; inconsiderateness; rashness. Let a man of sixty attempt to enumerate the evils which his *imprudence* has brought on himself, his family, or his neighbors.

IMPRU'DENT, *a.* [Fr. from L. *imprudens; in* and *prudens,* prudent.]
Wanting prudence or discretion; indiscrete; injudicious; not attentive to the consequences of words or actions; rash; heedless. The *imprudent* man often laments his mistakes, and then repeats them.

IMPRU'DENTLY, *adv.* Without the exercise of prudence; indiscretely.

IM'PUDENCE, *n.* [Fr. from L. *impudens; in* and *pudens,* from *pudeo,* to be ashamed.]
Shamelessness; want of modesty; effrontery; assurance accompanied with a disregard of the opinions of others.

Those clear truths, that either their own evidence forces us to admit, or common experience makes it *impudence* to deny.
*Locke.*

IM'PUDENT, *a.* [Fr. from L. *impudens.*]
Shameless; wanting modesty; bold with contempt of others; saucy.

When we behold an angel, not to fear
Is to be *impudent.*
*Dryden.*

IM'PUDENTLY, *adv.* Shamelessly; with indecent assurance.

At once assail
With open mouths, and *impudently* rail.
*Sandys.*

IMPUDICITY, *n.* [L. *impudicitia.*] Immodesty.
*Sheldon.*

IMPUGN, *v. t.* impu'ne. [Fr. *impugner*; Sp. *impugnar*; L. *impugno; in* and *pugno,* to fight or resist.]
To oppose; to attack by words or arguments; to contradict. The lawfulness of lots is *impugned* by some, and defended by others.

The truth hereof I will not rashly *impugn,* or over-boldly affirm.
*Peacham.*

IMPUGNA'TION, *n.* Opposition. [*Little used.*]
*Bp. Hall.*

IMPU'GNED, *pp.* Opposed; contradicted; disputed.

IMPU'GNER, *n.* One who opposes or contradicts.

IMPU'GNING, *ppr.* Opposing; attacking; contradicting.

IMPUIS'SANCE, *n.* [Fr.; *in* and *puissance.*] Impotence; weakness.   *Obs.*
*Bacon.*

IM'PULSE, *n.* im'puls. [L. *impulsus,* from *impello.* See Impel.]
1. Force communicated; the effect of one body acting on another. *Impulse* is the effect of motion, and is in proportion to the quantity of matter and velocity of the impelling body.

2. Influence acting on the mind; motive.

These were my natural *impulses* for the undertaking.
*Dryden.*

3. Impression; supposed supernatural influence on the mind.

Meantime, by Jove's *impulse,* Mezentius armed,
Succeeded Turnus—
*Dryden.*

IMPUL'SION, *n.* [Fr. from L. *impulsio.* See Impel.]
1. The act of driving against or impelling; the agency of a body in motion on another body.
*Bacon.*

83

THE

# ACTS AND RESOLVES,

## PUBLIC AND PRIVATE,

OF THE

# Province of the Massachusetts Bay:

TO WHICH ARE PREFIXED

## THE CHARTERS OF THE PROVINCE.

WITH

## HISTORICAL AND EXPLANATORY NOTES, AND AN APPENDIX.

———

PUBLISHED UNDER CHAPTER 87 OF THE RESOLVES OF THE GENERAL COURT
OF THE COMMONWEALTH FOR THE YEAR 1867.

———

## Volume I.

BOSTON:
WRIGHT & POTTER, PRINTERS TO THE STATE,
79 MILK STREET, (CORNER OF FEDERAL.)
1869.

*And be it further enacted by the authority aforesaid,*

[Sect. 4.]   That the said assessors, at or before the sixteenth day of August next ensuing, shall make a true list of all male persons in their respective towns and precincts from eighteen years old and upwards (except elders of churches, setled ministers and others devoted to the ministry, the president, fellows and students of Harvard Colledge, grammar school-masters, and such who through age, infirmity or extream poverty, in the discretion of the assessors, are rendered uncapable to contribute towards the publick charge), and a true estimation of all estates, both real and personal, being or reputed to be the estate of all and every the persons of the same town or precinct, or otherwise under their custody or management, according to the valuations hereafter mentioned; that is to say, all male persons of the age above said (except as is before excepted), and all negro's, molatto's and Indian servants, as well male as female, of sixteen years old and upwards, at the rate of twelvepence per poll; all real estates, as houses, warehouses, mills, cranes, wharffs, tanyards, arable, pasture and meadow ground, and all other lands inclosed or under improvement, other than such as lye common to the use of the inhabitants in general, that the owners have not particular benefit by, at the rate of one penny on the pound for the value thereof, which value is to be computed and reckoned according as they are or may be let for in the places where they lye; vizt., houses, warehouses, tanyards, mills, cranes and wharffes, at fourteen years' rent or income, without any allowance or subduction for repairs; all lands, at twenty years' rent or income; the fermer or occupier of any houses or lands, being assessed for the same in his occupation, to be reimbursed the one-half of what he shall so pay towards the said assessment, by the landlord or lessor, where there is no particular contract to the contrary, and shall be allowed to discount the same out of his rent, producing a certificate from the assessors, collector or constable what the whole amounts unto.   All goods, wares, merchandizes (except such as have or shall have paid impost, lying in the importer's hand undisposed of), trading stock, money at interest, in whose hands soever it be, and all boats and small vessels not liable to the duty of tunnage; every of the particulars aforesaid, at one penny on the pound by the rule of common estimation, [at] [in] the discretion of the assessors, endeavouring the best information they may (where no particular invoyce of the species and worth is presented to them); every handicraft man at one penny on the pound for his income, at the discretion of the assessors; each ox and horse beast exceeding four years of age at forty shillings; each cow exceeding three years at thirty shillings; all sheep above one year old at four pound per score; all swine above one year old at six pounds per score;—to be assessed at one penny on the pound after the said estimation: *provided, nevertheless,* that no estate belonging to any minister, in the town where he lives, being in his own actual improvement, or belonging to the widow of any minister deceased, in the town where she lives and under her own improvement, shall be rated unto the said tax.

