# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRETT CHRISTIAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DOMINICK L. CHIUMENTO, *et al.*, <br><br> *Defendants*. | No. 1:22-cv-695-JLS <br><br> NOTICE OF MOTION FOR LEAVE TO FILE EXCESS PAGES |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Peter A. Patterson, dated July 11, 2024, plaintiffs Brett Christian, Firearms Policy Coalition, Inc., and Second Amendment Foundation ("Plaintiffs") will move this Court before the Hon. John L. Sinatra, Jr., United States District Judge, at the Robert H. Jackson Courthouse, 2 Niagara Square, Buffalo, New York 14202, on a date and time to be set by the Court for an Order granting leave to increase the page limit of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment to 30 pages. This motion is on consent.

Dated:  July 11, 2024

Respectfully submitted,

/s/ Peter A. Patterson
*Attorney for Plaintiffs*

David H. Thompson
Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com

Nicolas J. Rotsko
FLUET
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
(703) 590-1234 x 210
(703) 590-0366 (fax)
nrotsko@fluet.law

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                        /s/ Peter A. Patterson
                                        Peter A. Patterson