UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRETT CHRISTIAN, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DOMINICK L. CHIUMENTO, *et al.*,<br><br>    *Defendants*. | No. 1:22-cv-695-JLS<br><br>**DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO FILE EXCESS PAGES** |

Peter A. Patterson, declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am admitted pro hac vice to this Court and am a partner with Cooper & Kirk, PLLC, attorneys for Plaintiffs Brett Christian, Firearms Policy Coalition, Inc., and Second Amendment Foundation ("Plaintiffs").

2. This declaration is submitted in support of Plaintiffs' Motion for Leave to File Excess Pages with respect to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment pursuant to L.R. Civ. P. 7(a)(2)(C).

3. On May 30, 2024, this Court granted Defendants' Motion for Leave to File Excess Pages, allowing Defendants to file a Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment of 35 pages, instead of 25 pages. Plaintiffs consented to this page extension.

4. Defendants filed a Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment on May 31, 2024, that includes 100 historical exhibits and three substantive declarations, along with Defendants' brief and Statement of Undisputed Facts.

5. While Plaintiffs have endeavored to respond concisely to Defendants' Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment and associated exhibits, Plaintiffs require 30 pages, instead of 25 pages, to fully address Defendants' arguments.

6. Plaintiffs sought and received Defendants' consent to the proposed page enlargement, and Defendants have no opposition to the proposed page enlargement.

7. As such, Plaintiffs respectfully request that the page limit for their Opposition to Defendants' Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment be increased from 25 pages to 30 pages.

Dated: July 11, 2024

/s/ Peter A. Patterson
*Attorney for Plaintiffs*

David H. Thompson
Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com

Nicolas J. Rotsko
FLUET
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
(703) 590-1234 x 210
(703) 590-0366 (fax)
nrotsko@fluet.law

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      /s/ Peter A. Patterson
      Peter A. Patterson