UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

BRETT CHRISTIAN, *et al.*,

     *Plaintiffs*,

v.

DOMINICK L. CHIUMENTO, *et al.*,

     *Defendants*.

No. 1:22-cv-695-JLS

### DECLARATION OF PETER A. PATTERSON

I, Peter A. Patterson, declare under penalty of perjury that the following is true and correct:

1.     I am over 18 years old. I am competent to give this declaration. I am providing this declaration based on my personal knowledge and experience.

2.     I am admitted pro hac vice in this Court and am a partner at Cooper & Kirk, PLLC, attorneys for Plaintiffs Brett Christian, Firearms Policy Coalition, Inc., and Second Amendment Foundation ("Plaintiffs"). I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Reply in Support of their Motion for Summary Judgment.

3.     Attached as **Exhibit 1** is a true and correct copy of the United States Census Bureau website providing facts about Cheektowaga, New York, available at https://bit.ly/4cyfS65 (last visited July 10, 2024).

4.     Attached as **Exhibit 2** is a true and correct copy of the United States Census Bureau website providing facts about New York City, New York, available at https://bit.ly/45YAS3b (last visited July 10, 2024).

1

5.      Attached as **Exhibit 3** is a true and correct copy of the United States Census Bureau website providing facts about Buffalo City, New York, available at https://bit.ly/4bFtwmH (last visited July 10, 2024).

6.      Attached as **Exhibit 4** is a true and correct copy of the U.S. Census website's page entitled "Understanding Population Density," available at https://bit.ly/3xVnbFN (last visited July 10, 2024).

7.      Attached as **Exhibit 5** is a true and correct copy of Bing Maps directions measuring the approximate length of Losson Road in Cheektowaga, New York.

8.      Attached as **Exhibit 6** is a true and correct copy of a Bing Maps street view image of Losson Road in Cheektowaga, New York.

9.      Attached as **Exhibit 7** is a true and correct copy of Bing Maps directions measuring the approximate length of Como Park Boulevard in Cheektowaga, New York.

10.     Attached as **Exhibit 8** is a true and correct copy of a Bing Maps street view image of Como Park Boulevard in Cheektowaga, New York.

11.     Attached as **Exhibit 9** is a true and correct copy of the Bing Maps aerial view of Stiglmeier Park in Cheektowaga, New York. The yellow circles that have been added on top of the image call attention to the wooded and forested areas of the park, images of which are included in the Supplemental Declaration of Brett Christian.

12.     Attached as **Exhibit 10** is a true and correct copy of the Town of Cheektowaga's website, accessible at https://tocny.org/ (last visited July 10, 2024).

13.     Attached as **Exhibit 11** is a true and correct copy of a Bing Maps view of the Town of Cheektowaga.

14. Attached as **Exhibit 12** is a true and correct copy of a New York State website about the Harris Hill State Forest area, accessible at https://on.ny.gov/4bGevkp (last visited July 10, 2024).

15. Attached as **Exhibit 13** is a true and correct copy of a map of the Harris Hill State Forest areas published by New York State's Department of Environmental Conservation, accessible at https://on.ny.gov/3Lj5TFD (last visited July 10, 2024).

16. Attached as **Exhibit 14** is a true and correct copy of the Census Bureau's "Urban Area Criteria for the 2020 Census," which defines a census block as "the smallest geographic area for which the Census Bureau tabulates data." This exhibit is accessible at https://bit.ly/4eYJw64 (last visited July 10, 2024).

17. Attached as **Exhibit 15** are true and correct copies of various images overlaying U.S. Census Bureau Data onto Google Earth Maps to display population density. Density maps were created by overlaying data files available at the website of the U.S. Census Bureau (TIGER/Line Shapefiles, U.S. CENSUS BUREAU, https://bit.ly/3zCU8Yc), which are compatible with Google Earth software, into Google Earth. Labeling of census blocks as low-density or high-density was done in accordance with U.S. Census standards as defined in *Urban Area Criteria for the 2020 Census*.

18. Attached as **Exhibit 16** are true and correct copies of various Google Earth images of the parks at issue in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 15 day of July 2024.

/s/ <u>Peter A. Patterson</u>
Peter A. Patterson

*Attorney for Plaintiffs*