# EXHIBIT 5

bing maps

**A** Rite Aid, 2561 Union Road, Cheektowaga, NY 14227

**B** Domino's Pizza, 4944 Transit Road, Depew, NY 14043

9 min, 3.0 miles
Light traffic
Via NY-277, Losson Rd
· Local roads

**A** Rite Aid

| | | | |
|---|---|---|---|
| ↑ | 1. | Depart and head toward **NY-277 / Union Rd** | 223 ft |
| ↱ | 2. | Turn **right** onto **NY-277 / Union Rd** | 253 ft |
| ↱ | 3. | Turn **right** onto **Losson Rd / County Hwy-21**<br>McDonald's on the corner | 2.8 mi |
| ↱ | 4. | Turn **right** | 220 ft |
| ↱ | 5. | Turn **right** | 72 ft |
| ↱ | 6. | Turn **right** | 236 ft |
| | 7. | Arrive at your destination on the left | |

**B** Domino's Pizza



**A**  Rite Aid, 2561 Union Road, Cheektowaga,...

**B**  Domino's Pizza, 4944 Transit Road, Depew...




These directions are subject to the Microsoft® Service Agreement and are for informational purposes only. No guarantee is made regarding their completeness or accuracy. Construction projects, traffic, or other events may cause actual conditions to differ from these results. Map and traffic data © 2024 TomTom.