# EXHIBIT 7

bing maps

| | | |
|---|---|---|
| **A** | Polish Villa, 2954 Union Rd, Cheektowaga, NY 14227 | **11 min, 4.4 miles** |
| **B** | Green Buffalo Pub, 165 Lake Ave, Lancaster, NY 14086 | Light traffic<br>Via NY-277, Como Park Blvd<br>· Local roads |

**A   Polish Villa**

| | | | |
|---|---|---|---|
| ↑ | 1. | Depart and head toward **NY-277 / Union Rd** | 118 ft |
| ↰ | 2. | Turn **left** onto **NY-277 / Union Rd** | 262 ft |
| ↱ | 3. | Turn **right** onto **Como Park Blvd / County Hwy-523** | 4.4 mi |
| | 4. | Arrive at **Como Park Blvd / County Hwy-523**<br>The last intersection before your destination is 6th Ave<br>If you reach Lake Ave, you've gone too far | |

**B   Green Buffalo Pub**



**A**  Polish Villa, 2954 Union Rd, Cheektowaga...   **B**  Green Buffalo Pub, 165 Lake Ave, Lancast...




These directions are subject to the Microsoft® Service Agreement and are for informational purposes only. No guarantee is made regarding their completeness or accuracy. Construction projects, traffic, or other events may cause actual conditions to differ from these results. Map and traffic data © 2024 TomTom.