# EXHIBIT 10

 English



Town of Cheektowaga

≡ Menu



# Welcome to Cheektowaga

Cheektowaga comes from the Erie-Seneca Indian word, Ji-ik-do-wah-gah, or "place of the crabapple tree."

[(Click Here to Learn More)](#)

## News & Announcements

🇺🇸 English

**Traffic Safety Commission Vacancy**

**French Rd (between Transit and Slate Dr.) – Lane Restrictions**

**Housing Choice Voucher / Section 8 Waitlist is Opening! Assistance is Available…**

**Buffalo Niagara International Airport (BNIA) Construction Continues**

**July 4th Parade Registration**

**2024 Tentative Assessment Roll**

MORE NEW ITEMS

## Pending Development Projects

**2575 Broadway Street**

**1286 French Road**

**3600 Harlem Road**

**3438 Broadway Street**

**485 Kennedy Road**

**0 Transit Road**

SEE MORE PROJECTS

## TENTATIVE AND FINAL 2023 ASSESSMENT ROLL

English

## JOB OPENINGS



## PUBLIC NOTICES



## MEETINGS & AGENDAS



## FOIL REQUEST



## TAX BILLS ONLINE



## HOUSING COMPLAINTS



## STREET LIGHT COMPLAINTS



**HIGHWAY &
STREET COMPLAINTS**



**TREE
COMPLAINTS**

**TOWN ZONING MAP (GIS)**

**CHEEKTOWAGA TOWN CODES**

# Town of Cheektowaga Comprehensive Plan

**Comprehensive Plan - Adopted**

English

MORE DOCUMENTS

### REGISTER TO VOTE



### WEBSITE CONTACT

We encourage public participation and feedback about our new website. Please contact townclerkwebmail@tocny.org with any suggestions.

### TOWN HISTORY

Cheektowaga comes from the Erie-Seneca Indian word, Ji-ik-do-wah-gah, or "place of the crabapple tree." The earliest Indian dwellers were Neutrals, who lost their lands to the Seneca tribe of the League of the Iroquois. Read More

English



**Cheektowaga Town Hall**

3301 Broadway Street

Cheektowaga, NY 14227

(716) 686 - 3400

 

© 2019 Town of Cheektowaga | Privacy Statement | Terms of Use