# EXHIBIT 11



**Cheektowaga, NY**
**Elevation:** 662 ft (202 m)
**Country:** United States
**County** Erie County

