# EXHIBIT 12

STATE LAND

# Harris Hill State Forest

On this page

**Attention trail users:** The East Side Overland Trail will be closed 4/29/24 to 6/1/24 for bridge repair work on the R2 section of the trail at the northern end of Harris Hill State Forest. Trail users will need to detour on the R1 section of the trail. There are "trail closed" signs installed along this section of the trail directing users to the reroute.  For more information on this project, please contact DEC's Dunkirk Forestry Office at 716-363-2052.

- **Open for Recreation**: Year-round
- **Fee**: Free
- **Contact Information**:
  - DEC Region 9 Dunkirk Office (M-F, 8:00AM - 4:00PM), 716-363-2052; region9@dec.ny.gov
  - Search, rescue, wildfire, and enforcement matters: 911- or - 1-833-NYS-RANGERS (1-833-697-7264)
    A local Forest Ranger </about/contact-us/forest-ranger-rosters> is a valuable source of information for the state land you would like to visit.
- **Location**: Towns of Ellington and Gerry, Chautauqua County
- Wildlife Management Unit </things-to-do/hunting/regulations/wildlife-management-units>: 9K
- **Map**: Harris Hill State Forest Map </sites/default/files/2024-05/harrishillgeoref.pdf> (GeoPDF) - GeoPDF Instructions </maps/georeferenced-pdf-maps> || Harris Hill Bike Trails Map </sites/default/files/2024-05/harrishillbikegeoref.pdf> || Google Earth </places-to-go/maps/esri-maps> || DECinfo Locator

Harris Hill State Forest encompasses 2,271 acres. These lands were purchased in the 1930s for timber production, recreational use, watershed protection and wildlife. These areas now provide opportunities for many informal outdoor recreational activities. They are also a source of raw material for New York's forest products industry, which provides employment and income for many New Yorkers.

In the 1930s, Harris Hill was the site of work projects carried out by the Civilian Conservation Corps (CCC). The CCC, established by the administration of Franklin Delano Roosevelt, provided employment opportunities for young men during the Depression. The projects on this unit included the planting of thousands of pine and spruce trees in open areas, along with protection activities such as blister rust control and boundary line identification.

## Featured Activities

Hunting

Trapping

Hiking

Cross-Country Skiing

Snowshoeing

Biking

Snowmobiling

Horseback Riding

Watchable Wildlife

## Accessible Features

General information on accessible recreation </places-to-go/accessible-recreation> includes links to other locations with accessible recreation opportunities and information on permits for motorized access.

The Rigby Forest Road in the southern part of the forest is open for motorized access by people with mobility impairments for hunting and wildlife viewing. A permit is required through the Motorized Access Permit for People with Disabilities </places-to-go/accessible-recreation/mappwd> (MAPPWD) program.

## Directions

From the town of Gerry, take Route 50 east approximately 3.8 miles to the intersection with Harris Hill Road.

- Route 50 and Harris Hill Road parking area (42.218776°N, 79.183317°W) Google Maps
- Bike trail parking area on Harris Hill Road (42.206301°N, 79.183760°W) Google Maps

All coordinates provided are in decimal degrees using NAD83/WGS84 datum.

## Rules, Regulations and Outdoor Safety

Practice Leave No Trace Principles <http://lnt.org/learn/7-principles> when recreating on state land to enjoy the outdoors responsibly, minimize impact on the natural resources and avoid conflicts with other users.

All users of Harris Hill State Forest must follow all State Land Use Regulations </nature/forests-trees/state-forests/rules-for-use> and should follow all Outdoor Safety Practices </things-to-do/hiking/hike-smart-ny> for the safety of the user and protection of the resource.

## Planning and Management

DEC manages these lands in accordance with the management activities described in the Chautauqua Unit Management Plan </nature/forests-trees/dec-land-stewardship/rmp-ump> (UMP). In addition to management objectives, the UMP contains detailed information on natural features, recreational infrastructure, geology, natural and human history, habitats, wildlife, fisheries and much more.

If you have questions and/or comments about this UMP, please email us at r9.ump@dec.ny.gov.

**Timber Management**

Stands of introduced pine, spruce or larch were planted in old farm fields as they need open areas with direct sunlight to thrive. They are usually grown to an approximate age of 80 to 100 years depending on species and soil conditions. They are usually managed by a series of partial thinnings. These thinnings provide sunlight openings in the canopy to encourage natural regeneration of the native hardwoods. The removal of the conifer overstory in a final harvest allows the hardwood seedlings to grow to maturity. There may be areas where the stand could be replanted with conifers if certain conditions exist.

