# EXHIBIT 13

# Harris Hill State Forest

*Map of Harris Hill State Forest, Chautauqua County, New York. Shows roads including Edson Rd, Engdahl Rd, Risley Rd, Hunt Rd, Bates Rd, Fuller Gulf Rd, Bentley Hill Rd, Old Chautauqua Rd, Hagerdon Rd, Thornton Rd, Harris Hollow Rd, Gerry Ellington Rd, W Hill Rd, 28th Creek Rd, Harris Hill Rd, Hanson Rd, Dean School Rd, Woolcot Rd. Features include Hatch Creek State Forest, Clear Creek Fishing Access, Harris Hill State Forest, Town of Gerry, Town of Ellington, Folsom Cr, Clear Cr. Trails shown: Eastside Overland Trail, Earl Cardot. Legend: Gate, Parking (P), Picnic Area, Mountain Bike Trail, Motorized Access by Permit Only, NYS Snowmobiling, 50ft Contour.*

New York State Department of Environmental Conservation

RA# Cha 9&11   Chautauqua County   1/23