# EXHIBIT 15













