# EXHIBIT 16



Parking Lot, Ellicott Creek Park
Source: Google Earth, Sept. 2017



Ellicott Creek Park
Source: Google Earth, Sept. 2017



Parking Lot, Niawanda Park
Source: Google Earth, July 2023



Footpath, Niawanda Park
Source: Google Earth, July 2023



Parking Lot, Veterans Memorial Park
Source: Google Earth, July 2023



Pavilions, Veterans Memorial Park
Source: Google Earth, July 2023



Wooded Area, Veterans Memorial Park
Source: Google Earth, June 2022



Lots and Park, Isle View Park
Source: Google Earth, Sept. 2007