# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand twenty-four,

Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation, Inc.,

      Plaintiffs - Appellees,

v.

Steven G. James, in his official capacity as Superintendent of the New York State Police,

      Defendant - Appellant,

v.

Michael J. Kean, in his official capacity of Acting District Attorney for the County of Erie, New York

      Defendant-Appellee.

**ORDER**
Docket No. 22-2987

By the Supreme Court's Judgment filed on August 5, 2024. The above referenced case is reinstated restoring jurisdiction to this Court. The mandate in this case is hereby recalled and the case is reinstated.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court