UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BRETT CHRISTIAN, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION,

Plaintiffs,

v.

STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, and JOHN J. FLYNN, in his official capacity as District Attorney for the County of Erie,

Defendants.

No. 22-cv-00695 (JLS)

PLEASE TAKE NOTICE that Defendant Steven G. James, sued in his official capacity as Superintendent of the New York State Police, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order entered in this matter on October 10, 2024, ECF No. 98. The appeal is from each and every aspect of that order.

Dated:   New York, New York
         October 24, 2024

LETITIA JAMES
Attorney General of the State of New York
Attorney for Superintendent James

By: _____
         James M. Thompson
         Special Counsel
         28 Liberty Street
         New York, New York 10005
         (212) 416-6556
         james.thompson@ag.ny.gov

CC:   All counsel of record (via ECF)