

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

November 18, 2024

<u>Via ECF</u>

The Honorable John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York

Re:   <u>Christian v. James</u>, No. 22-cv-00695

Dear Judge Sinatra,

    This office represents defendant Steven G. James in his official capacity as Superintendent of the New York State Police. I write on behalf of all parties in response to the Court's November 18, 2024 text order, ECF No. 102.

    The Court had previously held in abeyance those portions of the parties' cross-motions for summary judgment concerning the constitutionality of New York's law forbidding guns in public parks, pending the <u>Antonyuk</u> decision. <u>See</u> ECF No. 98 at 2 n.1. With the decision now issued, the parties respectfully request that the Court rule on the issue based on the summary judgment papers already filed. <u>See</u> ECF Nos. 73, 77, 81, 82, 86, 93, 94, 97. Although the parties do not believe additional briefing or oral argument is necessary, we are happy to provide any additional argument that the Court requests.

    We thank the Court for its time and consideration of these matters.

Respectfully submitted,

James M. Thompson
Special Counsel