# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

David H. Thompson          1523 New Hampshire Avenue, N.W.          (202) 220-9600
dthompson@cooperkirk.com          Washington, D.C. 20036          Fax (202) 220-9601

November 27, 2024

**Via Electronic Filing**

The Honorable John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York

    Re:    *Christian v. James*, No. 22-cv-00695.

Dear Judge Sinatra,

    I represent Plaintiffs in the above captioned matter. I write on behalf of all parties in response to the Court's text order, ECF No. 104, of November 20, 2024.

    The parties respectfully request that this Court not delay in disposing of the pending cross-motions for summary judgment regarding the lawfulness of New York's restrictions on carrying firearms on public park land. It is not certain that the plaintiffs in *Antonyuk v. James*, No. 22-2908(L), 22-2972(Con) will seek certiorari. *See* Letter, *Antonyuk v. Hochul*, Doc. 125, No. 1:22-cv-986 (N.D.N.Y Nov. 25, 2024). If they do, the case is still in an interlocutory posture, reducing the likelihood that the Supreme Court will grant review. *Cf. Harrel v. Raoul*, 144 S. Ct. 2491, 2492 (Mem.) (statement of Thomas, J.) ("This Court is rightly wary of taking cases in an interlocutory posture.").

                                  Sincerely,

                                  <u>s/ David H. Thompson</u>
                                  David H. Thompson
                                  COOPER & KIRK, PLLC
                                  1523 New Hampshire Ave., N.W.
                                  Washington, DC 20036
                                  dthompson@cooperkirk.com
                                  Tel: (202) 220-9600
                                  Fax: (202) 220-9601
                                  *Attorney for Petitioners*

cc:  All counsel via CM/ECF