United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRETT CHRISTIAN,<br>FIREARMS POLICY COALITION, INC.<br>AND SECOND AMENDMENT FOUNDATION<br><br>v.<br><br>STEVEN G. JAMES AND<br>MICHAEL J. KEANE | **I N T E R I M**<br>**JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 22-CV-695 |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that judgment is entered in favor of the Defendants

as to the State's restriction in public parks (N.Y. Penal L. § 265.01-e(2)(d)).


Date: January 29, 2025                                           MARY C. LOEWENGUTH
                                                                 CLERK OF COURT


                                                                 By: s/Suzanne
                                                                     Deputy Clerk