**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRETT CHRISTIAN, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, and MICHAEL J. KEANE, in his official capacity as District Attorney for the County of Erie, and EVERYTOWN FOR GUN SAFETY, <br><br> Defendants. | No. 22-cv-00695-JLS |

## DESIGNATION OF RECORD ON APPEAL

Attached as Exhibit A hereto is the Designation of Record on Appeal.


Dated: February 28, 2025
     Washington, D.C.

Respectfully submitted,


Nicolas J. Rotsko
FLUET
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
(703) 590-1234 x 210
(703) 590-0366 (fax)
nrotsko@fluet.law

*/s/ David H. Thompson*
David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| BRETT CHRISTIAN, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 22-cv-00695 (JLS) |
| STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, and JOHN J. FLYNN, in his official capacity as District Attorney for the County of Erie, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

I hereby certify that on February 28, 2025, I electronically filed the **Designation of Record on Appeal** with the Clerk of the District Court using its CM/ECF system.

Dated: February 28, 2025
      Washington, D.C.

Respectfully submitted,

Nicolas J. Rotsko
FLUET
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
(703) 590-1234 x 210
(703) 590-0366 (fax)
nrotsko@fluet.law

*/s/ David H. Thompson*
David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Counsel for Plaintiffs*