# Cooper & Kirk

Lawyers

A Professional Limited Liability Company

David H. Thompson
dthompson@cooperkirk.com

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

(202) 220-9600
Fax (202) 220-9601

March 28, 2025

**Via Electronic Filing**

The Honorable John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York

> **Re:** *Christian v. James*, **No. 22-cv-00695.**

Dear Judge Sinatra,

I represent Plaintiffs in the above captioned matter. I write on behalf of all parties in response to the Court's text order, ECF No. 108, of January 29, 2025. The parties respectfully submit the following status report.

Plaintiffs have challenged, as the Court knows, three aspects of New York's Concealed Carry Improvement Act. The two issues on which this Court has entered final judgment, the bans on firearms in public parks and on private property open to the public absent the owner's permission, are both currently before the Second Circuit, which has consolidated the cases for argument in June. *See* Order, Doc. 51, *Christian v. James*, No. 24-2847 (2d Cir. March 5, 2025); Order, Doc. 20, *Christian v. James*, No. 25-384 (2d Cir. March 5, 2025).

There is nothing to report regarding the remaining claim, challenging the ban on firearms on public transit, on which this Court stayed litigation pending the Second Circuit's consideration of the same issue in *Frey v. Bruen*, No. 23-365. *See* Doc. 72 (Jan. 25, 2024). The Second Circuit has not yet issued a decision in *Frey*. The parties respectfully submit that no further status reports are necessary in this case until the Second Circuit issues its decision in *Frey*.

Sincerely,

s/ David H. Thompson
David H. Thompson
COOPER & KIRK PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
dthompson@cooperkirk.com
Tel: (202) 220-9600
Fax: (202) 220-9601
*Attorney for Plaintiffs*

cc: All counsel via CM/ECF