UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BRETT CHRISTIAN, *et al.*,

*Plaintiffs*,

v.

STEVEN G. JAMES, *et al.*,

*Defendants*.

**NOTICE OF MOTION TO APPEAR *PRO HAC VICE***

Case No.: 22-cv-00695-JLS

**NOTICE OF PLAINTIFF BRETT CHRISTIAN'S MOTION FOR ADMISSION PRO HAC VICE OF DEREK WEBBER**

PLEASE TAKE NOTICE that upon the declaration of Nicolas J. Rotsko, Esq., dated October 12, 2026, and the petition of Derek Webber, Esq., dated October 12, 2026 and all the pleadings and proceeding herein, the plaintiffs will move this Court, at a date and time to be determined by the Court, for an Order pursuant to Rule 83.1(i) of the Local Rules of Civil Procedure for the United States District Court for the Western District of New York, admitting Derek Webber, Esq. *pro hac vice* to represent plaintiffs before this Court in all proceedings in this action.

Respectfully Submitted,

Dated: McLean, Virginia
October 12, 2026

FLUET

By: */s/ Nicolas J. Rotsko*
Nicolas J. Rotsko, Esq.

1751 Pinnacle Drive
Suite 1000
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
nrotsko@fluet.law
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing has been served on all counsel of record via U.S. Mail, postage prepaid, and/or via electronic mail.

Dated: McLean, Virginia
October 12, 2026

By: */s/ Nicolas J. Rotsko*
Nicolas J. Rotsko, Esq.

*Attorney for Plaintiffs*