*Provided, also,* that all such towns and places as, by the vote of this court, at their sessions in May or November the last year, were judged to have been assessed over and above their due proportion to the last tax, shall have the allowance and abatement then ordered them, respectively, out of the next tax or assessment that should be granted, which is this present tax.

*Be it further enacted by the authority aforesaid,*

[Sect. 5.]   That the assessors in each town and precinct be and are hereby impowred and required to call for a particular list of each person's ratable estate within the same, and of those dwelling next them not belonging to any township, by posting up the notification of the

*(marginal notes:)* Assessors' work. Twelvepence per poll. Houses, &c., at one penny on the pound for fourteen years' income, lands for twenty years' income. The farmer to be allowed one-half of the assessment. Goods, &c., to be assessed by the rule of common estimation. Rate of cattle. Minister's estates exempted. Allowance formerly ordered to towns. Assessors to call in a particular list of each person's ratable estate.

84

AN

# AMERICAN DICTIONARY

OF THE

# ENGLISH LANGUAGE:

### INTENDED TO EXHIBIT,

I. THE ORIGIN, AFFINITIES AND PRIMARY SIGNIFICATION OF ENGLISH WORDS, AS FAR AS THEY HAVE BEEN ASCERTAINED.
II. THE GENUINE ORTHOGRAPHY AND PRONUNCIATION OF WORDS, ACCORDING TO GENERAL USAGE, OR TO JUST PRINCIPLES OF ANALOGY.
III. ACCURATE AND DISCRIMINATING DEFINITIONS, WITH NUMEROUS AUTHORITIES AND ILLUSTRATIONS.

#### TO WHICH ARE PREFIXED,

## AN INTRODUCTORY DISSERTATION

ON THE

## ORIGIN, HISTORY AND CONNECTION OF THE

# LANGUAGES OF WESTERN ASIA AND OF EUROPE,

### AND A CONCISE GRAMMAR

OF THE

# ENGLISH LANGUAGE.

## BY NOAH WEBSTER, LL. D.

### IN TWO VOLUMES.

### VOL. I.

He that wishes to be counted among the benefactors of posterity, must add, by his own toil, to the acquisitions of his ancestors.—*Rambler*.

### NEW YORK:

### PUBLISHED BY S. CONVERSE.

PRINTED BY HEZEKIAH HOWE—NEW HAVEN.

### 1828.

**INCI′TEMENT**, n. That which incites the mind or moves to action; motive; incentive; impulse.

From the long records of a distant age,
Derive *incitements* to renew thy rage.
*Pope.*

**INCI′TER**, n. He or that which incites or moves to action.

**INCI′TING**, ppr. Exciting to action; stirring up.

In general, *incite* denotes to operate on the mind or will; *excite* has the same sense, but it extends also to the passions and to material substances; as, to *excite* action in the heart and arteries.

**INCIV′IL**, a. [in and civil.] Uncivil; rude; unpolite. [But *uncivil* is generally used.]

**INCIVIL′ITY**, n. [Fr. *incivilité*.] Want of courtesy; rudeness of manners towards others; impoliteness.
*Tillotson.*

2. Any act of rudeness or ill breeding; *with a plural*. Loud laughter and uncomely jests in respectable company, are *incivilities* and indecencies.

**INCIV′ILLY**, adv. Uncivilly; rudely.

**INCIV′ISM**, n. [*in* and *civism*.] Want of civism; want of love to one's country or of patriotism; unfriendliness to the state or government of which one is a citizen.
*Ames.*

**INCL′ASP**, v. t. To clasp; to hold fast.
*Cudworth.*

**IN′CLAVATED**, a. Set; fast fixed. *Dict.*

**IN′CLE**, n. A kind of tape made of linen yarn.
*Encyc.*

**INCLEM′ENCY**, n. [Fr. *inclemence*; L. *inclementia*. See *Clemency*.]

1. Want of clemency; want of mildness of temper; unmercifulness; harshness; severity; *applied to persons*.

2. Roughness; boisterousness; storminess; or simply raininess; severe cold, &c.; *applied to the weather*. We were detained by the *inclemency* of the weather.

**INCLEM′ENT**, a. Destitute of a mild and kind temper; void of tenderness; unmerciful; severe; harsh.

2. Rough; stormy; boisterous; rainy; rigorously cold, &c.; as *inclement* weather; *inclement* sky.
*Pope.*

**INCLI′NABLE**, a. [L. *inclinabilis*. See *Incline*.]

1. Leaning; tending; as a tower *inclinable* to fall.
*Bentley.*

2. Having a propension of will; leaning in disposition; somewhat disposed; as a mind *inclinable* to truth.
*Milton.*

**INCLINA′TION**, n. [Fr. from L. *inclinatio*. See *Incline*.]

1. A leaning; any deviation of a body or line from an upright position, or from a parallel line, towards another body; as the *inclination* of the head in bowing.