A number of these conifer stands are currently being harvested using a clear cut method. This is due to many trees blowing down within the stand. The root bases of these mature trees no longer support the trees against strong winds. Clear cutting a part of the stand where this is occurring frequently is the best method to maximize economic return and preserve forest health. This type of harvest also results in natural hardwood regeneration and early successional habitat for songbirds and white-tailed deer.

Hardwood trees are not usually planted because they spread vast amounts of seed and thereby naturally regenerate. Periodic thinning of these forest stands through the sale of forest products give the residual trees more growing space. This helps to keep the forest healthy and provides openings for new seedlings. They grow into new trees, provide food and cover for wildlife, and eventually yield crop trees for the forest industry. These stands are managed in either of two silvicultural styles: uneven aged or even aged. Under uneven aged management, trees of all sizes are maintained at all times throughout the stands and will generally contain large trees, giving an illusion of old growth. In reality, these stands were harvested prior to state ownership. With even aged management, all of the trees within the stand are maintained at approximately the same age.

## Nearby State Lands, Facilities, Amenities and Other Information

**State Lands and Facilities**

- Hatch Creek State Forest </places/hatch-creek-state-forest>
- Boutwell Hill State Forest </places/boutwell-hill-state-forest>
- Conewango Swamp Wildlife Management Area </places/conewango-swamp-wildlife-management-area>

**Nearby Amenities**

- Gas can be found in the nearby communities of Gerry and Jamestown.
- Food and other supplies can be found in the nearby communities of Sinclairville and Jamestown.
- Dining opportunities can be found in the nearby communities of Cherry Creek, Gerry, Jamestown and Sinclairville.
- Lodging can be found in the nearby communities of Cherry Creek and Jamestown.

Chautauqua County Visitors Bureau <http://www.tourchautauqua.com/default.aspx> can provide information about other recreation, attractions and amenities in this area.

Numerous guide books and maps are available with information on the lands, waters, trails and other recreational facilities in this area. These can be purchased at most outdoor equipment retailers, bookstores, and on-line booksellers.

Additional information, outdoor equipment, trip suggestions and guided or self-guided tours may be obtained from outdoor guide and outfitting businesses. Check area chambers of commerce, telephone directories or search the internet for listings.

Consider hiring an outdoor guide if you have little experience or woodland skills. See the NYS Outdoor Guides Association <http://www.nysoga.org/> for information on outdoor guides.

# Important Links

- **Hiking Safely** <https://www.dec.ny.gov/outdoor/28708.html>
- **Camping Rules for State Forest Preserve** <https://www.dec.ny.gov/outdoor/7872.html>
- **Use of State Land Regulations** <https://www.dec.ny.gov/regs/2493.html>
- **Chautauqua County Tourism** <http://www.tourchautauqua.com/>

## This Page Covers
Region 9 Western New York



## Department of Environmental Conservation </>

### Quick Links

About DEC </about>

DECinfo Locator </maps/interactive-maps/decinfo-locator>

Press Releases </news/press-releases>

Apply for a Grant </get-involved/grant-applications>

Hunting & Fishing Licenses </regulatory/permits-licenses/sporting-and-use/sporting-decals>

Events Calendar </get-involved/events>

Employment </about/employment>

## Help Center

Contact Us </about/contact-us>

Accessibility Assistance </about/accessibility-for-persons-with-disabilities>

Language Assistance </about/website-usage-and-policies/language-assistance>

PDF Help </about/website-usage-and-policies/pdf-files>

Help for Businesses </environmental-protection/help-for-businesses>

Doing Business with DEC </about/doing-business>

## Resources

Website and Usage Policies </about/website-usage-and-policies>

Privacy Policy </about/website-usage-and-policies/privacy-policy>

Freedom of Information Law FOIL </news/foil>

Donate <https://www.naturalheritagetrust.org/dec>

## Subscribe to DEC's Conservationist Magazine

*Conservationist* is packed with informative articles, first-rate photography and stunning artwork.

SUBSCRIBE <https://www.simplecirc.com/subscribe/conservationist-magazine>

### CONNECT WITH US

INSTAGRAM <https://www.instagram.com/nysdec/>

FACEBOOK <https://www.facebook.com/nysdec>

TWITTER <https://www.twitter.com/nysdec>

LINKEDIN <https://www.linkedin.com/company/nys-department-of-environmental-conservation>

YOUTUBE <https://www.youtube.com/user/nysdecvideos>

FLICKR <https://www.flickr.com/photos/nysdec/albums>

**Translation Services** <https://www.ny.gov/web-translation-services>

This page is available in other languages