2. In *geometry*, the angle made by two lines, or planes that meet; as, the *inclination* of the axis of the earth to the plane of the ecliptic is 23° 28′.

3. A leaning of the mind or will; propension or propensity; a disposition more favorable to one thing than to another. The prince has no *inclination* to peace. The bachelor has manifested no *inclination* to marry. Men have a natural *inclination* to pleasure.

A mere *inclination* to a thing is not properly a willing of that thing.
*South.*

---

4. Love; affection; regard; desire; with *for*. Some men have an *inclination for* music, others *for* painting.

5. Disposition of mind.
*Shak.*

6. The dip of the magnetic needle, or its tendency to incline towards the earth; also, the angle made by the needle with the horizon.
*Enfield.*

7. The act of decanting liquors by stooping or inclining the vessel.
*Quincy.*

**INCLI′NATORILY**, adv. Obliquely; with inclination.
*Brown.*

**INCLI′NATORY**, a. Having the quality of leaning or inclining.
*Brown.*

**INCLI′NE**, v. i. [L. *inclino*; *in* and *clino*, Gr. κλινω, Sax. *hlinian*, *hleonian*, *hlynian*, Eng. to *lean*, G. *lehnen*, D. *leunen*, Russ. *klonyu* and *nakloniayu*, Ir. *cleonaim*; Fr. *incliner*; Port. Sp. *inclinar*; It. *inchinare*, *inchinare*, *chinare*. Class Ln.]

1. To lean; to deviate from an erect or parallel line toward any object; to tend. Converging lines *incline* toward each other. A road *inclines* to the north or south. Connecticut river runs south, *inclining* in some part of its course to the west, and below Middletown, it *inclines* to the east.

2. To lean; *in a moral sense*; to have a propension; to be disposed to have some wish or desire.

Their hearts *inclined* to follow Abimelech. *Judges* ix.

3. To have an appetite; to be disposed; as, to be *inclined* to eat.

**INCLI′NE**, v. t. To cause to deviate from an erect, perpendicular or parallel line; to give a leaning to; as, *incline* the column or post to the east; *incline* your head to the right.

2. To give a tendency or propension to the will or affections; to turn; to dispose.

*Incline* our hearts to keep this law.
*Common Prayer.*

*Incline* my heart to thy testimonies. Ps. cxix.

3. To bend; to cause to stoop or bow; as, to *incline* the head or the body in acts of reverence or civility.

**INCLI′NED**, pp. Having a leaning or tendency; disposed.

*Inclined plane*, in *mechanics*, is a plane that makes an oblique angle with the plane of the horizon; a sloping plane.

**INCLI′NER**, n. An inclined dial.

**INCLI′NING**, ppr. Leaning; causing to lean.

**INCLI′NING**, a. Leaning.

**INCLIP′**, v. t. [in and *clip*.] To grasp; to inclose; to surround.
*Shak.*

**INCLOIS′TER**, v. t. [in and *cloister*.] To shut up or confine in a cloister. [But *cloister* is generally used.]

**INCLO′SE**, v. t. s as z. [Fr. *enclos*; Sp. It. *incluso*; L. *inclusus*, *includo*; *in* and *claudo*, or *cludo*.]

1. To surround; to shut in; to confine on all sides; as, to *inclose* a field with a fence; to *inclose* a fort or an army with troops; to *inclose* a town with walls.

2. To separate from common grounds by a fence; as, to *inclose* lands.

3. To include; to shut or confine; as, to *inclose* trinkets in a box.

4. To environ; to encompass.

---

5. To cover with a wrapper or envelop; to cover under seal; as, to *inclose* a letter or a bank note.

**INCLO′SED**, pp. Surrounded; encompassed; confined on all sides; covered and sealed; fenced.

**INCLO′SER**, n. He or that which incloses; one who separates land from common grounds by a fence.

**INCLO′SING**, ppr. Surrounding; encompassing; shutting in; covering and confining.

**INCLO′SURE**, n. The act of inclosing.

2. The separation of land from common ground into distinct possessions by a fence.

3. The appropriation of things common.
*Taylor.*

4. State of being inclosed, shut up or encompassed.
*Ray.*

5. A space inclosed or fenced; a space comprehended within certain limits.

6. Ground inclosed or separated from common land.

7. That which is inclosed or contained in an envelop, as a paper.
*Washington.*

**INCLOUD′**, v. t. [in and *cloud*.] To darken; to obscure.
*Shak.*

**INCLOUD′ED**, pp. Involved in obscurity.

**INCLOUD′ING**, ppr. Darkening; obscuring.

**INCLU′DE**, v. t. [L. *includo*; *in* and *cludo*, to shut up; Fr. *enclorre*.]

1. To confine within; to hold; to contain; as, the shell of a nut *includes* the kernel; a pearl is *included* in a shell. [But in these senses we more commonly use *inclose*.]

2. To comprise; to comprehend; to contain. The history of England necessarily *includes* a portion of that of France. The word *duty*, *includes* what we owe to God, to our fellow men, and to ourselves; it *includes* also a tax payable to the government.

**INCLU′DED**, pp. Contained; comprehended.

**INCLU′DING**, ppr. Containing; comprising.

**INCLU′SION**, n. s as z. [L. *inclusio*.] The act of including.

**INCLU′SIVE**, a. [Fr. *inclusif*.] Inclosing; encircling.
*Shak.*

2. Comprehended in the number or sum; as from Monday to Saturday *inclusive*, that is, taking in both Monday and Saturday.

**INCLU′SIVELY**, adv. Comprehending the thing mentioned; as from Monday to Saturday *inclusively*.

**INCOAG′ULABLE**, a. [in and *coagulable*.] That cannot be coagulated or concreted.

**INCOER′CIBLE**, a. [in and *coercible*, from *coerce*.]

Not to be coerced or compelled; that cannot be forced.
*Black.*

**INCOEXIST′ENCE**, n. [in and *coexistence*.] A not existing together. [*Not common*.]
*Locke.*

**INCOG′**, adv. [contracted from *incognito*.] In concealment; in disguise; in a manner not to be known.

**INCOG′ITANCY**, n. [L. *incogitantia*; *in* and *cogito*, to think.]

Want of thought, or want of the power of thinking.
*Decay of Piety.*

85

New York (City) Ordinances, etc

# O R D I N A N C E S

## OF THE MAYOR, ALDERMEN AND COMMONALTY

## OF THE CITY OF

## N E W   Y O R K

## REVISED A. D. 1859 BY D. T. VALENTINE.

## ADOPTED BY THE COMMON COUNCIL

## AND PUBLISHED BY THEIR AUTHORITY.

### New York

### C. W. Baker, printer, 1859.

Generated on 2024-05-29 22:25 GMT  /  https://hdl.handle.net/2027/uc2.ark:/13960/t46q1vh89
Public Domain  /  http://www.hathitrust.org/access_use#pd

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF CALIFORNIA

sum of fifty dollars for each discharge or firing off of any
piece of artillery, to be paid into the city treasury for the
use of the city.

§ 6. No tavern-keeper, keeper of a public house, garden *Firing arms on Sundays.*
or place of resort, nor any other person, shall suffer or
permit any person to practice with or fire off any pistol,
gun, fowling-piece or other fire-arms, in or upon his or her
premises, nor shall suffer or permit any pistol gallery,
erected in his or her house, or upon his or her premises,
to be used for the purpose of practicing with any pistol
gun, fowling-piece or other fire-arms, upon the first day of
the week, called Sunday, under the penalty of fifty dollars
for each offense, to be sued for and recovered from the
person keeping such public house, tavern, public garden,
pistol gallery, place of resort or premises; and also the
further penalty of fifty dollars for each offense, to be sued
for and recovered from the person firing off or practicing
with a pistol, gun, fowling-piece or other fire-arms; and in
case such person so offending shall be an apprentice, such
penalty shall be sued for and recovered from the master
of such apprentice, or in case such person so offending
shall be a minor and not an apprentice, the same shall be
sued for and recovered from the father of, or in case of the
death of the father, then from the mother or guardian of
such minor.

§ 7. No person shall fire, discharge or set off in the city *Firing Fire-works.*
of New York, any rocket, cracker, torpedo, squib, balloon,
or other fireworks, or thing containing any substance in a
state of combustion, under the penalty of five dollars for
each offense.

§ 8. No person shall sell, or expose for sale, nor fire, *Selling and firing certain*
discharge or set off, in the city of New York, any fire- *fire-works.*

Generated on 2024-05-29 22:25 GMT / https://hdl.handle.net/2027/uc2.ark:/13960/t46q1vh89
Public Domain / http://www.hathitrust.org/access_use#pd

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF CALIFORNIA

86

THE

# 𝔖𝔱𝔞𝔱𝔲𝔱𝔢𝔰 𝔞𝔱 𝔏𝔞𝔯𝔤𝔢;

BEING

## A COLLECTION

OF ALL THE

# LAWS OF VIRGINIA,

FROM THE

## FIRST SESSION OF THE LEGISLATURE,

IN THE YEAR 1619.

———

PUBLISHED PURSUANT TO AN ACT OF THE GENERAL ASSEMBLY
OF VIRGINIA, PASSED ON THE FIFTH DAY OF FEBRUARY,
ONE THOUSAND EIGHT HUNDRED AND EIGHT.

———

### VOLUME III.

———

## By WILLIAM WALLER HENING.

———

" The *Laws* of a country are necessarily connected with every thing be-
longing to the people of it; so that a thorough knowledge of *them*, and
of their progress would inform us of every thing that was most useful
to be known about them; and one of the greatest imperfections of his-
torians in general, is owing to their ignorance of law."
*Priestley's Lect. on Hist. vol.* 1, *pa.* 149.

——o——

## PHILADELPHIA:

PRINTED FOR THE EDITOR, BY THOMAS DESILVER, No. 253,
MARKET STREET.

............

1823.

328                      LAWS OF VIRGINIA,

*non compos mentis,* imprisoned or out of the colony, shall not be conclusive to such person untill after the expiration of six years, from and after the said severall incapacitys shall be removed and determined.

*And be it further enacted and declared,* That if any person or persons shall at any time hereafter shoot, hunt or range upon the lands and tenements, or fish or fowl in any creeks or waters included within the lands of any other person or persons without lycence for the same, first obtained of the owner and proprietor thereof, every such person so shooting, hunting, fishing, fowling or ranging, shall forfeit and pay for every such offence, the sum of five hundred pounds of tobacco, to be recovered with costs, by the person or persons that shall be thereby agrieved to their own proper use, by bill, plaint, information, or action of debt, in any court of record within this dominion, in which no essoin, protection, priviledge or wager of law, or any more than one imparlance shall be allowed, and moreover shall be lyable to an action at common law, wherein the party greived shall recover his damages ; and if any person shall be a third time convicted of such shooting, hunting, fishing, fowling or ranging, the justices of that court (over and above giving judgment for the forfeiture as aforesaid) shall commit such person to the common goal, there to remain untill he shall find sufficient sureties, to be bound with him in the sum of ten pounds sterling for his good behaviour for one year, then next comeing, and if he shall, within that time be any more guilty of shooting, hunting, fishing, fowling or ranging as aforesaid, the same shall be, and is hereby enacted and declared to be a breach of the good behaviour.

*Provided nevertheless,* That if any person being owner of six slaves, at least, shall shoot any game upon his own land, or the land of any other where he shall have leave to hunt and his game shall run off from that land upon other lands where he hath not leave to hunt, in that case it shall be lawfull for such person to follow his game upon any other persons land, and to take it and carry it away without being lyable to any penalty or forfeiture for the same.

*And be it further enacted,* That all and every other act and acts, and every clause and article thereof here-

**Marginal notes:**

Shooting, hunting, &c. on lands of others prohibited.

Penalty.

When game may be pursued on the lands of others.

87

THE

# STATUTES

OF THE

# STATE OF INDIANA:

CONTAINING THE

REVISED STATUTES OF 1852,

WITH THE

AMENDMENTS THERETO, AND THE SUBSEQUENT
LEGISLATION.

WITH

NOTES AND REFERENCES

TO

## JUDICIAL DECISIONS.

EDITED BY

**EDWIN A. DAVIS, LL. B.,**

AUTHOR OF DAVIS' INDIANA DIGEST, ETC.

---

VOLUME II.

---

INDIANAPOLIS:

BINGHAM & CO.; MERRILL, HUBBARD & CO.

CINCINNATI: ROBERT CLARKE & CO.

488                                    MISDEMEANORS.

Prairie chickens     SEC. 3.   That it shall be unlawful to shoot or trap prairie hens or chickens
not to be shot,
when.            between the first day of February and the fifteenth day of August in each year,
Unlawful to net  and it shall be unlawful to net prairie chickens at any time, and any person or
at any time.
Penalty.         persons violating the provisions of this section, shall, upon conviction thereof, be
                 fined the sum of two dollars for each prairie hen or chicken so shot, trapped or
Persons not to   netted: *Provided,* That nothing herein contained shall be so construed as to author-
enter on farm to
shoot game       ize any person to enter upon the farm or premises of another without permission
where, etc.      of the owner thereof, where stock are grazed or herded, for the purpose of shooting
                 game.

Unlawful to          SEC. 4.   That it shall be unlawful for any agent or officer of any express com-
transport game
killed in viola- pany or railroad company, or any other person or persons to receive or transport
tion of this act. any game, whether deer, quails, pheasants or prairie chickens which shall have
                 been killed, taken or captured in violation of any of the provisions of this act, and
                 any agent, officer or other person so offending shall be deemed guilty of a misde-
Penalty.         meanor, and upon conviction thereof shall be fined in the sum of ten dollars for
                 each deer, buck, doe or fawn so received or transported, and the sum of two dollars
                 for each quail, pheasant or prairie chicken, so received or transported.

Repeali'g clause     SEC. 5.   All acts and parts of acts in conflict with any of the provisions of this
                 act are hereby repealed.

                            (Section 6 declares an emergency.)

              (The following additional sections are from acts of 1873, amending sec. 2 of act of 1867.)

Unlawful to kill     SEC. 2.   It shall be unlawful for any person to kill or injure, or to pursue with
etc., certain
birds, etc.      intent so to do, any turtle dove, meadow lark, robin, mocking bird, blue bird, wren,
                 sparrow, red bird, peewee, martin, thrush, swallow, oriole, yellow-hammer, cat
                 bird, or to wantonly destroy or disturb the eggs or young of the birds, protected by
                 this act.

Penalty.             SEC. 3.   Any person violating any of the provisions of this act, shall, upon
                 conviction, be fined in a sum not less than one or more than ten dollars.

                            ─────────────

Acts 1875, p. 11. AN ACT to prevent the indiscriminate shooting into wild pigeons, when and where nesting, and fix-
                        ing the penalty therefor, and declaring an emergency.

                          [APPROVED MARCH 9, 1875.]

Unlawful to kill     SECTION 1.   *Be it enacted by the General Assembly of the State of Indiana,* That
etc., wild pige'ns
within one-half  it shall be unlawful for any person, using any firearms, to maim or kill, or destroy
mile of nestings, any wild pigeon or pigeons, at or within one half mile of where they are gathered
etc.             together in bodies, known as pigeon roostings and nestings, when and while they
                 are nesting.

Penalty.             SEC. 2.   Any person violating this act, shall be fined not less than one, nor more
                 than ten dollars.

                            (Sec. 3 declares an emergency).

                            ─────────────

              AN ACT to prevent hunting and shooting on inclosed lands without the consent of the owner or occu-
                        pant thereof, and providing a penalty therefor.

                          [APPROVED MARCH 7, 1873.]

Person hunting       SECTION 1.   *Be it enacted by the General Assembly of the State of Indiana,* That
on inclosed land
without permit,  any person or persons who shall be guilty of hunting with a dog or dogs, or hunt-
guilty of misde- ing or shooting with any kind of firearm or firearms, on inclosed lands, without
meanor.          the consent of the owner or occupant thereof, shall be deemed guilty of a misde-

## MISDEMEANORS.

489

meanor, and upon conviction thereof shall be fined in any sum not less than five, nor more than fifty dollars : *Provided,* That no prosecution shall be commenced under the provisions of this act, unless the same shall be commenced by the consent of the owner or occupant of the premises entered upon.

SEC. 2.   All prosecutions for violation of the provisions of this act must be commenced within one year from the day of committing the offense.

Penalty.

Prosecuti'ns not to be c'mmenc'd etc.

Prosecutions, limitation of.

88

# THE

# PUBLIC STATUTES

OF THE

# STATE OF RHODE ISLAND

AND

# PROVIDENCE PLANTATIONS

TO WHICH ARE PREFIXED

# THE CONSTITUTIONS

OF THE

# UNITED STATES AND OF THE STATE.



PUBLISHED BY AUTHORITY OF THE GENERAL ASSEMBLY.

PROVIDENCE

E. L. FREEMAN & CO., PRINTERS TO THE STATE.

1882

NUISANCES.                    [TITLE XIV.

ing the sum of twenty dollars yearly in any one case, for the purpose of furnishing necessary clothing to any one of said beneficiaries.

# TITLE XIV.

## OF INTERNAL POLICE.

CHAPTER  79.  Of nuisances.
CHAPTER  80.  Of the suppression of certain nuisances.
CHAPTER  81.  Of regulations for the prevention of infectious and conta-
              gious diseases.
CHAPTER  82.  Of quarantine.
CHAPTER  83.  Of the state board of health.
CHAPTER  84.  Of contagious disease among cattle.
CHAPTER  85.  Of the registration of births, deaths and marriages.
CHAPTER  86.  Of licensed houses.
CHAPTER  87.  Of the suppression of intemperance.
CHAPTER  88.  Of shows and exhibitions.
CHAPTER  89.  Of bowling alleys, billiard tables and shooting galleries.
CHAPTER  90.  Of pawnbrokers.
CHAPTER  91.  Of fire inquests and fire marshals.
CHAPTER  92.  Of fire-arms and fire-works.
CHAPTER  93.  Of dogs.
CHAPTER  94.  Of birds.
CHAPTER  95.  Of ferrets, weasels, hares and gray squirrels.
CHAPTER  96.  Of cruelty to animals.
CHAPTER  97.  Of wrongs to children.
CHAPTER  98.  Of stakes and buoys.
CHAPTER  99.  Of pilots and pilotage.
CHAPTER 100.  Of the protection of navigation.
CHAPTER 101.  Of wrecks and shipwrecked goods.
CHAPTER 102.  Of sea-weed.
CHAPTER 103.  Of the protection of certain religious meetings.

Gen. Stat.
Chap. 72.

## CHAPTER 79.

### OF NUISANCES.

SECTION
1. Town councils to provide for the removal of nuisances and causes injurious to health.
2. Orders of town councils to be executed by sheriffs and other officers.

SECTION
3. Town councils may designate places for slaughtering animals.
4. Town councils, after notice, may withdraw the right to use such places.

of all persons supposed to be cognizant of any fact or to have knowledge in relation to the matter therein required to be examined and inquired into, and cause the same to be reduced to writing, which together with his opinion and conclusions in relation to the matter investigated and examined shall be transmitted to the attorney-general and a copy of his opinion and conclusion to the town council.

*To take testimony and transmit, etc., to attorney-general and town council.*
*P. L. Chap. 822.*

SEC. 12.    The fire marshal may summon and issue a notice in the nature of a subpœna to compel the attendance of any person as a witness before him to testify in relation to any matter which is by the provisions of this chapter a subject of inquiry and· investigation by the said fire marshal, and may administer oaths to persons appearing as witnesses before him.

*May summon witnesses and administer oaths.*
*P. L. Chap. 822.*

SEC. 13.    Upon the presentation of satisfactory proof of due service of any such summons in the nature of a subpœna upon such witness and of a failure by such witness to obey the same, to any trial justice or officer authorized to issue a warrant under the laws of the state, such justice or officer shall issue a warrant to bring such witness before said fire marshal to testify what such witness may know in relation to the subject matter of inquiry.    Such order may be executed by any officer authorized by law to serve a warrant by arresting and bringing such witness before the said fire marshal, but such witness shall not be detained longer than is necessary to take such testimony.

*Witnesses, how compelled to attend.*
*P. L. Chap. 822.*

SEC. 14.    The fire marshal may at all times of the day or night, in performance of the duties imposed by the provisions of this chapter, enter upon and examine any building or premises where any fire shall have occurred and the buildings and premises adjoining and near to that in which the fire occurred.

*Marshal may at any time enter buildings, etc.*
*P. L. Chap. 822.*

SEC. 15.    Any town council may request of any fire marshal in the state his services to make such investigation and examination within such town of the matters authorized by this chapter to be investigated and examined, and upon such request such fire marshal may exercise all the powers and perform all the duties conferred or authorized by this chapter within such town with the same effect as if such fire marshal were duly elected or appointed a fire marshal by said town council and duly qualified under such election or appointment.

*Town council may call on any fire marshal to make investigation, etc.*
*P. L. Chap. 822.*

SEC. 16.    Town councils shall fix the manner and amount of compensation for fire marshals in their respective towns and for such services as may be rendered in such town by any request to make investigation and examination as aforesaid.

*Of compensation of fire marshals.*
*P. L. Chap. 822.*

---

# CHAPTER 92.

*Gen. Stat. Chap. 82.*

## OF FIRE-ARMS AND FIRE-WORKS.

SECTION
1. Penalty for discharging fire-arms across road, etc.
2. Penalty for making bonfire in

SECTION
 public street, etc., without permission.
3. Penalty for discharging fire-

SECTION

arms within compact part of
any town, etc.
4. Penalty for selling or using
fire-works without license.
5. Penalty for discharging fire-

SECTION

arms between sunset and
sunrise.
6. Complaints, within what time
to be made.

*Penalty for discharging fire-arms across road, etc.*

SECTION 1.   Every person who shall discharge any rifle, gun, musket, blunderbuss or pistol in or across any road, street, square or lane, shall be fined not less than three dollars nor more than twenty dollars.

*Penalty for making bonfire in street, etc.*

SEC. 2.   Every person who shall make a bonfire in any public street, road, square or lane, without special permission from the town council of the town in which the same shall be made, shall be fined not exceeding ten dollars.

*Penalty for discharging fire-arms within compact part of any town, etc.*

SEC. 3.   Every person, not being at the time under military duty, who shall discharge any rifle, musket, fowling-piece, pistol or other small arms, except upon land owned or occupied by him or by permission of the owner or occupant of the land on or into which he may shoot, within the compact part of any town or city, or, not being at the time on military duty, shall anywhere discharge any of such arms on Sunday, shall be fined not exceeding twenty dollars.

*Penalty for selling etc., fire-works without license.*

SEC. 4.   Every person who shall sell, offer for sale, enkindle or use or suffer to be sold, offered for sale, enkindled or used by his wife, children or servants or other persons whomsoever, any rocket, cracker, squib or other fire-works of a combustible nature ordinarily used for exhibition or amusement, unless he shall previously obtain special license from the town council of the town and for the purpose of exhibition on a suitable occasion, shall be fined ten dollars for each offence.

*Penalty for discharging fire-arms between sunset and sunrise.*

SEC. 5.   Every person who shall discharge any gun, rifle, musket or blunderbuss in any road, street, lane or tavern or other public house, after sun setting and before sun rising, shall be fined five dollars for the first offence and seven dollars for every subsequent offence.

*Limitation of time of complaints.*

SEC. 6.   No complaint for a violation of any of the provisions of the preceding sections of this chapter shall be sustained unless the same shall be brought within thirty days after the commission of the offence, and all fines for such violations shall enure one half thereof to the complainant and one half thereof to the state.

---

*Gen. Stat. Chap. 83.*

# CHAPTER 93.

## OF DOGS.

SECTION
1. City and town councils may
make ordinances concerning
dogs.

SECTION
2. Town councils may impose a
tax on the owners of dogs;

89

# A C T S

OF THE

# STATE OF TENNESSEE,

PASSED  BY  THE  FIRST  SESSION  OF

# THE THIRTY-SIXTH GENERAL ASSEMBLY

FOR  THE  YEARS  1869-70.

PUBLISHED BY AUTHORITY.

NASHVILLE, TENN.:

JONES, PURVIS & CO., PRINTERS TO THE STATE.

1870.

23

## CHAPTER XXI.

AN ACT to Amend An Act, passed on the 13th of March, 1868, entitled "An Act to amend the revenue laws of the State."

SECTION 1.  *Be it enacted by the General Assembly of the State of Tennessee,* That An Act to amend the revenue laws of the State, passed on the 13th day of March, 1868, be so amended as to impose a tax of fifty cents on each room except two in a hotel or tavern, and a tax of fifty cents on each stall in a livery stable, or stable kept by hotel or tavern keepers, instead of one dollar, as now imposed by law.    *Hotels and Livery Stable*

SEC. 2.  *Be it further enacted,* That this Act take effect from and after its passage.

W. O'N. PERKINS,
*Speaker of the House of Representatives.*
D. B. THOMAS,
*Speaker of the Senate.*

Passed November 27, 1869.

---

## CHAPTER XXII.

### AN ACT to Amend the Criminal Laws of the State.

SECTION 1.  *Be it enacted by the General Assembly of the State of Tennessee,* That all voters in this State shall be required to vote in the civil district or ward in which they may reside.    Any person violating this Act shall be guilty of a misdemeanor, and upon conviction thereof shall not be fined less than twenty nor more than fifty dollars; *Provided,* that sheriffs and other officers holding elections shall be permitted to vote at any ward or precinct in which they may hold an election.    *To vote in Civil District or Ward.*

SEC. 2.  *Be it further enacted,* That it shall not be lawful for any qualified voter or other person attending any election in this State, or for any person attending any fair, race course, or other public assembly of the people, to carry about his person, concealed or otherwise, any pistol, dirk, bowie-knife, Arkansas tooth-pick, or weapon in form, shape    *Deadly Weapons.*

24

or size, resembling a bowie-knife, or Arkansas tooth-pick, or other deadly or dangerous weapon.

SEC. 3. *Be it further enacted*, That all persons convicted under the second section of this Act shall be punished by fine of not less than fifty dollars, and by imprisonment, or both, at the discretion of the Court.

*Penalty.*

SEC. 4. *Be it further enacted*, That no liquor shop in this State, shall be kept open on election days, nor shall any person, on said days, give or sell intoxicating liquors to any person for any purpose at or near an election ground.

*Liquor Shops.*

SEC. 5. *Be it further enacted*, That the grand juries of this State shall have inquisitorial powers concerning the commission of the offenses created by these Acts, and may send for witnesses, as in cases of gaming, illegal voting, tippling and offenses now prescribed by law.

*Grand Juries.*

SEC. 6. *Be it further enacted*, That it shall be the duty of the Circuit and Criminal Judges of this State to give the above in special charge to the several grand juries of the courts.

*Judges.*

SEC. 7. *Be it further enacted*, That there shall be no property exempt from execution for fines and costs for this offense; *Provided*, That, if from any cause, there should be a failure to hold an election in any civil district or ward, then nothing in this Act shall be so construed as to prevent any voter from voting in any other civil district or ward in his county or town, for State or county officers, at the time prescribed by law.

*Proviso.*

SEC. 8. *Be it further enacted*, That this Act shall take effect from and after its passage.

W. O'N. PERKINS.
*Speaker of the House of Representatives.*
D. B. THOMAS,
*Speaker of the Senate.*

Passed December 1, 1869.

90

# GENERAL LAWS

### OF THE

## TWELFTH LEGISLATURE,

### OF THE

# STATE OF TEXAS.

---

## CALLED SESSION.

---

**BY AUTHORITY.**



### AUSTIN:
PRINTED BY TRACY, SIEMERING & CO.
1870.

GENERAL LAWS.                    63

# CHAPTER XLVI.

### AN ACT REGULATING THE RIGHT TO KEEP AND BEAR ARMS.

SECTION 1.  *Be it enacted by the Legislature of the State of Texas,* That if any person shall go into any church or religious assembly, any school room or other place where persons are assembled for educational, literary or scientific purposes, or into a ball room, social party or other social gathering composed of ladies and gentlemen, or to any election precinct on the day or days of any election, where any portion of the people of this State are collected to vote at any election, or to any other place where people may be assembled to muster or to perform any other public duty, or any other public assembly, and shall have about his person a bowie-knife, dirk or butcher-knife, or fire-arms, whether known as a six shooter, gun or pistol of any kind, such person so offending shall be deemed guilty of a misdemeanor, and on conviction thereof shall be fined in a sum not less than fifty or more than five hundred dollars, at the discretion of the court or jury trying the same; provided, that nothing contained in this section shall apply to locations subject to Indian depredations; and provided further, that this act shall not apply to any person or persons whose duty it is to bear arms on such occasions in discharge of duties imposed by law.

SEC. 2.    That this act take effect and be in force in sixty days from the passage thereof.

Approved August 12, 1870.

——————

# CHAPTER XLVII.

### AN ACT AUTHORIZING THE GOVERNOR TO ORDER AN ELECTION TO BE HELD IN HILL COUNTY FOR THE PERMANENT LOCATION OF THEIR COUNTY SEAT.

SECTION 1.  *Be it enacted by the Legislature of the State of Texas,* That the Governor of the State of Texas be, and is hereby authorized to order an election to be held in the county of Hill, on the second Monday in September, A. D. 1870, (or as soon thereafter as possible), for the permanent location of the county seat of the

64                           GENERAL LAWS.

county of Hill; said election shall be held at such places and under
such rules and regulations as the Governor may prescribe.

SEC. 2.   That the returns of said election shall be made to the Sec-
retary of State, within twenty days after said election shall have
been held, and the town receiving two-thirds of the votes cast shall
be the permanent county seat of the county of Hill, but should no
place receive two-thirds of the votes cast, the present county seat
shall remain the permanent one.

SEC. 3.   That the Governor shall, within twenty days after the
returns of said election shall have been received, notify the Police
Court of the county of Hill of the result of said election.

SEC. 4.   That this act be in force from and after passage.

Approved August 12, 1870.

------

## CHAPTER XLVIII.

AN ACT MAKING APPROPRIATIONS FOR THE PAYMENT OF THE
EXPENSES OF MAINTAINING RANGING COMPANIES ON THE FRON-
TIER.

SECTION 1.   *Be it enacted by the Legislature of the State of
Texas,* That the sum of seven hundred and fifty thousand dollars,
or so much thereof as may be necessary, be and the same is hereby
appropriated, out of any moneys in the State Treasury (derived
from the sale or hypothecation of the bonds of the State issued for
frontier protection), for the purpose of paying all expenses con-
nected with the organization, arming and maintenance of the ranging
companies on the frontier, called into service under the provisions
of the act approved June 13, 1870.

SEC. 2.   That this appropriation shall be expended under the
direction of the Governor; and the Comptroller of Public Accounts
shall, under the special direction of the Governor, audit all claims
and accounts incurred for the purposes hereinbefore mentioned, and
shall draw his warrant on the Treasurer for the payment of the
same.

SEC. 3.   That this act shall take effect from and after its passage.

Approved August 12, 1870.